(/)

Home (https://noticiasya.com/washington-dc) / Noticias Locales (https://noticiasya.com/washington-dc/categoria/noticias-locales)

# Denuncian condiciones insalubres en los apartamentos Bedford en Langley Park

Las plagas no son el único problema conozca el temor de algunos de sus habitantes

#MARYLAND (HTTPS://NOTICIASYA.COM/WASHINGTON-DC/ETIQUETA/MARYLAND)

#PLAGA (HTTPS://NOTICIASYA.COM/WASHINGTON-DC/ETIQUETA/PLAGA)

**Por Jackeline Quijano (https://noticiasya.com/washington-dc/author/jackelinequijano)**
Tu opinión cuenta, escríbenos a **service@noticiasya.com → (mailto:service@noticiasya.com)**



diciembre 16, 2020, 4:47 pm PST



Configuración de cookies

Aceptar todas las cookies

 Escuchar este artículo ahora
01:21    Powered by **Trinity Audio**

Al hacer clic en "Aceptar cookies", usted acepta que las cookies se guarden en su dispositivo para mejorar la navegación del sitio, analizar el uso del mismo, y colaborar con nuestros estudios para marketing.