Exhibit C



# Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex

HOUSING   OPINION   By Carolyn Gallaher (Contributor)   February 17, 2021   💬 17



*Tenants at Bedford and Victoria Station apartments protesting over conditions in the apartment building. Image by Trent Leon-Lierman used with permission.*

The Bedford and Victoria Station Apartment complex in Langley Park, Maryland is a microcosm of immigrant neighborhoods across the region.

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 2 of 10

Exhibit C

Like tenants in Chirilagua, Culmore, Manassas Park, and Montgomery Village, tenants at Bedford and Victoria Station apartments say they are confronting a trifecta of challenges: a global pandemic, severe unemployment, and landlord neglect.

The first challenge is an act of nature. The second is a direct consequence of the first. But the third? It didn't have to happen. It's a choice.



*An image of a ceiling in the complex with water damage. Image by Lidia Rivas used with permission.*

## Bedford and Victoria Station Apartments—Langley Park in a nutshell

The majority of residents in Langley Park — 61.4% — are foreign born. The same is true in Bedford Station. Lidia Rivas, a tenant organizer at CASA, a non-profit that advocates for low-income immigrant communities, told me that almost all of the complex's units are rented by families from Guatemala and El Salvador. Rivas also told me that some residents come from difficult backgrounds.

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 3 of 10   Exhibit C

"They come from rural areas where some didn't go to school. Some can't read," Rivas said, adding that a good portion of the Guatemalan residents are Mam, an historically marginalized indigenous group in Guatemala, and a few of them can only speak Mam.

Like the wider neighborhood, many of Bedford and Victoria Station's tenants are undocumented. "They are timid," Rivas said, adding that residents are afraid to ask for repairs, even when the problems in their units are intolerable because they don't want to make waves or draw attention to themselves.

Rivas said she believes the complex's management company knows this and responds in kind. "If a person comes in looking timid or speaks a dialect (Mam), then they try to humiliate them and blow them off."

Like their neighbors, many Bedford and Victoria Station tenants also lost jobs or saw their hours reduced during the pandemic. Karen Agustin Barahona, who is originally from Guatemala and who's been a tenant for two years, told me in a recent interview, "I haven't been working since the pandemic, and if it wasn't for food stamps, I wouldn't be eating either."

The pandemic has also ravaged Langley Park, and Bedford and Victoria Station apartments are no different. Many tenants have contracted COVID-19. Few have health care, and some are afraid to go to the hospital for fear they will be deported.

In the midst of this maelstrom, Bedford and Victoria Station's tenants have also had to contend with what they say is large-scale disinvestment.

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 4 of 10   Exhibit C



*Trash is overflowing at the Bedford and Victoria Station Apartments. Image by Lidia Rivas used with permission.*

## Disinvestment—what is it and what does it look like?

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 5 of 10   Exhibit C

In general terms, disinvestment means withdrawing money from something. At the neighborhood level, a variety of actors can engage in disinvestment, including municipal governments, business owners, developers, and landlords. Often these actors disinvest in rough unison so that it is difficult to flesh out causal arrows. (Did the grocery store pull out of the neighborhood because the area's landlords stopped leasing units to middle income renters or vice versa?). In the aggregate, however, they [mutually reinforce](#) one another.

When landlords engage in disinvestment at the building level it means they stop putting money into the property. What this looks like on the ground depends on the scale of disinvestment. If we think of disinvestment as happening along a parameter, we can look at small, medium, and large scale examples of it.

Small-scale disinvestment usually means a landlord only makes improvements necessary to keep a property in compliance with housing codes. A property subject to minor disinvestment might look a little shabby (peeling paint, outdated appliances), but it is safe.

When landlords engage in medium-scale disinvestment, they often put off important repairs, patching an old roof rather than replacing it, or painting over a mold contamination instead of remediating it. Initially, this sort of disinvestment doesn't look much different than small scale disinvestment, but over time, a building will deteriorate.

Large scale disinvestment happens when landlords stop making vital repairs. They don't treat vermin infestations, fix leaks, patch holes in ceilings and walls (usually caused by leaks), clean up sewage backups, or repair deteriorating joists. Living in buildings that have been subject to major disinvestment is bad for your [health](#) and often dangerous.

Disinvestment can be a response to economic woes, but just as often, it's a strategy. That is, a landlord can afford to make basic repairs, or even invest new money in a property but chooses not to.

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 6 of 10

Exhibit C

One strategy, common to real estate investors, is called milking. Milkers usually purchase inexpensive properties and maximize profits by cutting back on maintenance. Milking is often a short term strategy. Milkers tend to sell or abandon a property after they've squeezed what profit they can get out of it.

Another strategy is to disinvest in a building to force tenants out. Why would a landlord who owns a rental property want to get rid of tenants? In places with rent control, landlords often want long-time tenants to leave because they can raise the rent at a higher rate on an empty unit than one with a continuing lease.

In DC, landlords who want to sell their properties often try to empty their buildings in order to circumvent the District's Tenant Opportunity to Purchase Act, (TOPA), which allows tenants' associations in multi-family housing the right to refuse a contracted sale and to purchase the property instead. Landlords with empty buildings are exempt from TOPA. Landlords may also want to empty a building so they can tear it down and build a new one. Depending on the jurisdiction, existing tenants may be entitled to financial compensation.

Although landlords try to empty buildings in lean times too, the incentive to do so tends to increase in gentrifying areas. A landlord is more likely to try to empty a building in preparation for a sale, for example, if there are a cadre of interested buyers.

## Strategic disinvestment at Bedford and Victoria Station Apartments

According to Rivas, the landlord at Bedford and Victoria Station apartments has been forgoing repairs "for a long time." Rivas doesn't know for certain why they aren't fixing things, but given the scale of problems, she said the decision feels intentional.

One reason might be the ownership structure of the buildings. Bedford and Victoria Station Apartments aren't owned by a traditional landlord. In fact, the tenants aren't sure exactly who owns the property. A story in the

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 7 of 10

Exhibit C

Washington Post identifies the complex's owner as Arbor Management Acquisition Company, a real estate investment firm. However, Koordinates.com, a geospatial data platform that allows users to search property parcels by county lists Bedford United LLC as the owner. The Maryland Department of Assessment and Taxation's real property database does as well. Whoever the owner is, it isn't a person. It's a nameless company run by a management company (Ross Management). The lack clarity in this kind of ownership structure is often the point. It shields owners from risk (and individual responsibility). It also makes it difficult for tenants to hold their landlord to account.

To be fair, not every eal estate investment firm or LLC is a bad landlord. However, the financialization of multi-family housing—a process that began in the aughts and treats housing as a commodity rather than a common good—definitely creates incentives to cut corners. If the primary goal is to ensure a guaranteed rate of return (e.g. milking), or drive tenants out, then holding off on repairs may be the easiest way to get there. Academic research confirms this. When properties are incorporated (e.g. owned by LLCs or similar entities), "they experience more rapid deterioration."

Tenants in Bedford and Victoria Station also worry that their landlord might want to push them out of the building in anticipation of the purple line, which is slated to have a station at the intersection of University and New Hampshire, just a few blocks from Bedford and Victoria Station. Tenants have heard rumors that the area will become more attractive to higher income residents once the line is open, and the landlord will raise rents as a result. Tenants worry the landlord is biding their time, holding off on repairs until they can attract higher income tenants. Evidence suggests this is a valid worry. Rents tend to be higher near metro stations, especially those inside the Beltway, although COVID-19 has dampened the effect somewhat.

I reached out to both Arbor Management Acquisitions and Ross Management for comment, but neither immediately responded to my requests.

Meanwhile, when I talked to Rivas, she ticked off a laundry list of complaints both inside units and around the property. Everyone complains about vermin she said—"cockroaches, moles, mice, rats." Especially the rats. Rivas said the rats have gotten worse because the trash collectors don't come as frequently as they used to, leaving trash to pile outside the dumpsters, where it can sit for days.

Tenants also complained about plumbing. Karen Agustin Barahona, a resident at the apartments for two years, told me she had to call a plumber to unclog her bathtub because no one in the management office responded to her maintenance request. "I couldn't wait," she said, "we have to use the shower." Even when the company does repair plumbing, it often doesn't fix the holes in ceilings and walls caused by leaks. Rivas explained that tenants "use cardboard to cover the holes and keep the bugs out."

Agustin Barahona also told me she has a chronic leak around her window frame that the management company refuses to fix. She was told there wasn't money in the budget to fix windows. Not surprisingly, she also has a mold problem. "My beds are full of mold," Agustin Barahona said.

When Agustin Barahona explained to the management company that she needed the problem fixed because her daughter has asthma, they asked for documentation from a doctor. Agustin Barahona, who is unemployed and doesn't have health care, can't afford to take her daughter to the doctor.

Other tenants complained that the radiators in their units didn't work in the winter, so all they got was ambient heat from neighboring apartments. Others had the opposite problem. Their AC units didn't work in the summer.

The United States was supposed to be a safer place for Agustin Barahona and her kids, but she told me: "With all these problems and the way I live here, it would be better in my country."

**As safety concerns increase, so does the rent**

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 9 of 10

Exhibit C

Perhaps most galling, though, is that the rent keeps going up. The typical price for a 1-bedroom unit at Bedford and Victoria Station is between $1,300 and $1,500, but Rivas tells me some units have reached $1,800. That range hovers around the median rent for Prince George's County.

According to rent café, a renter needs a gross annual income of $63,000 to comfortably afford a monthly rent of $1,500. The median income for Langley Park is just $19,634, so most tenants can't live alone or even in a nuclear family. Before the pandemic, many families made it work by renting out rooms in their apartments or living with extended family. As job losses mounted, that strategy has failed.

Bedford and Victoria Stations are not subject to rent control, so the only protections tenants have are related to the pandemic. Emergency legislation by the Prince George's County Council banned rent increases for tenants negatively affected by the pandemic, and limited rent increases for others to not more than 2.6%. These are important safeguards, but insufficient to the scope of need. In fact, the county's rental assistance program was halted because of an "overwhelming response."

Landlord disinvestment is nothing new. Indeed, we have housing codes and regulations precisely because this sort of abusive behavior isn't new. But faced with badly needed repairs and few options, what do tenants do?

*Stay tuned for Part II of the article where residents make a big and risky choice to combat disinvestment.*

*Correction: Arbor Management Acquisition Company was incorrectly identified as part of a real estate investment trust (or REIT) in an earlier version of this article. The piece has been updated to reflect that change, and offer more context around the ownership of the Bedford and Victoria Station apartments.*

> *Continue the conversation about urbanism in the Washington region and support GGWash's news and advocacy when you join the GGWash Neighborhood!*

Residents say landlord disinvestment is making a bad situation worse at a Langley Park apartment complex – Greater Greater Washington

Case 8:21-cv-01778-DKC   Document 1-3   Filed 07/19/21   Page 10 of 10   Exhibit C

Tagged: housing, maryland, montgomery county



*Carolyn Gallaher is a geographer and associate professor at American University. Her research interests include gentrification in DC, the emergence of "ethnoburbs" in Maryland and Virginia, payday lending, and tenant empowerment. Previously, she studied the militia movement in the US and Loyalist paramilitaries in Northern Ireland. She lives in Silver Spring with her husband and son.*



THREADED   NEWEST AT BOTTOM   NEWEST AT TOP

Tagged: housing, maryland, montgomery county