IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA de Maryland, Inc., *et al.* | : | |
| | : | |
| Plaintiffs, | : | Case No.: 8:21-cv-01778-CBD |
| | : | |
| v. | : | |
| | : | |
| Arbor Realty Trust, Inc., *et al.* | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Jonathan B. Nace, Esq. for all Plaintiffs in this matter.

Respectfully submitted,

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq., Bar No. 18246
Nidel & Nace, PLLC
One Church Street, Suite 802
Rockville, MD 20850
Tel: 202-780-5153
jon@nidellaw.com

## **CERTIFICATE OF SERVICE**

On this 21st day of July 2021, I caused a copy of the foregoing *Entry of Appearance* to be filed upon the Court. A copy will be provided to counsel for all parties upon their entry of appearance.

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq.