IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **CASA de Maryland, Inc.,** *et al.*, <br><br>        **Plaintiffs** <br><br> v. <br><br> **Arbor Realty Trust, Inc.,** *et al.*, <br><br>        **Defendants** | Case No. 21-CV-1778 |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Ray D. McKenzie as counsel in this case on behalf of Defendants Arbor Realty Trust, Inc.; Arbor Realty Limited Partnership; and Arbor Realty SR, Inc.

I certify that I am admitted to practice in this Court.

                                                Respectfully submitted,

                                                      /s/
                                        Ray D. McKenzie (Bar No. 21069)
                                        WTAII PLLC
                                        P.O. Box 609
                                        Vienna, Virginia  22183
                                        ray.mckenzie@wtaii.com
                                        202-868-6369 (Direct)
                                        202-869-1882 (Fax)

                                        ***Counsel for Arbor Realty Trust, Inc.;***
                                        ***Arbor Realty Limited Partnership; and***
                                        ***Arbor Realty SR, Inc.***

                                        **Dated:  August 6, 2021**