# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CASA de Maryland, Inc. et al                    *

**Plaintiff,**
                                                *
                                                          Case No.  8:21-cv-01778-CBD
**v.**
                                                *
Arbor Realty Trust, Inc. et al

**Defendant.**                                  *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.

I certify that I am admitted to practice in this Court.

August 6, 2021                                  /s/ Benjamin B. Klubes

Date                                            Signature

                                                Benjamin B. Klubes (No. 08085)

                                                Printed name and bar number

                                                2001 M Street NW, Suite 500 Washington D.C. 20036

                                                Address

                                                bklubes@buckleyfirm.com

                                                Email address

                                                (202) 349-8002

                                                Telephone number

                                                (202) 349-8080

                                                Fax number