## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | Civil Action No.: 8:21-cv-01778-CBD |
| v. | * | |
| | * | |
| ARBOR REALTY TRUST, INC., et al, | * | |
| | * | |
| Defendants. | * | |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants") and Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), with the consent of Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), respectfully request an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint until September 30, 2021. In support of this motion, the Arbor and Hyattsville Defendants state the following:

1.      On July 19, 2021, Plaintiffs filed a nine-count Complaint in the United States District Court for the District of Maryland, Southern Division asserting the following individual and putative class member claims against all defendants: (1) violations of the federal Fair Housing Act, 42 U.S.C. §§ 3601, 3604(a), 3604(b), and 3617; (2) breach of contract; (3) injunctive relief;

(4) breach of the implied warranty of habitability; (5) breach of contract as third-party intended beneficiaries; and (6) civil conspiracy under the Maryland common law.

2.      On August 6, 2021, this action was reassigned to the Honorable Senior United States District Judge Deborah K. Chasanow.

3.      The Arbor and Hyattsville Defendants submit that good cause exists in support of granting an extension of time.  The complexities of the issues raised in the nine-count and nearly two-hundred page Complaint necessitate additional time so that counsel for the Arbor and Hyattsville Defendants may adequately assess the allegations made by the eight named Plaintiffs (including both organizational entities and individuals), as well as the claims made on behalf of the two putative classes.  Further, taking into account the administrative difficulties involved in consulting with their clients as a result of the ongoing Covid-19 pandemic, the summer months, and the Jewish holidays occurring in September, including the High Holy Days of Rosh Hashanah, Yom Kippur, Sukkot, and Simchat Torah, the Arbor and Hyattsville Defendants seek this extension in good faith and upon stated good cause.

4.      Pursuant to Local Rule 105.9, undersigned counsel conferred with Plaintiffs' counsel by phone and email on August 13, 2021, and Plaintiffs' counsel consented to the extension of time until September 30, 2021.

5.      This request is not sought for delay and no party will be unfairly prejudiced by this request.

Dated: August 16, 2021

Respectfully submitted,

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes (Bar Number 08085)
Amanda Lawrence (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
bklubes@buckleyfirm.com
alawrence@buckleyfirm.com

*Counsel for Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.*

*/s/ Ray McKenzie* (signed by Benjamin B. Klubes with the permission of Ray McKenzie)
Ray McKenzie (Bar Number 21069)
**WTAII PLLC**
P.O. Box 609
Vienna, VA 22183
(202) 868-6369 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson* (signed by Benjamin B. Klubes with the permission of Peter W. Tomlinson)
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 6th Ave.
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed in this case with the

clerk of the court and served this 16th day of August, 2021 through the court's CM/ECF system,

which will send notification of this filing to all counsel of record.


/s/ *Benjamin B. Klubes*
Benjamin B. Klubes (Bar Number 08085)
*Counsel for Defendants Arbor Management*
*Acquisition Company, LLC, Bedford United, LLC,*
*Victoria United, LLC, Hyattsville United, LLC.*