# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, | * |
| | * |
| Plaintiffs, | * |
| | * |
| | * Civil Action No.: 8:21-cv-01778-CBD |
| v. | * |
| | * |
| ARBOR REALTY TRUST, INC., et al, | * |
| | * |
| Defendants. | * |

## ORDER

This matter comes before the Court on Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants") and Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants") Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint. The Arbor and Hyattsville Defendants seek an extension up to and including September 30, 2021, to answer or otherwise respond to Plaintiffs' Complaint. Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that the Consent Motion is **GRANTED**. The Arbor and Hyattsville Defendants will have up to and including September 30, 2021, to answer or otherwise respond to Plaintiffs' Complaint.

      The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

      It is **SO ORDERED**.

Date: August ___, 2021

                                                                                         _____
                                                                                     DEBORAH K. CHASANOW,
                                                                                       UNITED STATES DISTRICT JUDGE