**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CASA de MARYLAND, INC., ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**ARBOR REALTY TRUST, INC., ET AL.**<br><br>Defendant | Civil Case No.: 8:21-cv-01778-CBD |

## NOTICE OF APPEARANCE

COMES NOW, Megan T. Mantzavinos of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., and hereby enters her appearance in this matter on behalf of Defendant, Realty Management Services, Inc.

                                              Respectfully submitted,

                                              **MARKS, O'NEILL, O'BRIEN,**
                                              **DOHERTY & KELLY, P.C.**

By:   */s/ Megan T. Mantzavinos*
        Megan T. Mantzavinos, Esquire (Bar #: 16416)
        mmantzavinos@moodklaw.com
        600 Baltimore Avenue, #305
        Towson, Maryland  21204
        (410) 339-6880
        *Attorney for Defendant, Realty Management Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of September 2021, a copy of Defendant Realty Management Services, Inc., Notice of Entry of Appearance was electronically filed and mailed via first class mail postage prepaid to:

P. Joseph Donahue, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
pjd@thedonahuelawfirm.com

Jonathan Nace, Esquire
Nidel & Nace, P.L.L.C.
One Church Street
Suite 802
Rockville, MD 20850
jon@nidellaw.com

                                          */s/ Megan T. Mantzavinos*
                                          Megan T. Mantzavinos, Esquire

{PH740374.1}