**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CASA de MARYLAND, INC., ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **ARBOR REALTY TRUST, INC., ET AL.** <br><br> Defendant | Civil Case No.: 8:21-cv-01778-CBD |

## NOTICE OF APPEARANCE

COMES NOW, Daniel J, O'Hara of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., and hereby enters her appearance in this matter on behalf of Defendant, Realty Management Services, Inc.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**


By: */s/ Daniel J. O'Hara*
Daniel J. O'Hara, Esquire (Bar #:28928)
dohara@moodklaw.com
600 Baltimore Avenue, #305
Towson, Maryland  21204
(410) 339-6880
*Attorney for Defendant, Realty Management Services, Inc.*

{PH740399.1}

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 13th day of September 2021, a copy of Defendant Realty Management Services, Inc., Notice of Entry of Appearance was electronically filed and mailed via first class mail postage prepaid to:

P. Joseph Donahue, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
pjd@thedonahuelawfirm.com

Jonathan Nace, Esquire
Nidel & Nace, P.L.L.C.
One Church Street
Suite 802
Rockville, MD 20850
jon@nidellaw.com

            */s/ Daniel J. O'Hara*
            Daniel J. O'Hara, Esquire