IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |
| | * | |

******

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), and Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants"), with the consent of Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), respectfully request an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint until October 14, 2021.  In support of this motion, the Defendants state the following:

1. On July 19, 2021, Plaintiffs filed a nine-count Complaint in the United States District Court for the District of Maryland, Southern Division asserting the following individual

and putative class member claims against all defendants: (1) violations of the federal Fair Housing Act, 42 U.S.C. §§ 3601, 3604(a), 3604(b), and 3617; (2) breach of contract; (3) injunctive relief; (4) breach of the implied warranty of habitability; (5) breach of contract as third-party intended beneficiaries; and (6) civil conspiracy under the Maryland common law.

2.     On August 6, 2021, this action was reassigned to the Honorable Senior United States District Judge Deborah K. Chasanow.

3.     On August 17, 2021, the Court extended the time for the Defendants to respond to the Complaint to September 30, 2021.

4.     The Defendants submit that good cause exists in support of granting an extension of time.  The complexities of the issues raised in the nine-count and nearly two-hundred page Complaint necessitate additional time so that counsel for the Defendants may adequately assess the allegations made by the eight named Plaintiffs (including both organizational entities and individuals), as well as the claims made on behalf of the two putative classes.  Further, the parties are exploring whether settlement or mediation is possible and seek this extension in good faith to ensure there is sufficient time to explore this possibility.

5.     Pursuant to Local Rule 105.9, undersigned counsel conferred with Plaintiffs' counsel by phone and email on September 27, 2021, and Plaintiffs' counsel consented to the extension of time until October 14, 2021.

6.     This request is not sought for delay and no party will be unfairly prejudiced by this request.

Dated: September 28, 2021					Respectfully submitted,

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes (Bar Number 08085)
Amanda Lawrence (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
bklubes@buckleyfirm.com
alawrence@buckleyfirm.com

*Counsel for Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.*

*/s/ Ray McKenzie* (signed by Benjamin B. Klubes with the permission of Ray McKenzie)
Ray McKenzie (Bar Number 21069)
**WTAII PLLC**
P.O. Box 609
Vienna, VA 22183
(202) 868-6369 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson* (signed by Benjamin B. Klubes with the permission of Peter W. Tomlinson)
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 6th Ave.
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

*/s/ Megan T. Mantzavinos* (signed by Benjamin B. Klubes with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
Daniel J. O'Hara (Bar Number 28928)
**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
dohara@moodklaw.com

*Counsel for Realty Management Services, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 28th day of September, 2021 through the court's CM/ECF system, which will send notification of this filing to all counsel of record.

                                        */s/ Benjamin B. Klubes*
                                        Benjamin B. Klubes (Bar Number 08085)
                                        *Counsel for Defendants Arbor Management*
                                        *Acquisition Company, LLC, Bedford United, LLC,*
                                        *Victoria United, LLC, Hyattsville United, LLC.*