## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |
| | * | |

\*\*\*\*\*\*

## ORDER

This matter comes before the Court on Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), and Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants") Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint filed on September 28, 2021.  Defendants seek an extension up to and including October 14, 2021 to answer or otherwise respond to Plaintiffs' Complaint.  Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that Defendants' Consent Motion is **GRANTED**.  Defendants will have up to and including October 14, 2021 to answer or otherwise respond to Plaintiffs' Complaint.

  The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

  It is **SO ORDERED**.

Date: September \_\_\_, 2021

                     _____
                     DEBORAH K. CHASANOW,
                     UNITED STATES DISTRICT JUDGE