**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CASA de MARYLAND, INC., ET AL.**<br><br>  Plaintiffs,<br><br>  v.<br><br>**ARBOR REALTY TRUST, INC., ET AL.**<br><br>  Defendant | Civil Case No.: 8:21-cv-01778-CBD |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please WITHDRAW THE APPEARANCE of Daniel J. O'Hara of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., in this matter on behalf of Defendant, Realty Management Services, Inc.  Megan T. Mantzavinos will remain counsel for Defendant, Realty Management Services, Inc.

                Respectfully submitted,

                **MARKS, O'NEILL, O'BRIEN,**
                **DOHERTY & KELLY, P.C.**

By:   */s/ Megan T. Mantzavinos*
       Megan T. Mantzavinos, Esquire (Bar #: 16416)
       mmantzavinos@moodklaw.com
       600 Baltimore Avenue, #305
       Towson, Maryland  21204
       (410) 339-6880
       *Attorney for Defendant, Realty Management Services, Inc.*

{MD243820.1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of December 2021, a copy of Defendant Realty Management Services, Inc., Notice of Withdrawal of Appearance was electronically filed and mailed via first class mail postage prepaid to:

P. Joseph Donahue, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
pjd@thedonahuelawfirm.com

Jonathan Nace, Esquire
Nidel & Nace, P.L.L.C.
One Church Street
Suite 802
Rockville, MD 20850
jon@nidellaw.com


                                      */s/ Megan T. Mantzavinos*
                                      Megan T. Mantzavinos, Esquire