IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, Defendants. | * | |
| | * | |

******

**JOINT MOTION FOR
EXTENSION OF TIME AND MODIFIED BRIEFING SCHEDULE**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants"), and Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), respectfully request an extension of time to answer or otherwise respond to Plaintiffs' Complaint and a modified briefing schedule for such responses. In support of this Motion, the Parties state the following:

1.  On July 19, 2021, Plaintiffs filed a nine-count Complaint in the United States District Court for the District of Maryland, Southern Division asserting the following individual

and putative class member claims against all defendants: (1) violations of the federal Fair Housing Act, 42 U.S.C. §§ 3601, 3604(a), 3604(b), and 3617; (2) breach of contract; (3) injunctive relief; (4) breach of the implied warranty of habitability; (5) breach of contract as third-party intended beneficiaries; and (6) civil conspiracy under the Maryland common law.

2. On August 6, 2021, this action was reassigned to the Honorable Deborah K. Chasanow.

3. On August 17, September 28, and October 13, 2021, the Court extended the time for the Defendants to respond to the Complaint to September 30, 2021, to October 14, 2021, and subsequently to December 13, 2021, on the basis that the Parties were pursuing private mediation.

4. The Parties request that Defendants have up to and including December 20, 2021 to answer or otherwise respond to Plaintiffs' Complaint, Plaintiffs' have up to and including January 21, 2022 to file any oppositions to the Defendants' dismissal motions, and, Defendants have up to and including February 4, 2022 to file any replies in response.

5. The Parties submit that good cause exists in support of the extensions of time and modified briefing schedule.  As described in the Defendants' October 13, 2021 Consent Motion for Extension, the Parties have explored the possibility of mediation and engaged in non-binding mediation with a JAMS mediator in an effort to resolve this matter on December 7, 2021.  While the Parties did not come to a resolution of this matter, in light of the mediation efforts and the unique scheduling demands imposed by the holiday season, the Parties have conferred and agree to the modified briefing schedule described above.  The Parties seek this extension in good faith.

6. Pursuant to Local Rule 105.9, counsel for the Arbor Defendants, Ray McKenzie, conferred with Plaintiffs' counsel by phone and email on December 8-9, 2021, and the Parties agreed to the modified briefing schedule described herein.

7. This request is not sought for delay and no party will be unfairly prejudiced by this request.

Dated: December 10, 2021                                        Respectfully submitted,

/s/ Benjamin B. Klubes
Benjamin B. Klubes (Bar Number 08085)
Amanda Lawrence (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
bklubes@buckleyfirm.com
alawrence@buckleyfirm.com

*Counsel for Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.*

/s/ Ray McKenzie (signed by Benjamin B. Klubes with the permission of Ray McKenzie)
Ray McKenzie (Bar Number 21069)
**WTAII PLLC**
P.O. Box 609
Vienna, VA 22183
(202) 868-6369 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

/s/ Peter W. Tomlinson (signed by Benjamin B. Klubes with the permission of Peter W. Tomlinson)
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 6th Ave.
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com

3

mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

*/s/ Megan T. Mantzavinos* (signed by Benjamin B. Klubes with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
dohara@moodklaw.com

*Counsel for Realty Management Services, Inc.*

*/s/ P. Joseph Donahue* (signed by Benjamin B. Klubes with the permission of P. Joseph Donahue)
P. Joseph Donahue (Bar Number 06245)
**The Donahue Law Firm, LLC**
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023
pjd@thedonahuelawfirm.com

*/s/ Jonathan Nace* (signed by Benjamin B. Klubes with the permission of Jonathan Nace)
Jonathan Nace (Bar Number: 18246)
**Nidel & Nace, P.L.L.C.**
 One Church Street, Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 10th day of December, 2021 through the court's CM/ECF system, which will send notification of this filing to all counsel of record.

>
> /s/ *Benjamin B. Klubes*
> Benjamin B. Klubes
> *Counsel for Defendants Arbor Management*
> *Acquisition Company, LLC, Bedford United, LLC,*
> *Victoria United, LLC, Hyattsville United, LLC.*