IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |
| | * | |

\*\*\*\*\*\*

## ORDER

This matter comes before the Court on Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants"), and Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran, on behalf of themselves and others similarly situated (collectively, "Plaintiffs") Joint Motion for Extension of Time and Modified Briefing Schedule filed on December 10, 2021. Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that the Parties Joint Consent Motion is **GRANTED**. Defendants will have up to and including December 20, 2021 to answer or otherwise respond to Plaintiffs' Complaint. Plaintiffs will have up to and including January 21, 2022 to file any oppositions to Defendants'

dismissal motions.  Defendants will then have up to and including February 4, 2022 to file any replies to Plaintiffs' in response.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED**.

Date: December __, 2021

_____
DEBORAH K. CHASANOW,
UNITED STATES DISTRICT JUDGE