# EXHIBIT A

# TAB 1

**Certificate of Satisfaction**
**Bedford United, LLC – July 8, 2014**
**https://mdlandrec.net/main/index.cfm**

36143    001

Clerk of the Circuit Court
2014 JUL -8 AM 8:30
PR GEO CO MD #89

Record & Return to:
Madison Title Agency, LLC
National Commercial Dept.
1125 Ocean Avenue
Lakewood, NJ 08701
MTA __092765__

# CERTIFICATE OF SATISFACTION

KNOW ALL MEN BY THESE PRESENTS:

That Arbor Realty SR, Inc. does hereby acknowledge that the indebtedness secured by a certain Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement made by Bedford United, LLC dated April 10, 2013, and recorded among the Land Records of Prince George's County, Maryland in Liber 34604, folio 201 has been fully paid and discharged, that Arbor Realty SR, Inc. was, at the time of satisfaction, the holder of the Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement, and that the lien of the Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement is hereby released.

In Witness Whereof, the holder of said Arbor Realty SR, Inc. has caused this instrument to be executed in its behalf by its agent this 13th day of November, 2013.

Attest:                                   Arbor Realty SR, Inc.

_[signature]_                             By: _[signature]_
Ann Marie Pozzini                         Name: Valerie Rubin
                                          Title: Authorized Signatory

```
IMP FD SURE $         40.00
RECORDING FEE         10.00
TOTAL                 50.00
Rcsf FG06    Rcpt # 59996
MMB    AH    Blk # 1022
Jul 08, 2014          08:29 am
```

STATE OF NEW YORK        }
                         }ss.
COUNTY OF NASSAU         }

I HEREBY CERTIFY, that on this 24th day of June, 2014, before me, a Notary Public of the State aforesaid, personally appeared Valerie Rubin who acknowledged herself to be the Authorized Signatory of Arbor Realty Collateralized Loan Obligation 2013-1, LTD. the holder of the documents referred to above, and that she as such Authorized Signatory executed the foregoing Certificate of Satisfaction for the purposes herein contained, by signing her name as such Authorized Signatory and that the facts set forth therein are true.

WITNESS my hand and notarial seal.

_[signature]_
Notary Public

My Commission Expires: February 4, 2016

NANCY PATROWICZ
Notary Public, State of New York
No. 01PA6181591
Qualified in Nassau County
Commission Expires February 4, 2016

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 36143, p. 0001, MSA_CE64_36452. Date available 07/14/2014. Printed 09/28/2021.

# TAB 2

**Certificate of Satisfaction**
**Victoria United, LLC - Sept. 17, 2014**
**https://mdlandrec.net/main/index.cfm**

Record & Return to:
Madison Title Agency, LLC
National Commercial Dept.
1125 Ocean Avenue
Lakewood, NJ 08701
MTA 092765

36319   282

Clerk of the Circuit Court

CERTIFICATE OF SATISFACTION

2014 SEP 17 AM 9:08

PR GEO CO MD #89

KNOW ALL MEN BY THESE PRESENTS:

That Arbor Realty Collateralized Loan Obligation 2013-1, LTD. does hereby acknowledge that the indebtedness secured by a certain Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement made by Arbor Realty SR, Inc. to Victoria United, LLC dated April 10, 2013, and recorded among the Land Records of Prince George's County, Maryland in Liber 34604, folio 153, as assigned by that certain Assignment Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement by and between Arbor Realty SR, Inc., and Arbor Realty Collateralized Loan Obligation 2013-1, LTD. dated April 30, 2013, and recorded among the Land Records of Prince George's County, Maryland in Liber 34898, folio 194, has been fully paid and discharged, and that Arbor Realty Collateralized Loan Obligation 2013-1, LTD. was, at the time of satisfaction, the holder of the Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement, and that the lien of the Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement is hereby released.

In Witness Whereof, the holder of said Arbor Realty Collateralized Loan Obligation 2013-1, LTD. has caused this instrument to be executed in its behalf by its agent this 5th day of September, 2014.

Attest:

*/s/ Ann Marie Pozzini*
Ann Marie Pozzini

Arbor Realty Collateralized Loan Obligation 2013-1, LTD.

By: */s/ Valerie Rubin*
Name: Valerie Rubin
Title: Authorized Signatory

```
IMP FD SURE $        40.00
RECORDING FEE        10.00
TOTAL                50.00
Rest PG06    Rcpt # 65436
MMB     AM    Blk # 3417
Sep 17, 2014         09:08 am
```

ACKNOWLEDGEMENT ON FOLLOWING PAGE

36319   283

STATE OF NEW YORK        }
                         } ss.
COUNTY OF NASSAU         }

    I HEREBY CERTIFY, that on this 5th day of September, 2014, before me, a Notary Public of the State aforesaid, personally appeared Valerie Rubin who acknowledged herself to be the Authorized Signatory of Arbor Realty Collateralized Loan Obligation 2013-1, LTD. the holder of the documents referred to above, and that she as such Authorized Signatory executed the foregoing Certificate of Satisfaction for the purposes herein contained, by signing her name as such Authorized Signatory and that the facts set forth therein are true.

    WITNESS my hand and notarial seal.

_____
Notary Public

My Commission Expires: February 4, 2016

NANCY PATROWICZ
Notary Public, State of New York
No. 01PA6181591
Qualified in Nassau County
Commission Expires February 4, 2016

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 36319, p. 0283, MSA_CE64_36628. Date available 09/22/2014. Printed 09/28/2021.