# EXHIBIT B

# TAB 1

**Letter from PG DPIE to Victoria United, LLC – September 7, 2018**




**THE PRINCE GEORGE'S COUNTY GOVERNMENT**
Department of Permitting, Inspections and Enforcement
Enforcement Division

Rushern L. Baker, III
County Executive

September 7, 2018

Victoria United LLC and Bedford United LLC
Realty Management Services Inc.
7910 Woodmont Avenue, Suite 350
Bethesda, MD 20814

Victoria Station Apartments and Bedford Station Apartments
1400 University Blvd.
Hyattsville, MD 20783

Dear Owners, Management Company, and Resident Agent,

    I am delighted that the Department of Permitting, Inspections, and Enforcement is removing **Victoria Station Apartments** from the Prince George's County Distressed Property List. This action is being taken due the reduced number of violations and tenant calls for service, and the overall responsiveness of the management company.

    DPIE's Multifamily Unit conducted an inspection of **Bedford Station** and **Victoria Station** on Friday, July 27, 2018. Overall, the common areas of both properties are improved; however, management must improve on enforcement of tenant violations such as bulk items being placed in the trash receptacle areas; automotive repair in parking lots; and smoke detector tampering and removal. The inspectors knocked on several doors to check for smoke detectors which were installed and working in most units, but found removed or dead batteries in others.

### Victoria Station

    During the July 27th inspection, six (6) buildings had common area violations and the Department issued a total of eleven (11) violations for both common areas and interior units.

Page Two
*Victoria United LLC and Bedford United LLC*

**Bedford Station**

    DPIE will not remove Bedford Station from the Distressed Property List. During the July inspection, eleven (11) buildings had common area violations, and the Department issued forty (40) violations for both common areas and interior units. Five (5) of the units had inoperable smoke detectors. Another major concern during the July inspection was the active Correction Order that was issued by the Prince George's County Fire Department on four (4) buildings which had not been repaired. Although the Fire Department has since lifted the correction order, a second notice was required before compliance.

    Although we are confident that you will continue to improve this property, and maintain it pursuant to the County Code, the Department will continue to monitor for Code compliance as we do with all rental properties. The Department is encouraged by the progress that has been made on behalf of the citizens of Prince George's County. Please contact Ruby Sherrod if you have questions or need additional information.

Sincerely,

Haitham Hijazi, Director

cc:    Gary Cunningham, Deputy Director
       Ruby Sherrod, Associate Director
       Renee Palacios, Code Enforcement Officer
       Donald Green, Senior Inspector
       Tara Jackson, Deputy County Attorney
       Earl Adams, Jr., Esq., Saul Ewing Arnstein & Lehr LLP

# TAB 2

**Letter from PG DPIE to Bedford United, LLC – February 8, 2019**




**THE PRINCE GEORGE'S COUNTY GOVERNMENT**
Department of Permitting, Inspections and Enforcement
Enforcement Division

February 8, 2019

Bedford United LLC
Newport Property Venture
C/O Earl Adams Jr. Esquire
3211 Ponce De Leon Blvd, Suite 202
Coral Gables, FL 33134

Property:
Bedford Station Apts.
Hyattsville, MD

Dear Mr. Adams:

I am pleased to advise you the Department of Permitting, Inspections and Enforcement (DPIE) has removed Bedford Station Apartments from the Prince George's County Distressed Property List. The last inspection conducted on December 12, 2018 revealed the property was in compliance with the Prince George's County Housing code and has successfully met the distressed property guidelines. In addition to coming into compliance your company has also made a substantial investment in capital improvements on the property which has resulted in a significant reduction in tenant calls for service. The onsite management company has also improved the response to tenant complaints.

Although we are confident that you will continue to improve the property, and maintain it pursuant to the County Code, this agency will continue to monitor the property for continued code compliance. I have included the "Distressed Property Guidelines" with this correspondence for a review.

Again, this agency is encouraged by the progress that has been made and on behalf of the citizens of Prince George's County we are very appreciative of your efforts. If you have any additional questions or concerns, feel free to contact me directly at (301) 883-6063.

Sincerely,

Valerie A. Cary
Acting Associate Director

cc:   Gary Cunningham, Deputy Director of DPIE
      Melinda Bolling, Acting Director of DPIE
      Renee Jenkins-Palacios, Code Enforcement Officer

9400 Peppercorn Place, Suite 600, Largo, Maryland 20774
Phone: 301.883.6168 ♦ http://dpie.mypgc.us ♦ FAX: 301.883.6050