# EXHIBIT C

**INDEX**
**Maryland Department of Assessments and Taxation, Real Property Data Search,**
**Search Results, https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx**

| TAB | PROPERTY NAME |
|---|---|
| 1 | The Woods at Hillcrest Apartments<br>- Results for Street Address Search: Prince George's County, "5368 Quincy" (Sept. 27, 2021) |
| 2 | Capitol Square Apartments<br>- Results for Street Address Search: Prince George's County, "4000 38" (Sept. 27, 2021) |
| 3 | Newbury Square Apartments<br>- Results for Street Address Search: Prince George's County, "1900 Amherst" (Sept. 27, 2021) |
| 4 | Oaks at Park South<br>- Results for Street Address Search: Prince George's County, "5400 Livingston" (Sept. 27, 2021) |
| 5 | Marlow Heights Apartments<br>- Results for Street Address Search: Prince George's County, "4215 28" (Sept. 27, 2021) |
| 6 | South Point Apartments<br>- Results for Property Account Identifier Search: Prince George's County, "06-0582924" (Sept. 27, 2021) |
| 7 | Admiral Place Apartments<br>- Results for Street Address Search: Prince George's County, "4400 Rena" (Sept. 27, 2021) |
| 8 | Park Greene Apartments<br>- Results for Street Address Search: Prince George's County, "2641 Shadyside" (Sept. 27, 2021) |
| 9 | Cheverly Station Apartments<br>- Results for Property Account Identifier Search: Prince George's County, "02-0149997" (Sept. 27, 2021) |
| 10 | The Centre at Silver Spring Apartments<br>- Results for Street Address Search: Montgomery County, "3300 Teagarden" (Sept. 27, 2021) |

# TAB 1

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:**      **District -** 02 **Account Number -** 0149468

| Owner Information | | |
|---|---|---|

| | | | |
|---|---|---|---|
| **Owner Name:** | SPK HILLCREST WOODS LLC<br>SPK HILLCREST WOODS TIC II LLC | **Use:**<br>**Principal Residence:** | APARTMENTS<br>NO |
| **Mailing Address:** | SCHWEB PARTNERS LLC<br>2110 W COUNTY LINE RD<br>JACKSON NJ 08527- | **Deed Reference:** | /41777/ 00371 |

| Location & Structure Information | | |
|---|---|---|

| | | | |
|---|---|---|---|
| **Premises Address:** | 5368 QUINCY ST<br>HYATTSVILLE 20784-0000 | **Legal Description:** | OUTLOT 2 A<br>PARCEL A & B |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-1151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0050 | 00E3 | 0000 | 10002.17 | 8200 | | | | 2021 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 4.6000 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

| Value Information | | |
|---|---|---|

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2021 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| **Land:** | 2,003,700 | 2,003,700 | | |
| **Improvements** | 6,229,900 | 7,964,100 | | |
| **Total:** | 8,233,600 | 9,967,800 | 8,811,667 | 9,389,733 |
| **Preferential Land:** | 0 | 0 | | |

| Transfer Information | | |
|---|---|---|

| | | |
|---|---|---|
| **Seller:** HILLCREST WOODS LLC | **Date:** 02/05/2019 | **Price:** $10,480,514 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /41777/ 00371 | **Deed2:** |
| **Seller:** EDMONTON UNITED LLC | **Date:** 12/19/2013 | **Price:** $7,600,000 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /35497/ 00510 | **Deed2:** |
| **Seller:** NEW POTOMAC LTD PARTNERSHIP | **Date:** 04/12/2013 | **Price:** $6,385,778 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /34604/ 00291 | **Deed2:** |

| Exemption Information | | |
|---|---|---|

| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture:** None

| Homestead Application Information | | |
|---|---|---|

**Homestead Application Status:** No Application

| Homeowners' Tax Credit Application Information | | |
|---|---|---|

**Homeowners' Tax Credit Application Status:** No Application      **Date:**

# TAB 2

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | **District -** 17 **Account Number -** 1943133 | |
|---|---|---|

| Owner Information | | |
|---|---|---|

| Owner Name: | CAPITOL SQUARE LP | **Use:** | APARTMENTS |
|---|---|---|---|
| | | **Principal Residence:** | NO |
| Mailing Address: | SUITE 215 | **Deed Reference:** | /39152/ 00140 |
| | 1700 REISTERSTOWN RD | | |
| | BALTIMORE MD 21208-0000 | | |

| Location & Structure Information | | |
|---|---|---|

| Premises Address: | 4000 38TH ST | **Legal Description:** | LOTS 1 THRU 21 |
|---|---|---|---|
| | BRENTWOOD 20722-0000 | | |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-0537 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0050 | 00A3 | 0000 | 10017.17 | 0735 | | A | | 2022 | Plat Ref: | |

**Town:** BRENTWOOD

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1943 | 96 SF | | 3.4400 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

| Value Information | | | |
|---|---|---|---|

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2019 | As of 07/01/2021 | As of 07/01/2022 |
| Land: | 1,798,100 | 1,798,100 | | |
| Improvements | 7,587,800 | 7,587,800 | | |
| Total: | 9,385,900 | 9,385,900 | 9,385,900 | |
| Preferential Land: | 0 | | | |

| Transfer Information | | |
|---|---|---|

| **Seller:** FINCHLEY APARTMENTS LLC ETAL | **Date:** 02/28/2017 | **Price:** $9,300,000 |
|---|---|---|
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /39152/ 00140 | **Deed2:** |
| **Seller:** FINCHLEY UNITED LLC | **Date:** 11/15/2013 | **Price:** $7,877,500 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /35412/ 00204 | **Deed2:** |
| **Seller:** NEW POTOMAC LTD PARTNERSHIP | **Date:** 04/12/2013 | **Price:** $6,087,656 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /34604/ 00338 | **Deed2:** |

| Exemption Information | | |
|---|---|---|

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00| | 0.00| |

**Special Tax Recapture:** None

| Homestead Application Information | |
|---|---|

**Homestead Application Status:** No Application

| Homeowners' Tax Credit Application Information | |
|---|---|

| **Homeowners' Tax Credit Application Status:** No Application | **Date:** |
|---|---|

# TAB 3

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** **District -** 17 **Account Number -** 1842038

| Owner Information | | |
|---|---|---|

| Owner Name: | NEWBURY APARTMENTS L L C | Use:<br>Principal Residence: | APARTMENTS<br>NO |
|---|---|---|---|
| Mailing Address: | C/O STE 100<br>3809 CLARKS LN<br>BALTIMORE MD 21215- | Deed Reference: | /35412/ 00343 |

| Location & Structure Information | | |
|---|---|---|

| Premises Address: | 1900 AMHERST RD<br>HYATTSVILLE 20783-0000 | Legal Description: | PT BLK 1 EQ 1.352<br>AC BLK 2 EX 6595<br>SQFT EQ 5.605 A |
|---|---|---|---|

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-1819 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0041 | 00D1 | 0000 | 10017.17 | 7800 | | | | 2022 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1949 | | | 6.9500 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

| Value Information | | |
|---|---|---|

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2019 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| Land: | 3,027,400 | 3,027,400 | | |
| Improvements | 20,277,700 | 20,277,700 | | |
| Total: | 23,305,100 | 23,305,100 | 23,305,100 | |
| Preferential Land: | 0 | | | |

| Transfer Information | | |
|---|---|---|

| Seller: NEWBURY UNITED LLC | Date: 11/15/2013 | Price: $15,868,500 |
|---|---|---|
| Type: ARMS LENGTH IMPROVED | Deed1: /35412/ 00343 | Deed2: |
| Seller: NEW POTOMAC LTD PARTNERSHIP | Date: 04/12/2013 | Price: $13,147,017 |
| Type: NON-ARMS LENGTH OTHER | Deed1: /34604/ 00386 | Deed2: |
| Seller: ELLEN LOU LTD PTNSHP | Date: 12/02/1997 | Price: $4,815,000 |
| Type: ARMS LENGTH IMPROVED | Deed1: /11810/ 00352 | Deed2: |

| Exemption Information | | |
|---|---|---|

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00| | 0.00| |

**Special Tax Recapture:** None

| Homestead Application Information |
|---|

**Homestead Application Status:** No Application

| Homeowners' Tax Credit Application Information |
|---|

**Homeowners' Tax Credit Application Status:** No Application　　　**Date:**

# TAB 4

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:**      **District -** 12 **Account Number -** 1284496

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | AMAC II OAKS PS LLC | **Use:** **Principal Residence:** | APARTMENTS NO |
| **Mailing Address:** | REALTY MGMT SRVC/D MISKOVICH 7910 WOODMONT AVE STE 350 BETHESDA MD 20814-0000 | **Deed Reference:** | /36135/ 00260 |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 5400 LIVINGSTON TER OXON HILL 20745-0000 | **Legal Description:** | PARCEL A |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-4442 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0096 | 00A2 | 0000 | 10012.17 | 3880 | | | | 2022 | Plat Ref: | |

**Town:** None

| **Primary Structure Built** | **Above Grade Living Area** | **Finished Basement Area** | **Property Land Area** | **County Use** |
|---|---|---|---|---|
| 1963 | 63 SF | | 3.0500 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2019 | As of 07/01/2021 | As of 07/01/2022 |
| **Land:** | 664,200 | 664,200 | | |
| **Improvements** | 1,001,000 | 1,001,000 | | |
| **Total:** | 1,665,200 | 1,665,200 | 1,665,200 | |
| **Preferential Land:** | 0 | | | |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** OAKS AT PARK SOUTH SPE LLC (RE) | **Date:** 07/02/2014 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /36135/ 00260 | **Deed2:** |
| **Seller:** OAKS AT PARK SOUTH SPE LLC | **Date:** 03/26/2008 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /29505/ 00014 | **Deed2:** |
| **Seller:** OXON RUN LIMITED PARTNERSHIP | **Date:** 10/12/2006 | **Price:** $35,600,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /26183/ 00695 | **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00| | 0.00| |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application      **Date:**

# TAB 5

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | **District -** 06 **Account Number -** 0555110 | | |
|---|---|---|---|

| Owner Information | | | |
|---|---|---|---|
| Owner Name: | AB MARLOW HEIGHTS LLC | **Use:**<br>**Principal Residence:** | APARTMENTS<br>NO |
| Mailing Address: | SCHWEB PARTNERS<br>2110 W COUNTY LINE RD<br>JACKSON NJ 08527- | **Deed Reference:** | /40586/ 00006 |

| Location & Structure Information | | |
|---|---|---|
| Premises Address: | 4215 28TH AVE<br>TEMPLE HILLS 20748-0000 | Legal Description:    PARCEL A |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-3538 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0088 | 00B3 | 0000 | 10006.17 | 5520 | | V | | 2021 | **Plat Ref:** | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 4.7400 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

| Value Information | | | | |
|---|---|---|---|---|
| | **Base Value** | **Value** | **Phase-in Assessments** | |
| | | As of<br>01/01/2021 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| **Land:** | 1,032,300 | 1,032,300 | | |
| **Improvements** | 8,419,400 | 10,459,100 | | |
| **Total:** | 9,451,700 | 11,491,400 | 10,131,600 | 10,811,500 |
| **Preferential Land:** | 0 | 0 | | |

| Transfer Information | | |
|---|---|---|
| **Seller:** MARLOW APARTMENTS LP | **Date:** 02/16/2018 | **Price:** $15,100,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /40586/ 00006 | **Deed2:** |
| **Seller:** MARLOW HEIGHTS APTS LLC | **Date:** 03/21/2014 | **Price:** $13,075,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /35788/ 00388 | **Deed2:** |
| **Seller:** M H A ASSOCIATES | **Date:** 05/22/2006 | **Price:** $14,000,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /00000/ 00000 | **Deed2:** |

| Exemption Information | | | |
|---|---|---|---|
| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture:** None

| Homestead Application Information | |
|---|---|
| **Homestead Application Status:** No Application | |

| Homeowners' Tax Credit Application Information | |
|---|---|
| **Homeowners' Tax Credit Application Status:** No Application | **Date:** |

# TAB 6

SDAT: Real Property Search

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** **District -** 06 **Account Number -** 0582924

| Owner Information | | |
|---|---|---|
| **Owner Name:** | SG SOUTH POINTE TIC I LLC ET AL<br>SG SOUTH POINTE TIC II LLC ET AL | **Use:**<br>**Principal Residence:** | APARTMENTS<br>NO |
| **Mailing Address:** | REALTY MGMT SRVC/D MISKOVICH<br>7910 WOODMONT AVE STE 350<br>BETHESDA MD 20814-0000 | **Deed Reference:** | /43246/ 00270 |

**Location & Structure Information**

| **Premises Address:** | SOUTHERN AVE<br>TEMPLE HILLS 20748-0000 | **Legal Description:** | .1427 ACRES<br>.1139 ACRES |
|---|---|---|---|

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| 0079 | 00E4 | 0020 | 10006.17 | 0000 | | | | 2021 | Plat Ref: |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 11,177 SF | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

**Value Information**

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2021 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| **Land:** | 55,800 | 55,800 | | |
| **Improvements** | 0 | 0 | | |
| **Total:** | 55,800 | 55,800 | 55,800 | 55,800 |
| **Preferential Land:** | 0 | 0 | | |

**Transfer Information**

| **Seller:** SOUTH POINT APARTMENTS LP | **Date:** 03/04/2020 | **Price:** $42,700,000 |
|---|---|---|
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /43246/ 00270 | **Deed2:** |
| **Seller:** FCP OXON TERRACE LLC | **Date:** 11/24/2015 | **Price:** $20,929,231 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /37611/ 00282 | **Deed2:** |
| **Seller:** OXON TERRACE APTS INC | **Date:** 11/29/2011 | **Price:** $0 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /33140/ 00088 | **Deed2:** |

**Exemption Information**

| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture:** None

**Homestead Application Information**

**Homestead Application Status:** No Application

**Homeowners' Tax Credit Application Information**

**Homeowners' Tax Credit Application Status:** No Application          **Date:**

# TAB 7

SDAT: Real Property Search

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** **District -** 06 **Account Number -** 0486969

| Owner Information | | |
|---|---|---|

| | | |
|---|---|---|
| **Owner Name:** | FOREST VILLAGE UNITED LLC | **Use:** APARTMENTS<br>**Principal Residence:** NO |
| **Mailing Address:** | REALTY MGMT SERVICES INC<br>7910 WOODMONT AVE STE 350<br>BETHESDA MD 20814-0000 | **Deed Reference:** /35788/ 00560 |

| Location & Structure Information | |
|---|---|

| **Premises Address:** | 4400 RENA RD<br>SUITLAND 20746-0000 | **Legal Description:** | PT PAR B |
|---|---|---|---|

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-5333 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0089 | 00F3 | 0000 | 10006.17 | 6540 | | | | 2021 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 1.8000 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

| Value Information | | |
|---|---|---|

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2021 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| **Land:** | 392,000 | 392,000 | | |
| **Improvements** | 3,386,300 | 3,434,400 | | |
| **Total:** | 3,778,300 | 3,826,400 | 3,794,333 | 3,810,367 |
| **Preferential Land:** | 0 | 0 | | |

| Transfer Information | | |
|---|---|---|

| **Seller:** FOREST VILLAGE APTS LLC | **Date:** 03/21/2014 | **Price:** $31,425,000 |
|---|---|---|
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /35788/ 00560 | **Deed2:** |

| **Seller:** FOREST VILLAGE APTS ASSOC | **Date:** 05/22/2006 | **Price:** $34,540,000 |
|---|---|---|
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /00000/ 00000 | **Deed2:** |

| **Seller:** FOREST VILLAGE CO | **Date:** 11/02/1979 | **Price:** $0 |
|---|---|---|
| **Type:** | **Deed1:** /05181/ 00058 | **Deed2:** |

| Exemption Information | | |
|---|---|---|

| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

| Homestead Application Information |
|---|

**Homestead Application Status:** No Application

| Homeowners' Tax Credit Application Information |
|---|

| **Homeowners' Tax Credit Application Status:** No Application | **Date:** |
|---|---|

# TAB 8

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture: None**

**Account Identifier:**      **District -** 06 **Account Number -** 0567222

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | SHADY SIDE UNITED LLC | **Use:** **Principal Residence:** | APARTMENTS NO |
| **Mailing Address:** | REALTY MGMT SRVC/D MISKOVICH 7910 WOODMONT AVE STE 350 BETHESDA MD 20814-0000 | **Deed Reference:** | /35788/ 00323 |

### Location & Structure Information

| | | |
|---|---|---|
| **Premises Address:** | 2641 SHADYSIDE AVE SUITLAND 20746-0000 | **Legal Description:** PARCEL C |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: A-3626 |
|---|---|---|---|---|---|---|---|---|---|
| 0080 | 00D3 | 0000 | 10006.17 | 7400 | | | | 2021 | Plat Ref: |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1961 | 129 SF | | 5.4000 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2021 | As of 07/01/2021 | As of 07/01/2022 |
| **Land:** | 1,176,100 | 1,176,100 | | |
| **Improvements** | 6,362,800 | 8,108,300 | | |
| **Total:** | 7,538,900 | 9,284,400 | 8,120,733 | 8,702,567 |
| **Preferential Land:** | 0 | 0 | | |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** SHADYSIDE GARDENS APTS LLC | **Date:** 03/21/2014 | **Price:** $27,000,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /35788/ 00323 | **Deed2:** |
| **Seller:** SHADYSIDE ASSOC LTD PARTNERS | **Date:** 05/22/2006 | **Price:** $30,300,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /00000/ 00000 | **Deed2:** |
| **Seller:** MELTZER,LOUIS G & | **Date:** 10/04/1983 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /05769/ 00670 | **Deed2:** |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture: None**

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application      **Date:**

# TAB 9

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** **District -** 02 **Account Number -** 0149997

| | Owner Information | | |
|---|---|---|---|

| Owner Name: | CHEVERLY STATION OWNER LLC | Use:<br>Principal Residence: | APARTMENTS<br>NO |
|---|---|---|---|
| Mailing Address: | REALTY MANAGEMENT SERVICES INC<br>7910 WOODMONT AVE STE 350<br>BETHESDA MD 20814- | Deed Reference: | /41772/ 00029 |

Location & Structure Information

| Premises Address: | 6501 LANDOVER RD<br>LANDOVER 20785-0000 | Legal Description: | PARCEL C EX .4313<br>ACRES AT NW COR |
|---|---|---|---|

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-4174 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0059 | 00B1 | 0000 | 10002.17 | 5000 | | | | 2021 | Plat Ref: | |

**Town:** CHEVERLY

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 1.3900 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

| | Value Information | | |
|---|---|---|---|

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2021 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| Land: | 469,200 | 469,200 | | |
| Improvements | 2,617,000 | 4,034,900 | | |
| Total: | 3,086,200 | 4,504,100 | 3,558,833 | 4,031,467 |
| Preferential Land: | 0 | 0 | | |

Transfer Information

| Seller: UNITED MULTIFAMILY PARTNERS LLC | Date: 01/31/2019 | Price: $65,850,000 |
|---|---|---|
| Type: ARMS LENGTH MULTIPLE | Deed1: /41772/ 00029 | Deed2: |
| Seller: HANSON ARMS APARTMENTS L L C | Date: 05/19/2011 | Price: $12,357,724 |
| Type: ARMS LENGTH MULTIPLE | Deed1: /32685/ 00583 | Deed2: |
| Seller: HANSON ARMS APARTMNTS PART | Date: 11/07/2003 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: /18350/ 00170 | Deed2: |

Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

Homestead Application Information

**Homestead Application Status:** No Application

Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application    **Date:**

# TAB 10

**Real Property Data Search**

Search Result for MONTGOMERY COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | **District -** 05 **Account Number -** 02266815 |
|---|---|

| Owner Information | | | |
|---|---|---|---|
| Owner Name: | SG KB OWNER LLC<br>SB KB TIC II OWNER LLC ET AL | Use:<br>**Principal Residence:** | APARTMENTS<br>NO |
| Mailing Address: | 1700 REISTERSTOWN RD<br>SUITE 215<br>BALTIMORE MD 21208- | **Deed Reference:** | /58128/ 00143 |

| Location & Structure Information | | |
|---|---|---|
| Premises Address: | 3300 TEAGARDEN CIR<br>SILVER SPRING 20904-0000 | Legal Description: | PT PAR G SILVER<br>SPRING COUNTRY CLUB |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | 14133 |
|---|---|---|---|---|---|---|---|---|---|---|
| KR52 | 0000 | N591 | 20000.16 | 0090 | | | | 2020 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 9.6300 AC | 113 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

| Value Information | | | | |
|---|---|---|---|---|
| | Base Value | Value | Phase-in Assessments | |
| | | As of<br>01/01/2020 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| Land: | 7,550,600 | 7,550,600 | | |
| Improvements | 22,249,400 | 39,638,800 | | |
| Total: | 29,800,000 | 47,189,400 | 41,392,933 | 47,189,400 |
| Preferential Land: | 0 | 0 | | |

| Transfer Information | | |
|---|---|---|
| **Seller:** KNIGHTS BRIDGE I LLC | **Date:** 09/09/2019 | **Price:** $48,140,000 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /58128/ 00143 | **Deed2:** |
| **Seller:** ROBEY ROAD PROPERTY PRSP | **Date:** 06/12/2018 | **Price:** $40,000,000 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /56154/ 00404 | **Deed2:** |
| **Seller:** | **Date:** | **Price:** |
| **Type:** | **Deed1:** | **Deed2:** |

| Exemption Information | | | |
|---|---|---|---|
| **Partial Exempt Assessments:** | Class | 07/01/2021 | 07/01/2022 |
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

| Homestead Application Information |
|---|
| **Homestead Application Status:** No Application |

| Homeowners' Tax Credit Application Information | |
|---|---|
| **Homeowners' Tax Credit Application Status:** No Application | **Date:** |