# EXHIBIT D

# TAB 1

**Maryland Department of Assessments and Taxation, Real Property
Data Search
Results for Street Address Search: Prince George's County, "1400
University" (Sept. 27, 2021)
https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx**

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** **District -** 17 **Account Number -** 1955145

| Owner Information | | | |
|---|---|---|---|
| Owner Name: | BEDFORD UNITED LLC | Use:<br>Principal Residence: | APARTMENTS<br>NO |
| Mailing Address: | REALTY MGMT SRVC/D MISKOVICH<br>7910 WOODMONT AVE<br>BETHESDA MD 20814-0000 | Deed Reference: | /34604/ 00195 |

| Location & Structure Information | | | |
|---|---|---|---|
| Premises Address: | 1400 UNIVERSITY BLVD<br>HYATTSVILLE 20783-0000 | Legal Description: | PARCEL K |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-1483 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0032 | 00C3 | 0000 | 10017.17 | 5300 | | | | 2022 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1950 | 210 SF | | 8.3500 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

| Value Information | | | | |
|---|---|---|---|---|
| | Base Value | Value | Phase-in Assessments | |
| | | As of<br>01/01/2019 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| Land: | 5,455,800 | 5,455,800 | | |
| Improvements | 9,136,200 | 9,136,200 | | |
| Total: | 14,592,000 | 14,592,000 | 14,592,000 | |
| Preferential Land: | 0 | | | |

| Transfer Information | | | |
|---|---|---|---|
| Seller: NEW POTOMAC LTD PARTNERSHIP | Date: 04/12/2013 | Price: $25,801,776 | |
| Type: ARMS LENGTH MULTIPLE | Deed1: /34604/ 00195 | Deed2: | |
| Seller: BARBARA LOU LMTD PARTNERSHIP | Date: 12/02/1997 | Price: $9,720,000 | |
| Type: ARMS LENGTH MULTIPLE | Deed1: /11810/ 00340 | Deed2: | |
| Seller: SCHEFFRES,JEROME | Date: 05/01/1979 | Price: $0 | |
| Type: | Deed1: /05089/ 00318 | Deed2: | |

| Exemption Information | | | |
|---|---|---|---|
| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00| | 0.00| |

**Special Tax Recapture:** None

| Homestead Application Information |
|---|
| Homestead Application Status: No Application |

| Homeowners' Tax Credit Application Information | |
|---|---|
| Homeowners' Tax Credit Application Status: No Application | Date: |

# TAB 2

**Maryland Department of Assessments and Taxation, Real Property
Data Search
Results for Street Address Search: Prince George's County, "1401
Merrimac" (Sept. 27, 2021)
https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx**

**Real Property Data Search**

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:**                  **District -** 17 **Account Number -** 1906932

| Owner Information | | |
|---|---|---|

| Owner Name: | VICTORIA UNITED LLC | Use:<br>**Principal Residence:** | APARTMENTS<br>NO |
|---|---|---|---|
| Mailing Address: | REALTY MGMT SRVC/D MISKOVICH<br>7910 WOODMONT AVE STE 350<br>BETHESDA MD 20814-0000 | Deed Reference: | /34604/ 00147 |

| Location & Structure Information | | |
|---|---|---|

| Premises Address: | 1401 MERRIMAC DR<br>HYATTSVILLE 20783-0000 | Legal Description: | PARCEL F |
|---|---|---|---|

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-1482 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0032 | 00C2 | 0000 | 10017.17 | 5300 | | | | 2022 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 4.1900 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

| Value Information | | |
|---|---|---|

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2019 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| Land: | 1,825,100 | 1,825,100 | | |
| Improvements | 6,045,500 | 6,045,500 | | |
| Total: | 7,870,600 | 7,870,600 | 7,870,600 | |
| Preferential Land: | 0 | | | |

| Transfer Information | | |
|---|---|---|

| Seller: NEW POTOMAC LTD PARTNERSHIP | Date: 04/12/2013 | Price: $5,150,305 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: /34604/ 00147 | Deed2: |
| Seller: BETTY LOU LTD PARTNERSHIP | Date: 12/02/1997 | Price: $1,717,000 |
| Type: ARMS LENGTH IMPROVED | Deed1: /11810/ 00338 | Deed2: |
| Seller: LANGLEY PARK APTS | Date: 09/07/1977 | Price: $0 |
| Type: | Deed1: /04815/ 00543 | Deed2: |

| Exemption Information | | |
|---|---|---|

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00| | 0.00| |

**Special Tax Recapture:** None

| Homestead Application Information |
|---|

**Homestead Application Status:** No Application

| Homeowners' Tax Credit Application Information |
|---|

**Homeowners' Tax Credit Application Status:** No Application        **Date:**