# EXHIBIT E

# TAB 1

**New York City Department of Finance, Office of the City Register
Automated City Register Information System, Property Records
Search
Results for "10 Rutgers St - Manhattan, Block 00283, Lot 0024"
(Sept. 27, 2021)
https://a836-acris.nyc.gov/CP/CoverPage/MainMenu**

New York City Department of Finance
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

| Current Search Criteria: |
| --- |
| **Borough:** MANHATTAN / NEW YORK **Block:** 00283 **Lot:** 0024 **Unit:** N/A **Date Range:** To Current Date **Document Class:** All Document Classes |

# Search Results By Parcel Identifier

Records 1 - 10 << previous  next >>   Max Rows 10 ▼     [ Search Options ] [ New BBL Search] [ Edit Current Search ] [View Tax Map]
[Print Index]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DET IMG | | 2018000062854 | 24 | ENTIRE LOT | 1/26/2018 | 2/22/2018 1:26:03 PM | AGREEMENT | 46 | AH 10 RUTGERS LLC | RAYMOND JAMES BANK, N.A. | | | | 40,750,000 |
| DET IMG | | 2018000004284 | 24 | PARTIAL LOT | 12/15/2017 | 1/4/2018 12:46:32 PM | TERMINATION OF ASSIGN OF L&R | 3 | INVESTORS BANK | RUTGERS/EAST BROADWAY ASSOCIATES, LLC | | | | 0 |
| DET IMG | | 2018000004283 | 24 | PARTIAL LOT | 12/15/2017 | 1/4/2018 12:46:31 PM | UCC3 TERMINATION | 3 | RUTGERS/EAST BROADWAY ASSOCIATES, LLC | INVESTORS BANK | | | | 0 |
| DET IMG | | 2018000004282 | 24 | PARTIAL LOT | 12/27/2017 | 1/4/2018 12:46:30 PM | INITIAL UCC1 | 8 | AH 10 RUTGERS LLC | RAYMOND JAMES BANK, N.A. | | | | 0 |
| DET IMG | | 2018000004281 | 24 | ENTIRE LOT | 12/27/2017 | 1/4/2018 12:46:29 PM | AGREEMENT | 47 | AH 10 RUTGERS LLC | RAYMOND JAMES BANK, N.A. | | | | 59,000,000 |
| DET IMG | | 2018000004280 | 24 | ENTIRE LOT | 12/27/2017 | 1/4/2018 12:46:28 PM | MORTGAGE | 13 | AH 10 RUTGERS LLC | RAYMOND JAMES BANK, N.A. | | | | 25,925,000 |
| DET IMG | | 2018000004279 | 24 | ENTIRE LOT | 12/15/2017 | 1/4/2018 12:46:27 PM | ASSIGNMENT, MORTGAGE | 7 | INVESTORS BANK | RAYMOND JAMES BANK, N.A. | | | | 0 |
| DET IMG | | 2018000004278 | 24 | ENTIRE LOT | 12/27/2017 | 1/4/2018 12:46:26 PM | DEED | 7 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | AH 10 RUTGERS LLC | | | | 59,000,000 |
| DET IMG | | 2013000170001 | 24 | ENTIRE LOT | 4/10/2013 | 4/30/2013 8:48:35 AM | TERMINATION OF ASSIGN OF L&R | 6 | INVESTORS BANK | RUTGERS/EAST BROADWAY ASSOCIATES LLC | | | ✓ | 0 |
| DET IMG | | 2013000170000 | 24 | ENTIRE LOT | 4/10/2013 | 4/30/2013 8:48:34 AM | ASSIGNMENT OF LEASES AND RENTS | 16 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | INVESTORS BANK | | | | 15,000,000 |

Search Options    New Parcel Identifier Search    Edit Current Search    View Tax Map

HELP
[Click help for additional instructions]
Selecting a help option will open new window

*Current Search Criteria:*

**Borough:** MANHATTAN / NEW YORK
**Block:** 00283
**Lot:** 0024   **Unit:** N/A
**Date Range:** To Current Date
**Document Class:** All Document Classes

# Search Results By Parcel Identifier

Records 11 - 20 <<  previous   next >>   Max Rows 10 ▾   [ Search Options ] [ New BBL Search] [Edit Current Search] [View Tax Map] [Print Index]

| View | | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
|------|------|------|------|-----|---------|----------|------------------|---------------|-------|--------|--------|------|------|------|------|
| DET | IMG | | 2013000169999 | 24 | ENTIRE LOT | 4/10/2013 | 4/30/2013 8:48:33 AM | AGREEMENT | 33 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | INVESTORS BANK | | | | 15,000,000 |
| DET | IMG | | 2013000169998 | 24 | ENTIRE LOT | 4/10/2013 | 4/30/2013 8:48:32 AM | MORTGAGE | 10 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | INVESTORS BANK | | ✓ | | 1,259,693 |
| DET | IMG | | 2013000162156 | 24 | PARTIAL LOT | 4/18/2013 | 4/24/2013 11:52:57 AM | UCC3 TERMINATION | 4 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | INVESTORS BANK | | ✓ | | 0 |
| DET | IMG | | 2013000162155 | 24 | PARTIAL LOT | 4/18/2013 | 4/24/2013 11:52:56 AM | INITIAL UCC1 | 8 | RUTGERS/EAST BROADWAY ASSOCIATES, LLC | INVESTORS BANK | | | | 0 |
| DET | IMG | | 2011000130669 | 24 | ENTIRE LOT | 3/29/2011 | 4/11/2011 12:16:05 PM | TERMINATION OF ASSIGN OF L&R | 4 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | RUTGERS/EAST BROADWAY ASSOCIATES LLC | | | | 0 |
| DET | IMG | | 2011000130668 | 24 | ENTIRE LOT | 7/6/2009 | 4/11/2011 12:16:04 PM | ASGN OF ASGN OF L&R | 4 | WELLS FARGO BANK MINNESOTA, N.A. AS TRUSTEE | BANK OF AMERICA, N.A., AS TRUSTEE | | | | 0 |
| DET | IMG | | 2011000130667 | 24 | ENTIRE LOT | 3/30/2011 | 4/11/2011 12:16:03 PM | ASSIGNMENT OF LEASES AND RENTS | 18 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | INVESTORS SAVINGS BANK | | | | 14,135,000 |
| DET | IMG | | 2011000130666 | 24 | ENTIRE LOT | 3/30/2011 | 4/11/2011 12:16:02 PM | AGREEMENT | 32 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | INVESTORS SAVINGS BANK | | | | 14,135,000 |
| DET | IMG | | 2011000130665 | 24 | ENTIRE LOT | 3/30/2011 | 4/11/2011 12:16:01 PM | MORTGAGE | 9 | RUTGERS/EAST BROADWAY ASSOCIATES LLC | INVESTORS SAVINGS BANK | | | | 293,636 |
| DET | IMG | | 2011000130664 | 24 | ENTIRE LOT | 3/30/2011 | 4/11/2011 12:16:00 PM | ASSIGNMENT, MORTGAGE | 7 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | INVESTORS SAVINGS BANK | | | | 0 |

[ Search Options ]  [ New Parcel Identifier Search ]  [ Edit Current Search ]  [ View Tax Map ]

Go To: Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use

# TAB 2

**Bargain and Sale Deed**
**Rutgers/East Broadway Associates LLC to AH 10 Rutgers LLC –**
**January 4, 2018**
**https://a836-acris.nyc.gov/CP/CoverPage/MainMenu**



**2017122800707001002E390A**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 7 |
|---|---|

**Document ID: 2017122800707001**   Document Date: 12-27-2017   Preparation Date: 12-28-2017
Document Type: DEED
Document Page Count: 6

| PRESENTER: | RETURN TO: |
|---|---|
| CONTINENTAL ABSTRACT LLC P/U DENNISE ANTEQUERA<br>900 STEWART AVENUE, SUITE 130<br>356323<br>GARDEN CITY, NY 11530<br>516-248-1180 | VENABLE LLP<br>ATTN BRIAN N GURTMAN, ESQ<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 283 | 24 | Entire Lot | 10 RUTGERS STREET |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN_____   or   DocumentID_____   or   _____ Year_____ Reel____ Page_____   or   File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| RUTGERS/EAST BROADWAY ASSOCIATES LLC<br>826 BROADWAY FL 11<br>NEW YORK, NY 10003 | AH 10 RUTGERS LLC<br>333 EARLE OVINGTON BOULEVARD<br>UNIONDALE, NY 11553 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 1,548,750.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 236,000.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 67.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed          01-04-2018 12:46
City Register File No.(CRFN):
**2018000004278**

*Annette M Hill*

*City Register Official Signature*

DEED

_____

Bargain and Sale Deed
Without Covenant Against Grantor's Acts


RUTGERS/EAST BROADWAY ASSOCIATES LLC,

a New York limited liability company

to

AH 10 RUTGERS LLC, a Delaware limited liability company

_____

Dated:  December 27, 2017

Block:   283
Lot:      24
Address: 10 Rutgers Street
County:  New York

Record and Return To:

Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Attention: Brian N. Gurtman, Esq.

## BARGAIN AND SALE DEED

**THIS INDENTURE**, made this 2̶7̶th day *(as of)* of December, 2017, between RUTGERS/EAST BROADWAY ASSOCIATES LLC, a New York limited liability company, having an address at 826 Broadway, 11th Floor, New York, New York 10003 ("Grantor"), and AH 10 RUTGERS LLC, a Delaware limited liability company, having an address at 333 Earle Ovington Boulevard, Suite 900, Uniondale, New York, 11553 ("Grantee"):

## W I T N E S S E T H:

**WITNESSETH**, that Grantor in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged by Grantor, does hereby grant and release and assign forever unto Grantee, and the heirs, successors and assigns of Grantee, all that certain plot, piece or parcel of land situate lying and being in the City of New York, New York County, State of New York, known as 10 Rutgers Street, New York, New York and as more particularly bounded and described in Schedule A annexed hereto and made a part hereof (the "Land");

**TOGETHER** with all right, title and interest of Grantor in and to any and all buildings and improvements located on the Land (the "Improvements");

**TOGETHER** with all right, title and interest, it any, of Grantor in and to any easements, rights of way, privileges, benefits, appurtenances, hereditaments, strips, gaps and gores, and any and all other rights, if any, thereon or in any way pertaining thereto, including, without limitation, any land lying in the bed of any streets and roads abutting the above-described property to the center lines thereof (the foregoing rights, together with the Land and the Improvements being hereinafter referred to, collectively, as the "Premises");

**TO HAVE AND TO HOLD** the Premises herein granted, or mentioned and intended so to be, unto Grantee, and the heirs, successors and assigns of Grantee, forever.

**BEING** the same Premises acquired by Grantor pursuant to Deed, dated November 19, 1998, recorded December 29, 1998, in Reel 2782, Page 1990, in the Office of the City Register of The City of New York, New York County.

**AND** Grantor, in compliance with Section 13 of the Lien Law, covenants that Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of improvement and will apply the same first to the payment of the cost of improvements before using any part of the total of the same for any other purpose.

[SIGNATURE PAGE TO FOLLOW]

**IN WITNESS WHEREOF**, Grantor has duly executed this Deed the day and year first above written.

**GRANTOR:**

RUTGERS/EAST BROADWAY ASSOCIATES LLC,
a New York limited liability company

By: _____
Name: David Kramer
Title: Manager

[ACKNOWLEDGMENTS APPEAR ON FOLLOWING PAGE]

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

On the 20ᵀᴰ day of December in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared David Kramer, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

My commission expires:

ELIZABETH CLARKE
Notary Public - State of New York
No. 01CL6173833
Qualified in New York County
My Commission Expires September 4, 2019

**SEAL**

-1-

Error! Unknown document property name.

## EXHIBIT A

## LEGAL DESCRIPTION

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, County, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the Southerly side of East Broadway with the Westerly side of Rutgers Street;

RUNNING THENCE Southerly along the Westerly side of Rutgers Street, 98 feet 10-3/4 inches to a point;

THENCE Westerly at right angles to the Westerly side of Rutgers Street, 12 feet 6-1/4 inches to a point;

THENCE Southwesterly along a line forming an angle of 224 degrees 58 minutes 46 seconds on the Northwest with the last mentioned course, 2 feet 8-3/8 inches to a point;

THENCE Westerly along a line forming an angle of 133 degrees 50 minutes 22 seconds on the Northwest with the last mentioned course, 10 feet 7 inches to a point;

THENCE Northerly along a line forming an angle of 90 degrees 00 minutes 00 seconds on the Northeast with the last mentioned course, 2 feet 4-3/4 inches to a point;

THENCE Westerly along a line forming an angle of 270 degrees 26 minutes 14 seconds on the Northeast with the last mentioned course, 2 feet 1-5/8 inches to a point;

THENCE Southerly along a line forming an angle of 269 degrees 33 minutes 46 seconds on the Northwest with the last mentioned course, 2 feet 5-3/4 inches to a point;

THENCE Westerly along a line forming an angle of 90 degrees 20 minutes 35 seconds on the Northwest with the last mentioned course, 74 feet 4 inches to a point;

THENCE Northerly along a line forming an angle of 91 degrees 31 minutes 53 second on the Northeast with the last mentioned course, 2 feet 7-3/4 inches to a point;

THENCE Westerly along a line forming an angle of 90 degrees 42 minutes 53 seconds on the Southwest with the last mentioned course, 0 feet 11-5/8 inches to a point;

THENCE Northerly at right angles to the last mentioned course, 29 feet 2-3/4 inches to a point;

THENCE Westerly along a line forming an angle of 89 degrees 33 minutes 41 seconds on the Southwest with the last mentioned course, 24 feet 5 inches to a point;

1

THENCE Northerly along a line forming an angle of 89 degrees 10 minutes 9 seconds on the Northeast with the last mentioned course, 69 feet 9-3/8 inches to a point;

THENCE Easterly along the Southerly side of East Broadway, 126 feet 4-7/8 inches to the Westerly side of Rutgers Street, at the point or place of BEGINNING.

TOGETHER with the Benefits of a Perpetual Easement for Light and Air and a Negative Covenant not to build over and above the existing improvements on the premises described in the Zoning Lot and Development Agreement made by and between The Church of St. Teresa and Rutgers/East Broadway Associates LLC dated as of 11/19/1998 and recorded 12/29/1998 in Reel 2782 Page 2015.

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2017122800707001002SF78B

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2017122800707001**      Document Date: 12-27-2017      Preparation Date: 12-28-2017
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2017121500101

**SUPPORTING DOCUMENTS SUBMITTED:**

Page Count

RP - 5217 REAL PROPERTY TRANSFER REPORT                                                                 1

| FOR CITY USE ONLY | | | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|---|---|
| C1. County Code | C2. Date Deed Recorded | CITY REGISTER | | STATE OF NEW YORK |
| C3. Book OR | C4. Page | DEC 29 2017 | | STATE BOARD OF REAL PROPERTY SERVICES |
| C5. CRFN | | | | **RP - 5217NYC** |

**PROPERTY INFORMATION**

**1. Property Location**

| 10 | RUTGERS STREET | MANHATTAN | 10002 |
|---|---|---|---|
| STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE |

**2. Buyer Name**

| AH 10 RUTGERS LLC | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |
| LAST NAME / COMPANY | FIRST NAME |

**3. Tax Billing Address**

Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

| | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |

| | | | |
|---|---|---|---|
| STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE |

**4. Indicate the number of Assessment Roll parcels transferred on the deed**    | 1 | # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**5. Deed Property Size**

| FRONT FEET | X | DEPTH | OR | ACRES |
|---|---|---|---|---|

**8. Seller Name**

| RUTGERS/EAST BROADWAY ASSOCIATES LLC | |
|---|---|
| LAST NAME / COMPANY | FIRST NAME |
| LAST NAME / COMPANY | FIRST NAME |

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A | One Family Residential | C | Residential Vacant Land | E | ✔ Commercial | G | Entertainment / Amusement | I | Industrial |
|---|---|---|---|---|---|---|---|---|---|
| B | 2 or 3 Family Residential | D | Non-Residential Vacant Land | F | Apartment | H | Community Service | J | Public Service |

**SALE INFORMATION**

**14. Check one or more of these conditions as applicable to transfer:**

**10. Sale Contract Date**    | 10 / 11 / 2017
Month  Day  Year

**11. Date of Sale / Transfer**    | 12 / 27 / 2017
Month  Day  Year

**12. Full Sale Price $**    5 9 0 0 0 0 0 0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

| A | | Sale Between Relatives or Former Relatives |
|---|---|---|
| B | | Sale Between Related Companies or Partners in Business |
| C | | One of the Buyers is also a Seller |
| D | | Buyer or Seller is Government Agency or Lending Institution |
| E | | Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F | | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | | Significant Change in Property Between Taxable Status and Sale Dates |
| H | | Sale of Business is Included in Sale Price |
| I | | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ✔ | None |

**ASSESSMENT INFORMATION  - Data should reflect the latest Final Assessment Roll and Tax Bill**

**15. Building Class** | D 7     **16. Total Assessed Value  (of all parcels in transfer)** | 8 0 3 5 6 5 0

**17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional identifier(s) )**

| MANHATTAN 283 24 | | |
|---|---|---|



| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

| BUYER | | BUYER'S ATTORNEY | |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 333 EARLE OVINGTON BOULEVARD | | | |
| STREET NUMBER          STREET NAME (AFTER SALE) | | AREA CODE          TELEPHONE NUMBER | SELLER |
| UNIONDALE | | | |
| CITY OR TOWN | NY          11553 | SELLER SIGNATURE | DATE |
| | STATE     ZIP CODE | | |

2017121500101201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| | | | |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 333 EARLE OVINGTON BOULEVARD | | | |
| STREET NUMBER          STREET NAME (AFTER SALE) | | AREA CODE          TELEPHONE NUMBER | |
| | | SELLER | |
| UNIONDALE | NY | 11553 | 12/20/2017 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE          DATE |

2017121500101201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

**State of New York**  } SS.:

**County of**

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at
10 RUTGERS STREET
_____ , _____ ,
Street Address Unit/Apt.

_____MANHATTAN_____ — New York, ____283____ ____24____ (the "Premises");
Borough                                                  Block          Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_____            _____
Name of Grantor (Type or Print)                    Name of Grantee (Type or Print)

_____            _____
Signature of Grantor                                       Signature of Grantee

Sworn to before me                                       Sworn to before me
this _____ day of _____ 20 ____    this _____ day of _____ 20 ____

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2017121500101101



**The City of New York**
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY  11373-5108**

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)   Property receiving service: BOROUGH: MANHATTAN          BLOCK: 283          LOT: 24

(2)   Property Address: 10 RUTGERS STREET, NEW YORK, NY 10002

(3)   Owner's Name:          AH 10 RUTGERS LLC

     Additional Name:

### Affirmation:

☑   Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.** Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

201712150010110