# EXHIBIT G – PART I of V

**INDEX OF NAMED PLAINTIFFS' LEASE AGREEMENTS**

| PART I | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 1 | Ramiro Lopez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020-2021 |
| 2 | Ramiro Lopez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |
| 3 | Ervin Rodas | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020-2021 |
| 4 | Ervin Rodas | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 5 | Jesus Gonzalez & Maria Bonilla | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |

| PART II | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 6 | Jesus Gonzalez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 7 | Jesus Gonzalez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2017-2018 |
| 8 | Jesus Gonzalez | "Victoria Station Apartments" | 2015-2016 |
| 9 | Jesus Gonzalez | "Victoria United, LLC" | 2013-2015 |
| 10 | Jesus Gonzalez | "Victoria Station" | 2012-2013 |

| PART III | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 11 | Jesus Gonzalez | "Victoria Station" | 2011-2012 |
| 12 | Jesus Gonzalez & Jose Ramirez | "Sawyer Property Management of Maryland, LLC agent for New Potomac Limited Partnership" | 2006-2007 |
| 13 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020 |
| 14 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019 |
| 15 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2017-2018 |

| PART IV | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 16 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station Apartments" | 2016 |
| 17 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station Apartments" | 2015 |
| 18 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford United LLC" | 2014 |
| 19 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station" | 2013 |

| PART V | | | |
|---|---|---|---|
| __TAB__ | __LESSEE(S)__ | __LESSOR__ | __TERM__ |
| 20 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station" | 2012 |
| 21 | Maria Lara & Mario Osvaldo Rosales Sandoval | "New Potomac d/b/a Bedford Station" | 2010-2011 |
| 22 | Norma Beltran, Joaquin Henriquez, & Rony Henriquez Beltran | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |
| 23 | Norma Beltran & Joaquin Henriquez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 24 | Norma Beltran & Joaquin Henriquez Perez | "Bedford United LLC" | 2013-2014 |
| 25 | Norma Beltran & Roberto Grijalva Zuniga | "Bedford Station" | 2012-2013 |

# TAB 1

REALTY MANAGEMENT SERVICES, INC.

| Apartment Lease Contract Declaration Pages |
| :---: |

Date of Apartment Lease Contract: **July 16, 2020**
**THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING**

1.    **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Ramiro Lopez** and **Realty Management Services, Inc.**, as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (8125 14th Ave Hyattsville MD 20783). You have agreed to rent 002 (The The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2.    **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

Name                                           Age     Sex     Relationship to Lessee

No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3.    **LEASE TERM.** The initial term of the Lease begins on the 1st day of **August, 2020**, and ends at midnight on the 31st day of July, 2021, ("**12- month Lease Term**").


Initia

This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.

4.    **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$00.00(Paid)**, due on or before the date this Lease is signed.
The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5.    Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.

LEASE RENEWAL



6.      **RENT AND CHARGES.**  You will pay $\underline{\textbf{\$1,475.00}}$ for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on $\underline{\textbf{N/A}}$. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through $\underline{\textbf{N/A}}$. You will pay the pro-rated sum of $\underline{\textbf{\$N/A}}$ due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending $\underline{\textbf{N/A}}$. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.      **UTILITIES.**  You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.      **INSURANCE AND SAFETY.**  Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your**


Initial

LEASE RENEWAL

eviction and entitling Management to exercise any and all legal remedies.  You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph.  Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.


Initia

I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.

Initia

The Apartment Community is not located in a designated flood plain.  Resident has read and understands this acknowledgement.

> You are legally bound by this document.  Read it carefully before signing.  You shall receive an original after it is fully signed.  Keep it in a safe place.

Resident or Residents (*all sign below*)                    Management's Representative
                                                            Realty Management Services, Inc.
                                                            DBA ROSS Management Services

_____                    By: _____
(Resident)

_____
(Resident)

_____
(Resident)

_____
(Resident)

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

Realty Management Services, Inc.
DBA ROSS Management Services
7910 Woodmont Ave, Suite 350
Bethesda, MD 20814

> **Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

LEASE RENEWAL



UTILITY ADDENDUM: RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT
Bedford Station and Victoria Station
8125 14th Ave Apt 002 Hyattsville MD 20783

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated August 1, 2020 between
Realty Management Services Inc. ("Management") and Ramiro Lopez ("Resident(s)") of Apt. No. 002

1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   **[X] By Resident - $38.00 per month for a one-bedroom apartment, $43.00 per month for a two-bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on <u>one</u> of the following methods:
   [] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on <u>one</u> of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.

7. Individual A/C units must not be installed without prior written consent of Landlord. Resident acknowledges that if an individual A/C unit is installed in the apartment, it must be installed in the living room area. Only one A/C unit is permitted. As per Paragraph 9 of your lease agreement, you agreed not to alter, damage or remove our property. You will be liable for any damages to the windows, screens, walls, flooring or building exterior.

   Check One:
   [x] Resident provided and installed A/C unit

   [] Management provided and installed A/C unit

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

9. Bills for utilities are payable upon receipt. Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease. Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

| Tenant - | Date | Tenant - | Date |
|---|---|---|---|
| Tenant - | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____
As Agent for Owner          Date

# TAB 2

**REALTY MANAGEMENT SERVICES, INC.**

APARTMENT LEASE CONTRACT DECLARATION PAGES

Date of Apartment Lease Contract:  <u>07/31/2019</u>

THIS IS A BINDING DOCUMENT — READ CAREFULLY BEFORE SIGNING

1.  **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) Ramiro Lopez and Realty Management Services, Inc., as agent for the owner of the improved residential real estate known as Victoria Station. You have agreed to rent 8125 14th Ave., #002, Hyattsville, MD 20783 for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2.  **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

    | Name | Age | Sex | Relationship to Lessee |
    |------|-----|-----|------------------------|
    | | | | |

    No one else may occupy the Apartment.  Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3.  **LEASE TERM.** The initial term of the Lease begins on **07/31/2019, and ends at midnight on 07/31/2020, ("12- month Lease Term").**

    **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4.  **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is $0.00, due on or before the date this Lease is signed. The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5.  Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment.  Please read the Mold Addendum carefully.

6.  **RENT AND CHARGES.** You will pay $1,475.00 for rent, payable in advance and without demand at the on-site manager's office.  Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on 07/31/2019. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through 07/31/2019. You will pay the pro-rated sum of $47.58 due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending 08/31/2019. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period.  Payment by cash is not accepted.  You must not withhold or offset rent unless authorized by statute.  We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks.  No personal check from a person who is not a Resident or an Occupant will be accepted.  Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers.  If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph.  Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs).  You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if you do not receive acceptable payment prior to the tenth (10th) day of the month.  In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order.  If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized.  We also retain any and all other remedies available.  All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

    If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.  **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities.  You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted.  If your electricity is ever interrupted, you must use only battery-operated lighting.  If any utilities are sub metered for the Apartment you must pay such billings promptly.  If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.   **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your eviction and entitling Management to exercise any and all legal remedies.** You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.

The Apartment Community is not located in a designated flood plain.  Resident has read and understands this acknowledgement.

You are legally bound by this document.  Read it carefully before signing.  You shall receive an original after it is fully signed.  Keep it in a safe place.

| | | | |
|---|---|---|---|
| Tenant - Ramiro Lopez | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |

Management's Representative
**Realty Management Services, Inc.**
**DBA ROSS Management Services**

By: _____
       As Agent for Owner                          Date

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

**Realty Management Services, Inc.**
**DBA ROSS Management Services**

7910 Woodmont Ave, Suite 350
Bethesda, MD 20814

## REALTY MANAGEMENT SERVICES, INC.
# APARTMENT LEASE CONTRACT

**(APARTMENT LEASE CONTRACT DECLARATION PAGES TO BE ATTACHED TO THIS PAGE)**

I acknowledge receipt of this Apartment Lease Contract

| | |
|---|---|
| _Tenant - Ramiro Lopez_ ___ Date 07-31-2019 | Tenant - ___ Date |
| Tenant - ___ Date | Tenant - ___ Date |
| Tenant - ___ Date | Tenant - ___ Date |

REALTY MANAGEMENTSERVICES, INC.
**Apartment Lease Contract**

9. **CONDITION OF THE APARTMENT AND ALTERATIONS.** You accept the Apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons. We disclaim all implied warranties. You will be given a New Resident Correction List on or before move-in. Within seven (7) days after move-in, you must note on the New Resident Correction List all defects or damage and return it to our representative. Otherwise, everything in the Apartment will be considered to be in a clean, safe, and good working condition. The Apartment will be made available to you in a condition permitting habitation, with reasonable safety.

You must use customary diligence in maintaining the Apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the Apartment. We do permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or re-keying is permitted unless statutorily allowed or we have consented in advance in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we will supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the Apartment. For as long as you reside in the Apartment, you will replace light bulbs at your expense with bulbs of the same type and wattage. Your improvements to the Apartment (whether or not we consent) become ours unless we agree otherwise in writing.

10. **MULTIPLE RESIDENTS OR OCCUPANTS.** Each Resident is jointly and severally liable for all Lease obligations. If you or any guest or Occupant violates the Lease or rules, all Residents are considered to have violated the Lease. Our requests and notices to any Resident constitute notice to all Residents and Occupants. Notices and requests from any Resident or Occupant (including repair requests and entry permissions) constitute notice from all Residents. In eviction suits, each Resident is considered the agent of all other Residents in the Apartment for service of process. Security deposit refunds and deduction itemizations of multiple Residents will comply with Paragraphs 40 and 41. Your notice to vacate must be signed by all Residents or it will not be considered valid.

11. **COMMUNITY POLICIES OR RULES.** You and all guests and Occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease. We may make reasonable changes to written rules effective immediately if they are distributed and applicable to all units in the Apartment Community.

12.   **LIMITATIONS ON CONDUCT.** The Apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with Apartment Community rules and posted signs. Glass containers are prohibited in all common areas. No baby carriages, tricycles, bicycles or other articles of personal property may be deposited, allowed or permitted on the patios or balconies of the building, or passageways, parking areas, garages, courts, sidewalks, lawns or other areas of the apartment project. You, your Occupants, or guests may not, anywhere in the Apartment Community: (a) use candles or use kerosene lamps or kerosene heaters without prior written approval; (b) cook on balconies or outside; or (c) solicit business or contributions. Conducting any kind of business (including child care services) in your Apartment or in the Apartment Community is prohibited – except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your Apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You will be liable to us for damage caused by you or any guests or Occupants.

We may exclude from the Apartment Community guests or others who, in our sole judgment, have been violating the law, violating this Lease or any Apartment Community rules, or disturbing other residents, neighbors, visitors, Management representatives or agents. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident or as an Occupant or guest of a specific resident in the community.

13.   **PROHIBITED CONDUCT.** You and your Occupants and/or guests may not engage in the following activities: (a) behaving in a loud or obnoxious manner; (b) disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Apartment Community; (c) disrupting our business operations; (d) manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; (e) engaging in or threatening violence; (f) possessing a weapon prohibited by state law; (g) discharging a firearm in the Apartment Community; (h) displaying or possessing, without proper permit, a gun, knife, or other weapon in the common area in a way that may alarm others; (i) storing anything in closets having gas appliances; (j) tampering with utilities or telecommunications; (k) bringing hazardous materials into the Apartment Community; or (l) injuring our reputation by making bad faith allegations against us to others.

You must not permit or allow any family member, agent, employee, guest or invitee to loiter or play in the elevators, lobby, corridors, landings, stairs, lawns, parking areas, entrances, garage, basement or roof areas. You must keep all doors leading from and into the Apartment closed at all times, and we reserve the right to close all such doors in the event of a violation of this provision. You may not make or permit any disturbing noises that unreasonably interfere with the rights, comforts or convenience of other tenants. You must keep the volume of any radio, television or musical instrument in the Apartment sufficiently low at all times so as not to disturb other tenants in the Apartment Community. You may not conduct or permit any vocal or instrumental practice or instruction that disturbs other tenants. In order to prevent noise caused by walking on the floors in your apartment, you must install sufficient carpeting to eliminate noise in contiguous apartments as determined by us.

You will incurably breach this Lease if you are legally required to register as a sex offender and/or if you register as a sex offender at any time prior to or during your tenancy.

14.   **ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the Apartment or Apartment Community unless we have so authorized in writing. If we allow an animal, you must sign a separate Animal Addendum and pay a non-refundable animal application fee and associated rent. We will authorize a service animal for a disabled (handicapped) person upon written request and proof of need for accommodation. We may require a written statement from a qualified professional verifying the need for the service animal. You must not feed stray or wild animals in the Apartment Community.

15.   **RECREATIONAL FACILITIES.** All persons using any recreational facilities of the Apartment Community do so at their own risk and sole responsibility. We do not assume responsibility for any accident or injury in connection with such use unless caused by our gross negligence or the gross negligence of our respective agents or employees acting within the scope of their employment. We are not liable for failure to operate the swimming pool or any other recreational facility provided, and we reserve the right to close all or any portion of the recreational facilities at any time in our sole discretion, and you will not be entitled to a reduction in rent if your right to use such facilities is interrupted or discontinued. You agree to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all rules, regulations and procedures adopted by us regarding the access to, and availability, use and operation of, recreational facilities. Failure to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all such rules, regulations and procedures shall be a material breach of this Lease.

16.   **PARKING.** If we have provided unassigned parking for which no charge is made, the unassigned parking may be used only by you on a first come first served, non-exclusive, no- reservation basis. We reserve the right to make rules for the use of all parking; to place limitations upon use of parking at any time after the beginning of the term of this Lease; to issue parking stickers for identification of valid vehicles; to institute a reasonable charge for such use at any time after the beginning of the Lease Term; and to make changes in the rules, regulations and charges from time to time. You understand that if we provide you with garage accommodations, such garage accommodations are optional facilities and may not be included in the rent. Garage accommodations may not be furnished to you unless a separate agreement in writing is made between you and us.

The use of any garage or parking space(s) by you without a written agreement may be discontinued or terminated at any time by us. No representation is made that sufficient garage or parking space is available for all residents or that the present number of spaces will always be available. Additionally, we are not liable or responsible for any damage to, or destruction of, your vehicle or any visitor's vehicle while it is parked or present on the Property, whether such damage or destruction is caused by fire, ice, snow (or snow plowing activity), hail, flood, storm, falling tree limbs or overhead lights, explosion, or caused by other residents, guests, vendors (their vehicles or employees) or otherwise.

You and your designated Occupant(s) and/or their respective agents, employees, invitees and guests must observe all parking rules and regulations as posted or indicated by us and/or local authorities. Parking of vehicles in other than designated parking areas is prohibited. No boats, trailers, trucks, buses, or commercial vehicles will be permitted on the parking lots, driveways or garages without prior written permission. Motorcycles must be parked in areas designated for motorcycles. Unless otherwise agreed in writing, mini-bikes, motor scooters or go-karts may not bekept, stored or operated on or about any unit(s) or on or about any part of the Apartment Community. Parking and/or driving on grass or the placement of any type of vehicle on a patio or balcony is prohibited. The parking areas are for use only by properly tagged, functioning and authorized motor vehicles. Any vehicle that does not comply with the foregoing provisions will be towed away at the vehicle owner's risk and expense. The repair, maintenance, washing and/or testing of motor vehicles and/or their engines anywhere within the Apartment Community is strictly prohibited unless we designate a specific area for such purpose. You agree to remove or cause to be removed any of your vehicles, or your designated Occupants' vehicles, from the parking areas or garage promptly upon the expiration or termination of this Lease or your right to possession of any Apartment(s). The parking of vehicles in violation of the terms of this Lease, requiring the vehicles to be towed, will constitute a material breach of the terms of this Lease.

We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Apartment Community if it:

(a)        has a flat tire or other condition rendering it inoperable;
(b)        is on jacks, blocks or has wheel(s) missing;
(c)        has no current license or no current inspection sticker;
(d)        belongs to a Resident or Occupant who has surrendered or abandoned the Apartment;
(e)        is parked in a marked handicap space without the legally required handicap insignia;
(f)        is parked in a space marked for manager, staff, or guest at the office;
(g)        blocks another vehicle from exiting;
(h)        is parked in a fire lane or designated "no parking" area;
(i)        is parked in a space marked for other resident(s) or unit(s), or the vehicle blocks or occupies more than one space;
(j)        is parked on the grass, sidewalk, or patio; or
(k)        blocks garbage trucks from access to a dumpster.

You hereby irrevocably constitute and appoint us as your attorney in fact to remove any vehicle parked in violation of this Lease, parking rules or regulations and to store the vehicle, at your cost and expense, in such place or places as we, in our sole discretion, may deem proper, or to dispose of the vehicle in the manner provided by applicable law. A lien for the costs and expenses of towing and storing a vehicle may be enforced by us in the manner and to the extent provided under applicable law. You agree to indemnify and hold us harmless from claims and all costs and expenses incurred, including but not limited to reasonable attorney's fees, resulting from the towing of motor vehicles belonging to you, your designated Occupant(s) and/or their respective agents, employees, invitees or guests.

17.    **STORAGE SPACES.** In the event that we provide you with a storage space, external to the Apartment, at any time during the Lease Term, you understand that we are providing such storage space gratuitously. Your use of any storage space is subject to the terms of this Lease, the attached Storage Space Addendum and any applicable Apartment Community rules and regulations. Mechanical rooms, equipment rooms, electrical rooms and meter rooms are not designated storage areas and items discovered in these rooms will be removed and disposed of by Management.

18.    **DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we are responsible for the delay only to the extent provided by law. The Lease will remain in force subject to: (a) abatement of rent on a daily basis during delay; and (b) your right to terminate as set forth below. Termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any prepaid, unearned rent. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that do not prevent you from occupying the Apartment, such cleaning or repairs do not materially affect the life, health or safety of ordinary persons, and habitation is possible with reasonable safety.

If there is delay in providing you with possession of the Apartment, you may terminate, cancel, or rescind your Lease up to the date when the Apartment is ready for occupancy (the time at which we are ready to deliver possession to you) but not later.

19.    **PAYMENTS.** Your agreement to pay all sums due under this Lease Contract or related addenda is an independent covenant. At our option and without notice, we may apply money received first to any of your unpaid obligations, then to current rent – regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

20.     **LOCKS AND LATCHES.** Keyed lock(s) will be re-keyed after the prior resident moves out. The re-keying will be done either before you move in or, if the Apartment has a keyless deadbolt on each exterior door, within ten (10) days after you move in.
You may at any time ask us to (a) install one keyed deadbolt lock on an exterior door if it does not have one; (b) install a security bar and/or sliding door pinlock on each sliding glass door;
(c) install one keyless deadbolt on each exterior door; (d) install one door-viewer on each exterior door; and (e) change or re-key locks or latches during the Lease Term. We must reasonably comply with those requests within a reasonable time, but you must pay for them in advance.

**Lockouts.** In the event that you are locked out of the Apartment during Management's normal business hours, Management will, if you personally present yourself to request the use of the "emergency" key, either provide access to the Apartment or will provide a key. The "emergency" key shall not be given to a person who is not named on the Lease Contract as a Resident or Occupant. In the event that you are locked out of the Apartment after Management's normal business hours, you should contact a locksmith to gain access to the Apartment. You will pay, in advance, for all costs associated with any lockout.

**Paying for Re-keying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to security devices by you or your family, Occupants, or guests during your occupancy. You may be required to pay in advance if: (a) we notify you within a reasonable time after your request that you are more than thirty (30) days delinquent in reimbursing us for repairing or replacing a security device which was misused or damaged by you, your guest or an Occupant or;
(b) if you have requested that we repair, install, change or re-key the same security device during the thirty (30) days preceding your request and we have complied with your request. If you fail to return keys at the termination of your tenancy, you will be responsible for re-keying charges for all locks.

21.     **REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or costs of repairs or service in the Apartment Community due to a violation of the Lease or rules, improper use, or negligence by you or your guests or Occupants. We are not liable for – and you must pay for – repairs, replacement costs, and damage to the following if occurring during the Lease Term or renewal period: (a) damage to doors, windows, or screens; (b) damage from windows or doors left open; and (c) damage from wastewater stoppages caused by improper objects in lines exclusively serving your Apartment, unless the above-listed damage is due to our negligence. We may require payment at any time, including advance payment of repairs for which you are liable. Delay in demanding sums you owe is not a waiver.

22.     **RELEASE OF RESIDENT.** Unless you are entitled to terminate this Lease under Paragraphs 3, 27, 28 or 29, you will not be released from this Lease for any reason – including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-Residents, loss of employment, bad health or death.

23.     **EARLY MOVE-OUT.** You will be liable to us for all damages we suffer including rent, late charges and damages to the Apartment if you:

(a)        fail to give written move-out notice as required in Paragraph 3;
(b)        move out without paying rent in full for the entire Lease Term or renewal period;
(c)        move out at our demand because of your default; or
(d)        are judicially evicted.

24.   **DEFAULT BY RESIDENT.**  You will be in default if:
(a)   you do not pay rent or other amounts that you owe;
(b)   you or any guest or Occupant violates this Lease, Apartment Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs;
(c)   you abandon the Apartment;
(d)   you give incorrect or false information in a rental application;
(e)   you or any Occupant is arrested, convicted, or given deferred adjudication for a criminal offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; and/or
(f)   any illegal drugs or paraphernalia are found in your Apartment or on your person while on the Apartment Community's grounds.

**Eviction.** If you are in default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances. We are not required to provide notice of non-payment of rent, and we may proceed to institute eviction proceedings at any time your rent is overdue. Notice may be by (a) regular mail; (b) certified mail, return receipt requested; (c) personal delivery to any Resident; (d) personal delivery at the Apartment to any Occupant over sixteen (16) years old; or (e) affixing the notice to the outside of the Apartment's main entry door. Termination of your possession rights or subsequent re-letting does not release you from liability for future rent or other Lease obligations, subject to your and our duties to mitigate damages as provided by this Lease or by applicable law. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance does not waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time does not waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Holdover.** You or any Occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different date agreed to by the parties in writing). If a holdover occurs, then: (a) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (b) rent for the holdover period will be increased by twenty-five percent (25.0%) over the then-existing rent, without notice; (c) you will be liable to us for all rent for the full term of the previously signed Lease of a new resident who cannot occupy because of the holdover; (d) at our option, we may extend the Lease Term – for up to one month from the date of notice of lease extension – by delivering written notice to you or your Apartment while you continue to hold over; and (e) we may bring an action for eviction and for damages in conformance with the Maryland Real Property Code or applicable county or city ordinances.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated, on any attached Rental Concession Addendum, to be rental discounts or abatements, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this Lease and with the terms of the Rental Concession Addendum, or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination. In the event that we obtain the service of an attorney and take legal action against you in connection with any breach by you of any of the terms or conditions of this Lease, you covenant and agree to pay us reasonable attorney's fees, plus all court costs, the costs of any special process server employed by us, and all other additional costs that may be incurred, as a court or tribunal of competent jurisdiction may award, in the event that legal action is instituted against you. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non- prevailing party attorneys' fees and all other litigation costs.

All unpaid amounts after termination of your tenancy bear interest at the rate of eighteen percent (18.0%) per annum. You must pay all collection agency fees if you fail to pay all sums due within ten (10) days after we mail you a letter demanding payment and stating that collection agency fees will be added if you do not pay all sums by that deadline.

**Mitigation of Damages.** If you move out early, you will be subject to the damages and amounts due specified in this Lease and all other remedies authorized by law. We will exercise customary diligence to re-let the Apartment and minimize damages. We will credit all subsequent rent that we actually received from subsequent residents against your liability for past-due and future rent and other sums due.

25.            **SURRENDER, AND ABANDONMENT.** You have surrendered the Apartment when: (a) the move-out date has passed and no one is living in the Apartment in our reasonable judgment; or (b) all Apartment keys and access devices have been turned in where rent is paid – whichever date occurs first.

You have abandoned the Apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2)clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you have been in default for non-payment of rent for five (5) consecutive days or water, gas, or electric service for the Apartment not connected in our name has been terminated; and (4) you have not responded for two
(2) days to our notice left on the inside of the main entry door, stating that we consider the Apartment abandoned. An Apartment is also "abandoned" ten (10) days after the death of the sole Resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and re-let the Apartment; determine any security deposit deductions; and remove property left in the Apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the Apartment, but do not affect our mitigation obligations.

26.            **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this Lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the Apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and we may seek a court order that the property be sold to offset any rent due.

**Removal After We Exercise Lien for Rent.** If the Lease is terminated by reason of your rent being delinquent, our representative may seek to obtain a judicial order of court, to the extent permitted by law, so that a court officer may peacefully enter the Apartment and remove and/or store all property subject to lien for public sale.

**Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the Apartment or in common areas (including any vehicles you or any Occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the Apartment.

**Storage.** Pending public sale, we may store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the Apartment. We are not liable for casualty, loss, damage, or theft except for property removed under a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption**. If we seized and stored property under a contractual lien for rent as authorized by state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. In the event that notice of sale is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we have removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, re-letting charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the Apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition of Sale.** Except for animals and property removed after the death of a sole Resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the Apartment after surrender or abandonment. Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, in compliance with applicable law.

27.       **MILITARY CLAUSE.** Under the following circumstances, you may terminate the Lease by giving us written notice ("Termination Notice") if you:

(a)       become a member of the United States Armed Forces; or

(b)       receive military orders for a permanent change of station or to deploy with a military unit for a period of not less than 90 days.

The Termination Notice is effective 30 days after the first date on which the next rental payment is due and payable after the date on which the notice is delivered. You must furnish us either a copy of the official permanent change-of-station orders or a deployment letter or order. Military permission for base housing does not constitute a permanent change-of-station order. After move-out, you are entitled to return of your security deposit less lawful deductions. The release of a Resident under this military clause will release the Resident receiving the change-of- station or deployment orders and such Resident's spouse or legal dependents, but not any remaining co-Residents.

28.       **DEATH, INCAPACITATION OR LEGAL DISABILITY.** Upon your death (or any one or more persons comprising the residents hereunder), the Lease shall automatically terminate. It is understood and agreed that no interest in the Lease, the leasehold estate created hereby or the apartment will pass to your heirs, administrators or assigns by will, intestacy, gift or grant. If the Lease is terminated by virtue of your death, the termination of the Lease shall not relieve your estate from responsibility for payment of your outstanding obligations under the Lease, nor for the payment for the use and occupancy of the apartment during the administration of the estate until the apartment is actually vacated by all occupants, guests or invitees, including any remaining persons identified as residents herein.

29.       **REPLACEMENTS AND SUBLETTING.** Replacing a Resident, subletting, or assignment is allowed only when we consent in writing. If departing or remaining Residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:

(a)       a re-letting charge will not be due;

(b)       a reasonable administrative (paperwork) fee will be due, and a re-keying fee will be due if re-keying is requested or required; and

(c)       the departing and remaining Residents will remain liable for all Lease obligations for the rest of the original Lease Term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option:
(1) the replacement resident must sign this Lease with or without an increase in the total security deposit; *or*
(2) the remaining and replacement residents must sign an entirely new lease. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve the replacement. The departing Resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Term unless we agree otherwise in writing – even if a new lease is signed.

30.    **DISCLOSURE RIGHTS.** If someone requests information about you or your rental history for law-enforcement, governmental, or business purposes, we may provide such information if we receive a signed release and/or a commonly recognized subpoena.

31.    **REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST – FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS – IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Any of our written notes regarding your oral request do not constitute a written request from you.
Our complying with or responding to any oral request regarding security or non-security matters does not waive the strict requirement for written notices under this Lease. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health or safety. We may change or install utility lines or equipment serving the Apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We will act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part as a result of air conditioning problems.

If we believe that fire or catastrophic damage to the Apartment is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease within a reasonable time by giving you written notice. If the Lease is so terminated, we will refund prorated rent and all deposits, less lawful deductions.

32.    **DEFAULT BY MANAGEMENT.** We will act with customary diligence to:

(a)    keep common areas reasonably clean, subject to Paragraph 9;
(b)    maintain fixtures, furniture, hot water, heating and A/C equipment;
(c)    substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
(d)    make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.
(e)    If we violate any of the above, you may terminate this Lease and exercise other remedies under state statute only in the event that you comply with the following conditions:

(1)    you must make a written request for repair or remedy of the condition, and all rent must be current at that time;
(2)    after receiving the request, we will have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(3)    if we have not diligently tried to repair within a reasonable time, you then have the right to give us written notice of intent to terminate the Lease unless the repair is made within seven (7) days; and
(4)    if repair has not been made within seven (7) days, you may terminate this Lease and exercise other statutory remedies. Security deposits and prorated rent may be refunded as required by law.

Your right to terminate the Lease under this paragraph is a contractual remedy that is in addition to any other rights and remedies you may have under local law or your local county or city ordinances. This provision does not limit any other rights you have by law.

33.    **WHEN WE MAY ENTER.** If you or any guest or Occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (b) below may peacefully enter the Apartment at reasonable times for the purposes listed in (b) below. If nobody is in the Apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(a)    written notice of the entry is left in a conspicuous place in the Apartment immediately after the entry; and

(b)    entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or re-keying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing Apartment to prospective Residents (after move-out or vacate notice has been given); showing Apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; or in connection with inspection, response to, or compliance with any citation for any alleged housing code violation.

(c)    We may enter the Apartment after due notice to you and without reasonable objection during business hours. If practical under the circumstances, we will attempt to provide at least twenty-four (24) hours advance written notice of our intent to enter for the above purposes. We may enter the Apartment immediately without notice under the following circumstances: an emergency situation; when we have good cause to believe you may have damaged the Apartment; if we reasonably
believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards or; to deal with or respond to any situation which is of immediate threat or danger to the health, safety or welfare of our residents or their property, an animal, or our Apartment Community and your Apartment.

(d)    You are deemed to have given us permission to enter your Apartment in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to your Apartment for the same without delay or interference.

34.    **MISCELLANEOUS.** You submitted an application to us to induce us to execute this Lease. In the event that any of the representations in your application are found to be misleading, incorrect or untrue, we shall have the right to treat such misleading, incorrect or untrue representation as a breach of this Lease. Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease, executed addenda, and published and attached rules and regulations are the entire agreement between you and us.

Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease or any part of it unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written notice requirements, rental due dates, acceleration, liens, or other rights is not a wavier under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed. Notices may not be given by email.

Exercising one remedy will not constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease. All notices and documents may be in English and, at our sole option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease is subordinate or superior to existing and future recorded mortgages, at lender's option. All Lease obligations must be performed in the county where the Apartment is located.

35.   **RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease changes are allowed before the initial Lease Term ends, except for changes authorized by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules.

**If, at least five (5) days before the Advance Notice Deadline referred to in Paragraph 3, we give you written notice of rent increases or Lease changes effective when the Lease Term or renewal period ends, this Lease will automatically continue month-to-month (modified by sixty (60) day notice provision) with the increased rent or Lease changes. The modified Lease will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice required by Paragraph 3.**

36A. **MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease or any renewal term. You will still be liable for the entire Lease Term if you move out early (Paragraph 3), except under the military clause (Paragraph 27). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:
(a)    Your move-out notice must be in writing. Oral move-out notices will not be accepted and will not terminate your Lease.
(b)    Your move-out notice must not terminate the Lease sooner than the end of the Lease Term or renewal period.
(c)    move-out date in your notice must be either the last day of the month or the exact day designated in your notice, provided such date is at least sixty (60) days after the date your notice received.
(d)    We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in Paragraph 3. However, if a move-out notice is received on the first, it will suffice for move-out on the last day of the month of intended move-out, provided that all other requirements above are met.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain written acknowledgement from our representative that we received your move-out notice. If we terminate the Lease, we must give you the same advance notice – unless you are in default.

36B.  **EARLY TERMINATION.** During the initial term of this Lease, you shall have the option to terminate your remaining responsibility for rent due for the balance of the Lease Term by providing us with written notice of not less than thirty (30) days together with payment of an early termination fee equal to two (2) months rent. The Lease will be considered terminated upon our receipt of a proper written notice (signed by all Residents), payment of the early termination fee and all rent and other charges due through the date of your vacating the Apartment. If you fail to timely vacate, pay the early termination fee, or pay any other charges due through date of vacating, the attempted early termination permitted by this provision shall be deemed void, and the other provisions of this Lease with respect to charges associated with a breach of the Lease, and your responsibility for such charges, shall apply.

37.    **MOVE-OUT PROCEDURES.** The move-out date cannot be changed unless you and we both agree in writing. You will not move out before the Lease Term or renewal period ends unless all rent for the entire Lease Term or renewal period is paid in full.  Early move-out may result in re-letting charges. You are prohibited by law from applying any security deposit to rent. You will not stay beyond the date you are supposed to move out. All Residents, guests, and Occupants must vacate the Apartment on or before the vacate date specified in the notice to vacate. You must give us and the U.S. Postal Service, in writing, each Resident's forwarding address.

38.    **CLEANING.** You must thoroughly clean the Apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you do not clean adequately, you will be liable for reasonable cleaning charges – including charges for cleaning carpets, draperies, furniture, walls, etc. that are soiled beyond normal wear (that is, wear or soiling that occurs without negligence, carelessness, accident, or abuse).

39.    **MOVE-OUT INSPECTION.** If you notify us by certified mail at least fifteen (15) days prior to your specified move-out date of: your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the Apartment (unless you have been evicted, ejected, or have abandoned the Apartment). After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur. The date of the inspection will be within five (5) days before or after the moving date specified in your notice. Our representative has no authority to bind or limit us regarding deductions for repairs, damages or charges. Any statements or estimates by our representatives or us are subject to correction, modification, or approval/disapproval before final refunding or accounting.

40.    **SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You will be liable for the following charges, if applicable: unpaid rent; unpaid utilities; un-reimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the Apartment and is missing; replacing dead or missing smoke detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the Apartment when you or any guest or Occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or re-keying unauthorized security devices or alarm systems; agreed re-letting charges; packing, removing, or storing property removed or stored by us; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security alarm charges unless due to our negligence; animal-related charges; government fees or fines against us for violation (by you, your Occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling or other matters; late payment and returned check charges; a charge (not to exceed $100.00) for Management's time and inconvenience or expenses actually incurred in our lawful removal of an animal or in any valid eviction proceeding against you, plus reasonable attorneys' fees, court costs, and filing fees actually paid; and other sums due under this Lease.

You will be liable for (a) charges for replacing all keys and access devices provided at move- in or during your tenancy if you fail to return them on or before your actual move-out date; and (b) a re-letting fee if you have violated Paragraph 24.

41.   **SECURITY DEPOSIT RETURN.** We will mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than forty-five (45) days after termination of your tenancy unless statutes provide otherwise.

**NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS.**
Under Maryland Code 8-203, you have the following rights: The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the Apartment, common areas, major appliance, and furnishing owned by us.
(a)      You have the right to be present when we or our agent inspects the Apartment in order to determine if any damage was done to the Apartment, if you notify us by certified mail of your intention to move, the date of moving , and your new address.
(b)      Your notice requesting a move-out inspection in our presence must be furnished to us by certified mail at least fifteen (15) days prior to the date you move.
(c)      Upon receipt of your notice to move, we will notify you by mail of the time and date the Apartment are to be inspected.
(d)      The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.
(e)      Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages. You may be entitled to recover a penalty of three (3) times the security deposit plus reasonable attorneys' fees if we fail to comply with the security deposit law (§ 8-203.1).
(f)      The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.
(g)      In calculating the damages for lost future rents, any amount of rent received by us for the Apartment during the remainder, if any, of your Lease Term will reduce the damages you owe us by a like amount.

42. **RESIDENT SAFETY AND PROPERTY LOSS.** You and all Occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines found in this Lease.

**Smoke Detectors.** We will furnish smoke detectors as required by statute, and we will test them and provide working batteries when you first take possession. For as long as you reside in the Apartment, you must pay for and replace dead or missing batteries at your expense. A hard-wired backup has been installed; to the extent you are responsible, electrical service to your Apartment must be maintained at all times. **You must immediately report smoke detector malfunctions to us.** Neither you nor others may disable smoke detectors. If you damage or disable a smoke detector, or if you remove a smoke detector battery without replacing it with a working battery or fail to replace a dead battery or report malfunctions to us, you may be liable to us for all amounts authorized by state statute, plus actual damages, and attorneys' fees for any loss, damage, or fines from fire, smoke, or water. Such action will be deemed a material, non-remedial default under this Lease entitling us to terminate this Lease and obtain possession of the Apartment.

**Casualty Loss.** We are not liable to any Resident, guest or Occupant for personal injury or damage or loss of personal property from fire, smoke, rain, flood, water leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, acts of terrorism, theft, or vandalism unless otherwise required by law. Unless we instruct otherwise, you must, for twenty-four (24) hours a day during freezing weather: (a) keep the Apartment heated to at least fifty (50) degrees Fahrenheit;

(b)      keep cabinet and closet doors open; and (c) drip hot and cold water faucets.  You will be liable for damage to our and/or others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives or agents to perform services not contemplated in this Lease, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical, emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You will not treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we are not liable to you or any guests or Occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We are not obligated to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We are not responsible for obtaining criminal-history checks on any Residents, Occupants, guests, or contractors in the Apartment Community. If you are, or any Occupant or guest is, affected by crime, you must make a written report to our representative and to the appropriate law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Solicitation.** Solicitors are not permitted in the building and/or the apartment project. If you are solicited, you should notify the management office immediately.

43.        **PACKAGES.** If you would like Management to be able to accept packages on your behalf, you must, in writing, authorize us to do so. Your authorization for Management to accept packages on your behalf is at your sole risk, and Management shall not be liable for any package delivered for you. In the event that Management receives and accepts any package on your behalf, whether or not authorized to do so, you agree that Management does not assume any responsibility for loss of or damage to your package.

44.        **SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we would like to advise you of some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other Occupants in your dwelling, including any children you may have, about these guidelines.

## PERSONAL SECURITY – WHILE INSIDE YOUR APARTMENT
1.      Lock your doors and windows – even while you are inside.
2.      Engage the keyless deadbolts on all doors while you are inside.
3.      When answering the door, see who is there by looking through a window or peephole. If you do not know the person, first talk with him or her without opening the door. Do not open the door if you have any doubts.
4.      If children (who are old enough to take care of themselves and are at least the required age as specified by local or state law) are left alone in your Apartment, tell them to use the keyless deadbolt, if applicable, and refuse to let anyone inside while you are gone – regardless of whether the person is a stranger or an apartment maintenance or management employee.
5.      Do not put your name, address, or phone number on your key ring.
6.      If you are concerned because you have lost your key or because someone you distrust has a key, ask the management to re-key the locks. You may request this service provided you pay for the re-keying. We cannot refuse to provide a key to an authorized Resident unless a court order exists (and is provided to us) precluding entry to such Resident.
7.      Dial 911 for emergencies. If the 911 service does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If any emergency arises, call the appropriate governmental authorities first, then call the management.
8.      Check your smoke detector monthly to make sure it is working properly and the batteries have sufficient energy.
9.      Check your door locks, window latches, and other security devices regularly to be sure they are working properly.
10.     If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.
11.     Immediately report to Management – in writing, dated and signed – any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.

12.    Immediately report to management – in writing, dated and signed – any malfunction of other safety devices outside your Apartment, such as broken gate locks, burned out lights in stairwells and parking lots, blocked passages, broken railings, etc.

13.    Close curtains, blinds, and window shades at night.

14.    Mark or engrave your driver's license number or other identification on valuable personal property.

## PERSONAL SECURITY – WHILE OUTSIDE YOUR APARTMENT

15.    Lock your doors while you are gone. Lock any door-handle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door security bar that you have. Leave a radio or TV playing softly while you are gone.

16.    Close and latch your windows while you are gone, particularly when you are on vacation.

17.    Tell your roommate or spouse where you are going and when you will be back.

18.    Do not walk alone at night.  Do not allow your family to do so.

19.    Do not hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.

20.    Do not give entry keys, codes or electronic gate cards to anyone.

21.    Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.

22.    Let the manager and your friends know if you will be gone for an extended time. Ask your neighbors to watch your Apartment since the management cannot assume that responsibility.

23.    While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.

24.    Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

## PERSONAL SECURITY – WHILE USING YOUR CAR

26.    Lock your car doors while driving.  Lock your car doors and roll up the windows when leaving your car parked.

27.    Do not leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.

28.    Do not leave your keys in the car.

29.    Carry your key ring in your hand whenever you are walking to your car – whether it is daylight or dark and whether you are at home, school, work, or on vacation.

30.    Always park in a well-lighted area.  If possible, try to park your car in an off-street parking area rather than on the street.

31.    Check the backseat before getting into your car.

## PERSONAL SECURITY AWARENESS

No security system is failsafe. Even the best system cannot prevent crime.  Always act as if security systems do not exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security.  The best safety measures are the ones you perform as a matter of common sense and habit.

45.    **ORIGINALS AND ATTACHMENTS.** This Lease has been executed in multiple originals, with original signatures – one for you and one or more for us. Our rules and Apartment Community policies, if any, will be attached to the Lease and given to you at signing. When a New Resident Correction List is completed, both you and we should retain a copy.

46.    **LOCAL LAWS AND ORDINANCES.** It is the intent of the parties to comply with the laws of Maryland, including local, county and municipal ordinances. The terms of this Lease may be modified by another addendum which conforms to the laws of the jurisdiction in which this Apartment Community is located. If there is any conflict in the terms of that addendum and this Lease, the conflicting terms of that other addendum shall control. In the event no other addendum is attached to this Lease and the local laws or ordinances provide additional rights or remedies not included herein, this Lease is amended by reference to such local laws and ordinances to incorporate the terms, rights, or remedies thereof herein. It is the intent of the parties to have this Lease construed to include any such rights or remedies herein, and the provision of such laws or ordinances shall supersede and control over the language of this Lease to the extent they are in conflict. If any of the provisions of this Lease are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Lease will remain enforceable and binding on both you and us and will be enforceable to reflect the intent of the parties.

47.    Each Lease entered into from and after the date hereof shall provide that in the event of the enforcement by Beneficiary of the remedies provided for hereby or by Law, the Tenant thereunder will, upon request and at the option of any Person succeeding to the interest of Borrower as a result of such enforcement, automatically become the lessee of said successor in interest and attorn to said successor in interest, without change in the terms or other provisions of the Lease, provided, however, that (A) said successor in interest shall not be bound by (i) any payment of Rent for more than one (1) month in advance, except prepayments in the nature of Tenant Security to the extent actually received by said successor in interest or (ii) any material amendment or modification of the Lease made without the consent of Beneficiary or such successor in interest, except amendments or modifications made in the ordinary course of business.

## APARTMENT LEASE CONTRACT PARKING ADDENDUM

BETWEEN REALTY MANAGEMENT SERVICES, INC. ("Management") AND

Ramiro Lopez ("Resident")

FOR PARKING SPACE NUMBER N/A (the "Parking Space")

AT THE ADVANCE MONTHLY LICENSE FEE OF $0.00 (the "License Fee") DUE ON THE FIRST DAY OF EACH MONTH COMMENCING

07/31/2019

PARKING PERMIT NUMBER: , ,

NAME: Ramiro Lopez

ADDRESS: 8125 14th Ave., #002, Hyattsville, MD 20783

HOME PHONE:

BUSINESS/CELL PHONE: (301) 357-7894

| | | | |
|---|---|---|---|
| AUTOMOBILE TAG NUMBER: | N/A | N/A | N/A |
| STATE: | N/A | N/A | N/A |
| MAKE OF CAR: | N/A | N/A | N/A |
| YEAR: | N/A | N/A | N/A |
| DATE OF ISSUANCE: | N/A | N/A | N/A |
| DATE OF CANCELLATION/EXPIRATION: | N/A | N/A | N/A |

In consideration of the mutual agreements between the parties Management does hereby grant a License to Resident to use the Parking Space at the license fee likewise specified above, in accordance with the following terms and conditions:

1. Resident understands and agrees that the Parking Space is to be used for the parking of a passenger automobile only, and that the parking, moving and removal of Resident's automobile in or from the Parking Space or parking area shall be at Resident's sole risk and expense. Resident expressly agrees not to use or cause to be used any employee of Management for the purpose of parking, moving or removing any automobile in or from the Parking Area. If any Management employee shall, at the request of Resident or any member of Resident's household, handle, move, park, or drive any automobile in or from the Parking Area, such employee shall be deemed to be the agent of Resident and Management shall not be liable for any loss or damage caused by said employee used for such purpose.
2. Resident agrees that all personal property left in any automobile while it is in the above-referenced Parking Space shall be at the sole risk of Resident or the persons owning the same, and that Management shall in no event be liable for the loss, destruction, theft of, or damage to, such property.
3. Management is not liable or responsible for any damage to, or destruction of, your vehicle or any visitor's vehicle while it is parked or present on the Property, whether such damage or destruction is caused by fire, ice, snow (or snow plowing activity), hail, flood, storm, falling tree limbs or overhead lights, explosion, or caused by other residents, guests, vendors (their vehicles or employees) or otherwise.
4. Resident agrees to keep his/her automobile locked at all times while it is in the Parking Space. Resident agrees that Management shall not be required to have any agent or attendant in the Parking Area at any time, and Management shall not be liable for loss or damage to said automobile or its contents, from any cause or causes, or particularly due to fire, theft, collision or vandalism.
5. **In parking areas which require the use of a Key Card, Key or Transmitter, Resident agrees that a charge in the amount of $75.00 will be required if lost, stolen, mutilated or not returned at time of move-out. Said replacement charge is not refundable.**
6. If the use of an assigned, numbered parking space has been granted under this license agreement, Management reserves the right at any time to change the Parking Space assigned to Resident, or to eliminate assigned, numbered parking spaces altogether, If assigned, numbered parking spaces are eliminated, parking will thereafter be on a first come, first served basis.
7. This License Agreement shall terminate upon the happening of any of the following events:
    (a) Upon failure of Resident to pay the monthly license fee within five days after it is due. At Management's option, Resident may continue use of the parking space, but Management will levy a late charge of five percent (5%) of the monthly license fee for each monthly license fee remaining unpaid within five days after it is due.
    (b) Upon Resident vacating the Apartment.
    (c) Upon the expiration of thirty (30) days after notice from the first of the month by Management to Resident or by Resident to Management that this License Agreement is being terminated.
8. At the termination of this License Agreement upon any of the events specified in Paragraph 6 above, Resident will be required to remove his/her automobile from the Parking Space at the time of termination, without further notice from Management. If Resident fails to remove his/her automobile immediately upon termination, then Management shall have the right, and is hereby authorized, to have the automobile towed away and stored, in accordance with the laws of the applicable jurisdiction, at Resident's sole risk and expense.

9.  Resident agrees to abide by the Parking Rules and Regulations set forth below:

    (a)  Parking is restricted to passenger vehicles only. Parking of boats, trailers, buses or commercial vehicles is prohibited. Motorcycles must be parked in areas designated for motorcycles. Vehicles must have a properly displayed current license tag and be in operating condition. Vehicles left in the parking areas with expired tags, without tags or improperly displayed tags, vehicles in a state of disrepair, or abandoned vehicles shall be towed at the owner's sole risk and expense.

    (b)  If parking spaces are assigned, vehicles must be parked in their assigned space only. All unassigned spaces are available on a first come, no reservation basis. Vehicles parked outside the space designated for the parking of such vehicle and parked in violation of any law or ordinance, shall be towed at the owner's sole risk and expense.

    (c)  In parking areas where a parking sticker or tag is required, a valid current sticker or tag must be displayed at all times. Any vehicle not displaying a current valid sticker or tag shall be subject to towing at the vehicle owner's sole risk and expense.

    (d)  The repair, washing, testing or maintenance of any vehicle in any parking area is strictly prohibited.

    (e)  Pursuant to the terms of the Lease, Management reserves the right to change these rules and regulations with notice to the residents. On an annual basis, Management will require that all vehicles parking on the Apartment Community's premises be registered using the license number of the vehicle. Management will maintain a registration file of vehicles by license number. In the event of a parking violation, Management will make no attempt to contact the vehicle owner beyond the posting of the parking violation notice on the windshield of the vehicle (if required by local authorities). Vehicles will be towed without notice for the following violations: parking in a fire zone, parking in a handicapped designated space, blocking a driveway, failure to display a current parking sticker or tag (if required), or failure to remove a vehicle from the premises at the expiration of a tenancy. Repeat parking violations will result in Management taking action to terminate your possession of your Apartment, as all parking violations constitute a breach of the Lease.

    (f)  All parking stickers or tags must be properly AFFIXED in the lower right inside corner (passenger side) of the rear window.

    (g)  Any lost or stolen parking sticker or tag is the sole responsibility of the Resident who is subject to penalty for replacement.

    (h)  Any parking sticker or tag issued by Management, which is altered or defaced, shall result in cancellation of all parking privileges.

    (i)  Parking stickers or tags must be surrendered upon termination of the Lease; otherwise Resident will be subject to a charge for non-return of stickers or tags.

    (j)  All parking stickers or tags remain the property of Management.

    (k)  Parking stickers or tags are issued upon valid proof of vehicle registration. A change in vehicle ownership shall require return of old permit and reissuance of a new sticker or tag.

10. It is expressly understood that this is a License Agreement only and conveys no interest of any kind, possessory or otherwise in or to the licensed Parking Space, other than a mere right to use the Parking Space for the parking of an automobile, under the terms and conditions of this License Agreement. This License is granted to Resident only and cannot be transferred or assigned.

Tenant - Ramiro Lopez _____ Date 07-31-19

Tenant - _____ Date

Tenant - _____ Date

Tenant - _____ Date

Tenant - _____ Date

Tenant - _____ Date

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____ 7/31/19.

As Agent for Owner _____ Date

## APARTMENT LEASE CONTRACT MOLD ADDENDUM

This Addendum is made part of the Lease Agreement between Resident and Management. The Apartment was inspected prior to your move-in date, and *there is no visible mold* in the kitchen, bathroom(s) or other areas of the Apartment. By signing below, Resident hereby agrees to maintain the Apartment in a manner consistent with prevention of an infestation of mold or mildew in the Apartment.

Mold is found both indoors and outdoors and in both new and old structures. Resident is hereby notified that the Apartment is subject to the infestation of mold or mildew if not properly maintained. Molds are naturally occurring microscopic organisms that reproduce by spores. When moldy materials are damaged or disturbed, mold spores are released and spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a structure, mold can grow.

In order to minimize the potential for mold growth in the Apartment, Resident is required to do the following:

- Resident shall take all reasonable measures to control the moisture level of the Apartment by immediately reporting to Management, in writing, any water intrusion, such as plumbing leaks, drips or "sweating" pipes.
- Resident shall keep the Apartment clean, particularly the kitchen and bathroom carpets and floors. All moldy food must be thrown away immediately and removed from the Apartment.
- Resident shall promptly notify Management about any air conditioning or heating problems in the Apartment. Resident shall maintain the temperature in the Apartment within ten degrees (10°) of seventy-two degrees (72°) at all times. Resident agrees not to run air conditioning while windows are open.
- Resident shall use bathroom fans while showering or bathing and immediately report to Management any non-working fans. While showering, resident shall keep the shower curtain inside the bathtub or fully close the shower doors. After showering or bathing, Resident shall leave the bathroom door open until all moisture on the mirrors and walls of the bathroom has dissipated and shall hang up towels and bath mats so that they will dry completely. Resident shall use exhaust fans whenever cooking, dishwashing or cleaning.
- Resident agrees not to wash clothes in the bathroom or hang clothes to dry in the bathroom on a regular or routine basis.
- Resident shall conduct a visual inspection of the Apartment for the presence of mold growth, including but not limited to window frames, carpet, ceiling tiles, wallpaper, and Resident's personal property, at least once every two weeks. Resident shall immediately report to Management any mold growth inside the Apartment.

Resident agrees not to bring any personal property into the unit that may contain mold, especially such items as sofas, mattresses, and pillows. Resident agrees that he/she may be held responsible for property damage to the Apartment. Management will not be liable for any resulting health problems caused by Resident's failure to comply with this Addendum.

In the event, after you inspect the Apartment, you believe there is mold in the Apartment, you must advise us in writing within five (5) days of your move-in date. Resident hereby agrees to hold Management harmless from any causes of action, demands, liabilities, losses, or claims for damages and expenses, including attorneys' fees, to the extent that such claims arise out of, or are based upon, Resident's failure to comply with this Addendum.

| | |
|---|---|
| Tenant - Ramiro López — 07-31-19 | Tenant - _____ Date |
| Tenant - _____ Date | Tenant - _____ Date |
| Tenant - _____ Date | Tenant - _____ Date |

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____ 7/31/19.
    As Agent for Owner          Date

## SATELLITE RECEPTACLE ADDENDUM

This Satellite Receptacle Addendum ("Addendum") entered into by and between Landlord and Resident as of the date set forth below is an addendum to the lease ("Lease") entered into by and between Resident and Landlord.

Resident may install a satellite dish or antenna for the sole purposes of receiving video programming signals or receiving or transmitting fixed wireless signals ("Equipment") within the Resident's leased Premises or Apartment upon the following terms and conditions. For the purposes herein, the term "Resident" shall also mean "Tenant" and the term "Premises" shall also mean "Apartment" as defined in the Lease. For the purposes herein, the term "fixed wireless signals" shall have the meaning set forth in 47 CFR §1.4000.

1.       The Equipment may only be installed within the Resident's Apartment or on the Resident's balcony, balcony railing, or patio (or other area of the Resident's leased Premises that is totally within the Resident's exclusive use or control) and shall be installed totally within the individual Premises. No part of the Equipment or supporting cables may extend beyond the Resident's balcony rail line or patio line (or any other area beyond the Resident's exclusive use or control). Resident is not permitted to install the Equipment on outside walls, outside windowsills, roofs, common area balconies, common area stairways or other common areas. Resident may not hang or extend the Equipment out of a window or off of a balcony or balcony rail or attach any type of device causing the Equipment to hang or extend in such a manner.

2.       To avoid liability and non-compliance with applicable building and safety codes and all Federal regulations governing Equipment installation, Landlord strongly recommends that the Resident have the Equipment installed by a professional, licensed and insured installer. The Equipment must be secured in such a manner that it will not become dislodged. Resident is not permitted to use or cause to be used any permanent adhesives or other such materials during the installation and securing of the Equipment. Devices acceptable for securing the Equipment include brackets, clamps, ballast mounts, or any device that does not either permanently attach the Equipment to the building or cause any portion of the building to be drilled, nailed or otherwise penetrated. As such, Resident is not permitted to drill or cause the drilling of holes into outside walls, roofs, balcony railings, glass or any other location for the purpose of securing the Equipment, or for bringing the cable from the Equipment into the interior portions of the Apartment. Such connection from the Equipment to a device within the interior portions of the Apartment can be made with either a flat cable (e.g., Flat Link or Glass Link cable), a wireless device or some other means that will permit the closing of doors and windows, while at the same time permitting transmission of an acceptable signal from the Equipment to the interior device. To avoid non- compliance with applicable regulations governing the illegal use of cable inside wiring and signal leakage, Residents may only connect the Equipment to an interior reception device and may not connect (or cause to be connected) the Equipment to any existing cable outlets or other outlets within the Apartment or elsewhere in the building. Resident shall not cause or allow damage or permanent physical alteration of the Premises or the building during installation, operation or removal of the Equipment.

3.       Resident shall deposit with landlord the refundable sum of Two Hundred Fifty Dollars ($250.00) as an Equipment installation deposit to secure Landlord against any and all costs and expenses incurred by Landlord by reason of Resident's failure to comply with the terms and conditions hereof. No such deposit shall be required if the Equipment is not attached to, installed upon, affixed to, or otherwise connected to the building or the Premises (i.e., if the Equipment is free standing on the patio or if it is located with the Apartment unit interior, no deposit shall be required). Following the removal of the Equipment by Resident and inspection by Landlord of the area in which the Equipment was installed, attached or affixed, Landlord shall return the aforesaid Equipment installation deposit to Resident, less any deductions made by Landlord to cover Landlord's costs and expenses incurred relating to the Equipment including such costs and expenses incurred for the removal of the Equipment or the repair or restoration of the Premises. Landlord shall comply with any applicable state and local laws governing interest payments on such deposits. Upon the expiration or other termination of the Lease, Resident shall remove all Equipment installed by or for the Resident and shall restore and repair the Premises to the condition that they were in prior to the installation of the said Equipment at Resident's sole cost and expense. Any damage to the Premises or the building shall be subject to the damage provisions set forth in the Lease. The Resident's liability hereunder shall not be limited to the amount of the Equipment installation deposit.

4.       The Equipment shall not exceed one meter (39.37") in diameter. The entire portion of the Equipment shall be located within the individual leased Premises and may not extend out upon any adjacent property, public space, or common area.

5.       Resident hereby agrees to indemnify and hold harmless Landlord, its agents, employees and contractors from and against any and all claims, losses, actions, damages, liabilities and expenses (including attorneys' fees and court costs and expenses) that arise from any claims made for damages, losses or injuries to property or persons, related to or arising from the installation, operation, and removal of the Equipment. Landlord shall have no liability or responsibility for any repairs, replacements, theft or damage to the Equipment. Resident hereby assumes total and complete responsibility for any personal or physical damage to property or persons as a result of damage or injury caused by the Equipment. All liability for the Equipment shall be the sole and exclusive responsibility of Resident.

6.       To the extent Resident has not obtained a renter's liability insurance policy prior to the installation of the Equipment, Resident shall obtain a standard renter's liability insurance policy in a reasonable amount to cover possible claims relating to the Equipment. If Resident has such a renter's liability insurance policy prior to installation of the Equipment, Resident shall not be required to obtain further insurance. Resident shall provide Landlord proof of such insurance within a reasonable period following Landlord's request for same.

7.       Resident's right to install and operate the Equipment contemplated herein is subject to revocation in the event Federal, State or Local law which provides Resident's right to install and operate the Equipment is revoked, changed, or in any way modified in such a manner so that Landlord is no longer required to permit such installation and operation of the Equipment by Resident. This Addendum shall supersede the provisions of the Section 6 of the Lease or any other applicable provision or rule or regulation to the extent it prohibits the installation of the Equipment described herein.

8.       Owner reserves the right to inspect the Equipment at any time, and to direct Resident to correct any condition (a) that is in violation of Federal, State or Local rules and regulations regarding the installation of the Equipment; (b) that is unsafe and causing damage or injury (or may reasonably be anticipated to cause damage or injury) to the Premises, the building or other residents; or (c) that violates any applicable provision of law, the Lease or this Addendum. Landlord agrees to notify the Resident of any apparent violations and grant Resident three (3) days to promptly cure such violation. Should Resident fail to cure, Resident agrees that Landlord may exercise the right to take any remedial action itself, including removal of the Equipment if its installation is in violation of the Lease, this Addendum or any Federal rules and regulations regarding the installation of the Equipment. Resident agrees Landlord may take such action without written or

verbal consent from Resident. Landlord agrees that upon such removal of the Equipment, Landlord shall return the Equipment and all its appurtenances to Resident.

9.      Resident agrees that the Equipment and its appurtenances shall be installed, operated, and maintained in compliance with 47 C.F.R. § 1.4000; all other applicable Federal rules and regulations; all applicable safety codes and regulations including building rules; all applicable zoning ordinances and regulations; and any other applicable Federal, State or Local laws at all times (insofar as such State or Local laws are enforceable and not preempted by Federal law).

10.     Notwithstanding anything set forth herein to the contrary, Landlord agrees not to: (a) unreasonably delay or prevent installation, maintenance or use of the Equipment; (b) unreasonably increase the cost of installation, maintenance or use of the Equipment; or (c) preclude reception of an acceptable quality signal. If any term or provision of this Addendum or the application thereof to any person or circumstance shall, to any extent, be rendered invalid or unenforceable, the remainder of this Addendum, or the application of such term or provision to persons or circumstances other than those as to which it is held specifically invalid or unenforceable, shall not be affected thereby, and each term and provision of this Addendum shall be valid and enforceable to the fullest extent permitted by law as if the invalid or unenforceable term or provision was not contained herein. This Addendum may be modified from time to time by Landlord to comply with applicable law.

11.     Except as expressly provided herein, all provisions of the Lease apply to this Addendum, and, except as expressly provided herein, any conflict between the two shall be governed by the terms of the Lease.

*Please sign below indicating your understanding and agreement with the above terms. If you do not presently have a satellite dish, please understand that each of the above conditions must be satisfied and agreed to prior to installation of any satellite equipment. Please check one of the options below:*

**N/A**     I am not planning to install a satellite dish at this time. I do understand that I must comply with the above should I desire to install a dish at a future date.

**N/A**     I do plan to install a satellite dish, and all required information has been provided.

| | | | |
|---|---|---|---|
| Tenant - Ramiro Lopez | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |

Lessees: Ramiro Lopez
Apartment Address: 8125 14th Ave., #002,
Hyattsville, MD 20783
Telephone Number (301) 357-7894
Email Address noemail@none.com

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____ 7/31/19
       As Agent for Owner          Date

**Realty Management Services, Inc**
**NEW RESIDENT SMOKE DETECTOR INSPECTION**

ADDRESS: 8125 14th Ave., #002, Hyattsville, MD 20783

APT: 8125-002

FROM: Victoria Station

DATE: 07/31/2019

SUBJECT:  **Operable Condition of Hardwired Battery Backup Smoke Detector - NEW MOVE-IN**

Please be advised that a hardwired battery backup smoke detector has been installed, tested and is in proper working condition as of this date in the apartment listed above.

We would like to take this opportunity to review the extreme importance of regularly checking your apartment SMOKE DETECTOR to make sure it is in operable condition.

### PLEASE FOLLOW THE INSTRUCTIONS LISTED BELOW

- Your apartment is equipped with a hardwired/battery backup smoke detector connected directly to your apartment power supply.

- DO NOT DISCONNECT OR REMOVE THE SMOKE DETECTOR.

- DO NOT REMOVE THE BATTERY, OTHERWISE, IN THE EVENT OF A POWER FAILURE THE SMOKE DETECTOR WILL NOT FUNCTION.

- If your apartment is sub-metered and you are responsible for the electric bill, you must maintain electrical power to your apartment at all times, otherwise the hardwired smoke detector will not function properly.

- Check the operation of your smoke detector each month.

- To test the smoke detector, press the green indicator light on the outside of the smoke detector. If it is in working condition, the smoke detector will sound for 5-7 seconds and then shut off.

- **Report any inoperable smoke detector to the Management or Maintenance Office immediately.**

We encourage everyone to check their smoke detector monthly, maintain a current electric account and to report any problems with your smoke detector to us immediately.  If you have any questions or concerns regarding the maintenance and operation of your smoke detector, please contact the Management Office for assistance.

| | | | |
|---|---|---|---|
| Tenant - Ramiro Lopez ____ 07-31-19 | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____   7/31/19
          As Agent for Owner                   Date

## *Victoria Station*
### Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards

**Lead Warning Statement**
*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not taken care of properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, landlords must disclose the presence of known lead-based paint and lead-based paint hazards in the dwelling. Residents must also receive a Federally approved pamphlet on lead poisoning prevention. If the community is located in Maryland, the residents must receive the Maryland State approved pamphlet, prepared by MDE on lead poisoning prevention and tenants rights.*

**Lessor's Disclosure (initial)**
    (a) Presence of lead-based and/or lead-based paint hazards (check one below):
    ____    Known lead-based paint/or lead-based paint hazards are present in the housing (explain).
balcony/patio closet door, closet door frame, and closet lintels, and common area entrance doors.

    _X_    Lessor has no knowledge of lead-based paint and/or lead-based paint
hazards in the housing.

    (b) Records and reports available to the lessor (check one below):
    _X_    Lessor has provided the lessee with all available records and reports pertaining
to lead-based paint and/or lead-based paint hazards in the housing (list documents
below).  Lead Inspection Certificate Attached

    ____    Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint
hazards in the housing.

    (c) Certified lead-free, pursuant to Annotated Code of Maryland [Envir.], 1996.

**Lessee's Acknowledgment (initial)**
    (d) Lessee has received copies of all information listed above.
    (e) Lessee has received the pamphlet *Renovate Right and Protect Your Family From Lead.*
    (f) Lessee has received the pamphlet *Lead Poisoning Prevention, Notice Of Tenants'*
*Rights,* as required by Maryland Environmental Article 6-823. (In Maryland only.)

**Agent's Acknowledgment**
    (g) Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852 (d) and is aware of
his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

_Ramiro Lopez_ — 07-31-19
Tenant - Ramiro Lopez                    Date

Tenant -                                 Date

Tenant -                                 Date

Tenant -                                 Date

Tenant -                                 Date

Tenant -                                 Date

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____
As Agent for Owner              Date



**UTILITY ADDENDUM:  RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT**
**Bedford Station and Victoria Station**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated 07/31/2019 between Realty Management Services Inc.  ("Management") and Ramiro Lopez ("Resident(s)") of Apt. No. 8125-002

1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   **[X] By Resident - $38.00 per month for a one bedroom apartment, $43.00 per month for a two bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on <u>one</u> of the following methods:
   [] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on <u>one</u> of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to
   change billing to a new method at the Management's discretion.

7. Individual A/C units must not be installed without prior written consent of Landlord. Resident acknowledges that if an individual A/C unit is installed in the apartment, it must be installed in the living room area.  Only one A/C unit is permitted.  As per Paragraph 9 of your lease agreement, you agree not to alter, damage or remove our property. You will be liable for any damages to the windows, screens, walls, flooring or building exterior.

   Check One:
   [] Resident provided and installed A/C unit

   [] Management provided and installed A/C unit

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

9. Bills for utilities are payable upon receipt.  Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease.  Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

---

| | |
|---|---|
| _Ramiro Lopez_  07-31-19 | |
| Tenant - Ramiro Lopez                     Date | Tenant -                     Date |
| | |
| Tenant -                     Date | Tenant -                     Date |
| | |
| Tenant -                     Date | Tenant -                     Date |

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____   7/31/19
     As Agent for Owner            Date

# APARTMENT LEASE CONTRACT
## LOCAL LAW ADDENDUM
### Victoria Station

This Addendum is made part of the Lease Agreement between Resident and Management.  To the extent that any provision(s) contained in the Lease Agreement is in conflict with the provisions set forth in this Addendum, the Lease Agreement is modified to conform with this Addendum and applicable local law.

1.   Persons not listed in the Lease as either Residents or Occupants shall not occupy the Apartment for more than fifteen (15) consecutive days.

2.   At the time your security deposit is due to be returned, we will pay you simple interest, not compounded, which accrues at six (6) month intervals, at the interest rate required by law, on your deposits, to the extent funds are to be returned to you.

3.   If you are blind or deaf, you have a right to keep and maintain a dog if said dog is certified as being specially trained to aid you in your disability in accordance with applicable laws.

4.   We do not carry any insurance on your personal possessions.

5.   Rent escrow is a valid and lawful remedy if you exercise it in accordance with applicable law.

6.   We agree not to take retaliatory action against you for any bona fide complaint you make to any government agency or any other reasonable attempt you made to enforce the terms of the Lease.

**Resident or Residents** (*all sign below*)              **Management's Representative**

_Ramiro Lopez 0731-19_
Tenant - Ramiro Lopez                     Date          Tenant -                         Date

Tenant -                                 Date          Tenant -                         Date

Tenant -                                 Date          Tenant -                         Date

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____ 7/31/19
      As Agent for Owner                  Date

**APARTMENT LEASE CONTRACT**
**ASBESTOS CONTAINING MATERIALS ADDENDUM**
**Victoria Station**

Resident:  Ramiro Lopez

Address:  8125 14th Ave., #002, Hyattsville, MD 20783

Management has adopted a voluntary program of Resident notification regarding asbestos containing materials ("ACM") in residential spaces. Under this policy, Residents are notified of the location of ACM on the property and are provided with the following information:

It is not unusual for asbestos to be present in commercial and residential high-rise buildings or private homes; even those built recently, since asbestos was widely used as a component of many building materials until the mid-1970s. Moreover, the presence of asbestos does not mean that the health of Residents and/or Occupants is endangered. Asbestos fibers present a health hazard only when they become airborne after being released from the material in which they are bound.

For additional information, the Asbestos Operations and Maintenance (O&M) plan is available for your review in the Leasing Office.

An Asbestos Operations and Maintenance (O&M) Plan is in effect at this property to manage the asbestos in place. Since asbestos could be disturbed during maintenance or renovation work, or by hanging plants, drapes or other objects from the ceiling or walls, one goal of the O&M Plan is to prevent any asbestos from being released into occupied areas of the property during these and other activities. Accordingly, we require that all Residents notify Management before beginning any decoration, repair, or other work that could disturb the ceiling or walls to ensure that the work is performed in accordance with the O&M Plan.  This notice requirement is consistent with your lease obligation to notify management before undertaking any repair work in your apartment.

You agree to obtain permission before installing cables, hanging pictures or mirrors, or making any other alterations to the Apartment and agree not to sand, cut, abrade, or similarly disturb any part of the Apartment or common areas, including without limitation the drywall, floor tile, ceiling, exterior window caulk, and exterior surface materials.

**Resident or Residents** (*all sign below*)

Tenant - Ramiro Lopez                        07-31-19
_____          _____
Tenant - Ramiro Lopez              Date     Tenant -                    Date

_____          _____
Tenant -                          Date     Tenant -                    Date

_____          _____
Tenant -                          Date     Tenant -                    Date

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____   7/31/19
    As Agent for Owner              Date

# TAB 3

## REALTY MANAGEMENT SERVICES, INC.

**Apartment Lease Contract Declaration Pages**

Date of Apartment Lease Contract: **August 21, 2020**
THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING

1. **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Erwin Rodas** and **Realty Management Services, Inc.,** as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (1412 Kanawha St Hyattsville MD 20783). You have agreed to rent 202 (The The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2. **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

   Name                                                          Age      Sex      Relationship to Lessee

   No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3. **LEASE TERM.** The initial term of the Lease begins on the **1st** day of **October, 2020, and ends at midnight on the 30th** day of **September, 2021, ("12- month Lease Term").**

   *E↓R*
   Initia

   **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4. **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$00.00(Paid)**, due on or before the date this Lease is signed.
   The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5. Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.

LEASE RENEWAL



6.    **RENT AND CHARGES.** You will pay $\underline{\$1,516.00}$ for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on $\underline{\text{N/A}}$. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through $\underline{\text{N/A}}$. You will pay the pro-rated sum of $\underline{\$\text{N/A}}$ due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending $\underline{\text{N/A}}$. Otherwise, you must pay your rent on or before the first (1ˢᵗ) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.    **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.    **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your**



*E.R*

Initial

LEASE RENEWAL



eviction and entitling Management to exercise any and all legal remedies. You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

*E. R*
Initia

**I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.**

*E. R*
Initia

The Apartment Community is not located in a designated flood plain. Resident has read and understands this acknowledgement.

> You are legally bound by this document. Read it carefully before signing. You shall receive an original after it is fully signed. Keep it in a safe place.

**Resident or Residents (*all sign below*)**

(Resident)

_____
(Resident)

_____
(Resident)

_____
(Resident)

**Management's Representative**
**Realty Management Services, Inc.**
**DBA ROSS Management Services**

By: _____

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

**Realty Management Services, Inc.**
**DBA ROSS Management Services**
**7910 Woodmont Ave, Suite 350**
**Bethesda, MD 20814**

**Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

LEASE RENEWAL



**UTILITY ADDENDUM: RE~~SI~~DENT'S FINANCIAL RESPONSIBILITY I~~O~~R UTILITIES AT**
**Bedford Station and Victoria Station**
**1412 Kanawha St Apt 202 Hyattsville MD 20783**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated October 1, 2020 between Realty Management Services Inc. ("Management") and Erwin Rodas ("Resident(s)") of Apt. No. 202

1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
[] By Management; or
**[X] By Resident - $38.00 per month for a one-bedroom apartment, $43.00 per month for a two-bedroom apartment**
If paid by Resident, the water and sewer bill will be based on one of the following methods:
[] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
[] Actual occupancy for Resident's unit;
[] A ratio occupancy method for Resident's unit;
[] Square footage of Resident's unit; or
[] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
[X] By Management; or
[] By Resident.
If paid by Resident, the trash bill will be based on one of the following methods:
[] Actual occupancy of Resident's unit;
[] A ratio occupancy method for Resident's unit;
[] Square footage of Resident's unit;
[] A combination of any or all of these factors; or
[] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
[X] By Management; or
[] By Resident.
If paid by Resident, the gas bill will be based on one of the following methods:
[] Submetering of Resident's gas use;
[] Allocation based on actual occupancy;
[] Allocation based on a ratio occupancy method;
[] Allocation based on square footage;
[] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
[] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
[X] By Management; or
[] By Resident.
If paid by Resident, the electric bill will be based on one of the following methods:
[] Submetering of Resident's electric use;
[] Allocation based on actual occupancy;
[] Allocation based on a ratio occupancy method;
[] Allocation based on square footage;
[] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
[] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.

7. Individual A/C units must not be installed without prior written consent of Landlord. Resident acknowledges that if an individual A/C unit is installed in the apartment, it must be installed in the living room area. Only one A/C unit is permitted. As per Paragraph 9 of your lease agreement, you agreed not to alter, damage or remove our property. You will be liable for any damages to the windows, screens, walls, flooring or building exterior.

Check One:
[x] Resident provided and installed A/C unit

[] Management provided and installed A/C unit

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

9. Bills for utilities are payable upon receipt. Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease. Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

| Tenant - | Date |
| --- | --- |

| Tenant - | Date |
| --- | --- |

| Tenant - | Date |
| --- | --- |

| Tenant - | Date |
| --- | --- |

| Tenant - | Date |
| --- | --- |

| Tenant - | Date |
| --- | --- |

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____   8/28/2020.
As Agent for Owner                Date

# TAB 4

## REALTY MANAGEMENT SERVICES, INC.

### APARTMENT LEASE CONTRACT DECLARATION PAGES

Date of Apartment Lease Contract: <u>09/28/2018</u>

**THIS IS A BINDING DOCUMENT — READ CAREFULLY BEFORE SIGNING**

1. **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) Erwin Rodas and Realty Management Services, Inc., as agent for the owner of the improved residential real estate known as Bedford Station. You have agreed to rent 1412 Kanawha St., #202, Hyattsville, MD 20783 for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we", "us", and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2. **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

   | Name | Age | Sex | Relationship to Lessee |
   |---|---|---|---|
   | | | | |

   No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3. **LEASE TERM.** The initial term of the Lease begins on **09/29/2018, and ends at midnight on 09/30/2019, ("12- month Lease Term").**

   This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.

4. **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is $0.00, due on or before the date this Lease is signed. The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5. Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.

6. **RENT AND CHARGES.** You will pay $1,441.00 for rent, payable in advance and without demand at the on-site manager's office. Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on 09/29/2018. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through 09/30/2018. You will pay the pro-rated sum of $96.07 due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending 10/31/2018. Otherwise, you must pay your rent on or before the first (1ˢᵗ) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of rent or obligation it covers. If you do not pay all rent on or before the fifth (5ᵗʰ) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10ᵗʰ) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

   If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7. **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.    **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all  personal property kept in the Apartment shall be kept solely at your risk.  **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your eviction and entitling Management to exercise any and all legal remedies.** You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.

The Apartment Community is not located in a designated flood plain.  Resident has read and understands this acknowledgement.

You are legally bound by this document.  Read it carefully before signing.  You shall receive an original after it is fully signed.  Keep it in a safe place.

| | | | |
|---|---|---|---|
| Tenant - Erwin Rodas | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____    10/1/18
As Agent for Owner          Date

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

Realty Management Services, Inc.
DBA ROSS Management Services

7910 Woodmont Ave, Suite 350
Bethesda, MD 20814

**UTILITY ADDENDUM:  RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT**
**Bedford Station and Victoria Station**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated 09/28/2018 between Realty Management Services Inc.  ("Management") and Erwin Rodas ("Resident(s)") of Apt. No. K412-202

1. Responsibility for payment of utilities will be as indicated in Items 2-5.  Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   **[X] By Resident - $33.00 per month for a one bedroom apartment, $38.00 per month for a two bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on <u>one</u> of the following methods:
   [] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on <u>one</u> of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to
   change billing to a new method at the Management's discretion.

7. Individual A/C units must not be installed without prior written consent of Landlord.  Resident acknowledges that if an individual A/C unit is installed in the apartment, it must be installed in the living room area.  Only one A/C unit is permitted.  As per Paragraph 9 of your lease agreement, you agree not to alter, damage or remove our property. You will be liable for any damages to the windows, screens, walls, flooring or building exterior.

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

9. Bills for utilities are payable upon receipt.  Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease.  Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

---

Tenant - Erwin Rodas       Date: 9/24/18

Tenant -       Date

Tenant -       Date

Tenant -       Date

Tenant -       Date

Tenant -       Date

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By:

**REALTY MANAGEMENT SERVICES, INC.**
# APARTMENT LEASE CONTRACT

**(APARTMENT LEASE CONTRACT DECLARATION PAGES TO BE ATTACHED TO THIS PAGE)**

I acknowledge receipt of this Apartment Lease Contract

| | |
|---|---|
| Tenant - Erwin Rodas          Date 9/29/18 | Tenant -          Date |
| Tenant -          Date | Tenant -          Date |
| Tenant -          Date | Tenant -          Date |

REALTY MANAGEMENTSERVICES, INC.
**Apartment Lease Contract**

9.     **CONDITION OF THE APARTMENT AND ALTERATIONS.** You accept the Apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons. We disclaim all implied warranties. You will be given a New Resident Correction List on or before move-in. Within seven (7) days after move-in, you must note on the New Resident Correction List all defects or damage and return it to our representative. Otherwise, everything in the Apartment will be considered to be in a clean, safe, and good working condition. The Apartment will be made available to you in a condition permitting habitation, with reasonable safety.

You must use customary diligence in maintaining the Apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the Apartment. We do permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or re-keying is permitted unless statutorily allowed or we have consented in advance in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we will supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the Apartment. For as long as you reside in the Apartment, you will replace light bulbs at your expense with bulbs of the same type and wattage. Your improvements to the Apartment (whether or not we consent) become ours unless we agree otherwise in writing.

10.     **MULTIPLE RESIDENTS OR OCCUPANTS.** Each Resident is jointly and severally liable for all Lease obligations. If you or any guest or Occupant violates the Lease or rules, all Residents are considered to have violated the Lease. Our requests and notices to any Resident constitute notice to all Residents and Occupants. Notices and requests from any Resident or Occupant (including repair requests and entry permissions) constitute notice from all Residents. In eviction suits, each Resident is considered the agent of all other Residents in the Apartment for service of process. Security deposit refunds and deduction itemizations of multiple Residents will comply with Paragraphs 40 and 41. Your notice to vacate must be signed by all Residents or it will not be considered valid.

11.     **COMMUNITY POLICIES OR RULES.** You and all guests and Occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease. We may make reasonable changes to written rules effective immediately if they are distributed and applicable to all units in the Apartment Community.

12.   **LIMITATIONS ON CONDUCT.** The Apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with Apartment Community rules and posted signs. Glass containers are prohibited in all common areas. No baby carriages, tricycles, bicycles or other articles of personal property may be deposited, allowed or permitted on the patios or balconies of the building, or passageways, parking areas, garages, courts, sidewalks, lawns or other areas of the apartment project. You, your Occupants, or guests may not, anywhere in the Apartment Community: (a) use candles or use kerosene lamps or kerosene heaters without prior written approval; (b) cook on balconies or outside; or (c) solicit business or contributions. Conducting any kind of business (including child care services) in your Apartment or in the Apartment Community is prohibited – except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your Apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You will be liable to us for damage caused by you or any guests or Occupants.

We may exclude from the Apartment Community guests or others who, in our sole judgment, have been violating the law, violating this Lease or any Apartment Community rules, or disturbing other residents, neighbors, visitors, Management representatives or agents. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident or as an Occupant or guest of a specific resident in the community.

13.   **PROHIBITED CONDUCT.** You and your Occupants and/or guests may not engage in the following activities: (a) behaving in a loud or obnoxious manner; (b) disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Apartment Community; (c) disrupting our business operations; (d) manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; (e) engaging in or threatening violence; (f) possessing a weapon prohibited by state law; (g) discharging a firearm in the Apartment Community; (h) displaying or possessing, without proper permit, a gun, knife, or other weapon in the common area in a way that may alarm others; (i) storing anything in closets having gas appliances; (j) tampering with utilities or telecommunications; (k) bringing hazardous materials into the Apartment Community; or (l) injuring our reputation by making bad faith allegations against us to others.

You must not permit or allow any family member, agent, employee, guest or invitee to loiter or play in the elevators, lobby, corridors, landings, stairs, lawns, parking areas, entrances, garage, basement or roof areas. You must keep all doors leading from and into the Apartment closed at all times, and we reserve the right to close all such doors in the event of a violation of this provision. You may not make or permit any disturbing noises that unreasonably interfere with the rights, comforts or convenience of other tenants. You must keep the volume of any radio, television or musical instrument in the Apartment sufficiently low at all times so as not to disturb other tenants in the Apartment Community.   You may not conduct or permit any vocal or instrumental practice or instruction that disturbs other tenants.   In order to prevent noise caused by walking on the floors in your apartment, you must install sufficient carpeting to eliminate noise in contiguous apartments as determined by us.

You will incurably breach this Lease if you are legally required to register as a sex offender and/or if you register as a sex offender at any time prior to or during your tenancy.

14.   **ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the Apartment or Apartment Community unless we have so authorized in writing. If we allow an animal, you must sign a separate Animal Addendum and pay a non-refundable animal application fee and associated rent. We will authorize a service animal for a disabled (handicapped) person upon written request and proof of need for accommodation. We may require a written statement from a qualified professional verifying the need for the service animal. You must not feed stray or wild animals in the Apartment Community.

15.   **RECREATIONAL FACILITIES.** All persons using any recreational facilities of the Apartment Community do so at their own risk and sole responsibility. We do not assume responsibility for any accident or injury in connection with such use unless caused by our gross negligence or the gross negligence of our respective agents or employees acting within the scope of their employment. We are not liable for failure to operate the swimming pool or any other recreational facility provided, and we reserve the right to close all or any portion of the recreational facilities at any time in our sole discretion, and you will not be entitled to a reduction in rent if your right to use such facilities is interrupted or discontinued. You agree to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all rules, regulations and procedures adopted by us regarding the access to, and availability, use and operation of, recreational facilities. Failure to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all such rules, regulations and procedures shall be a material breach of this Lease.

16.   **PARKING.** If we have provided unassigned parking for which no charge is made, the unassigned parking may be used only by you on a first come first served, non-exclusive, no- reservation basis. We reserve the right to make rules for the use of all parking; to place limitations upon use of parking at any time after the beginning of the term of this Lease; to issue parking stickers for identification of valid vehicles; to institute a reasonable charge for such use at any time after the beginning of the Lease Term; and to make changes in the rules, regulations and charges from time to time. You understand that if we provide you with garage accommodations, such garage accommodations are optional facilities and may not be included in the rent. Garage accommodations may not be furnished to you unless a separate agreement in writing is made between you and us.

The use of any garage or parking space(s) by you without a written agreement may be discontinued or terminated at any time by us. No representation is made that sufficient garage or parking space is available for all residents or that the present number of spaces will always be available. Additionally, we are not liable or responsible for any damage to, or destruction of, your vehicle or any visitor's vehicle while it is parked or present on the Property, whether such damage or destruction is caused by fire, ice, snow (or snow plowing activity), hail, flood, storm, falling tree limbs or overhead lights, explosion, or caused by other residents, guests, vendors (their vehicles or employees) or otherwise.

You and your designated Occupant(s) and/or their respective agents, employees, invitees and guests must observe all parking rules and regulations as posted or indicated by us and/or local authorities. Parking of vehicles in other than designated parking areas is prohibited. No boats, trailers, trucks, buses, or commercial vehicles will be permitted on the parking lots, driveways or garages without prior written permission. Motorcycles must be parked in areas designated for motorcycles. Unless otherwise agreed in writing, mini-bikes, motor scooters or go-karts may not bekept, stored or operated on or about any unit(s) or on or about any part of the Apartment Community. Parking and/or driving on grass or the placement of any type of vehicle on a patio or balcony is prohibited. The parking areas are for use only by properly tagged, functioning and authorized motor vehicles. Any vehicle that does not comply with the foregoing provisions will be towed away at the vehicle owner's risk and expense. The repair, maintenance, washing and/or testing of motor vehicles and/or their engines anywhere within the Apartment Community is strictly prohibited unless we designate a specific area for such purpose. You agree to remove or cause to be removed any of your vehicles, or your designated Occupants' vehicles, from the parking areas or garage promptly upon the expiration or termination of this Lease or your right to possession of any Apartment(s). The parking of vehicles in violation of the terms of this Lease, requiring the vehicles to be towed, will constitute a material breach of the terms of this Lease.

We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Apartment Community if it:

(a)     has a flat tire or other condition rendering it inoperable;
(b)     is on jacks, blocks or has wheel(s) missing;
(c)     has no current license or no current inspection sticker;
(d)     belongs to a Resident or Occupant who has surrendered or abandoned the Apartment;
(e)     is parked in a marked handicap space without the legally required handicap insignia;
(f)     is parked in a space marked for manager, staff, or guest at the office;
(g)     blocks another vehicle from exiting;
(h)     is parked in a fire lane or designated "no parking" area;
(i)     is parked in a space marked for other resident(s) or unit(s), or the vehicle blocks or occupies more than one space;
(j)     is parked on the grass, sidewalk, or patio; or
(k)     blocks garbage trucks from access to a dumpster.

You hereby irrevocably constitute and appoint us as your attorney in fact to remove any vehicle parked in violation of this Lease, parking rules or regulations and to store the vehicle, at your cost and expense, in such place or places as we, in our sole discretion, may deem proper, or to dispose of the vehicle in the manner provided by applicable law. A lien for the costs and expenses of towing and storing a vehicle may be enforced by us in the manner and to the extent provided under applicable law. You agree to indemnify and hold us harmless from claims and all costs and expenses incurred, including but not limited to reasonable attorney's fees, resulting from the towing of motor vehicles belonging to you, your designated Occupant(s) and/or their respective agents, employees, invitees or guests.

17.     **STORAGE SPACES.** In the event that we provide you with a storage space, external to the Apartment, at any time during the Lease Term, you understand that we are providing such storage space gratuitously. Your use of any storage space is subject to the terms of this Lease, the attached Storage Space Addendum and any applicable Apartment Community rules and regulations. Mechanical rooms, equipment rooms, electrical rooms and meter rooms are not designated storage areas and items discovered in these rooms will be removed and disposed of by Management.

18.     **DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we are responsible for the delay only to the extent provided by law. The Lease will remain in force subject to: (a) abatement of rent on a daily basis during delay; and (b) your right to terminate as set forth below. Termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any prepaid, unearned rent. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that do not prevent you from occupying the Apartment, such cleaning or repairs do not materially affect the life, health or safety of ordinary persons, and habitation is possible with reasonable safety.

If there is delay in providing you with possession of the Apartment, you may terminate, cancel, or rescind your Lease up to the date when the Apartment is ready for occupancy (the time at which we are ready to deliver possession to you) but not later.

19.     **PAYMENTS.** Your agreement to pay all sums due under this Lease Contract or related addenda is an independent covenant. At our option and without notice, we may apply money received first to any of your unpaid obligations, then to current rent – regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

20.      **LOCKS AND LATCHES.** Keyed lock(s) will be re-keyed after the prior resident moves out. The re-keying will be done either before you move in or, if the Apartment has a keyless deadbolt on each exterior door, within ten (10) days after you move in.

You may at any time ask us to (a) install one keyed deadbolt lock on an exterior door if it does not have one; (b) install a security bar and/or sliding door pinlock on each sliding glass door;

(c) install one keyless deadbolt on each exterior door; (d) install one door-viewer on each exterior door; and (e) change or re-key locks or latches during the Lease Term. We must reasonably comply with those requests within a reasonable time, but you must pay for them in advance.

**Lockouts.** In the event that you are locked out of the Apartment during Management's normal business hours, Management will, if you personally present yourself to request the use of the "emergency" key, either provide access to the Apartment or will provide a key. The "emergency" key shall not be given to a person who is not named on the Lease Contract as a Resident or Occupant. In the event that you are locked out of the Apartment after Management's normal business hours, you should contact a locksmith to gain access to the Apartment. You will pay, in advance, for all costs associated with any lockout.

**Paying for Re-keying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to security devices by you or your family, Occupants, or guests during your occupancy. You may be required to pay in advance if: (a) we notify you within a reasonable time after your request that you are more than thirty (30) days delinquent in reimbursing us for repairing or replacing a security device which was misused or damaged by you, your guest or an Occupant or;

(b) if you have requested that we repair, install, change or re-key the same security device during the thirty (30) days preceding your request and we have complied with your request. If you fail to return keys at the termination of your tenancy, you will be responsible for re-keying charges for all locks.

21.      **REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or costs of repairs or service in the Apartment Community due to a violation of the Lease or rules, improper use, or negligence by you or your guests or Occupants. We are not liable for -- and you must pay for -- repairs, replacement costs, and damage to the following if occurring during the Lease Term or renewal period: (a) damage to doors, windows, or screens; (b) damage from windows or doors left open; and (c) damage from wastewater stoppages caused by improper objects in lines exclusively serving your Apartment, unless the above-listed damage is due to our negligence. We may require payment at any time, including advance payment of repairs for which you are liable. Delay in demanding sums you owe is not a waiver.

22.      **RELEASE OF RESIDENT.** Unless you are entitled to terminate this Lease under Paragraphs 3, 27, 28 or 29, you will not be released from this Lease for any reason -- including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-Residents, loss of employment, bad health or death.

23.      **EARLY MOVE-OUT.** You will be liable to us for all damages we suffer including rent, late charges and damages to the Apartment if you:

(a)          fail to give written move-out notice as required in Paragraph 3;
(b)          move out without paying rent in full for the entire Lease Term or renewal period;
(c)          move out at our demand because of your default; or
(d)          are judicially evicted.

24.  **DEFAULT BY RESIDENT.**  You will be in default if:
(a)  you do not pay rent or other amounts that you owe;
(b)  you or any guest or Occupant violates this Lease, Apartment Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs;
(c)  you abandon the Apartment;
(d)  you give incorrect or false information in a rental application;
(e)  you or any Occupant is arrested, convicted, or given deferred adjudication for a criminal offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; and/or
(f)  any illegal drugs or paraphernalia are found in your Apartment or on your person while on the Apartment Community's grounds.

**Eviction.**  If you are in default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances. We are not required to provide notice of non-payment of rent, and we may proceed to institute eviction proceedings at any time your rent is overdue. Notice may be by (a) regular mail; (b) certified mail, return receipt requested; (c) personal delivery to any Resident; (d) personal delivery at the Apartment to any Occupant over sixteen (16) years old; or (e) affixing the notice to the outside of the Apartment's main entry door. Termination of your possession rights or subsequent re-letting does not release you from liability for future rent or other Lease obligations, subject to your and our duties to mitigate damages as provided by this Lease or by applicable law. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance does not waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time does not waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Holdover.**  You or any Occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different date agreed to by the parties in writing). If a holdover occurs, then: (a) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (b) rent for the holdover period will be increased by twenty-five percent (25.0%) over the then-existing rent, without notice; (c) you will be liable to us for all rent for the full term of the previously signed Lease of a new resident who cannot occupy because of the holdover; (d) at our option, we may extend the Lease Term – for up to one month from the date of notice of lease extension – by delivering written notice to you or your Apartment while you continue to hold over; and (e) we may bring an action for eviction and for damages in conformance with the Maryland Real Property Code or applicable county or city ordinances.

**Other Remedies.**  We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated, on any attached Rental Concession Addendum, to rental discounts or abatements, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this Lease and with the terms of the Rental Concession Addendum, or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination. In the event that we obtain the service of an attorney and take legal action against you in connection with any breach by you of any of the terms or conditions of this Lease, you covenant and agree to pay us reasonable attorney's fees, plus all court costs, the costs of any special process server employed by us, and all other additional costs that may be incurred, as a court or tribunal of competent jurisdiction may award, in the event that legal action is instituted against you. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non- prevailing party attorneys' fees and all other litigation costs.

All unpaid amounts after termination of your tenancy bear interest at the rate of eighteen percent (18.0%) per annum. You must pay all collection agency fees if you fail to pay all sums due within ten (10) days after we mail you a letter demanding payment and stating that collection agency fees will be added if you do not pay all sums by that deadline.

**Mitigation of Damages.** If you move out early, you will be subject to the damages and amounts due specified in this Lease and all other remedies authorized by law. We will exercise customary diligence to re-let the Apartment and minimize damages. We will credit all subsequent rent that we actually received from subsequent residents against your liability for past-due and future rent and other sums due.

25.        **SURRENDER, AND ABANDONMENT.** You have surrendered the Apartment when: (a) the move-out date has passed and no one is living in the Apartment in our reasonable judgment; or (b) all Apartment keys and access devices have been turned in where rent is paid – whichever date occurs first.

You have abandoned the Apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2)clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you have been in default for non-payment of rent for five (5) consecutive days or water, gas, or electric service for the Apartment not connected in our name has been terminated; and (4) you have not responded for two
(2) days to our notice left on the inside of the main entry door, stating that we consider the Apartment abandoned. An Apartment is also "abandoned" ten (10) days after the death of the sole Resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and re-let the Apartment; determine any security deposit deductions; and remove property left in the Apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the Apartment, but do not affect our mitigation obligations.

26.        **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this Lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the Apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and we may seek a court order that the property be sold to offset any rent due.

**Removal After We Exercise Lien for Rent.** If the Lease is terminated by reason of your rent being delinquent, our representative may seek to obtain a judicial order of court, to the extent permitted by law, so that a court officer may peacefully enter the Apartment and remove and/or store all property subject to lien for public sale.

**Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the Apartment or in common areas (including any vehicles you or any Occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the Apartment.

**Storage.** Pending public sale, we may store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the Apartment. We are not liable for casualty, loss, damage, or theft except for property removed under a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we seized and stored property under a contractual lien for rent as authorized by state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. In the event that notice of sale is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we have removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, re-letting charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the Apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition of Sale.** Except for animals and property removed after the death of a sole Resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the Apartment after surrender or abandonment. Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, in compliance with applicable law.

27.      **MILITARY CLAUSE.** Under the following circumstances, you may terminate the Lease by giving us written notice ("Termination Notice") if you:

(a)      become a member of the United States Armed Forces; or

(b)      receive military orders for a permanent change of station or to deploy with a military unit for a period of not less than 90 days.

The Termination Notice is effective 30 days after the first date on which the next rental payment is due and payable after the date on which the notice is delivered. You must furnish us either a copy of the official permanent change-of-station orders or a deployment letter or order. Military permission for base housing does not constitute a permanent change-of-station order. After move-out, you are entitled to return of your security deposit less lawful deductions. The release of a Resident under this military clause will release the Resident receiving the change-of- station or deployment orders and such Resident's spouse or legal dependents, but not any remaining co-Residents.

28.      **DEATH, INCAPACITATION OR LEGAL DISABILITY.** Upon your death (or any one or more persons comprising the residents hereunder), the Lease shall automatically terminate. It is understood and agreed that no interest in the Lease, the leasehold estate created hereby or the apartment will pass to your heirs, administrators or assigns by will, intestacy, gift or grant. If the Lease is terminated by virtue of your death, the termination of the Lease shall not relieve your estate from responsibility for payment of your outstanding obligations under the Lease, nor for the payment for the use and occupancy of the apartment during the administration of the estate until the apartment is actually vacated by all occupants, guests or invitees, including any remaining persons identified as residents herein.

29.      **REPLACEMENTS AND SUBLETTING.** Replacing a Resident, subletting, or assignment is allowed only when we consent in writing. If departing or remaining Residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:

(a)      a re-letting charge will not be due;

(b)      a reasonable administrative (paperwork) fee will be due, and a re-keying fee will be due if re-keying is requested or required; and

(c)      the departing and remaining Residents will remain liable for all Lease obligations for the rest of the original Lease Term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option:
(1) the replacement resident must sign this Lease with or without an increase in the total security deposit; *or*
(2) the remaining and replacement residents must sign an entirely new lease. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve the replacement. The departing Resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Term unless we agree otherwise in writing – even if a new lease is signed.

30.     **DISCLOSURE RIGHTS.** If someone requests information about you or your rental history for law-enforcement, governmental, or business purposes, we may provide such information if we receive a signed release and/or a commonly recognized subpoena.

31.     **REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST – FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS – IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Any of our written notes regarding your oral request do not constitute a written request from you.
Our complying with or responding to any oral request regarding security or non-security matters does not waive the strict requirement for written notices under this Lease. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health or safety. We may change or install utility lines or equipment serving the Apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We will act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part as a result of air conditioning problems.

If we believe that fire or catastrophic damage to the Apartment is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease within a reasonable time by giving you written notice. If the Lease is so terminated, we will refund prorated rent and all deposits, less lawful deductions.

32.     **DEFAULT BY MANAGEMENT.** We will act with customary diligence to:

(a)     keep common areas reasonably clean, subject to Paragraph 9;
(b)     maintain fixtures, furniture, hot water, heating and A/C equipment;
(c)     substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
(d)     make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.
(e)     If we violate any of the above, you may terminate this Lease and exercise other remedies under state statute only in the event that you comply with the following conditions:

(1)     you must make a written request for repair or remedy of the condition, and all rent must be current at that time;
(2)     after receiving the request, we will have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(3)     if we have not diligently tried to repair within a reasonable time, you then have the right to give us written notice of intent to terminate the Lease unless the repair is made within seven (7) days; and
(4)     if repair has not been made within seven (7) days, you may terminate this Lease and exercise other statutory remedies. Security deposits and prorated rent may be refunded as required by law.

Your right to terminate the Lease under this paragraph is a contractual remedy that is in addition to any other rights and remedies you may have under local law or your local county or city ordinances. This provision does not limit any other rights you have by law.

33.     **WHEN WE MAY ENTER.** If you or any guest or Occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (b) below may peacefully enter the Apartment at reasonable times for the purposes listed in (b) below. If nobody is in the Apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(a)     written notice of the entry is left in a conspicuous place in the Apartment immediately after the entry; and

(b)     entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or re-keying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing Apartment to prospective Residents (after move-out or vacate notice has been given); showing Apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; or in connection with inspection, response to, or compliance with any citation for any alleged housing code violation.

(c)     We may enter the Apartment after due notice to you and without reasonable objection during business hours. If practical under the circumstances, we will attempt to provide at least twenty-four (24) hours advance written notice of our intent to enter for the above purposes. We may enter the Apartment immediately without notice under the following circumstances: an emergency situation; when we have good cause to believe you may have damaged the Apartment; if we reasonably
believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards or; to deal with or respond to any situation which is of immediate threat or danger to the health, safety or welfare of our residents or their property, an animal, or our Apartment Community and your Apartment.

(d)     You are deemed to have given us permission to enter your Apartment in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to your Apartment for the same without delay or interference.

34.     **MISCELLANEOUS.** You submitted an application to us to induce us to execute this Lease. In the event that any of the representations in your application are found to be misleading, incorrect or untrue, we shall have the right to treat such misleading, incorrect or untrue representation as a breach of this Lease. Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease, executed addenda, and published and attached rules and regulations are the entire agreement between you and us.

Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease or any part of it unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written notice requirements, rental due dates, acceleration, liens, or other rights is not a wavier under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed. Notices may not be given by email.

Exercising one remedy will not constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease. All notices and documents may be in English and, at our sole option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease is subordinate or superior to existing and future recorded mortgages, at lender's option. All Lease obligations must be performed in the county where the Apartment is located.

35.    **RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease changes are allowed before the initial Lease Term ends, except for changes authorized by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules.

**If, at least five (5) days before the Advance Notice Deadline referred to in Paragraph 3, we give you written notice of rent increases or Lease changes effective when the Lease Term or renewal period ends, this Lease will automatically continue month-to-month (modified by sixty (60) day notice provision) with the increased rent or Lease changes. The modified Lease will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice required by Paragraph 3.**

36A. **MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease or any renewal term. You will still be liable for the entire Lease Term if you move out early (Paragraph 3), except under the military clause (Paragraph 27). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:
(a)    Your move-out notice must be in writing. Oral move-out notices will not be accepted and will not terminate your Lease.
(b)    Your move-out notice must not terminate the Lease sooner than the end of the Lease Term or renewal period.
(c)    move-out date in your notice must be either the last day of the month or the exact day designated in your notice, provided such date is at least sixty (60) days after the date your notice received.
(d)    We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in Paragraph 3. However, if a move-out notice is received on the first, it will suffice for move-out on the last day of the month of intended move-out, provided that all other requirements above are met.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain written acknowledgement from our representative that we received your move-out notice. If we terminate the Lease, we must  give you the same advance notice – unless you are in default.

36B. **EARLY TERMINATION.** During the initial term of this Lease, you shall have the option to terminate your remaining responsibility for rent due for the balance of the Lease Term by providing us with written notice of not less than thirty (30) days together with payment of an early termination fee equal to two (2) months rent. The Lease will be considered terminated upon our receipt of a proper written notice (signed by all Residents), payment of the early termination fee and all rent and other charges due through the date of your vacating the Apartment. If you fail to timely vacate, pay the early termination fee, or pay any other charges due through date of vacating, the attempted early termination permitted by this provision shall be deemed void, and the other provisions of this Lease with respect to charges associated with a breach of the Lease, and your responsibility for such charges, shall apply.

37.   **MOVE-OUT PROCEDURES.** The move-out date cannot be changed unless you and we both agree in writing. You will not move out before the Lease Term or renewal period ends unless all rent for the entire Lease Term or renewal period is paid in full. Early move-out may result in re-letting charges. You are prohibited by law from applying any security deposit to rent. You will not stay beyond the date you are supposed to move out. All Residents, guests, and Occupants must vacate the Apartment on or before the vacate date specified in the notice to vacate. You must give us and the U.S. Postal Service, in writing, each Resident's forwarding address.

38.   **CLEANING.** You must thoroughly clean the Apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you do not clean adequately, you will be liable for reasonable cleaning charges – including charges for cleaning carpets, draperies, furniture, walls, etc. that are soiled beyond normal wear (that is, wear or soiling that occurs without negligence, carelessness, accident, or abuse).

39.   **MOVE-OUT INSPECTION.** If you notify us by certified mail at least fifteen (15) days prior to your specified move-out date of: your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the Apartment (unless you have been evicted, ejected, or have abandoned the Apartment). After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur. The date of the inspection will be within five (5) days before or after the moving date specified in your notice. Our representative has no authority to bind or limit us regarding deductions for repairs, damages or charges. Any statements or estimates by our representatives or us are subject to correction, modification, or approval/disapproval before final refunding or accounting.

40.   **SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You will be liable for the following charges, if applicable: unpaid rent; unpaid utilities; un-reimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the Apartment and is missing; replacing dead or missing smoke detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the Apartment when you or any guest or Occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or re-keying unauthorized security devices or alarm systems; agreed re-letting charges; packing, removing, or storing property removed or stored by us; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security alarm charges unless due to our negligence; animal-related charges; government fees or fines against us for violation (by you, your Occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling or other matters; late payment and returned check charges; a charge (not to exceed $100.00) for Management's time and inconvenience or expenses actually incurred in our lawful removal of an animal or in any valid eviction proceeding against you, plus reasonable attorneys' fees, court costs, and filing fees actually paid; and other sums due under this Lease.

You will be liable for (a) charges for replacing all keys and access devices provided at move- in or during your tenancy if you fail to return them on or before your actual move-out date; and (b) a re-letting fee if you have violated Paragraph 24.

41.   **SECURITY DEPOSIT RETURN.** We will mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than forty-five (45) days after termination of your tenancy unless statutes provide otherwise.

**NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS.**
Under Maryland Code 8-203, you have the following rights: The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the Apartment, common areas, major appliance, and furnishing owned by us.
(a)      You have the right to be present when we or our agent inspects the Apartment in order to determine if any damage was done to the Apartment, if you notify us by certified mail of your intention to move, the date of moving , and your new address.
(b)      Your notice requesting a move-out inspection in our presence must be furnished to us by certified mail at least fifteen (15) days prior to the date you move.
(c)      Upon receipt of your notice to move, we will notify you by mail of the time and date the Apartment are to be inspected.
(d)      The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.
(e)      Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages. You may be entitled to recover a penalty of three (3) times the security deposit plus reasonable attorneys' fees if we fail to comply with the security deposit law (§ 8-203.1).
(f)      The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.
(g)      In calculating the damages for lost future rents, any amount of rent received by us for the Apartment during the remainder, if any, of your Lease Term will reduce the damages you owe us by a like amount.

42. **RESIDENT SAFETY AND PROPERTY LOSS.** You and all Occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines found in this Lease.

**Smoke Detectors.** We will furnish smoke detectors as required by statute, and we will test them and provide working batteries when you first take possession. For as long as you reside in the Apartment, you must pay for and replace dead or missing batteries at your expense. A hard-wired backup has been installed; to the extent you are responsible, electrical service to your Apartment must be maintained at all times. **You must immediately report smoke detector malfunctions to us.** Neither you nor others may disable smoke detectors. If you damage or disable a smoke detector, or if you remove a smoke detector battery without replacing it with a working battery or fail to replace a dead battery or report malfunctions to us, you may be liable to us for all amounts authorized by state statute, plus actual damages, and attorneys' fees for any loss, damage, or fines from fire, smoke, or water. Such action will be deemed a material, non-remedial default under this Lease entitling us to terminate this Lease and obtain possession of the Apartment.

**Casualty Loss.** We are not liable to any Resident, guest or Occupant for personal injury or damage or loss of personal property from fire, smoke, rain, flood, water leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, acts of terrorism, theft, or vandalism unless otherwise required by law. Unless we instruct otherwise, you must, for twenty-four (24) hours a day during freezing weather: (a) keep the Apartment heated to at least fifty (50) degrees Fahrenheit;

(b)      keep cabinet and closet doors open; and (c) drip hot and cold water faucets. You will be liable for damage to our and/or others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives or agents to perform services not contemplated in this Lease, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical, emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You will not treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we are not liable to you or any guests or Occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We are not obligated to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We are not responsible for obtaining criminal-history checks on any Residents, Occupants, guests, or contractors in the Apartment Community. If you are, or any Occupant or guest is, affected by crime, you must make a written report to our representative and to the appropriate law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Solicitation.** Solicitors are not permitted in the building and/or the apartment project. If you are solicited, you should notify the management office immediately.

43.          **PACKAGES.** If you would like Management to be able to accept packages on your behalf, you must, in writing, authorize us to do so. Your authorization for Management to accept packages on your behalf is at your sole risk, and Management shall not be liable for any package delivered for you. In the event that Management receives and accepts any package on your behalf, whether or not authorized to do so, you agree that Management does not assume any responsibility for loss of or damage to your package.

44.          **SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we would like to advise you of some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other Occupants in your dwelling, including any children you may have, about these guidelines.

**PERSONAL SECURITY – WHILE INSIDE YOUR APARTMENT**
1.      Lock your doors and windows – even while you are inside.
2.      Engage the keyless deadbolts on all doors while you are inside.
3.      When answering the door, see who is there by looking through a window or peephole. If you do not know the person, first talk with him or her without opening the door. Do not open the door if you have any doubts.
4.      If children (who are old enough to take care of themselves and are at least the required age as specified by local or state law) are left alone in your Apartment, tell them to use the keyless deadbolt, if applicable, and refuse to let anyone inside while you are gone – regardless of whether the person is a stranger or an apartment maintenance or management employee.
5.      Do not put your name, address, or phone number on your key ring.
6.      If you are concerned because you have lost your key or because someone you distrust has a key, ask the management to re-key the locks. You may request this service provided you pay for the re-keying. We cannot refuse to provide a key to an authorized Resident unless a court order exists (and is provided to us) precluding entry to such Resident.
7.      Dial 911 for emergencies. If the 911 service does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If any emergency arises, call the appropriate governmental authorities first, then call the management.
8.      Check your smoke detector monthly to make sure it is working properly and the batteries have sufficient energy.
9.      Check your door locks, window latches, and other security devices regularly to be sure they are working properly.
10.     If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.
11.     Immediately report to Management – in writing, dated and signed – any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.

12.    Immediately report to management – in writing, dated and signed – any malfunction of other safety devices outside your Apartment, such as broken gate locks, burned out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13.    Close curtains, blinds, and window shades at night.
14.    Mark or engrave your driver's license number or other identification on valuable personal property.

## PERSONAL SECURITY – WHILE OUTSIDE YOUR APARTMENT

15.    Lock your doors while you are gone. Lock any door-handle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door security bar that you have. Leave a radio or TV playing softly while you are gone.
16.    Close and latch your windows while you are gone, particularly when you are on vacation.
17.    Tell your roommate or spouse where you are going and when you will be back.
18.    Do not walk alone at night. Do not allow your family to do so.
19.    Do not hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
20.    Do not give entry keys, codes or electronic gate cards to anyone.
21.    Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
22.    Let the manager and your friends know if you will be gone for an extended time. Ask your neighbors to watch your Apartment since the management cannot assume that responsibility.
23.    While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
24.    Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

## PERSONAL SECURITY – WHILE USING YOUR CAR

26.    Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27.    Do not leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.
28.    Do not leave your keys in the car.
29.    Carry your key ring in your hand whenever you are walking to your car – whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30.    Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31.    Check the backseat before getting into your car.

## PERSONAL SECURITY AWARENESS

No security system is failsafe. Even the best system cannot prevent crime. Always act as if security systems do not exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security. The best safety measures are the ones you perform as a matter of common sense and habit.

45.    **ORIGINALS AND ATTACHMENTS.** This Lease has been executed in multiple originals, with original signatures – one for you and one or more for us. Our rules and Apartment Community policies, if any, will be attached to the Lease and given to you at signing. When a New Resident Correction List is completed, both you and we should retain a copy.

46.     **LOCAL LAWS AND ORDINANCES.** It is the intent of the parties to comply with the laws of Maryland, including local, county and municipal ordinances. The terms of this Lease may be modified by another addendum which conforms to the laws of the jurisdiction in which this Apartment Community is located. If there is any conflict in the terms of that addendum and this Lease, the conflicting terms of that other addendum shall control. In the event no other addendum is attached to this Lease and the local laws or ordinances provide additional rights or remedies not included herein, this Lease is amended by reference to such local laws and ordinances to incorporate the terms, rights, or remedies thereof herein. It is the intent of the parties to have this Lease construed to include any such rights or remedies herein, and the provision of such laws or ordinances shall supersede and control over the language of this Lease to the extent they are in conflict. If any of the provisions of this Lease are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Lease will remain enforceable and binding on both you and us and will be enforceable to reflect the intent of the parties.

47.     Each Lease entered into from and after the date hereof shall provide that in the event of the enforcement by Beneficiary of the remedies provided for hereby or by Law, the Tenant thereunder will, upon request and at the option of any Person succeeding to the interest of Borrower as a result of such enforcement, automatically become the lessee of said successor in interest and attorn to said successor in interest, without change in the terms or other provisions of the Lease, provided, however, that (A) said successor in interest shall not be bound by (i) any payment of Rent for more than one (1) month in advance, except prepayments in the nature of Tenant Security to the extent actually received by said successor in interest or (ii) any material amendment or modification of the Lease made without the consent of Beneficiary or such successor in interest, except amendments or modifications made in the ordinary course of business.

## APARTMENT LEASE CONTRACT PARKING ADDENDUM

BETWEEN REALTY MANAGEMENT SERVICES, INC. ("Management") AND

Erwin Rodas ("Resident")

FOR PARKING SPACE NUMBER N/A (the "Parking Space")

AT THE ADVANCE MONTHLY LICENSE FEE OF $0.00 (the "License Fee") DUE ON THE FIRST DAY OF EACH MONTH COMMENCING

09/29/2018

PARKING PERMIT NUMBER: , ,

NAME: Erwin Rodas

ADDRESS: 1412 Kanawha St., #202, Hyattsville, MD 20783

HOME PHONE:

BUSINESS/CELL PHONE: (703) 209-3270

| | | | |
|---|---|---|---|
| AUTOMOBILE TAG NUMBER: | N/A | N/A | N/A |
| STATE: | N/A | N/A | N/A |
| MAKE OF CAR: | N/A | N/A | N/A |
| YEAR: | N/A | N/A | N/A |
| DATE OF ISSUANCE: | N/A | N/A | N/A |
| DATE OF CANCELLATION/EXPIRATION: | N/A | N/A | N/A |

In consideration of the mutual agreements between the parties Management does hereby grant a License to Resident to use the Parking Space at the license fee likewise specified above, in accordance with the following terms and conditions:

1. Resident understands and agrees that the Parking Space is to be used for the parking of a passenger automobile only, and that the parking, moving and removal of Resident's automobile in or from the Parking Space or parking area shall be at Resident's sole risk and expense. Resident expressly agrees not to use or cause to be used any employee of Management for the purpose of parking, moving or removing any automobile in or from the Parking Area. If any Management employee shall, at the request of Resident or any member of Resident's household, handle, move, park, or drive any automobile in or from the Parking Area, such employee shall be deemed to be the agent of Resident and Management shall not be liable for any loss or damage caused by said employee used for such purpose.

2. Resident agrees that all personal property left in any automobile while it is in the above-referenced Parking Space shall be at the sole risk of Resident or the persons owning the same, and that Management shall in no event be liable for the loss, destruction, theft of, or damage to, such property.

3. Management is not liable or responsible for any damage to, or destruction of, your vehicle or any visitor's vehicle while it is parked or present on the Property, whether such damage or destruction is caused by fire, ice, snow (or snow plowing activity), hail, flood, storm, falling tree limbs or overhead lights, explosion, or caused by other residents, guests, vendors (their vehicles or employees) or otherwise.

4. Resident agrees to keep his/her automobile locked at all times while it is in the Parking Space. Resident agrees that Management shall not be required to have any agent or attendant in the Parking Area at any time, and Management shall not be liable for loss or damage to said automobile or its contents, from any cause or causes, or particularly due to fire, theft, collision or vandalism.

5. **In parking areas which require the use of a Key Card, Key or Transmitter, Resident agrees that a charge in the amount of $75.00 will be required if lost, stolen, mutilated or not returned at time of move-out. Said replacement charge is not refundable.**

6. If the use of an assigned, numbered parking space has been granted under this license agreement, Management reserves the right at any time to change the Parking Space assigned to Resident, or to eliminate assigned, numbered parking spaces altogether. If assigned, numbered parking spaces are eliminated, parking will thereafter be on a first come, first served basis.

7. This License Agreement shall terminate upon the happening of any of the following events:
   (a) Upon failure of Resident to pay the monthly license fee within five days after it is due. At Management's option, Resident may continue use of the parking space, but Management will levy a late charge of five percent (5%) of the monthly license fee for each monthly license fee remaining unpaid within five days after it is due.
   (b) Upon Resident vacating the Apartment.
   (c) Upon the expiration of thirty (30) days after notice from the first of the month by Management to Resident or by Resident to Management that this License Agreement is being terminated.

8. At the termination of this License Agreement upon any of the events specified in Paragraph 6 above, Resident will be required to remove his/her automobile from the Parking Space at the time of termination, without further notice from Management. If Resident fails to remove his/her automobile immediately upon termination, then Management shall have the right, and is hereby authorized, to have the automobile towed away and stored, in accordance with the laws of the applicable jurisdiction, at Resident's sole risk and expense.

9.   Resident agrees to abide by the Parking Rules and Regulations set forth below:

(a)   Parking is restricted to passenger vehicles only. Parking of boats, trailers, buses or commercial vehicles is prohibited. Motorcycles must be parked in areas designated for motorcycles. Vehicles must have a properly displayed current license tag and be in operating condition. Vehicles left in the parking areas with expired tags, without tags or improperly displayed tags, vehicles in a state of disrepair, or abandoned vehicles shall be towed at the owner's sole risk and expense.

(b)   If parking spaces are assigned, vehicles must be parked in their assigned space only. All unassigned spaces are available on a first come, no reservation basis. Vehicles parked outside the space designated for the parking of such vehicle or parked in violation of any law or ordinance, shall be towed at the owner's sole risk and expense.

(c)   In parking areas where a parking sticker or tag is required, a valid current sticker or tag must be displayed at all times. Any vehicle not displaying a current valid sticker or tag shall be subject to towing at the vehicle owner's sole risk and expense.

(d)   The repair, washing, testing or maintenance of any vehicle in any parking area is strictly prohibited.

(e)   Pursuant to the terms of the Lease, Management reserves the right to change these rules and regulations with notice to the residents. On an annual basis, Management will require that all vehicles parking on the Apartment Community's premises be registered using the license number of the vehicle. Management will maintain a registration file of vehicles by license number. In the event of a parking violation, Management will make no attempt to contact the vehicle owner beyond the posting of the parking violation notice on the windshield of the vehicle (if required by local authorities). Vehicles will be towed without notice for the following violations: parking in a fire zone, parking in a handicapped designated space, blocking a driveway, failure to display a current parking sticker or tag (if required), or failure to remove a vehicle from the premises at the expiration of a tenancy. Repeat parking violations will result in Management taking action to terminate your possession of your Apartment, as all parking violations constitute a breach of the Lease.

(f)   All parking stickers or tags must be properly AFFIXED in the lower right inside corner (passenger side) of the rear window.

(g)   Any lost or stolen parking sticker or tag is the sole responsibility of the Resident who is subject to penalty for replacement.

(h)   Any parking sticker or tag issued by Management, which is altered or defaced, shall result in cancellation of all parking privileges.

(i)   Parking stickers or tags must be surrendered upon termination of the Lease; otherwise Resident will be subject to a charge for non-return of stickers or tags.

(j)   All parking stickers or tags remain the property of Management.

(k)   Parking stickers or tags are issued upon valid proof of vehicle registration. A change in vehicle ownership shall require return of old permit and reissuance of a new sticker or tag.

10.  It is expressly understood that this is a License Agreement only and conveys no interest of any kind, possessory or otherwise in or to the licensed Parking Space, other than a mere right to use the Parking Space for the parking of an automobile, under the terms and conditions of this License Agreement. This License is granted to Resident only and cannot be transferred or assigned.

SEP 29 2018

_____   _____
Tenant - Erwin Rodas                    Date

_____   _____
Tenant -                                Date

_____   _____
Tenant -                                Date

_____   _____
Tenant -                                Date

_____   _____
Tenant -                                Date

_____   _____
Tenant -                                Date

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____   _____
    As Agent for Owner                   Date

## APARTMENT LEASE CONTRACT MOLD ADDENDUM

This Addendum is made part of the Lease Agreement between Resident and Management. The Apartment was inspected prior to your move-in date, and *there is no visible mold* in the kitchen, bathroom(s) or other areas of the Apartment. By signing below, Resident hereby agrees to maintain the Apartment in a manner consistent with prevention of an infestation of mold or mildew in the Apartment.

Mold is found both indoors and outdoors and in both new and old structures. Resident is hereby notified that the Apartment is subject to the infestation of mold or mildew if not properly maintained. Molds are naturally occurring microscopic organisms that reproduce by spores. When moldy materials are damaged or disturbed, mold spores are released and spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a structure, mold can grow.

In order to minimize the potential for mold growth in the Apartment, Resident is required to do the following:

o        Resident shall take all reasonable measures to control the moisture level of the Apartment by immediately reporting to Management, in writing, any water intrusion, such as plumbing leaks, drips or "sweating" pipes.

o        Resident shall keep the Apartment clean, particularly the kitchen and bathroom carpets and floors. All moldy food must be thrown away immediately and removed from the Apartment.

o        Resident shall promptly notify Management about any air conditioning or heating problems in the Apartment. Resident shall maintain the temperature in the Apartment within ten degrees (10°) of seventy-two degrees (72°) at all times. Resident agrees not to run air conditioning while windows are open.

o        Resident shall use bathroom fans while showering or bathing and immediately report to Management any non-working fans. While showering, resident shall keep the shower curtain inside the bathtub or fully close the shower doors. After showering or bathing, Resident shall leave the bathroom door open until all moisture on the mirrors and walls of the bathroom has dissipated and shall hang up towels and bath mats so that they will dry completely. Resident shall use exhaust fans whenever cooking, dishwashing or cleaning.

o        Resident agrees not to wash clothes in the bathroom or hang clothes to dry in the bathroom on a regular or routine basis.

o        Resident shall conduct a visual inspection of the Apartment for the presence of mold growth, including but not limited to window frames, carpet, ceiling tiles, wallpaper, and Resident's personal property, at least once every two weeks. Resident shall immediately report to Management any mold growth inside the Apartment.

Resident agrees not to bring any personal property into the unit that may contain mold, especially such items as sofas, mattresses, and pillows. Resident agrees that he/she may be held responsible for property damage to the Apartment. Management will not be liable for any resulting health problems caused by Resident's failure to comply with this Addendum.

In the event, after you inspect the Apartment, you believe there is mold in the Apartment, you must advise us in writing within five (5) days of your move-in date. Resident hereby agrees to hold Management harmless from any causes of action, demands, liabilities, losses, or claims for damages and expenses, including attorneys' fees, to the extent that such claims arise out of, or are based upon, Resident's failure to comply with this Addendum.

SEP 29 2018

_____
Tenant - Erwin Rodas                      Date

_____
Tenant -                                          Date

_____
Tenant -                                          Date

_____
Tenant -                                          Date

_____
Tenant -                                          Date

_____
Tenant -                                          Date

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____
          As Agent for Owner                 Date

## SATELLITE RECEPTACLE ADDENDUM

This Satellite Receptacle Addendum ("Addendum") entered into by and between Landlord and Resident as of the date set forth below is an addendum to the lease ("Lease") entered into by and between Resident and Landlord.

Resident may install a satellite dish or antenna for the sole purposes of receiving video programming signals or receiving or transmitting fixed wireless signals ("Equipment") within the Resident's leased Premises or Apartment upon the following terms and conditions. For the purposes herein, the term "Resident" shall also mean "Tenant" and the term "Premises" shall also mean "Apartment" as defined in the Lease. For the purposes herein, the term "fixed wireless signals" shall have the meaning set forth in 47 CFR §1.4000.

1.      The Equipment may only be installed within the Resident's Apartment or on the Resident's balcony, balcony railing, or patio (or other area of the Resident's leased Premises that is totally within the Resident's exclusive use or control) and shall be installed totally within the individual Premises. No part of the Equipment or supporting cables may extend beyond the Resident's balcony rail line or patio line (or any other area beyond the Resident's exclusive use or control). Resident is not permitted to install the Equipment on outside walls, outside windowsills, roofs, common area balconies, common area stairways or other common areas. Resident may not hang or extend the Equipment out of a window or off of a balcony or balcony rail or attach any type of device causing the Equipment to hang or extend in such a manner.

2.      To avoid liability and non-compliance with applicable building and safety codes and all Federal regulations governing Equipment installation, Landlord strongly recommends that the Resident have the Equipment installed by a professional, licensed and insured installer. The Equipment must be secured in such a manner that it will not become dislodged. Resident is not permitted to use or cause to be used any permanent adhesives or other such materials during the installation and securing of the Equipment. Devices acceptable for securing the Equipment include brackets, clamps, ballast mounts, or any device that does not either permanently attach the Equipment to the building or cause any portion of the building to be drilled, nailed or otherwise penetrated. As such, Resident is not permitted to drill or cause the drilling of holes into outside walls, roofs, balcony railings, glass or any other location for the purpose of securing the Equipment, or for bringing the cable from the Equipment into the interior portions of the Apartment. Such connection from the Equipment to a device within the interior portions of the Apartment can be made with either a flat cable (e.g., Flat Link or Glass Link cable), a wireless device or some other means that will permit the closing of doors and windows, while at the same time permitting transmission of an acceptable signal from the Equipment to the interior device. To avoid non- compliance with applicable regulations governing the illegal use of cable inside wiring and signal leakage, Residents may only connect the Equipment to an interior reception device and may not connect (or cause to be connected) the Equipment to any existing cable outlets or other outlets within the Apartment or elsewhere in the building. Resident shall not cause or allow damage or permanent physical alteration of the Premises or the building during installation, operation or removal of the Equipment.

3.      Resident shall deposit with landlord the refundable sum of Two Hundred Fifty Dollars ($250.00) as an Equipment installation deposit to secure Landlord against any and all costs and expenses incurred by Landlord by reason of Resident's failure to comply with the terms and conditions hereof. No such deposit shall be required if the Equipment is not attached to, installed upon, affixed to, or otherwise connected to the building or the Premises (i.e., if the Equipment is free standing on the patio or if it is located with the Apartment unit interior, no deposit shall be required). Following the removal of the Equipment by Resident and inspection by Landlord of the area in which the Equipment was installed, attached or affixed, Landlord shall return the aforesaid Equipment installation deposit to Resident, less any deductions made by Landlord to cover Landlord's costs and expenses incurred relating to the Equipment including such costs and expenses incurred for the removal of the Equipment or the repair or restoration of the Premises. Landlord shall comply with any applicable state and local laws governing interest payments on such deposits. Upon the expiration or other termination of the Lease, Resident shall remove all Equipment installed by or for the Resident and shall restore and repair the Premises to the condition that they were in prior to the installation of the said Equipment at Resident's sole cost and expense. Any damage to the Premises or the building shall be subject to the damage provisions set forth in the Lease. The Resident's liability hereunder shall not be limited to the amount of the Equipment installation deposit.

4.      The Equipment shall not exceed one meter (39.37") in diameter. The entire portion of the Equipment shall be located within the individual leased Premises and may not extend out upon any adjacent property, public space, or common area.

5.      Resident hereby agrees to indemnify and hold harmless Landlord, its agents, employees and contractors from and against any and all claims, losses, actions, damages, liabilities and expenses (including attorneys' fees and court costs and expenses) that arise from any claims made for damages, losses or injuries to property or persons, related to or arising from the installation, operation, and removal of the Equipment. Landlord shall have no liability or responsibility for any repairs, replacements, theft or damage to the Equipment. Resident hereby assumes total and complete responsibility for any personal or physical damage to property or persons as a result of damage or injury caused by the Equipment. All liability for the Equipment shall be the sole and exclusive responsibility of Resident.

6.      To the extent Resident has not obtained a renter's liability insurance policy prior to the installation of the Equipment, Resident shall obtain a standard renter's liability insurance policy in a reasonable amount to cover possible claims relating to the Equipment. If Resident has such a renter's liability insurance policy prior to installation of the Equipment, Resident shall not be required to obtain further insurance. Resident shall provide Landlord proof of such insurance within a reasonable period following Landlord's request for same.

7.      Resident's right to install and operate the Equipment contemplated herein is subject to revocation in the event Federal, State or Local law which provides Resident's right to install and operate the Equipment is revoked, changed, or in any way modified in such a manner so that Landlord is no longer required to permit such installation and operation of the Equipment by Resident. This Addendum shall supersede the provisions of the Section 6 of the Lease or any other applicable provision or rule or regulation to the extent it prohibits the installation of the Equipment described herein.

8.      Owner reserves the right to inspect the Equipment at any time, and to direct Resident to correct any condition (a) that is in violation of Federal, State or Local rules and regulations regarding the installation of the Equipment; (b) that is unsafe and causing damage or injury (or may reasonably be anticipated to cause damage or injury) to the Premises, the building or other residents; or (c) that violates any applicable provision of law, the Lease or this Addendum. Landlord agrees to notify the Resident of any apparent violations and grant Resident three (3) days to promptly cure such violation. Should Resident fail to cure, Resident agrees that Landlord may exercise the right to take any remedial action itself, including removal of the Equipment if its installation is in violation of the Lease, this Addendum or any Federal rules and regulations regarding the installation of the Equipment. Resident agrees Landlord may take such action without written or

verbal consent from Resident. Landlord agrees that upon such removal of the Equipment, Landlord shall return the Equipment and all its appurtenances to Resident.

9.      Resident agrees that the Equipment and its appurtenances shall be installed, operated, and maintained in compliance with 47 C.F.R. § 1.4000; all other applicable Federal rules and regulations; all applicable safety codes and regulations including building rules; all applicable zoning ordinances and regulations; and any other applicable Federal, State or Local laws at all times (insofar as such State or Local laws are enforceable and not preempted by Federal law).

10.     Notwithstanding anything set forth herein to the contrary, Landlord agrees not to: (a) unreasonably delay or prevent installation, maintenance or use of the Equipment; (b) unreasonably increase the cost of installation, maintenance or use of the Equipment; or (c) preclude reception of an acceptable quality signal. If any term or provision of this Addendum or the application thereof to any person or circumstance shall, to any extent, be rendered invalid or unenforceable, the remainder of this Addendum, or the application of such term or provision to persons or circumstances other than those as to which it is held specifically invalid or unenforceable, shall not be affected thereby, and each term and provision of this Addendum shall be valid and enforceable to the fullest extent permitted by law as if the invalid or unenforceable term or provision was not contained herein. This Addendum may be modified from time to time by Landlord to comply with applicable law.

11.     Except as expressly provided herein, all provisions of the Lease apply to this Addendum, and, except as expressly provided herein, any conflict between the two shall be governed by the terms of the Lease.

*Please sign below indicating your understanding and agreement with the above terms.  If you do not presently have a satellite dish, please understand that each of the above conditions must be satisfied and agreed to prior to installation of any satellite equipment.  Please check one of the options below:*

N/A     I am not planning to install a satellite dish at this time. I do understand that I must comply with the above should I desire to install a dish at a future date.

N/A     I do plan to install a satellite dish, and all required information has been provided.

| | | | |
|---|---|---|---|
| Tenant - Erwin Rodas | Date SEP 29 2018 | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |

Lessees: Erwin Rodas
Apartment Address: 1412 Kanawha St., #202,
Hyattsville, MD 20783
Telephone Number (703) 209-3270
Email Address None@none.com

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____
        As Agent for Owner                              Date

**Realty Management Services, Inc**
## NEW RESIDENT SMOKE DETECTOR INSPECTION

ADDRESS: 1412 Kanawha St., #202, Hyattsville, MD 20783
APT: K412-202
FROM: Bedford Station
DATE: 09/29/2018

SUBJECT: **Operable Condition of Hardwired Battery Backup Smoke Detector - NEW MOVE-IN**

Please be advised that a hardwired battery backup smoke detector has been installed, tested and is in proper working condition as of this date in the apartment listed above.

We would like to take this opportunity to review the extreme importance of regularly checking your apartment SMOKE DETECTOR to make sure it is in operable condition.

### PLEASE FOLLOW THE INSTRUCTIONS LISTED BELOW

- Your apartment is equipped with a hardwired/battery backup smoke detector connected directly to your apartment power supply.

- DO NOT DISCONNECT OR REMOVE THE SMOKE DETECTOR.

- DO NOT REMOVE THE BATTERY. OTHERWISE, IN THE EVENT OF A POWER FAILURE THE SMOKE DETECTOR WILL NOT FUNCTION.

- If your apartment is sub-metered and you are responsible for the electric bill, you must maintain electrical power to your apartment at all times, otherwise the hardwired smoke detector will not function properly.

- Check the operation of your smoke detector each month.

- To test the smoke detector, press the green indicator light on the outside of the smoke detector. If it is in working condition, the smoke detector will sound for 5-7 seconds and then shut off.

- **Report any inoperable smoke detector to the Management or Maintenance Office immediately.**

We encourage everyone to check their smoke detector monthly, maintain a current electric account and to report any problems with your smoke detector to us immediately. If you have any questions or concerns regarding the maintenance and operation of your smoke detector, please contact the Management Office for assistance.

| | | | |
|---|---|---|---|
| Tenant - Erwin Rodas | SEP 29 2018 Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |
| Tenant - | Date | Tenant - | Date |

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____
   As Agent for Owner          Date

## *Bedford Station*
## Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards

**Lead Warning Statement**

*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not taken care of properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, landlords must disclose the presence of known lead-based paint and lead-based paint hazards in the dwelling. Residents must also receive a Federally approved pamphlet on lead poisoning prevention. If the community is located in Maryland, the residents must receive the Maryland State approved pamphlet, prepared by MDE on lead poisoning prevention and tenants rights.*

**Lessor's Disclosure (initial)**

(a) Presence of lead-based and/or lead-based paint hazards (check one below):

_____   Known lead-based paint/or lead-based paint hazards are present in the housing (explain). <u>balcony/patio closet door, closet door frame, and closet lintels, and common area entrance doors.</u>

_X_   Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the lessor (check one below):

_X_   Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below). <u>Lead Inspection Certificate Attached</u>

_____   Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

(c) Certified lead-free, pursuant to Annotated Code of Maryland [Envir.], 1996.

**Lessee's Acknowledgment (initial)**

(d) Lessee has received copies of all information listed above.

(e) Lessee has received the pamphlet *Renovate Right and Protect Your Family From Lead.*

(f) Lessee has received the pamphlet *Lead Poisoning Prevention, Notice Of Tenants' Rights,* as required by Maryland Environmental Article 6-823. (In Maryland only.)

**Agent's Acknowledgment**

(g) Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852 (d) and is aware of his/her responsibility to ensure compliance.

## Certification of Accuracy

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

| | |
|---|---|
| Tenant - Erwin Rodas          SEP **2 9** 2018 | Tenant - |
| Date | Date |
| Tenant - | Tenant - |
| Date | Date |
| Tenant - | Tenant - |
| Date | Date |

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____  10/1/18

As Agent for Owner                              Date

SEP **2 9** 2018

_____
As Agent for Owner        Date

## APARTMENT LEASE CONTRACT
## LOCAL LAW ADDENDUM
### Bedford Station

This Addendum is made part of the Lease Agreement between Resident and Management.  To the extent that any provision(s) contained in the Lease Agreement is in conflict with the provisions set forth in this Addendum, the Lease Agreement is modified to conform with this Addendum and applicable local law.

1.       Persons not listed in the Lease as either Residents or Occupants shall not occupy the Apartment for more than fifteen (15) consecutive days.

2.       At the time your security deposit is due to be returned, we will pay you simple interest, not compounded, which accrues at six (6) month intervals, at the interest rate required by law, on your deposits, to the extent funds are to be returned to you.

3.       If you are blind or deaf, you have a right to keep and maintain a dog if said dog is certified as being specially trained to aid you in your disability in accordance with applicable laws.

4.       We do not carry any insurance on your personal possessions.

5.       Rent escrow is a valid and lawful remedy if you exercise it in accordance with applicable law.

6.       We agree not to take retaliatory action against you for any bona fide complaint you make to any government agency or any other reasonable attempt you made to enforce the terms of the Lease.

**Resident or Residents** (*all sign below*)            **Management's Representative**

_____  SEP **2 9** 2018        _____
Tenant - Erwin Rodas        Date            Tenant -                  Date

_____        _____
Tenant -                  Date            Tenant -                  Date

_____        _____
Tenant -                  Date            Tenant -                  Date

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____ 10/1/18
       As Agent for Owner        Date

**APARTMENT LEASE CONTRACT**
**ASBESTOS CONTAINING MATERIALS ADDENDUM**
**ADMIRAL PLACE**

Resident:  Erwin Rodas

Address:  1412 Kanawha St., #202, Hyattsville, MD 20783

Management has adopted a voluntary program of Resident notification regarding asbestos containing materials ("ACM") in residential spaces. Under this policy, Residents are notified of the location of ACM on the property and are provided with the following information:

It is not unusual for asbestos to be present in commercial and residential high-rise buildings or private homes; even those built recently, since asbestos was widely used as a component of many building materials until the mid-1970s. Moreover, the presence of asbestos does not mean that the health of Residents and/or Occupants is endangered. Asbestos fibers present a health hazard only when they become airborne after being released from the material in which they are bound.

For additional information, the Asbestos Operations and Maintenance (O&M) plan is available for your review in the Leasing Office.

An Asbestos Operations and Maintenance (O&M) Plan is in effect at this property to manage the asbestos in place. Since asbestos could be disturbed during maintenance or renovation work, or by hanging plants, drapes or other objects from the ceiling or walls, one goal of the O&M Plan is to prevent any asbestos from being released into occupied areas of the property during these and other activities. Accordingly, we require that all Residents notify Management before beginning any decoration, repair, or other work that could disturb the ceiling or walls to ensure that the work is performed in accordance with the O&M Plan. This notice requirement is consistent with your lease obligation to notify management before undertaking any repair work in your apartment.

You agree to obtain permission before installing cables, hanging pictures or mirrors, or making any other alterations to the Apartment and agree not to sand, cut, abrade, or similarly disturb any part of the Apartment or common areas, including without limitation the drywall, floor tile, ceiling, exterior window caulk, and exterior surface materials.

**Resident or Residents** (*all sign below*)

SEP 2 9 2018

_____          _____
Tenant - Erwin Rodas          Date          Tenant -          Date

_____          _____
Tenant -          Date          Tenant -          Date

_____          _____
Tenant -          Date          Tenant -          Date

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____
     As Agent for Owner          Date

# TAB 5

# REALTY MANAGEMENT SERVICES, INC.

## Apartment Lease Contract Declaration Pages

Date of Apartment Lease Contract: **October 28, 2019**

**THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING**

1. **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Jesus H. Gonzalez and Maria A. Bonilla** and **Realty Management Services, Inc.,** as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (1405 Merrimac Dr Hyattsville MD 20783). You have agreed to rent 201 (The The Bedford and Victoria Station Apartment for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2. **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

   | Name | Age | Sex | Relationship to Lessee |
   |------|-----|-----|------------------------|
   |      |     |     |                        |

   No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3. **LEASE TERM.** The initial term of the Lease begins on the **1st day of November, 2019, and ends at midnight on the 31st day of October, 2020, ("12- month Lease Term").**

   **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

   *JHG*
   Initia

   *M.A.B.*

4. **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$300.00(Paid),** due on or before the date this Lease is signed.
   The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5. Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.

LEASE RENEWAL

6.      **RENT AND CHARGES.**  You will pay <u>**$1,496.00**</u> for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on <u>**N/A**</u>. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through <u>**N/A**</u>. You will pay the pro-rated sum of <u>**$N/A**</u> due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending <u>**N/A**</u>. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.      **UTILITIES.**  You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.      **INSURANCE AND SAFETY.**  Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your**

JHG.
_____
Initial

M.G.B

LEASE RENEWAL

eviction and entitling Management to exercise any and all legal remedies.   You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph.   **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

*JHG*
Initia     I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.

*JHG*
Initia     The Apartment Community is not located in a designated flood plain.   Resident has read and understands this acknowledgement.

*mAB          m.AB.*

| |
|---|
| You are legally bound by this document.  Read it carefully before signing.  You shall receive an original after it is fully signed.  Keep it in a safe place. |

**Resident or Residents (*all sign below*)**

**Management's Representative**
**Realty Management Services, Inc.**
**DBA ROSS Management Services**

*Jesus H Gouin-6z*
(Resident)          By: *(signature)*
*m.A.B.*
(Resident)

(Resident)

(Resident)

**Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.**

**Realty Management Services, Inc.**
**DBA ROSS Management Services**
**7910 Woodmont Ave, Suite 350**
**Bethesda, MD 20814**

Lease Agreement Declaration Pages MD – Renter's Ins – July 2012

LEASE RENEWAL

# UTILITY ADDENDUM: RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT
## Bedford Station and Victoria Station
## 1405 Merrimac Dr Apt 201 Hyattsville MD 20783

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated **November 1, 2019** between Realty Management Services Inc. ("Management") and **Jesus H. Gonzalez and Maria A. Bonilla** ("Resident(s)") of Apt. No. **201**

1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   **[X] By Resident - $38.00 per month for a one-bedroom apartment, $43.00 per month for a two-bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on one of the following methods:
   [] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on one of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on one of the following methods:
   [] Submetering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central water system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on one of the following methods:
   [] Submetering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.

7. Individual A/C units must not be installed without prior written consent of Landlord. Resident acknowledges that if an individual A/C unit is installed in the apartment, it must be installed in the living room area. Only one A/C unit is permitted. As per Paragraph 9 of your lease agreement, you agreed not to alter, damage or remove our property. You will be liable for any damages to the windows, screens, walls, flooring or building exterior.

   Check One:
   [x] Resident provided and installed A/C unit

   [] Management provided and installed A/C unit

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

9. Bills for utilities are payable upon receipt. Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease. Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

_____   _____
Tenant -                    Date    Tenant -                    Date

_____   _____
Tenant -                    Date    Tenant -                    Date

_____   _____
Tenant -                    Date    Tenant -                    Date

**Management's Representative**
**Realty Management Services, Inc**
**DBA ROSS Management Services**

By: _____
        As Agent for Owner              Date

## APPLICATION INFORMATION/TIPS

1.    Along with a completed Application for each applicant and guarantor (if applicable), we require three consecutive pay stubs. If you cannot provide pay stubs, then you may submit a letter from your employer, on their letterhead, that states salary information and length of employment, along with your previous year's W-2. If you are self-employed, the previous three year's tax returns are required to verify income.

2.    If child support is being considered as part of the salary requirements, we require a copy of a court document.

3.    We require an original Social Security Card and Driver's License at the time of application, for all applicants and any guarantors (if applicable). If you cannot provide a Social Security Card, then you may use an Individual Taxpayer Identification Number Card (ITIN Card). We will need to verify that the address you listed on the application matches your photo I.D. If you do not drive or have a State issued I.D., you can bring in utility bills or other proof that you live at the address provided. The address that you have listed on your application must match the one listed on your driver's license, valid photo identification, or other proof of address that has been provided. If it does not, you will need to furnish us with a change of address card. If you cannot, your application will not be approved.

4.    If you state that you never lived anywhere other than at home or with relatives, no other address should appear on your credit report. If you are renting in a private residence, you must bring the last three cancelled checks or money order receipts, showing payment of rent. Any misrepresentations on your application will result in an immediate disapproval.

5.    Failure to abide by the terms of the lease pertaining to the use of the premises, i.e. no subletting, conducting a business or illegal activity (i.e., food or alcohol sales, prostitution, drug sales, etc.) is not permitted and is considered to be a breach of the lease which will result in the loss of your tenancy. Also, tampering with or removal of smoke detectors inside of the apartment is a breach of lease action.

6.    We comply with Equal Housing Opportunity Regulations. Equal access to all types of housing is not only a right, but it is the law and policy of this government. It is illegal for any person to discriminate in housing on the basis of race, color, religion, national origin, sex, handicap, or familial status.

We understand and acknowledge that the information presented at the time of application is true and correct and the apartment is to be used as a residence only. We will abide by the terms of the lease and failure to do so will result in loss of tenancy.

Community Representative's Signature: _____

**Jesus H. Gonzalez and Maria A. Bonilla**
**Address: 1405 Merrimac Dr Apt 201 Hyattsville MD 20783**

_____
Lessee's Signature                 Date

_____
Lessee's Signature                 Date

_____
Lessee's Signature                 Date





**Bedford & Victoria Station Apartments**

**1400 University Blvd Suite #102, Hyattsville, MD 20782   Ph.301-439-6611**

# IMPORTANT NOTICE
## ABOUT YOUR REGLAZED BATHTUB

### INSTRUCCIONES PARA LIMPIAR SU BAÑERA

Your bathtub, tub walls and sink has been specially glazed. It will remain new and shiny if you follow these instructions for cleaning.

WHICH CLEANERS TO USE: **(LIMPIADORES QUE SE DEBEN USAR)**

| | |
|---|---|
| 1. SOFT SCRUB | 5. DOW TUB CLEANER |
| 2. LIQUID COMET | 6. IVORY DISHWASHING LIQUID |
| 3. BON AMI | 7. K7 MULTIPURPOSE CLEANER |
| 4. LYSOL TUB CLEANER | 8. FIBER CLEAN |

**DO NOT** USE ABRASIVE CLEANERS OR: **(NO USAR ESTOS LIMPIADORES)**

| | |
|---|---|
| 1. BLEACH | 7. LIME AWAY |
| 2. TILEX | 8. X-14 |
| 3. AJAX | 9. SHOWER POWER |
| 4. COMET | 10. SCRUB FREE |
| 5. FANTASTIC | 11. TOUGH ACT |
| 6. FORMULA 409 | 12. ANY ACID BASED CLEANERS |

**USE CLEANERS SPARINGLY AND WIPE YOUR BATHTUB DRY AFTER USE. PLEASE DO NOT USE RUBBER MAT, DO NOT USE HAIR DYES OR CLOTHING DYES.** With the above easy care your bathtub will maintain its beautiful shine. We hope you enjoy your new bath tub! Leaseholder (s) agrees to be responsible for the cost of re-refinish tub, walls and sink as result of not following the above instructions.

**UTILICE LIMPIADORES DE LIMPIEZA Y LIMPIE SU BAÑERA DESPUÉS DEL USO.POR FAVOR NO USAR EL ANTI-DESLIZANTE, NO UTILICE TINTAS PARA EL PELO O TINTAS DE ROPA.** Con el cuidado fácil mencionado anteriormente, su bañera mantendrá su hermoso brillo. ¡Esperamos que disfrute de su nueva bañera!
**Los inquilinos entienden que serán responsables del costo de re -pintar su bañera, paredes, o lavamanos si resultan ser dañadas por no seguir las instrucciones mencionadas arriba.**

Address: **1405 Merrimac Dr Apt 201 Hyattsville MD 20783**

Tenant: _Jesus H Gomez_      Date: _____

Tenant: _m. A.B._      Date: _____

EHO

**Realty Management Services, Inc**

# NEW RESIDENT SMOKE DETECTOR INSPECTION

ADDRESS: 1405 Merrimac Dr Apt 201 Hyattsville MD 20783
FROM:     Bedford/Victoria Station Apartments
DATE:     November 1st, 2019
SUBJECT:  **Operable Condition of Hardwired Battery Backup Smoke Detector - NEW MOVE-IN**

Please be advised that a hardwired battery backup smoke detector has been installed, tested and is in proper working condition as of this date in the apartment listed above.

We would like to take this opportunity to review the extreme importance of regularly checking your apartment SMOKE DETECTOR to make sure it is in operable condition.

### PLEASE FOLLOW THE INSTRUCTIONS LISTED BELOW

- Your apartment is equipped with a hardwired/battery backup smoke detector connected directly to your apartment power supply.

- DO NOT DISCONNECT OR REMOVE THE SMOKE DETECTOR.

- DO NOT REMOVE THE BATTERY. OTHERWISE, IN THE EVENT OF A POWER FAILURE THE SMOKE DETECTOR WILL NOT FUNCTION.

- If your apartment is sub-metered and you are responsible for the electric bill, you must maintain electrical power to your apartment at all times, otherwise the hardwired smoke detector will not function properly.

- Check the operation of your smoke detector each month.

- To test the smoke detector, press the green indicator light on the outside of the smoke detector. If it is in working condition, the smoke detector will sound for 5-7 seconds and then shut off.

- **Report any inoperable smoke detector to the Management or Maintenance Office immediately.**

We encourage everyone to check their smoke detector monthly, maintain a current electric account and to report any problems with your smoke detector to us immediately. If you have any questions or concerns regarding the maintenance and operation of your smoke detector, please contact the Management Office for assistance.

Community Representative's Signature: _____

_____      _____
Witness          Date      Lessee's Signature                  Date

_____      _____
Witness          Date      Lessee's Signature                  Date

# APARTMENT LEASE CONTRACT
## LOCAL LAW ADDENDUM

This Addendum is made part of the Lease Agreement between Resident and Management. To the extent that any provision(s) contained in the Lease Agreement is in conflict with the provisions set forth in this Addendum, the Lease Agreement is modified to conform with this Addendum and applicable local law.

1.     Persons not listed in the Lease as either Residents or Occupants shall not occupy the Apartment for more than fifteen (15) consecutive days.

2.     At the time your security deposit is due to be returned, we will pay you simple interest, not compounded, which accrues at six (6) month intervals, at the interest rate required by law, on your deposits, to the extent funds are to be returned to you.

3.     If you are blind or deaf, you have a right to keep and maintain a dog if said dog is certified as being specially trained to aid you in your disability in accordance with applicable laws.

4.     We do not carry any insurance on your personal possessions.

5.     Rent escrow is a valid and lawful remedy if you exercise it in accordance with applicable law.

6.     We agree not to take retaliatory action against you for any bona fide complaint you make to any government agency or any other reasonable attempt you made to enforce the terms of the Lease.


**Resident or Residents** (*all sign below*)

_Jery H Gonzalez_
(Resident)

_m.A.B._
(Resident)

_____
(Resident)

_____
(Resident)

**Management's Representative**

**Realty Management Services, Inc.**

By: _____

## APARTMENT LEASE CONTRACT

## MOLD ADDENDUM

This Addendum is made part of the Lease Agreement between Resident and Management. The Apartment was inspected prior to your move-in date, and *there is no visible mold* in the kitchen, bathroom(s) or other areas of the Apartment. By signing below, Resident hereby agrees to maintain the Apartment in a manner consistent with prevention of an infestation of mold or mildew in the Apartment.

Mold is found both indoors and outdoors and in both new and old structures. Resident is hereby notified that the Apartment is subject to the infestation of mold or mildew if not properly maintained. Molds are naturally occurring microscopic organisms that reproduce by spores. When moldy materials are damaged or disturbed, mold spores are released and spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a structure, mold can grow.

In order to minimize the potential for mold growth in the Apartment, Resident is required to do the following:

- Resident shall take all reasonable measures to control the moisture level of the Apartment by immediately reporting to Management, in writing, any water intrusion, such as plumbing leaks, drips or "sweating" pipes.

- Resident shall keep the Apartment clean, particularly the kitchen and bathroom carpets and floors. All moldy food must be thrown away immediately and removed from the Apartment.

- Resident shall promptly notify Management about any air conditioning or heating problems in the Apartment. Resident shall maintain the temperature in the Apartment within ten degrees (10°) of seventy-two degrees (72°) at all times. Resident agrees not to run air conditioning while windows are open.

- Resident shall use bathroom fans while showering or bathing and immediately report to Management any non-working fans. While showering, resident shall keep the shower curtain inside the bathtub or fully close the shower doors. After showering or bathing, Resident shall leave the bathroom door open until all moisture on the mirrors and walls of the bathroom has dissipated and shall hang up towels and bath mats so that they will dry completely. Resident shall use exhaust fans whenever cooking, dishwashing or cleaning.

- Resident agrees not to wash clothes in the bathroom or hang clothes to dry in the bathroom on a regular or routine basis.

- Resident shall conduct a visual inspection of the Apartment for the presence of mold growth, including but not limited to window frames, carpet, ceiling tiles, wallpaper, and Resident's personal property, at least once every two weeks. Resident shall immediately report to Management any mold growth inside the Apartment.

Resident agrees not to bring any personal property into the unit that may contain mold, especially such items as sofas, mattresses, and pillows. Resident agrees that he/she may be held responsible for property damage to the Apartment. Management will not be liable for any resulting health problems caused by Resident's failure to comply with this Addendum.

In the event, after you inspect the Apartment, you believe there is mold in the Apartment, you must advise us in writing within five (5) days of your move-in date. Resident hereby agrees to hold Management harmless from any causes of action, demands, liabilities, losses, or claims for damages and expenses, including attorneys' fees, to the extent that such claims arise out of, or are based upon, Resident's failure to comply with this Addendum.

**Resident or Residents** (*all sign below*)

_Jesus H Gonzalez_
(Resident)

_M.A.B._
(Resident)

_____
(Resident)

_____
(Resident)

# REALTY MANAGEMENT SERVICES, INC.

# APARTMENT LEASE CONTRACT

### (APARTMENT LEASE CONTRACT DECLARATION PAGES
### TO BE ATTACHED TO THIS PAGE)

I acknowledge receipt of this
Apartment Lease Contract

✗ _Jose H Gonzalez_
Resident

✗ _M. A. B._
Resident

_____
Resident

_____
Resident

MD Lease Agreement 1/2005
RMS

## REALTY MANAGEMENT SERVICES, INC.

### Apartment Lease Contract

9.      **CONDITION OF THE APARTMENT AND ALTERATIONS.**  You accept the Apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons.  We disclaim all implied warranties.  You will be given a New Resident Correction List on or before move-in.  Within seven (7) days after move-in, you must note on the New Resident Correction List all defects or damage and return it to our representative.  Otherwise, everything in the Apartment will be considered to be in a clean, safe, and good working condition. The Apartment will be made available to you in a condition permitting habitation, with reasonable safety.

You must use customary diligence in maintaining the Apartment and not damaging or littering the common areas.  Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property.  No holes or stickers are allowed inside or outside the Apartment.  We do permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise.  No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or re-keying is permitted unless statutorily allowed or we have consented in advance in writing.  You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law.  You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices.  When you move in, we will supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the Apartment.  For as long as you reside in the Apartment, you will replace light bulbs at your expense with bulbs of the same type and wattage.  Your improvements to the Apartment (whether or not we consent) become ours unless we agree otherwise in writing.

10.     **MULTIPLE RESIDENTS OR OCCUPANTS.**  Each Resident is jointly and severally liable for all Lease obligations.  If you or any guest or Occupant violates the Lease or rules, all Residents are considered to have violated the Lease.  Our requests and notices to any Resident constitute notice to all Residents and Occupants.  Notices and requests from any Resident or Occupant (including repair requests and entry permissions) constitute notice from all Residents.  In eviction suits, each Resident is considered the agent of all other Residents in the Apartment for service of process.  Security deposit refunds and deduction itemizations of multiple Residents will comply with Paragraphs 40 and 41.  Your notice to vacate must be signed by all Residents or it will not be considered valid.

11.     **COMMUNITY POLICIES OR RULES.**  You and all guests and Occupants must comply with any written apartment rules and community policies, including instructions for care of our property.  Our rules are considered part of this Lease.  We may make reasonable changes to written rules effective immediately if they are distributed and applicable to all units in the Apartment Community.

12.     **LIMITATIONS ON CONDUCT.**  The Apartment and other areas reserved for your private use must be kept clean.  Trash must be disposed of at least weekly in appropriate

receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with Apartment Community rules and posted signs. Glass containers are prohibited in all common areas. No baby carriages, tricycles, bicycles or other articles of personal property may be deposited, allowed or permitted on the patios or balconies of the building, or passageways, parking areas, garages, courts, sidewalks, lawns or other areas of the apartment project. You, your Occupants, or guests may not, anywhere in the Apartment Community: (a) use candles or use kerosene lamps or kerosene heaters without prior written approval; (b) cook on balconies or outside; or (c) solicit business or contributions. Conducting any kind of business (including child care services) in your Apartment or in the Apartment Community is prohibited – except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your Apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You will be liable to us for damage caused by you or any guests or Occupants.

We may exclude from the Apartment Community guests or others who, in our sole judgment, have been violating the law, violating this Lease or any Apartment Community rules, or disturbing other residents, neighbors, visitors, Management representatives or agents. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident or as an Occupant or guest of a specific resident in the community.

13.   **PROHIBITED CONDUCT.**   You and your Occupants and/or guests may not engage in the following activities: (a) behaving in a loud or obnoxious manner; (b) disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Apartment Community; (c) disrupting our business operations; (d) manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; (e) engaging in or threatening violence; (f) possessing a weapon prohibited by state law; (g) discharging a firearm in the Apartment Community; (h) displaying or possessing, without proper permit, a gun, knife, or other weapon in the common area in a way that may alarm others; (i) storing anything in closets having gas appliances; (j) tampering with utilities or telecommunications; (k) bringing hazardous materials into the Apartment Community; or (l) injuring our reputation by making bad faith allegations against us to others.

You must not permit or allow any family member, agent, employee, guest or invitee to loiter or play in the elevators, lobby, corridors, landings, stairs, lawns, parking areas, entrances, garage, basement or roof areas. You must keep all doors leading from and into the Apartment closed at all times, and we reserve the right to close all such doors in the event of a violation of this provision. You may not make or permit any disturbing noises that unreasonably interfere with the rights, comforts or convenience of other tenants. You must keep the volume of any radio, television or musical instrument in the Apartment sufficiently low at all times so as not to disturb other tenants in the Apartment Community. You may not conduct or permit any vocal or instrumental practice or instruction that disturbs other tenants. In order to prevent noise caused by walking on the floors in your apartment, you must install sufficient carpeting to eliminate noise in contiguous apartments as determined by us.

You will incurably breach this Lease if you are legally required to register as a sex offender and/or if you register as a sex offender at any time prior to or during your tenancy.

14.   **ANIMALS.**  No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the Apartment or Apartment Community unless we have so authorized in writing.  If we allow an animal, you must sign a separate Animal Addendum and pay a non-refundable animal application fee and associated rent.  We will authorize a service animal for a disabled (handicapped) person upon written request and proof of need for accommodation.  We may require a written statement from a qualified professional verifying the need for the service animal.  You must not feed stray or wild animals in the Apartment Community.

15.   **RECREATIONAL FACILITIES.**  All persons using any recreational facilities of the Apartment Community do so at their own risk and sole responsibility.  We do not assume responsibility for any accident or injury in connection with such use unless caused by our gross negligence or the gross negligence of our respective agents or employees acting within the scope of their employment.  We are not liable for failure to operate the swimming pool or any other recreational facility provided, and we reserve the right to close all or any portion of the recreational facilities at any time in our sole discretion, and you will not be entitled to a reduction in rent if your right to use such facilities is interrupted or discontinued.  You agree to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all rules, regulations and procedures adopted by us regarding the access to, and availability, use and operation of, recreational facilities.  Failure to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all such rules, regulations and procedures shall be a material breach of this Lease.

16.   **PARKING.**  If we have provided unassigned parking for which no charge is made, the unassigned parking may be used only by you on a first come first served, non-exclusive, no-reservation basis.  We reserve the right to make rules for the use of all parking; to place limitations upon use of parking at any time after the beginning of the term of this Lease; to issue parking stickers for identification of valid vehicles; to institute a reasonable charge for such use at any time after the beginning of the Lease Term; and to make changes in the rules, regulations and charges from time to time.  You understand that if we provide you with garage accommodations, such garage accommodations are optional facilities and may not be included in the rent.  Garage accommodations may not be furnished to you unless a separate agreement in writing is made between you and us.  The use of any garage or parking space(s) by you without a written agreement may be discontinued or terminated at any time by us.  No representation is made that sufficient garage or parking space is available for all residents or that the present number of spaces will always be available.  Additionally, we are not liable or responsible for any damage to, or destruction of, your vehicle or any visitor's vehicle while it is parked or present on the Property, whether such damage or destruction is caused by fire, ice, snow (or snow plowing activity), hail, flood, storm, falling tree limbs or overhead lights, explosion, or caused by other residents, guests, vendors (their vehicles or employees) or otherwise.

You and your designated Occupant(s) and/or their respective agents, employees, invitees and guests must observe all parking rules and regulations as posted or indicated by us and/or local authorities.  Parking of vehicles in other than designated parking areas is prohibited. No boats, trailers, trucks, buses, or commercial vehicles will be permitted on the parking lots, driveways or

garages without prior written permission. Motorcycles must be parked in areas designated for motorcycles. Unless otherwise agreed in writing, mini-bikes, motor scooters or go-karts may not be kept, stored or operated on or about any unit(s) or on or about any part of the Apartment Community. Parking and/or driving on grass or the placement of any type of vehicle on a patio or balcony is prohibited. The parking areas are for use only by properly tagged, functioning and authorized motor vehicles. Any vehicle that does not comply with the foregoing provisions will be towed away at the vehicle owner's risk and expense. The repair, maintenance, washing and/or testing of motor vehicles and/or their engines anywhere within the Apartment Community is strictly prohibited unless we designate a specific area for such purpose. You agree to remove or cause to be removed any of your vehicles, or your designated Occupants' vehicles, from the parking areas or garage promptly upon the expiration or termination of this Lease or your right to possession of any Apartment(s). The parking of vehicles in violation of the terms of this Lease, requiring the vehicles to be towed, will constitute a material breach of the terms of this Lease.

We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Apartment Community if it:

(a)   has a flat tire or other condition rendering it inoperable;
(b)   is on jacks, blocks or has wheel(s) missing;
(c)   has no current license or no current inspection sticker;
(d)   belongs to a Resident or Occupant who has surrendered or abandoned the Apartment;
(e)   is parked in a marked handicap space without the legally required handicap insignia;
(f)   is parked in a space marked for manager, staff, or guest at the office;
(g)   blocks another vehicle from exiting;
(h)   is parked in a fire lane or designated "no parking" area;
(i)   is parked in a space marked for other resident(s) or unit(s), or the vehicle blocks or occupies more than one space;
(j)   is parked on the grass, sidewalk, or patio; or
(k)   blocks garbage trucks from access to a dumpster.

You hereby irrevocably constitute and appoint us as your attorney in fact to remove any vehicle parked in violation of this Lease, parking rules or regulations and to store the vehicle, at your cost and expense, in such place or places as we, in our sole discretion, may deem proper, or to dispose of the vehicle in the manner provided by applicable law. A lien for the costs and expenses of towing and storing a vehicle may be enforced by us in the manner and to the extent provided under applicable law. You agree to indemnify and hold us harmless from claims and all costs and expenses incurred, including but not limited to reasonable attorney's fees, resulting from the towing of motor vehicles belonging to you, your designated Occupant(s) and/or their respective agents, employees, invitees or guests.

17.   **STORAGE SPACES.** In the event that we provide you with a storage space, external to the Apartment, at any time during the Lease Term, you understand that we are providing such storage space gratuitously. Your use of any storage space is subject to the terms of this Lease, the attached Storage Space Addendum and any applicable Apartment Community rules and regulations. Mechanical rooms, equipment rooms, electrical rooms and meter rooms are not designated storage areas and items discovered in these rooms will be removed and disposed of by Management.

18.    **DELAY OF OCCUPANCY.**  If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we are responsible for the delay only to the extent provided by law.  The Lease will remain in force subject to:  (a) abatement of rent on a daily basis during delay; and (b) your right to terminate as set forth below.  Termination notice must be in writing.  After termination, you are entitled only to refund of deposit(s) and any prepaid, unearned rent.  Rent abatement or lease termination does not apply if delay is for cleaning or repairs that do not prevent you from occupying the Apartment, such cleaning or repairs do not materially affect the life, health or safety of ordinary persons, and habitation is possible with reasonable safety.

If there is delay in providing you with possession of the Apartment, you may terminate, cancel, or rescind your Lease up to the date when the Apartment is ready for occupancy (the time at which we are ready to deliver possession to you) but not later.

19.    **PAYMENTS.**  Your agreement to pay all sums due under this Lease Contract or related addenda is an independent covenant.  At our option and without notice, we may apply money received first to any of your unpaid obligations, then to current rent – regardless of notations on checks or money orders and regardless of when the obligations arose.  All sums other than rent are due upon our demand.  After the due date, we do not have to accept the rent or any other payments.

20.    **LOCKS AND LATCHES.**  Keyed lock(s) will be re-keyed after the prior resident moves out. The re-keying will be done either before you move in or, if the Apartment has a keyless deadbolt on each exterior door, within ten (10) days after you move in.

You may at any time ask us to (a) install one keyed deadbolt lock on an exterior door if it does not have one; (b) install a security bar and/or sliding door pinlock on each sliding glass door; (c) install one keyless deadbolt on each exterior door; (d) install one door-viewer on each exterior door; and (e) change or re-key locks or latches during the Lease Term.  We must reasonably comply with those requests within a reasonable time, but you must pay for them in advance.

**Lockouts.**  In the event that you are locked out of the Apartment during Management's normal business hours, Management will, if you personally present yourself to request the use of the "emergency" key, either provide access to the Apartment or will provide a key.  The "emergency" key shall not be given to a person who is not named on the Lease Contract as a Resident or Occupant.  In the event that you are locked out of the Apartment after Management's normal business hours, you should contact a locksmith to gain access to the Apartment.  You will pay, in advance, for all costs associated with any lockout.

**Paying for Re-keying, Repairs, Etc.**  You must pay for all repairs or replacements arising from misuse or damage to security devices by you or your family, Occupants, or guests during your occupancy.  You may be required to pay in advance if: (a) we notify you within a reasonable time after your request that you are more than thirty (30) days delinquent in reimbursing us for repairing or replacing a security device which was misused or damaged by you, your guest or an Occupant or; (b) if you have requested that we repair, install, change or re-key the same security device during the thirty (30) days preceding your request and we have complied with your request.  If you fail to return keys at the termination of your tenancy, you will be responsible for re-keying charges for all locks.

21.    **REIMBURSEMENT.**   You must promptly reimburse us for loss, damage, government fines, or costs of repairs or service in the Apartment Community due to a violation of the Lease or rules, improper use, or negligence by you or your guests or Occupants. We are not liable for – and you must pay for – repairs, replacement costs, and damage to the following if occurring during the Lease Term or renewal period: (a) damage to doors, windows, or screens; (b) damage from windows or doors left open; and (c) damage from wastewater stoppages caused by improper objects in lines exclusively serving your Apartment, unless the above-listed damage is due to our negligence. We may require payment at any time, including advance payment of repairs for which you are liable. Delay in demanding sums you owe is not a waiver.

22.    **RELEASE OF RESIDENT.**   Unless you are entitled to terminate this Lease under Paragraphs 3, 27, 28 or 29, you will not be released from this Lease for any reason – including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-Residents, loss of employment, bad health or death.

23.    **EARLY MOVE-OUT.**   You will be liable to us for all damages we suffer including rent, late charges and damages to the Apartment if you:

(a)    fail to give written move-out notice as required in Paragraph 3;
(b)    move out without paying rent in full for the entire Lease Term or renewal period;
(c)    move out at our demand because of your default; or
(d)    are judicially evicted.

24.    **DEFAULT BY RESIDENT.**   You will be in default if:

(a)    you do not pay rent or other amounts that you owe;
(b)    you or any guest or Occupant violates this Lease, Apartment Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs;
(c)    you abandon the Apartment;
(d)    you give incorrect or false information in a rental application;
(e)    you or any Occupant is arrested, convicted, or given deferred adjudication for a criminal offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; and/or
(f)    any illegal drugs or paraphernalia are found in your Apartment or on your person while on the Apartment Community's grounds.

**Eviction.**   If you are in default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances. We are not required to provide notice of non-payment of rent, and we may proceed to institute eviction proceedings at any time your rent is overdue. Notice may be by (a) regular mail; (b) certified mail, return receipt requested; (c) personal delivery to any Resident; (d) personal delivery at the Apartment to any Occupant over sixteen (16) years old; or (e) affixing the notice to the outside of the Apartment's main entry door. Termination of your possession rights or subsequent re-letting does not release you from liability for future rent or other Lease obligations, subject to your and our duties to mitigate damages as provided by this Lease or by applicable law. After giving notice to

vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance does not waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time does not waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Holdover.** You or any Occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different date agreed to by the parties in writing). If a holdover occurs, then: (a) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (b) rent for the holdover period will be increased by twenty-five percent (25.0%) over the then-existing rent, without notice; (c) you will be liable to us for all rent for the full term of the previously signed Lease of a new resident who cannot occupy because of the holdover; (d) at our option, we may extend the Lease Term – for up to one month from the date of notice of lease extension – by delivering written notice to you or your Apartment while you continue to hold over; and (e) we may bring an action for eviction and for damages in conformance with the Maryland Real Property Code or applicable county or city ordinances.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated, on any attached Rental Concession Addendum, to be rental discounts or abatements, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this Lease and with the terms of the Rental Concession Addendum, or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination. In the event that we obtain the service of an attorney and take legal action against you in connection with any breach by you of any of the terms or conditions of this Lease, you covenant and agree to pay us reasonable attorney's fees, plus all court costs, the costs of any special process server employed by us, and all other additional costs that may be incurred, as a court or tribunal of competent jurisdiction may award, in the event that legal action is instituted against you. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorneys' fees and all other litigation costs. All unpaid amounts after termination of your tenancy bear interest at the rate of eighteen percent (18.0%) per annum. You must pay all collection agency fees if you fail to pay all sums due within ten (10) days after we mail you a letter demanding payment and stating that collection agency fees will be added if you do not pay all sums by that deadline.

**Mitigation of Damages.** If you move out early, you will be subject to the damages and amounts due specified in this Lease and all other remedies authorized by law. We will exercise customary diligence to re-let the Apartment and minimize damages. We will credit all subsequent rent that we actually received from subsequent residents against your liability for past-due and future rent and other sums due.

25.   **SURRENDER, AND ABANDONMENT.** You have surrendered the Apartment when: (a) the move-out date has passed and no one is living in the Apartment in our reasonable judgment; or (b) all Apartment keys and access devices have been turned in where rent is paid – whichever date occurs first.

You have abandoned the Apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you have been in default for non-payment of rent for five (5) consecutive days or water, gas, or electric service for the Apartment not connected in our name has been terminated; and (4) you have not responded for two (2) days to our notice left on the inside of the main entry door, stating that we consider the Apartment abandoned. An Apartment is also "abandoned" ten (10) days after the death of the sole Resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and re-let the Apartment; determine any security deposit deductions; and remove property left in the Apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the Apartment, but do not affect our mitigation obligations.

26.    **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this Lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the Apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and we may seek a court order that the property be sold to offset any rent due.

**Removal After We Exercise Lien for Rent.** If the Lease is terminated by reason of your rent being delinquent, our representative may seek to obtain a judicial order of court, to the extent permitted by law, so that a court officer may peacefully enter the Apartment and remove and/or store all property subject to lien for public sale.

**Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the Apartment or in common areas (including any vehicles you or any Occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the Apartment.

**Storage.** Pending public sale, we may store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the Apartment. We are not liable for casualty, loss, damage, or theft except for property removed under a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we seized and stored property under a contractual lien for rent as authorized by state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. In the event that notice of sale is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we have removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, re-letting charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the Apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition of Sale.**  Except for animals and property removed after the death of a sole Resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the Apartment after surrender or abandonment.  Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies.  Property not thrown away or given to charity may be disposed of only by sale, in compliance with applicable law.

27.  **MILITARY CLAUSE.**  Under the following circumstances, you may terminate the Lease by giving us written notice ("Termination Notice") if you:

(a)  become a member of the United States Armed Forces; or

(b)  receive military orders for a permanent change of station or to deploy with a military unit for a period of not less than 90 days.

The Termination Notice is effective 30 days after the first date on which the next rental payment is due and payable after the date on which the notice is delivered.  You must furnish us either a copy of the official permanent change-of-station orders or a deployment letter or order.  Military permission for base housing does not constitute a permanent change-of-station order.  After move-out, you are entitled to return of your security deposit less lawful deductions.  The release of a Resident under this military clause will release the Resident receiving the change-of-station or deployment orders and such Resident's spouse or legal dependents, but not any remaining co-Residents.

28.  **DEATH, INCAPACITATION OR LEGAL DISABILITY.**  Upon your death (or any one or more persons comprising the residents hereunder), the Lease shall automatically terminate. It is understood and agreed that no interest in the Lease, the leasehold estate created hereby or the apartment will pass to your heirs, administrators or assigns by will, intestacy, gift or grant. If the Lease is terminated by virtue of your death, the termination of the Lease shall not relieve your estate from responsibility for payment of your outstanding obligations under the Lease, nor for the payment for the use and occupancy of the apartment during the administration of the estate until the apartment is actually vacated by all occupants, guests or invitees, including any remaining persons identified as residents herein.

29.  **REPLACEMENTS AND SUBLETTING.**  Replacing a Resident, subletting, or assignment is allowed only when we consent in writing.  If departing or remaining Residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:

(a)  a re-letting charge will not be due;

(b)  a reasonable administrative (paperwork) fee will be due, and a re-keying fee will be due if re-keying is requested or required; and

(c)  the departing and remaining Residents will remain liable for all Lease obligations for the rest of the original Lease Term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease with or without an increase in the total security deposit; *or* (2) the remaining and replacement residents must sign an entirely new lease. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve the replacement. The departing Resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Term unless we agree otherwise in writing – even if a new lease is signed.

30. **DISCLOSURE RIGHTS.** If someone requests information about you or your rental history for law-enforcement, governmental, or business purposes, we may provide such information if we receive a signed release and/or a commonly recognized subpoena.

31. **REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST – FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS – IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Any of our written notes regarding your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters does not waive the strict requirement for written notices under this Lease. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health or safety. We may change or install utility lines or equipment serving the Apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We will act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part as a result of air conditioning problems.

If we believe that fire or catastrophic damage to the Apartment is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease within a reasonable time by giving you written notice. If the Lease is so terminated, we will refund prorated rent and all deposits, less lawful deductions.

32. **DEFAULT BY MANAGEMENT.** We will act with customary diligence to:

(a)     keep common areas reasonably clean, subject to Paragraph 9;
(b)     maintain fixtures, furniture, hot water, heating and A/C equipment;
(c)     substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
(d)     make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above, you may terminate this Lease and exercise other remedies under state statute only in the event that you comply with the following conditions:

(1)     you must make a written request for repair or remedy of the condition, and all rent must be current at that time;

(2)     after receiving the request, we will have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(3)     if we have not diligently tried to repair within a reasonable time, you then have the right to give us written notice of intent to terminate the Lease unless the repair is made within seven (7) days; and

(4)     if repair has not been made within seven (7) days, you may terminate this Lease and exercise other statutory remedies.   Security deposits and prorated rent may be refunded as required by law.

Your right to terminate the Lease under this paragraph is a contractual remedy that is in addition to any other rights and remedies you may have under local law or your local county or city ordinances. This provision does not limit any other rights you have by law.

33.     **WHEN WE MAY ENTER.**  If you or any guest or Occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (b) below may peacefully enter the Apartment at reasonable times for the purposes listed in (b) below.  If nobody is in the Apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(a)     written notice of the entry is left in a conspicuous place in the Apartment immediately after the entry; and

(b)     entry is for:  responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or re-keying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing Apartment to prospective Residents (after move-out or vacate notice has been given); showing Apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; or in connection with inspection, response to, or compliance with any citation for any alleged housing code violation.

(c)     We may enter the Apartment after due notice to you and without reasonable objection during business hours.  If practical under the circumstances, we will attempt to provide at least twenty-four (24) hours advance written notice of our intent to enter for the above purposes.  We may enter the Apartment immediately without notice under the following circumstances:  an emergency situation; when we have good cause to believe you may have damaged the Apartment; if we reasonably

believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards or; to deal with or respond to any situation which is of immediate threat or danger to the health, safety or welfare of our residents or their property, an animal, or our Apartment Community and your Apartment.

(d)     You are deemed to have given us permission to enter your Apartment in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to your Apartment for the same without delay or interference.

34.     **MISCELLANEOUS.**  You submitted an application to us to induce us to execute this Lease.  In the event that any of the representations in your application are found to be misleading, incorrect or untrue, we shall have the right to treat such misleading, incorrect or untrue representation as a breach of this Lease.  Neither we nor any of our representatives have made any oral promises, representations, or agreements.  This Lease, executed addenda, and published and attached rules and regulations are the entire agreement between you and us.  Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease or any part of it unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.  No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance.  Our not enforcing or belatedly enforcing written notice requirements, rental due dates, acceleration, liens, or other rights is not a wavier under any circumstances.  Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default.  Written notice to or from our managers constitutes notice to or from us.  Any person giving a notice under this Lease should retain a copy of the memo, letter or fax that was given. Fax signatures are binding.  All notices must be signed.  Notices may not be given by email.

Exercising one remedy will not constitute an election or waiver of other remedies.  Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties.  All remedies are cumulative.  No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf.  This Lease binds subsequent owners.  Neither an invalid clause nor the omission of initials on any page invalidates this Lease.  All notices and documents may be in English and, at our sole option, in any language that you read or speak.  All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.  This Lease is subordinate or superior to existing and future recorded mortgages, at lender's option.  All Lease obligations must be performed in the county where the Apartment is located.

35.     **RENT INCREASES AND LEASE CONTRACT CHANGES.**   No rent increases or Lease changes are allowed before the initial Lease Term ends, except for changes authorized by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules.

**If, at least five (5) days before the Advance Notice Deadline referred to in Paragraph 3, we give you written notice of rent increases or Lease changes effective when the Lease**

**Term or renewal period ends, this Lease will automatically continue month-to-month (modified by sixty (60) day notice provision) with the increased rent or Lease changes. The modified Lease will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice required by Paragraph 3.**

36A.   **MOVE-OUT NOTICE.**  Before moving out, you must give our representative advance written move-out notice as provided below.  Your move-out notice will not release you from liability for the full term of the Lease or any renewal term.  You will still be liable for the entire Lease Term if you move out early (Paragraph 3), except under the military clause (Paragraph 27). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

(a)   Your move-out notice must be in writing.  Oral move-out notices will not be accepted and will not terminate your Lease.

(b)   Your move-out notice must not terminate the Lease sooner than the end of the Lease Term or renewal period.

(c)   The move-out date in your notice must be either the last day of the month or the exact day designated in your notice, provided such date is at least sixty (60) days after the date your notice is received.

(d)   We must receive advance written notice of your move-out date.  The advance notice must be at least the number of days of notice required in Paragraph 3.  However, if a move-out notice is received on the first, it will suffice for move-out on the last day of the month of intended move-out, provided that all other requirements above are met.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE.  Please use our written move-out form.  You must obtain written acknowledgement from our representative that we received your move-out notice.  If we terminate the Lease, we must give you the same advance notice – unless you are in default.

36B.   **EARLY TERMINATION.**  During the initial term of this Lease, you shall have the option to terminate your remaining responsibility for rent due for the balance of the Lease Term by providing us with written notice of not less than thirty (30) days together with payment of an early termination fee equal to two (2) months rent.  The Lease will be considered terminated upon our receipt of a proper written notice (signed by all Residents), payment of the early termination fee and all rent and other charges due through the date of your vacating the Apartment.  If you fail to timely vacate, pay the early termination fee, or pay any other charges due through date of vacating, the attempted early termination permitted by this provision shall be deemed void, and the other provisions of this Lease with respect to charges associated with a breach of the Lease, and your responsibility for such charges, shall apply.

37.   **MOVE-OUT PROCEDURES.**  The move-out date cannot be changed unless you and we both agree in writing.  You will not move out before the Lease Term or renewal period ends unless all rent for the entire Lease Term or renewal period is paid in full.  Early move-out may result in re-letting charges.  You are prohibited by law from applying any security deposit to rent.  You will not stay beyond the date you are supposed to move out.  All Residents, guests, and Occupants must vacate the Apartment on or before the vacate date specified in the notice to vacate.  You must give us and the U.S. Postal Service, in writing, each Resident's forwarding address.

38.   **CLEANING.**   You must thoroughly clean the Apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms.  You must follow move-out cleaning instructions if they have been provided.  If you do not clean adequately, you will be liable for reasonable cleaning charges – including charges for cleaning carpets, draperies, furniture, walls, etc. that are soiled beyond normal wear (that is, wear or soiling that occurs without negligence, carelessness, accident, or abuse).

39.   **MOVE-OUT INSPECTION.**   If you notify us by certified mail at least fifteen (15) days prior to your specified move-out date of:  your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the Apartment (unless you have been evicted, ejected, or have abandoned the Apartment).  After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur.  The date of the inspection will be within five (5) days before or after the moving date specified in your notice.  Our representative has no authority to bind or limit us regarding deductions for repairs, damages or charges.  Any statements or estimates by our representatives or us are subject to correction, modification, or approval/disapproval before final refunding or accounting.

40.   **SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.**   You will be liable for the following charges, if applicable:  unpaid rent; unpaid utilities; un-reimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the Apartment and is missing; replacing dead or missing smoke detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the Apartment when you or any guest or Occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or re-keying unauthorized security devices or alarm systems; agreed re-letting charges; packing, removing, or storing property removed or stored by us; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security alarm charges unless due to our negligence; animal-related charges; government fees or fines against us for violation (by you, your Occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling or other matters; late payment and returned check charges; a charge (not to exceed $100.00) for Management's time and inconvenience or expenses actually incurred in our lawful removal of an animal or in any valid eviction proceeding against you, plus reasonable attorneys' fees, court costs, and filing fees actually paid; and other sums due under this Lease.

You will be liable for (a) charges for replacing all keys and access devices provided at move-in or during your tenancy if you fail to return them on or before your actual move-out date; and (b) a re-letting fee if you have violated Paragraph 24.

41.   **SECURITY DEPOSIT RETURN.**   We will mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than forty-five (45) days after termination of your tenancy unless statutes provide otherwise.

**NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS.** Under Maryland Code 8-203, you have the following rights:

(a)     The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the Apartment, common areas, major appliance, and furnishing owned by us.

(b)     You have the right to be present when we or our agent inspects the Apartment in order to determine if any damage was done to the Apartment, if you notify us by certified mail of your intention to move, the date of moving , and your new address.

(c)     Your notice requesting a move-out inspection in our presence must be furnished to us by certified mail at least fifteen (15) days prior to the date you move.

(d)     Upon receipt of your notice to move, we will notify you by mail of the time and date the Apartment are to be inspected.

(e)     The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.

(f)     Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages.  You may be entitled to recover a penalty of three (3) times the security deposit plus reasonable attorneys' fees if we fail to comply with the security deposit law (§ 8-203.1).

(g)     The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.

(h)     In calculating the damages for lost future rents, any amount of rent received by us for the Apartment during the remainder, if any, of your Lease Term will reduce the damages you owe us by a like amount.

42.     **RESIDENT SAFETY AND PROPERTY LOSS.**  You and all Occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices.  You agree to make every effort to follow the Security Guidelines found in this Lease.

**Smoke Detectors.**  We will furnish smoke detectors as required by statute, and we will test them and provide working batteries when you first take possession.  For as long as you reside in the Apartment, you must pay for and replace dead or missing batteries at your expense.  A hard-wired backup has been installed; to the extent you are responsible, electrical service to your Apartment must be maintained at all times.  **You must immediately report smoke detector malfunctions to us.**  Neither you nor others may disable smoke detectors.  If you damage or disable a smoke detector, or if you remove a smoke detector battery without replacing it with a working battery or fail to replace a dead battery or report malfunctions to us, you may be liable to us for all amounts authorized by state statute, plus actual damages, and attorneys' fees for any loss, damage, or fines from fire, smoke, or water.  Such action will be deemed a material, non-remedial default under this Lease entitling us to terminate this Lease and obtain possession of the Apartment.

**Casualty Loss.**  We are not liable to any Resident, guest or Occupant for personal injury or damage or loss of personal property from fire, smoke, rain, flood, water leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, acts of terrorism, theft, or vandalism unless otherwise required by law.  Unless we instruct otherwise, you must, for twenty-four (24) hours a day during freezing weather: (a) keep the Apartment heated to at least fifty (50) degrees Fahrenheit; (b) keep cabinet and closet doors open; and (c) drip hot and cold water faucets.  You

will be liable for damage to our and/or others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives or agents to perform services not contemplated in this Lease, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical, emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You will not treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we are not liable to you or any guests or Occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We are not obligated to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We are not responsible for obtaining criminal-history checks on any Residents, Occupants, guests, or contractors in the Apartment Community. If you are, or any Occupant or guest is, affected by crime, you must make a written report to our representative and to the appropriate law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Solicitation.** Solicitors are not permitted in the building and/or the apartment project. If you are solicited, you should notify the management office immediately.

43.   **PACKAGES.** If you would like Management to be able to accept packages on your behalf, you must, in writing, authorize us to do so. Your authorization for Management to accept packages on your behalf is at your sole risk, and Management shall not be liable for any package delivered for you. In the event that Management receives and accepts any package on your behalf, whether or not authorized to do so, you agree that Management does not assume any responsibility for loss of or damage to your package.

44.   **SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we would like to advise you of some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other Occupants in your dwelling, including any children you may have, about these guidelines.

**PERSONAL SECURITY – WHILE INSIDE YOUR APARTMENT**

1.   Lock your doors and windows – even while you are inside.
2.   Engage the keyless deadbolts on all doors while you are inside.
3.   When answering the door, see who is there by looking through a window or peephole. If you do not know the person, first talk with him or her without opening the door. Do not open the door if you have any doubts.
4.   If children (who are old enough to take care of themselves and are at least the required age as specified by local or state law) are left alone in your Apartment, tell them to use the keyless deadbolt, if applicable, and refuse to let anyone inside while you are gone – regardless of whether the person is a stranger or an apartment maintenance or management employee.
5.   Do not put your name, address, or phone number on your key ring.

6.    If you are concerned because you have lost your key or because someone you distrust has a key, ask the management to re-key the locks. You may request this service provided you pay for the re-keying. We cannot refuse to provide a key to an authorized Resident unless a court order exists (and is provided to us) precluding entry to such Resident.

7.    Dial 911 for emergencies. If the 911 service does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If any emergency arises, call the appropriate governmental authorities first, then call the management.

8.    Check your smoke detector monthly to make sure it is working properly and the batteries have sufficient energy.

9.    Check your door locks, window latches, and other security devices regularly to be sure they are working properly.

10.   If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.

11.   Immediately report to Management – in writing, dated and signed – any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.

12.   Immediately report to management – in writing, dated and signed – any malfunction of other safety devices outside your Apartment, such as broken gate locks, burned out lights in stairwells and parking lots, blocked passages, broken railings, etc.

13.   Close curtains, blinds, and window shades at night.

14.   Mark or engrave your driver's license number or other identification on valuable personal property.

**PERSONAL SECURITY – WHILE OUTSIDE YOUR APARTMENT**

15.   Lock your doors while you are gone. Lock any door-handle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door security bar that you have.

16.   Leave a radio or TV playing softly while you are gone.

17.   Close and latch your windows while you are gone, particularly when you are on vacation.

18.   Tell your roommate or spouse where you are going and when you will be back.

19.   Do not walk alone at night. Do not allow your family to do so.

20.   Do not hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.

21.   Do not give entry keys, codes or electronic gate cards to anyone.

22.   Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.

23.   Let the manager and your friends know if you will be gone for an extended time. Ask your neighbors to watch your Apartment since the management cannot assume that responsibility.

24.   While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.

25.   Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

## PERSONAL SECURITY – WHILE USING YOUR CAR

26.   Lock your car doors while driving.  Lock your car doors and roll up the windows when leaving your car parked.

27.   Do not leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.

28.   Do not leave your keys in the car.

29.   Carry your key ring in your hand whenever you are walking to your car – whether it is daylight or dark and whether you are at home, school, work, or on vacation.

30.   Always park in a well-lighted area.  If possible, try to park your car in an off-street parking area rather than on the street.

31.   Check the backseat before getting into your car.

## PERSONAL SECURITY AWARENESS

No security system is failsafe.  Even the best system cannot prevent crime.  Always act as if security systems do not exist since they are subject to malfunction, tampering, and human error.  We disclaim any express or implied warranties of security.  The best safety measures are the ones you perform as a matter of common sense and habit.

45.   **ORIGINALS AND ATTACHMENTS.**  This Lease has been executed in multiple originals, with original signatures – one for you and one or more for us.  Our rules and Apartment Community policies, if any, will be attached to the Lease and given to you at signing.  When a New Resident Correction List is completed, both you and we should retain a copy.

46.   **LOCAL LAWS AND ORDINANCES.**  It is the intent of the parties to comply with the laws of Maryland, including local county and municipal ordinances.  The terms of this Lease may be modified by another addendum which conforms to the laws of the jurisdiction in which this Apartment Community is located.  If there is any conflict in the terms of that addendum and this Lease, the conflicting terms of that other addendum shall control.  In the event no other addendum is attached to this Lease and the local laws or ordinances provide additional rights or remedies not included herein, this Lease is amended by reference to such local laws and ordinances to incorporate the terms, rights, or remedies thereof herein.  It is the intent of the parties to have this Lease construed to include any such rights or remedies herein, and the provision of such laws or ordinances shall supersede and control over the language of this Lease to the extent they are in conflict.  If any of the provisions of this Lease are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Lease will remain enforceable and binding on both you and us and will be enforceable to reflect the intent of the parties.