# EXHIBIT G – PART V of V

**INDEX OF NAMED PLAINTIFFS' LEASE AGREEMENTS**

| PART I | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 1 | Ramiro Lopez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020-2021 |
| 2 | Ramiro Lopez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |
| 3 | Ervin Rodas | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020-2021 |
| 4 | Ervin Rodas | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 5 | Jesus Gonzalez & Maria Bonilla | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |

| PART II | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 6 | Jesus Gonzalez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 7 | Jesus Gonzalez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2017-2018 |
| 8 | Jesus Gonzalez | "Victoria Station Apartments" | 2015-2016 |
| 9 | Jesus Gonzalez | "Victoria United, LLC" | 2013-2015 |
| 10 | Jesus Gonzalez | "Victoria Station" | 2012-2013 |

| PART III | | | |
|---|---|---|---|
| __TAB__ | __LESSEE(S)__ | __LESSOR__ | __TERM__ |
| 11 | Jesus Gonzalez | "Victoria Station" | 2011-2012 |
| 12 | Jesus Gonzalez & Jose Ramirez | "Sawyer Property Management of Maryland, LLC agent for New Potomac Limited Partnership" | 2006-2007 |
| 13 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020 |
| 14 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019 |
| 15 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2017-2018 |

| PART IV | | | |
|---|---|---|---|
| __TAB__ | __LESSEE(S)__ | __LESSOR__ | __TERM__ |
| 16 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station Apartments" | 2016 |
| 17 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station Apartments" | 2015 |
| 18 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford United LLC" | 2014 |
| 19 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station" | 2013 |

| PART V | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 20 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station" | 2012 |
| 21 | Maria Lara & Mario Osvaldo Rosales Sandoval | "New Potomac d/b/a Bedford Station" | 2010-2011 |
| 22 | Norma Beltran, Joaquin Henriquez, & Rony Henriquez Beltran | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |
| 23 | Norma Beltran & Joaquin Henriquez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 24 | Norma Beltran & Joaquin Henriquez Perez | "Bedford United LLC" | 2013-2014 |
| 25 | Norma Beltran & Roberto Grijalva Zuniga | "Bedford Station" | 2012-2013 |

# TAB 20



# Apartment Lease Contract

Date of Lease Contract: __December 30, 2011__
(when the Lease Contract is filled out)

**This is a binding document. Read carefully before signing.**

## Moving In -- General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) (*list all people signing the Lease Contract*):
**Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez**

and *us*, the owner:
**Bedford Station**

(*name of apartment community or title holder*). You've agreed to rent Apartment No. __201__, at __1446 Kanawha Street__ (street address) in __Hyattsville__ (city), Maryland, __20783__ (zip code) for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and (*list all other occupants not signing the Lease Contract*):

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than __30__ consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the __1st__ day of __January__, __2012__, and ends at midnight the __31st__ day of __December__, __2012__.

Your Initials (Resident's) _____ (Residents must initial this paragraph)

This Lease Contract will automatically renew month-to-month unless either party gives at least __60__ days written notice of termination or intent to move-out as required by paragraph 37. If the number of days isn't filled in, at least 30 days notice is required. This paragraph must be initialed by you because it contains an automatic month-to-month renewal provision. **Please see Paragraph 15 pertaining to Rent Increases and Lease Contract Changes which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ __300.00__, due on or before the date this Lease Contract is signed.

An animal deposit will be stated in any animal addendum. The total deposits will not exceed the equivalent of two (2) month's rent. This lease and any Animal Addendum will constitute your receipt for the security deposit(s). Your security deposit(s) will be deposited and held in an interest bearing account in a federally insured banking institution located in Maryland. That account will be dedicated solely to security deposits. At the time your deposit is due to be returned, we will pay you simple interest, not compounded, which accrues at six-month intervals, at the rate of three percent (3%) per year on your deposits, to the extent funds are to be returned to you. See paragraphs 41 and 42 for security deposit return information.

**NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS.** Under Maryland Code 8-203 you have the following rights:

1. The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the leased premises, common areas, major appliances, and furnishings owned by us.
2. You have the right to be present when we or our agents inspect the premises in order to determine if any damage was done to the premises, if you notify us by certified mail of your intention to move, the date of moving, and your new address.
3. Your notice requesting a move-out inspection in our presence must be furnished to us by mail at least fifteen (15) days prior to the date you move.
4. Upon receipt of your notice to move, we will notify you by certified mail of the time and date the premises are to be inspected.
5. The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.
6. Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages.
7. The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.
8. In calculating the damages for lost future rents, any amount of rents received by us for the premises during the remainder, if any, of your lease term, will reduce the damages you owe us by a like amount.

Under Maryland Code 8-203.1 this Lease also constitutes your receipt for payment of a security deposit. We acknowledge receipt of security deposit(s) from you in the amount of $ __300.00__. You have the following rights with regard to this security deposit(s):

(1) You have the right to have your dwelling unit (apartment) inspected by us in your presence for the purpose of making a written list of damages that exist at the commencement of the tenancy if you request an inspection by certified mail within fifteen (15) days of your occupancy (the date you move in);

(2) You have the right to be present when we inspect the premises at the end of your tenancy in order to determine if any damage was done to the premises if you notify us by certified mail at least fifteen (15) days prior to the date of your intended move, of your intention to move, the date of moving, and your new address;

(3) We are obligated to conduct the move-out inspection within five (5) days before or after your stated date of intended moving;

(4) We are obligated to notify you in writing of the time and date of the inspection;

(5) You have the right to receive, by first class mail, delivered to your last known address, a written list of the charges against your security deposit claimed by us and the actual costs, within forty five (45) days after the termination of the tenancy;

(6) We are obligated to return any unused portion of your security deposit, by first class mail, addressed to your last known address within forty five (45) days after the termination of your tenancy; and

(7) Your failure to comply with the security deposit law may result in us being liable to you for a penalty of up to three (3) times the security deposit withheld, plus reasonable attorney's fees.

(8) We will retain a copy of this receipt for a period of two (2) years after the termination of your tenancy, abandonment of the premises, or your eviction, as the case may be.

(9) We will be liable to you in the sum of $25 if we fail to provide you a written receipt for the security deposit.

**5. KEYS AND FURNITURE.** You will be provided __4__ apartment key(s), __2__ mailbox key(s), and __2__ other access devices for _____. Your apartment will be *[check one]:*
☐ furnished or ☒ unfurnished.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ __1064.00__ per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☐ at our online payment site, or
☐ at _____

Prorated rent of $ _____ is due for the remainder of the *[check one]:*
☒ 1st month or ☐ 2nd month, on _____, ____.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you don't pay all rent on or before the __5th__ day of the month, you'll pay an initial late charge of $ __53.20__ plus a late charge of $ _____ per day after that date until paid in full. In the alternative, we may simply charge you __5__ % of your monthly rent payment as a late fee. The total amount of your late charges shall not exceed five percent (5%) of your monthly rent payment. Daily late charges will not exceed 15 days for any single month's rent. You'll also pay a charge of $ __50.00__ for each returned check or rejected electronic payment, plus initial and daily late charges from due date until we receive acceptable payment. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have all other remedies for such violation. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water   ☒ gas   ☒ electricity   ☐ master antenna.
☒ wastewater   ☒ trash   ☐ cable TV   ☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected–including disconnection for not paying your bills–until the lease term or renewal period ends. Cable channels that are provided may be changed during the lease term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

**8. INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

0103201244881001md11010551

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

© 2011, National Apartment Association, Inc. - 1/2011

*M.O.R.S* / *M.S.L.m*

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

9. **LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or, if the apartment has a keyless deadbolt on each exterior door, within 10 days after you move in.

   You may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a bar and/or sliding door pinlock on each sliding glass door; (3) install one keyless deadbolt on each exterior door; (4) install one doorviewer on each exterior door; and (5) change or rekey locks or latches during the lease term. We must comply with those requests, but you must pay for them.

10. **SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed lease form.

   _____
   _____
   _____
   _____
   _____
   _____
   _____

   See any additional special provisions.

11. **EARLY MOVE-OUT.** If you:

   (1) move out without paying rent in full for the entire lease term or renewal period; or
   (2) move out at our demand because of your default; or
   (3) are judicially evicted.

   You will be liable for all rent owed at the time and as it becomes due under the terms of your lease agreement until the apartment is re-rented.

12. **REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following if occurring during the lease term or renewal period: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and landlord may seek a court order that the property be sold to offset any rent due.

   **Removal After We Exercise Lien for Rent.** If the lease is terminated by reason of your rent being delinquent, to the extent permitted by law, our representative may seek to obtain a judicial order of court so that a court officer may peacefully enter the apartment and remove and/or store all property subject to lien for public sale.

   **Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment.

   **Storage.** Pending public sale, we will store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the apartment. We are not liable for casualty loss, damage, or theft except for property removed after a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**What You Are Now Requesting.** You now request the following to be installed at your expense (if one is not already installed), subject to any statutory restrictions on what you may request.

   ☐ keyed deadbolt lock            ☐ doorviewer
   ☐ keyless deadbolt               ☐ sliding door pinlock
   ☐ sliding door bar

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your family, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair, install, change or rekey the same device during the 30 days preceding your request and we have complied with your request.

## Special Provisions and "What If" Clauses

**Redemption.** If we've seized and stored property under a contractual lien for rent as authorized by the state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. But if notice of sale (set forth as follows) is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition or Sale.** Except for animals and property removed after the death of a sole resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the apartment after surrender or abandonment. Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, in compliance with Maryland law.

14. **FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, all future rent will be automatically accelerated without notice and immediately due. We also may seek to end your right of occupancy and recover damages, future rent, attorney's fees, court costs, and other lawful charges.

15. **RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 18.

   Your Initials (Resident's) _____ (Residents must initial this paragraph)

   If, at least 5 days before the advance notice deadline referred to in paragraph 3, we give you written notice of rent increases or lease changes effective when the lease term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 37. Please see Paragraph 3 pertaining to the Lease Term.

16. **DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're responsible for the delay only to the extent provided by law. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment, such cleaning or repairs do not materially affect the life, health, or safety of ordinary persons, and habitation is possible with reasonable safety. If the delay in providing possession is due to another resident's holding over, we are entitled to bring an action of eviction and damages against the resident holding over and join you as a party to that action.

   If there is a delay in providing you with possession of the apartment, you may terminate, cancel, or rescind your lease up to the date when the apartment is ready for occupancy (time at which we are ready to deliver possession to you), but not later.

17. **DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

## While You're Living in the Apartment

18. **COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

19. **LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business

(including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

© 2011, National Apartment Association, Inc. - 1/2011

0103201244802md11010551

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**20. PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

**21. PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:
(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in a space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster.

**22. RELEASE OF RESIDENT.** Unless you're entitled to terminate this Lease Contract under paragraphs 10, 16, 23, 31, or 37, you won't be released from this Lease Contract for any reason--including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**23. MILITARY PERSONNEL CLAUSE.** You may terminate the Lease Contract if you enlist or are drafted or commissioned and on active duty in the U.S. Armed Forces. You also may terminate the Lease Contract if:
(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by the President; *and*
(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, *or* (iii) are relieved or released from active duty.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days thereafter, provided however, you shall be liable for the full payment of rent until such date of termination (not to exceed 30 days from the date you provide such written notice). You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10, you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under paragraph 32. You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

**24. RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines on page 5.

**Smoke Detectors.** We'll furnish smoke detectors as required by statute and we'll test them.
☐ THIS RESIDENTIAL DWELLING UNIT CONTAINS ALTER-NATING CURRENT (AC) ELECTRIC SERVICE. IN THE EVENT OF A POWER OUTAGE, AN ALTERNATING CURRENT (AC) POWERED SMOKE DETECTOR WILL NOT PROVIDE AN ALARM. THEREFORE THE OCCUPANT SHOULD OBTAIN A DUAL POWERED SMOKE DETECTOR OR A BATTERY POWERED SMOKE DETECTOR.

☒ This residential dwelling unit contains battery powered smoke detector(s). We will provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you.

You must immediately report smoke-detector malfunctions to us. Neither you nor others may disable smoke detectors. If you damage or disable the smoke detector or remove a battery without replacing it with a working battery, you may be liable to us under state statute for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. Unless we instruct otherwise, you must--for 24 hours a day during freezing weather--(1) keep the apartment heated to at least 50 degrees; (2) keep cabinet and closet doors open; and (3) drip hot and cold water faucets. You'll be liable for damage to our and others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You won't treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**25. CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons. We disclaim all implied warranties. You'll be given an Inventory and Condition form on or before move-in. Within 48 hours after move-in, you must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

**26. REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST--FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS--IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If heat or air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease Contract within a reasonable time by giving you written notice. If the Lease Contract is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

**27. ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. You must remove an illegal animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. We will authorize a support animal for a disabled (handicapped) or elderly person. We may require a written statement from a qualified professional verifying the need for the support animal. You must not feed stray or wild animals.

**0103201244803md11010551**

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez
© 2011, National Apartment Association, Inc. - 1/2011

_M.O.R.S_      _m S L m_

28. **WHEN WE MAY ENTER.** If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:
   (1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; and
   (2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or rekeying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; in connection with inspection, response to, or compliance with any citation for an alleged housing code violation.
   (3) We may enter the premises after due notice to you and without reasonable objection during business hours. If practical under the circumstances, we will attempt to provide at least 24 hours advance written notice of our intent to enter for the above purposes. We may enter the premises immediately without notice under the following circumstances: an emergency situation; when we have good cause to believe you may have damaged the premises; if we reasonably believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards; or to deal with or respond to any situation which is of immediate threat or danger to the health, safety, or welfare of our residents or their property, an animal, or our apartment community and your premises.
   (4) You are deemed to have given us permission to enter the premises in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to the premises for the same without delay or interference.

29. **MULTIPLE RESIDENTS OR OCCUPANTS.** Each resident is jointly and severally liable for all lease obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 42.

**Replacements**

30. **REPLACEMENTS AND SUBLETTING.** Replacing a resident, sub-letting, or assignment is allowed only when we consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:
   (1) a reasonable administrative (paperwork) and/or transfer fee will be due, and a rekeying fee will be due if rekeying is requested or required; and
   (2) the departing and remaining residents will remain liable for all lease obligations for the rest of the original lease term.

Procedures for Replacement. If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original lease term unless we agree otherwise in writing—even if a new Lease Contract is signed.

**Responsibilities of Owner and Resident**

31. **RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:
   (1) keep common areas reasonably clean, subject to paragraph 25;
   (2) maintain fixtures, furniture, hot water, heating and A/C equipment;
   (3) substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
   (4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If you violate any of the above, you may exercise all remedies provided by law.

32. **DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or drug paraphernalia are found in your apartment; or (7) you or any guest or occupant engages in any of the prohibited conduct described in Paragraph 20.

Eviction. If you default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances. Notice may be by: (1) regular mail; (2) certified mail, return receipt requested; (3) personal delivery to any resident; (4) personal delivery at the apartment to any occupant over 16 years old; or (5) affixing the notice to the inside of the apartment's main door. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations, subject to your and our duties to mitigate damages as provided by this lease or by applicable Maryland law. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance doesn't waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time doesn't waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

Holdover. You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; (3) at our option, we may extend the lease term—for up to one month from the date of notice of lease extension—by delivering written notice to you or your apartment while you continue to hold over; and (4) we may bring an action of eviction and for damages in conformance with the Maryland Real Property Code or applicable county and city ordinances.

Other Remedies. We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this lease or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination and lockout under state statute. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 18% interest per year from due date, compounded annually or at the maximum legal rate allowed under state and local law if such rate is less than 18% per annum. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If the premises is located in Montgomery County, attorneys fees are not part of your rent and need not be paid to redeem the premises in a nonpayment of rent action.

Mitigation of Damages. If you move out early, you'll be subject to paragraph 11 and all other remedies. We'll exercise customary diligence to relet and minimize damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

**General Clauses**

33. **MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option. All lease obligations must be performed in the county where the apartment is located. This Lease Contract is subject to the twelve (12) year statute of limitations provided in MD Code, CJP Section 5-102.

0103201244880 4md11010551

M.O.RS        MSLm

All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**Obligation to Vacate.** Resident shall vacate the Premises and removal all of Resident's personal property therefrom at the expiration of the lease term without further notice or demand from Owner.

**FORCE MAJEURE:** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

34. **PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent–regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

35. **ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

## Security Guidelines for Residents

36. **SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we'd like to give you some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other occupants in your dwelling, including any children you may have, about these guidelines.

**PERSONAL SECURITY–WHILE INSIDE YOUR APARTMENT**
1.  Lock your doors and windows–even while you're inside.
2.  Engage the keyless deadbolts on all doors while you're inside.
3.  When answering the door, see who is there by looking through a window or peephole. If you don't know the person, first talk with him or her without opening the door. Don't open the door if you have any doubts.
4.  If children (who are old enough to take care of themselves) are left alone in your apartment, tell them to use the keyless deadbolt and refuse to let anyone inside while you are gone–regardless of whether the person is a stranger or an apartment maintenance or management employee.
5.  Don't put your name, address, or phone number on your key ring.
6.  If you're concerned because you've lost your key or because someone you distrust has a key, ask the management to rekey the locks. You have a statutory right to have that done, as long as you pay for the rekeying.
7.  Dial 911 for emergencies. If the 911 number does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If an emergency arises, call the appropriate governmental authorities first, then call the management.
8.  Check your smoke detector monthly to make sure it is working properly and the batteries are still okay.
9.  Check your doorlocks, window latches, and other devices regularly to be sure they are working properly.
10. If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.
11. Immediately report to management–in writing, dated and signed– any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.
12. Immediately report to management–in writing, dated and signed–any malfunction of other safety devices outside your apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13. Close curtains, blinds, and window shades at night.
14. Mark or engrave your driver's license number or other identification on valuable personal property.

**PERSONAL SECURITY–WHILE OUTSIDE YOUR APARTMENT**

15. Lock your doors while you're gone. Lock any doorhandle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door bar that you have.
16. Leave a radio or TV playing softly while you're gone.
17. Close and latch your windows while you're gone, particularly when you're on vacation.
18. Tell your roommate or spouse where you're going and when you'll be back.
19. Don't walk alone at night. Don't allow your family to do so.
20. Don't hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
21. Don't give entry keys, codes or electronic gate cards to anyone.
22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
23. Let the manager and your friends know if you'll be gone for an extended time. Ask your neighbors to watch your apartment since the management cannot assume that responsibility.
24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

**PERSONAL SECURITY–WHILE USING YOUR CAR**
26. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27. Don't leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.
28. Don't leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car–whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.
32. Be careful when stopping at gas stations or automatic-teller machines at night–or anytime when you suspect danger.

**PERSONAL SECURITY AWARENESS**
No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security. The best safety measures are the ones you perform as a matter of common sense and habit.

## When Moving Out

37. **MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire lease term if you move out early (paragraph 22) except under paragraphs 10, 16 or the military clause (paragraph 23). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

   • We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3. Oral move-out notice will not be accepted and will not terminate your Lease Contract.

   • Your move-out notice must not terminate the Lease Contract sooner than the end of the lease term or renewal period.

   YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract, we must give you the same advance notice–unless you are in default.

38. **MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

39. **CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

40. **MOVE-OUT INSPECTION.** If you notify us by certified mail within fifteen (15) days prior to your specified move-out date of: your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the premises (unless you have been evicted, ejected, or abandoned the premises). After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur. The date of the inspection will be within five (5) days before or after the moving date specified in your notice. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

41. **SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; packing, removing, or storing property removed or stored under paragraph 13; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; late charges; security-alarm charges unless due to our negligence; animal-related charges under paragraphs 6 and 27; government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; and other sums due under this Lease Contract.

**0103 2012 448805 md 11 010 0551**

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

M.O.RS

You'll be liable for charges for replacing all keys and access devices referenced in paragraph 5 if you fail to return them on or before your actual move-out date.

42. **DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** We'll mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than 45 days after termination of your tenancy unless statutes provide otherwise.

Eviction, Ejection, or Abandonment: You may within 45 days of being evicted, ejected, or abandoning the premises, make a written demand, by first class mail, that we return the security deposit, less proper deductions. Within 45 days of receiving such a notice, we will present you a written list of damages together with a statement of costs actually incurred and will return to you the security deposit together with simple interest at 3% per annum, less any damages rightfully withheld.

You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 have been turned in where rent is paid—whichever date occurs first.

You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you've been in default for non-payment of rent for 5 consecutive days or water, gas, or electric service for the apartment not connected in our name has been terminated; and (4) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned. An apartment is also "abandoned" 10 days after the death of a sole resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13), but do not affect our mitigation obligations (paragraph 32).

## Signatures, Originals and Attachments

43. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures—one for you and one or more for us. Our rules and community policies, if any, will be attached to the Lease Contract and given to you at signing. When an Inventory and Condition form is completed, both you and we should retain a copy. The items checked below are attached to this Lease Contract and are binding even if not initialed or signed.

☐ Animal Addendum
☒ Inventory and Condition Form
☒ Mold Addendum
☐ Enclosed Garage Addendum, dated _____
☒ Community Policies Addendum, dated_____
☐ Lease Contract Guaranty (_____ guaranties, if more than one)
☒ Notice of Intent to Move Out Form
☒ Parking Permit or Sticker (quantity: _2_ )
☐ Satellite Dish or Antenna Addendum
☒ Asbestos Addendum (if asbestos is present)
☒ Lead Hazard Information and Disclosure Addendum (federal)
☒ Utility Addendum
☐ Remote Control, Card or Code Access Gate Addendum, dated _____
☒ Lease Contract Buy-Out Agreement
☐ Intrusion Alarm Addendum, dated_____
☐ Other _____
☐ Other _____

44. **Local Laws and Ordinances.** It is the intent of the parties to comply with the laws of Maryland, including local county and municipal ordinances. The terms of this Apartment Lease Contract may be modified by another addendum which conforms to the laws of the jurisdiction in which this apartment community is located. If there is any conflict in the terms of that addendum and this Apartment Lease Contract the conflicting terms of that other addendum shall control. In the event no other addendum is attached to this Apartment Lease Contract and the local laws or ordinances provide additional rights or remedies not included herein, this Apartment Lease Contract is amended by reference to such local laws and ordinances

to incorporate the terms, rights, or remedies thereof herein. It is the intent of the parties to have this lease construed to include any such rights or remedies herein, and the provisions of such laws or ordinances shall supercede and control over the language of this Apartment Lease Contract to the extent they are in conflict. If any of the provisions of this Apartment Lease Contract are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Apartment Lease Contract will remain enforceable and binding on both you and us and will be construed to reflect the intent of the parties.

> You are legally bound by this document.
> Read it carefully before signing.

Resident or Residents[SEAL] *(all sign below)*

X _M.O. R̲S̲_____

X _____

X _M.S.L.m̲_____

Owner or Owner's Representative[SEAL] *(signing on behalf of owner)*

_____

Below is the name, address, and phone number of owner's representative or managing agent who is authorized to receive notices and services of process on our behalf.

**1400 E University Blvd.**
**Hyattsville, MD 20783**
**(301) 439-6611**

Name and address of locator service *(if applicable)*

_____
_____
_____

Date form is filled out *(same as on top of page 1)* ___12/30/2011___

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Bedford Station**
**Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez**

01032012448806md11010551

© 2011, National Apartment Association, Inc.      Maryland/National Apartment Association Official Form A-11 (Sheets 1, 2, and 3), January 2011      Page 6 of 6

## UTILITY ADDENDUM



**NATIONAL
APARTMENT
ASSOCIATION**

This Utility Addendum is incorporated into the Apartment Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated __December 30, 2011__ between **Bedford Station**

("We" and/or "we" and/or "us") and
__Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez__
("You" and/or "you") of Apt. No. __201__
located at __1446 Kanawha Street__ (street address) in
**Hyattsville, MD 20783** and is in addition to all terms and conditions in the Lease.
To the extent that the terms of this Utility Addendum conflict with those of the Lease, this Utility Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.
   a) **Water** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula: _M.o.S.  MSLM_
         - ☒ If flat rate is selected, the current flat rate is $ __33.00__ per month.
         - ☐ 3rd party billing company if applicable _____

   b) **Sewer** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   c) **Gas** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   d) **Trash** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ trash bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   e) **Electric** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   f) **Stormwater** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   g) **Cable TV** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   h) **Master Antenna** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   i) **Internet** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   j) (Other) _____ service to your apartment and costs will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

METERING/ALLOCATION METHOD KEY
"1"  - Sub-metering of all of your water/gas/electric use
"2"  - Calculation of your total water use based on sub-metering of hot water
"3"  - Calculation of your total water use based on sub-metering of cold water
"4"  - Flat rate per month
"5"  - Allocation based on the number of persons residing in your apartment unit
"6"  - Allocation based on the number of persons residing in your apartment unit using a ratio occupancy formula
"7"  - Allocation based on square footage of your apartment unit
"8"  - Allocation based on a combination of square footage of your apartment unit and the number of persons residing in your apartment unit
"9"  - Allocation based on the number of bedrooms in your apartment unit
"10" - Allocation based on a lawful formula not listed here
      (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. If an allocation formula above is used, we or our billing company will calculate your allocated share of the utility services in accordance with state and local laws. Furthermore, we will deduct an amount that is representative of the common area usage at your property which will not be allocated to residents. If allowed by state law, we at our sole discretion may change the above methods of determining your allocated share of the utility services, by written notice to you.

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

© 2010, National Apartment Association, Inc. - 12/2010, Maryland

If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills within _____ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there is a billing fee for the production of any utility bill or a set-up or initiation fee by our billing company, you shall pay such fees as indicated below.

| | | | |
|---|---|---|---|
| Billing Fee: | $ _____ | (not to exceed | $ _____ ) |
| Late Fee: | $ _____ | (not to exceed | $ _____ ) |
| Set-up Fee: | $ _____ | (not to exceed | $ _____ ) |

If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4. You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the apartment. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your apartment and may charge a reasonable administration fee for billing for the utility service in the amount of $ _____ .

5. When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the apartment unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the apartment due to such outages, interruptions, or fluctuations.

7. You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease and this Utility Addendum.

8. Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9. You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

10. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supercede any conflicting provisions of this printed Utility Addendum and/or the Apartment Lease Contract.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| | | |
|---|---|---|
| Resident Signature X _mrs.RS_ | Date | _____ |
| Resident Signature | Date | _____ |
| Resident Signature X _MCLM_ | Date | _____ |
| Resident Signature | Date | _____ |
| Management | Date | _12/30/11_ |

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

    © 2010, National Apartment Association, Inc. - 12/2010, Maryland

## APARTMENT LEASE CONTRACT ADDENDUM
## FOR SATELLITE DISH OR ANTENNA



Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased apartment, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1. **Addendum.** This is an addendum to the Apartment Lease Contract executed on __December 30, 2011__, by you, the resident(s), __Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez__

for the dwelling you have agreed to rent. That dwelling is: Apt. # __201__ at __Bedford Station__

*(name of apartments)* located at __1446 Kanawha Street__

*(street address)* in __Hyattsville, MD 20783__

2. **Number and size.** You may install _____ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

3. **Location.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

4. **Safety and non-interference.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

5. **Signal transmission from exterior dish or antenna to interior of dwelling.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window--without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

6. **Safety in installation.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

7. **Maintenance.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

8. **Removal and damages.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

9. **Liability insurance.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $ _____ , which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

10. **Security Deposit.** An additional security deposit of $ _____ will be charged. We *[check one]* ☐ will consider or ☐ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *[check one]* ☐ does or ☐ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

This additional security deposit is required to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails, screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost repair or restoration after removal, etc.

11. **When you may begin installation.** You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 9 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 10; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

12. **Miscellaneous.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

13. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*[All residents must sign here]*

X _____

_____

X _____

**Owner or Owner's Representative**
*[signs here]*

_____

**Date of Lease Contract**

__December 30, 2011__

© 2011, National Apartment Association, Inc. - 4/2011, Maryland 

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez



**COMMUNITY POLICIES, RULES AND REGULATIONS**
**ADDENDUM**

*This addendum is incorporated into the Lease Contract (the "Lease") identified below and is in addition to all the terms and conditions contained in the Lease. If any terms of this Addendum conflict with the Lease, the terms of this Addendum shall be controlling:*

Property Owner:     **Bedford Station**

Resident(s):     **Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez**

Apartment No./Address:    **#201, 1446 Kanawha Street**

Lease Date:     **12/30/2011**

**I.   GENERAL CONDITIONS FOR USE OF APARTMENT PROPERTY AND RECREATIONAL FACILITIES.**

Resident(s) permission for use of all common areas, Resident amenities, and recreational facilities (together, "Amenities") located at the Apartment Community is a privilege and license granted by Owner, and not a contractual right except as otherwise provided for in the Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of the Lease, this Addendum, and the Community rules and regulations ("Rules") in effect at any given time, and such permission may be revoked by Owner at any time for any lawful reason. In all cases, the most strict terms of either the Lease, this Addendum, or the Community Rules shall control. Owner reserves the right to set the days and hours of use for all Amenities and to change the character of or close any Amenity based upon the needs of Owner and in Owner's sole and absolute discretion, without notice, obligation or recompense of any nature to Resident. Owner and management may make changes to the Rules for use of any Amenity at any time.

**Additionally, Resident(s) expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's use of the amenities at the Community. Resident(s) agrees to hold Owner harmless and release and waive any and all claims, allegations, actions, damages, losses, or liabilities of every type, whether or not foreseeable, that Resident(s) may have against Owner and that are in any way related to or arise from such use. This provision shall be enforceable to the fullest extent of the law.**

**THE TERMS OF THIS ADDENDUM SHALL ALSO APPLY TO RESIDENT(S)' OCCUPANTS, AGENTS AND INVITEES, TOGETHER WITH THE HEIRS, ASSIGNS, ESTATES AND LEGAL REPRESENTATIVES OF THEM ALL, AND RESIDENT(S) SHALL BE SOLELY RESPONSIBLE FOR THE COMPLIANCE OF SUCH PERSONS WITH THE LEASE, THIS ADDENDUM, AND COMMUNITY RULES AND REGULATIONS, AND RESIDENT(S) INTEND TO AND SHALL INDEMNIFY AND HOLD OWNER HARMLESS FROM ALL CLAIMS OF SUCH PERSONS AS DESCRIBED IN THE PRECEDING PARAGRAPH. The term "Owner" shall include the Management, officers, partners, employees, agents, assigns, Owners, subsidiaries and affiliates of Owner.**

**II.   POOL.** This Community ❑ **DOES;** ☒ **DOES NOT** have a pool. When using the pool, Resident(s) agrees to the following:
*   Residents and guests will adhere to the rules and regulations posted in the pool area and Management policies.
*   All Swimmers swim at their own risk. Owner is not responsible for accidents or injuries.
*   For their safety, Residents should not swim alone.
*   Pool hours are posted at the pool.
*   Children under the minimum age (posted at the pool) must be accompanied at all times by a parent or legal guardian.
*   No glass, pets, or alcoholic beverages are permitted in the pool area. Use paper or plastic containers only.
*   Proper swimming attire is required at all times and a swimsuit "cover up" should be worn to and from the pool.
*   No running or rough activities are allowed in the pool area. Respect others by minimizing noise, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas, disposing of trash, and keeping pool gates closed.
*   Resident(s) must accompany their guests.
*   Resident(s) must notify Owner any time there is a problem or safety hazard at the pool.

**IN CASE OF EMERGENCY DIAL 911**

**III.   FITNESS CENTER.** This Community ❑ **DOES;** ☒ **DOES NOT** have a fitness center. When using the fitness center, Resident agrees to the following:
*   Residents and guests will adhere to the rules and regulations posted in the fitness center and Management policies.
*   The Fitness Center is not supervised. Resident(s) are solely responsible for their own appropriate use of equipment.
*   Resident(s) shall carefully inspect each piece of equipment prior to Resident's use and shall refrain from using any equipment that may be functioning improperly or that may be damaged or dangerous.
*   Resident(s) shall immediately report to Management any equipment that is not functioning properly, is damaged or appears dangerous, as well any other person's use that appears to be dangerous or in violation of Management Rules and Policies.
*   Resident(s) shall consult a physician before using any equipment in the Fitness Center and before participating in any aerobics or exercise class, and will refrain from such use or participation unless approved by Resident's physician.
*   Resident(s) will keep Fitness Center locked at all times during Resident's visit to the Fitness Center.
*   Resident(s) will not admit any person to the Fitness Center who has not registered with the Management Office.
*   Children under the minimum age (posted at the fitness center) must be accompanied at all times by a parent or legal guardian.
*   Resident(s) must accompany guests, and no glass, smoking, eating, alcoholic beverages, pets, or black sole shoes are permitted in the Fitness Center.

Card # issued:  (1)_____  (2)_____  (3)_____  (4)_____

**IV.   PACKAGE RELEASE.** This Community ❑ **DOES;** ☒ **DOES NOT** accept packages on behalf of Residents.

*For communities that do accept packages on behalf of its Residents:*
Resident(s) gives Owner permission to sign and accept any parcels or letters sent to Resident(s) through UPS, Federal Express, Airborne, United States Postal Service or the like. Resident agrees that Owner does not accept responsibility or liability for any lost, damaged, or unordered deliveries, and agrees to hold Owner harmless for the same.

**V.   BUSINESS CENTER.** This Community ❑ **DOES;** ☒ **DOES NOT** have a business center.
Resident(s) agrees to use the business center at Resident(s) sole risk and according to the Community Rules. Owner is not responsible for data, files, programs or any other information lost or damaged on Business Center computers or in the Business Center for any reason. No software may be loaded on Business Center computers without the written approval of Community Management. No inappropriate, offensive, or pornographic images or files (in the sole judgment of Owner) shall be viewed or loaded onto the Business Center computers at any time. Residents will limit time on computers to _____ minutes if others are waiting to use them. Smoking, eating, alcoholic beverages, pets, and any disturbing behavior are prohibited in the business center. Children under the age of_____ must be accompanied by a Resident who is that child's parent or legal guardian.

**VI.   AUTOMOBILES/BOATS/RECREATIONAL VEHICLES.** The following policies are in addition to those in the Lease, and may be modified by the additional rules in effect at the Community at any given time:
*   Only   **2**   vehicle per licensed Resident is allowed.
*   All vehicles must be registered at the Management office.
*   Any vehicle(s) not registered, considered abandoned, or violating the Lease, this Addendum, or the Community Rules, in the sole judgment of Management, will be towed at the vehicle owner's expense after a   **72**   hour notice is placed on the vehicle.

Revised 4/2010, Maryland                                                                                                    Page 1 of 2

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

- Notwithstanding this, any vehicle illegally parked in a fire lane, designated no parking space or handicapped space, or blocking an entrance, exit, driveway, dumpster, or parked illegally in a designated parking space, will immediately be towed, without notice, at the vehicle owner's expense.
- The washing of vehicles is not permitted on the property unless specifically allowed in designated area.
- Any on property repairs and/or maintenance of any vehicle must be with the prior written permission of the Management.
- Recreational vehicles, boats or trailers may only be parked on the property with Management's permission (in Management's sole discretion), and must be registered with the Management Office and parked in the area(s) designated by Management.

**VII. FIRE HAZARDS.** In order to minimize fire hazards and comply with city ordinances, Resident shall comply with the following:
- Residents and guests will adhere to the Community rules and regulations other Management policies concerning fire hazards, which may be revised from time to time.
- No person shall knowingly maintain a fire hazard.
- **Grills, Barbeques, and any other outdoor cooking or open flame devices will be used only on the ground level and will be placed a minimum of __10__ feet from any building.** Such devices will not be used close to combustible materials, tall grass or weeds, on exterior walls or on roofs, indoors, on balconies or patios, or in other locations which may cause fires.
- **Fireplaces:** Only firewood is permitted in the fireplace. No artificial substances, such as Duraflame® logs are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold.
- Flammable or combustible liquids and fuels shall not be used or stored (including stock for sale) in apartments, near exits, stairways breezeways, or areas normally used for the ingress and egress of people. This includes motorcycles and any apparatus or engine using flammable or combustible liquid as fuel.
- No person shall block or obstruct any exit, aisle, passageway, hallway or stairway leading to or from any structure.
- Resident(s) are solely responsible for fines or penalties caused by their actions in violation of local fire protection codes.

**VIII. EXTERMINATING.** Unless prohibited by statue or otherwise stated in the Lease, Owner may conduct extermination operations in Residents' apartment several times a year and as needed to prevent insect infestation. Owner will notify Residents in advance of extermination in Residents' Apartment, and give Resident instructions for the preparation of the Apartment and safe contact with insecticides. Residents will be responsible to prepare the Apartment for extermination in accordance with Owner's instructions. If Residents are unprepared for a scheduled treament date Owner will prepare Residents' apartment and charge Residents accordingly. Residents must request extermination treaments in addition to those regularly provided by Owner in writing. **Residents agree to perform the tasks required by Owner on the day of interior extermination to ensure the safety and effectiveness of the extermination. These tasks will include, but are not limited to, the following:**

- Clean in all cabinets, drawers and closets in kitchen and pantry.
- If roaches have been seen in closets, remove contents from shelves and floor.
- Remove infants and young children from the apartment.
- Remove pets or place them in bedrooms, and notify Owner of such placement.
- Remove chain locks or other types of obstruction on day of service.
- Cover fish tanks and turn off their air pumps.
- Do not wipe out cabinets after treatment.

In the case of suspected or confirmed bed bug infestation, resident will agree to the following:
- Resident will wash all clothing, bed sheets, draperies, towels, etc. in extremely hot water.
- Resident will thoroughly clean, off premises, all luggage, handbags, shoes and clothes hanging containers.
- Resident will cooperate with Owner's cleaning efforts for all mattresses and seat cushions or other upholstered furniture, and will dispose of same if requested.

<b>RESIDENTS ARE SOLELY RESPONSIBLE TO NOTIFY OWNER IN WRITING PRIOR TO<br>EXTERMINATION OF ANY ANTICIPATED HEALTH OR SAFETY CONCERNS RELATED TO<br>EXTERMINATION AND THE USE OF INSECTICIDES</b>

**IX. DRAPES AND SHADES.** Drapes or shades installed by Resident, when allowed, must be lined in white and present a uniform exterior appearance.

**X. WATER BEDS.** Resident shall not have water beds or other water furniture in the apartment without prior written permission of Owner.

**XI. BALCONY or PATIO.** Balconies and patios shall be kept neat and clean at all times. No rugs, towels, laundry, clothing, appliances or other items shall be stored, hung or draped on railings or other portions of balconies or patios.

**XII. SIGNS.** Resident shall not display any signs, exterior lights or markings on apartment. No awnings or other projections shall be attached to the outside of the building of which apartment is a part.

**XIII. SATELLITE DISHES/ANTENNAS.** You must complete a satellite addendum and abide by its terms prior to installation or use.

**XIV. WAIVER/SEVERABILITY CLAUSE.** No waiver of any provision herein, or in any Community rules and regulations, shall be effective unless granted by the Owner in a signed and dated writing. If any court of competent jurisdiction finds that any clause, phrase, or provision of this Part is invalid for any reason whatsoever, this finding shall not effect the validity of the remaining portions of this addendum, the Apartment Lease Contract or any other addenda to the Apartment Lease Contract.

**XV. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

I have read, understand and agree to comply with the preceding provisions.

X _____
Resident _____ Date _____     Resident _____ Date _____

X _____
Resident _____ Date _____     Resident _____ 12/30/11 _____ Date _____

_____
Owner Representative _____     Date _____

Revised 4/2010, Maryland                                          Page 2 of 2

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez



## LEASE ADDENDUM
### LIABILITY INSURANCE REQUIRED OF RESIDENT

1. **Addendum.** This is an addendum to the Apartment Lease Contract executed on _____**December 30, 2011**_____, by you, the resident(s), __Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez__

   for the dwelling you have agreed to rent. That dwelling is: Apt. # ____**201**____ at __**Bedford Station**__

   _(name of apartments)_ located at __**1446 Kanawha Street**__

   _(street address)_ in __**Hyattsville, MD 20783**__

2. **Acknowledgment Concerning Insurance or Damage Waiver.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or belongings, or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that by not maintaining your own policy of personal liability insurance, you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your actions or the actions of your occupants or guests. You understand that paragraph 8 of the Lease Contract requires you to maintain a liability insurance policy, which provides limits of liability to third parties in an amount not less than $ __100000.00__ per occurrence. You understand and agree to maintain at all times during the Term of the Lease Contract and any renewal periods a policy of personal liability insurance satisfying the requirements listed below, at your sole expense.

3. **Required Policy.** You are required to purchase and maintain personal liability insurance covering you, your occupants and guests, for personal injury and property damage any of you cause to third parties (including damage to our property), in a minimum policy coverage amount of $ __10000.00__ , from a carrier with an AM Best rating of A-VII or better, licensed to do business in Maryland. The carrier is required to provide notice to us within 30 days of any cancellation, non-renewal, or material change in your coverage. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

4. **We may provide you with information of an insurance program that we make available to residents, which provides you with an opportunity to buy renter's insurance from a preferred company. However, you are free to contract for the required insurance with a provider of your choosing.**

5. **Subrogation Allowed.** You and we agree that subrogation is allowed by all parties and that this agreement supersedes any language to the contrary in the Lease Contract.

6. **Your Insurance Coverage.** You have purchased the required personal liability insurance from the insurance company of your choosing listed below that is licensed to do business in this state, and have provided us with written proof of this insurance prior to the execution and commencement of the Lease Contract. You will provide additional proof of insurance in the future at our request.

   Insurance Company: _____

7. **Default.** Any default under the terms of this Addendum shall be deemed an immediate, material and incurable default under the terms of the Lease Contract, and we shall be entitled to exercise all rights and remedies under the law.

8. **Miscellaneous.** Except as specifically stated in this Addendum, all other terms and conditions of the Lease Contract shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease Contract, the terms of this Addendum shall control.

9. **Special Provisions:** _____

I have read, understand and agree to comply with the preceding provisions.

| **Resident or Residents** | **Owner or Owner's Representative** |
|---|---|
| _[All residents must sign here]_ | _[signs here]_ |
| X _M.O.RS_ | X _(signature)_ |
| X _M S L m_ | |
| | **Date of Lease Contract** |
| | __December 30, 2011__ |

© 2010, National Apartment Association, Inc. - 4/2010, Maryland

Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

# NO-SMOKING ADDENDUM

Date: _____January 3, 2012_____
(when this Addendum is filled out)



**NATIONAL APARTMENT ASSOCIATION.**

*All use of any tobacco product involving smoking, burning, or combustion of tobacco is prohibited in any portion of the apartment community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

1. **Dwelling Unit Description.** Apt. No. _____201_____,
1446 Kanawha Street _____ (street
*address*) in _____Hyattsville_____
(*city*), Maryland, _____20783_____ (*zip code*).

2. **Lease Contract Description**
Lease Contract date: ___December 30, 2011___
Owner's name: _Bedford Station_____

Residents (*list all residents*): _Mario Osvaldo Rosales_
Sandoval, Maria Santos Lara marquez _____

3. **Smoking Anywhere Inside Buildings of the Apartment Community is Strictly Prohibited.** All forms and use of lighted or burning tobacco products and smoking of tobacco products inside any apartment, building, or interior of any portion of the apartment community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this addendum and the Lease Contract.

The prohibition on use of any lighted or burning tobacco products or smoking of any tobacco products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the apartment community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, apartments, club house, exercise or spa facility, tennis courts, all interior areas of the apartment community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the apartment community or in the enclosed spaces on the surrounding community grounds. Smoking of non-tobacco products which are harmful to the health, safety, and welfare of other residents is also prohibited by this addendum and other provisions of the Lease Contract inside any apartment or building.

**Smoking Outside Buildings of the Apartment Community.** Smoking is permitted only in specially designated areas outside the buildings of the apartment community. The smoking-permissible areas are marked by signage.

Smoking on balconies, patios, and limited common areas attached to or outside of your apartment ☐ is ☐ is not permitted.

The following outside areas of the community may be used for smoking: _____
_____
_____
_____

Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the apartments or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

4. **Your Responsibility for Damages and Cleaning.** You are responsible for payment of all costs and damages to your apartment, other residents' apartments, or any other portion of the apartment community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of tobacco smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the apartment or building is in excess of normal wear and tear in our smoke free apartment community.

5. **Your Responsibility for Loss of Rental Income and Economic Damages Regarding Other Residents.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their apartments, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

6. **Definition of Smoking.** Smoking refers to any use or possession of a cigar, cigarette, or pipe containing tobacco or a tobacco product while that tobacco or product is burning, lighted, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to, any form, compound, or synthesis of the plant of the genus *Nicotiana* or the species *N. tabacum* which is cultivated for its leaves to be used in cigarettes, cigars, or pipes. Smoking also refers to use or possession of burning, lighted, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

7. **Lease Contract Termination for Violation of the Addendum.** We have the right to terminate your Lease Contract or right of occupancy of the apartment for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for rent through the end of the Lease Contract term or the date on which the apartment is re-rented to a new occupant, whichever comes first. Therefore, you may be responsible for payment of rent after you vacate the leased premises even though you are no longer living in the apartment.

8. **Extent of Your Liability for Losses Due to Smoking.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

9. **Your Responsibility for Conduct of Occupants, Family Members, and Guests.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this addendum by your occupants, family, guests, and invitees.

10. **There Is No Warranty of a Smoke Free Environment.** Although we prohibit smoking in all interior parts of the apartment community, there is no warranty or guaranty of any kind that your apartment or the apartment community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

This is an important and binding legal document. By signing this addendum you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the apartment. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this addendum. Before signing you must advise us whether you or anyone who will be living in your apartment is a smoker. You must check one of the following boxes.

☐ Neither you nor anyone who will be living in the apartment is a smoker.
☐ Someone in my household is a smoker; however, we agree to follow your no-smoking policy.

**Resident or Residents**
*[All residents must sign here]*

X _____

X _____
Mario Osvaldo Rosales Sandoval, Maria Santos Lara marquez

**Owner or Owner's Representative**
*[Sign here]*

X _____

© 2009, National Apartment Association, Inc. - 1/2009



Federally Required Lead Hazard Information
and Disclosure Addendum



**IMPORTANT NOTICE TO RESIDENTS:** The following information is taken from a brochure entitled "Protect Your Family from Lead in Your Home" prepared by the U.S. Environmental Protection Agency, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. While the information must be distributed to residents before they become obligated under the lease for most types of housing built before 1978, it does not mean that the dwelling contains lead-based paint (LBP). The brochure was written in general terms and applies to both home purchasers and renters. The information outlines action that can be taken to test for, remove or abate LBP in a dwelling. The Maryland Multi-Housing Association Lease Contract specifically prohibits a resident from performing this type of work--only the dwelling owner may do so under the lease contract. If you have any questions about the presence of LBP in your dwelling, please contact the owner or management company before taking any action to test, abate or remove LBP. NOTE: Page references in the content of this form are to pages in the EPA brochure.



### Are You Planning To Buy, Rent, or Renovate a Home Built Before 1978?

Many houses and apartments built before 1978 have paint that contains high levels of lead (called lead-based paint). Lead from paint, chips, and dust can pose serious health hazards if not taken care of properly.

 OWNERS, BUYERS, and RENTERS are encouraged to check for lead (see page 6) before renting, buying, or renovating pre-1978 housing.

Federal law requires that individuals receive certain information before renting, buying, or renovating pre-1978 housing:

 LANDLORDS have to disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a disclosure about lead-based paint.

 SELLERS have to disclose known information on lead-based paint and lead-based paint hazards before selling a house. Sales contracts must include a disclosure form about lead-based paint. Buyers have up to 10 days to check for lead.

RENOVATORS disturbing more than 2 square feet of painted surfaces have to give you this pamphlet before starting work.

### IMPORTANT!

**Lead From Paint, Dust, and Soil Can Be Dangerous If Not Managed Properly**

FACT: Lead exposure can harm young children and babies even before they are born.

FACT: Even children that seem healthy can have high levels of lead in their bodies.

FACT: People can get lead in their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

FACT: People have many options for reducing lead hazards. In most cases, lead-based paint that is in good condition is not a hazard.

FACT: Removing lead-based paint improperly can increase the danger to your family.

If you think your home might have lead hazards, read this pamphlet to learn some simple steps to protect your family.

### Lead Gets in the Body in Many Ways

Childhood lead poisoning remains a major environmental health problem in the U.S.

Even children who appear healthy can have dangerous levels of lead in their bodies.

People can get lead in their body if they:
- Breathe in lead dust (especially during renovations that disturb painted surfaces).
- Put their hands or other objects covered with lead dust in their mouths.
- Eat paint chips or soil that contains lead.

**Lead is even more dangerous to children under the age of 6:**
- At this age children's brains and nervous systems are more sensitive to the damaging effects of lead.
- Children's growing bodies absorb more lead.
- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Lead is also dangerous to women of childbearing age:**
- Women with a high lead level in their system prior to pregnancy would expose a fetus to lead through the placenta during fetal development.

 

© 2010, National Apartment Association, Inc. - 10/2010

1

2

1021201102040lmd11010551

## Lead's Effects

It is important to know that even exposure to low levels of lead can severely harm children.

In children, lead can cause

- Nervous system and kidney damage.
- Learning disabilities, attention deficit disorder, and decreased intelligence.
- Speech, language, and behavior problems.
- Poor muscle coordination.
- Decreased muscle and bone growth.
- Hearing damage.

While low-level exposure is most common, exposure to high levels of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults too.

In adults, lead can cause:

- Increased chance of illness during pregnancy.
- Harm to a fetus, including brain damage or death.
- Fertility problems (in men and women).
- High blood pressure.
- Digestive problems.
- Nerve disorders.
- Memory and concentration problems.
- Muscle and joint pain.



Brain or Nerve Damage

Hearing Problems

Slowed Growth

Digestive Problems

Reproductive Problems (Adults)

**Lead affects the body in many ways.**

## Where Lead-Based Paint Is Found

In general, the older your home, the more likely it has lead-based paint.

Many homes built before 1978 have lead-based paint. The federal government banned lead-based paint from housing in 1978. Some states stopped its use even earlier. Lead can be found:

- In homes in the city, country, or suburbs.
- In apartments, single-family homes, and both private and public housing.
- Inside and outside of the house.
- In soil around a home. (Soil can pick up lead from exterior paint or other sources such as past use of leaded gas in cars.)

## Checking Your Family for Lead

Get your children and home tested if you think your home has high levels of lead.

To reduce your child's exposure to lead, get your child checked, have your home tested (especially if your home has paint in poor condition and was built before 1978), and fix any hazards you may have. Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect high levels of lead. Blood tests are usually recommended for:

- Children at ages 1 and 2.
- Children or other family members who have been exposed to high levels of lead.
- Children who should be tested under your state or local health screening plan.

Your doctor can explain what the test results mean and if more testing will be needed.

3

4

---

## Identifying Lead Hazards

Lead-based paint is usually not a hazard if it is in good condition, and it is not on an impact or friction surface, like a window. It is defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter, or more than 0.5% by weight.

Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged) is a hazard and needs immediate attention. It may also be a hazard when found on surfaces that children can chew or that get a lot of wear-and-tear, such as:

- Windows and window sills
- Doors and door frames.
- Stairs, railings, banisters, and porches.

Lead dust can form when lead-based paint is scraped, sanded, or heated. Dust also forms when painted surfaces bump or rub together. Lead chips and dust can get on surfaces and objects that people touch. Settled lead dust can re-enter the air when people vacuum, sweep, or walk through it. The following two federal standards have been set for lead hazards in dust:

- 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors.
- 250 $\mu g/ft^2$ and higher for interior window sills.

Lead in soil can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. The following two federal standards have been set for lead hazards in residential soil:

- 400 parts per million (ppm) and higher in play areas of base soil.
- 1,200 ppm (average) and higher in bare soil in the remainder of the yard.

The only way to find out if paint, dust and soil lead hazards exist is to test for them. The next page describes the most common methods used.

Lead from paint chips, which you can see, and lead dust, which you can't always see, can both be serious hazards

## Checking Your Home for Lead

Just knowing that a home has lead-based paint may not tell you if there is a hazard.

You can get your home checked for lead in several different ways:

- A paint inspection tells you whether your home has lead-based paint and where it is located. It won't tell you whether or not your home currently has lead hazards.
- A risk assessment tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards.
- A combination risk assessment and inspection tells you if your home has any lead hazards and if your home has any lead-based paint, and where the lead-based paint is located.

Hire a trained and certified testing professional who will use a range of reliable methods when testing your home.

- Visual inspection of paint condition and location.
- A portable x-ray fluorescence (XRF) machine.
- Lab tests of paint, dust, and soil samples.



There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency (see bottom of page 11) for more information, or call 1-800-424-LEAD (5323) for a list of contacts in your area.

Home test kits for lead are available, but may not always be accurate. Consumers should not rely on these tests before doing renovations or to assure safety.

5

6

1021201020402md11010551

© 2010, National Apartment Association, Inc. - 10/2010

## What You Can Do Now To Protect Your Family

If you suspect that your house has lead hazards, you can take some immediate steps to reduce your family's risk:

◆ If you rent, notify your landlord of peeling or chipping paint.

◆ Clean up paint chips immediately.

◆ Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner or a cleaner made specifically for lead. REMEMBER: NEVER MIX AMMONIA AND BLEACH PRODUCTS TOGETHER SINCE THEY CAN FORM A DANGEROUS GAS.

◆ Thoroughly rinse sponges and mop heads after cleaning dirty or dusty areas.

◆ Wash children's hands often, especially before they eat and before nap time and bed time.

◆ Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

◆ Keep children from chewing window sills or other painted surfaces.

◆ Clean or remove shoes before entering your home to avoid tracking in lead from soil.

◆ Make sure children eat nutritious, low-fat meals high in iron and calcium, such as spinach and dairy products. Children with good diets absorb less lead.






7

## Reducing Lead Hazards In The Home

**Removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**

**Always use a professional who is trained to remove lead hazards safely.**



In addition to day-to-day cleaning and good nutrition:

◆ You can temporarily reduce lead hazards by taking actions such as repairing damaged painted surfaces and planting grass to cover soil with high lead levels. These actions (called "interim controls") are not permanent solutions and will need ongoing attention.

◆ To permanently remove lead hazards, you should hire a certified lead "abatement" contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent removal.

Always hire a person with special training for correcting lead problems--someone who knows how to do this work safely and has the proper equipment to clean up thoroughly. Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

Once the work is completed, dust cleanup activities must be repeated until testing indicates that dust lead levels are below the following:

◆ 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors;

◆ 250 $\mu g/ft^2$ for interior window sills; and

◆ 400 $\mu g/ft^2$ for window troughs.

Call your state or local agency (see bottom of page 11) for help with locating certified professionals in your area and to see if financial assistance is available.

8

## Remodeling or Renovating a Home With Lead-Based Paint

Take precautions before your contractor or you begin remodeling or renovating anything that disturbs painted surfaces (such as scraping off paint or tearing out walls):

◆ Have the area tested for lead-based paint.

◆ Do not use a belt-sander, propane torch, high temperature heat gun, dry scraper, or dry sandpaper to remove lead-based paint. These actions create large amounts of lead dust and fumes. Lead dust can remain in your home long after the work is done.

◆ Temporarily move your family (especially children and pregnant women) out of the apartment or house until the work is done and the area is properly cleaned. If you can't move your family, at least completely seal off the work area.

◆ Follow other safety measures to reduce lead hazards. You can find out about other safety measures by calling 1-800-424-LEAD. Ask for the brochure "Reducing Lead Hazards When Remodeling Your Home." This brochure explains what to do before, during, and after renovations.

If you have already completed renovations or remodeling that could have released lead-based paint or dust, get your young children tested and follow the steps outlined on page 7 of this brochure.



**If not conducted properly, certain types of renovations can release lead from paint and dust into the air.**

9

## Other Sources of Lead



**While paint, dust, and soil are the most common sources of lead, other lead sources also exist.**



◆ Drinking water. Your home might have plumbing with lead or lead solder. Call your local health department or water supplier to find out about testing your water. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might have lead in it:

  • Use only cold water for drinking and cooking.

  • Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

◆ The job. If you work with lead, you could bring it home on your hands or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

◆ Old painted toys and furniture.

◆ Food and liquids stored in lead crystal or lead-glazed pottery or porcelain.

◆ Lead smelters or other industries that release lead into the air.

◆ Hobbies that use lead, such as making pottery or stained glass, or refinishing furniture.

◆ Folk remedies that contain lead, such as "greta" and "azarcon" used to treat an upset stomach.

10

1021201020403md11010551

© 2010, National Apartment Association, Inc. - 10/2010

## For More Information

**The National Lead Information Center**

Call 1-800-424-LEAD (424-5323) to learn how to protect children from lead poisoning and for other information on lead hazards. To access lead information via the web, visit www.epa.gov/lead and www.hud.gov/offices/lead/.

**EPA's Safe Drinking Water Hotline**

Call 1-800-426-4791 for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**

To request information on lead in consumer products, or to report an unsafe consumer product or a product-related injury call 1-800-638-2772, or visit CPSC's Web site at: www.cpsc.gov.

**State Health and Environmental Agencies**

Some cities, states, and tribes have their own rules for lead-based paint activities. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your local contacts on the Internet at www.epa.gov/lead or contact the National Lead Information Center at 1-800-424-LEAD.

For the hearing impaired, call the Federal Information Relay Service at 1-800-877-8339 to access any of the phone numbers in this brochure.

11

### Simple Steps To Protect Your Family From Lead Hazards

**If you think your home has high levels of lead:**

◆ Get your young children tested for lead, even if they seem healthy.

◆ Wash children's hands, bottles, pacifiers, and toys often.

◆ Make sure children eat healthy, low-fat foods.

◆ Get your home checked for lead hazards.

◆ Regularly clean floors, window sills, and other surfaces.

◆ Wipe soil off shoes before entering house.

◆ Talk to your landlord about fixing surfaces with peeling or chipping paint.

◆ Take precautions to avoid exposure to lead dust when remodeling or renovating (call 1-800-424-LEAD for guidelines).

◆ Don't use a belt-sander, propane torch, high temperature heat gun, scraper, or sandpaper on painted surfaces that may contain lead.

◆ Don't try to remove lead-based paint yourself.

12

| Maryland Department of Health--877/463-3464 | CPSC Main Office *(includes Maryland)*--800/638-2772 |
| EPA Region 3 Office *(includes Maryland)*--215/814-5000 | HUD Lead Office--202/755-1785 |

## FEDERALLY REQUIRED LESSOR DISCLOSURE, AGENT STATEMENT AND LESSEE ACKNOWLEDGMENT OF INFORMATION ON LEAD-BASED PAINT HAZARDS

**LEAD WARNING STATEMENT**  Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting  pre-1978 housing, lessors (owners) must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Lessees  (residents) must also receive a federally approved pamphlet on lead poisoning prevention.

**LEAD-FREE HOUSING**  If the housing unit has been certified as "lead free" according to 24 C.F.R. Section 35.82 or is not target  housing according to 24 C.F.R. Section 35.86, the lead-based paint hazard disclosure requirements do not apply, and therefore, it is not necessary to provide this addendum or a lead-based paint warning pamphlet and lead-based paint disclosure statement to the lessee (resident).

**LESSOR'S DISCLOSURE**

**Presence of lead-based paint and/or lead-based paint hazards** *(check only one box).*

☒ Lessor (owner) has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

☐ Known that lead-based paint and/or lead-based paint hazards are present in the housing *(explain).*

_____

_____

**Records and reports available to lessor** *(check only one box).*

☒ Lessor (owner) has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

☐ Lessor (owner) has reports or records indicating the presence of some lead-based paint and/or lead-based paint hazards in the housing, and has provided the lessees (residents) with all such records and reports that are available to lessor *(list documents).*

_____

**AGENT'S ACKNOWLEDGMENT** *(Initial)*

If another person or entity is involved in leasing the dwelling as an agent of the lessor (i.e., as a management company, real estate agent  or locator service acting for the owner), such agent represents that agent has informed the lessor of the lessor's obligations under 42 U.S.C.  4852(d) and agent is aware of agent's responsibility to ensure that lessor complies with such disclosure laws.

**LESSEE'S ACKNOWLEDGMENT** *(Initial)*

Lessee acknowledges the receipt of a copy of a federally approved pamphlet on lead poisoning prevention and all records or reports  listed above.

**ACCURACY CERTIFICATIONS**

The parties named below certify that to the best of their knowledge the above information and statements made or provided by them, respectively, are true and accurate.  The person who signs for the LESSOR may be the owner himself or herself, an employee, officer or partner of the owner,  or a representative of the owner's management company, real estate agent or locator service if such person is authorized to sign for the lessor.  The person who signs for the AGENT may be the agent himself or herself, or an employee, officer or partner of the agent if such person is authorized to sign for the agent.

| _1446 Kanawha St_ | | _Hyattsville_ |
| Apartment name & unit number OR street address of dwelling | | City |

| Lessee (Resident) | Date | Lessee (Resident) | Date |
| Lessee (Resident) | Date | Lessee (Resident) | Date |

| Printed name of LESSOR (owner) of the dwelling | | Printed name of any AGENT of lessor, i.e., management company, real estate agent or locator service involved in leasing the dwelling |
| Signature of person signing on behalf of above LESSOR | Date | Signature of person signing on behalf of above AGENT, if any | Date |

Maryland/National Apartment Association Official Form E-10 (Sheets 1 and 2), October 2010

© 2010, National Apartment Association, Inc.          1021201102040md11010551          Page 4 of 4

# TAB 21

# Bedford Station Apartments

### PRINCE GEORGE'S COUNTY ONLY
### LEASE AGREEMENT

This Lease made this __1__ day of __December 2010__, by and between **New Potomac LP dba/ Bedford Station** hereinafter called the "Landlord," and hereinafter called the "Tenant" (Jointly & Severally)

WITNESSETH:

That in consideration of the representations made in the Application filed by the Tenant with the Landlord, the rent herein reserved, and the covenants herein contained and by the said Tenant to be performed, the Landlord hereby leases to the Tenant, and the Tenant leases from the Landlord, the premises known as :

Apartment No __201__ in __1446 Kanawha St , Hyattsville, MD  20783__ for the term of (12) Months commencing on the **1** day of __December 2010__, and fully ending at midnight on the __30__ day of __November  2011__ at and for the total rental of Fourteen Thousand Sixty Four Dollars (14,064) payable in advance without deduction or demand, in equal  monthly installments of  **One Thousand One Hundred   Seventy Two Dollars and 00/100  ($1172.00)** for the term as stated above. All rent is due in advance without deduction or demand and all payments are due on the first day of each month during any term of this lease at the rental office of Landlord located at:  1400 University Blvd. Hyattsville , MD  20783 or at such other place as designated by the Landlord.

It is understood and agreed that Tenant is taking possession of premises on __December 1, 2010__ and is to pay the sum of **One Thousand One Hundred and Seventy Two Dollars , ($ 1172.00 )** as rent from the date of possession   through __December 31, 2010__

On __January 1, 2011 One Thousand One Hundred and Seventy Two and 00/100 ($1172.00)__ will be due. Thereafter, rent in the amount of **One Thousand One Hundred and Seventy Two Dollars and 00/00   ($1172.00)** will be due and payable on the First day of the month, commencing __February1, 2011__

A __$300__ Security Deposit has been received by the Landlord from the Tenant.

Occupants of the apartment to be:

1 **Mario Rosales**
2. **Maria Marquez_____**
3. _____
4. _____
5. _____
6. _____

THIS LEASE CONSISTS OF THIS PAGE AND FOUR (4) SUCCEEDING PAGES PLUS SIGNED ADDENDUMS; I HAVE READ THE ENTIRE DOCUMENT BEFORE SIGNING.

| | | |
|---|---|---|
| _Mario Rosales_ _____ | | LANDLORD: New Potomac dba/Bedford Station __ |
| Mario Rosales                  Date | | |
| _Maria Marquez_ _____ | | By : __R.M._____ |
| Maria Marquez              Date | | Agent |
| _____              Date | | |
| _____              Date | | |

# Bedford Station Apartments

## Lease Agreement
## Concession Addendum

The following lease provisions are incorporated in full in the lease dated **November 30 2010,** between**, New Potomac LP dba/Bedford Station)**, hereinafter called the "Lessor", and **Mario Rosales And Maria Marquez** hereinafter called the "Lessee", for the premises known as Apartment No **201** in **1446 Kanawha St  Hyattsville, MD  20783**. In the event of conflict between these provisions and any other provisions on the lease, these provisions prevail.

Provided Lessee is not in default of the Agreement, Lessor will provide Lessee with the following lease concession, which is to be accounted for by the Lessor and Lessee as follows (Check applicable):

☒ **ANNUAL (12 MONTH) CONCESSION** - Rent payment due through out the initial term of the lease shall be reduced equally by **$123.00** per month, so the total monthly adjusted rent shall be **$1049.00**. per month. This concession commences on **November 30, 2010 and terminates on November 30,2011**.

☒ **ONE TIME SPECIAL CONCESSION** -  A specific rent concession in the amount of **$300.00** shall be credited towards the rental payment for the period of**_ December 1** through **_December 31,** for the following reason (s) (please list specific and detailed explanation e.g. "free or partial months" rent per Owner): **Quick Decision**.

☐ **SERVICE INTERUPTION CONCESSION**- It is agreed by the Lessee and Lessor a specific monthly rent concession in the amount of $0.00 shall be credited towards the monthly rental payment commencing on _____, _____ and shall be discontinued on such date once the specific service & use listed below is restored as determined by the Lessor.

REASON: Notification will be given by the Lessor to the Lessee in writing, no less than seven (7) days in advance of the specific date on which the concession shall be terminated.

IT IS UNDERSTOOD AND AGREED by ALL parties that the credit(s) noted above is/are a rental concession(s) provided by the LESSOR as an inducement to enter into a thirteen (13) months lease agreement or to offer a remedy to specific circumstances beyond the control of the LESSOR. If the LESSEE is at any time in default of the Agreement, excepting that portion of the Agreement requiring the timely payment of rent, then in addition to the remedies provided in the Agreement, any concession already received and any future concession (s) received shall be revoked.

LESSEE hereby acknowledges receipt of one executed copy of the ADDENDUM.

| | |
|---|---|
| _Maria marquez_ | LANDLORD: New Potomac LP dba/Bedford Station |
| Resident                                    Date | |
| _m o B_ | BY: _R. M._ |
| Resident                                    Date | Agent                                   Date |
| _____ | |
| Resident                                    Date | |
| _____ | |
| Resident                                    Date | |

# Bedford Station Apartments



EQUAL HOUSING
OPPORTUNITY

## PRINCE GEORGE'S COUNTY ONLY
## LEASE AGREEMENT

**REPRESENTATIONS IN APPLICATION AND RIGHT TO CANCEL** 1. It is agreed that Landlord tenders and Tenant accepts this Agreement on the basis of the representations contained in the application submitted to the Landlord by Tenant for the purpose of inducing Landlord to enter into this Agreement with Tenant, Landlord reserves the right to cancel this Agreement and repossess the demised premises should any of said representations be misleading, inaccurate or untrue. A copy of said application is attached hereto and made a part of this Lease Agreement.

**ACCEPTANCE OF PROPERTY** 2. The Tenant acknowledges that he has examined the leased premises and his acceptance of this Agreement is conclusive evidence that said premises are in good and satisfactory order and repair unless otherwise specified herein; and the Tenant agrees that no representation as to the condition of the premises have been made and that no agreement has been made to redecorate, repair or improve the premises unless hereinafter set forth specifically in writing. The Landlord will deliver the leased premises and all common areas in a clean, safe and sanitary condition, free of rodents and vermin and in complete compliance with all applicable laws.

**SECURITY DEPOSIT** 3. Tenant's security deposit, which sum does not exceed two months rent, is to be held by the Landlord as collateral security and applied an any rent that may remain due and awing at the expiration of this Agreement, and extension thereof or holding aver period or applied an any damage or other expenses suffered by Landlord as a result of a breach of any covenant of this Lease. Tenant may not utilize the security deposit as rent nor shall he deduct the same from the last month's rent. In the event that any part of the said security deposit shall have been utilized by Landlord, in accordance with the terms hereof or applicable law, the Tenant shall upon the delivery of notice of same immediately deposit with the Landlord the amount so applied by Landlord so that Landlord shall have the full deposit on hand at all times during the term of this Lease and any renewal thereof or holding aver. The Landlord shall upon written request promptly provide the Tenant with a written list of all existing damages. A request by the Tenant must be made within 15 days of the Tenant's occupancy. Within 45 days after the end of the tenancy, the Landlord shall return the deposit to the Tenant together with simple interest which shall have accrued in the amount of 3% per annum, less any damages rightfully withheld. Interest shall accrue at 6-month intervals from the day this Lease Agreement commences. Interest shall not be compounded. Interest is payable only on security deposits of $50.00 or more. In the event of a sale of the property upon which this premises is situated or the transfer or assignment by the Landlord of this Lease, the Landlord shall have the right to transfer the security deposit to the transferee and Landlord shall be considered released from all liability for the return of the security deposit; and the Tenant shall look solely to the new Landlord for the return of his security deposit. It is agreed that the foregoing shall apply to every transfer or assignment made on the security deposit to a new Landlord. In the event of any rightful or permitted assignment of this lease by the Tenant to any assignee or sublessee, the security deposit shall be deemed to be held by the Landlord as a deposit made by the assignee and the Landlord shall have no further liability with respect to return of such security deposit to the assignor. Tenant has the right to be present when the Landlord inspects the premises after the Tenant vacates in order to determine if any damage has been done to the premises by the Tenant during his occupancy. The Tenant is required to notify the Landlord by certified mail of his intention to move, the date of the move, and the Tenant's new address. The notice furnished to the Landlord containing the above information shall be mailed at least fifteen (15) days prior to the date of moving. This fifteen (15) day notice in no way releases the Tenant's obligation under this agreement to provide the Landlord with a sixty (60) day written notice to vacate as stated in Clause #15 below. Upon receipt of the Tenant's notice pursuant to this provision, the Landlord shall notify the Tenant by certified mail of the time and date when the premises are to be inspected. The Landlord shall make the inspection within five (5) days before or five (5) days after the date of moving as designated by the Tenant's notice, such date of inspection to be at the sale discretion of the Landlord. Landlord shall furnish Tenant upon termination of the Lease an itemization of any damages chargeable to the Tenant. Tenant hereby acknowledges receipt of the information contained herein in accordance with Real Property, Section 8-203(g) of the Annotated Code of Maryland.

I hereby certify that as required under Prince George's County Bill number CB-113,k 1977,

I did receive ___ _ ___
                    **initial**
                 ___ _
                    **initial**

a copy of the Form prepared by the Landlord and Tenant Commission of Prince George's County.

**LATE CHARGE-DISHONORED CHECKS** 4. Landlord shall have the right to require rent payments to be made by money order, cashier's check and/or certified check. A service charge of $35.00 will be automatically made for each instance in which a check is returned

unpaid by the Tenant's bank for any reason. This service charge will be made in addition to any late charges assessed as described hereinafter. A late charge of one percent (1%) of the total monthly rental payment, per day, shall commence on the 6th day of each month, shall be assessed against the tenant, but in no event shall the late charge exceed five percent (5%) of the monthly rental. Any late charge due hereunder shall be due and awing as additional rent. Landlord shall furnish to the tenant a receipt for all rental payments, security deposits or otherwise paid by cash, except as may otherwise be provided herein.

**USE OF PREMISES AND IDENTITY OF OCCUPANTS** 5. Occupants as set forth herein before, and no other person or persons, may occupy the premises. Tenant agrees to use said premises for a dwelling and for no other purpose whatsoever and will not use same for any business purposes whatsoever; and shall not use or permit to be used the leased premises for any unlawful purpose or do or permit any unlawful act in or upon the leased premises nor make or permit to be made any disturbing noises or do or permit any act which will unreasonably interfere with the rights, comforts or conveniences of other occupants of the building or in any manner as to became or constitute a nuisance; and shall not sublet or assign the leased premises or any part thereof without the Landlord's prior written permission, which permission shall not be unreasonably withheld.

**POSSESSION** 6. In the event that the Landlord fails to deliver possession of the premises at the time stipulated herein as to date of commencement of the tenancy and in the event of such delay, the rent herein stipulated to be paid shall be abated until the date possession is delivered to the Tenant; except that in the event Tenant shall elect terminate, cancel and/or rescind this lease for failure to deliver possession as agreed herein. Tenant shall give written notice to. Landlord of his election prior to the date possession is delivered. Otherwise, Tenant shall remain liable for the full and faithful performance of this lease.

**COVENANTS AND DUTIES OF TENANT** 7. In addition to any other rules and regulations attached hereto or made a part hereof or published by the Landlord, the Tenant agrees:
(a) That he shall keep that part of the premises which he occupies and uses in a clean, sanitary and safe condition at all times.
(b) That he shall remove from his dwelling all trash, rubbish, garbage, and any other organic or flammable waste in a clean and sanitary manner at all times.
(c) That he shall keep all plumbing fixtures clean and sanitary at all times.
(d) That he shall properly use and operate all electrical and plumbing fixtures at all times.
(e) That he shall not permit any action on the premises with his permission to willfully and wantonly destroy, deface, damage, impair or remove any part of the structure or dwelling unit or the facilities, equipment or appurtenances thereto, nor himself do any such things.
(f) That he shall comply with all covenants, rules, and requirements and the like which are brought to his attention; the Tenant named herein does hereby acknowledge that he has received a copy of the rules and regulations applicable to his occupancy of the premises and the use of any facilities provided therewith and that he does hereby consent to the same.
(g) In the event it becomes necessary for Landlord to take legal action against Tenant because of violation of any covenant of this Agreement, Tenant will pay Landlord Ten Dollars ($10.00) for necessary administrative work unless legal action shall be terminated by a judgment for the Tenant. In addition, Tenant agrees to pay any court costs and reasonable attorney's fees which may be legally assessed by the Court.

**MAINTENANCE OF PREMISES** 8. The Tenant shall be liable for repairs of the leased premises, fixtures and appliances belonging pay the cost of said repairs upon the presentation of a written, itemized bill which shall be substantiated upon written request made by Tenant, which request shall be made within fifteen (15) days of presentation of the bill. In the event Tenant shall fail to pay the costs of said repairs within fifteen (15) days or after written substantiation shall have been made as requested, said cast of repairs shall became due as additional rent herein far the period or periods during which said thereto, resulting from damage by carelessness, misuse or neglect of the Tenant, his family, agents, servants or guests, and in the event the Landlord makes said repairs, Tenant shall be liable far and agrees to repairs were made. At the termination of his tenancy, the Tenant shall surrender the leased premises in good order and condition and in the same order in which they were received, usual wear and tear and damage resulting from acts not caused by Tenant's negligence, malfeasance or nonfeasance or those of his agents, servants, employees and invitees excepted. The Tenant shall give the Landlord prompt notice of any defects in or accidents to the water or steam pipes, electric wiring, heating, cooling apparatus or any other part of said leased premises in order that the same be repaired with due diligence. Nothing herein contained shall be deemed to grant the Tenant the right to make such repair without the consent of the Landlord. All charges for repair of damages to the

# Bedford Station Apartments

premises claimed by the Tenant shall be itemized and such charges shall be substantiated upon written request.

**COMPLY WITH RULES AND REGULATIONS** 9. The Tenant shall conform fully and faithfully with the rules and regulations already made or hereafter made by Landlord for the management of the building, its corridors, lobbies, drives, grounds, laundry rooms, storage rooms, recreation rooms, boiler rooms, parking lots or spaces, swimming pool, recreation or play areas and other appurtenances, and for the delivery of goods, merchandise and other things by trade people and other persons. Violation of such rules and regulations or anyone of them shall be deemed a breach of the Lease Agreement and the Landlord shall be entitled to exercise any and all remedies as provided in Paragraph No. 1 of this Lease. A copy of the existing rules and regulations is attached hereto and any rules or regulations hereinafter made by Landlord shall be delivered to Tenant and become a part of this Lease.

**NOT TO MAKE ALTERATIONS** 10. The Tenant shall not paint or permit the painting or wallpapering of any portion of the leased premises, alter or erect or cause to be erected, any structure in, about or upon the leased premises or permit or make any structure or alterations, additions or changes in or about the leased premises without the prior written consent of the Landlord.

**USE AND ENJOYMENT, CARPET AND RESTRICTIONS** 11. a) The Landlord covenants and agrees with the Tenant that upon the Tenant's faithful performance of this lease the Tenant may and shall peaceably and quietly have, hold and enjoy the premises for the term and period aforesaid, subject nevertheless to the terms and conditions of this lease. The Tenant shall not use, or permit to be used, the leased premises for any unlawful purpose, or do or permit any unlawful act upon the leased premises. The Tenant shall not make, or permit to be made, any disturbing noises, or do or permit any act which will unreasonably interfere with the rights, comforts or convenience of other tenants. Tenant shall keep the volume of any radio, TV or musical instruments in his apartment sufficiently reduced at all times, so as not to disturb other tenants in the building; and shall not conduct or permit to be conducted vocal or instrumental practice or instruction. Tenant shall not use or sell controlled dangerous substances on the premises nor allow guests or invitees to do so and shall keep the number of guests and invitees to a reasonable number so as to avoid annoyance and nuisance to the community and neighbors. b). There shall be no eviction of the Tenant by reason of paramount title, the foreclosure of any mortgage now or hereafter on the premises or by reason of any termination of any ground or any underlying lease to which this lease is subject and subordinate whether such termination is by operation of law, by agreement or otherwise, and shall not be construed as a breach of this Lease nor shall any action by reason thereof be brought against the Landlord. c). The Tenant shall carpet or rug the floors of his apartment to an extent that will eliminate any unreasonable noise caused or occasioned by walking on the hardwood floors of the leased premises.

**BANKRUPTCY OR DEATH** 12. In the event the Tenant is adjudicated bankrupt or makes an assignment for the benefit of creditors, or if the Tenant shall die, this agreement, at the option of the Landlord shall forthwith cease and determine and said premises shall be surrendered to the Landlord who hereby reserves the right in any of said events to forthwith re-enter and repossess said premises, provided that the same shall be done under authority of law. The parties hereto agree that said term of this lease shall cease and determine upon Tenant's death at the option of the Landlord and no right to possession of the leased premises shall pass to Tenant's heirs, executors, administrators or assigns by will or intestacy.

**CONDEMNATION OR EMINENT DOMAIN** 13. In the event eminent domain proceedings shall be instituted against the building, other improvements, and the land upon which said building and improvements are situated of which the demised premises are a part or if same is sold to the condemning authorities under threat of eminent domain, then in either of said events this agreement shall cease and terminate when title of the said building, land and other improvements passes and Tenant will make no claim for compensation for the balance of the term of this agreement or any portion of the award.

**TERMINATION OF LEASE BY LANDWRD OR TENANT FOR CAUSE** 14. If the Landlord shall at any time deem the tenancy of the Tenant undesirable by reason of objectionable or improper conduct, breach of any covenant in this Lease on the part of the Tenant, his family, servants, guests, invitees, causing annoyance to other tenants in said building, or should the Tenant occupy the subject premises in violation of any rule, regulation or ordinance issued or promulgated by the Landlord the rental authority and in any of said events the Landlord shall have the right to terminate his lease by giving the Tenant personally or by leaving at the leased premises, a thirty (30) day written notice to 2 quit and vacate the premises. Landlord shall thereupon be entitled to possession of said premises and may avail itself of any remedy provided by law for the restitution of possession and the recovery of delinquent rent. Landlord's re-entry and re-renting shall not discharge the Tenant from liability for rent nor from any other obligation of the Tenant under the terms of their Lease Agreement. If Landlord breaches its agreement under this Lease and fails to cure default or to commence activity to cure the - default within a reasonable period of time after written notice thereof, Tenant may terminate this lease upon thirty (30) days written notice to Landlord for cause which the Landlord has failed to cure or commence to correct.

**TERMINATION OF LEASE BY OTHER THAN MONTH TO MONTH TENANT UNDER SPECIAL CIRCUMSTANCES** 15. A Tenant who is in the initial term or a renewal term of his lease, and not a month to month tenant pursuant to paragraph 17 hereof, may upon thirty (30) days written notice from the Tenant to the Landlord terminate the Lease Agreement due to an involuntary change of employment from the metropolitan Washington area of the Tenant or death of a major wage earner. The Tenant shall continue to pay rent during the thirty (30) day period. In addition, Tenant is to pay to the Landlord at the time notice is given, a termination charge of an amount equal to one month's rent to cover the cost of redecoration, re-rental expense and the actual or potential loss of rental income. Tenant agrees to supply appropriate documentation to the Landlord to substantiate all representations made pursuant to this paragraph. In addition, Tenant is to pay for any damages to the premises in accordance with paragraph No.8 of the Lease Agreement.

**LANDLORD'S AND TENANT'S NOTICE OF VACATING** 16. Tenant further agrees to give Landlord at least sixty (60) days written notice of his intention to vacate at the expiration of the lease or any extension or holding over period, otherwise said Tenant shall be deemed to be holding over. In respect to any "Notice to Vacate" such Notice shall be deemed to be permission granted to the Landlord to enter and show said apartment at reasonable hours to prospective Tenants for the purpose of re-renting the apartment. In the event Landlord intends to increase the rent or change any other obligations of Tenant under this Lease Agreement, Landlord shall be obligated to give the Tenant sixty (60) days written notice prior to the commencement of a rent term. Should the Landlord desire to regain possession of the leased premises without the necessity of claiming the Tenant's breach of this lease, the Landlord is required to give Tenant sixty (60) days written notice prior to the commencement of a rent term.

_ML M_ Initial _____ Initial

_My R_ Initial _____ Initial

**TENANT HOLDING OVER** 17. Should the Tenant continue in possession after the end of the term herein created, with the permission of the Landlord, it is agreed that the tenancy thus created shall be a tenancy from month to month, nevertheless, however, subject to the terms and conditions of this lease and applicable law. In so continuing in possession of the premises as a tenancy from month to month, the Landlord reserves the right to increase the rent in accordance with law. Notice of termination to thereafter be given in accordance with paragraph 14-15-16 of this Lease.

**DAMAGES FOR FAILURE TO VACATE** 18. In the event the Tenant shall unlawfully hold over beyond the termination of this lease or any extension or renewal thereof, he shall be liable for damages, the measure of which shall be the Landlord's actual damage not exceeding double rent under the lease, apportioned for the duration of the holdover. The double rent set forth above shall include and not be in addition to apportioned rent for the period of holdover at the rate under the lease. Damages in excess of the rental rates specified herein should accrue only from the end of the term of any extension or renewal thereof or after the expiration of this written notice the Tenant is required to give to the Landlord, whichever is later, until the Tenant vacates the premises; provided, however, that the damages shall never be less than the apportioned rent for the period of holdover at the rental rate under the lease. Nothing contained herein is intended to limit any other remedies which the Landlord may have against the Tenant as a holdover tenant under the lease or under applicable law; or shall any notice given to the Tenant by the Landlord under the provisions hereof be construed as an election of remedies of the Landlord if notice is given prior to the end of the leased term.

**DEFAULT** 19. In the event the Tenant shall default in the covenant to pay rent, or if the Tenant shall default in the observance of any other covenant or condition of this lease, and if the Tenant shall fail to rectify such default, or if the premises be abandoned, vacated or deserted or if the Tenant shall fail to move in or take possession after the commencement of this term of this lease, except as otherwise herein provided, then in that event the Landlord shall have the right at its option to take possession of the leased premises and re-rent said premises as agent of the Tenant for the balance of the term of this lease and apply the proceeds from such re-renting towards the payment of the rent of the Tenant under this lease and such reentry and re-renting shall not discharge the Tenant from liability for rent nor from any other obligation of the Tenant under the terms hereof and the parties further understand and agree that under the terms and conditions of this provision, the Landlord shall be under no obligation whatsoever to attempt to re-rent the demised premises before renting other premises Landlord has available, but may at its option pursue any other remedy conferred upon the Landlord by this provision or by benefit of any law of this jurisdiction now or in the future in effect. The Landlord upon re-renting the premises for the benefit of the Tenant may do so for a term which may at the Landlord's option exceed the period which otherwise constituted the balance of the term of this lease. Tenant shall be obligated for any court costs or court approved,' reasonable attorney's fees.

**LEASE BINDING ON HEIRS, ETC**. 20. This lease and all covenants, conditions, terms and provisions hereof are binding upon and shall inure to the benefit of the successor and assigns for the Landlord and upon the heirs, executors, administrators and personal representatives and to the extent herein permitted on the assigns of the Tenant but nothing herein contained shall be deemed to require or

# Bedford Station Apartments

**PETS** 33. No dogs, cats, parrots or any other pets shall be permitted, kept or harbored in the leased premises without express written consent of the Landlord. Any tenant who is legally blind or legally deaf shall be entitled to keep and maintain a dog, certified as being specially trained, to aid the tenant in his handicap within the leased dwelling unit and

related structures. The Tenant agrees to obtain the Landlord's prior written consent to such animal and agrees to provide proper documentation as to handicap and to the specialized training and certification of the dog who assists the handicap.

**ACCESS BY LANDLORD AND INSPECTION OF PREMISES** 34. The Landlord or its agent shall have access to the leased premises at all reasonable hours after due notice and without objection of the Tenant in order to inspect the same or to make necessary repairs either in the leased premises or in said building, except in an emergency. The Tenant shall arrange to make said premises available to the Landlord for inspection or to make repairs deemed necessary by the Landlord.

**RIGHT TO SHOW PREMISES** 35. The Landlord shall have the right during the last sixty (60) days of the term herein created to show the leased premises to prospective tenants during reasonable hours and after notice to the Tenant, providing however, nothing herein set forth shall be deemed to prevent the Landlord from entering the leased premises in an emergency situation after due notice and the Landlord has good cause to believe that the Tenant has damaged premises, or may be in violation of the law or of this Agreement. The Landlord shall have the right to exhibit dwelling to prospective purchasers or mortgagees during normal business hours with the consent of the Tenant.

**SUBORDINATION** 36. This Lease is subject to all present or future mortgages or deeds of trust affecting the demised premises and Tenant hereby appoints the Landlord as his attorney in fact to execute and deliver any and all necessary documents to subordinate this lease to any such mortgage or deed of trust or other document evidencing a security interest on the premises.

**LICENSES AND COMPLIANCE WITH CODE** 37. The location of any license issued by any governmental authority can be inspected by the Tenant in the office of the Landlord. The Landlord acknowledges the responsibility of maintaining the premises and the parties hereto incorporate by reference the expressed warranty of habitability as defined in Section 13-153 of the prince George's County Code; the non-retaliation provisions as set forth in Section 13-160 of the Prince George's County Code, and the provisions acknowledging rent escrow as a lawful tenant remedy as set forth in Section 13-148 and Section 13-173 of the Prince George's County Code; and the further provisions of Section 13-153 and 13-156 of the Prince George's County Code.

**SECURITY, EQUIPMENT AND SERVICES** 38. In the event that security, equipment and/or services are at any time utilized on the project of which this leased unit is a part, it is agreed and understood that such security, equipment and/or services are produced solely for the benefit and for the protection of the Landlord and his property. Tenant shall not be entitled to rely or expect any benefit and/or protection in the event such security, equipment and/or services are provided. Landlord reserves the absolute right to terminate any security, equipment and/or services at any time and such action shall not constitute a diminution of services to the tenant.

**WAIVER OF BREACH NOT A GENERAL WAIVER** 39. No waiver of any breach of covenants, provisions, or conditions contained in this lease shall be construed as a waiver of a covenant, provision or condition itself, or any subsequent breach thereof; and if any breach shall occur and afterwards be compromised, settled or adjusted, this lease shall continue in full force and effect. This lease shall be deemed to survive and shall not be merged into any judgment which may be rendered in any Court of competent jurisdiction in any action in or arising out of the execution of this lease or the occupancy of the premises which are the subject matter of this lease and agreement.

**CONTEXT OF AGREEMENT** 40. Where the context of this Lease Agreement requires feminine or neuter pronouns shall be substituted for those of masculine form and the plural shall be substituted for the singular number in any place herein in which the context may require such substitution.

**NOTICES** 41. Any notice by the Landlord to the Tenant shall be deemed for all purposes to have been delivered to the Tenant, if such notice is delivered personally to the Tenant or to any person in the demised premises of suitable age or if any such notice is mailed postage prepaid addressed to the Tenant at the address of the premises occupied by the Tenant. Any notice by the Tenant to the Landlord shall be deemed to be fully given if it is in writing and if mailed and delivered by postage prepaid letter to the Landlord at the rental office or the main office of Landlord at the rental office.

**SEVERABILITY** 42. The provisions of this lease are severable and if any provision, clause, sentence, section or part thereof is held illegal, invalid or unconstitutional or inapplicable to any person or circumstances, such illegality, invalidity, unconstitutionality or inapplicability shall not affect or impair any of the remaining provisions, sentences, clauses, sections or parts of the acts or their application to Tenant or other persons or circumstances. It is understood and agreed that the terms, conditions and covenants of this lease would have been made by both parties if such illegal, invalid or unconstitutional provisions, sentence, clause section or part had not been included therein to the extent that a portion of this Agreement may be invalid by striking of certain words or phrases, such words or phrases shall be deemed to be stricken and the remainder of the provisions and the remainder of the other portions of this Lease Agreement shall remain in full force and effect.

**MANAGEMENT** 43. That Landlord hereby appoints and designates The Donaldson Group as its lawful agent to manage, control and enforce the terms of this Lease Agreement and the rules and regulations attached hereto in its name or names of the Landlord.

**ENTIRE UNDERSTANDING** 44. This Agreement contains the full and entire understanding between the parties hereto and no party shall be bound by any terms, condition or representation, oral or written, unless set forth herein.

IN WITNESS WHEREOF, the Landlord has caused these presents to be signed in person or by person thereunto, duly authorized, and the Tenant has further caused the same to be signed and sealed all on the day and the year first hereinabove written.

# Bedford Station Apartments

## COMMUNITY RULES AND REGULATIONS

It is our intention and purpose to operate the property, which you have made your home as an outstanding residential community. We will strive at all times to render prompt and efficient service and to maintain the property in the best possible condition. Your cooperation in observing these rules will avoid confusion and possible embarrassment. Promptly notify the leasing office of any needed repairs to equipment or fixtures. The following rules and regulations are a part of the lease agreement:

*M L m* 1.   **RENTAL PAYMENTS AND LATE CHARGES** – All rents are due and payable in advance on the first of each month. Monthly bills are not rendered. Please make checks payable to: Victoria Station Apartments and forward to the Leasing Office or as specified by the landlord. Cash cannot be accepted.

A  _5%_ late charge will be assessed on all rents after the 5th of each month. Rents not received by the 5th must include the late charge or they will not be accepted. (* 1% per day after the 5th, not to exceed 5%).

*Da S 2.*  **SIXTY (60) DAY NOTICE -** A 60 day written notice, must be given to the Property Manager prior to the resident vacating. The notice is required even in the event the tenant intends to vacate at the termination of the lease. The notice should state a definite moving date. Blank vacate notice forms are available at the Leasing Office.

3.   **KEYS AND LOCKS -** Two sets of apartment keys and one mailbox key are issued at the time of occupancy. Alteration or replacement of locks or installation of bolts, knockers, mirrors, or other attachment to the interior or exterior of any door requires the prior written consent of the management. The resident is required to furnish management a key for any lock installed by the resident. An additional charge will be made for lost keys or damaged locks.

4.   **MOVING** – Moving of furniture is permitted between the hours of 8 a.m. and 6 p.m. only. No moving is permitted on Sundays and legal holidays. Please arrange with your moving company to dispose of all crates, barrels and packing boxes used in moving.

5.   **MAINTENANCE** – Please make requests for repairs or maintenance by telephoning the Leasing office between 9 a.m. and 5 p.m. Monday through Friday. Any emergency calls will be handled immediately. No charge is made for repairs or adjustments unless necessitated by negligence or mistreatment by a resident.

6.   **LIGHT BULBS** – Each apartment will be equipped at time of occupancy with electric bulbs and fuses (where applicable). After move-in, resident is expected to replace burned out bulbs and fuses.

7.   **PUBLIC LAUNDRY ROOMS (WHERE APPLICABLE)** – Coin-operated washers and dryers are provided for your convenience. Please remove clothing from the machine promptly. Do not use tints or dyes. Please report any malfunctioning of these machines to the Leasing Office. Use of privately owned clothes washers or dryers is strictly prohibited. No outside drying lines are permitted.

8.   **TRASH REMOVAL** - Please help keep the premises clean by using the trash receptacles that are provided. It is imperative that all trash be wrapped or placed in bags and deposited I the containers provided. Trash is not to be deposited or dumped by children. Nothing is to be left in the halls at any time.

9.   **STORAGE ROOMS (WHERE APPLICABLE)** – Storage space has been provided for each apartment. Only space assigned may be utilized by each resident and it is the resident's responsibility to padlock any locker assigned. While every effort is made to safeguard property, management assumes no responsibility for loss or damage to articles stored. Do not store gasoline, paint, or other inflammable materials in these storage areas. Any items placed outside your storage area will be removed.

10.   **PATIOS AND BALCONIES-** Patios and balconies must be kept clean at all times. Do not use them for storage areas. Hanging of rugs or any article of clothing over or on balconies or patios is prohibited. Dusting or shaking or maps, brooms, or other cleaning materials out of windows, doors or patios is strictly prohibited. Kindly refrain from tossing cigarettes or trash off balconies and patios. In compliance with County Fire Prevention Code, no charcoal cookers, braziers, or grills or any gasoline or liquefied petroleum gas fires, stoves or similar device shall be ignited or used on the balconies or spaces under balconies of apartment buildings. Pets are not at any time to be left unattended on the patio or balcony.

11.   **CHILDREN** – Children are not permitted to play in the halls, stairways, parking areas or anywhere in or around the building where they may endanger themselves or unnecessarily disturb residents. Organized games or sports are prohibited on the lawns, sidewalks, etc. Designated play areas must be used. Children or working parents must be adequately supervised by someone designated by the parents and be provided with means of access to their apartment at all times. It is of the utmost importance that children be so supervised that they will not present a disciplinary problem for the Management.

12.   **ENTRANCES AND HALLWAYS** – Children's toys, bicycles, wagons, or carts are not to be left at the entrances or hallways. Items left in the hallways will be confiscated. Signs of any type are not to be placed in the hallways or on apartment doors. Newspaper deliveries, etc should be taken in promptly to minimize the possibility of accidents to others. Congregating of residents in groups at entrances, or sitting on entrance steps, stoops, walks or hallways are prohibited.

13.   **DISTURBANCES, NOISE** – In consideration of your neighbors, no resident shall make, or permit any disturbing noises by himself, his family or friends. No resident shall play or operate any musical instrument, radio, or television in a manner which will disturb his neighbors, or permit any boisterous conduct or other actions which will disturb the peace and quiet of the premises. Pianos or organs are not permitted above the ground floor.

14.   **DISPOSALS** – It is recommended that the cover be kept in the drain position when not in use to prevent foreign materials from accidentally dropping into the unit. When using your disposal, be sure you have the cold water turned on. It is important to maintain a sufficient flow of water to flush shredded waste such as potato peelings through the drains even after the disposal has been turned off.
Do not place bottle caps, glass, pins, foil, crockery, rags, string or paper in the disposal. Any damage or costs for repairs for repairing the disposal because of negligence will be charged to the resident. If the disposal should not operate insure that the switch is off and call the Leasing Office for service.

15.   **REFRIGERATORS** – Your refrigerator requires defrosting regularly to prevent frost build-up on the freezing compartment. Do not use any type of sharp instrument to pick or scrape off ice. This action can very easily puncture the coil causing a loss of refrigerant and requiring expensive replacement, which is the responsibility of the resident.

# Bedford Station Apartments

16. **DISHWASHERS** – Food particles are to be removed from all dishes. Be sure to use the correct detergent. Do not use soaps; sudsing types of detergents or liquid detergents used in hand dishwashing.

17. **FLOORS** – Water is not to be used on wooden floors. A good wood cleaner on the floor will give best results. Please do not use paste wax, acrylic wax, cleaning wax, or clear varnish on your kitchen floors. A good self-polishing wax is suggested.

18. **FLOOR COVERINGS (WHERE APPLICABLE)** – All residents are required to provide adequate floor covering for walking areas so the neighbors are not disturbed who live below and in adjacent apartments. A minimum of 85% covering per room is required.

19. **EXTERMINATING SERVICES** - Exterminating service, excluding moth control and flea control, is available on request or at the discretion of the Management. For service please telephone the Leasing office. The exterminator treats the 2nd and 4th Friday of each month.

20. **SOLICITORS** – Door to door soliciting is not permitted. Residents are requested to notify the Leasing office when solicitors appear in the building.

21. **PARKING** - Adequate parking space for private licensed passenger vehicles of residents is provided. Vehicles must be headed into curb and parked within marked lines. Trucks, boats, trailers, campers, buses, etc may be parked only with the written permission of the management. Any vehicles with expired license plates, no license plates, or those that are inoperable will be towed away at the owner's expense. This also applies to vehicles that are illegally parked or that has missing parts or is defaced. Please observe the "No Parking" areas designated by painted curbs and posted signs. Fire lanes must be kept open for emergency vehicles. No mechanical repairing of cars will be permitted on the parking lot. Please observe the posted speed limit/yield signs.

22. **CAR WASHING** - By bucket only.

23. **LAWN AREAS**- n line with a continuing program of beautification and landscaping of the property, lawn areas must be kept free of litter, parked bicycles, wagons, baby pools, motorcycles, lawn furniture, tables, and other equipment. All lawns, shrubs and trees shall be cut and maintained ONLY by the employees or agents of the Lessor. No gardening or planting of any kind will be permitted. Any such planting will be removed by the management without notice to resident.

24. **ANTENNAS AND AERIALS** - No outside or attic antennas or aerials shall be permitted. See Satellite Dish Addendum and Renter's Insurance Addendum.

25. **LOCK OUTS** - Management does not provide lockout service.

26. **ALTERATIONS AND REDECORATIONS** – Residents are prohibited from making any alterations or additions to the structure, equipment, or fixtures or do any redecoration or repainting without the written consent of the Management.

27. **PETS** –Pets accepted – Please see Pet Addendum.

28. **PLUMBING** - The toilets and other water and sewer apparatus and fixtures shall not be used for purposes other than those, for which they were designed, and no sweepings, matches, rags, ashes, diapers, or other improper articles shall be thrown therein. The cost of repairing any damage resulting from misuse of any of the same shall be borne by the resident.

29. **DAMAGE TO THE PROPERTY** - The management reserves the right to charge a resident for damage to the property as a result of negligence, carelessness, or misuse. The resident shall at all times maintain the interior of his apartment in a clean, orderly and sanitary condition.

30. **RULES MUST BE COMPLIED WITH** - In accordance with the lease agreement; all rules and regulations stipulated herein must be strictly adhered to. The resident agrees to comply with other reasonable rules and regulations as may be established by the management from time to time for the purpose of maintaining the character of the occupancy of the premises.

**FOR EMERGENCY MAINTENANCE, PLEASE CALL THE LEASING OFFICE NUMBER DAY OR NIGHT.**

## Bedford Station Apartments

| | | | |
|---|---|---|---|
| _signature_ 11-30-2,010 | | _____ | _____ |
| Resident      Date | | Agent      Date | |
| _Maria Marquis_ 11-30-2,010 | | | |
| Resident      Date | | | |
| _____ | | | |
| Resident      Date | | | |
| _____ | | | |
| Resident      Date | | | |

# Bedford Station Apartments

New Potomac LP dba/Bedford Station

This document shall serve as an Addendum ("the Addendum") to The Donaldson Group Residential Lease

Agreement between **Mario Rosales And Maria Marquez ,**   ("resident")   and the property owner("landlord") and shall

pertain to utility billing to the resident by minol ("company")

1. Resident, occupying the property known as Apartment No **201 in 1446 Kanawha St , Hyattsville , MD 20783** ("the Premises") acknowledges and agrees that Resident is responsible for costs associated with water/sewer consumption ("Utility Charges") as part of their use and possession of the Premises.
2. The resident will be charged a fee monthly for a 1 bedroom apartment in the amount of $28.00 per month and for a 2 bedroom at $33.00 per month and this amount is due and payable with rent and will be considered part of rent.  If this amount is not received with the rental payment they will be considered late and charged the proper fees. Landlord shall have the right to add the Utility Charges as additional rent to Resident's account and shall be entitled to file a lawsuit for possession of the Premises based upon outstanding Utility Charges as Additional Rent and/or breach of lease for failure to pay utilities.
3. In the event Resident does not tender payment for the Utility Bill so that it is RECEIVED by the Company with rent as set forth in paragraph 2 above, Resident shall be responsible for the payment of a late fee of five percent (5%) of the total amount due as Additional Rent.
4. A Non-Sufficient Funds ("NSF") charge of thirty five dollars ($35.00) will be assessed to Residents for checks returned for any reason.
5. The provisions of this Addendum to Lease shall remain in full force and effect at the expiration of the term of the lease and shall continue on a month-to-month basis as long as Resident is a tenant.
6. Any and all charges due pursuant to this Addendum shall be deemed additional rent, allowing the Landlord to add the charges to the Resident's account with Landlord and further allowing Landlord to include all such charges in an action for possession of the Premises based upon non-payment of rent.
7. The undersigned acknowledge they have read this Addendum, that they fully understand the terms, and accept those terms and conditions.

The undersigned acknowledge they have read this Addendum to the Rental Agreement and hereby accept the terms and conditions contained herein.

Resident or Residents (all must sign)

_____  11-30-2010_____

Signature                          Date

_____  11-30-2010_____

Signature                          Date      Agent

# Bedford Station Apartments

## RENT PAYMENT POLICY  -  PRINCE GEORGE'S COUNTY

In accordance with your lease agreement, all rents are due and payable on the first day of each month.  **Rent is late after the first of the month.**  Suit **WILL** be filed on the **SECOND (2ⁿᵈ)** of the month for non-payment of rent and a legal fee will be charged to your account.

No personal checks will be accepted for payment of rent after the **FIFTH (5th)** of each month.  Only payment in the form of a certified check or money order will be accepted.

Suit for non-payment of rent will be filed against any resident whose rent is not received by the **SECOND (2nd)** of the month.  After suit is filed, a legal fee of $45 will be due and payable.  No payment will be accepted unless it includes the legal fee.  Once a judgment is received after the court date and writ of eviction is issued, a $ 75 writ fee will be added to the rent.

In accordance with the Prince George's County Landlord/Tenant Law, the late charge is assessed at the rate of 1% per day on the **SIXTH (6th)** of the month, not to exceed 5% on the **TENTH (10)** of the month.

**Any checks returned from the bank for any reason will NOT be re-deposited.  All such checks must be redeemed by a certified check or money order.  The 5% late fee and a $35 return check fee will be added to the rent.**

In all cases, rent will never be accepted without the inclusion of all due charges and fees.

**Partial payments are not accepted,**   (outstanding late and legal fees will be credited first, and the balance credited to rent.)

**CASH IS NEVER ACCEPTED.**  All rents should be paid in person or by mail at your rental office.


I have read the above and understand the above to the best of my knowledge.


_____ 11-30-2010                    _____

Resident                      Date                              Agent                           Date

_Maria   Marquez_ 11-30-2010

Resident                      Date

_____

Resident                      Date

_____

Resident                      Date

# Bedford Station Apartments

### MARYLAND

LEASE ADDENDUM
Criminal Offense Provision

The following additional lease provisions are incorporated in full in the lease dated **November 30,   2010** between the Landlord and **Mario Rosales And Maria Marquez** .  In the event of conflict between those provisions and any other provisions of the Lease, these provisions shall prevail.

It shall be a substantial and material breach of this lease which warrants eviction and termination of this lease if the tenant or any occupant of the leased premises before, at the time of, or after the commencement of this lease agreement is arrested for, charged with, or convicted of any criminal offense or if the tenant or occupant of the leased premises is listed, defined, or registered as "an offender", "child sexual offender", "sexually violent offender", or a "sexually violent predator" pursuant to Maryland law.

Resident:                                               Landlord:

_____ 11-30-2010            _____
Resident            Date                        Agent              Date

maria marquez 11-30-2010
Resident            Date

_____            
Resident            Date

_____            
Resident            Date

# Bedford Station Apartments
## Supervision of Children

It has come to the attention of the Leasing Office that parents are allowing children to play everywhere but the playground area, especially in the street and parking lots; this is in direct violation of your Rules and Regulations:

"Children are not permitted to play in the halls, stairwells, parking area or anywhere in or around the buildings. (where that may endanger themselves or disturb residents).  Assigned play area must be used. Someone must adequately supervise children of working parents designated by the parents and be provided with means of access to their apartment at all times.  It is of the utmost importance that children be so supervised that they will not present disciplinary problems for the Management".

Please make note of the above, as management does not want children to get hurt unnecessarily.

Thank you,

_SHiCRS_____ _11-30-2010_          _____
Resident              Date                          Agent                    Date

_Maria Marquez_ _11-30-2010_
Resident              Date

_____
Resident              Date

_____
Resident              Date

# Bedford Station Apartments
## Mold Addendum

The presence of mold in an apartment dwelling can result in the deterioration of air quality potentially creating health problems especially for those with sensitive respiratory systems or allergies. In an effort to curb the growth of mold, management is requiring that tenants participate in our mold disclosure program.

**Notification Of Management**

Since mold grows and spreads quickly, tenants are required to notify management in writing promptly of the following conditions:

- A water leak, excessive moisture, or standing water inside Lease Premises;
- A water leak, excessive moisture, or standing water in any building common area;
- Mold growth in or on the Leased Premises, no matter now minimal, that persists after tenant has tried several times to remove it with household cleaning solution, such as Lysol or Pine-Sol disinfectants, Tilex Mildew Remover, Clorox, or a combination of water and bleach;
- A malfunction in any part of the heating, air-conditioning, or ventilation system in the Leased Premises.

Prevention Requirements

**In an effort to mitigate mold and mildew growth, the following should be followed:**

- Do not keep damp items lying around.
- Use proper ventilation especially in bathrooms.
- Air conditioning use is essential when outside humidity is very high.
- Do not boil water on the stove for long periods of time without ventilation.
- In the event of a leak or spill, immediately remove all liquid and dry the area completely.

Residents Liability

Residents shall be held liable to Owner for any damages sustained to the leased Premises or to Tenant's person or property as a result of Tenant's failure to comply with the terms of this Addendum. Violation of this Addendum shall be deemed a material violation under the terms of the Lease and Owner shall be entitled to exercise all rights and remedies it possesses against Resident at law or in equity. Owner also has all other rights and remedies set forth in the Lease including damages, eviction, and attorneys fees to the extent the allowed by law.

**Addendum Supersedes Lease**

In case of conflict between the provisions of this Addendum and any other provisions of the Lease, the provisions of this Addendum shall govern.

**Acknowledgement**

Please sign and date below as acknowledgement that this information has been supplied, and to attest to the fact that you have been made aware of your responsibility as a resident to notify management in writing immediately of any mold problems.

I (We) have read the above information and am aware of the potential problems associated with mold growth. By signing below, I (We) accept my responsibility to report any such mold problems in writing to management within (24) hours of discovery, and hereby release the Management and Owner from any damage that may arise due to my failure to provide notice of any mold problem.

| Resident | Date | | Agent | Date |
|---|---|---|---|---|
| _m.o.t_ | 11-30-2,010 | | | |
| Maria marquez | 11-30-2010 | | | |
| Resident | Date | | | |
| Resident | Date | | | |
| Resident | Date | | | |

1400 University Blvd #102, Hyattsville, MD 20783   •   Tel:  301-439-6611   •   Fax:  301-439-2034

# Bedford Station Apartments
## Disclosure of information on Lead-Based Paint and Lead-Based Paint Hazards

**Lead Warning Statement**

Housing built before 1978 may contain lead-based paint.  Lead from paint, paint chips, and dust can pose health hazards if not taken care of properly.  Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, landlords must disclose the presence of known lead-based paint hazards in the dwelling.  Tenants must also receive a Federally approved pamphlet on lead poisoning prevention.

**Lessor's Disclosure** (initial)

_____ (a)  Presence of lead-based paint or lead-based paint hazards (check one below):

 _X_ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain)
Lead presence found in  Interior Unit- 1. All Window Sashes 2. Exterior Unit Door Casing 3. Common Area Crawl Space Access (door casing) 4. Common Area Stairwell- Stair Newel Post, Stair Stringers, Door Casing, Ladder. 5. Storage Room- Door Casing.

 __ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

___ _ (b)  Records and reports available to the lessor (check one below):

 _X_ Lessor has on site for review upon request available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

Lead Hazard Control Plan – Connor Envionrmental – dated January 28, 2008

___ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgment** (initial)

_ML_ (c)  Lessee has received copies of all information listed above.
_MR_ (d)  Lessee has received the pamphlet *Protect Your Family* from Lead in Your Home.

**Agent's Acknowledgment** (initial)

_GB_ (e)  Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d and is aware of his/her responsibility to ensure compliance.

## Certification of Accuracy

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

| | | | |
|---|---|---|---|
| _Maria TS_   11-30-2010 | | _____ | |
| Resident | Date | Agent | Date |
| _Maria Marquez_  11-30-2010 | | | |
| Resident | Date | | |
| _____ | | | |
| Resident | Date | | |
| _____ | | | |
| Resident | Date | | |

# Bedford Station Apartments
## Digital Broadcast Signal Dish Addendum

This addendum shall become a part of the lease for the residence at **1446 Kanawha St , Apt#201** dated **November 30,  2010** between New Potomac LP dba/Bedford Station) and **Mario Rosales And Maria Marquez**

In accordance with the FCC ruling concerning the " Implementation of Section 207 of the Telecommunications Act of 1996",  I understand that I may choose to purchase and install a satellite dish, otherwise known as a DBS (digital broadcast signal) satellite dish, or a traditional stick-type antenna in the leased premises within the resident's exclusive use or control. I also understand that in addition to allowing the purchase of a DBS dish within a multi-family housing community, Section 207 of the Telecommunications Act also outlines the parameters governing the installation of the dish. These parameters are outlined below:

1. _Size_ - The size of the dish may be no more than 1 meter (slightly less thank three (3) feet) in diameter.

2. _Location_ - The satellite dish must be kept within the boundaries of my apartment dwelling only, not one adjoining or shared by another resident.  No part of the antenna or dish may extend beyond the balcony/patio line and cannot block fire escapes. Devices that extend the dish or antenna beyond the balcony/patio line, such as a pole, are prohibited.  The dish may not be attached to the outside wall, outside windowsill, or common area balconies, stairwells, or grounds.

3. _Installation_ – Installation by a professional is encouraged.  I/We understand that there is to be no drilling of any kind into the exterior wall, window, sliding glass door, balcony railings, balcony flooring, patio floor, roof, or doorways.  No antenna or dish may be installed near power lines.  Installation must be in compliance with electrical codes for proper grounding.

4. _Interior Hook Up_ - The satellite or antenna system must be a stand alone system.  A resident may not splice into any existing wires or cables.  The connection to an inside receiving device can be made by either a flat cable under a sliding door or by means of a device on the window that allows a signal to pass through the glass.  No doors or windows are allowed to be left ajar.

5. _Indemnification_ - I/We indemnify the owner/manager of this community from any legal responsibility as a result of the installation and operation of my DBS dish.  I/We will be responsible for any damages to property as a result of the installation or removal or operation of the DBS dish.  I/We understand that it is my/our responsibility to inform the office of the date and time the dish will be installed so that the office staff can approve of the installation.

6. _Insurance_ – Residents are required to obtain liability insurance in the amount of $100,000.00 to fully cover claims that may be made by the community owner/manager or third parties as a result of damage or injury caused by the dish or antenna.  The insurance must list the community owner/manager as an additional insured.  I/We will be responsible for obtaining a Renter's Insurance policy that covers any damage that may be caused due to the dish.  I/We will provide a copy of the policy to the leasing office before the dish is installed.

| | | | |
|---|---|---|---|
| _Mario JR_ | 11-30-2010 | | |
| Resident | Date | Agent | Date |
| _Maria  marquez_ | 11-30-2010 | | |
| Resident | Date | | |
| | | | |
| Resident | Date | | |
| | | | |
| Resident | Date | | |

# Bedford Station Apartments

**LEASE ADDENDUM**
**Resident Insurance Requirement**

While we are proud of our reputation for the quality of life at our communities, accidents happen, even when people are careful, and damage caused by a resident is usually the financial responsibility of that resident, not the property owner.  These accidents – such as bathtubs overflowing, kitchen fires or damage to the common areas – can create significant financial hardship for apartment residents.  **That is why liability or property damage insurance is required for throughout your entire lease term.**

Mandatory Renter's Insurance:  During the term of the Lease Agreement, Lessee must maintain a renter's insurance policy, at no cost or expense to Lessor.  The policy must protect Lessor against claims for bodily injury and property damage arising out of the use, occupancy or maintenance of the premises by Lessee.  The insurance policy must have personal liability coverage of at least $100,000 per occurrence.  Contents coverage (i.e. coverage for Lessee's personal property) is not required under this Agreement, but is available and advisable.  The policy limits will not limit the Lessee's liability.

Before the beginning of Lessee's tenancy, Lessee must deliver to Lessor a certified copy of the insurance policy or certificates of insurance evidencing the existence and amounts of the required insurance.  The policy must contain an endorsement specifying that the policy may not be cancelable except after thirty days prior written notice to Lessor or representative of the Lessor.  At least thirty days before the expiration of the policy, Lessee must furnish Lessor with evidence of renewal or "an insurance binder" evidencing renewal.  Lessee may not do anything or allow any action that invalidates the policy.

Please note that this community's insurance does not cover a resident's possessions if they are damaged or stolen.  To obtain coverage for your possessions, we strongly recommend you purchase a policy that includes "contents" insurance.

For the convenience of residents that do not have a specific insurance agent identified, we have arranged for a convenient, affordable insurance option for this community.  Effective Coverage, LLC has made available Renters Insurance available for multifamily residents.

Please indicate your insurance election below:

☐ I have enrolled with Effective Coverage, LLC for liability and contents insurance.

☒ I have arranged for liability or property damage insurance coverage through __First American Property & Casualty Insurance Co.__, and have listed ___Bedford Station___ Apartments as an interested party on my policy.  I understand that I must maintain liability or property damage coverage for the duration of my lease.

☐ I make no election at this time, but will provide proof of liability or property damage coverage prior to receiving the keys to the apartment.

| | |
|---|---|
| _m.c.ts_ | _11-30-2,010_ |
| Resident Signature | Date |
| _maria marquez_ | _11-30-9,010_ |
| Resident Signature | Date |

Renters Insurance Select Policy

## Personal Information

| First Name: | Mario | MI: | | Last Name: | Rosales |
|---|---|---|---|---|---|
| Address: | 1446 KANAWHA STREET | Unit: | 201 | | |
| Phone: | 2407060983 | Email: | | | |

**Additional Resident**

| Name: | Maria Vasquez |
|---|---|

## Coverage Options

**Effective Date of Coverage**

12/1/2010

**Policy Information**

| Insurance Company: | First American Property & Casualty Insurance Co. |
|---|---|
| Policy Number: | MDPT-000536282 |
| Coverage Type: | Personal Liability/Personal Property |

| | Coverage Amount |
|---|---|
| **Personal Liability:** | $100,000 |
| **Personal Property:** | $10,000 |

Deductible: $250 per covered loss

| **Water back-up and sump discharge or overflow coverage:** | No thanks, I understand the offer but decline coverage. |
|---|---|
| **Premium Total:** | $108.00/year = $0.30/day |

**Payment Information**

**Payment Type:** Check/Money order

Please include your policy number on your payment.

**Please immediately mail check for full annual premium to:**
First American Property & Casualty
Attn: Customer Service and Payments
P.O. Box 1679
Santa Ana, CA 92702-1679

Close Window

# Bedford Station Apartments

### Renter's Insurance Waiver and Release of Liability

I Mario Rosales And Maria Marquez.  (Resident) , living at1446 Kanawha St , Apt#201 will not be purchasing and/or renewing Renter's Insurance for my apartment and hereby release and forever discharge the property, its owner, and managing agent, if any, their officers, directors, agents, employees, shareholders, and assigns (collectively, the "Released Parties") from any and all claims, demands, causes of actions, suits, damages costs and expenses for any and all personal property damage caused by flooding, fire, theft etc.

I recognize and acknowledge that all my personal property is my responsibility.  I further understand that this Waiver and Release is absolute as to all claims, demands, causes or actions, suits, damages, costs and expenses which may arise as a result of any personal property damage which could occur.

I have read and fully understand this document and voluntarily and freely agree to the terms and conditions set forth.

Signature:_____ Day of: _____ 20_____

_____

Participant Signature

_____

Printed Name of Participant

This waiver is annexed to and becomes a part of any other document concerning this lease.

1400 University Blvd #102, Hyattsville, MD 20783   •   Tel:  301-439-6611 •   Fax:  301-439-2034

# Bedford Station Apartments

## *EMERGENCY MAINTENANCE CALL PROCEDURES*

### THE FOLLOWING IS CONSIDERED AN EMERGENCY

### PLEASE CALL:    301-439-6611

### 24 HOUR SERVICE

- **No heat**
- **No air conditioning**
- **Smell gas – make sure it is not the pilots on your stove (This is not an emergency).**
- **Toilet overflowing (if only 1 in apartment)**
- **No hot water or no water at all**
- **Sewer back up**
- **Electrical failure**
- **MAJOR pipe leak**

## YOU MUST BE HOME TO OBTAIN SERVICE ...

**Maintenance will respond to emergencies only !!!!!  You MUST be home at the time the call is made and the technician comes to your apartment.**

All other requests will be addressed the following day,

Thank you,
Management

**I have read and understand the above emergency procedures:**

| | | |
|---|---|---|
| _Maria_  11-30-2010 | | |
| Resident | Date | Agent                    Date |
| _Maria Marquez_ 11-30-2010 | | |
| Resident | Date | |
| | | |
| Resident | Date | |
| | | |
| Resident | Date | |

# Bedford Station Apartments

## PARKING REGULATIONS AND TOWING POLICY

### TOWED AT OWNER'S EXPENSE

THE FOLLOWING PARKING PROCEDURES ARE STRICTLY ENFORCED:

**NO COMMERCIAL VEHICLES** WILL BE ALLOWED TO PARK IN ANY PARKING LOT OR SPACE.  (A COMMERCIAL VEHICLE IS ANY CAR, TRUCK, OR VAN WITH PRINTED LETTERS ON THE BODY INDICATING A COMPANY. ANY TRUCK LARGER THAN A PICK UP OR VAN WILL BE CONSIDERED A COMMERCIAL VEHICLE).

**ANY VEHICLE IN DIS-REPAIR, IMPROPERLY TAGGED, EXPIRED TAGS, VEHICLES FOR SALE  WILL HAVE TO FIND OFF PROPERTY PARKING.**

NO VEHICLE WILL BE ALLOWED TO PARK AGAINST A YELLOW CURB - PARKING OR DRIVING ON THE GRASS OR SIDEWALKS AT ANY TIME -   TAKING MORE THAN ONE SPACE AT A TIME.

VEHICLES WILL BE TOWED IF THEY ARE PARKED IN FRONT OF OR BESIDE A TRASH DUMPSTER, IF THEY ARE PARKED IN ANY SPACE THAT IS BOXED OFF OR IF THEY PARK IN FRONT OF A FIRE LANE.

VEHICLES WILL ALSO BE TOWED IF THEY HAVE THE OLD PARKING PASSES WHICH ARE NOT IN USE AND IF THEY ARE USING NEWER STICKERS WHICH HAVE BEEN FLAGGED AS STOLEN.

NO VEHCILE SHOULD BE PARKED IN FRONT OF THE OFFICE BETWEEN THE FOLLOWING HOURS:

**MON THRU FRIDAY:  9AM TO 6PM**
**SAT:  10AM TO 5PM**
**SUN:  12PM TO 5PM**

**NO STORING** OF ANY VEHICLES.  **NO REPAIRING** OF ANY VEHICLES OF ANY KIND-EXCEPT FIXING A FLAT TIRE.

ONLY ONE VEHICLE PER LEASEHOLDER CAN BE REGISTERED. TO REGISTER A VEHICLE YOU MUST HAVE A VALID DRIVERS LICENSE AND MARYLAND VEHICLE REGISTRATION CARD.

THE COST TO REPLACE A PARKING STICKER IS $200 – WHEN YOU MOVE-OUT, YOU MUST RETURN THE STICKER TO THE MANAGEMENT OFFICE OR THE COST WILL BE BILLED TO YOUR ACCOUNT.

## *ALL VEHICLES MUST HAVE A PERMIT ON THE FRONT WINDSHIELD TOP DRIVERS SIDE. Visitors park in designated visitor parking spaces only!*

ALL TOWING WILL BE PERFORMED BY:

**DRIVE TOWING**
**PO BOX 569**
**KENSINGTON, MD  20895**
**(301) 585-8808**

I/WE HAVE READ AND UNDERSTAND THE ABOVE PARKING POLICIES.

| Resident | Date | Agent | Date |
|---|---|---|---|
| | | | |

| Resident | Date |
|---|---|
| | |

| Resident | Date |
|---|---|
| | |

| Resident | Date |
|---|---|
| | |

# Bedford Station Apartments

**Fire Protection**

Charcoal Grills

| | |
|---|---|
| Report Number: | FP-95-215 |
| Release Date: | March 9, 2007 |
| Section Title: | Consultations |

Question

Are there any nationally accepted fire codes or standards that prohibit the use of charcoal grills on balconies?

Response

Yes. Subsection 308.3.1 of the *International Fire Code* (IFC), published by the International Codes Council (ICC), provides specific restrictions on the use of charcoal and other open-flame cooking devices on balconies. **Specifically, the Code states that such devices cannot be used on balconies or within 10 ft (3 m) of combustible construction.**

Additionally, NFPA 1, *Uniform Fire Code*, published by the National Fire Protection Association (NFPA), provides the same restrictions in subsection 10.11.7.

According to the report, *Selections from Home Cooking Fire Patterns and Trends - Charcoal Grills*, published by NFPA, on average, 45 percent of charcoal grill fires occur on balcony or un-enclosed porches and these fires result in $5 million in direct property losses each year. The report is available from the NFPA Website at www.nfpa.org/assets/files//MbrSecurePDF/os.charcoalgrill.pdf.

COPYRIGHT ©2007, ISO Services Properties, Inc.

The information contained in this publication was obtained from sources believed to be reliable. ISO Services Properties, Inc., its companies and employees make no guarantee of results and assume no liability in connection with either the information herein contained or the safety suggestions herein made. Moreover, it cannot be assumed that every acceptable safety procedure is contained herein or that abnormal or unusual circumstances may not warrant or require further or additional procedure.

| | | | |
|---|---|---|---|
| Resident | Date | Agent | Date |
| Resident | Date | | |
| Resident | Date | | |
| Resident | Date | | |

# Bedford Station Apartments

### ROOMMATE ADDENDUM

Sharing an apartment in our community can be rewarding and enjoyable experience for you.  We welcome you to your new home and hope that the following clarifications will aid you in having an enjoyable residency.

As roommates occupying this apartment, we agree to and understand the following provisions:

1. Each roommate alone and together with the other roommate(s) named on the Lease Agreement accepts full responsibility for all terms of the Lease Agreement.

2. All roommates agree to the following:
   a. Vacating roommate(s) will visit the Leasing Office and sign the Agreement to Release Lessee of Lease Responsibility form to have their name(s) removed from the Lease Agreement and releasing their security deposit to the continuing roommate(s).  The vacating roommate(s) will be accompanied by the remaining roommate(s) who must also sign the Agreement to Release Lessee of Lease Responsibility form consenting to releasing the vacating roommate(s).

   b. A new roommate(s) will complete an Application for Lease and be subject to normal qualifying procedures.  When approval is given, a replacement Lease Agreement will be prepared to include the new roommate(s).

3. The security deposit will remain in the deposit account until the apartment is totally vacated.  Refunds shall be made in the joint names of the remaining roommate(s) and new roommate(s).  Partial refunds shall not be made.  Vacating roommate(s) may recover their share of the deposit from the remaining roommate(s) or a new roommate(s).

4. In the event you do not follow the proper procedures for roommate changes, all residents on the original Lease Agreement will be held responsible for the full term of the Lease and when all conditions of the Lease are fulfilled, the deposit will be refunded in the joint names of the original roommates.

5. We can accept only one monthly check for the full rental payment due each month.  No partial payments will be accepted.

Thank you for your cooperation in observing these guidelines.

| _____ _____ | _____ _____ |
| Resident                Date | Agent                Date |
| _____ _____ | |
| Resident                Date | |
| _____ _____ | |
| Resident                Date | |
| _____ _____ | |
| Resident                Date | |

# Bedford Station Apartments



## Compact Fluorescent Light Bulb Facts

Why switch to Compact Fluorescent (CFL) Light Bulbs?  Here are a few great reasons!

- Based on the average current cost of electricity in **Maryland**, you could save approximately **$65.48** per year if you replaced five (5) 100W standard incandescent light bulbs with five (5) 25W compact fluorescent (CFL) light bulbs.

- Based on the average current cost of electricity in **Virginia**, you could save approximately **$49.17** per year if you replaced five (5) 100W standard incandescent light bulbs with five (5) 25W compact fluorescent (CFL) light bulbs.

- But by using a CFL light bulb, you reduce the amount of fuel a power plant must consume; replacing one standard light bulb with a CFL bulb will prevent, over the bulb's lifetime, over 500 pounds of coal from being burned!

- CFL bulbs produce about 75 percent less heat, so they're safer to operate and can cut energy costs associated with home cooling.

- Compact fluorescent bulbs use about 75 percent less energy than standard incandescent bulbs.

- CFL bulbs last up to 10 times longer than standard incandescent bulbs.

- If every American home replaced just one light bulb with a compact fluorescent bulb, we would save enough energy to light more than 3 million homes for a year, more than $600 million in annual energy costs, and prevent greenhouse gases equivalent to the emissions of more than 800,000 cars.

- Lighting accounted for approximately 9% of household electricity usage in the United States in 2001, so widespread use of CFLs could save most of this, for a total energy saving of about 7% from household usage.

- If every household in the U.S. replaced three 60-watt incandescent lamps with CFLs, the change could reduce pollution as much as taking 3.5 million cars off the road.

# Bedford Station Apartments

## MOVE IN CHECKLIST

Number of Keys Received:

*MRML*      Front Door – Lock change Policy Reviewed

*MRML*      Mailbox Keys

*MRML*      Rent is due no later than midnight on the 1st of every month.

*MRML*      All forms of payment must be made payable to Sienna Creek Apartments
**Complete Address** must be put some where on your **Check** or **Money Orders**

*MRML*      Drop box is located outside the main door to the Leasing Office

*MRML*      Satellite Dish Policy and Balcony Policy Reviewed

*MRML*      Move in inspection form must be turned in within 48hrs of your move in date

*MRML*      Renter's insurance has been recommended

*MRML*      Emergency Maintenance can be reached after hours by calling 301-439-6611.
During the weekend, maintenance is available for emergencies only.

*MRML*      Trash is not to be left outside your front door or on your patio or balcony.
Please dispose of your trash properly in the trash receptacles provided throughout
the community.

*MRML*      There is a 30 – day notice required to vacate your apartment home.  The notice
must be in writing and be signed by all leaseholders.

| | | |
|---|---|---|
| *(signature)*    11-30-2010 | | _____ |
| Resident Signature    Date | | Agent      Date |
| *Maria Marquez*   11-30-2010 | | |
| Resident Signature    Date | | |
| _____ | | |
| Resident Signature    Date | | |
| _____ | | |
| Resident Signature    Date | | |

# Bedford Station Apartments

## RESIDENT INFORMATION FORM

Address: 1446 Kanawha  St  Apt#201

1) _Mario  osvaldo  Rosales_____ Age: _22___ Sex: **M** F  Phone: _240-706-6983_
    Lease Holder/Occupant (circle one)

2) _Maria   marquin_____ Age: _33___ Sex: M **F**  Phone: _240 705 1910_
    Lease Holder/Occupant (circle one)

3) _____ Age:_____ Sex: M  F  Phone:_____
    Lease Holder/Occupant (circle one)

4)_____ Age:_____ Sex: M   F  Phone:_____
    Lease Holder/Occupant (circle one)

5)_____ Age:_____ Sex: M   F  Phone:_____
    Lease Holder/Occupant (circle one)

6)_____ Age:_____ Sex: M   F  Phone:_____
    Lease Holder/Occupant (circle one)

Pet:

Type_____  Description_____  Weight_____

Home Phone Number:_____  Email:_____

Car Info:

1) Make_____  Model_____  Year_____  Color_____

License Plate Number_____  State _____  Permit #_____

2) Make_____  Model_____  Year_____  Color_____

License Plate Number_____  State _____  Permit #_____

3) Make_____  Model_____  Year_____  Color_____

License Plate Number_____  State _____  Permit #_____

# Bedford Station Apartments

## ENERGY SAVING PLEDGE

### 1446 Kanawha St , #201

I promise to partner with The Donaldson Group in its energy conservation program. I understand that by conserving energy and natural resources I can help save our environment while reducing my expenses. Here are some of the ways my family and I will achieve this goal:

- **ELECTRICITY/GAS**
  - Turn off and/or unplug non-essential lights and appliances, including my computer
  - In winter, set the thermostat between 68 and 70 degrees F; for each degree I turn it down equals 5% savings on heating costs
  - In summer, set the thermostat between 73 and 75 degrees F
  - Close shades/blinds at night to increase insulation
  - Avoid running large appliances such as washers, dryers and ovens during peak energy demand hours (5-9 AM & 4-7 PM)
  - Run the dishwasher only when full
  - Use fluorescent light bulbs whenever possible
  - Wash clothes in cold water whenever possible
  - Wash and dry only full loads
  - Set refrigerator between 37-40 degrees F and freezer at 5 degrees F
  - Look for blue flames in gas appliances; yellow flames indicate inefficient burning and that an adjustment may be needed
  - Cover pans when boiling water, it boils faster

- **WATER**
  - Water heating is the 3rd largest energy expense in my home, typically accounting for about 14% of my utility bill; by conserving water, I will also be conserving energy
  - Report leaks immediately to the rental office
  - Avoid running water while washing dishes, shaving, brushing teeth, etc.
  - Replace baths with showers; showers use approximately one third less water than baths
  - Avoid using the "rinse hold" function on my dishwasher; this uses 3-7 gallons per use
  - Avoid rinsing the dishes before putting them into the dishwasher

| | | | |
|---|---|---|---|
| _curtis_    11-30-2,010 | | _____ | |
| Resident Signature    Date | | Agent              Date | |
| _maria    marquez_ 11-30-2,010 | | | |
| Resident Signature    Date | | | |
| _____ | | | |
| Resident Signature    Date | | | |
| _____ | | | |
| Resident Signature    Date | | | |

# Bedford Station Apartments

**ADDENDUM TO THE LEASE**
**MILITARY TRANSFER CLAUSE**

### 1446 Kanawha St , #201

It is understood and agreed that if a tenant who is on active duty with the United States Military and subsequently enters into this Lease Agreement shall hereafter be transferred from his/her present duty station to another duty station for a period in excess of three months, the Tenant shall have the right to give the Landlord thirty (30) days notice, in writing, of his/her intention to vacate. This notice must be accompanied by a copy of his/her transfer orders. Upon the expiration of said thirty (30) day notice period, the unexpired term of this Lease shall terminate, provided the Tenant has re-delivered possession of the premises to the Landlord, has paid all rent and fees due up to the date of expiration of said thirty (30) day notice or the date of said re-delivery of possession, whichever is greater.

No term of this Addendum shall be construed to release the Tenant from the obligation to pay for damages to the premises, painting and cleaning of the premises, late fees, attorney's fees and court costs due and owing.

| | | |
|---|---|---|
| _Smith_  11-30-2010 | | _____ |
| Resident Signature   Date | | Agent          Date |
| _Maria Marquez_  11-30-2010 | | |
| Resident Signature   Date | | |
| _____ | | |
| Resident Signature   Date | | |
| _____ | | |
| Resident Signature   Date | | |

# TAB 22

## REALTY MANAGEMENT SERVICES, INC.

| **Apartment Lease Contract Declaration Pages** |
| --- |

Date of Apartment Lease Contract: **September 16, 2019**
THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING

1.  **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Norma Beltran De Henriquez, Joaquin E. Henriquez and Rony Henriquez Beltran** and **Realty Management Services, Inc.**, as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (1406 University Blvd Hyattsville MD 20783). You have agreed to rent 201 (The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management," "we," "us," and "our" refer to the management company listed above. Written notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2.  **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

    Name                                                    Age      Sex      Relationship to Lessee

    No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3.  **LEASE TERM.** The initial term of the Lease begins on the **1st** day of **December, 2019,** and ends at midnight on the **30th** day of **November, 2020, ("12- month Lease Term").**


Initia

R.J.H.B

    **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4.  **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$99.00 (PAID)**, due on or before the date this Lease is signed.
    The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5.  Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.

Lease Renewal (5).docx



6.    **RENT AND CHARGES.**  You will pay $1,463.00 for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on **N/A**. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through **N/A**. You will pay the pro-rated sum of $**N/A** due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending **N/A**. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.    **UTILITIES.**  You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.    **INSURANCE AND SAFETY.**  Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your eviction and**

D.B.
Initial

J.E.H.P

P.J.H.B

*N. B.*

*R. J. H. B*

*J. E. H. P*

entitling Management to exercise any and all legal remedies.  You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph.  **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

**I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.**

*N. B.*
Initia

*R. J. H. B*

*J. E. H. P*

The Apartment Community is not located in a designated flood plain.  Resident has read and understands this acknowledgement.

Initia

You are legally bound by this document.  Read it carefully before signing.  You shall receive an original after it is fully signed.  Keep it in a safe place.

Resident or Residents (*all sign below*)

Management's Representative
Realty Management Services, Inc.
DBA ROSS Management Services

Norma Beltran

By: _____

(Resident) _____

(Resident) _____

(Resident) _____

(Resident) _____

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

Realty Management Services, Inc.
DBA ROSS Management Services
7910 Woodmont Ave, Suite 350
Bethesda, MD 20814

**Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

Lease Renewal (5).docx

**UTILITY ADDENDUM:  RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT**
**Bedford Station and Victoria Station**
**1406 University Blvd Hyattsville MD 20783**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated **December 1st, 2019** between

Realty Management Services Inc. Management **Norma Beltran De Henriquez, Joaquin E. Henriquez**
**and Rony Henriquez Beltran 201**

1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   [X] **By Resident - $38.00 per month for a one-bedroom apartment, $43.00 per month for a two-bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on one of the following methods:
   [] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on one of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on one of the following methods:
   [] Submetering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on one of the following methods:
   [] Submetering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.

7. Individual A/C units must not be installed without prior written consent of Landlord. Resident acknowledges that if an individual A/C unit is installed in the apartment, it must be installed in the living room area. Only one A/C unit is permitted. As per Paragraph 9 of your lease agreement, you agree not to alter, damage or remove our property. You will be liable for any damages to the windows, screens, walls, flooring or building exterior.

   Check One:
   [x]  Resident provided and installed A/C unit

   []  Management provided and installed A/C unit

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

9. Bills for utilities are payable upon receipt.  Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease.  Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

_Norma Beltran_ _____ SEP 16 2019 ___
Tenant                              Date

_____ SEP 16 2019 ___
Tenant                              Date

_____
Tenant                              Date

_____
Tenant                              Date

_____
Tenant                              Date

_____
Tenant                              Date

Management's Representative
Realty Management Services, Inc
DBA ROSS Management Services

By: _____
         As Agent for Owner          Date



**Bedford & Victoria Station Apartments**

**1400 University Blvd Suite #102, Hyattsville, MD 20782   Ph.301-439-6611**

## IMPORTANT NOTICE
## ABOUT YOUR REGLAZED BATHTUB

## INSTRUCCIONES PARA LIMPIAR SU BAÑERA

Your bathtub, tub walls and sink has been specially glazed. It will remain new and shiny if you follow these instructions for cleaning.

WHICH CLEANERS TO USE: **(LIMPIADORES QUE SE DEBEN USAR)**

1. SOFT SCRUB
2. LIQUID COMET
3. BON AMI
4. LYSOL TUB CLEANER

5. DOW TUB CLEANER
6. IVORY DISHWASHING LIQUID
7. K7 MULTIPURPOSE CLEANER
8. FIBER CLEAN

**DO NOT** USE ABRASIVE CLEANERS OR: **(NO USAR ESTOS LIMPIADORES)**

1. BLEACH
2. TILEX
3. AJAX
4. COMET
5. FANTASTIC
6. FORMULA 409

7. LIME AWAY
8. X-14
9. SHOWER POWER
10. SCRUB FREE
11. TOUGH ACT
12. ANY ACID BASED CLEANERS

**USE CLEANERS SPARINGLY AND WIPE YOUR BATHTUB DRY AFTER USE. PLEASE DO NOT USE RUBBER MAT, DO NOT USE HAIR DYES OR CLOTHING DYES.** With the above easy care your bathtub will maintain its beautiful shine. We hope you enjoy your new bath tub! Leaseholder (s) agrees to be responsible for the cost of re-refinish tub, walls and sink as result of not following the above instructions.

UTILICE LIMPIADORES DE LIMPIEZA Y LIMPIE SU BAÑERA DESPUÉS DEL USO.**POR FAVOR NO USAR EL ANTI-DESLIZANTE, NO UTILICE TINTAS PARA EL PELO O TINTAS DE ROPA.** Con el cuidado fácil mencionado anteriormente, su bañera mantendrá su hermoso brillo. ¡Esperamos que disfrute de su nueva bañera!

Los inquilinos entienden que serán responsables del costo de re -pintar su bañera, paredes, o lavamanos si resultan ser dañadas por no seguir las instrucciones mencionadas arriba.

Address: **1406 University Blvd 201 Hyattsville, MD 20783**

Norma Beltran De Henriquez, Joaquin E. Henriquez and Rony Henriquez Beltran

Tenant: _Norma Beltran_ Date: _SEP 16 2019_

Tenant: _____ Date: _____

Tenant: _____ Date: _____

EHO

SEP 16 2019

## APPLICATION INFORMATION/TIPS

1.     Along with a completed Application for each applicant and guarantor (if applicable), we require three consecutive pay stubs. If you cannot provide pay stubs, then you may submit a letter from your employer, on their letterhead, that states salary information and length of employment, along with your previous year's W-2. If you are self-employed, the previous three year's tax returns are required to verify income.

2.     If child support is being considered as part of the salary requirements, we require a copy of a court document.

3.     We require an original Social Security Card and Driver's License at the time of application, for all applicants and any guarantors (if applicable). If you cannot provide a Social Security Card, then you may use an Individual Taxpayer Identification Number Card (ITIN Card). We will need to verify that the address you listed on the application matches your photo I.D. If you do not drive or have a State issued I.D., you can bring in utility bills or other proof that you live at the address provided. The address that you have listed on your application must match the one listed on your driver's license, valid photo identification, or other proof of address that has been provided. If it does not, you will need to furnish us with a change of address card. If you cannot, your application will not be approved.

4.     If you state that you never lived anywhere other than at home or with relatives, no other address should appear on your credit report.  If you are renting in a private residence, you must bring the last three cancelled checks or money order receipts, showing payment of rent. Any misrepresentations on your application will result in an immediate disapproval.

5.     Failure to abide by the terms of the lease pertaining to the use of the premises, i.e. no subletting, conducting a business or illegal activity (i.e., food or alcohol sales, prostitution, drug sales, etc.) is not permitted and is considered to be a breach of the lease which will result in the loss of your tenancy.  Also, tampering with or removal of smoke detectors inside of the apartment is a breach of lease action.

6.     We comply with Equal Housing Opportunity Regulations.  Equal access to all types of housing is not only a right, but it is the law and policy of this government.  It is illegal for any person to discriminate in housing on the basis of race, color, religion, national origin, sex, handicap, or familial status.

We understand and acknowledge that the information presented at the time of application is true and correct and the apartment is to be used as a residence only.  We will abide by the terms of the lease and failure to do so will result in loss of tenancy.

Community Representative's Signature: _____

_____     SEP 16 2019
Norma Beltran De Henriquez                    Date

_____     SEP 16 2019
Joaquin E. Henriquez                          Date

_____     _____
Rony Henriquez Beltran                        Date



# TAB 23

# REALTY MANAGEMENT SERVICES, INC.

## Apartment Lease Contract Declaration Pages

Date of Apartment Lease Contract: **November 19th 2018**

**THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING**

1.    **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you,* the resident(s) **Norma Beltran De Henriquez, Joaquin E. Henriquez** and **Realty Management Services, Inc.,** as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (1406 University Blvd Hyattsville MD 20783). You have agreed to rent 201 (The The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2.    **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

| Name | Age | Sex | Relationship to Lessee |
|------|-----|-----|------------------------|
|      |     |     |                        |




No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3.    **LEASE TERM.** The initial term of the Lease begins on the **1st day of December, 2018,** and ends at midnight on the **30th day of November, 2019, ("12- month Lease Term").**

Initia

This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.

4.    **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$99.00(Paid),** due on or before the date this Lease is signed.
The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5.    Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.




6. **RENT AND CHARGES.** You will pay $**1,388.00** for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on **N/A**. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through **N/A**. You will pay the pro-rated sum of $**N/A** due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending **N/A**. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7. **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8. **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse,**

Initial

Lease Renewal

suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your eviction and entitling Management to exercise any and all legal remedies. You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

**I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.**

The Apartment Community is not located in a designated flood plain. Resident has read and understands this acknowledgement.

Initia

---

You are legally bound by this document. Read it carefully before signing. You shall receive an original after it is fully signed. Keep it in a safe place.

---

**Resident or Residents (*all sign below*)**

Norma Beltran.
(Resident)

_____
(Resident)

_____
(Resident)

_____
(Resident)

**Management's Representative**
**Realty Management Services, Inc.**
**DBA ROSS Management Services**

By: _____

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

**Realty Management Services, Inc.**
**DBA ROSS Management Services**
**7910 Woodmont Ave, Suite 350**
**Bethesda, MD 20814**

---

**Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

Lease Renewal



UTILITY ADDENDUM: RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT
Bedford Station and Victoria Station
1406 University Blvd. Hyattsville MD 20783

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated **December 1st, 2018** between Realty Management Services, Inc. ("Management") and **Norma Beltran De Henriquez, Joaquin E. Henriquez** Resident(s)") of Apt. No **201**

1. Responsibility for payment of utilities will be as indicated in Items 2-5.
   Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   [X] **By Resident - $33.00 per month for a one-bedroom apartment,**
   **$38.00 per month for a two-bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on one of the following methods:
   [] Sub metering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage for Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on one of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on one of the following methods:
   [] Sub metering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on one of the following methods:
   [] Sub metering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.

7. Resident acknowledges that if an individual A/C unit is installed in the apartment window(s), there is a $65.00 per month charge for each A/C unit. A separate lease addendum is required.

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

8. Bills for utilities are payable upon receipt. Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease. Any disputes relating to the computation of the Resident's bill or the accuracy of any sub metering device will be between the Resident and Management or the utility billing company.

**Resident or Residents** (all sign below)

_Norma Beltran._
_____
(Resident)

_____
(Resident)

_____
(Resident)

_____
(Resident)

**Management's Representative**

**Realty Management Services, Inc.**

By: _____

Utility Addendum 1/2005
RMS

APPLICATION INFORMATION/TIPS

1.      Along with a completed Application for each applicant and guarantor (if applicable), we require three consecutive pay stubs. If you cannot provide pay stubs, then you may submit a letter from your employer, on their letterhead, that states salary information and length of employment, along with your previous year's W-2. If you are self-employed, the previous three year's tax returns are required to verify income.

2.      If child support is being considered as part of the salary requirements, we require a copy of a court document.

3.      We require an original Social Security Card and Driver's License at the time of application, for all applicants and any guarantors (if applicable). If you cannot provide a Social Security Card, then you may use an Individual Taxpayer Identification Number Card (ITIN Card). We will need to verify that the address you listed on the application matches your photo I.D. If you do not drive or have a State issued I.D., you can bring in utility bills or other proof that you live at the address provided. The address that you have listed on your application must match the one listed on your driver's license, valid photo identification, or other proof of address that has been provided. If it does not, you will need to furnish us with a change of address card. If you cannot, your application will not be approved.

4.      If you state that you never lived anywhere other than at home or with relatives, no other address should appear on your credit report.  If you are renting in a private residence, you must bring the last three cancelled checks or money order receipts, showing payment of rent. Any misrepresentations on your application will result in an immediate disapproval.

5.      Failure to abide by the terms of the lease pertaining to the use of the premises, i.e. no subletting, conducting a business or illegal activity (i.e., food or alcohol sales, prostitution, drug sales, etc.) is not permitted and is considered to be a breach of the lease which will result in the loss of your tenancy.  Also, tampering with or removal of smoke detectors inside of the apartment is a breach of lease action.

6.      We comply with Equal Housing Opportunity Regulations.  Equal access to all types of housing is not only a right, but it is the law and policy of this government.  It is illegal for any person to discriminate in housing on the basis of race, color, religion, national origin, sex, handicap, or familial status.

We understand and acknowledge that the information presented at the time of application is true and correct and the apartment is to be used as a residence only.  We will abide by the terms of the lease and failure to do so will result in loss of tenancy.

Community Representative's Signature: _____
**Norma Beltran De Henriquez, Joaquin E. Henriquez**
**Address: 1406 University Blvd. Apt. #201 Hyattsville, MD. 20783**

Norma Beltran                              11/19/18
Lessee's Signature                         Date

_____                   11/19/18
Lessee's Signature                         Date

_____
Lessee's Signature                         Date



# REALTY MANAGEMENT SERVICES, INC.

## Apartment Lease Contract Declaration Pages

Date of Apartment Lease Contract: **October 21, 2017**
**THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING**

1.  **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Norma Beltran De Henriquez and Joaquin E. Henriquez Perez** and **Realty Management Services, Inc.**, as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (1406 University Blvd Hyattsville MD 20783). You have agreed to rent 201 (The The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2.  **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

    Name                                                    Age        Sex        Relationship to Lessee

    No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3.  **LEASE TERM.** The initial term of the Lease begins on the **1st** day of **November, 2017, and ends at midnight on the 31st day of October, 2018, ("12- month Lease Term").**

    
    Initia

    **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4.  **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$ 99.00(Paid)**, due on or before the date this Lease is signed.
    The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5.  Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.




6.   **RENT AND CHARGES.** You will pay $\underline{\textbf{\$1,313.00}}$ for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on **November 1st 2017**. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through **N/A.** You will pay the pro-rated sum of $\underline{\textbf{\$N/A}}$ due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending **N/A.** Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.   **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.   **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your**

*N.B.*

Initial

*JEHP*

Lease Renewal



**eviction and entitling Management to exercise any and all legal remedies.** You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

**I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.**



Initia

Initia

The Apartment Community is not located in a designated flood plain. Resident has read and understands this acknowledgement.

---

You are legally bound by this document. Read it carefully before signing. You shall receive an original after it is fully signed. Keep it in a safe place.

---

Resident or Residents (*all sign below*)

Management's Representative
**Realty Management Services, Inc.**
**DBA ROSS Management Services**

Norma Bettran

By: _____

(Resident)

_____
(Resident)

_____
(Resident)

_____
(Resident)

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

**Realty Management Services, Inc.**
**DBA ROSS Management Services**
**7910 Woodmont Ave, Suite 350**
**Bethesda, MD 20814**

---

**Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

---

Lease Renewal

**UTILITY ADDENDUM:  RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT**
**Bedford Station and Victoria Station**
**1406 University Blvd Apt 201 Hyattsville MD 20783**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated **November  1ˢᵗ, 2017** between Realty Management Services, Inc.  ("Management") and Norma Beltran De Henrriquez and Joaquin E. Henrriquez Perez ("Resident(s)") of Apt. No 201

| |
|---|

1. Responsibility for payment of utilities will be as indicated in Items 2-5.  Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   **[X] By Resident - $28.00 per month for a one-bedroom apartment, $33.00 per month for a two-bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on one of the following methods:
   [] Sub metering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on one of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on one of the following methods:
   [] Sub metering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on one of the following methods:
   [] Sub metering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.

7. Resident acknowledges that if an individual A/C unit is installed in the apartment window(s), there is a $65.00 per month charge for each A/C unit.  A separate lease addendum is required.

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

8. Bills for utilities are payable upon receipt.  Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease.  Any disputes relating to the computation of the Resident's bill or the accuracy of any sub metering device will be between the Resident and Management or the utility billing company.

**Resident or Residents** (*all sign below*)

Norma Beltran
(Resident)
(Resident)
(Resident)
(Resident)

**Management's Representative**

**Realty Management Services, Inc.**

By: _____

# TAB 24



# Apartment Lease Contract

Date of Lease Contract: **November 30, 2013**
(when the Lease Contract is filled out)

**This is a binding document. Read carefully before signing.**

<table><tr><td colspan="2">Moving In – General Information</td></tr></table>

1. **PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) *(list all people signing the Lease Contract):*
**Norma Beltran De Henriquez, Joaquin E.**
**Henriquez Perez**
_____
_____ and *us*, the owner:
**Bedford United LLC**
_____

*(name of apartment community or title holder).* You've agreed to rent Apartment No. **201** , at **1406 University**
**Boulevard East** (street address) in
**Hyattsville** (city), Maryland,
**20783** (zip code) for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we", "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

2. **OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract):*
_____
_____
_____
_____

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than **14** consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

3. **LEASE TERM.** The initial term of the Lease Contract begins on the
**1st** day of **December** , **2013** , and ends at midnight the
**30th** day of **November** , **2014** .
Your Initials (Resident's) _____ (Residents must initial this paragraph)
**This Lease Contract will automatically renew month-to-month unless either party gives at least __60__ days written notice of termination or intent to move-out as required by paragraph 37. If the number of days isn't filled in, at least 30 days notice is required. This paragraph must be initialed by you because it contains an automatic month-to-month renewal provision. Please see Paragraph 15 pertaining to Rent Increases and Lease Contract Changes which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4. **SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ **120.00** , due on or before the date this Lease Contract is signed.

An animal deposit will be stated in any animal addendum. The total deposits will not exceed the equivalent of two (2) month's rent. This lease and any Animal Addendum will constitute your receipt for the security deposit(s). Your security deposit(s) will be deposited and held in an interest bearing account in a federally insured banking institution located in Maryland. That account will be dedicated solely to security deposits. At the time your deposit is due to be returned, we will pay you simple interest, not compounded, which accrues at six-month intervals, at the rate of three percent (3%) per year on your deposits, to the extent funds are to be returned to you. See paragraphs 41 and 42 for security deposit return information.

**NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS.** Under Maryland Code 8-203 you have the following rights:
1. The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the leased premises, common areas, major appliances, and furnishings owned by us.
2. You have the right to be present when we or our agent inspects the premises in order to determine if any damage was done to the premises, if you notify us by certified mail of your intention to move, the date of moving, and your new address.
3. Your notice requesting a move-out inspection in our presence must be furnished to us by mail at least fifteen (15) days prior to the date you move.
4. Upon receipt of your notice to move, we will notify you by certified mail of the time and date the premises are to be inspected.
5. The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.
6. Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages.
7. The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.
8. In calculating the damages for lost future rents, any amount of rents received by us for the premises during the remainder, if any, of your lease term, will reduce the damages you owe us by a like amount.

**Under Maryland Code 8-203.1 this Lease also constitutes your receipt for payment of a security deposit. We acknowledge receipt of security deposit(s) from you in the amount of $_____ . You have the following rights with regard to this security deposit(s):**

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez

© 2013, National Apartment Association, Inc. - 11/2013, Maryland

---

(1) You have the right to have your dwelling unit (apartment) inspected by us in your presence for the purpose of making a written list of damages that exist at the commencement of the tenancy if you request an inspection by certified mail within fifteen (15) days of your occupancy (the date you move in);

(2) You have the right to be present when we inspect the premises at the end of your tenancy in order to determine if any damage was done to the premises if you notify us by certified mail at least fifteen (15) days prior to the date of your intended move, of your intention to move, the date of moving, and your new address;

(3) We are obligated to conduct the move-out inspection within five (5) days before or after your stated date of intended moving;

(4) We are obligated to notify you in writing of the time and date of the inspection;

(5) You have the right to receive, by first class mail, delivered to your last known address, a written list of the charges against your security deposit claimed by us and the actual costs, within forty five (45) days after the termination of the tenancy;

(6) We are obligated to return any unused portion of your security deposit, by first class mail, addressed to your last known address within forty five (45) days after the termination of your tenancy; and

(7) Our failure to comply with the security deposit law may result in us being liable to you for a penalty of up to three (3) times the security deposit withheld, plus reasonable attorney's fees.

(8) We will retain a copy of this receipt for a period of two (2) years after the termination of your tenancy, abandonment of the premises, or your eviction, as the case may be.

(9) We will be liable to you in the sum of $25 if we fail to provide you a written receipt for the security deposit.

5. **KEYS AND FURNITURE.** You will be provided **4** apartment key(s), **2** mailbox key(s), and **2** other access devices for _____ . Your apartment will be *[check one]:*
☐ furnished or ☒ unfurnished.

6. **RENT AND CHARGES.** Unless modified by addenda, you will pay $ **1167.00** per month for rent, payable in advance and without demand:
☒ at the on-site manager's office, or
☐ at our online payment site, or
☐ at _____
Prorated rent of $_____ is due for the remainder of the *[check one]:*
☒ 1st month or ☐ 2nd month, on **October 1** , **2012** .

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you don't pay all rent on or before the **5th** day of the month, you'll pay an initial late charge of $ **11.67** plus a late charge of $ **9.00** per day after that date until paid in full. In the alternative, we may simply charge you __1__ % of your monthly rent payment as a late fee. Regardless of the calculation method chosen above, the total amount of your late charges shall not exceed five percent (5%) of your monthly rent payment. Daily late charges will not exceed 15 days for any single month's rent. You'll also pay a charge of $ **50.00** for each returned check or rejected electronic payment, plus initial and daily late charges from due date until we receive acceptable payment. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have all other remedies for such violation. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

7. **UTILITIES.** We'll pay for the following items, if checked:
☐ water ☒ gas ☒ electricity ☐ master antenna.
☒ wastewater ☒ trash ☐ cable TV ☐ other _____
You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected--including disconnection for not paying your bills--until the lease term or renewal period ends. Cable channels that are provided may be changed during the lease term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

8. **INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. You are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

**12042013062001MD11010551**

Page 1 of 6

NB DH /JEHP

Additionally, you are [check one] ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

9. **LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or, if the apartment has a keyless deadbolt on each exterior door, within 10 days after you move in.

You may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a bar and/or sliding door pinlock on each sliding glass door; (3) install one keyless deadbolt on each exterior door; (4) install one doorviewer on each exterior door; and (5) change or rekey locks or latches during the lease term. We must comply with those requests, but you must pay for them.

**What You Are Now Requesting.** You now request the following to be installed at your expense (if one is not already installed), subject to any statutory restrictions on what you may request.

☐ keyed deadbolt lock          ☐ doorviewer
☐ keyless deadbolt             ☐ sliding door pinlock
☐ sliding door bar

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your family, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair, install, change or rekey the same device during the 30 days preceding your request and we have complied with your request.

---

## Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed lease form.

_____
_____
_____
_____
_____
_____

See any additional special provisions.

11. **EARLY MOVE-OUT.** If you:

(1) move out without paying rent in full for the entire lease term or renewal period; or
(2) move out at our demand because of your default; or
(3) are judicially evicted.

You will be liable for all rent owed at the time and as it becomes due under the terms of your lease agreement until the apartment is re-rented.

12. **REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following if occurring during the lease term or renewal period: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and landlord may seek a court order that the property be sold to offset any rent due.

**Removal After We Exercise Lien for Rent.** If the lease is terminated by reason of your rent being delinquent, to the extent permitted by law, our representative may seek to obtain a judicial order of court so that a court officer may peaceably enter the apartment and remove and/or store all property subject to lien for public sale.

**Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment.

**Storage.** Pending public sale, we will store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the apartment. We are not liable for casualty loss, damage, or theft except for property removed under a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we've seized and stored property under a contractual lien for rent as authorized by the state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. But if notice of sale (set forth as follows) is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only

by paying all sums you owe, including rent, late charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition or Sale.** Except for animals and property removed after the death of a sole resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the apartment after surrender or abandonment. Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, in compliance with Maryland law.

14. **FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, all future rent will be automatically accelerated without notice and immediately due. We also may seek to end your right of occupancy and recover damages, future rent, attorney's fees, court costs, and other lawful charges.

15. **RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 18.

Your Initials (Resident's) _____ (Residents must initial this paragraph)

**If, at least 5 days before the advance notice deadline referred to in paragraph 3, we give you written notice of rent increases or lease changes effective when the lease term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 37. Please see Paragraph 3 pertaining to the Lease Term.**

**If your apartment is located in Gaithersburg City, Maryland or Montgomery County, Maryland and if, at least 5 days before the advance notice deadline referred to in paragraph 1 of your respective Gaithersburg City, Maryland Addendum or your respective Montgomery County Maryland Addendum we give you written notice of rent increases or lease changes effective when the lease term or renewal period ends, this Lease contract will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 37. Please see Paragraph 1 of your respective Gaithersburg City Maryland Addendum or Paragraph 1 of your respective Montgomery County Maryland Addendum pertaining to the Lease Term.**

16. **DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're responsible for the delay only to the extent provided by law. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment, such cleaning or repairs do not materially affect the life, health, or safety of ordinary persons, and habitation is possible with reasonable safety. If the delay in providing possession is due to another resident's holding over, we are entitled to bring an action of eviction and damages against the resident holding over and join you as a party to that action.

If there is a delay in providing you with possession of the apartment, you may terminate, cancel, or rescind your lease up to the date when the apartment is ready for occupancy (the time at which we are ready to deliver possession to you), but not later.

17. **DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

---

## While You're Living in the Apartment

18. **COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

19. **LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any

swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business (including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients,

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez

© 2013, National Apartment Association, Inc. - 11/2013, Maryland

1204201306 2002MD11010551

NB DH (JEHP

patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**20. PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

**21. PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:
(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in a space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster.

**22. RELEASE OF RESIDENT.** Unless you're entitled to terminate this Lease Contract under paragraphs 10, 16, 23, 31, or 37, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**23. MILITARY PERSONNEL CLAUSE.** You may terminate the Lease Contract if you enlist or are drafted or commissioned on active duty in the U.S. Armed Forces. You also may terminate the Lease Contract if:
(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by the President; *and*
(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, or (iii) are relieved or released from active duty.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days thereafter, provided however, you shall be liable for the full payment of rent until such date of termination (not to exceed 30 days from the date you provide such written notice). You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10, you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under paragraph 32. You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

**24. RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines on page 5.

**Smoke Detectors.** We'll furnish smoke detectors as required by statute and we'll test them.

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez
© 2013, National Apartment Association, Inc. - 11/2013, Maryland

☐ **THIS RESIDENTIAL DWELLING UNIT CONTAINS ALTERNATING CURRENT (AC) ELECTRIC SERVICE. IN THE EVENT OF A POWER OUTAGE, AN ALTERNATING CURRENT (AC) POWERED SMOKE DETECTOR WILL NOT PROVIDE AN ALARM. THEREFORE THE OCCUPANT SHOULD OBTAIN A DUAL POWERED SMOKE DETECTOR OR A BATTERY POWERED SMOKE DETECTOR.**

☒ This residential dwelling unit contains battery powered smoke detector(s). We will provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you.

You must immediately report smoke-detector malfunctions to us. Neither you nor others may disable smoke detectors. If you damage or disable the smoke detector or remove a battery without replacing it with a working battery, you may be liable to us under state statute for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. Unless we instruct otherwise, you must—for 24 hours a day during freezing weather—(1) keep the apartment heated to at least 50 degrees; (2) keep cabinet and closet doors open; and (3) drip hot and cold water faucets. You'll be liable for damage to our and others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You won't treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**25. CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons. We disclaim all implied warranties. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

**26. REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If heat or air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease Contract within a reasonable time by giving you written notice. If the Lease Contract is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

1204201306200314MD11010551

NB -DH /JEHP

27. **ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. You must remove an illegal animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. We will authorize a support animal for a disabled (handicapped) or elderly person. We may require a written statement from a qualified professional verifying the need for the support animal. You must not feed stray or wild animals.

28. **WHEN WE MAY ENTER.** If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:
   (1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; and
   (2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or rekeying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire

ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; in connection with inspection, response to, or compliance with any citation for an alleged housing code violation.
   (3) We may enter the premises after due notice to you and without reasonable objection during business hours. If practical under the circumstances, we will attempt to provide at least 24 hours advance written notice of our intent to enter for the above purposes. We may enter the premises immediately without notice under the following circumstances: an emergency situation; when we have good cause to believe you may have damaged the premises; if we reasonably believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards; or to deal with or respond to any situation which is of immediate threat or danger to the health, safety, or welfare of our residents or their property, an animal, or our apartment community and your premises.
   (4) You are deemed to have given us permission to enter the premises in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to the premises for the same without delay or interference.

29. **MULTIPLE RESIDENTS OR OCCUPANTS.** Each resident is jointly and severally liable for all lease obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 42.

**Replacements**

30. **REPLACEMENTS AND SUBLETTING.** Replacing a resident, subletting, or assignment is allowed only when we consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:
   (1) a reasonable administrative (paperwork) and/or transfer fee will be due, and a rekeying fee will be due if rekeying is requested or required; and
   (2) the departing and remaining residents will remain liable for all lease obligations for the rest of the original lease term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original lease term unless we agree otherwise in writing--even if a new Lease Contract is signed.

**Responsibilities of Owner and Resident**

31. **RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:
   (1) keep common areas reasonably clean, subject to paragraph 25;
   (2) maintain fixtures, furniture, hot water, heating and A/C equipment;
   (3) substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
   (4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If you violate any of the above, you may exercise all remedies provided by law.

32. **DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your apartment; or (7) you or any guest or occupant engages in any of the prohibited conduct described in Paragraph 20.

**Eviction.** If you default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances. Notice may be by: (1) regular mail; (2) certified mail, return receipt requested; (3) personal delivery to any resident; (4) personal delivery at the apartment to any occupant over 16 years old; or (5) affixing the notice to the inside of the apartment's main entry door. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations, subject to your and our duties to mitigate damages as provided by this lease or by applicable Maryland law. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance doesn't waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time doesn't waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; (3) at our option, we may extend the lease term--for up to one month from the date of notice of lease extension--by delivering written notice to you or your apartment while you continue to hold over; and (4) we may bring an action of eviction and for damages in conformance with the Maryland Real Property Code or applicable county and city ordinances.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early you will pay us any amounts stated to be rental discounts in paragraph 10, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this lease or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination and lockout under state statute. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). With the exception of unpaid rent and late fees due on unpaid rent, all other unpaid amounts bear 18% interest per year from due date, compounded annually or at the maximum legal rate allowed under state and local law if such rate is less than 18% per annum. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If the premises is located in Montgomery County, attorneys fees are not part of your rent and need not be paid to redeem the premises in a nonpayment of rent action.

**Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 and all other remedies. We'll exercise customary diligence to relet and minimize damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

**General Clauses**

33. **MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between us and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for

performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in

**1204201306200 4MD11010551**

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez

© 2013, National Apartment Association, Inc. - 11/2013, Maryland

Page 4 of 6

NB - DH/JEHP

English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option. All lease obligations must be performed in the county where the apartment is located. This Lease Contract is subject to the twelve (12) year statute of limitations provided in MD Code, CJP Section 5-102.

All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**FORCE MAJEURE:** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and

all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**34. PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent--regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

**35. ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

## Security Guidelines for Residents

**36. SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we'd like to give you some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other occupants in your dwelling, including any children you may have, about these guidelines.

**PERSONAL SECURITY--WHILE INSIDE YOUR APARTMENT**
1. Lock your doors and windows--even while you're inside.
2. Engage the keyless deadbolts on all doors while you're inside.
3. When answering the door, see who is there by looking through a window or peephole. If you don't know the person, first talk with him or her without opening the door. Don't open the door if you have any doubts.
4. If children (who are old enough to take care of themselves) are left alone in your apartment, tell them to use the keyless deadbolt and refuse to let anyone inside while you are gone--regardless of whether the person is a stranger or an apartment maintenance or management employee.
5. Don't put your name, address, or phone number on your key ring.
6. If you're concerned because you've lost your key or because someone you distrust has a key, ask the management to rekey the locks. You have a statutory right to have that done, as long as you pay for the rekeying.
7. Dial 911 for emergencies. If the 911 number does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If an emergency arises, call the appropriate governmental authorities first, then call the management.
8. Check your smoke detector monthly to make sure it is working properly and the batteries are still okay.
9. Check your doorlocks, window latches, and other devices regularly to be sure they are working properly.
10. If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.
11. Immediately report to management--in writing, dated and signed-- any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.
12. Immediately report to management--in writing, dated and signed--any malfunction of other safety devices outside your apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13. Close curtains, blinds, and window shades at night.
14. Mark or engrave your driver's license number or other identification on valuable personal property.

**PERSONAL SECURITY--WHILE OUTSIDE YOUR APARTMENT**

15. Lock your doors while you're gone. Lock any doorhandle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door bar that you have.
16. Leave a radio or TV playing softly while you're gone.
17. Close and latch your windows while you're gone, particularly when you're on vacation.
18. Tell your roommate or spouse where you're going and when you'll be back.
19. Don't walk alone at night. Don't allow your family to do so.
20. Don't hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
21. Don't give entry keys, codes or electronic gate cards to anyone.
22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
23. Let the manager and your friends know if you'll be gone for an extended time. Ask your neighbors to watch your apartment since the management cannot assume that responsibility.
24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

**PERSONAL SECURITY--WHILE USING YOUR CAR**
26. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27. Don't leave exposed items in your car, such as compact discs, wrapped packages, briefcases, or purses.
28. Don't leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car--whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.
32. Be careful when stopping at gas stations or automatic-teller machines at night--or anytime when you suspect danger.

**PERSONAL SECURITY AWARENESS**
No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security. The best safety measures are the ones you perform as a matter of common sense and habit.

## When Moving Out

**37. MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written proper-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire lease term if you move out early (paragraph 22) except under paragraphs 10, 16 or the military clause (paragraph 23). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3. Oral move-out notice will not be accepted and will not terminate your Lease Contract.

- Your move-out notice must not terminate the Lease Contract sooner than the end of the lease term or renewal period.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract, we must give you the same advance notice--unless you are in default.

**38. MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 45-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**39. CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**40. MOVE-OUT INSPECTION.** If you notify us by certified mail within fifteen (15) days prior to your specified move-out date of your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the premises (unless you have been evicted, ejected, or abandoned the premises). After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur. The date of the inspection will be within five (5) days before or after the moving date specified in your notice. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**41. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; packing, removing, or storing property removed or stored under paragraph 13; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraphs 6 and 27; government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; and other sums due under this Lease Contract.

1204201306200$5$MD11010551

**Norma Beltran De Henriquez, Joaquin E. Henriquez Perez**

© 2013, National Apartment Association, Inc. – 11/2013, Maryland



You'll be liable to us for charges for replacing all keys and access devices referenced in paragraph 5 if you fail to return them on or before your actual move-out date.

42. **DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** We'll mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than 45 days after termination of your tenancy unless statutes provide otherwise.

Eviction, Ejection, or Abandonment: You may within 45 days of being evicted, ejected, or abandoning the premises, make a written demand, by first class mail, that we return the security deposit, less proper deductions. Within 45 days of receiving such a notice, we will present you a written list of damages together with a statement of costs actually incurred and will return to you the security deposit together with simple interest at 3% per annum, less any damages rightfully withheld.

You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 have been turned in where rent is paid--whichever date occurs first.

You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you've been in default for non-payment of rent for 5 consecutive days or water, gas, or electric service for the apartment not connected in our name has been terminated; and (4) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned. An apartment is also "abandoned" 10 days after the death of a sole resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13), but do not affect our mitigation obligations (paragraph 32).

## Signatures, Originals and Attachments

43. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures--one for you and one or more for us. Our rules and community policies, if any, will be attached to the Lease Contract and given to you at signing. When an Inventory and Condition form is completed, both you and we should retain a copy. The items checked below are attached to this Lease Contract and are binding even if not initialed or signed.

☐ Animal Addendum
☒ Inventory and Condition Form
☒ Mold Addendum
☐ Enclosed Garage Addendum
☒ Community Policies Addendum
☐ Lease Contract Guaranty ( _____ guaranties, if more than one)
☒ Notice of Intent to Move Out Form
☒ Parking Permit or Sticker (quantity: _2_ )
☐ Satellite Dish or Antenna Addendum
☒ Asbestos Addendum (if asbestos is present)
☒ Lead Hazard Information and Disclosure Addendum (federal)
☒ Utility Addendum
☐ Remote Control, Card or Code Access Gate Addendum
☒ Lease Contract Buy-Out Agreement
☐ Intrusion Alarm Addendum
☐ Other _____
☐ Other _____

44. **Local Laws and Ordinances.** It is the intent of the parties to comply with the laws of Maryland, including local county and municipal ordinances. The terms of this Apartment Lease Contract may be modified by another addendum which conforms to the laws of the jurisdiction in which this apartment community is located. If there is any conflict in the terms of that addendum and this Apartment Lease Contract the conflicting terms of that other addendum shall control. In the event no other addendum is attached to this Apartment Lease Contract and the local laws or ordinances provide additional rights or remedies not included herein, this Apartment Lease Contract is amended by reference to such local laws and ordinances

to incorporate the terms, rights, or remedies thereof herein. It is the intent of the parties to have this lease construed to include any such rights or remedies herein, and the provisions of such laws or ordinances shall supercede and control over the language of this Apartment Lease Contract to the extent they are in conflict. If any of the provisions of this Apartment Lease Contract are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Apartment Lease Contract will remain enforceable and binding on both you and us and will be construed to reflect the intent of the parties.

> You are legally bound by this document.
> Read it carefully before signing.

Resident or Residents[SEAL] *(all sign below)*

X _Norma Beltran_

X _J.E.H.P_

Owner or Owner's Representative[SEAL] *(signing on behalf of owner)*

X _____

Below is the name, address, and phone number of owner's representative or managing agent who is authorized to receive notices and services of process on our behalf.

_1400 E University Blvd._

_Hyattsville, MD 20783_

_(301)439-6611_

Name and address of locator service *(if applicable)*

_____

_____

Date form is filled out *(same as on top of page 1)* __ _11/30/2013_ _____

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Bedford Station**
Norma Beltran De Henriquez, Joaquin E. Henriquez Perez

1204201306200GMD11010551

# UTILITY ADDENDUM



This Utility Addendum is incorporated into the Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated __November 30, 2013__ between __Bedford United LLC__ _____
_____ ("We" and/or "we" and/or "us") and
_____ __Norma Beltran De Henriquez, Joaquin E. Henriquez Perez__ _____ ("You" and/or "you") of Apt. No. ____201____
located at _____1406 University Boulevard East_____ (street address) in
__Hyattsville, MD 20783__ _____ and is in addition to all terms and conditions in the Lease.
To the extent that the terms of this Utility Addendum conflict with those of the Lease, this Utility Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.
   a) **Water** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula:   ⟶NBDH
        - ☐ If flat rate is selected, the current flat rate is $ ____33.00____ per month.   ⟶NBDH
        - ☐ 3rd party billing company if applicable _____

   b) **Sewer** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   c) **Gas** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   d) **Trash** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ trash bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   e) **Electric** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   f) **Stormwater** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   g) **Cable TV** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   h) **Master Antenna** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   i) **Internet** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula:   _____
        - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
        - ☐ 3rd party billing company if applicable _____

   j) (Other) __Electric A.C_____ service to your dwelling and costs will be paid by you either:
      - ☐ directly to the utility service provider; or   ⟶NBDH
      - ☒ bills will be billed by the service provider to us and then allocated to you based on the following formula:   ⟶NBDH
        - ☐ If flat rate is selected, the current flat rate is $ ____65.00____ per month.
        - ☐ 3rd party billing company if applicable _____

   METERING/ALLOCATION METHOD KEY
   "1"  -  Sub-metering of all of your water/gas/electric use
   "2"  -  Calculation of your total water use based on sub-metering of hot water
   "3"  -  Calculation of your total water use based on sub-metering of cold water
   "4"  -  Flat rate per month
   "5"  -  Allocation based on the number of persons residing in your dwelling unit
   "6"  -  Allocation based on the number of persons residing in your dwelling unit using a ratio occupancy formula
   "7"  -  Allocation based on square footage of your dwelling unit
   "8"  -  Allocation based on a combination of square footage of your dwelling unit and the number of persons residing in your dwelling unit
   "9"  -  Allocation based on the number of bedrooms in your dwelling unit
   "10"  -  Allocation based on a lawful formula not listed here
          (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. If an allocation formula above is used, we or our billing company will calculate your allocated share of the utility services in accordance with state and local laws. Furthermore, we will deduct an amount that is representative of the common area usage at your property which will not be allocated to residents. If allowed by state law, we at our sole discretion may change the above methods of determining your allocated share of the utility services, by written notice to you.

__Norma Beltran De Henriquez, Joaquin E. Henriquez Perez__

© 2013, National Apartment Association, Inc. - 3/2013, Maryland

If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills within _____ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there is a billing fee for the production of any utility bill or a set-up or initiation fee by our billing company, you shall pay such fees as indicated below.

| | | |
|---|---|---|
| Billing Fee: | $ _____ | (not to exceed $ _____ ) |
| Late Fee: | $ _____ | (not to exceed $ _____ ) |
| Set-up Fee: | $ _____ | (not to exceed $ _____ ) |

If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4. You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the dwelling. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your dwelling and may charge a reasonable administration fee for billing for the utility service in the amount of $ _____ .

5. When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the dwelling unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the apartment due to such outages, interruptions, or fluctuations.

7. You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease and this Utility Addendum.

8. Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9. You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

10. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supersede any conflicting provisions of this printed Utility Addendum and/or the Lease Contract.

| | | |
|---|---|---|
| Resident Signature | _Norma Beltran_ | Date _11-30-13_ |
| Resident Signature | | Date _11-30-13_ |
| Resident Signature | | Date _____ |
| Resident Signature | | Date _____ |
| Management | | Date _11-30-13_ |

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez

© 2013, National Apartment Association, Inc. - 3/2013, Maryland

# LEASE CONTRACT ADDENDUM
# FOR SATELLITE DISH OR ANTENNA



**NAA**
NATIONAL
APARTMENT
ASSOCIATION.

Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased dwelling, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1. **Dwelling Unit Description.** Unit No. __201__
   __1406 University Boulevard East__ *(street address)*
   in __Hyattsville__ *(city)*,
   Maryland, __20783__ *(zip code)*.

2. **Lease Contract Description.**
   Lease Contract date: __November 30, 2013__
   Owner's name: __Bedford United LLC__

   Residents *(list all residents)*: __Norma Beltran De__
   __Henriquez, Joaquin E. Henriquez Perez__

3. **Number and size.** You may install _____ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

4. **Location.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

5. **Safety and non-interference.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

6. **Signal transmission from exterior dish or antenna to interior of dwelling.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window--without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

7. **Safety in installation.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

8. **Maintenance.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

9. **Removal and damages.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

10. **Liability insurance.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $ _____ , which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

11. **Security Deposit.** An additional security deposit of $ _____ will be charged. We *[check one]* ☐ will consider or ☐ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *[check one]* ☐ does or ☐ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

   This additional security deposit is required to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails, screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost repair or restoration after removal, etc.

12. **When you may begin installation.** You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 10 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 11; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

13. **Miscellaneous.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

14. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*[All residents must sign here]*

_Norma Beltran_
_____
_____
_____

**Owner or Owner's Representative**
*[signs here]*
_____

**Date of Lease Contract**

__November 30, 2013__

© 2013, National Apartment Association, Inc. - 3/2013, Maryland

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez



# COMMUNITY POLICIES, RULES AND REGULATIONS
## ADDENDUM

*This addendum is incorporated into the Lease Contract (the "Lease") identified below and is in addition to all the terms and conditions contained in the Lease. If any terms of this Addendum conflict with the Lease, the terms of this Addendum shall be controlling:*

| | |
|---|---|
| Property Owner: | Bedford United LLC |
| Resident(s): | Norma Beltran De Henriquez, Joaquin E. Henriquez Perez |
| Unit No./Address: | #201, 1406 University Boulevard East |
| Lease Date: | 11/30/2013 |

**I. GENERAL CONDITIONS FOR USE OF DWELLING PROPERTY AND RECREATIONAL FACILITIES.**
Resident(s) permission for use of all common areas, Resident amenities, and recreational facilities (together, "Amenities") located at the Dwelling Community is a privilege and license granted by Owner, and is not a contractual right except as otherwise provided for in the Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of the Lease, this Addendum, and the Community rules and regulations ("Rules") in effect at any given time, and such permission may be revoked by Owner at any time for any lawful reason. In all cases, the most strict terms of either the Lease, this Addendum, or the Community Rules shall control. Owner reserves the right to set the days and hours of use for all Amenities and to change the character of or close any Amenity based upon the needs of Owner and in Owner's sole and absolute discretion, without notice, obligation or recompense of any nature to Resident. Owner and management may make changes to the Rules for use of any Amenity at any time.

**Additionally, Resident(s) expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's use of the amenities at the Community. Resident(s) agrees to hold Owner harmless and release and waive any and all claims, allegations, actions, damages, losses, or liabilities of every type, whether or not foreseeable, that Resident(s) may have against Owner and that are in any way related to or arise from such use. This provision shall be enforceable to the fullest extent of the law.**

**THE TERMS OF THIS ADDENDUM SHALL ALSO APPLY TO RESIDENT(S)' OCCUPANTS, AGENTS AND INVITEES, TOGETHER WITH THE HEIRS, ASSIGNS, ESTATES AND LEGAL REPRESENTATIVES OF THEM ALL, AND RESIDENT(S) SHALL BE SOLELY RESPONSIBLE FOR THE COMPLIANCE OF SUCH PERSONS WITH THE LEASE, THIS ADDENDUM, AND COMMUNITY RULES AND REGULATIONS, AND RESIDENT(S) INTEND TO AND SHALL INDEMNIFY AND HOLD OWNER HARMLESS FROM ALL CLAIMS OF SUCH PERSONS AS DESCRIBED IN THE PRECEDING PARAGRAPH. The term "Owner" shall include the Management, officers, partners, employees, agents, assigns, Owners, subsidiaries and affiliates of Owner.**

**II. POOL.** This Community ☐ DOES; ☒ DOES NOT have a pool. When using the pool, Resident(s) agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the pool area and Management policies.
- All Swimmers swim at their own risk. Owner is not responsible for accidents or injuries.
- For their safety, Residents should not swim alone.
- Pool hours are posted at the pool.
- Children under the minimum age (posted at the pool) must be accompanied at all times by a parent or legal guardian.
- No glass, pets, or alcoholic beverages are permitted in the pool area. Use paper or plastic containers only.
- Proper swimming attire is required at all times and a swimsuit "cover up" should be worn to and from the pool.
- No running or rough activities are allowed in the pool area. Respect others by minimizing noise, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas, disposing of trash, and keeping pool gates closed.
- Resident(s) must accompany their guests.
- Resident(s) must notify Owner any time there is a problem or safety hazard at the pool.

### IN CASE OF EMERGENCY DIAL 911

**III. FITNESS CENTER.** This Community ☐ DOES; ☒ DOES NOT have a fitness center. When using the fitness center, Resident agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the fitness center and Management policies.
- The Fitness Center is not supervised. Resident(s) are solely responsible for their own appropriate use of equipment.
- Resident(s) shall carefully inspect each piece of equipment prior to Resident's use and shall refrain from using any equipment that may be functioning improperly or that may be damaged or dangerous.
- Resident(s) shall immediately report to Management any equipment that is not functioning properly, is damaged or appears dangerous, as well any other person's use that appears to be dangerous or in violation of Management Rules and Policies.
- Resident(s) shall consult a physician before using any equipment in the Fitness Center and before participating in any aerobics or exercise class, and will refrain from such use or participation unless approved by Resident's physician.
- Resident(s) will keep Fitness Center locked at all times during Resident's visit to the Fitness Center.
- Resident(s) will not admit any person to the Fitness Center who has not registered with the Management Office.
- Children under the minimum age (posted at the fitness center) must be accompanied at all times by a parent or legal guardian.
- Resident(s) must accompany guests, and no glass, smoking, eating, alcoholic beverages, pets, or black sole shoes are permitted in the Fitness Center.

Card # issued:  (1) _____  (2) _____  (3) _____  (4) _____

**IV. PACKAGE RELEASE.** This Community ☐ DOES; ☒ DOES NOT accept packages on behalf of Residents.

*For communities that do accept packages on behalf of its Residents:*
Resident(s) gives Owner permission to sign and accept any parcels or letters sent to Resident(s) through UPS, Federal Express, Airborne, United States Postal Service or the like. Resident agrees that Owner does not accept responsibility or liability for any lost, damaged, or unordered deliveries, and agrees to hold Owner harmless for the same.

**V. BUSINESS CENTER.** This Community ☐ DOES; ☒ DOES NOT have a business center.
Resident(s) agrees to use the business center at Resident(s) sole risk and according to the Community Rules. Owner is not responsible for data, files, programs or any other information lost or damaged on Business Center computers or in the Business Center for any reason. No software may be loaded on Business Center computers without the written approval of Community Management. No inappropriate, offensive, or pornographic images or files (in the sole judgment of Owner) may be viewed or loaded onto the Business Center computers at any time. Residents will limit time on computers to _____ minutes if others are waiting to use them. Smoking, eating, alcoholic beverages, pets, and any disturbing behavior are prohibited in the business center. Children under the age of _____ must be accompanied by a Resident who is that child's parent or legal guardian.

**VI. AUTOMOBILES/BOATS/RECREATIONAL VEHICLES.** The following policies are in addition to those in the Lease, and may be modified by the additional rules in effect at the Community at any given time:
- Only __2__ vehicle per licensed Resident is allowed.
- All vehicles must be registered at the Management office.
- Any vehicle(s) not registered, considered abandoned, or violating the Lease, this Addendum, or the Community Rules, in the sole judgment of Management, will be towed at the vehicle owner's expense after a __72__ hour notice is placed on the vehicle.

Revised 3/2013, Maryland                                                                                   Page 1 of 2

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez

NBDH

- Notwithstanding this, any vehicle illegally parked in a fire lane, designated no parking space or handicapped space, or blocking an entrance, exit, driveway, dumpster, or parked illegally in a designated parking space, will immediately be towed, without notice, at the vehicle owner's expense.
- The washing of vehicles is not permitted on the property unless specifically allowed in designated area.
- Any on property repairs and/or maintenance of any vehicle must be with the prior written permission of the Management.
- Recreational vehicles, boats or trailers may only be parked on the property with Management's permission (in Management's sole discretion), and must be registered with the Management Office and parked in the area(s) designated by Management.

**VII. FIRE HAZARDS.** In order to minimize fire hazards and comply with city ordinances, Resident shall comply with the following:

- Residents and guests will adhere to the Community rules and regulations other Management policies concerning fire hazards, which may be revised from time to time.
- No person shall knowingly maintain a fire hazard.
- **Grills, Barbeques, and any other outdoor cooking or open flame devices will be used only on the ground level and will be placed a minimum of __10__ feet from any building.** Such devices will not be used close to combustible materials, tall grass or weeds, on exterior walls or on roofs, indoors, on balconies or patios, or in other locations which may cause fires.
- **Fireplaces:** Only firewood is permitted in the fireplace. No artificial substances, such as Duraflame® logs are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold.
- Flammable or combustible liquids and fuels shall not be used or stored (including stock for sale) in dwellings, near exits, stairways breezeways, or areas normally used for the ingress and egress of people. This includes motorcycles and any apparatus or engine using flammable or combustible liquid as fuel.
- No person shall block or obstruct any exit, aisle, passageway, hallway or stairway leading to or from any structure.
- Resident(s) are solely responsible for fines or penalties caused by their actions in violation of local fire protection codes.

**VIII. EXTERMINATING.** Unless prohibited by statue or otherwise stated in the Lease, Owner may conduct extermination operations in Residents' dwelling several times a year and as needed to prevent insect infestation. Owner will notify Residents in advance of extermination in Residents' Dwelling, and give Resident instructions for the preparation of the Dwelling and safe contact with insecticides. Residents will be responsible to prepare the Dwelling for extermination in accordance with Owner's instructions. If Residents are unprepared for a scheduled treament date Owner will prepare Residents' dwelling and charge Residents accordingly. Residents must request extermination treaments in addition to those regularly provided by Owner in writing. **Residents agree to perform the tasks required by Owner on the day of interior extermination to ensure the safety and effectiveness of the extermination. These tasks will include, but are not limited to, the following:**

- Clean in all cabinets, drawers and closets in kitchen and pantry.
- If roaches have been seen in closets, remove contents from shelves and floor.
- Remove infants and young children from the dwelling.
- Remove pets or place them in bedrooms, and notify Owner of such placement.
- Remove chain locks or other types of obstruction on day of service.
- Cover fish tanks and turn off their air pumps.
- Do not wipe out cabinets after treatment.

In the case of suspected or confirmed bed bug infestation, resident will agree to the following:

- Resident will wash all clothing, bed sheets, draperies, towels, etc. in extremely hot water.
- Resident will thoroughly clean, off premises, all luggage, handbags, shoes and clothes hanging containers.
- Resident will cooperate with Owner's cleaning efforts for all mattresses and seat cushions or other upholstered furniture, and will dispose of same if requested.

**RESIDENTS ARE SOLELY RESPONSIBLE TO NOTIFY OWNER IN WRITING PRIOR TO EXTERMINATION OF ANY ANTICIPATED HEALTH OR SAFETY CONCERNS RELATED TO EXTERMINATION AND THE USE OF INSECTICIDES**

**IX. DRAPES AND SHADES.** Drapes or shades installed by Resident, when allowed, must be lined in white and present a uniform exterior appearance.

**X. WATER BEDS.** Resident shall not have water beds or other water furniture in the dwelling without prior written permission of Owner.

**XI. BALCONY or PATIO.** Balconies and patios shall be kept neat and clean at all times. No rugs, towels, laundry, clothing, appliances or other items shall be stored, hung or draped on railings or other portions of balconies or patios.

**XII. SIGNS.** Resident shall not display any signs, exterior lights or markings on dwelling No awnings or other projections shall be attached to the outside of the building of which dwelling is a part.

**XIII. SATELLITE DISHES/ANTENNAS.** You must complete a satellite addendum and abide by its terms prior to installation or use.

**XIV. WAIVER/SEVERABILITY CLAUSE.** No waiver of any provision herein, or in any Community rules and regulations, shall be effective unless granted by the Owner in a signed and dated writing. If any court of competent jurisdiction finds that any clause, phrase, or provision of this Part is invalid for any reason whatsoever, this finding shall not effect the validity of the remaining portions of this addendum, the Lease Contract or any other addenda to the Lease Contract.

**XV. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I have read, understand and agree to comply with the preceding provisions.

| _Norma Beltran_ | 11-30-13 | | Resident | Date |
| Resident | Date | | | |
| | 11-30-13 | | Resident | Date |
| Resident | Date | | | |
| | | | 11-30-13 | |
| Owner Representative | | | Date | |



Revised 3/2013, Maryland

Page 2 of 2

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez



## LEASE ADDENDUM
## LIABILITY INSURANCE REQUIRED OF RESIDENT

1. **Dwelling Unit Description.** Unit. No. __201__, __1406 University Boulevard East__ *(street address)* in __Hyattsville__ *(city)*, Maryland, __20783__ *(zip code)*.

2. **Lease Contract Description.**
Lease Contract date: __November 30, 2013__
Owner's name: __Bedford United LLC__

Residents *(list all residents)*: __Norma Beltran De Henriquez, Joaquin E. Henriquez Perez__

3. **Acknowledgment Concerning Insurance or Damage Waiver.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or belongings, or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that by not maintaining your own policy of personal liability insurance, you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your actions or the actions of your occupants or guests. You understand that paragraph 8 of the Lease Contract requires you to maintain a liability insurance policy, which provides limits of liability to third parties in an amount not less than $ __100000.00__ per occurrence. You understand and agree to maintain at all times during the Term of the Lease Contract and any renewal periods a policy of personal liability insurance satisfying the requirements listed below, at your sole expense.

4. **Required Policy.** You are required to purchase and maintain personal liability insurance covering you, your occupants and guests, for personal injury and property damage any of you cause to third parties (including damage to our property), in a minimum policy coverage amount of $ __10000.00__ , from a carrier with an AM Best rating of A-VII or better, licensed to do business in Maryland. The carrier is required to provide notice to us within 30 days of any cancellation, non-renewal, or material change in your coverage. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

5. **We may provide you with information of an insurance program that we make available to residents, which provides you with an opportunity to buy renter's insurance from a preferred company. However, you are free to contract for the required insurance with a provider of your choosing.**

6. **Subrogation Allowed.** You and we agree that subrogation is allowed by all parties and that this agreement supersedes any language to the contrary in the Lease Contract.

7. **Your Insurance Coverage.** You have purchased the required personal liability insurance from the insurance company of your choosing listed below that is licensed to do business in this state, and have provided us with written proof of this insurance prior to the execution and commencement of the Lease Contract. You will provide additional proof of insurance in the future at our request.

Insurance Company: _____

8. **Default.** Any default under the terms of this Addendum shall be deemed an immediate, material and incurable default under the terms of the Lease Contract, and we shall be entitled to exercise all rights and remedies under the law.

9. **Miscellaneous.** Except as specifically stated in this Addendum, all other terms and conditions of the Lease Contract shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease Contract, the terms of this Addendum shall control.

10. **Special Provisions:** _____

I have read, understand and agree to comply with the preceding provisions.

**Resident or Residents**
*[All residents must sign here]*

_Norma Beltran_

**Owner or Owner's Representative**
*[signs here]*

**Date of Lease Contract**

__November 30, 2013__

© 2013, National Apartment Association, Inc. - 3/2013, Maryland 

Norma Beltran De Henriquez, Joaquin E. Henriquez Perez

# NO-SMOKING ADDENDUM

Date: **December 4, 2013**
(when this Addendum is filled out)



**NATIONAL APARTMENT ASSOCIATION.**

*All use of any tobacco product involving smoking, burning, or combustion of tobacco is prohibited in any portion of the dwelling community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

1. **Dwelling Unit Description.** Apt. No. **201** , **1406 University Boulevard East** *(street address)* in **Hyattsville** *(city)*, Maryland, **20783** *(zip code)*.

2. **Lease Contract Description**
Lease Contract date: **November 30, 2013**
Owner's name: **Bedford United LLC**

Residents *(list all residents)*: **Norma Beltran De Henriquez, Joaquin E. Henriquez Perez**

3. **Smoking Anywhere Inside Buildings of the Dwelling Community is Strictly Prohibited.** All forms and use of lighted or burning tobacco products and smoking of tobacco products inside any dwelling, building, or interior of any portion of the dwelling community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this addendum and the Lease Contract.

   The prohibition on use of any lighted or burning tobacco products or smoking of any tobacco products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the dwelling community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, dwellings, club house, exercise or spa facility, tennis courts, all interior areas of the dwelling community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the dwelling community or in the enclosed spaces on the surrounding community grounds. Smoking of non-tobacco products which are harmful to the health, safety, and welfare of other residents is also prohibited by this addendum and other provisions of the Lease Contract inside any dwelling or building.

   **Smoking Outside Buildings of the Dwelling Community.** Smoking is permitted only in specially designated areas outside the buildings of the dwelling community. The smoking-permissible areas are marked by signage.

   Smoking on balconies, patios, and limited common areas attached to or outside of your dwelling ❑ is ❑ is not permitted.

   The following outside areas of the community may be used for smoking:

   Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the dwellings or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

4. **Your Responsibility for Damages and Cleaning.** You are responsible for payment of all costs and damages to your dwelling, other residents' dwellings, or any other portion of the dwelling community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of tobacco smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the

dwelling or building is in excess of normal wear and tear in our smoke free dwelling community.

5. **Your Responsibility for Loss of Rental Income and Economic Damages Regarding Other Residents.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their dwellings, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

6. **Definition of Smoking.** Smoking refers to any use or possession of a cigar, cigarette, or pipe containing tobacco or a tobacco product while that tobacco or product is burning, lighted, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to, any form, compound, or synthesis of the plant of the genus *Nicotiana* or the species *N. tabacum* which is cultivated for its leaves to be used in cigarettes, cigars, or pipes. Smoking also refers to use or possession of burning, lighted, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

7. **Lease Contract Termination for Violation of the Addendum.** We have the right to terminate your Lease Contract or right of occupancy of the dwelling for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for rent through the end of the Lease Contract term or the date on which the dwelling is re-rented to a new occupant, whichever comes first. Therefore, you may be responsible for payment of rent after you vacate the leased premises even though you are no longer living in the dwelling.

8. **Extent of Your Liability for Losses Due to Smoking.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

9. **Your Responsibility for Conduct of Occupants, Family Members, and Guests.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this addendum by your occupants, family, guests, and invitees.

10. **There Is No Warranty of a Smoke Free Environment.** Although we prohibit smoking in all interior parts of the dwelling community, there is no warranty or guaranty of any kind that your dwelling or the dwelling community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

    This is an important and binding legal document. By signing this addendum you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the dwelling. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this addendum. Before signing you must advise us whether you or anyone who will be living in your dwelling is a smoker. You must check one of the following boxes.

    ❑ Neither you nor anyone who will be living in the dwelling is a smoker.
    ❑ Someone in my household is a smoker; however, we agree to follow your no-smoking policy.

**Resident or Residents**
*[All residents must sign here]*

**Owner or Owner's Representative**
*[Sign here]*

© 2013, National Apartment Association, Inc. - 3/2013



Norma Beltran De Henriquez, Joaquin E. Henriquez Perez



**Federally Required Lead Hazard Information
and Disclosure Addendum**

**IMPORTANT NOTICE TO RESIDENTS:** The following information is taken from a brochure entitled "Protect Your Family from Lead in Your Home" prepared by the U.S. Environmental Protection Agency, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. **While the information must be distributed to residents before they become obligated under the lease for most types of housing built before 1978, it does not mean that the dwelling contains lead-based paint (LBP).** The brochure was written in general terms and applies to both home purchasers and renters. The information outlines action that can be taken to test for, remove or abate LBP in a dwelling. **The NAA Lease Contract specifically prohibits a resident from performing this type of work—only the dwelling owner may do so under the Lease Contract.** If you have any questions about the presence of LBP in your dwelling, please contact the owner or management company before taking any action to test, abate or remove LBP. **NOTE:** Page references in the content of this form are to pages in the EPA brochure.



## Are You Planning To Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have lead-based paint? Lead from paint, chips, and dust can pose serious health hazards.

Read this entire brochure to learn:

- How lead gets into the body
- About health effects of lead
- What you can do to protect your family
- Where to go for more information

Before renting or buying a pre-1978 home or apartment, federal law requires:

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:

- Read EPA's pamphlet, The Lead-Safe Certified Guide to Renovate Right, to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



---

## Simple Steps to Protect Your Family from Lead Hazards

If you think your home has lead-based paint:

- Don't try to remove lead-based paint yourself.
- Always keep painted surfaces in good condition to minimize deterioration.
- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.
- Talk to your landlord about fixing surfaces with peeling or chipping paint.
- Regularly clean floors, window sills, and other surfaces.
- Take precautions to avoid exposure to lead dust when remodeling.
- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.
- Before buying, renting, or renovating your home, have it checked for lead-based paint.
- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.
- Wash children's hands, bottles, pacifiers, and toys often.
- Make sure children avoid fatty (or high fat) foods and eat nutritious meals high in iron and calcium.
- Remove shoes or wipe soil off shoes before entering your house.

## Lead Gets into the Body in Many Ways

Adults and children can get lead into their bodies if they:

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).
- Swallow lead dust that has settled on food, food preparation surfaces, and other places.
- Eat paint chips or soil that contains lead.

Lead is especially dangerous to children under the age of 6.

- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.
- Children's growing bodies absorb more lead.
- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.



Women of childbearing age should know that lead is dangerous to a developing fetus.

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

1     2

## Reducing Lead Hazards, continued

If your home has had lead abatement work done   or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors

- 250 $\mu g/ft^2$ for interior windows sills

- 400 $\mu g/ft^2$ for window troughs

For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 14 and 15), or visit epa.gov/lead,  or call 1-800-424-LEAD.

## Renovating, Remodeling, or Repairing (RRP) a Home with Lead-Based Paint

If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program

- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination

- Provide a copy of EPA's lead hazard information document, The Lead-Safe Certified Guide to Renovate Right

RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:

- Contain the work area.   The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.

- Avoid renovation methods that generate large amounts of lead-contaminated dust.   Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

  - Open-flame burning or torching

  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment and

  - Using a heat gun at temperatures greater than 1100°F

- Clean up thoroughly.   The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.

- Dispose of waste properly.   Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects visit epa.gov/getleadsafe,  or read The Lead-Safe Certified Guide to Renovate Right.

11     12

## Other Sources of Lead

While paint, dust, and soil are the most common sources of lead, other lead sources also exist:

- Drinking water.   Your home might have plumbing with lead or lead solder. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might contain lead:

  - Use only cold water for drinking and cooking.

  - Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

  Call your local health department or water supplier to find out about testing your water, or visit epa.gov/lead  for EPA's lead in drinking water information.

- Lead smelters   or other industries that release lead into the air.

- Your job.  If you work with lead, you could bring it home on your body or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

- Hobbies  that use lead, such as making pottery or stained glass, or refinishing furniture. Call your local health department for information about hobbies that may use lead.

- Old toys  and furniture  may have been painted with lead-containing paint. Older toys and other children's products may have parts that contain lead. [4]

- Food and liquids cooked or stored in  lead crystal  or lead-glazed pottery or porcelain   may contain lead.

- Folk remedies, such as "greta"  and "azarcon," used to treat an upset stomach.

## For More Information

The National Lead Information Center
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at epa.gov/lead  and hud.gov/lead,  or call 1-800-424-LEAD (5323).

EPA's Safe Drinking Water Hotline
For information about lead in drinking water, call 1-800-426-4791, or visit epa.gov/lead  for information about lead in drinking water.

Consumer Product Safety Commission (CPSC) Hotline
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call 1-800-638-2772,  or visit CPSC's website at cpsc.gov  or saferproducts.gov.

State and Local Health and Environmental Agencies
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/lead, or contact the National Lead Information Center at  1-800-424-LEAD.

Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at 1-800-877-8339.

---

[4] In 1978, the federal government banned toys, other children's products, and furniture with lead-containing paint (16 CFR 1303). In 2008, the federal government banned lead in most children's products. The federal government currently bans lead in excess of 100 ppm by weight in most children's products (76 FR 44463).

13     14

© 2013, National Apartment Association, Inc. - 10/2013, Maryland

## Health Effects of Lead

Lead affects the body in many ways.    It is important to know that even exposure to low levels of lead can severely harm children.

In children, exposure to lead can cause:

- Nervous system and kidney damage

- Learning disabilities, attention deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage



Brain Nerve Damage
Hearing Problems
Slowed Growth
Digestive Problems
Reproductive Problems (Adults)

While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

In adults, exposure to lead can cause:

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

## Check Your Family for Lead

Get your children and home tested if you think your home has lead.

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2

- Children or other family members who have been exposed to high levels of lead

- Children who should be tested under your state or local health screening plan

Your doctor can explain what the test results mean and if more testing will be needed.

3       4

## Where Lead-Based Paint is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

Many homes, including private, federally-assisted, federally-owned housing, and childcare facilities built before 1978 have lead-based paint.  In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

Lead can be found:

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at  epa.gov/lead.

## Identifying Lead-Based Paint and Lead-Based Paint Hazards

Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)  is a hazard and needs immediate attention. Lead-based paint  may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills

- Doors and door frames

- Stairs, railings, banisters, and porches

Lead-based paint is usually not a hazard if it is in good condition and if it is not on an impact or friction surface like a window.

Lead dust  can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors

- 250 $\mu g/ft^2$ and higher for interior window sills

Lead in soil  can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil

- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.

The only way to find out if paint, dust, or soil lead hazards exist is to test for them.  The next page describes how to do this.

---

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal goverment as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

5       6

© 2013, National Apartment Association, Inc. - 10/2013, Maryland

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

- A **lead-based paint inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples

- A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sample bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A **combination inspection and risk assessment** tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead  or call 1-800-424-LEAD (5323) for a list of contacts in your area.[3]

---

[3]  Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8399.

7        8

## What You Can Do Now to Protect Your Family

If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children avoid fatty (or high fat) foods and eat nutritious meals high in iron and calcium. Children with good diets absorb less lead.

## Reducing Lead Hazards



Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.

- In addition to day-to-day cleaning and good nutrition, you can temporarily reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead-safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

Always use a certified contractor who is trained to address lead hazards safely.

- Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement professional. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

9        10

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

CPSC
4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov  or saferproducts.gov

## U. S. Department of Housing and Urban Development (HUD)

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact HUD's Office of Healthy Homes and Lead Hazard Control for further information regarding the Lead Safe Housing Rule, which protects families in pre-1978 assisted housing, and for the lead hazard control and research grant programs.

HUD
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/offices/lead/

This document is in the public domain. It may be produced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U. S. EPA Washington DC 20460          EPA-747-K-12-001
U. S. CPSC Bethesda MD 20814          September 2013
U. S. HUD Washington DC 20410

16

### IMPORTANT!

### Lead From Paint, Dust, and Soil in and Around Your Home Can Be Dangerous if Not Managed Properly

- Children under 6 years old are most at risk for lead poisoning in your home.

- Lead exposure can harm young children and babies even before they are born.

- Homes, schools, and child care facilities built before 1978 are likely to contain lead-based paint.

- Even children who seem healthy may have dangerous levels of lead in their bodies

- Disturbing surfaces with lead-based paint or removing lead-based paint improperly can increase the danger to your family.

- People can get lead into their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

- People have many options for reducing lead hazards. Generally, lead-based paint that is in good condition is not a hazard (see page 10).

17

◆ **Maryland Department of Health**—877/463-3464          ◆ **HUD Healthy Homes and Lead Hazard Control**---202/755-1785
◆ **EPA Region 3 Office** *(includes Maryland)*—215/814-2088     ◆ **CPSC**—800/638-2772    ◆ **National Lead Information Center**—800/424-5323

### FEDERALLY REQUIRED LESSOR DISCLOSURE, AGENT STATEMENT AND LESSEE ACKNOWLEDGMENT OF INFORMATION ON LEAD-BASED PAINT HAZARDS

**LEAD WARNING STATEMENT**  Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting  pre-1978 housing, lessors (owners) must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Lessees  (residents) must also receive a federally approved pamphlet on lead poisoning prevention.

**LEAD-FREE HOUSING**  If the housing unit has been certified as "lead free" according to 24 C.F.R. Section 35.82 or is not target  housing according to 24 C.F.R. Section 35.86, the lead-based paint hazard disclosure requirements do not apply, and therefore, it is not necessary to provide this addendum or a lead-based paint warning pamphlet and lead-based paint disclosure statement to the lessee (resident).

**LESSOR'S DISCLOSURE**
**Presence of lead-based paint and/or lead-based paint hazards** *(check only one box).*
   ☒ Lessor (owner) has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.
   ☐ Known that lead-based paint and/or lead-based paint hazards are present in the housing *(explain).*

_____

**Records and reports available to lessor** *(check only one box).*
   ☒ Lessor (owner) has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.
   ☐ Lessor (owner) has reports or records indicating the presence of some lead-based paint and/or lead-based paint hazards in the housing, and has provided the lessees (residents) with all such records and reports that are available to lessor *(list documents).*

_____

_____ **AGENT'S ACKNOWLEDGMENT** *(Initial)*
If another person or entity is involved in leasing the dwelling as an agent of the lessor (i.e., as a management company, real estate agent  or locator service acting for the owner), such agent represents that agent has informed the lessor of the lessor's obligations under 42 U.S.C.  4852(d) and agent is aware of agent's responsibility to ensure that lessor complies with such disclosure laws.

_____ **LESSEE'S ACKNOWLEDGMENT** *(Initial)*
Lessee acknowledges the receipt of a copy of a federally approved pamphlet on lead poisoning prevention and all records or reports  listed above.

**ACCURACY CERTIFICATIONS**
The parties named below certify that to the best of their knowledge the above information and statements made or provided by them,  respectively, are true and accurate. The person who signs for the LESSOR may be the owner himself or herself, an employee, officer or partner of the owner, or a representative of the owner's management company, real estate agent or locator service if such person is authorized to sign for the lessor.  The person who signs for the AGENT may be the agent himself or herself, or an employee, officer or partner of the agent if such person is authorized to sign for the agent.

_____          _____Hyattaville_____

_____          _____
Apartment name & unit number OR street address of dwelling

Lessee (Resident)  _Norma Beltran_____ Date _____          Lessee (Resident) _____ Date _____

Lessee (Resident) _____ Date _____          Lessee (Resident) _____ Date _____

_____          Printed name of any AGENT of lessor, i.e., management company, real estate
Printed name of LESSOR (owner) of the dwelling                    agent or locator service involved in leasing the dwelling

_____          _____
Signature of person signing on behalf of above LESSOR   Date        Signature of person signing on behalf of above AGENT, if any   Date

Maryland/National Apartment Association Official Form E-13 (Sheets 1 and 2), October 2013

© 2013, National Apartment Association, Inc. - 10/2013, Maryland                              Page 5 of 5



## Bedford Station\Victoria Station Apartments
## Air Conditioner Addendum

**Residents are required to supply their own A/C unit. The A/C unit cannot exceed 10,000 BTU's and must be 115 volts. Do not purchase 220 volts air conditioning units. The unit needs to be14" wide and 20" high to fit properly in the window.**
**A/C was used during the month.**

*A/C units can __only__ be plugged into the special A/C sockets in each unit. __No__ other socket can be used.*

*A/C units exceeding the specifications outlined are subject to a violation fee of $25.00 (per occurrence) and subject immediate removal by management.*

*Any A/C units being used have to be installed by our maintenance department to ensure proper installation and must have been registration at the rental office to avoid a penalty fee.*

*Any non –registered A/C units must be removed immediately to avoid penalties.*

*Any A/C unit(s) that has not been removed from widows will be considered in use and charged as stated in this addendum.*

*All charges associated with A/C's are charged on a monthly basis and can not be prorated.*

*A/C charges (and/or) fees are considered as rent and should be paid in accordance with the rental policy.*

**Please register your A/C unit(s) by completing the form below and Maintenance will install your new air conditioner.**

**Address:**_____

**Leaseholder:**_____
                      (Please Print)
**You are Authorized to install ONE A\C unit, Location of the A/C units in your home: LIVING ROOM only.**

**The resident account will be charged $65.00 PER MONTH, UNTIL A\C UNIT IS REMOVED..**
I agree to abide by this addendum agreement and will adhere to it as a part of the Lease agreement.

**Resident Signature:** _Norma Beltran_    Date: _____

**Management Signature:** _____    Date: _____
                         Agent for Owner
It is the policy of the Landlord and their agents to ensure that all fair housing laws are Strictly Followed by all employees of the property. All employees will not discriminate on the basis of race, color, religion, sex, handicap/disability, national origin, familial status, source of income or sexual orientation.

Management has the right to unplug and remove air conditioners and remove those that do not meet the above requirements and/or are installed in an unprofessional manner.

Doc Date 4/13/11

## ADMINISTRATIVE AND ATTORNEY FEES

In the event Tenant, Tenant's family, agents, employees, guests or invitees violate any term or provision of this Lease, or the rules and regulations thereof, Tenant shall pay to Landlord, Such reasonable attorney fees plus court cost as are incurred by the Landlord in any actions filed for possession against tenant.

Where legal proceedings are instituted by Landlord against Tenant, and said proceedings result in a monetary judgment in favor of Landlord, those reasonable attorney fees for which Tenant shall be liable to Landlord shall not be less than twenty five percent (25%) of said judgment plus cost.

Resident or Residents

_Norma Bottom_

Owner Representative

Date _11.30.13_

_____     _____
Resident Signature                    Date


_____     _____
Resident Signature                    Date


_____     _____
Resident Signature                    Date

Norma Beltran
_____     11.30.13
Resident Signature                    Date

_____     11.30.13
Owner Representative                  Date

# TAB 25



# Apartment Lease Contract

Date of Lease Contract: __August 1, 2012__
(when the Lease Contract is filled out)

This is a binding document. Read carefully before signing.

---

## Moving In -- General Information

1. **PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) (*list all people signing the Lease Contract*):
**Roberto Grijalva Zuniga, Norma Beltran De Henriquez**

_____

_____ and *us*, the owner:
**Bedford Station**

_____

_____

*(name of apartment community or title holder)*. You've agreed to rent Apartment No. __201__, at __1406 University__ **Boulevard East** (street address) in **Hyattsville** (city), Maryland, __20783__ (zip code) for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we", "us", and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

2. **OCCUPANTS.** The apartment will be occupied only by you and (*list all other occupants not signing the Lease Contract*):

_____

_____

_____

_____

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than __10__ consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

3. **LEASE TERM.** The initial term of the Lease Contract begins on the __1st__ day of __October__, __2012__, and ends at midnight the __31st__ day of __October__, __2013__.

Your Initials (Resident's) _____ (Residents must initial this paragraph)

This Lease Contract will automatically renew month-to-month unless either party gives at least __60__ days written notice of termination or intent to move-out as required by paragraph 37. If the number of days isn't filled in, at least 30 days notice is required. This paragraph must be initialed by you because it contains an automatic month-to-month renewal provision. Please see Paragraph 15 pertaining to Rent Increases and Lease Contract Changes which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.

4. **SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ __120.00__, due on or before the date this Lease Contract is signed.

An animal deposit will be stated in any animal addendum. The total deposits will not exceed the equivalent of two (2) month's rent. This Lease and any Animal Addendum will constitute your receipt for the security deposit(s). Your security deposit(s) will be deposited and held in an interest bearing account in a federally insured banking institution located in Maryland. That account will be dedicated solely to security deposits. At the time your deposit is due to be returned, we will pay you simple interest, not compounded, which accrues at six-month intervals, at the rate of three percent (3%) per year on your deposits, to the extent funds are to be returned. See paragraphs 41 and 42 for security deposit return information.

NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS. Under Maryland Code 8-203 you have the following rights:
1. The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the leased premises, common areas, major appliances, and furnishings owned by us.
2. You have the right to be present when we or our agent inspects the premises in order to determine if any damage was done to the premises, if you notify us by certified mail of your intention to move, the date of moving, and your new address.
3. Notice requesting a move-out inspection in our presence must be furnished to us by mail at least fifteen (15) days prior to the date you move.
4. Upon receipt of your notice to move, we will notify you by certified mail of the time and date the premises are to be inspected.
5. The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.
6. Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages.
7. The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.
8. In calculating the damages for lost future rents, any amount of rents received by us for the premises during the remainder, if any, of your lease term, will reduce the damages you owe us by a like amount.

Under Maryland Code 8-203.1 this Lease also constitutes your receipt for payment of a security deposit. We acknowledge receipt of security deposit(s) from you in the amount of $ __120.00__. You have the following rights with regard to this security deposit(s):

(1) You have the right to have your dwelling unit (apartment) inspected by us in your presence for the purpose of making a written list of damages that exist at the commencement of the tenancy if you request an inspection by certified mail within fifteen (15) days of your occupancy (the date you move in);

(2) You have the right to be present when we inspect the premises at the end of your tenancy in order to determine if any damage was done to the premises if you notify us by certified mail at least fifteen (15) days prior to the date of your intended move, of your intention to move, the date of moving, and your new address;

(3) We are obligated to conduct the move-out inspection within five (5) days before or after your stated date of intended moving;

(4) We are obligated to notify you in writing of the time and date of the inspection;

(5) You have the right to receive, by first class mail, delivered to your last known address, a written list of the charges against your security deposit claimed by us and the actual costs, within forty five (45) days after the termination of the tenancy;

(6) We are obligated to return any unused portion of the security deposit, by first class mail, addressed to your last known address within forty five (45) days after the termination of your tenancy; and

(7) Your failure to comply with the security deposit law may result in us being liable to you for a penalty of up to three (3) times the security deposit withheld, plus reasonable attorney's fees.

(8) We will retain a copy of this receipt for a period of two (2) years after the termination of your tenancy, abandonment of the premises, or your eviction, as the case may be.

(9) We will be liable to you in the sum of $25 if we fail to provide you a written receipt for the security deposit.

5. **KEYS AND FURNITURE.** You will be provided __4__ apartment key(s), __2__ mailbox key(s), and __2__ other access devices for _____. Your apartment will be [check one]:
☐ furnished or ☒ unfurnished.

6. **RENT AND CHARGES.** Unless modified by addenda, you will pay $ __1112.00__ per month for rent, payable in advance and without demand:
☒ at the on-site manager's office, or
☐ at our online payment site, or
☐ at _____

Prorated rent of $ _____ is due for the remainder of the [check one]:
☒ 1st month or ☐ 2nd month, on _____, _____.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you don't pay all rent on or before the __5th__ day of the month, you'll pay an initial late charge of $ __55.60__ plus a late charge of $ _____ per day after that date until paid in full. In the alternative, we may simply charge you __5__ % of your monthly rent payment as a late fee. The total amount of your late charges shall not exceed five percent (5%) of your monthly rent payment. Daily late charges will not exceed 15 days for any single month's rent. You'll also pay a charge of $ __50.00__ for each returned check or rejected electronic payment, plus initial and daily late charges from due date until we receive acceptable payment. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have all other remedies for such violation. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

7. **UTILITIES.** We'll pay for the following items, if checked:
☐ water    ☒ gas    ☒ electricity    ☐ master antenna.
☒ wastewater    ☒ trash    ☐ cable TV    ☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected--including disconnection for not paying your bills--until the lease term or renewal period ends. Cable channels that are provided may be changed during the lease term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

8. **INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

0301201305790 1MD11010551

Roberto Grijalva Zuniga, Norma Beltran De Henriquez

© 2012, National Apartment Association, Inc. - 5/2012, Maryland

Page 1 of 6

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

9. **LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or, if the apartment has a keyless deadbolt on each exterior door, within 10 days after you move in.

You may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a bar and/or sliding door pinlock on each sliding glass door; (3) install one keyless deadbolt on each exterior door; (4) install one doorviewer on each exterior door; and (5) change or rekey locks or latches during the lease term. We must comply with these requests, but you must pay for them.

**What You Are Now Requesting.** You now request the following to be installed at your expense (if one is not already installed), subject to any statutory restrictions on what you may request.

☐ keyed deadbolt lock ☐ doorviewer
☐ keyless deadbolt ☐ sliding door pinlock
☐ sliding door bar

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your family, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair, install, change or rekey the same device during the 30 days preceding your request and we have complied with your request.

---

## Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed lease form.

_____
_____
_____
_____
_____
_____
_____

See any additional special provisions.

11. **EARLY MOVE-OUT.** If you:

(1) move out without paying rent in full for the entire lease term or renewal period; or
(2) move out at our demand because of your default; or
(3) are judicially evicted.

You will be liable for all rent owed at the time and as it becomes due under the terms of your lease agreement until the apartment is re-rented.

12. **REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for--and you must pay for--repairs, replacement costs, and damage to the following if occurring during the lease term or renewal period: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and landlord may seek a court order that the property be sold to offset any rent due.

**Removal After We Exercise Lien for Rent.** If the lease is terminated by reason of your rent being delinquent, to the extent permitted by law, our representative may seek a judicial order of court so that a court officer may peaceably enter the apartment and remove and/or store all property subject to lien for public sale.

**Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment.

**Storage.** Pending public sale, we will store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the apartment. We are not liable for casualty loss, damage, or theft except for property removed under a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we've seized and stored property under a contractual lien for rent as authorized by the state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. But if notice of sale (set forth as follows) is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition or Sale.** Except for animals and property removed after the death of a sole resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the apartment after surrender or abandonment. Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, in compliance with Maryland law.

14. **FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, all future rent will be automatically accelerated without notice and immediately due. We also may seek to end your right of occupancy and recover damages, future rent, attorney's fees, court costs, and other lawful charges.

15. **RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 18.

Your Initials (Resident's) _____ (Residents must initial this paragraph)

If, at least 5 days before the advance notice deadline referred to in paragraph 3, we give you written notice of rent increases or lease changes effective when the lease term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 37. Please see Paragraph 3 pertaining to the Lease Term.

16. **DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're responsible for the delay only to the extent provided by law. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment, such cleaning or repairs do not materially affect the life, health, or safety of ordinary persons, and habitation is possible with reasonable safety. If the delay in providing possession is due to another resident's holding over, we are entitled to bring an action of eviction and damages against the resident holding over and join you as a party to that action.

If there is a delay in providing you with possession of the apartment, you may terminate, cancel, or rescind your lease up to the date when the apartment is ready for occupancy (the time at which we are ready to deliver possession to you), but not later.

17. **DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

---

## While You're Living in the Apartment

18. **COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

19. **LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business

(including child care services) in your apartment or in the apartment community is prohibited--except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

**1001201201620 2md11010551**

Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez
© 2012, National Apartment Association, Inc.- 5/2012, Maryland

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**20. PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

**21. PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:
(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in a space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster.

**22. RELEASE OF RESIDENT.** Unless you're entitled to terminate this Lease Contract under paragraphs 10, 16, 23, 31, or 37, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**23. MILITARY PERSONNEL CLAUSE.** You may terminate the Lease Contract if you enlist or are drafted or commissioned and on active duty in the U.S. Armed Forces. You also may terminate the Lease Contract if:
(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by the President; *and*
(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, or (iii) are relieved or released from active duty.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days thereafter, provided however, you shall be liable for the full payment of rent until such date of termination (not to exceed 30 days from the date you provide such written notice). You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10, you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under paragraph 32. You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

**24. RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines on page 5.

**Smoke Detectors.** We'll furnish smoke detectors as required by statute and we'll test them.
☐ **THIS RESIDENTIAL DWELLING UNIT CONTAINS ALTER-NATING CURRENT (AC) ELECTRIC SERVICE. IN THE EVENT OF A POWER OUTAGE, AN ALTERNATING CURRENT (AC) POWERED SMOKE DETECTOR WILL NOT PROVIDE AN ALARM. THEREFORE THE OCCUPANT SHOULD OBTAIN A DUAL POWERED SMOKE DETECTOR OR A BATTERY POWERED SMOKE DETECTOR.**

☒ This residential dwelling unit contains battery powered smoke detector(s). We will provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you.

You must immediately report smoke-detector malfunctions to us. Neither you nor others may disable smoke detectors. If you damage or disable the smoke detector or remove a battery without replacing it with a working battery, you may be liable to us under state statute for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. Unless we instruct otherwise, you must--for 24 hours a day during freezing weather--(1) keep the apartment heated to at least 50 degrees; (2) keep cabinet and closet doors open; and (3) drip hot and cold water faucets. You'll be liable for damage to our and others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You won't treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**25. CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons. We disclaim all implied warranties. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

**26. REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST--FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS--IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If heat or air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease Contract within a reasonable time by giving you written notice. If the Lease Contract is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

**27. ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. You must remove an illegal animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. You will authorize a support animal for a disabled (handicapped) or elderly person. We may require a written statement from a qualified professional verifying the need for the support animal. You must not feed stray or wild animals.

1001201216203md11010551

Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez
© 2012, National Apartment Association, Inc. - 5/2012, Maryland

RAG / N.G.B.

**28. WHEN WE MAY ENTER.** If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peaceably enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, such persons may enter peaceably and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:
(1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; and
(2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or rekeying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; in connection with inspection, response to, or compliance with any citation for an alleged housing code violation.
(3) We may enter the premises after due notice to you and without reasonable objection during business hours. If practical under the

circumstances, we will attempt to provide at least 24 hours advance written notice of our intent to enter for the above purposes. We may enter the premises through without notice under the following circumstances: an emergency situation; when we have good cause to believe you may have damaged the premises; if we reasonably believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards; or to deal with or respond to any situation which is of immediate threat or danger to the health, safety, or welfare of our residents or their property, an animal, or our apartment community and your premises.
(4) You are deemed to have given us permission to enter the premises in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to the premises for the same without delay or interference.

**29. MULTIPLE RESIDENTS OR OCCUPANTS.** Each resident is jointly and severally liable for all Lease obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 42.

## Replacements

**30. REPLACEMENTS AND SUBLETTING.** Replacing a resident, subletting, or assignment is allowed only when we consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:
(1) a reasonable administrative (paperwork) and/or transfer fee will be due, and a rekeying fee will be due if rekeying is requested or required; and
(2) the departing and remaining residents will remain liable for all lease obligations for the rest of the original lease term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original lease term unless we agree otherwise in writing--even if a new Lease Contract is signed.

## Responsibilities of Owner and Resident

**31. RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:
(1) keep common areas reasonably clean, subject to paragraph 25;
(2) maintain fixtures, furniture, hot water, heating and A/C equipment;
(3) substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If you violate any of the above, you may exercise all remedies provided by law.

**32. DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your apartment; or (7) you or any guest or occupant engages in any of the prohibited conduct described in Paragraph 20.

**Eviction.** If you default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances. Notice may be by: (1) regular mail; (2) certified mail, return receipt requested; (3) personal delivery to any resident; (4) personal delivery at the apartment to any occupant over 16 years old; or (5) affixing the notice to the inside of the apartment's main entry door. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations, subject to your and our duties to mitigate damages as provided by this lease or by applicable Maryland law. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance doesn't waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time doesn't waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; (3) at our option, we may extend the lease term--for up to one month from the date of notice of lease extension--by delivering written notice to you or your apartment while you continue to hold over; and (4) we may bring an action of eviction and for damages in conformance with the Maryland Real Property Code or applicable county and city ordinances.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this lease or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination and lockout under state statute. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 18% interest per year from due date, compounded annually or at the maximum legal rate allowed under state and local law if such rate is less than 18% per annum. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If the premises is located in Montgomery County, attorneys fees are not part of your rent and need not be paid to redeem the premises in a nonpayment of rent action.

**Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 and all other remedies. We'll exercise customary diligence to relet and minimize damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

## General Clauses

**33. MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to make promises, representations, or agreements, or to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option. All lease obligations must be performed in the county where the apartment is located. This Lease Contract is subject to the twelve (12) year statute of limitations provided in MD Code, CJP Section 5-102.

**1001201201620<ins>4</ins>md11010551**

Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez
© 2012, National Apartment Association, Inc. - 5/2012, Maryland

RAG   N.G.B.

All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**Obligation to Vacate.** Resident shall vacate the Premises and removal all of Resident's personal property therefrom at the expiration of the lease term without further notice or demand from Owner.

**FORCE MAJEURE:** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**34. PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent--regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

**35. ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

| Security Guidelines for Residents | |
|---|---|

**36. SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we'd like to give you some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other occupants in your dwelling, including any children you may have, about these guidelines.

**PERSONAL SECURITY--WHILE INSIDE YOUR APARTMENT**
1. Lock your doors and windows--even while you're inside.
2. Engage the keyless deadbolts on all doors while you're inside.
3. When answering the door, see who is there by looking through a window or peephole. If you don't know the person, first talk with him or her without opening the door. Don't open the door if you have any doubts.
4. If children (who are old enough to take care of themselves) are left alone in your apartment, tell them to use the keyless deadbolt and refuse to let anyone inside while you are gone--regardless of whether the person is a stranger or an apartment maintenance or management employee.
5. Don't put your name, address, or phone number on your key ring.
6. If you're concerned because you've lost your key or because someone you distrust has a key, ask the management to rekey the locks. You have a statutory right to have that done, as long as you pay for the rekeying.
7. Dial 911 for emergencies. If the 911 number does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If an emergency arises, call the appropriate governmental authorities first, then call the management.
8. Check your smoke detector monthly to make sure it is working properly and the batteries are still okay.
9. Check your doorlocks, window latches, and other devices regularly to be sure they are working properly.
10. If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends and neighbors until the problem is fixed.
11. Immediately report to management--in writing, dated and signed-- any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.
12. Immediately report to management--in writing, dated and signed--any malfunction of other safety devices outside your apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13. Close curtains, blinds, and window shades at night.
14. Mark or engrave your driver's license number or other identification on valuable personal property.

**PERSONAL SECURITY--WHILE OUTSIDE YOUR APARTMENT**

15. Lock your doors while you're gone. Lock any doorhandle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door bar that you have.
16. Leave a radio or TV playing softly while you're gone.
17. Close and latch your windows while you're gone, particularly when you're on vacation.
18. Tell your roommate or spouse where you're going and when you'll be back.
19. Don't walk alone at night. Don't allow your family to do so.
20. Don't hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
21. Don't give entry keys, codes or electronic gate cards to anyone.
22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
23. Let the manager and your friends know if you'll be gone for an extended time. Ask your neighbors to watch your apartment since the management cannot assume that responsibility.
24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

**PERSONAL SECURITY--WHILE USING YOUR CAR**
26. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27. Don't leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.
28. Don't leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car--whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.
32. Be careful when stopping at gas stations or automatic-teller machines at night--or anytime when you suspect danger.

**PERSONAL SECURITY AWARENESS**
No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security. The best safety measures are the ones you perform as a matter of common sense and habit.

| When Moving Out | |
|---|---|

**37. MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire lease term if you move out early (paragraph 22) except under paragraphs 10, 16 or the military clause (paragraph 23). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3. Oral move-out notice will not be accepted and will not terminate your Lease Contract.

- Your move-out notice must not terminate the Lease Contract sooner than the end of the lease term or renewal period.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract, we must give you the same advance notice--unless you are in default.

**38. MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**39. CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**40. MOVE-OUT INSPECTION.** If you notify us by certified mail within fifteen (15) days prior to your specified move-out date of: your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the premises (unless you have been evicted, ejected, or abandoned the premises). After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur. The date of the inspection will be within five (5) days before or after the moving date specified in your notice. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**41. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; packing, removing, or storing property removed or stored under paragraph 13; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraphs 6 and 27; government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; and other sums due under this Lease Contract.

1001201201620 5md11010551

**Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez**

© 2012, National Apartment Association, Inc. - 5/2012, Maryland

R-A-C / N.G.B.

You'll be liable to us for charges for replacing all keys and access devices referenced in paragraph 5 if you fail to return them on or before your actual move-out date.

42. **DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** We'll mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than 45 days after termination of your tenancy unless statutes provide otherwise.

Eviction, Ejection, or Abandonment: You may within 45 days of being evicted, ejected, or abandoning the premises, make a written demand, by first class mail, that we return the security deposit, less proper deductions. Within 45 days of receiving such a notice, we will present you a written list of damages together with a statement of costs actually incurred and will return to you the security deposit together with simple interest at 3% per annum, less any damages rightfully withheld.

You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 have been turned in where rent is paid--whichever date occurs first.

You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you've been in default for non-payment of rent for 5 consecutive days or water, gas, or electric service for the apartment not connected in our name has been terminated; and (4) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned. An apartment is also "abandoned" 10 days after the death of a sole resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13), but do not affect our mitigation obligations (paragraph 32).

## Signatures, Originals and Attachments

43. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures--one for you and one or more for us. Our rules and community policies, if any, will be attached to the Lease Contract and given to you at signing. When an Inventory and Condition form is completed, both you and we should retain a copy. The items checked below are attached to this Lease Contract and are binding even if not initialed or signed.

- ☐ Animal Addendum
- ☒ Inventory and Condition Form
- ☒ Mold Addendum
- ☐ Enclosed Garage Addendum, dated _____
- ☒ Community Policies Addendum, dated_____
- ☐ Lease Contract Guaranty (_____ guaranties, if more than one)
- ☒ Notice of Intent to Move Out Form
- ☒ Parking Permit or Sticker (quantity: _2_ )
- ☐ Satellite Dish or Antenna Addendum
- ☒ Asbestos Addendum (if asbestos is present)
- ☒ Lead Hazard Information and Disclosure Addendum (federal)
- ☒ Utility Addendum
- ☐ Remote Control, Card or Code Access Gate Addendum, dated _____
- ☒ Lease Contract Buy-Out Agreement
- ☐ Intrusion Alarm Addendum, dated_____
- ☐ Other _____
- ☐ Other _____

44. **Local Laws and Ordinances.** It is the intent of the parties to comply with the laws of Maryland, including local county and municipal ordinances. The terms of this Apartment Lease Contract may be modified by another addendum which conforms to the laws of the jurisdiction in which this apartment community is located. If there is any conflict in the terms of that addendum and this Apartment Lease Contract the conflicting terms of that other addendum shall control. In the event no other addendum is attached to this Apartment Lease Contract and the local laws or ordinances provide additional rights or remedies not included herein, this Apartment Lease Contract is amended by reference to such local laws and ordinances

to incorporate the terms, rights, or remedies thereof herein. It is the intent of the parties to have this lease construed to include any such rights or remedies herein, and the provisions of such laws or ordinances shall supercede and control over the language of this Apartment Lease Contract to the extent they are in conflict. If any of the provisions of this Apartment Lease Contract are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Apartment Lease Contract will remain enforceable and binding on both you and us and will be construed to reflect the intent of the parties.

> You are legally bound by this document.
> Read it carefully before signing.

Resident or Residents[SEAL] *(all sign below)*

X Norma gB

X Nfl

Owner or Owner's Representative[SEAL] *(signing on behalf of owner)*

M

Below is the name, address, and phone number of owner's representative or managing agent who is authorized to receive notices and services of process on our behalf.

1400 E University Blvd.

Hyattsville, MD 20783

(301) 439-6611

Name and address of locator service *(if applicable)*

_____

_____

Date form is filled out *(same as on top of page 1)*  10/01/2012

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2).

## UTILITY ADDENDUM



**NATIONAL
APARTMENT
ASSOCIATION**

This Utility Addendum is incorporated into the Apartment Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated
__October 1, 2012__ between __Bedford Station__
("We" and/or "we" and/or "us") and
__Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez__
("You" and/or "you") of Apt. No. ___101___
located at ____1406 University Boulevard East____                                                (street address) in
__Hyattsville, MD 20783__ and is in addition to all terms and conditions in the Lease.
To the extent that the terms of this Utility Addendum conflict with those of the Lease, this Utility Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.
   a) **Water** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula: _NormaB_
         - ☐ If flat rate is selected, the current flat rate is $ ____33.00____ per month.
         - ☐ 3rd party billing company if applicable _____

   b) **Sewer** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   c) **Gas** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   d) **Trash** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ trash bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   e) **Electric** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   f) **Stormwater** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   g) **Cable TV** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   h) **Master Antenna** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   i) **Internet** service to your apartment will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         - ☐ 3rd party billing company if applicable _____

   j) (Other) __Electric A/C__ _____ service to your apartment and costs will be paid by you either: _NormaB_
      - ☐ directly to the utility service provider; or
      - ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         - ☐ If flat rate is selected, the current flat rate is $ ____65.00____ per month.
         - ☐ 3rd party billing company if applicable _____

   **METERING/ALLOCATION METHOD KEY**
   "1"  - Sub-metering of all of your water/gas/electric use
   "2"  - Calculation of your total water use based on sub-metering of hot water
   "3"  - Calculation of your total water use based on sub-metering of cold water
   "4"  - Flat rate per month
   "5"  - Allocation based on the number of persons residing in your apartment unit
   "6"  - Allocation based on the number of persons residing in your apartment unit using a ratio occupancy formula
   "7"  - Allocation based on square footage of your apartment unit
   "8"  - Allocation based on a combination of square footage of your apartment unit and the number of persons residing in your apartment unit
   "9"  - Allocation based on the number of bedrooms in your apartment unit
   "10" - Allocation based on a lawful formula not listed here
         (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. If an allocation formula above is used, we or our billing company will calculate your allocated share of the utility services in accordance with state and local laws. Furthermore, we will deduct an amount that is representative of the common area usage at your property which will not be allocated to residents. If allowed by state law, we at our sole discretion may change the above methods of determining your allocated share of the utility services, by written notice to you.

**Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez**

Page 1 of 2

© 2010, National Apartment Association, Inc. - 12/2010, Maryland

If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3.  When billed by us directly or through our billing company, you must pay utility bills within _____ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there is a billing fee for the production of any utility bill or a set-up or initiation fee by our billing company, you shall pay such fees as indicated below.

    Billing Fee:     $ _____    (not to exceed $ _____ )
    Late Fee:        $ _____    (not to exceed $ _____ )
    Set-up Fee:      $ _____    (not to exceed $ _____ )

    If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4.  You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the apartment. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your apartment and may charge a reasonable administration fee for billing for the utility service in the amount of $ _____ .

5.  When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6.  We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the apartment unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the apartment due to such outages, interruptions, or fluctuations.

7.  You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease and this Utility Addendum.

8.  Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9.  You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

    You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

    If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

10. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supercede any conflicting provisions of this printed Utility Addendum and/or the Apartment Lease Contract.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Resident Signature  X _Norma B_____   Date _10/1/12_____
Resident Signature  X _____   Date _10/1/12_____
Resident Signature  _____    Date _____
Resident Signature  _____    Date _____
Management          _____    Date _10/1/12_____

Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez

© 2010, National Apartment Association, Inc. - 12/2010, Maryland

# APARTMENT LEASE CONTRACT ADDENDUM
## FOR SATELLITE DISH OR ANTENNA


**NATIONAL APARTMENT ASSOCIATION**

Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased apartment, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1. **Addendum.** This is an addendum to the Apartment Lease Contract executed on **October 1, 2012** , by you, the resident(s), **Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez**

   for the dwelling you have agreed to rent. That dwelling is: Apt. # **101** at **Bedford Station**

   *(name of apartments)* located at **1406 University Boulevard East**
   *(street address)* in **Hyattsville, MD 20783**

2. **Number and size.** You may install _____ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

3. **Location.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

4. **Safety and non-interference.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

5. **Signal transmission from exterior dish or antenna to interior of dwelling.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window--without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

6. **Safety in installation.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

7. **Maintenance.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

8. **Removal and damages.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

9. **Liability insurance.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $ _____ , which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

10. **Security Deposit.** An additional security deposit of $ _____ will be charged. We *[check one]* ❑ will consider or ❑ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *[check one]* ❑ does or ❑ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

    This additional security deposit is required to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails, screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost repair or restoration after removal, etc.

11. **When you may begin installation.** You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 9 of this addendum; (3) paid the additional security deposit, if applicable, in paragraph 10; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

12. **Miscellaneous.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

13. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

**Resident or Residents**
*[All residents must sign here]*

X _Norma B_____

X _____

**Owner or Owner's Representative**
*[signs here]*

X _____

**Date of Lease Contract**

**October 1, 2012**

© 2011, National Apartment Association, Inc. - 4/2011, Maryland

Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez

# COMMUNITY POLICIES, RULES AND REGULATIONS
## ADDENDUM



*This addendum is incorporated into the Lease Contract (the "Lease") identified below and is in addition to all the terms and conditions contained in the Lease. If any terms of this Addendum conflict with the Lease, the terms of this Addendum shall be controlling:*

Property Owner: **Bedford Station**

Resident(s): **Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez**

Apartment No./Address: **#101, 1406 University Boulevard East**

Lease Date: **10/01/2012**

**I.   GENERAL CONDITIONS FOR USE OF APARTMENT PROPERTY AND RECREATIONAL FACILITIES.**
Resident(s) permission for use of all common areas, Resident amenities, and recreational facilities (together, "Amenities") located at the Apartment Community is a privilege and license granted by Owner, and not a contractual right except as otherwise provided for in the Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of the Lease, this Addendum, and the Community rules and regulations ("Rules") in effect at any given time, and such permission may be revoked by Owner at any time for any lawful reason. In all cases, the most strict terms of either the Lease, this Addendum, or the Community Rules shall control. Owner reserves the right to set the days and hours of use for all Amenities and to change the character of or close any Amenity based upon the needs of Owner and in Owner's sole and absolute discretion, without notice, obligation or recompense of any nature to Resident. Owner and management may make changes to the Rules for use of any Amenity at any time.

**Additionally, Resident(s) expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's use of the amenities at the Community. Resident(s) agrees to hold Owner harmless and release and waive any and all claims, allegations, actions, damages, losses, or liabilities of every type, whether or not foreseeable, that Resident(s) may have against Owner and that are in any way related to or arise from such use. This provision shall be enforceable to the fullest extent of the law.**

**THE TERMS OF THIS ADDENDUM SHALL ALSO APPLY TO RESIDENT(S)' OCCUPANTS, AGENTS AND INVITEES, TOGETHER WITH THE HEIRS, ASSIGNS, ESTATES AND LEGAL REPRESENTATIVES OF THEM ALL, AND RESIDENT(S) SHALL BE SOLELY RESPONSIBLE FOR THE COMPLIANCE OF SUCH PERSONS WITH THE LEASE, THIS ADDENDUM, AND COMMUNITY RULES AND REGULATIONS, AND RESIDENT(S) INTEND TO AND SHALL INDEMNIFY AND HOLD OWNER HARMLESS FROM ALL CLAIMS OF SUCH PERSONS AS DESCRIBED IN THE PRECEDING PARAGRAPH. The term "Owner" shall include the Management, officers, partners, employees, agents, assigns, Owners, subsidiaries and affiliates of Owner.**

**II.   POOL.** This Community ❑ DOES; ☒ DOES NOT have a pool. When using the pool, Resident(s) agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the pool area and Management policies.
- All Swimmers swim at their own risk. Owner is not responsible for accidents or injuries.
- For their safety, Residents should not swim alone.
- Pool hours are posted at the pool.
- Children under the minimum age (posted at the pool) must be accompanied at all times by a parent or legal guardian.
- No glass, pets, or alcoholic beverages are permitted in the pool area. Use paper or plastic containers only.
- Proper swimming attire is required at all times and a swimsuit "cover up" should be worn to and from the pool.
- No running or rough activities are allowed in the pool area. Respect others by minimizing noise, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas, disposing of trash, and keeping pool gates closed.
- Resident(s) must accompany their guests.
- Resident(s) must notify Owner any time there is a problem or safety hazard at the pool.

### IN CASE OF EMERGENCY DIAL 911

**III.   FITNESS CENTER.** This Community ❑ DOES; ☒ DOES NOT have a fitness center. When using the fitness center, Resident agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the fitness center and Management policies.
- The Fitness Center is not supervised. Resident(s) are solely responsible for their own appropriate use of equipment.
- Resident(s) shall carefully inspect each piece of equipment prior to Resident's use and shall refrain from using any equipment that may be functioning improperly or that may be damaged or dangerous.
- Resident(s) shall immediately report to Management any equipment that is not functioning properly, is damaged or appears dangerous, as well any other person's use that appears to be dangerous or in violation of Management Rules and Policies.
- Resident(s) shall consult a physician before using any equipment in the Fitness Center and before participating in any aerobics or exercise class, and will refrain from such use or participation unless approved by Resident's physician.
- Resident(s) will keep Fitness Center locked at all times during Resident's visit to the Management Office.
- Resident(s) will not admit any person to the Fitness Center who has not registered with the Management Office.
- Children under the minimum age (posted at the fitness center) must be accompanied at all times by a parent or legal guardian.
- Resident(s) must accompany guests, and no glass, smoking, eating, alcoholic beverages, pets, or black sole shoes are permitted in the Fitness Center.

Card # issued: (1) _____ (2) _____ (3) _____ (4) _____

**IV.   PACKAGE RELEASE.** This Community ❑ DOES; ☒ DOES NOT accept packages on behalf of Residents.

*For communities that do accept packages on behalf of its Residents:*
Resident(s) gives Owner permission to sign and accept any parcels or letters sent to Resident(s) through UPS, Federal Express, Airborne, United States Postal Service or the like. Resident agrees that Owner does not accept responsibility or liability for any lost, damaged, or unordered deliveries, and agrees to hold Owner harmless for the same.

**V.   BUSINESS CENTER.** This Community ❑ DOES; ☒ DOES NOT have a business center. According to the Community Rules. Owner is not responsible for data, Resident(s) agrees to use the business center at Resident(s) sole risk and according to the Community Rules. Owner is not responsible for data, files, programs or any other information lost or damaged on Business Center computers or in the Business Center for any reason. No software may be loaded on Business Center computers without the written approval of Community Management. No inappropriate, offensive, or pornographic images or files (in the sole judgment of Owner) will be viewed or loaded onto the Business Center computers at any time. Residents will limit time on computers to _____ minutes if others are waiting to use them. Smoking, eating, alcoholic beverages, pets, and any disturbing behavior are prohibited in the business center. Children under the age of _____ must be accompanied by a Resident who is that child's parent or legal guardian.

**VI.   AUTOMOBILES/BOATS/RECREATIONAL VEHICLES.** The following policies are in addition to those in the Lease, and may be modified by the additional rules in effect at the Community at any given time:
- Only __2__ vehicle per licensed Resident is allowed.
- All vehicles must be registered at the Management office.
- Any vehicle(s) not registered, considered abandoned, or violating the Lease, this Addendum, or the Community Rules, in the sole judgment of Management, will be towed at the vehicle owner's expense after a __72__ hour notice is placed on the vehicle.

Page 1 of 2

Revised 4/2010, Maryland
Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez

- Notwithstanding this, any vehicle illegally parked in a fire lane, designated no parking space or handicapped space, or blocking an entrance, exit, driveway, dumpster, or parked illegally in a designated parking space, will immediately be towed, without notice, at the vehicle owner's expense.
- The washing of vehicles is not permitted on the property unless specifically allowed in designated area.
- Any on property repairs and/or maintenance of any vehicle must be with the prior written permission of the Management.
- Recreational vehicles, boats or trailers may only be parked on the property with Management's permission (in Management's sole discretion), and must be registered with the Management Office and parked in the area(s) designated by Management.

**VII. FIRE HAZARDS.** In order to minimize fire hazards and comply with city ordinances, Resident shall comply with the following:
- Residents and guests will adhere to the Community rules and regulations other Management policies concerning fire hazards, which may be revised from time to time.
- No person shall knowingly maintain a fire hazard.
- **Grills, Barbeques, and any other outdoor cooking or open flame devices will be used only on the ground level and will be placed a minimum of   10   feet from any building.** Such devices will not be used close to combustible materials, tall grass or weeds, on exterior walls or on roofs, indoors, on balconies or patios, or in other locations which may cause fires.
- **Fireplaces:** Only firewood is permitted in the fireplace. No artificial substances, such as Duraflame® logs are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold.
- Flammable or combustible liquids and fuels shall not be used or stored (including stock for sale) in apartments, near exits, stairways breezeways, or areas normally used for the ingress and egress of people. This includes motorcycles and any apparatus or engine using flammable or combustible liquid as fuel.
- No person shall block or obstruct any exit, aisle, passageway, hallway or stairway leading to or from any structure.
- Resident(s) are solely responsible for fines or penalties caused by their actions in violation of local fire protection codes.

**VIII. EXTERMINATING.** Unless prohibited by statue or otherwise stated in the Lease, Owner may conduct extermination operations in Residents' apartment several times a year and as needed to prevent insect infestation. Owner will notify Residents in advance of extermination in Residents' Apartment, and give Resident instructions for the preparation of the Apartment and safe contact with insecticides. Residents will be responsible to prepare the Apartment for extermination in accordance with Owner's instructions. If Residents are unprepared for a scheduled treament date Owner will prepare Residents' apartment and charge Residents accordingly. Residents must request extermination treaments in addition to those regularly provided by Owner in writing. **Residents agree to perform the tasks required by Owner on the day of interior extermination to ensure the safety and effectiveness of the extermination. These tasks will include, but are not limited to, the following:**
- Clean in all cabinets, drawers and closets in kitchen and pantry.
- If roaches have been seen in closets, remove contents from shelves and floor.
- Remove infants and young children from the apartment.
- Remove pets or place them in bedrooms, and notify Owner of such placement.
- Remove chain locks or other types of obstruction on day of service.
- Cover fish tanks and turn off their air pumps.
- Do not wipe out cabinets after treatment.

In the case of suspected or confirmed bed bug infestation, resident will agree to the following:
- Resident will wash all clothing, bed sheets, draperies, towels, etc. in extremely hot water.
- Resident will thoroughly clean, off premises, all luggage, handbags, shoes and clothes hanging containers.
- Resident will cooperate with Owner's cleaning efforts for all mattresses and seat cushions or other upholstered furniture, and will dispose of same if requested.

**RESIDENTS ARE SOLELY RESPONSIBLE TO NOTIFY OWNER IN WRITING PRIOR TO EXTERMINATION OF ANY ANTICIPATED HEALTH OR SAFETY CONCERNS RELATED TO EXTERMINATION AND THE USE OF INSECTICIDES**

**IX. DRAPES AND SHADES.** Drapes or shades installed by Resident, when allowed, must be lined in white and present a uniform exterior appearance.

**X. WATER BEDS.** Resident shall not have water beds or other water furniture in the apartment without prior written permission of Owner.

**XI. BALCONY or PATIO.** Balconies and patios shall be kept neat and clean at all times. No rugs, towels, laundry, clothing, appliances or other items shall be stored, hung or draped on the railings or other portions of balconies or patios.

**XII. SIGNS.** Resident shall not display any signs, exterior lights or markings on apartment. No awnings or other projections shall be attached to the outside of the building of which apartment is a part.

**XIII. SATELLITE DISHES/ANTENNAS.** You must complete a satellite addendum and abide by its terms prior to installation or use.

**XIV. WAIVER/SEVERABILITY CLAUSE.** No waiver of any provision herein, or in any Community rules and regulations, shall be effective unless granted by the Owner in a signed and dated writing. If any court of competent jurisdiction finds that any clause, phrase, or provision of this Part is invalid for any reason whatsoever, this finding shall not effect the validity of the remaining portions of this addendum, the Apartment Lease Contract or any other addenda to the Apartment Lease Contract.

**XV. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I have read, understand and agree to comply with the preceding provisions.

X _Norma B._ _10/1/12_        X _____ _10/1/12_
Resident          Date         Resident         Date

_____ _____        _____ _____
Resident          Date         Resident         Date

X _____             _10/1/12_
Owner Representative            Date
Revised 4/2010, Maryland

Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez

Page 2 of 2

## LEASE ADDENDUM
## LIABILITY INSURANCE REQUIRED OF RESIDENT



NATIONAL
APARTMENT
ASSOCIATION.

1. **Addendum.** This is an addendum to the Apartment Lease Contract executed on _____ October 1, 2012 _____, by you, the resident(s), __Roberto A Grijalva, Norma__ __Guadalupe Beltran De Enriquez__

for the dwelling you have agreed to rent. That dwelling is: Apt. # ____101____ at __Bedford Station__

*(name of apartments)* located at __1406 University__ __Boulevard East__ *(street address)* in __Hyattsville, MD 20783__

2. **Acknowledgment Concerning Insurance or Damage Waiver.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or belongings, or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that by not maintaining your own policy of personal liability insurance, you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your actions or the actions of your occupants or guests. You understand that paragraph 8 of the Lease Contract requires you to maintain a liability insurance policy, which provides limits of liability to third parties in an amount not less than $ __100000.00__ per occurrence. You understand and agree to maintain at all times during the Term of the Lease Contract and any renewal periods a policy of personal liability insurance satisfying the requirements listed below, at your sole expense.

3. **Required Policy.** You are required to purchase and maintain personal liability insurance covering you, your occupants and guests, for personal injury and property damage any of you cause to third parties (including damage to our property), in a minimum policy coverage amount of $ __10000.00__ , from a carrier with an AM Best rating of A-VII or better, licensed to do business in Maryland. The carrier is required to provide notice to us within 30 days of any cancellation, non-renewal, or material change in your coverage. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

4. **We may provide you with information of an insurance program that we make available to residents, which provides you with an opportunity to buy renter's insurance from a preferred company. However, you are free to contract for the required insurance with a provider of your choosing.**

5. **Subrogation Allowed.** You and we agree that subrogation is allowed by all parties and that this agreement supersedes any language to the contrary in the Lease Contract.

6. **Your Insurance Coverage.** You have purchased the required personal liability insurance from the insurance company of your choosing listed below that is licensed to do business in this state, and have provided us with written proof of this insurance prior to the execution and commencement of the Lease Contract. You will provide additional proof of insurance in the future at our request.

Insurance Company: _____

7. **Default.** Any default under the terms of this Addendum shall be deemed an immediate, material and incurable default under the terms of the Lease Contract, and we shall be entitled to exercise all rights and remedies under the law.

8. **Miscellaneous.** Except as specifically stated in this Addendum, all other terms and conditions of the Lease Contract shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease Contract, the terms of this Addendum shall control.

9. **Special Provisions:** _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I have read, understand and agree to comply with the preceding provisions.

**Resident or Residents**
*[All residents must sign here]*

X _Normag B._

**Owner or Owner's Representative**
*[signs here]*

**Date of Lease Contract**

__October 1, 2012__

© 2010, National Apartment Association, Inc. - 4/2010, Maryland

Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez

# NO-SMOKING ADDENDUM

Date: __October 1, 2012__
(when this Addendum is filled out)



NATIONAL APARTMENT ASSOCIATION.

*All use of any tobacco product involving smoking, burning, or combustion of tobacco is prohibited in any portion of the apartment community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

1. **Dwelling Unit Description.** Apt. No. ___101___,
   __1406 University Boulevard East__ *(street address)* in __Hyattsville__ *(city)*, Maryland, __20783__ *(zip code)*.

2. **Lease Contract Description**
   Lease Contract date: __October 1, 2012__
   Owner's name: __Bedford Station__

   Residents *(list all residents)*: __Roberto A Grijalva,__
   __Norma Guadalupe Beltran De Enriquez__

3. **Smoking Anywhere Inside Buildings of the Apartment Community is Strictly Prohibited.** All forms and use of lighted or burning tobacco products and smoking of tobacco products inside any apartment, building, or interior of any portion of the apartment community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this addendum and the Lease Contract.

   The prohibition on use of any lighted or burning tobacco products or smoking of any tobacco products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the apartment community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, apartments, club house, exercise or spa facility, tennis courts, all interior areas of the apartment community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the apartment community or in the enclosed spaces on the surrounding community grounds. Smoking of non-tobacco products which are harmful to the health, safety, and welfare of other residents is also prohibited by this addendum and other provisions of the Lease Contract inside any apartment or building.

   **Smoking Outside Buildings of the Apartment Community.** Smoking is permitted only in specially designated areas outside the buildings of the apartment community. The smoking-permissible areas are marked by signage.

   Smoking on balconies, patios, and limited common areas attached to or outside of your apartment ❑ is ❑ is not permitted.

   The following outside areas of the community may be used for smoking:_____

   Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the apartments or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

4. **Your Responsibility for Damages and Cleaning.** You are responsible for payment of all costs and damages to your apartment, other residents' apartments, or any other portion of the apartment community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of tobacco smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the apartment or building is in excess of normal wear and tear in our smoke free apartment community.

5. **Your Responsibility for Loss of Rental Income and Economic Damages Regarding Other Residents.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their apartments, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

6. **Definition of Smoking.** Smoking refers to any use or possession of a cigar, cigarette, or pipe containing tobacco or a tobacco product while that tobacco or product is burning, lighted, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to, any form, compound, or synthesis of the plant of the genus *Nicotiana* or the species *N. tabacum* which is cultivated for its leaves to be used in cigarettes, cigars, or pipes. Smoking also refers to use or possession of burning, lighted, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

7. **Lease Contract Termination for Violation of the Addendum.** We have the right to terminate your Lease Contract or right of occupancy of the apartment for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for rent through the end of the Lease Contract term or the date on which the apartment is re-rented to a new occupant, whichever comes first. Therefore, you may be responsible for payment of rent after you vacate the leased premises even though you are no longer living in the apartment.

8. **Extent of Your Liability for Losses Due to Smoking.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

9. **Your Responsibility for Conduct of Occupants, Family Members, and Guests.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this addendum by your occupants, family, guests, and invitees.

10. **There Is No Warranty of a Smoke Free Environment.** Although we prohibit smoking in all interior parts of the apartment community, there is no warranty or guaranty of any kind that your apartment or the apartment community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

This is an important and binding legal document. By signing this addendum you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the apartment. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this addendum. Before signing you must advise us whether you or anyone who will be living in your apartment is a smoker. You must check one of the following boxes.

❑ Neither you nor anyone who will be living in the apartment is a smoker.
❑ Someone in my household is a smoker; however, we agree to follow your no-smoking policy.

**Resident or Residents**
*[All residents must sign here]*

X _Norma B_____

_Roberto A Grijalva, Norma Guadalupe Beltran De Enriquez_

**Owner or Owner's Representative**
*[Sign here]*

© 2009, National Apartment Association, Inc. - 1/2009





Federally Required Lead Hazard Information
and Disclosure Addendum

IMPORTANT NOTICE TO RESIDENTS: The following information is taken from a brochure entitled "Protect Your Family from Lead in Your Home" prepared by the U.S. Environmental Protection Agency, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. While the information must be distributed to residents before they become obligated under the lease for most types of housing built before 1978, it does not mean that the dwelling contains lead-based paint (LBP). The brochure was written in general terms and applies to both home purchasers and renters. The information outlines action that can be taken to test for, remove or abate LBP in a dwelling. The Maryland Multi-Housing Association Lease Contract specifically prohibits a resident from performing this type of work—only the dwelling owner may do so under the lease contract. If you have any questions about the presence of LBP in your dwelling, please contact the owner or management company before taking any action to test, abate or remove LBP. NOTE: Page references in the content of this form are to pages in the EPA brochure.



### Are You Planning To Buy, Rent, or Renovate a Home Built Before 1978?

Many houses and apartments built before 1978 have paint that contains high levels of lead (called lead-based paint). Lead from paint, chips, and dust can pose serious health hazards if not taken care of properly.



OWNERS, BUYERS, and RENTERS are encouraged to check for lead (see page 6) before renting, buying, or renovating pre-1978 housing.

Federal law requires that individuals receive certain information before renting, buying, or renovating pre-1978 housing:



LANDLORDS have to disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a disclosure about lead-based paint.



SELLERS have to disclose known information on lead-based paint and lead-based paint hazards before selling a house. Sales contracts must include a disclosure form about lead-based paint. Buyers have up to 10 days to check for lead.



RENOVATORS disturbing more than 2 square feet of painted surfaces have to give you this pamphlet before starting work.

### IMPORTANT!

Lead From Paint, Dust, and
Soil Can Be Dangerous If Not
Managed Properly

FACT: Lead exposure can harm young children and babies even before they are born.

FACT: Even children that seem healthy can have high levels of lead in their bodies.

FACT: People can get lead in their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

FACT: People have many options for reducing lead hazards. In most cases, lead-based paint that is in good condition is not a hazard.

FACT: Removing lead-based paint improperly can increase the danger to your family.

If you think your home might have lead hazards, read this pamphlet to learn some simple steps to protect your family.

### Lead Gets in the Body in Many Ways

Childhood lead poisoning remains a major environmental health problem in the U.S.

Even children who appear healthy can have dangerous levels of lead in their bodies.

People can get lead in their body if they:
◆ Breathe in lead dust (especially during renovations that disturb painted surfaces).
◆ Put their hands or other objects covered with lead dust in their mouths.
◆ Eat paint chips or soil that contains lead.

Lead is even more dangerous to children under the age of 6:
◆ At this age children's brains and nervous systems are more sensitive to the damaging effects of lead.
◆ Children's growing bodies absorb more lead.
◆ Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

Lead is also dangerous to women of childbearing age:
◆ Women with a high lead level in their system prior to pregnancy would expose a fetus to lead through the placenta during fetal development.





1

2

03102011045901md11010551

Page 1 of 4

© 2010, National Apartment Association, Inc. - 10/2010

## Lead's Effects

It is important to know that even exposure to low levels of lead can severely harm children.

In children, lead can cause

◆ Nervous system and kidney damage.

◆ Learning disabilities, attention deficit disorder, and decreased intelligence.

◆ Speech, language, and behavior problems.

◆ Poor muscle coordination.

◆ Decreased muscle and bone growth.

◆ Hearing damage.

While low-lead exposure is most common, exposure to high levels of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults too.

In adults, lead can cause:

◆ Increased chance of illness during pregnancy.

◆ Harm to a fetus, including brain damage or death.

◆ Fertility problems (in men and women).

◆ High blood pressure.

◆ Digestive problems.

◆ Nerve disorders.

◆ Memory and concentration problems.

◆ Muscle and joint pain.



Brain or Nerve Damage

Hearing Problems

Slowed Growth

Digestive Problems

Reproductive Problems (Adult)

Lead affects the body in many ways.

3

## Where Lead-Based Paint Is Found

In general, the older your home, the more likely it has lead-based paint.

Many homes built before 1978 have lead-based paint. The federal government banned lead-based paint from housing in 1978. Some states stopped its use even earlier. Lead can be found:

◆ In homes in the city, country, or suburbs.

◆ In apartments, single-family homes, and both private and public housing.

◆ Inside and outside of the house.

◆ In soil around a home. (Soil can pick up lead from exterior paint or other sources such as past use of leaded gas in cars.)

## Checking Your Family for Lead

Get your children and home tested if you think your home has high levels of lead.

To reduce your child's exposure to lead, get your child checked, have your home tested (especially if your home has paint in poor condition and was built before 1978), and fix any hazards you may have. Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect high levels of lead. Blood tests are usually recommended for:

◆ Children at ages 1 and 2.

◆ Children or other family members who have been exposed to high levels of lead.

◆ Children who should be tested under your state or local health screening plan.

Your doctor can explain what the test results mean and if more testing will be needed.

4

## Identifying Lead Hazards

Lead-based paint is usually not a hazard if it is in good condition, and it is not on an impact or friction surface, like a window. It is defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter, or more than 0.5% by weight.

Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged) is a hazard and needs immediate attention. It may also be a hazard when found on surfaces that children can chew or that get a lot of wear-and-tear, such as:

◆ Windows and window sills

◆ Doors and door frames.

◆ Stairs, railings, banisters, and porches.

Lead dust can form when lead-based paint is scraped, sanded, or heated. Dust also forms when painted surfaces bump or rub together. Lead chips and dust can get on surfaces and objects that people touch. Settled lead dust can re-enter the air when people vacuum, sweep, or walk through it. The following two federal standards have been set for lead hazards in dust:

◆ 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors.

◆ 250 $\mu g/ft^2$ and higher for interior window sills.

Lead in soil can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. The following two federal standards have been set for lead hazards in residential soil:

◆ 400 parts per million (ppm) and higher in play areas of base soil.

◆ 1,200 ppm (average) and higher in bare soil in the remainder of the yard.

The only way to find out if paint, dust and soil lead hazards exist is to test for them. The next page describes the most common methods used.

Lead from paint chips, which you can see, and lead dust, which you can't always see, can both be serious hazards

5

## Checking Your Home for Lead

Just knowing that a home has lead-based paint may not tell you if there is a hazard.

You can get your home checked for lead in several different ways:

◆ A paint inspection tells you whether your home has lead-based paint and where it is located. It won't tell you whether or not your home currently has lead hazards.

◆ A risk assessment tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards.

◆ A combination risk assessment and inspection tells you if your home has any lead hazards and if your home has any lead-based paint, and where the lead-based paint is located.

Hire a trained and certified testing professional who will use a range of reliable methods when testing your home.

◆ Visual inspection of paint condition and location.

◆ A portable x-ray fluorescence (XRF) machine.

◆ Lab tests of paint, dust, and soil samples.

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency (see bottom of page 11) for more information, or call 1-800-424-LEAD (5323) for a list of contacts in your area.

Home test kits for lead are available, but may not always be accurate. Consumers should not rely on these tests before doing renovations or to assure safety.



6

0310201045902md11010551

© 2010, National Apartment Association, Inc. - 10/2010

## What You Can Do Now To Protect Your Family

If you suspect that your house has lead hazards, you can take some immediate steps to reduce your family's risk:

◆ If you rent, notify your landlord of peeling or chipping paint.

◆ Clean up paint chips immediately.

◆ Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner or a cleaner made specifically for lead. REMEMBER: NEVER MIX AMMONIA AND BLEACH PRODUCTS TOGETHER SINCE THEY CAN FORM A DANGEROUS GAS.

◆ Thoroughly rinse sponges and mop heads after cleaning dirty or dusty areas.

◆ Wash children's hands often, especially before they eat and before nap time and bed time.

◆ Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

◆ Keep children from chewing window sills or other painted surfaces.

◆ Clean or remove shoes before entering your home to avoid tracking in lead from soil.

◆ Make sure children eat nutritious, low-fat meals high in iron and calcium, such as spinach and dairy products. Children with good diets absorb less lead.





7

## Reducing Lead Hazards In The Home

**Removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**

**Always use a professional who is trained to remove lead hazards safely.**



In addition to day-to-day cleaning and good nutrition:

◆ You can **temporarily** reduce lead hazards by taking actions such as repairing damaged painted surfaces and planting grass to cover soil with high lead levels. These actions (called "interim controls") are not permanent solutions and will need ongoing attention.

◆ To **permanently** remove lead hazards, you should hire a certified lead "abatement" contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent removal.

Always hire a person with special training for correcting lead problems—someone who knows how to do this work safely and has the proper equipment to clean up thoroughly. Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

Once the work is completed, dust cleanup activities must be repeated until testing indicates that dust leaf levels are below the following:

◆ 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors;

◆ 250 $\mu g/ft^2$ for interior window sills; and

◆ 400 $\mu g/ft^2$ for window troughs.

Call your state or local agency (see bottom of page 11) for help with locating certified professionals in your area and to see if financial assistance is available.

8

## Remodeling or Renovating a Home With Lead-Based Paint

Take precautions before your contractor or you begin remodeling or renovating anything that disturbs painted surfaces (such as scraping off paint or tearing out walls):

◆ Have the area tested for lead-based paint.

◆ Do not use a belt-sander, propane torch, high temperature heat gun, dry scraper, or dry sandpaper to remove lead-based paint. These actions create large amounts of lead dust and fumes. Lead dust can remain in your home long after the work is done.

◆ Temporarily move your family (especially children and pregnant women) out of the apartment or house until the work is done and the area is properly cleaned. If you can't move your family, at least completely seal off the work area.

◆ Follow other safety measures to reduce lead hazards. You can find out about other safety measures by calling 1-800-424-LEAD. Ask for the brochure "Reducing Lead Hazards When Remodeling Your Home." This brochure explains what to do before, during, and after renovations.

If you have already completed renovations or remodeling that could have released lead-based paint or dust, get your young children tested and follow the steps outlined on page 7 of this brochure.



**If not conducted properly, certain types of renovations can release lead from paint and dust into the air.**

9

## Other Sources of Lead



**While paint, dust, and soil are the most common sources of lead, other lead sources also exist.**



◆ **Drinking water.** Your home might have plumbing with lead or lead solder. Call your local health department or water supplier to find out about testing your water. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might have lead in it:

• Use only cold water for drinking and cooking.

• Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

◆ **The job.** If you work with lead, you could bring it home on your hands or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

◆ Old painted toys and furniture.

◆ Food and liquids stored in lead crystal or lead-glazed pottery or porcelain.

◆ **Lead smelters** or other industries that release lead into the air.

◆ **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture.

◆ **Folk remedies** that contain lead, such as "greta" and "azarcon" used to treat an upset stomach.

10

0310201045903md11010551

© 2010, National Apartment Association, Inc. - 10/2010

## For More Information

**The National Lead Information Center**

Call **1-800-424-LEAD (424-5323)** to learn how to protect children from lead poisoning and for other information on lead hazards. To access lead information via the web, visit **www.epa.gov/lead** and **www.hud.gov/offices/lead/**.

**EPA's Safe Drinking Water Hotline**

Call **1-800-426-4791** for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**

To request information on lead in consumer products, or to report an unsafe consumer product or a product-related injury call **1-800-638-2772**, or visit CPSC's Web site at: www.cpsc.gov.

**State Health and Environmental Agencies**

Some cities, states, and tribes have their own rules for lead-based paint activities. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your local contacts on the Internet at **www.epa.gov/lead** or contact the National Lead Information Center at **1-800-424-LEAD**.

For the hearing impaired, call the Federal Information Relay Service at **1-800-877-8339** to access any of the phone numbers in this brochure.

11

### Simple Steps To Protect Your Family from Lead Hazards

**If you think your home has high levels of lead:**

◆ Get your young children tested for lead, even if they seem healthy.

◆ Wash children's hands, bottles, pacifiers, and toys often.

◆ Make sure children eat healthy, low-fat foods.

◆ Get your home checked for lead hazards.

◆ Regularly clean floors, window sills, and other surfaces.

◆ Wipe soil off shoes before entering house.

◆ Talk to your landlord about fixing surfaces with peeling or chipping paint.

◆ Take precautions to avoid exposure to lead dust when remodeling or renovating (call 1-800-424-LEAD for guidelines).

◆ Don't use a belt-sander, propane torch, high temperature heat gun, scraper, or sandpaper on painted surfaces that may contain lead.

◆ Don't try to remove lead-based paint yourself.

12

| Maryland Department of Health--877/463-3464 | CPSC Main Office *(includes Maryland)*--800/638-2772 |
| EPA Region 3 Office *(includes Maryland)*--215/814-5000 | HUD Main Office--202/755-1785 |

## FEDERALLY REQUIRED LESSOR DISCLOSURE, AGENT STATEMENT AND LESSEE ACKNOWLEDGMENT OF INFORMATION ON LEAD-BASED PAINT HAZARDS

**LEAD WARNING STATEMENT**  Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors (owners) must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Lessees (residents) must also receive a federally approved pamphlet on lead poisoning prevention.

**LEAD-FREE HOUSING** If the housing unit has been certified as "lead free" according to 24 C.F.R. Section 35.82 or is not target housing according to 24 C.F.R. Section 35.86, the lead-based paint hazard disclosure requirements do not apply, and therefore, it is not necessary to provide this addendum or a lead-based paint warning pamphlet and lead-based paint disclosure statement to the lessee (resident).

**LESSOR'S DISCLOSURE**

**Presence of lead-based paint and/or lead-based paint hazards** *(check only one box).*

☒ Lessor (owner) has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

☐ Known that lead-based paint and/or lead-based paint hazards are present in the housing *(explain).*

_____

**Records and reports available to lessor** *(check only one box).*

☒ Lessor (owner) has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

☐ Lessor (owner) has reports or records indicating the presence of some lead-based paint and/or lead-based paint hazards in the housing, and has provided the lessees (residents) with all such records and reports that are available to lessor *(list documents).*

FV RAB                                   N. Q. B.

**AGENT'S ACKNOWLEDGMENT** *(Initial)*
If another person or entity is involved in leasing the dwelling as an agent of the lessor (i.e., as a management company, real estate agent or locator service acting for the owner), such agent represents that agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d) and agent is aware of agent's responsibility to ensure that lessor complies with such disclosure laws.

RAB                                   N. Q. B

**LESSEE'S ACKNOWLEDGMENT** *(Initial)*
Lessee acknowledges the receipt of a copy of a federally approved pamphlet on lead poisoning prevention and all records or reports listed above.

**ACCURACY CERTIFICATIONS**
The parties named below certify that to the best of their knowledge the above information and statements made or provided by them, respectively, are true and accurate. The person who signs for the LESSOR may be the owner himself or herself, an employee, officer or partner of the owner, or a representative of the owner's management company, real estate agent or locator service if such person is authorized to sign for the lessor. The person who signs for the AGENT may be the agent himself or herself, or an employee, officer or partner of the agent if such person is authorized to sign for the agent.

|  | Hyattsville |
|---|---|
| Apartment name & unit number OR street address of dwelling | City |
| _____ Date | X Normag B. _____ Date |
| Lessee (Resident) | Lessee (Resident) |
| _____ Date | _____ Date |
| Lessee (Resident) | Lessee (Resident) |
|  | Printed name of any AGENT of lessor, i.e., management company, real estate agent or locator service involved in leasing the dwelling |
| Printed name of LESSOR (owner) of the dwelling |  |
| _____ Date | _____ Date |
| Signature of person signing on behalf of above LESSOR | Signature of person signing on behalf of above AGENT, if any |

Maryland/National Apartment Association Official Form E-10 (Sheets 1 and 2), October 2010

© 2010, National Apartment Association, Inc.

Page 4 of 4  

# A/C Addendum

## Bedford Station\Victoria Station Apartments
## Air Conditioner Addendum

Residents are required to supply their own A/C unit. The A/C unit cannot exceed 10,000 BTU's and must be 115 volts. Do not purchase 220 volts air conditioning units. The unit needs to be 14" wide and 20" high to fit properly in the window.
A/C was used during the month.

A/C units can *only* be plugged into the special A/C sockets in each unit. <u>No</u> other socket can be used.

A/C units exceeding the specifications outlined are subject to a violation fee of $25.00 (per occurrence) and subject immediate removal my management.

Any A/C units being used in have to be install by our maintenance department to ensure proper installation and must have been registration at the rental office to avoid a penalty fee.

Any non –registered A/C units must be removed immediately to avoid penalties.

Any A/C unit(s) that has not been removed from widows will be considered in use and charged as stated in this addendum.

All charges associated with A/C's are charged on a monthly basis and can not be prorated.

A/C charges (and/or) fees are considered as rent and should be paid in accordance with the rental policy.

Please register you're A/C unit(s) by completing the form below and Maintenance will install your new air conditioner.

X _R.A.G_ / X _N.G.B._

You are authorize to install ONE A/C unit, location of the A/C unit is your home: LIVINGROOM only.

The resident account will be charged $65.00 PER MONT UNTIL A/C UNIT IS REMOVED.
I agree to abide by this addendum agreement and will adhere to it as a part of the Lease agreement.

It is the policy of the Landlord and their agents to ensure that all fair housing laws are Strictly Followed by all employees of the property. All employees will not discriminate on the basis of race, color, religion, sex, handicap/disability, national origin, familial status, source of income or sexual orientation.

Management has the right to unplug and remove air conditioners and remove those that do not meet the above requirements and/or are installed in an unprofessional manner.

Doc Date 4/13/11

# CHECK-IN / OUT FORM

## LARAMAR

| FIRST NAME | LAST NAME |
|---|---|

ADDRESS

I, and/or we accept the following maintained CHECK-IN LIST as a part of the Rental Agreement and agree that it is an accurate account of the condition of said premises.

| | CHECK IN | CHECK OUT | |
|---|---|---|---|
| **ITEM** | **CONDITION** | **CONDITION** | **CHARGE** |
| **LIVING ROOM** | | | |
| Walls | *Freshly Painted* | | |
| Carpet | *Refinish Floors* | | |
| Windows | | | |
| Screens | | | |
| Blinds | | | |
| Fireplace | | | |
| **DINING ROOM** | | | |
| Walls | | | |
| Carpet | *Floor Refinished / Newly painted* | | |
| Windows | | | |
| Screens | | | |
| Blinds | | | |
| **KITCHEN** | | | |
| Walls | *New Stove / Ref* | | |
| Floors | | | |
| cabinets | | | |
| Counters | *New Floors* | | |
| Range & Reflectors | | | |
| Hood Filter | | | |
| Fan / Light | | | |
| Refrigerator | *Newly Painted* | | |
| Dishwasher | | | |
| Disposal | | | |
| Broiler Pan | | | |
| **HALLS** | | | |
| Walls | *Good* | | |
| Carpet | | | |
| **BEDROOMS:** one ___ two ___ three ___ | | | |
| Walls | | | |
| Carpet | | | |
| Windows | *Good* | | |
| Screens | | | |
| Blinds | | | |
| **BATH** one ___ two ___ three ___ | | | |
| Walls | | | |
| Floors | | | |
| Vanity Cabinet | | | |
| Countertop | *Good* | | |
| Medicine Cabinet | | | |
| Plumbing / Electrical Fixtures | | | |
| **DOORS** | | | |
| Entrance | | | |
| Bedroom | *Good* | | |
| Bathroom | | | |
| Molding | | | |
| Closet | | | |
| **OTHER** | | | |
| Garage Door | | | |
| Washer & Dryer | | | |
| Other: | | | |

**NUMBER OF KEYS RECEIVED**

Apartment: _2_

Mailbox: _2_

Fitness Center: _____

Garage Door Opener: _____

Per Name: _____

Dog ____ Cat ____ Other _____

Pet Description: Small ____ Large ____ Friendly ____ Unfriendly ____

X  _Norma B._   10/1/12
RESIDENT        DATE

X  _____   10/1/12
RESIDENT        DATE

X  _____   10/1/12
AGENT          DATE

| | |
|---|---|
| **NUMBER OF KEYS RECEIVED** _____ | $ _____ |
| **GARAGE DOOR OPENER** | $ _____ |
| **CLEANING CHARGE** | $ _____ |
| **RENT DUE** | $ _____ |
| **LATE CHARGES** | $ _____ |
| **TOTAL CHARGES TO RESIDENT** | $ _____ |
| **SECURITY DEPOSIT APPLICATION** | $ _____ |
| **INTEREST EARNED** | $ _____ |
| **AMOUNT OF REFUND OR CHARGE** | $ _____ |

| HOME PHONE | WORK PHONE |
|---|---|

| HOME PHONE | WORK PHONE |
|---|---|

| AGENT | DATE |
|---|---|

# File Communication Log

Date: 9/20/12  Time: 1:00P  __Called Office  __Called applicant  __Came in office / Agent initials: RM

Message Roberto came to apply with Norma
missing proof of income.
9/23/12 Credit was run RM
9/25/12 Criminal Good Accep with condition RM

Date: 10/1/12  Time: 4:00  __Called Office  __Called applicant  __Came in office / Agent initials: RM

Message Prospect came to move in to U408-101
but it wasn't ready so they are
move in to U406-201 they agree.

Date: _____  Time: _____  __Called office  __Called applicant  __Came in office / Agent initials: _____

Message Prospect brought 1st Month Rent, $1,145.00
Security Deposit $120.00 plus Insurance
lease was read and explained before
sign RM

Date: _____  Time: _____  __Called office  __Called applicant  __Came in office / Agent initials: _____

Message _____