## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, <br> Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, <br> Defendants. | * | |
| | * | |

******

## ORDER

This matter comes before the Court on Defendants' Victoria United, LLC ("Victoria United"), Bedford United, LLC ("Bedford United"), Hyattsville United, LLC ("Hyattsville United"), and Arbor Management Acquisition Company, LLC ("AMAC") (collectively, the "Hyattsville Defendants") Motion to Dismiss. Because Plaintiffs have failed to state a claim upon which relief can be granted, it is hereby **ORDERED** that the Hyattsville Defendants' Motion to Dismiss is **GRANTED** and the Complaint is **DISMISSED** without prejudice except for those counts identified below.

Count V is **DISMISSED** with prejudice. Counts VI and VII as to Plaintiffs Ms. Ramirez and CASA and as against Hyattsville United and AMAC are **DISMISSED** with prejudice. CASA's requests for money damages on behalf of its members are **DISMISSED** with prejudice; CASA's requests for money damages on its own behalf as to Counts VI and VII are **DISMISSED** with prejudice. Plaintiffs' requests for money damages pursuant to Counts VI and VII for damages

resulting from breaches occurring more than three years prior to the date of Plaintiffs' filing are **DISMISSED** with prejudice.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED.**

Date: _____
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE