## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CASA de Maryland, Inc. et al.  *

**Plaintiff,**

*

**v.**  Case No. 8:21-cv-01778-DKC

Arbor Realty Trust, Inc. et al.  *

**Defendant.**  *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Arbor Management Acquisition Company, LLC (name of party) is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ (name of party):

_____ (names of affiliates).

☒ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

QBE Specialty Insurance Company and American Guarantee and Liability Insurance Company may have a financial interest in the outcome of this litigation as Arbor Management Acquisition Company, LLC's insurance carriers relevant to this action.

(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| --- | --- |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

December 20, 2021

Date

/s/ Benjamin B. Klubes

Signature

Benjamin B. Klubes (No. 08085)

Printed name and bar number

2001 M Street NW, Suite 500 Washington D.C. 20036

Address

bklubes@buckleyfirm.com

Email address

(202) 349-8002

Telephone number

(202) 349-8080

Fax number