IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA de Maryland, Inc. et al.   *

**Plaintiff,**

                             *

**v.**                                              **Case No.** 8:21-cv-01778-DKC

Arbor Realty Trust, Inc. et al.   *

**Defendant.**   *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with Bedford United, LLC :
(name of party)

Bedford United, LLC is a wholly-owned subsidiary of Hyattsville United, LLC.
(names of affiliates)

☒ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

QBE Specialty Insurance Company and American Guarantee and Liability Insurance Company may have a financial interest in the outcome of this litigation as Bedford United LLC's insurance carriers relevant to this action.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

December 20, 2021

Date

/s/ Benjamin B. Klubes

Signature

Benjamin B. Klubes (No. 08085)

Printed name and bar number

2001 M Street NW, Suite 500 Washington D.C. 20036

Address

bklubes@buckleyfirm.com

Email address

(202) 349-8002

Telephone number

(202) 349-8080

Fax number

2