# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CASA de Maryland, Inc. et al.

    **Plaintiff,**

    **v.**

Arbor Realty Trust, Inc. et al.

    **Defendant.**

\*

\*

\*

\*

\*

**Case No.**    8:21-cv-01778-DKC

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■  The following corporate affiliations exist with   Hyattsville United, LLC _____ :
(name of party)

Hyattsville United, LLC is wholly owned by AMAC I Hyattsville, LLC and AMAC Holdings, LLC ___.
(names of affiliates)

■  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

QBE Specialty Insurance Company and American Guarantee and Liability Insurance Company may have a financial interest in

the outcome of this litigation as Hyattsville United LLC's insurance carriers relevant to this action ___.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____         _____
(name of member)                                                  (state of citizenship)

_____         _____
(name of member)                                                  (state of citizenship)

_____         _____
(name of member)                                                  (state of citizenship)

_____         _____
(name of member)                                                  (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

December 20, 2021                                    /s/ Benjamin B. Klubes
_____                   _____
Date                                                            Signature

                                                                 Benjamin B. Klubes (No. 08085)
                                                                 _____
                                                                 Printed name and bar number

                                                                 2001 M Street NW, Suite 500 Washington D.C. 20036
                                                                 _____
                                                                 Address

                                                                 bklubes@buckleyfirm.com
                                                                 _____
                                                                 Email address

                                                                 (202) 349-8002
                                                                 _____
                                                                 Telephone number

                                                                 (202) 349-8080
                                                                 _____
                                                                 Fax number