## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CASA de Maryland, Inc. et al.

*

**Plaintiff,**

*

**v.**

*  **Case No.**  8:21-cv-01778-DKC

Arbor Realty Trust, Inc. et al.

*

**Defendant.**

*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☑ The following corporate affiliations exist with  Victoria United, LLC
_____ :
(name of party)

Victoria United, LLC is a wholly-owned subsidiary of Hyattsville United, LLC
_____ .
(names of affiliates)

☑ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

QBE Specialty Insurance Company and American Guarantee and Liability Insurance Company may have a financial interest in
_____

the outcome of this litigation as Victoria United LLC's insurance carriers relevant to this action
_____ .
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

December 20, 2021                                       /s/ Benjamin B. Klubes
_____                     _____
Date                                                             Signature

                                                                  Benjamin B. Klubes (No. 08085)
                                                                  _____
                                                                  Printed name and bar number

                                                                  2001 M Street NW, Suite 500 Washington D.C. 20036
                                                                  _____
                                                                  Address

                                                                  bklubes@buckleyfirm.com
                                                                  _____
                                                                  Email address

                                                                  (202) 349-8002
                                                                  _____
                                                                  Telephone number

                                                                  (202) 349-8080
                                                                  _____
                                                                  Fax number