IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civil Action No. DKC-21-01778 |

### MOTION BY ARBOR REALTY TRUST, INC., ARBOR REALTY LIMITED PARTNERSHIP, AND ARBOR REALTY SR, INC. TO DISMISS PLAINTIFFS' COMPLAINT

Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants") respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the Complaint filed by Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran (collectively, "Plaintiffs") for failure to state a claim upon which relief may be granted.

As discussed more fully in the Memorandum of Law filed herewith, the Complaint should be dismissed with prejudice as to the Arbor Defendants because the Arbor Defendants do not currently have and never previously had any ownership interest, direct or indirect, in or control over the two properties at issue in the lawsuit—the Bedford Station and Victoria Station apartment complexes (together, the "BVS Properties")—which is required for liability on each of the claims alleged against the Arbor Defendants. Moreover, the Complaint impermissibly

groups all eight defendants in the lawsuit together as "Defendants" without a factual showing that each defendant is plausibly liable.

At bottom, Plaintiffs' Complaint is premised on implausible and conclusory statements about the Arbor Defendants' relationship not only to the BVS Properties, but also to the other defendants. For these reasons, and those stated in the motion to dismiss and memorandum of law filed by Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC, which are incorporated herein by reference, the Complaint should be dismissed in its entirety, with prejudice, as to the Arbor Defendants.

Dated:  December 20, 2021

Respectfully submitted,

By:   /s/ *Ray D. McKenzie*
Ray D. McKenzie (Bar No. 21069)
WTAII PLLC
1600 Wilson Blvd., Suite 201
Arlington, VA 22209
Telephone (202) 688-3150
ray.mckenzie@wtaii.com

Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone (212) 336-2000
Facsimile (212) 336-2222
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Attorneys for Defendants Arbor Realty Trust, Inc.; Arbor Realty Limited Partnership; and Arbor Realty SR, Inc.*