# Exhibit 19

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 43654, p. 0005, MSA_CE64_43963. Date available 06/03/2020. Printed 09/13/2021.

```
                                    Prince George's Cty Cir Crt
                                    IMP FD SURE          $40.00
                                    RECORDING FEE        $20.00

                                    TOTAL                $60.00
                                    ME    CW
                                    Jun 02, 2020      08:55 am
```

Prepared by, and after recording, return to:

Jeremy M. McLean, Esquire
Troutman Sanders LLP
Post Office Box 1122
Richmond, Virginia 23218-1122

Bedford Station/Victoria Station Apartments<br>2nd Lien

## ASSIGNMENT OF SECURITY INSTRUMENT

FOR VALUABLE CONSIDERATION, **KEYBANK NATIONAL ASSOCIATION**, a national banking association ("**Assignor**"), having its principal place of business at c/o KeyBank Real Estate Capital - Servicing Department, 11501 Outlook Street, Suite 300, Overland Park, Kansas 66211, Mailcode: KS-01-11-0501, Attn: Servicing Manager, hereby assigns, grants, sells, and transfers to **FANNIE MAE**, the corporation duly organized under the Federal National Mortgage Association Charter Act, as amended, 12 U.S.C. §1716 et seq. and duly organized and existing under the laws of the United States ("**Assignee**"), whose address is c/o KeyBank National Association, c/o KeyBank Real Estate Capital - Servicing Department, 11501 Outlook Street, Suite 300, Overland Park, Kansas 66211, Mailcode: KS-01-11-0501, Attn: Servicing Manager, and Assignee's successors, transferees and assigns forever, all of the right, title, and interest of Assignor in and to the Multifamily Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of May 20, 2020, entered into by **BEDFORD UNITED, LLC**, a Delaware limited liability company and **VICTORIA UNITED, LLC**, a Delaware limited liability company, each as co-borrowers (jointly and severally, "**Borrower**") for the benefit of Assignor, securing an indebtedness of Borrower to Assignor in the principal amount of $6,500,000.00 recorded in the land records of Prince Georges County, Maryland, prior to this Assignment (the "**Instrument**"), which indebtedness is secured by the property described in <u>Exhibit A</u> attached to this Assignment and incorporated into it by this reference.

Together with the Note or other obligation described in the Instrument and all obligations secured by the Instrument now or in the future.

IN WITNESS WHEREOF, Assignor has executed this Assignment as of April 23, 2020, to be effective as of the effective date of the Instrument.

[END OF PAGE – SIGNATURE TO FOLLOW]

**Assignment of Security Instrument**  Page 1

WITNESS:

_____
Print Name: Charlie Shoop

_____
Print Name: Nekita McCloud

ASSIGNOR:

**KEYBANK NATIONAL ASSOCIATION**, a national banking association

By: _____
Barry L. Kaufman
Senior Vice President

STATE OF FLORIDA

COUNTY OF PINELLAS, ss:

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the state aforesaid and in the county aforesaid to take acknowledgments, by means of ☒ physical presence or ☐ online notarization, personally appeared Barry L. Kaufman, to me known to be the person described in and who executed the foregoing instrument as the Senior Vice President of KeyBank National Association, a national banking association, and acknowledged to me that he as such officer, being authorized to do so, executed the foregoing instrument for the purposes therein contained in the name of such banking association by himself as Senior Vice President.

Witness my hand and official seal in the county and state aforesaid, this 7th day of May, 2020.

_____
Notary Public

My Commission Expires: _____



KENDRA L MCCLOUD
Notary Public - State of Florida
Commission # GG 066063
My Comm. Expires Mar 11, 2021
Bonded through National Notary Assn.

Assignment of Security Instrument      Page 2

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 43654, p. 0006, MSA_CE64_43963. Date available 06/03/2020. Printed 09/13/2021.

# EXHIBIT A

## DESCRIPTION OF THE PROPERTY

Parcel 1 (Bedford Station):

All that certain piece or parcel of land, lying, situate and being in Prince George's County, Maryland, being described as follows:

Parcels lettered "H", "J" and "K" in the subdivision entitled "Langley Park, Plat No. 3", as per plat thereof recorded in Plat Book WWW 16 at Plat 37 among the land records of Prince George's County, Maryland, being in the 17th Election District.

Parcel 2 (Victoria Station):

All that certain piece or parcel of land, lying, situate and being in Prince George's County, Maryland, being described as follows:

Parcel lettered "F" in the subdivision known as "Langley Park, Plat No. 2", as per plat of said subdivision recorded in Plat Book WWW 16 at Plat 36 among the Land Records of Prince George's County, Maryland; being in the 17th Election District.

FOR INFORMATION ONLY:

Parcel ID Nos.: 17-1955137, 17-1955152, 17-1955145 (As to Parcel 1)
Parcel ID No.: 17-1906932 (As to Parcel 2)

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 43654, p. 0007, MSA_CE64_43963. Date available 06/03/2020. Printed 09/13/2021.