**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, | |
| Plaintiffs, | |
| v. | Civil Action No. DKC-21-01778 |
| ARBOR REALTY TRUST, INC., et al, | |
| Defendants. | |

**RULE 103.3 DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Local Rule 103.3, Defendant Arbor Realty Trust, Inc. certifies the following:

1.      The following corporate affiliations exist with Defendant Arbor Realty Trust,

Inc.:

Arbor Realty Limited Partnership
Arbor Realty SR, Inc.
Arbor Realty GPOP, Inc.
Arbor Realty LPOP, Inc.
ARSR Holdings, LLC
Arbor Realty Commercial Real Estate Notes 2017-FL3 Ltd.
Arbor Realty Commercial Real Estate Notes 2018-FL1 Ltd.
Arbor Realty Commercial Real Estate Notes 2019-FL1 Ltd.
Arbor Realty Commercial Real Estate Notes 2019-FL2 Ltd.
Arbor Realty Commercial Real Estate Notes 2020-FL1 Ltd.
ARSR Alpine LLC
Arbor Private Label LLC
ART Cardinal, LLC
Arbor Realty Commercial Real Estate Notes 2021-FL1 Ltd
Arbor Realty Commercial Real Estate Notes 2021-FL2 Ltd
Arbor Realty Commercial Real Estate Notes 2021-FL3 Ltd
Arbor Realty Commercial Real Estate Notes 2021-FL4 Ltd

2.      The foregoing entities are subsidiaries of Defendant Arbor Realty Trust, Inc.,

which is a publicly-traded company.

3.    There are no non-party business entities that have a financial interest in the outcome of this litigation.

Dated:  December 20, 2021                    Respectfully submitted,

By:  ___/s/ *Ray D. McKenzie*_____
         Ray D. McKenzie (Bar No. 21069)
         WTAII PLLC
         1600 Wilson Blvd., Suite 201
         Arlington, VA 22209
         Telephone (202) 688-3150
         ray.mckenzie@wtaii.com

         Peter W. Tomlinson (*pro hac vice*)
         Muhammad U. Faridi (*pro hac vice*)
         PATTERSON BELKNAP WEBB & TYLER LLP
         1133 Avenue of the Americas
         New York, New York  10036
         Telephone (212) 336-2000
         Facsimile (212) 336-2222
         pwtomlinson@pbwt.com
         mfaridi@pbwt.com

         *Attorneys for Defendants Arbor Realty Trust, Inc.; Arbor Realty Limited Partnership; and Arbor Realty SR, Inc.*