IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

CASA DE MARYLAND, INC., et al,

           Plaintiffs,

v.

ARBOR REALTY TRUST, INC., et al,

           Defendants.

Civil Action No. DKC-21-01778

**RULE 103.3 DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Local Rule 103.3, Defendant Arbor Realty SR, Inc. certifies the following:

1. Defendant Arbor Realty SR, Inc., is a wholly-owned subsidiary of Defendant Arbor Realty Trust, Inc., which is a publicly-traded company.

2. The following additional corporate affiliations exist with Defendant Arbor Realty SR, Inc.:

Arbor Realty Limited Partnership
Arbor Realty GPOP, Inc.
Arbor Realty LPOP, Inc.
ARSR Holdings, LLC
Arbor Realty SR, Inc.
Arbor Realty Commercial Real Estate Notes 2017-FL3 Ltd.
Arbor Realty Commercial Real Estate Notes 2018-FL1 Ltd.
Arbor Realty Commercial Real Estate Notes 2019-FL1 Ltd.
Arbor Realty Commercial Real Estate Notes 2019-FL2 Ltd.
Arbor Realty Commercial Real Estate Notes 2020-FL1 Ltd.
ARSR Alpine LLC
Arbor Private Label LLC
ART Cardinal, LLC
Arbor Realty Commercial Real Estate Notes 2021-FL1 Ltd
Arbor Realty Commercial Real Estate Notes 2021-FL2 Ltd
Arbor Realty Commercial Real Estate Notes 2021-FL3 Ltd
Arbor Realty Commercial Real Estate Notes 2021-FL4 Ltd

3. There are no non-party business entities that have a financial interest in the outcome of this litigation.

Dated:  December 20, 2021

Respectfully submitted,

By:   /s/ *Ray D. McKenzie*
Ray D. McKenzie (Bar No. 21069)
WTAII PLLC
1600 Wilson Blvd., Suite 201
Arlington, VA 22209
Telephone (202) 688-3150
ray.mckenzie@wtaii.com

Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone (212) 336-2000
Facsimile (212) 336-2222
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Attorneys for Defendants Arbor Realty Trust, Inc.; Arbor Realty Limited Partnership; and Arbor Realty SR, Inc.*