IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

CASA DE MARYLAND, INC., et al,

           Plaintiffs,

v.

ARBOR REALTY TRUST, INC., et al,

           Defendants.

Civil Action No. DKC-21-01778

## RULE 103.3 DISCLOSURE OF CORPORATE INTEREST

Pursuant to Local Rule 103.3, Defendant Arbor Realty Limited Partnership certifies the following:

1. Defendant Arbor Realty Limited Partnership, is a wholly-owned subsidiary of Defendant Arbor Realty Trust, Inc., which is a publicly-traded company.

2. The members of Defendant Arbor Realty Limited Partnership include:

   Arbor Realty GPOP, Inc. (general partner)
   Arbor Realty LPOP, Inc. (limited partner)
   Arbor Commercial Mortgage LLC (limited partner)

3. The following additional corporate affiliations exist with Defendant Arbor Realty Limited Partnership:

   Arbor Realty SR, Inc.
   ARSR Holdings, LLC
   Arbor Realty Commercial Real Estate Notes 2017-FL3 Ltd.
   Arbor Realty Commercial Real Estate Notes 2018-FL1 Ltd.
   Arbor Realty Commercial Real Estate Notes 2019-FL1 Ltd.
   Arbor Realty Commercial Real Estate Notes 2019-FL2 Ltd.
   Arbor Realty Commercial Real Estate Notes 2020-FL1 Ltd.
   ARSR Alpine LLC
   Arbor Private Label LLC

       ART Cardinal, LLC
       Arbor Realty Commercial Real Estate Notes 2021-FL1 Ltd
       Arbor Realty Commercial Real Estate Notes 2021-FL2 Ltd
       Arbor Realty Commercial Real Estate Notes 2021-FL3 Ltd
       Arbor Realty Commercial Real Estate Notes 2021-FL4 Ltd

4. There are no non-party business entities that have a financial interest in the outcome of this litigation.

Dated: December 20, 2021              Respectfully submitted,

By:    /s/ *Ray D. McKenzie*
Ray D. McKenzie (Bar No. 21069)
WTAII PLLC
1600 Wilson Blvd., Suite 201
Arlington, VA 22209
Telephone (202) 688-3150
ray.mckenzie@wtaii.com

Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Attorneys for Defendants Arbor Realty Trust, Inc.; Arbor Realty Limited Partnership; and Arbor Realty SR, Inc.*