IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 8:21-cv-01778-CBD |
| | ) | |
| ARBOR REALTY TRUST, INC. et al. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## DEFENDANT REALTY MANAGEMENT SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

AND NOW, comes Defendant Realty Management Services, Inc., ("Defendant" or "RMS") by and through its counsel, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., and hereby files its Motion to Dismiss Plaintiffs' Class Action Complaint, as follows:

## BASIS OF MOTION

Pursuant to Fed. R. Civ. P. 12(b)(6), RMS moves this Honorable Court to dismiss all claims against it brought under the Plaintiffs' Complaint, for the failure, as a matter of law, to state a claim upon which relief can be granted. RMS requests this motion be granted with prejudice for these reasons and for the reasons identified in the accompanying Opening Brief in Support.

WHEREFORE, Defendant respectfully requests this Court grant this Motion to Dismiss and dismiss all claims in the Complaint against it with prejudice.

Date: December 20, 2021  Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**


*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire (Bar #: 16416)
mmantzavinos@moodklaw.com

{PI003279.1}

        600 Baltimore Avenue, #305
        Towson, Maryland 21204
        (410) 339-6880
        *Attorney for Defendant, Realty Management Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of December 2021, a copy of Defendant Realty Management Services, Inc.'s Motion To Dismiss Plaintiffs' Class Action Complaint was electronically filed and mailed via first class mail postage prepaid to:

P. Joseph Donahue, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
pjd@thedonahuelawfirm.com

Jonathan Nace, Esquire
Nidel & Nace, P.L.L.C.
One Church Street
Suite 802
Rockville, MD 20850
jon@nidellaw.com

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire