IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 8:21-cv-01778-CBD |
| | ) | |
| ARBOR REALTY TRUST, INC. et al. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 202__, it is hereby ORDERED, ADJUDGED, and DECREED, that the defendant Realty Management Services, Inc.'s Motion to Dismiss is hereby GRANTED in all respects. Plaintiffs' Class Action Complaint is hereby dismissed with prejudice.

By the Court

_____J.