IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 8:21-cv-01778-CBD |
| | * | |
| ARBOR REALTY TRUST, INC., et al. | | |
| **Defendant.** | * | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Megan T. Mantzavinos, am a member in good standing of the bar of this Court. I am moving the admission of THOMAS M. PIE, Jr. to appear pro hac vice in this case as counsel for the Defendant, Realty Management Services, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Pennsylvania - 2016 | USDC for Western District PA - 2016 |
| West Virginia, 2017 | USDC for Southern District WV - 2017 |
| | USDC for Northern District WV - 2018 |
| | USDC for Middle District PA - 2020 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court zero time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Megan T Mantzavinos /ave* | *Thomas M. Pie, Jr. /em* |
| Signature | Signature |
| Megan T. Mantzavinos, Bar No. 16416 | **Thomas M. Pie, Jr.** |
| Printed name and bar number | Printed name |
| Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. | Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. |
| Office name | Office name |
| 600 Baltimore Ave., Suite 305, Towson, MD 21204 | Gulf Tower, Suite 2600, 707 Grant Street, Pittsburgh, PA 15219 |
| Address | Address |
| 410-339-6880 | 412-467-2023 |
| Telephone number | Telephone number |
| 410-339-6881 | 412-391-8804 |
| Fax Number | Fax Number |
| mmantzavinos@moodklaw.com | tpie@moodklaw.com |
| Email Address | Email Address |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 8:21-cv-01778-CBD |
| ARBOR REALTY TRUST, INC. et al. | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December 2021, a copy of Defendant's Motion for Admission *Pro Hac Vice* and Proposed Order were served on the following counsel of record, via electronic mail:

P. Joseph Donahue, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
pjd@thedonahuelawfirm.com

Jonathan Nace, Esquire
Nidel & Nace, P.L.L.C.
One Church Street
Suite 802
Rockville, MD 20850
jon@nidellaw.com

{MD244364.1}

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Bar No. 16416
mmantzavinos@moodklaw.com
600 Baltimore Avenue, Suite 305
Towson, MD 21204
(410) 339-6880
*Attorneys for Defendant, Realty Management Services, Inc.*