**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CASA DE MARYLAND, INC., et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01778-CBD |
| ) | |
| **ARBOR REALTY TRUST, INC. et al.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendants.** | |

### ORDER

Upon consideration of the Motion for Admission of Thomas M. Pie, Jr., to appear *Pro Hac Vice* and any opposition thereto, and for good cause shown, it is this \_\_\_\_ day of _____, 202\_\_, hereby

ORDERED, that said Motion is hereby GRANTED; and it is further

ORDERED, that Thomas M. Pie, Jr., is admitted as *pro hac vice* counsel in the above-referenced matter.

_____
Judge
In the United States District Court
For the District of Maryland

{MD244365.1}