**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF MARYLAND**

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | |
| | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |
| | * | |

******

**CONSENT MOTION FOR**
**<u>EXTENSION OF TIME AND MODIFIED BRIEFING SCHEDULE</u>**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants"), respectfully request an extension of time to answer or otherwise respond to Plaintiffs' Amended Complaint and a modified briefing schedule for such responses.  In support of this Motion, Defendants state the following:

1.      On July 19, 2021, Plaintiffs filed a nine-count Complaint in the United States District Court for the District of Maryland, Southern Division asserting the following individual and putative class member claims against all defendants: (1) violations of the federal Fair Housing Act, 42 U.S.C. §§ 3601, 3604(a), 3604(b), and 3617; (2) breach of contract; (3) injunctive relief;

(4) breach of the implied warranty of habitability; (5) breach of contract as third-party intended beneficiaries; and (6) civil conspiracy under the Maryland common law.

2.      On August 6, 2021, this action was reassigned to the Honorable Deborah K. Chasanow.

3.      Defendants filed motions to dismiss Plaintiffs' Complaint on December 20, 2021 (ECF Nos. 30, 35, 40).  In response, Plaintiffs filed an Amended eight-count Complaint (ECF No. 43) on January 10, 2022.

4.      Defendants request that they have up to and including February 18, 2022 to answer or otherwise respond to Plaintiffs' Amended Complaint, Plaintiffs have up to and including March 25, 2022 to file any oppositions to the Defendants' dismissal motions, and, Defendants have up to and including April 8, 2022 to file any replies in response.

5.      Defendants submit that good cause exists in support of the extensions of time and modified briefing schedule. In light of the complexity of the issues raised in the Amended Complaint and the time necessary to assess and respond to the new allegations—which now span more than 300 paragraphs across 170 pages—as well as the Parties' counsel's schedules, the Parties have conferred and agree to the modified briefing schedule described above.  Defendants seek this extension in good faith.

6.      Pursuant to Local Rule 105.9, counsel for the Arbor Defendants, Ray D. McKenzie, conferred with Plaintiffs' counsel by email on January 13-14, 2022, and Plaintiffs consent to the modified briefing schedule described herein.

7.      This request is not sought for delay and no party will be unfairly prejudiced by this request.

Dated: January 19, 2022

Respectfully submitted,

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes (Bar Number 08085)
Amanda Lawrence (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
bklubes@buckleyfirm.com
alawrence@buckleyfirm.com

*Counsel for Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.*

*/s/ Ray D. McKenzie* (signed by Benjamin B. Klubes with the permission of Ray McKenzie)
Ray D. McKenzie (Bar Number 21069)
**WTAII PLLC**
P.O. Box 609
Vienna, VA 22183
(202) 868-6369 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson* (signed by Benjamin B. Klubes with the permission of Peter W. Tomlinson)
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 6th Ave.
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

3

_/s/ Megan T. Mantzavinos_ (signed by Benjamin B. Klubes with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
dohara@moodklaw.com

_Counsel for Realty Management Services, Inc._

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 19th day of January, 2022 through the court's CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes
*Counsel for Defendants Arbor Management*
*Acquisition Company, LLC, Bedford United, LLC,*
*Victoria United, LLC, Hyattsville United, LLC.*
