IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>     Plaintiffs | * | |
| v. | * | |
| ARBOR REALTY TRUST, INC., et al,<br>     Defendants. | * | Civil Action No. 8:21-cv-01778-DKC |
| | * | |

******

## ORDER

This matter comes before the Court on Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants") Consent Motion for Extension of Time and Modified Briefing Schedule filed on January 18, 2022. Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that the Parties Consent Motion is **GRANTED**. Defendants will have up to and including February 18, 2022 to answer or otherwise respond to Plaintiffs' Complaint. Plaintiffs will have up to and including March 25, 2022 to file any oppositions to Defendants' dismissal motions. Defendants will then have up to and including April 8, 2022 to file any replies to Plaintiffs in response.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED**.

Date: January __, 2022

                                                    DEBORAH K. CHASANOW,
                                                    UNITED STATES DISTRICT JUDGE