# INDEX
## Maryland Department of Assessments and Taxation, Real Property Data Search, Search Results, https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx

| TAB | PROPERTY NAME |
|---|---|
| 1 | Oaks at Park South<br>- Results for Street Address Search: Prince George's County, "5400 Livingston" (Feb. 2, 2022) |
| 2 | Park Greene Apartments<br>- Results for Street Address Search: Prince George's County, "2641 Shadyside" (Feb. 2, 2022) |
| 3 | Cheverly Station Apartments<br>- Results for Property Account Identifier Search: Prince George's County, "02-0149997" (Feb. 2, 2022) |
| 4 | Governor's Green<br>- Results for Property Account Identifier Search: Prince George's County, "07-3332707" (Feb. 2, 2022) |
| 5 | The Woods at Hillcrest Apartments<br>- Results for Street Address Search: Prince George's County, "5368 Quincy" (Feb. 2, 2022) |
| 6 | Capitol Square Apartments<br>- Results for Street Address Search: Prince George's County, "4000 38" (Feb. 2, 2022) |
| 7 | Newbury Square Apartments<br>- Results for Street Address Search: Prince George's County, "1900 Amherst" (Feb. 2, 2022) |

# TAB 1

Real Property Data Search

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** District - 12 Account Number - 1284496

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | AMAC II OAKS PS LLC | **Use:** | APARTMENTS |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | REALTY MGMT SRVC/D MISKOVICH<br>7910 WOODMONT AVE STE 350<br>BETHESDA MD 20814-0000 | **Deed Reference:** | /36135/ 00260 |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 5400 LIVINGSTON TER<br>OXON HILL 20745-0000 | **Legal Description:** | PARCEL A |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-4442 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0096 | 00A2 | 0000 | 10012.17 | 3880 | | | | 2022 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1963 | 63 SF | | 3.0500 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2022 | As of 07/01/2021 | As of 07/01/2022 |
| **Land:** | 664,200 | 664,200 | | |
| **Improvements:** | 1,001,000 | 3,436,800 | | |
| **Total:** | 1,665,200 | 4,101,000 | 1,665,200 | 2,477,133 |
| **Preferential Land:** | 0 | 0 | | |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** OAKS AT PARK SOUTH SPE LLC (RE) | **Date:** 07/02/2014 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /36135/ 00260 | **Deed2:** |
| **Seller:** OAKS AT PARK SOUTH SPE LLC | **Date:** 03/26/2008 | **Price:** $0 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /29505/ 00014 | **Deed2:** |
| **Seller:** OXON RUN LIMITED PARTNERSHIP | **Date:** 10/12/2006 | **Price:** $35,600,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /26183/ 00695 | **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application    **Date:**

# TAB 2

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** District - 06 Account Number - 0567222

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | PARK GREENE OWNER LP ETAL<br>PARK GREENE TIC II OWNER LLC ETAL | **Use:**<br>**Principal Residence:** | APARTMENTS<br>NO |
| **Mailing Address:** | SIGNATURE PROPERTIES<br>1700 REISTERSTOWN RD STE 215<br>BALTIMORE MD 21208- | **Deed Reference:** | /46363/ 00005 |

### Location & Structure Information

| **Premises Address:** | 2641 SHADYSIDE AVE<br>SUITLAND 20746-0000 | | | | | | | **Legal Description:** | | PARCEL C |
|---|---|---|---|---|---|---|---|---|---|---|
| **Map:** | **Grid:** | **Parcel:** | **Neighborhood:** | **Subdivision:** | **Section:** | **Block:** | **Lot:** | **Assessment Year:** | **Plat No:** | A-3626 |
| 0080 | 00D3 | 0000 | 10006.17 | 7400 | | | | 2021 | **Plat Ref:** | |

**Town:** None

| **Primary Structure Built** | **Above Grade Living Area** | **Finished Basement Area** | **Property Land Area** | **County Use** |
|---|---|---|---|---|
| 1961 | 129 SF | | 5.4000 AC | 004 |

| **Stories** | **Basement** | **Type** | **Exterior** | **Quality** | **Full/Half Bath** | **Garage** | **Last Notice of Major Improvements** |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

### Value Information

| | **Base Value** | **Value**<br>As of<br>01/01/2021 | **Phase-in Assessments**<br>As of<br>07/01/2021 | As of<br>07/01/2022 |
|---|---|---|---|---|
| **Land:** | 1,176,100 | 1,176,100 | | |
| **Improvements:** | 6,362,800 | 8,108,300 | | |
| **Total:** | 7,538,900 | 9,284,400 | 8,120,733 | 8,702,567 |
| **Preferential Land:** | 0 | 0 | | |

### Transfer Information

| **Seller:** SHADY SIDE UNITED LLC | **Date:** 10/19/2021 | **Price:** $64,000,000 |
|---|---|---|
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /46363/ 00005 | **Deed2:** |
| **Seller:** SHADYSIDE GARDENS APTS LLC | **Date:** 03/21/2014 | **Price:** $27,000,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /35788/ 00323 | **Deed2:** |
| **Seller:** SHADYSIDE ASSOC LTD PARTNERS | **Date:** 05/22/2006 | **Price:** $30,300,000 |
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /00000/ 00000 | **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application     **Date:**

# TAB 3

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | District - 02 Account Number - 0149997 | |
|---|---|---|

### Owner Information

| Owner Name: | CHEVERLY STATION OWNER LLC | Use: | APARTMENTS |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | REALTY MANAGEMENT SERVICES INC<br>7910 WOODMONT AVE STE 350<br>BETHESDA MD 20814- | Deed Reference: | /41772/ 00029 |

### Location & Structure Information

| Premises Address: | 6501 LANDOVER RD<br>LANDOVER 20785-0000 | | | | | | Legal Description: | PARCEL C EX .4313<br>ACRES AT NW COR | |
|---|---|---|---|---|---|---|---|---|---|
| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: A-4174 |
| 0059 | 00B1 | 0000 | 10002.17 | 5000 | | | | 2021 | Plat Ref: |

| Town: | CHEVERLY |
|---|---|

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 1.3900 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2021 | As of 07/01/2021 | As of 07/01/2022 |
| Land: | | 469,200 | 469,200 | |
| Improvements: | | 2,617,000 | 4,034,900 | |
| Total: | | 3,086,200 | 4,504,100 | 3,558,833 | 4,031,467 |
| Preferential Land: | | 0 | 0 | | |

### Transfer Information

| Seller: UNITED MULTIFAMILY PARTNERS LLC | Date: 01/31/2019 | Price: $65,850,000 |
|---|---|---|
| Type: ARMS LENGTH MULTIPLE | Deed1: /41772/ 00029 | Deed2: |
| Seller: HANSON ARMS APARTMENTS L L C | Date: 05/19/2011 | Price: $12,357,724 |
| Type: ARMS LENGTH MULTIPLE | Deed1: /32685/ 00583 | Deed2: |
| Seller: HANSON ARMS APARTMNTS PART | Date: 11/07/2003 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: /18350/ 00170 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application   **Date:**

# TAB 4

Case 8:21-cv-01778-DKC   Document 46-4   Filed 02/18/22   Page 8 of 15

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** District - 07 Account Number - 3332707

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | GOVERNORS GREEN PROPERY OWNER LLC | **Use:**<br>**Principal Residence:** | APARTMENTS<br>NO |
| **Mailing Address:** | 333 EARLE OVINGTON BLVD<br>SUITE 900<br>UNIONDALE NY 11553- | **Deed Reference:** | /44333/ 00213 |

### Location & Structure Information

| **Premises Address:** | 16799 GOVERNORS BRIDGE RD<br>BOWIE 20716-0000 | | | | | **Legal Description:** | | PT PARCEL C | |
|---|---|---|---|---|---|---|---|---|---|
| **Map:** **Grid:** **Parcel:** | **Neighborhood:** | **Subdivision:** | **Section:** | **Block:** | **Lot:** | **Assessment Year:** | | **Plat No:** | 190094 |
| 0055  00E1  0000 | 10007.17 | 3046 | | | | 2020 | | **Plat Ref:** | |

**Town:** BOWIE

| **Primary Structure Built** | **Above Grade Living Area** | **Finished Basement Area** | **Property Land Area** | **County Use** |
|---|---|---|---|---|
| 2002 | 140 SF | | 5.4700 AC | 004 |

| **Stories** | **Basement** | **Type** | **Exterior** | **Quality** | **Full/Half Bath** | **Garage** | **Last Notice of Major Improvements** |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C4 | | | |

### Value Information

| | **Base Value** | **Value** | **Phase-in Assessments** | |
|---|---|---|---|---|
| | | As of<br>01/01/2020 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| **Land:** | 3,574,000 | 3,574,000 | | |
| **Improvements** | 24,482,100 | 25,335,400 | | |
| **Total:** | 28,056,100 | 28,909,400 | 28,624,967 | 28,909,400 |
| **Preferential Land:** | 0 | 0 | | |

### Transfer Information

| **Seller:** SCG ATLAS GOV GREEN LLC | **Date:** 11/04/2020 | **Price:** $105,500,000 |
|---|---|---|
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /44333/ 00213 | **Deed2:** |

| **Seller:** GOVERNORS GREEN I TRUST ETAL | **Date:** 02/05/2016 | **Price:** $101,878,367 |
|---|---|---|
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /37838/ 00432 | **Deed2:** |

| **Seller:** ARCHSTONE COMMUNTIES T | **Date:** 06/24/2008 | **Price:** $0 |
|---|---|---|
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /29799/ 00565 | **Deed2:** |

### Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application  **Date:**

# TAB 5

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | District - 02 Account Number - 0149468 |
|---|---|

### Owner Information

| Owner Name: | SPK HILLCREST WOODS LLC<br>SPK HILLCREST WOODS TIC II LLC | Use:<br>Principal Residence: | APARTMENTS<br>NO |
|---|---|---|---|
| Mailing Address: | SCHWEB PARTNERS LLC<br>2110 W COUNTY LINE RD<br>JACKSON NJ 08527- | Deed Reference: | /41777/ 00371 |

### Location & Structure Information

| Premises Address: | 5368 QUINCY ST<br>HYATTSVILLE 20784-0000 | | | | | Legal Description: | | OUTLOT 2 A<br>PARCEL A & B | |
|---|---|---|---|---|---|---|---|---|---|
| **Map:** 0050 | **Grid:** 00E3 | **Parcel:** 0000 | **Neighborhood:** 10002.17 | **Subdivision:** 8200 | **Section:** | **Block:** | **Lot:** | **Assessment Year:** 2021 | **Plat No:** A-1151<br>**Plat Ref:** |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 4.6000 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

### Value Information

| | Base Value | Value<br>As of 01/01/2021 | Phase-in Assessments | |
|---|---|---|---|---|
| | | | As of 07/01/2021 | As of 07/01/2022 |
| Land: | 2,003,700 | 2,003,700 | | |
| Improvements: | 6,229,900 | 7,964,100 | | |
| Total: | 8,233,600 | 9,967,800 | 8,811,667 | 9,389,733 |
| Preferential Land: | 0 | 0 | | |

### Transfer Information

| Seller: HILLCREST WOODS LLC | Date: 02/05/2019 | Price: $10,480,514 |
|---|---|---|
| Type: ARMS LENGTH IMPROVED | Deed1: /41777/ 00371 | Deed2: |

| Seller: EDMONTON UNITED LLC | Date: 12/19/2013 | Price: $7,600,000 |
|---|---|---|
| Type: ARMS LENGTH IMPROVED | Deed1: /35497/ 00510 | Deed2: |

| Seller: NEW POTOMAC LTD PARTNERSHIP | Date: 04/12/2013 | Price: $6,385,778 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: /34604/ 00291 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application    **Date:**

# TAB 6

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | District - 17 Account Number - 1943133 | | |
|---|---|---|---|

### Owner Information

| Owner Name: | CAPITOL SQUARE LP | Use:<br>Principal Residence: | APARTMENTS<br>NO |
|---|---|---|---|
| Mailing Address: | SUITE 215<br>1700 REISTERSTOWN RD<br>BALTIMORE MD 21208-0000 | Deed Reference: | /39152/ 00140 |

### Location & Structure Information

| Premises Address: | 4000 38TH ST<br>BRENTWOOD 20722-0000 | | | | | | | Legal Description: | LOTS 1 THRU 21 |
|---|---|---|---|---|---|---|---|---|---|

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-0537 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0050 | 00A3 | 0000 | 10017.17 | 0735 | | A | | 2022 | Plat Ref: | |

**Town:** BRENTWOOD

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1943 | 96 SF | | 3.4400 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2022 | As of<br>07/01/2021 | As of<br>07/01/2022 |
| Land: | | 1,798,100 | 1,798,100 | |
| Improvements | | 7,587,800 | 8,030,100 | |
| Total: | | 9,385,900 | 9,828,200 | 9,385,900 | 9,533,333 |
| Preferential Land: | | 0 | 0 | | |

### Transfer Information

| Seller: FINCHLEY APARTMENTS LLC ETAL | Date: 02/28/2017 | Price: $9,300,000 |
|---|---|---|
| Type: ARMS LENGTH MULTIPLE | Deed1: /39152/ 00140 | Deed2: |

| Seller: FINCHLEY UNITED LLC | Date: 11/15/2013 | Price: $7,877,500 |
|---|---|---|
| Type: ARMS LENGTH MULTIPLE | Deed1: /35412/ 00204 | Deed2: |

| Seller: NEW POTOMAC LTD PARTNERSHIP | Date: 04/12/2013 | Price: $6,087,656 |
|---|---|---|
| Type: ARMS LENGTH MULTIPLE | Deed1: /34604/ 00338 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application     **Date:**

**TAB 7**

Real Property Data Search

Search Result for PRINCE GEORGE'S COUNTY

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

**Account Identifier:** District - 17 Account Number - 1842038

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | NEWBURY APARTMENTS L L C | **Use:** | APARTMENTS |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | C/O STE 100 3809 CLARKS LN BALTIMORE MD 21215- | **Deed Reference:** | /35412/ 00343 |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 1900 AMHERST RD HYATTSVILLE 20783-0000 | **Legal Description:** | PT BLK 1 EQ 1.352 AC BLK 2 EX 6595 SQFT EQ 5.605 A |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | A-1819 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0041 | 00D1 | 0000 | 10017.17 | 7800 | | | | 2022 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1949 | | | 6.9500 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2022 | As of 07/01/2021 | As of 07/01/2022 |
| Land: | 3,027,400 | 3,027,400 | | |
| Improvements | 20,277,700 | 24,042,000 | | |
| Total: | 23,305,100 | 27,069,400 | 23,305,100 | 24,559,867 |
| Preferential Land: | 0 | 0 | | |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** NEWBURY UNITED LLC | **Date:** 11/15/2013 | **Price:** $15,868,500 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /35412/ 00343 | **Deed2:** |
| **Seller:** NEW POTOMAC LTD PARTNERSHIP | **Date:** 04/12/2013 | **Price:** $13,147,017 |
| **Type:** NON-ARMS LENGTH OTHER | **Deed1:** /34604/ 00386 | **Deed2:** |
| **Seller:** ELLEN LOU LTD PTNSHP | **Date:** 12/02/1997 | **Price:** $4,815,000 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /11810/ 00352 | **Deed2:** |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application   **Date:**