**EXHIBIT D**

# TAB 1

**Maryland Department of Assessments and Taxation, Real Property Data Search**
**Results for Street Address Search: Prince George's County, "1400 University" (Feb. 2, 2022)**
**https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx**

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | District - 17 Account Number - 1955145 | | |
|---|---|---|---|

### Owner Information

| Owner Name: | BEDFORD UNITED LLC | Use: Principal Residence: | APARTMENTS NO |
|---|---|---|---|
| Mailing Address: | REALTY MGMT SRVC/D MISKOVICH 7910 WOODMONT AVE BETHESDA MD 20814-0000 | Deed Reference: | /34604/ 00195 |

### Location & Structure Information

| Premises Address: | 1400 UNIVERSITY BLVD HYATTSVILLE 20783-0000 | | | | | | | Legal Description: | PARCEL K | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Map:** 0032 | **Grid:** 00C3 | **Parcel:** 0000 | **Neighborhood:** 10017.17 | **Subdivision:** 5300 | **Section:** | **Block:** | **Lot:** | **Assessment Year:** 2022 | **Plat No:** **Plat Ref:** | A-1483 |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1950 | 210 SF | | 8.3500 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | APARTMENT | / | C3 | | | |

### Value Information

| | Base Value | Value As of 01/01/2022 | Phase-in Assessments As of 07/01/2021 | As of 07/01/2022 |
|---|---|---|---|---|
| Land: | 5,455,800 | 5,455,800 | | |
| Improvements: | 9,136,200 | 14,946,300 | | |
| Total: | 14,592,000 | 20,402,100 | 14,592,000 | 16,528,700 |
| Preferential Land: | 0 | 0 | | |

### Transfer Information

| Seller: NEW POTOMAC LTD PARTNERSHIP | Date: 04/12/2013 | Price: $25,801,776 |
|---|---|---|
| Type: ARMS LENGTH MULTIPLE | Deed1: /34604/ 00195 | Deed2: |
| Seller: BARBARA LOU LMTD PARTNERSHIP | Date: 12/02/1997 | Price: $9,720,000 |
| Type: ARMS LENGTH MULTIPLE | Deed1: /11810/ 00340 | Deed2: |
| Seller: SCHEFFRES,JEROME | Date: 05/01/1979 | Price: $0 |
| Type: | Deed1: /05089/ 00318 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application     **Date:**

# TAB 2

**Maryland Department of Assessments and Taxation, Real Property Data Search**
**Results for Street Address Search: Prince George's County, "1401 Merrimac" (Feb. 2, 2022)**
**https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx**

**Real Property Data Search**

**Search Result for PRINCE GEORGE'S COUNTY**

| View Map | View GroundRent Redemption | View GroundRent Registration |
|---|---|---|

**Special Tax Recapture:** None

| Account Identifier: | District - 17 Account Number - 1906932 |
|---|---|

### Owner Information

| Owner Name: | VICTORIA UNITED LLC | Use: | APARTMENTS |
|---|---|---|---|
| | | Principal Residence: | NO |
| Mailing Address: | REALTY MGMT SRVC/D MISKOVICH<br>7910 WOODMONT AVE STE 350<br>BETHESDA MD 20814-0000 | Deed Reference: | /34604/ 00147 |

### Location & Structure Information

| Premises Address: | 1401 MERRIMAC DR<br>HYATTSVILLE 20783-0000 | | | | | | Legal Description: | | PARCEL F |
|---|---|---|---|---|---|---|---|---|---|
| **Map:** 0032 | **Grid:** 00C2 | **Parcel:** 0000 | **Neighborhood:** 10017.17 | **Subdivision:** 5300 | **Section:** | **Block:** | **Lot:** | **Assessment Year:** 2022 | **Plat No:** A-1482<br>**Plat Ref:** |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| | | | 4.1900 AC | 004 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | | / | | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2022 | As of 07/01/2021 | As of 07/01/2022 |
| Land: | 1,825,100 | 1,825,100 | | |
| Improvements: | 6,045,500 | 7,324,400 | | |
| Total: | 7,870,600 | 9,149,500 | 7,870,600 | 8,296,900 |
| Preferential Land: | 0 | 0 | | |

### Transfer Information

| Seller: NEW POTOMAC LTD PARTNERSHIP | Date: 04/12/2013 | Price: $5,150,305 |
|---|---|---|
| Type: NON-ARMS LENGTH OTHER | Deed1: /34604/ 00147 | Deed2: |

| Seller: BETTY LOU LTD PARTNERSHIP | Date: 12/02/1997 | Price: $1,717,000 |
|---|---|---|
| Type: ARMS LENGTH IMPROVED | Deed1: /11810/ 00338 | Deed2: |

| Seller: LANGLEY PARK APTS | Date: 09/07/1977 | Price: $0 |
|---|---|---|
| Type: | Deed1: /04815/ 00543 | Deed2: |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2021 | 07/01/2022 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application    **Date:**