# EXHIBIT G – PART III of V

**INDEX OF NAMED PLAINTIFFS' LEASE AGREEMENTS**

| PART I | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 1 | Ramiro Lopez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020-2021 |
| 2 | Ramiro Lopez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |
| 3 | Ervin Rodas | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020-2021 |
| 4 | Ervin Rodas | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 5 | Jesus Gonzalez & Maria Bonilla | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |

| PART II | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 6 | Jesus Gonzalez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 7 | Jesus Gonzalez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2017-2018 |
| 8 | Jesus Gonzalez | "Victoria Station Apartments" | 2015-2016 |
| 9 | Jesus Gonzalez | "Victoria United, LLC" | 2013-2015 |
| 10 | Jesus Gonzalez | "Victoria Station" | 2012-2013 |

| PART III | | | |
|---|---|---|---|
| __TAB__ | __LESSEE(S)__ | __LESSOR__ | __TERM__ |
| 11 | Jesus Gonzalez | "Victoria Station" | 2011-2012 |
| 12 | Jesus Gonzalez & Jose Ramirez | "Sawyer Property Management of Maryland, LLC agent for New Potomac Limited Partnership" | 2006-2007 |
| 13 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2020 |
| 14 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019 |
| 15 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2017-2018 |

| PART IV | | | |
|---|---|---|---|
| __TAB__ | __LESSEE(S)__ | __LESSOR__ | __TERM__ |
| 16 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station Apartments" | 2016 |
| 17 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station Apartments" | 2015 |
| 18 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford United LLC" | 2014 |
| 19 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station" | 2013 |

| PART V | | | |
|---|---|---|---|
| **TAB** | **LESSEE(S)** | **LESSOR** | **TERM** |
| 20 | Maria Lara & Mario Osvaldo Rosales Sandoval | "Bedford Station" | 2012 |
| 21 | Maria Lara & Mario Osvaldo Rosales Sandoval | "New Potomac d/b/a Bedford Station" | 2010-2011 |
| 22 | Norma Beltran, Joaquin Henriquez, & Rony Henriquez Beltran | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2019-2020 |
| 23 | Norma Beltran & Joaquin Henriquez | "Realty Management Services, Inc., as agent for the owner of the improved residential real estate" | 2018-2019 |
| 24 | Norma Beltran & Joaquin Henriquez Perez | "Bedford United LLC" | 2013-2014 |
| 25 | Norma Beltran & Roberto Grijalva Zuniga | "Bedford Station" | 2012-2013 |

# TAB 11

# Apartment Lease Contract



**NATIONAL APARTMENT ASSOCIATION**

Date of Lease Contract: __October 31, 2011__
(when the Lease Contract is filled out)

This is a binding document. Read carefully before signing.

## Moving In -- General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) *(list all people signing the Lease Contract)*:
__Jesus H Gonzalez__

and *us*, the owner:
__Victoria Station__

*(name of apartment community or title holder).* You've agreed to rent Apartment No. __201__, at __1405 Merrimac Drive__ (street address) in __Hyattsville__ (city), Maryland, __20783__ (zip code) for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we", "us", and "our" refer to the owner listed above (or any of owner's successors in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract)*:

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than __10__ consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous place isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the __1st__ day of __November__, __2011__, and ends at midnight the __31st__ day of __October__, __2012__.

Your Initials (Resident's) _____  (Residents must initial this paragraph)

This Lease Contract will automatically renew month-to-month unless either party gives at least __30__ days written notice of termination or intent to move-out as required by paragraph 37. If the number of days isn't filled in, at least 30 days notice is required. This paragraph must be initialed by you because it contains an automatic month-to-month renewal provision. Please see Paragraph 15 pertaining to Rent Increases and Lease Contract Changes which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ __300.00__ , due on or before the date this Lease Contract is signed.

An animal deposit will be stated in any animal addendum. The total deposits will not exceed the equivalent of two (2) month's rent. This lease and any Animal Addendum will constitute your receipt for the security deposit(s). Your security deposit(s) will be deposited and held in an interest bearing account in a federally insured banking institution located in Maryland. That account will be dedicated solely to security deposits. At the time your deposit is due to be returned, we will pay you simple interest, not compounded, which accrues at six-month intervals, at the rate of three percent (3%) per year on your deposits, to the extent funds are to be returned to you. See paragraphs 41 and 42 for security deposit return information.

**NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS.** Under Maryland Code 8-203 you have the following rights:

1. The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the leased premises, common areas, major appliances, and furnishings owned by us.
2. You have the right to be present when we or our agent inspects the premises in order to determine if any damage was done to the premises, if you notify us by certified mail of your intention to move, the date of moving, and your new address.
3. Your notice requesting a move-out inspection in our presence must be furnished to us by mail at least fifteen (15) days prior to the date you move.
4. Upon receipt of your notice to move, we will notify you by certified mail of the time and date the premises are to be inspected.
5. The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.
6. Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages.
7. The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.
8. In calculating the damages for lost future rents, any amount of rents received by us for the premises during the remainder, if any, of your lease term, will reduce the percent (3%) you owe us by a like amount.

**Under Maryland Code 8-203.1 this Lease also constitutes your receipt for payment of a security deposit. We acknowledge receipt of security deposit(s) from you in the amount of $ __300.00__ . You have the following rights with regard to this security deposit(s):**

(1) You have the right to have your dwelling unit (apartment) inspected by us in your presence for the purpose of making a written list of damages that exist at the commencement of the tenancy if you request an inspection by certified mail within fifteen (15) days of your occupancy (the date you move in);

(2) You have the right to be present when we inspect the premises at the end of your tenancy in order to determine if any damage was done to the premises if you notify us by certified mail at least fifteen (15) days prior to the date of your intended move, of your intention to move, the date of moving, and your new address;

(3) We are obligated to conduct the move-out inspection within five (5) days before or after your stated date of intended moving;

(4) We are obligated to notify you in writing of the time and date of the inspection;

(5) You have the right to receive, by first class mail, delivered to your last known address, a written list of the charges against your security deposit claimed by us and the actual costs, within forty five (45) days after the termination of the tenancy;

(6) We are obligated to return any unused portion of the security deposit, by first class mail, addressed to your last known address within forty five (45) days after the termination of your tenancy; and

(7) Your failure to comply with the security deposit law may result in us being liable to you for a penalty of up to three (3) times the security deposit withheld, plus reasonable attorney's fees.

(8) We will retain a copy of this receipt for a period of two (2) years after the termination of your tenancy, abandonment of the premises, or your eviction, as the case may be.

(9) We will be liable to you in the sum of $25 if we fail to provide you a written receipt for the security deposit.

**5. KEYS AND FURNITURE.** You will be provided __2__ apartment key(s), __2__ mailbox key(s), and _____ other access devices for _____. Your apartment will be *[check one]:*
☐ furnished or ☒ unfurnished.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ __1095.00__ per month for rent, payable in advance and without demand:
☒ at the on-site manager's office, or
☐ at our online payment site, or
☐ at _____

Prorated rent of $ _____ is due for the remainder of the *[check one]:*
☒ 1st month or ☐ 2nd month, on _____ .

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or application it covers. If you don't pay all rent on or before the __5th__ day of the month, you'll pay an initial late charge of $ __54.75__ plus a late charge of $ _____ per day after that date until paid in full. In the alternative, we may simply charge you __5__ % of your monthly rent payment as a late fee. The total amount of your late charges shall not exceed five percent (5%) of your monthly rent payment. Daily late charges will not exceed 15 days for any single month's rent. You'll also pay a charge of $ __50.00__ for each returned check or rejected electronic payment, plus initial and daily late charges from due date until we receive acceptable payment. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have other remedies for such violation. All sums of money or other charges, including payments for damages or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," shall be deemed to be rent and will be collectible as such.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water ☒ gas ☒ electricity ☐ master antenna.
☒ wastewater ☒ trash ☐ cable TV ☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected--including disconnection for not paying your bills--until the lease term or renewal period ends. Cable channels that are provided may be changed during the lease term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

**8. INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

Jesus H Gonzalez

© 2011, National Apartment Association, Inc. - 1/2011



1107201115950 1md11010550

Page 1 of 6

Additionally, you are [check one] ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

**9. LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or, if the apartment has a keyless deadbolt on each exterior door, within 10 days after you move in.

You may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a bar and/or sliding door pinlock on each sliding glass door; (3) install one keyless deadbolt on each exterior door; (4) install one doorviewer on each exterior door; and (5) change or rekey locks or latches during the lease term. We must comply with these requests, but you must pay for them.

**What You Are Now Requesting.** You now request the following to be installed at your expense (if one is not already installed), subject to any statutory restrictions on what you may request.

☐ keyed deadbolt lock        ☐ doorviewer
☐ keyless deadbolt          ☐ sliding door pinlock
☐ sliding door bar

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your family, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair, install, change or rekey the same device during the 30 days preceding your request and we have complied with your request.

## Special Provisions and "What If" Clauses

**10. SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed lease form.

_____
_____
_____
_____
_____
_____
_____

See any additional special provisions.

**11. EARLY MOVE-OUT.** If you:

(1) move out without paying rent in full for the entire lease term or renewal period; or
(2) move out at our demand because of your default; or
(3) are judicially evicted.

You will be liable for all rent owed at the time and as it becomes due under the terms of your lease agreement until the apartment is re-rented.

**12. REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment community due to a violation of the Lease Contract or rules, negligence, or use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for--repairs, replacement costs, and damage to the following if occurring during the lease term or renewal period: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

**13. CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and landlord may seek a court order that the property be sold to offset any rent due.

**Removal After We Exercise Lien for Rent.** If the lease is terminated by reason of your rent being delinquent, to the extent permitted by law, our representative may seek to obtain a judicial order of court so that a court officer may peacefully enter the apartment and remove and/or store all property subject to lien for public sale.

**Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment.

**Storage.** Pending public sale, we will store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the apartment. We are not liable for casualty loss, damage, or theft except for property removed under a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we've seized and stored property under a contractual lien for rent as authorized by the state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. But if notice of sale (set forth as follows) is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition or Sale.** Except for animals and property removed after the death of a sole resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the apartment after surrender or abandonment. Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, in compliance with Maryland law.

**14. FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, all future rent will be automatically accelerated without notice and immediately due. We also may seek to end your right of occupancy and recover damages, future rent, attorney's fees, court costs, and other lawful charges.

**15. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 18.

Your Initials (Resident's) _____ (Residents must initial this paragraph)

**If, at least 5 days before the advance notice deadline referred to in paragraph 3, you give us written notice of rent increases or lease changes effective when the lease term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 37. Please see Paragraph 3 pertaining to the Lease Term.**

**16. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're responsible for the delay only to the extent provided by law. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment, such cleaning or repairs do not materially affect the life, health, or safety of ordinary persons, and habitation is possible with reasonable safety. If the delay in providing possession is due to another resident's holding over, we are entitled to bring an action of eviction and damages against the resident holding over and join you as a party to that action.

If there is a delay in providing you with possession of the apartment, you may terminate, cancel, or rescind your lease up to the date when the apartment is ready for occupancy (the time at which we are ready to deliver possession to you), but not later.

**17. DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

## While You're Living in the Apartment

**18. COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

**19. LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business

(including child care services) in your apartment or in the apartment community is prohibited--except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

1107201115950 2md11010550

Jesus H Gonzalez

© 2011, National Apartment Association, Inc. - 1/2011



Page 2 of 6

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**20. PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

**21. PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:
(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in a space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster.

**22. RELEASE OF RESIDENT.** Unless you're entitled to terminate this Lease Contract under paragraphs 10, 16, 23, 31, or 37, you won't be released from this Lease Contract for any reason--including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, and death.

**23. MILITARY PERSONNEL CLAUSE.** You may terminate the Lease Contract if you enlist or are drafted or commissioned and on active duty in the U.S. Armed Forces. You also may terminate the Lease Contract if:
(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by the President; *and*
(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, *or* (iii) are relieved or released from active duty.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days thereafter, provided however, you shall be liable for the full payment of rent until such date of termination (not to exceed 30 days from the date you provide such written notice). You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10, you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under paragraph 32. You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

**24. RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines on page 5.

**Smoke Detectors.** We'll furnish smoke detectors as required by statute and we'll test them.
❏ THIS RESIDENTIAL DWELLING UNIT CONTAINS ALTER-NATING CURRENT (AC) ELECTRIC SERVICE. IN THE EVENT OF A POWER OUTAGE, AN ALTERNATING CURRENT (AC) POWERED SMOKE DETECTOR WILL NOT PROVIDE AN ALARM. THEREFORE THE OCCUPANT SHOULD OBTAIN A DUAL POWERED SMOKE DETECTOR OR A BATTERY POWERED SMOKE DETECTOR.
☒ This residential dwelling unit contains battery powered smoke detector(s). We will provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you.

You must immediately report smoke-detector malfunctions to us. Neither you nor others may disable smoke detectors. If you damage or disable the smoke detector or remove a battery without replacing it with a working battery, you may be liable to us under state statute for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. Unless we instruct otherwise, you must--for 24 hours a day during freezing weather--(1) keep the apartment heated to at least 50 degrees; (2) keep cabinet and closet doors open; and (3) drip hot and cold water faucets. You'll be liable for damage to our and others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You won't treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime of of reduced risk of crime. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**25. CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons. We disclaim all implied warranties. You'll be given an Inventory and Condition form on or before move-in. Within 48 hours after move-in, you must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

**26. REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST--FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS--IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If heat or air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease Contract within a reasonable time by giving you written notice. If the Lease Contract is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

**27. ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. You must remove an illegal animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. We will authorize a support animal for a disabled (handicapped) or elderly person. We may require a written statement from a qualified professional verifying the need for the support animal. You must not feed stray or wild animals.

Jesus H Gonzalez

© 2011, National Apartment Association, Inc. - 1/2011

1107201115950 3md11010550



28. **WHEN WE MAY ENTER.** If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:
   (1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; and
   (2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or rekeying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; in connection with inspection, response to, or compliance with any citation for an alleged housing code violation.
   (3) We may enter the premises after due notice to you and without reasonable objection during business hours. If practical under the circumstances, we will attempt to provide at least 24 hours advance written notice of our intent to enter for the above purposes. We may enter the premises immediately without notice under the following circumstances: an emergency situation; when we have good cause to believe you may have damaged the premises; if we reasonably believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards; or to deal with or respond to any situation which is of immediate threat or danger to the health, safety, or welfare of our residents or their property, an animal, or our apartment community and your premises.
   (4) You are deemed to have given us permission to enter the premises in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to the premises for the same without delay or interference.

29. **MULTIPLE RESIDENTS OR OCCUPANTS.** Each resident is jointly and severally liable for all lease obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 42.

<div align="center">

**Replacements**

</div>

30. **REPLACEMENTS AND SUBLETTING.** Replacing a resident, subletting, or assignment is allowed only when we consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:
   (1) a reasonable administrative (paperwork) and/or transfer fee will be due, and a rekeying fee will be due if rekeying is requested or required; and
   (2) the departing and remaining residents will remain liable for all lease obligations for the rest of the original lease term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; or (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original lease term unless we agree otherwise in writing--even if a new Lease Contract is signed.

<div align="center">

**Responsibilities of Owner and Resident**

</div>

31. **RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:
   (1) keep common areas reasonably clean, subject to paragraph 25;
   (2) maintain fixtures, furniture, hot water, heating and A/C equipment;
   (3) substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
   (4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If you violate any of the above, you may exercise all remedies provided by law.

32. **DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your apartment; or (7) you or any guest or occupant engages in any of the prohibited conduct described in Paragraph 20.

**Eviction.** If you default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances. Notice may be by: (1) regular mail; (2) certified mail, return receipt requested; (3) personal delivery to any resident; (4) personal delivery at the apartment to any occupant over 16 years old; or (5) affixing the notice to the inside of the apartment's main entry door. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations, subject to your and our duties to mitigate damages as provided by this lease or by applicable Maryland law. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance doesn't waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time doesn't waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; (3) at our option, we may extend the lease term--for up to one month from the date of notice of lease extension--by delivering written notice to you or your apartment while you continue to hold over; and (4) we may bring an action of eviction and for damages in conformance with the Maryland Real Property Code or applicable county and city ordinances.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this lease or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination and lockout under state statute. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 18% interest per year from due date, compounded annually or at the maximum legal rate allowed under state and local law if such rate is less than 18% per annum. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline. If the premises is located in Montgomery County, attorneys fees are not part of your rent and need not be paid to redeem the premises in a nonpayment of rent action.

**Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 and all other remedies. We'll exercise customary diligence to relet and minimize damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

<div align="center">

**General Clauses**

</div>

33. **MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option. All lease obligations must be performed in the county where the apartment is located. This Lease Contract is subject to the twelve (12) year statute of limitations provided in MD Code, CJP Section 5-102.

1107201115950 4md11010550

**Jesus H Gonzalez**
© 2011, National Apartment Association, Inc. - 1/2011

J H G.

All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**Obligation to Vacate.** Resident shall vacate the Premises and removal all of Resident's personal property therefrom at the expiration of the lease term without further notice or demand from Owner.

**FORCE MAJEURE:** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**34. PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent--regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

**35. ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

---

## Security Guidelines for Residents

**36. SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we'd like to give you some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other occupants in your dwelling, including any children you may have, about these guidelines.

**PERSONAL SECURITY--WHILE INSIDE YOUR APARTMENT**
1. Lock your doors and windows--even while you're inside.
2. Engage the keyless deadbolts on all doors while you're inside.
3. When answering the door, see who is there by looking through a window or peephole. If you don't know the person, first talk with him or her without opening the door. Don't open the door if you have any doubts.
4. If children (who are old enough to take care of themselves) are left alone in your apartment, tell them to use the keyless deadbolt and refuse to let anyone inside while you are gone--regardless of whether the person is a stranger or an apartment maintenance or management employee.
5. Don't put your name, address, or phone number on your key ring.
6. If you're concerned because you've lost your key or because someone you distrust has a key, ask the management to rekey the locks. You have a statutory right to have that done, as long as you pay for the rekeying.
7. Dial 911 for emergencies. If the 911 number does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If an emergency arises, call the appropriate governmental authorities first, then call the management.
8. Check your smoke detector monthly to make sure it is working properly and the batteries are still okay.
9. Check your doorlocks, window latches, and other devices regularly to be sure they are working properly.
10. If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends and neighbors until the problem is fixed.
11. Immediately report to management--in writing, dated and signed-- any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.
12. Immediately report to management--in writing, dated and signed--any malfunction of other safety devices outside your apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13. Close curtains, blinds, and window shades at night.
14. Mark or engrave your driver's license number or other identification on valuable personal property.

**PERSONAL SECURITY--WHILE OUTSIDE YOUR APARTMENT**

15. Lock your doors while you're gone. Lock any doorhandle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door bar that you have.
16. Leave a radio or TV playing softly while you're gone.
17. Close and latch your windows while you're gone, particularly when you're on vacation.
18. Tell your roommate or spouse where you're going and when you'll be back.
19. Don't walk alone at night. Don't allow your family to do so.
20. Don't hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
21. Don't give entry keys, codes or electronic gate cards to anyone.
22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
23. Let the manager and your friends know if you'll be gone for an extended time. Ask your neighbors to watch your apartment since the management cannot assume that responsibility.
24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at your door.

**PERSONAL SECURITY--WHILE USING YOUR CAR**
26. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27. Don't leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.
28. Don't leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car--whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.
32. Be careful when stopping at gas stations or automatic-teller machines at night--or anytime when you suspect danger.

**PERSONAL SECURITY AWARENESS**
No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security. The best safety measures are the ones you perform as a matter of common sense and habit.

---

## When Moving Out

**37. MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire lease term if you move out early (paragraph 22) except under paragraphs 10, 16 or the military clause (paragraph 23). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3. Oral move-out notice will not be accepted and will not terminate your Lease Contract.

- Your move-out notice must not terminate the Lease Contract sooner than the end of the lease term or renewal period.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract, we must give you the same advance notice--unless you are in default.

**38. MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**39. CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**40. MOVE-OUT INSPECTION.** If you notify us by certified mail within fifteen (15) days prior to your specified move-out date of: your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the premises (unless you have been evicted, ejected, or abandoned the premises). After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur. The date of the inspection will be within five (5) days before or after the moving date specified in your notice. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**41. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; packing, removing, or storing property removed or stored under paragraph 13; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraphs 6 and 27; government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; and other sums due under this Lease Contract.

Jesus H Gonzalez

© 2011, National Apartment Association, Inc.- 1/2011

1107201115950Smd11010550



You'll be liable to us for charges for replacing all keys and access devices referenced in paragraph 5 if you fail to return them on or before your actual move-out date.

42. **DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** We'll mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than 45 days after termination of your tenancy unless statutes provide otherwise.

Eviction, Ejection, or Abandonment: You may within 45 days of being evicted, ejected, or abandoning the premises, make a written demand, by first class mail, that we return the security deposit, less proper deductions. Within 45 days of receiving such a notice, we will present you a written list of damages together with a statement of costs actually incurred and will return to you the security deposit together with simple interest at 3% per annum, less any damages rightfully withheld.

You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 have been turned in where rent is paid—whichever date occurs first.

You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you've been in default for non-payment of rent for 5 consecutive days or water, gas, or electric service for the apartment not connected in our name has been terminated; and (4) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned. An apartment is also "abandoned" 10 days after the death of a sole resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13), but do not affect our mitigation obligations (paragraph 32).

## Signatures, Originals and Attachments

43. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures—one for you and one or more for us. Our rules and community policies, if any, will be attached to the Lease Contract and given to you at signing. When an Inventory and Condition form is completed, both you and we should retain a copy. The items checked below are attached to this Lease Contract and are binding even if not initialed or signed.

- ☐ Animal Addendum
- ☒ Inventory and Condition Form
- ☒ Mold Addendum
- ☐ Enclosed Garage Addendum, dated _____
- ☒ Community Policies Addendum, dated _____
- ☐ Lease Contract Guaranty ( _____ guaranties, if more than one)
- ☒ Notice of Intent to Move Out Form
- ☒ Parking Permit or Sticker (quantity: _2_ )
- ☐ Satellite Dish or Antenna Addendum
- ☒ Asbestos Addendum (if asbestos is present)
- ☒ Lead Hazard Information and Disclosure Addendum (federal)
- ☒ Utility Addendum
- ☐ Remote Control, Card or Code Access Gate Addendum, dated

_____
- ☐ Lease Contract Buy-Out Agreement
- ☐ Intrusion Alarm Addendum, dated _____
- ☐ Other _____
- ☐ Other _____

44. **Local Laws and Ordinances.** It is the intent of the parties to comply with the laws of Maryland, including local county and municipal ordinances. The terms of this Apartment Lease Contract may be another addendum which conforms to the laws of the jurisdiction in which this apartment community is located. If there is any conflict in the terms of that addendum and this Apartment Lease Contract the conflicting terms of that other addendum shall control. In the event no other addendum is attached to this Apartment Lease Contract and the local laws or ordinances provide additional rights or remedies not included herein, this Apartment Lease Contract is amended by reference to such local laws and ordinances

to incorporate the terms, rights, or remedies thereof herein. It is the intent of the parties to have this lease construed to include any such rights or remedies herein, and the provisions of such laws or ordinances shall supercede and control over the language of this Apartment Lease Contract to the extent they are in conflict. If any of the provisions of this Apartment Lease Contract are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Apartment Lease Contract will remain enforceable and binding on both you and us and will be construed to reflect the intent of the parties.

> You are legally bound by this document.
> Read it carefully before signing.

**Resident or Residents[SEAL]** *(all sign below)*

X _Jesus H Gonzalez_

_____

_____

_____

**Owner or Owner's Representative[SEAL]** *(signing on behalf of owner)*

X _Del Cermen_

Below is the name, address, and phone number of owner's representative or managing agent who is authorized to receive notices and services of process on our behalf.

_1401 E University Blvd._

_Hyattsville, MD 20783_

_(301) 439-6611_

Name and address of locator service *(if applicable)*

_____

_____

_____

Date form is filled out *(same as on top of page 1)*   _10/31/2011_

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2). _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Victoria Station

Jesus H Gonzalez

1107201115950 6md11010550

© 2011, National Apartment Association, Inc.      Maryland/National Apartment Association Official Form A-11 (Sheets 1, 2, and 3), January 2011      Page 6 of 6

## UTILITY ADDENDUM



**NATIONAL APARTMENT ASSOCIATION**

This Utility Addendum is incorporated into the Apartment Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated __October 31, 2011__ between __Victoria Station__

_____ ("We" and/or "we" and/or "us") and
__Jesus H Gonzalez__
located at _____1405 Merrimac Drive_____ ("You" and/or "you") of Apt. No. ___201___
__Hyattsville, MD 20783__ (street address) in
_____ and is in addition to all terms and conditions in the Lease.
To the extent that the terms of this Utility Addendum conflict with those of the Lease, this Utility Addendum shall control.

1. Responsibility for payment of utilities, and the method of measuring the cost of the utility, will be as indicated below.
   a) **Water** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ water bills will be billed by the service provider to us and then allocated to you based on the following formula:
        - ☒ If flat rate is selected, the current flat rate is $ ____33.00____ per month.
        - ❑ 3rd party billing company if applicable _____

      *JHG.*

   b) **Sewer** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   c) **Gas** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   d) **Trash** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ trash bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   e) **Electric** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   f) **Stormwater** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   g) **Cable TV** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   h) **Master Antenna** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   i) **Internet** service to your apartment will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   j) **(Other)** _____ service to your apartment and costs will be paid by you either:
      - ❑ directly to the utility service provider; or
      - ❑ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ❑ If flat rate is selected, the current flat rate is $ _____ per month.
        - ❑ 3rd party billing company if applicable _____

   METERING/ALLOCATION METHOD KEY
   "1"  - Sub-metering of all of your water/gas/electric use
   "2"  - Calculation of your total water use based on sub-metering of hot water
   "3"  - Calculation of your total water use based on sub-metering of cold water
   "4"  - Flat rate per month
   "5"  - Allocation based on the number of persons residing in your apartment unit
   "6"  - Allocation based on the number of persons residing in your apartment unit using a ratio occupancy formula
   "7"  - Allocation based on square footage of your apartment unit
   "8"  - Allocation based on a combination of square footage of your apartment unit and the number of persons residing in your apartment unit
   "9"  - Allocation based on the number of bedrooms in your apartment unit
   "10" - Allocation based on a lawful formula not listed here
         (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. If an allocation formula above is used, we or our billing company will calculate your allocated share of the utility services in accordance with state and local laws. Furthermore, we will deduct an amount that is representative of the common area usage at your property which will not be allocated to residents. If allowed by state law, we at our sole discretion may change the above methods of determining your allocated share of the utility services, by written notice to you.

Jesus H Gonzalez

              © 2010, National Apartment Association, Inc. - 12/2010, Maryland

If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills within ___5___ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there is a billing fee for the production of any utility bill or a set-up or initiation fee by our billing company, you shall pay such fees as indicated below.

   Billing Fee:    $ _____    (not to exceed $ _____ )
   Late Fee:       $ _____    (not to exceed $ _____ )
   Set-up Fee:     $ _____    (not to exceed $ _____ )

   If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4. You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the apartment. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your apartment and may charge a reasonable administration fee for billing for the utility service in the amount of $ _____ .

5. When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the apartment unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the apartment due to such outages, interruptions, or fluctuations.

7. You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease and this Utility Addendum.

8. Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9. You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

   You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

   If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

10. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supercede any conflicting provisions of this printed Utility Addendum and/or the Apartment Lease Contract.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Resident Signature   _X__ _Jesus Hermas Gonzáles_____   Date _____

Resident Signature   _____   Date _____

Resident Signature   _____   Date _____

Resident Signature   _____   Date _____

Management   _____   Date _10/31/11_

**Jesus H Gonzalez**

© 2010, National Apartment Association, Inc. - 12/2010, Maryland

## APARTMENT LEASE CONTRACT ADDENDUM
## FOR SATELLITE DISH OR ANTENNA



Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased apartment, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1.  **Addendum.** This is an addendum to the Apartment Lease Contract executed on _____ October 31, 2011 _____, by you, the resident(s), _____ Jesus H Gonzalez _____

    for the dwelling you have agreed to rent. That dwelling is: Apt. # _____ 201 _____ at __ Victoria Station __

    (name of apartments) located at __ 1405 Merrimac Drive __

    (street address) in __ Hyattsville, MD 20783 __

2.  **Number and size.** You may install _____ satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

3.  **Location.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

4.  **Safety and non-interference.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

5.  **Signal transmission from exterior dish or antenna to interior of dwelling.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window--without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

6.  **Safety in installation.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

7.  **Maintenance.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

8.  **Removal and damages.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

9.  **Liability insurance.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $ _____ , which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

10. **Security Deposit.** An additional security deposit of $ _____ will be charged. We [check one] ❑ will consider or ❑ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract [check one] ❑ does or ❑ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

    This additional security deposit is required to help protect us against possible repair costs, damages, or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails, screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost for repair or restoration after removal, etc.

11. **When you may begin installation.** You may start installation of your satellite dish, antenna or related equipment only after you have: (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 9 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 10; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

12. **Miscellaneous.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

13. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

---

**Resident or Residents**
[All residents must sign here]

X _Jesus H Gonzalez_

_____

_____

**Owner or Owner's Representative**
[signs here]

_____

**Date of Lease Contract**

_____ October 31, 2011 _____

© 2011, National Apartment Association, Inc. - 4/2011, Maryland



Jesus H Gonzalez

## COMMUNITY POLICIES, RULES AND REGULATIONS
## ADDENDUM



**NAA**
NATIONAL
APARTMENT
ASSOCIATION

*This addendum is incorporated into the Lease Contract (the "Lease") identified below and is in addition to all the terms and conditions contained in the Lease. If any terms of this Addendum conflict with the Lease, the terms of this Addendum shall be controlling:*

Property Owner: **Victoria Station**

Resident(s): **Jesus H Gonzalez**

Apartment No./Address: **#201, 1405 Merrimac Drive**

Lease Date: **10/31/2011**

### I. GENERAL CONDITIONS FOR USE OF APARTMENT PROPERTY AND RECREATIONAL FACILITIES.

Resident's permission for use of all common areas, Resident amenities, and recreational facilities (together, "Amenities") located at the Apartment Community is a privilege and license granted by Owner, and not a contractual right except as otherwise provided for in the Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of the Lease, this Addendum, and the Community rules and regulations ("Rules") in effect at any given time, and such permission may be revoked by Owner at any time for any lawful reason. In all cases, the most strict terms of either the Lease, this Addendum, or the Community Rules shall control. Owner reserves the right to set the days and hours of use for all Amenities and to change the character of or close any Amenity based upon the needs of Owner and in Owner's sole and absolute discretion, without notice, obligation or recompense of any nature to Resident. Owner and management may make changes to the Rules for use of any Amenity at any time.

**Additionally, Resident(s) expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's use of the amenities at the Community. Resident(s) agrees to hold Owner harmless and release and waive any and all claims, allegations, actions, damages, losses, or liabilities of every type, whether or not foreseeable, that Resident(s) may have against Owner and that are in any way related to or arise from such use. This provision shall be enforceable to the fullest extent of the law.**

**THE TERMS OF THIS ADDENDUM SHALL ALSO APPLY TO RESIDENT(S)' OCCUPANTS, AGENTS AND INVITEES, TOGETHER WITH THE HEIRS, ASSIGNS, ESTATES AND LEGAL REPRESENTATIVES OF THEM ALL, AND RESIDENT(S) SHALL BE SOLELY RESPONSIBLE FOR THE COMPLIANCE OF SUCH PERSONS WITH THE LEASE, THIS ADDENDUM, AND COMMUNITY RULES AND REGULATIONS, AND RESIDENT(S) INTEND TO AND SHALL INDEMNIFY AND HOLD OWNER HARMLESS FROM ALL CLAIMS OF SUCH PERSONS AS DESCRIBED IN THE PRECEDING PARAGRAPH. The term "Owner" shall include the Management, officers, partners, employees, agents, assigns, Owners, subsidiaries and affiliates of Owner.**

### II. POOL. This Community ❑ DOES; ☒ DOES NOT have a pool. When using the pool, Resident(s) agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the pool area and Management policies.
- All Swimmers swim at their own risk. Owner is not responsible for accidents or injuries.
- For their safety, Residents should not swim alone.
- Pool hours are posted at the pool.
- Children under the minimum age (posted at the pool) must be accompanied at all times by a parent or legal guardian.
- No glass, pets, or alcoholic beverages are permitted in the pool area. Use paper or plastic containers only.
- Proper swimming attire is required at all times and a swimsuit "cover up" should be worn to and from the pool.
- No running or rough activities are allowed in the pool area. Respect others by minimizing noise, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas, disposing of trash, and keeping pool gates closed.
- Resident(s) must accompany their guests.
- Resident(s) must notify Owner any time there is a problem or safety hazard at the pool.

### IN CASE OF EMERGENCY DIAL 911

### III. FITNESS CENTER. This Community ❑ DOES; ☒ DOES NOT have a fitness center. When using the fitness center, Resident agrees to the following:
- Residents and guests will adhere to the rules and regulations posted in the fitness center and Management policies.
- The Fitness Center is not supervised. Resident(s) are solely responsible for their own appropriate use of equipment.
- Resident(s) shall carefully inspect each piece of equipment prior to Resident's use and shall refrain from using any equipment that may be functioning improperly or that may be damaged or dangerous.
- Resident(s) shall immediately report to Management any equipment that is not functioning properly, is damaged or appears dangerous, as well any other person's use that appears to be dangerous or in violation of Management Rules and Policies.
- Resident(s) shall consult a physician before using any equipment in the Fitness Center and before participating in any aerobics or exercise class, and will refrain from such use or participation unless approved by Resident's physician.
- Resident(s) will keep Fitness Center locked at all times during Resident's visit to the Fitness Center.
- Resident(s) will not admit any person to the Fitness Center who has not registered with the Management Office.
- Children under the minimum age (posted at the fitness center) must be accompanied at all times by a parent or legal guardian.
- Resident(s) must accompany guests, and no glass, smoking, eating, alcoholic beverages, pets, or black sole shoes are permitted in the Fitness Center.

Card # issued:   (1) _____   (2) _____   (3) _____   (4) _____

### IV. PACKAGE RELEASE. This Community ❑ DOES; ☒ DOES NOT accept packages on behalf of Residents.

*For communities that do accept packages on behalf of its Residents:*
Resident(s) gives Owner permission to sign and accept any parcels or letters sent to Resident(s) through UPS, Federal Express, Airborne, United States Postal Service or the like. Resident agrees that Owner does not accept responsibility or liability for any lost, damaged, or unordered deliveries, and agrees to hold Owner harmless for the same.

### V. BUSINESS CENTER. This Community ❑ DOES; ☒ DOES NOT have a business center.
Resident(s) agrees to use the business center at Resident's sole risk and according to the Community Rules. Owner is not responsible for data, files, programs or any other information lost or damaged on Business Center computers or in the Business Center for any reason. No software may be loaded on Business Center computers without the written approval of Community Management. No inappropriate, offensive, or pornographic images or files (in the sole judgment of Owner) will be viewed or loaded onto the Business Center computers at any time. Residents will limit time on computers to _____ minutes if others are waiting to use them. Smoking, eating, alcoholic beverages, pets, and any disturbing behavior are prohibited in the business center. Children under the age of _____ must be accompanied by a Resident who is that child's parent or legal guardian.

### VI. AUTOMOBILES/BOATS/RECREATIONAL VEHICLES. The following policies are in addition to those in the Lease, and may be modified by the additional rules in effect at the Community at any given time:
- Only _____ vehicle per licensed Resident is allowed.
- All vehicles must be registered at the Management office.
- Any vehicle(s) not registered, considered abandoned, or violating the Lease, this Addendum, or the Community Rules, in the sole judgment of Management, will be towed at the vehicle owner's expense after a **72** hour notice is placed on the vehicle.

J.H.G

- Notwithstanding this, any vehicle illegally parked in a fire lane, designated no parking space or handicapped space, or blocking an entrance, exit, driveway, dumpster, or parked illegally in a designated parking space, will immediately be towed, without notice, at the vehicle owner's expense.
- The washing of vehicles is not permitted on the property unless specifically allowed in designated area.
- Any on property repairs and/or maintenance of any vehicle must be with the prior written permission of the Management.
- Recreational vehicles, boats or trailers may only be parked on the property with Management's permission (in Management's sole discretion), and must be registered with the Management Office and parked in the area(s) designated by Management.

**VII. FIRE HAZARDS.** In order to minimize fire hazards and comply with city ordinances, Resident shall comply with the following:
- Residents and guests will adhere to the Community rules and regulations other Management policies concerning fire hazards, which may be revised from time to time.
- No person shall knowingly maintain a fire hazard.
- **Grills, Barbeques, and any other outdoor cooking or open flame devices will be used only on the ground level and will be placed a minimum of __10__ feet from any building.** Such devices will not be used close to combustible materials, tall grass or weeds, on exterior walls or on roofs, indoors, on balconies or patios, or in other locations which may cause fires.
- **Fireplaces:** Only firewood is permitted in the fireplace. No artificial substances, such as Duraflame® logs are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold.
- Flammable or combustible liquids and fuels shall not be used or stored (including stock for sale) in apartments, near exits, stairways breezeways, or areas normally used for the ingress and egress of people. This includes motorcycles and any apparatus or engine using flammable or combustible liquid as fuel.
- No person shall block or obstruct any exit, aisle, passageway, hallway or stairway leading to or from any structure.
- Resident(s) are solely responsible for fines or penalties caused by their actions in violation of local fire protection codes.

**VIII. EXTERMINATING.** Unless prohibited by statue or otherwise stated in the Lease, Owner may conduct extermination operations in Residents' apartment several times a year and as needed to prevent insect infestation. Owner will notify Residents in advance of extermination in Residents' Apartment, and give Resident instructions for the preparation of the Apartment and safe contact with insecticides. Residents will be responsible to prepare the Apartment for extermination in accordance with Owner's instructions. If Residents are unprepared for a scheduled treament date Owner will prepare Residents' apartment and charge Residents accordingly. Residents must request extermination treaments in addition to those regularly provided by Owner in writing. **Residents agree to perform the tasks required by Owner on the day of interior extermination to ensure the safety and effectiveness of the extermination. These tasks will include, but are not limited to, the following:**

- Clean in all cabinets, drawers and closets in kitchen and pantry.
- If roaches have been seen in closets, remove contents from shelves and floor.
- Remove infants and young children from the apartment.
- Remove pets or place them in bedrooms, and notify Owner of such placement.
- Remove chain locks or other types of obstruction on day of service.
- Cover fish tanks and turn off their air pumps.
- Do not wipe out cabinets after treatment.

In the case of suspected or confirmed bed bug infestation, resident will agree to the following:
- Resident will wash all clothing, bed sheets, draperies, towels, etc. in extremely hot water.
- Resident will thoroughly clean, off premises, all luggage, handbags, shoes and clothes hanging containers.
- Resident will cooperate with Owner's cleaning efforts for all mattresses and seat cushions or other upholstered furniture, and will dispose of same if requested.

<u>RESIDENTS ARE SOLELY RESPONSIBLE TO NOTIFY OWNER IN WRITING PRIOR TO
EXTERMINATION OF ANY ANTICIPATED HEALTH OR SAFETY CONCERNS RELATED TO
EXTERMINATION AND THE USE OF INSECTICIDES</u>

**IX. DRAPES AND SHADES.** Drapes or shades installed by Resident, when allowed, must be lined in white and present a uniform exterior appearance.

**X. WATER BEDS.** Resident shall not have water beds or other water furniture in the apartment without prior written permission of Owner.

**XI. BALCONY or PATIO.** Balconies and patios shall be kept neat and clean at all times. No rugs, towels, laundry, clothing, appliances or other items shall be stored, hung or draped on railings or other portions of balconies or patios.

**XII. SIGNS.** Resident shall not display any signs, exterior lights or markings on apartment. No awnings or other projections shall be attached to the outside of the building of which apartment is a part.

**XIII. SATELLITE DISHES/ANTENNAS.** You must complete a satellite addendum and abide by its terms prior to installation or use.

**XIV. WAIVER/SEVERABILITY CLAUSE.** No waiver of any provision herein, or in any Community rules and regulations, shall be effective unless granted by the Owner in a signed and dated writing. If any court of competent jurisdiction finds that any clause, phrase, or provision of this Part is invalid for any reason whatsoever, this finding shall not effect the validity of the remaining portions of this addendum, the Apartment Lease Contract or any other addenda to the Apartment Lease Contract.

**XV. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I have read, understand and agree to comply with the preceding provisions.

| | |
|---|---|
| X Jesus Hermes Gonzáles | |
| Resident _____ Date | Resident _____ Date |
| | |
| Resident _____ Date | Resident 10/30/11 _____ Date |
| Owner Representative _____ Date | |



## LEASE ADDENDUM
## LIABILITY INSURANCE REQUIRED OF RESIDENT

1. **Addendum.** This is an addendum to the Apartment Lease Contract executed on _____ October 31, 2011 _____, by you, the resident(s), _____ Jesus H Gonzalez _____

for the dwelling you have agreed to rent. That dwelling is: Apt. # _____ 201 _____ at _____ Victoria Station _____

*(name of apartments)* located at _____ 1405 Merrimac Drive _____,

*(street address)* in _____ Hyattsville, MD 20783 _____

2. **Acknowledgment Concerning Insurance or Damage Waiver.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or belongings, or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that by not maintaining your own policy of personal liability insurance, you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your actions or the actions of your occupants or guests. You understand that paragraph 8 of the Lease Contract requires you to maintain a liability insurance policy, which provides limits of liability to third parties in an amount not less than $ _____ 100000.00 _____ per occurrence. You understand and agree to maintain at all times during the Term of the Lease Contract and any renewal periods a policy of personal liability insurance satisfying the requirements listed below, at your sole expense.

3. **Required Policy.** You are required to purchase and maintain personal liability insurance covering you, your occupants and guests, for personal injury and property damage any of you cause to third parties (including damage to our property), in a minimum policy coverage amount of $ _____ 10000.00 _____, from a carrier with an AM Best rating of A-VII or better, licensed to do business in Maryland. The carrier is required to provide notice to us within 30 days of any cancellation, non-renewal, or material change in your coverage. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

4. **We may provide you with information of an insurance program that we make available to residents, which provides you with an opportunity to buy renter's insurance from a preferred company. However, you are free to contract for the required insurance with a provider of your choosing.**

5. **Subrogation Allowed.** You and we agree that subrogation is allowed by all parties and that this agreement supersedes any language to the contrary in the Lease Contract.

6. **Your Insurance Coverage.** You have purchased the required personal liability insurance from the insurance company of your choosing listed below that is licensed to do business in this state, and have provided us with written proof of this insurance prior to the execution and commencement of the Lease Contract. You will provide additional proof of insurance in the future at our request.

   Insurance Company: _____

7. **Default.** Any default under the terms of this Addendum shall be deemed an immediate, material and incurable default under the terms of the Lease Contract, and we shall be entitled to exercise all rights and remedies under the law.

8. **Miscellaneous.** Except as specifically stated in this Addendum, all other terms and conditions of the Lease Contract shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease Contract, the terms of this Addendum shall control.

9. **Special Provisions:** _____

I have read, understand and agree to comply with the preceding provisions.

| | |
|---|---|
| **Resident or Residents** | **Owner or Owner's Representative** |
| *[All residents must sign here]* | *[signs here]* |
| *P Jesus H Gonzalez* (signature) | (signature) |
| | **Date of Lease Contract** |
| | October 31, 2011 |

© 2010, National Apartment Association, Inc. - 4/2010, Maryland



Jesus H Gonzalez

# NO-SMOKING ADDENDUM

Date: __November 7, 2011__
(when this Addendum is filled out)



**NATIONAL APARTMENT ASSOCIATION**

*All use of any tobacco product involving smoking, burning, or combustion of tobacco is prohibited in any portion of the apartment community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

1. **Dwelling Unit Description.** Apt. No. ___201___,
   __1405 Merrimac Drive__ *(street address)* in __Hyattsville__ *(city)*, Maryland, __20783__ *(zip code)*.

2. **Lease Contract Description**
   Lease Contract date: __October 31, 2011__
   Owner's name: __Victoria Station__
   _____
   _____
   Residents *(list all residents)*: __Jesus H Gonzalez__
   _____
   _____
   _____

3. **Smoking Anywhere Inside Buildings of the Apartment Community is Strictly Prohibited.** All forms and use of lighted or burning tobacco products and smoking of tobacco products inside any apartment, building, or interior of any portion of the apartment community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this addendum and the Lease Contract.

   The prohibition on use of any lighted or burning tobacco products or smoking of any tobacco products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the apartment community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, apartments, club house, exercise or spa facility, tennis courts, all interior areas of the apartment community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the apartment community or in the enclosed spaces on the surrounding community grounds. Smoking of non-tobacco products which are harmful to the health, safety, and welfare of other residents is also prohibited by this addendum and other provisions of the Lease Contract inside any apartment or building.

   **Smoking Outside Buildings of the Apartment Community.** Smoking is permitted only in specially designated areas outside the buildings of the apartment community. The smoking-permissible areas are marked by signage.

   Smoking on balconies, patios, and limited common areas attached to or outside of your apartment ☐ is ☐ is not permitted.

   The following outside areas of the community may be used for smoking:_____
   _____
   _____
   _____

   Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the apartments or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

4. **Your Responsibility for Damages and Cleaning.** You are responsible for payment of all costs and damages to your apartment, other residents' apartments, or any other portion of the apartment community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of tobacco smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the

apartment or building is in excess of normal wear and tear in our smoke free apartment community.

5. **Your Responsibility for Loss of Rental Income and Economic Damages Regarding Other Residents.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their apartments, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

6. **Definition of Smoking.** Smoking refers to any use or possession of a cigar, cigarette, or pipe containing tobacco or a tobacco product while that tobacco or product is burning, lighted, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to, any form, compound, or synthesis of the plant of the genus *Nicotiana* or the species *N. tabacum* which is cultivated for its leaves to be used in cigarettes, cigars, or pipes. Smoking also refers to use or possession of burning, lighted, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

7. **Lease Contract Termination for Violation of the Addendum.** We have the right to terminate your Lease Contract or right of occupancy of the apartment for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for rent through the end of the Lease Contract term or the date on which the apartment is re-rented to a new occupant, whichever comes first. Therefore, you may be responsible for payment of rent after you vacate the leased premises even though you are no longer living in the apartment.

8. **Extent of Your Liability for Losses Due to Smoking.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

9. **Your Responsibility for Conduct of Occupants, Family Members, and Guests.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this addendum by your occupants, family, guests, and invitees.

10. **There Is No Warranty of a Smoke Free Environment.** Although we prohibit smoking in all interior parts of the apartment community, there is no warranty or guaranty of any kind that your apartment or the apartment community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

    This is an important and binding legal document. By signing this addendum you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the apartment. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this addendum. Before signing you must advise us whether you or anyone who will be living in your apartment is a smoker. You must check one of the following boxes.

    ☐ Neither you nor anyone who will be living in the apartment is a smoker.
    ☐ Someone in my household is a smoker; however, we agree to follow your no-smoking policy.

**Resident or Residents**
*[All residents must sign here]*

X *Jesus Hermes Gonzalez*
_____
_____

Jesus H Gonzalez

**Owner or Owner's Representative**
*[Sign here]*

_____

© 2009, National Apartment Association, Inc. - 1/2009





**Federally Required Lead Hazard Information and Disclosure Addendum**

**IMPORTANT NOTICE TO RESIDENTS:** The following information is taken from a brochure entitled "Protect Your Family from Lead in Your Home" prepared by the U.S. Environmental Protection Agency, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. While the information must be distributed to residents before they become obligated under the lease for most types of housing built before 1978, it does not mean that the dwelling contains lead-based paint (LBP). The brochure was written in general terms and applies to both home purchasers and renters. The information outlines action that can be taken to test for, remove or abate LBP in a dwelling. The Maryland Multi-Housing Association Lease Contract specifically prohibits a resident from performing this type of work—only the dwelling owner may do so under the lease contract. If you have any questions about the presence of LBP in your dwelling, please contact the owner or management company before taking any action to test, abate or remove LBP. NOTE: Page references in the content of this form are to pages in the EPA brochure.



## Are You Planning To Buy, Rent, or Renovate a Home Built Before 1978?

Many houses and apartments built before 1978 have paint that contains high levels of lead (called lead-based paint). Lead from paint, chips, and dust can pose serious health hazards if not taken care of properly.



OWNERS, BUYERS, and RENTERS are encouraged to check for lead (see page 6) before renting, buying, or renovating pre-1978 housing.

Federal law requires that individuals receive certain information before renting, buying, or renovating pre-1978 housing:



LANDLORDS have to disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a disclosure about lead-based paint.



SELLERS have to disclose known information on lead-based paint and lead-based paint hazards before selling a house. Sales contracts must include a disclosure form about lead-based paint. Buyers have up to 10 days to check for lead.



RENOVATORS disturbing more than 2 square feet of painted surfaces have to give you this pamphlet before starting work.

---

## IMPORTANT!

### Lead From Paint, Dust, and Soil Can Be Dangerous If Not Managed Properly

**FACT:** Lead exposure can harm young children and babies even before they are born.

**FACT:** Even children that seem healthy can have high levels of lead in their bodies.

**FACT:** People can get lead in their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

**FACT:** People have many options for reducing lead hazards. In most cases, lead-based paint that is in good condition is not a hazard.

**FACT:** Removing lead-based paint improperly can increase the danger to your family.

If you think your home might have lead hazards, read this pamphlet to learn some simple steps to protect your family.

## Lead Gets in the Body in Many Ways

Childhood lead poisoning remains a major environmental health problem in the U.S.

Even children who appear healthy can have dangerous levels of lead in their bodies.

People can get lead in their body if they:

◆ Breathe in lead dust (especially during renovations that disturb painted surfaces).

◆ Put their hands or other objects covered with lead dust in their mouths.

◆ Eat paint chips or soil that contains lead.

**Lead is even more dangerous to children under the age of 6:**

◆ At this age children's brains and nervous systems are more sensitive to the damaging effects of lead.

◆ Children's growing bodies absorb more lead.

◆ Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Lead is also dangerous to women of childbearing age:**

◆ Women with a high lead level in their system prior to pregnancy would expose a fetus to lead through the placenta during fetal development.





1

2

0125201102141md11010550

## Lead's Effects

It is important to know that even exposure to low levels of lead can severely harm children.

**In children, lead can cause**

◆ Nervous system and kidney damage.

◆ Learning disabilities, attention deficit disorder, and decreased intelligence.

◆ Speech, language, and behavior problems.

◆ Poor muscle coordination.

◆ Decreased muscle and bone growth.

◆ Hearing damage.

While low-lead exposure is most common, exposure to high levels of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults too.

**In adults, lead can cause:**

◆ Increased chance of illness during pregnancy.

◆ Harm to a fetus, including brain damage or death.

◆ Fertility problems (in men and women).

◆ High blood pressure.

◆ Digestive problems.

◆ Nerve disorders.

◆ Memory and concentration problems.

◆ Muscle and joint pain.



Brain or Nerve Damage

Hearing Problems

Slowed Growth

Digestive Problems

Reproductive Problems (Adults)

**Lead affects the body in many ways.**

### Where Lead-Based Paint Is Found

**In general, the older your home, the more likely it has lead-based paint.**

Many homes built before 1978 have lead-based paint. The federal government banned lead-based paint from housing in 1978. Some states stopped its use even earlier. Lead can be found:

◆ In homes in the city, country, or suburbs.

◆ In apartments, single-family homes, and both private and public housing.

◆ Inside and outside of the house.

◆ In soil around a home. (Soil can pick up lead from exterior paint or other sources such as past use of leaded gas in cars.)

### Checking Your Family for Lead

**Get your children and home tested if you think your home has high levels of lead.**

To reduce your child's exposure to lead, get your child checked, have your home tested (especially if your home has paint in poor condition and was built before 1978), and fix any hazards you may have. Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect high levels of lead. Blood tests are usually recommended for:

◆ Children at ages 1 and 2.

◆ Children or other family members who have been exposed to high levels of lead.

◆ Children who should be tested under your state or local health screening plan.

Your doctor can explain what the test results mean and if more testing will be needed.

3    4

---

### Identifying Lead Hazards

**Lead-based paint** is usually not a hazard if it is in good condition, and it is not on an impact or friction surface, like a window. It is defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter, or more than 0.5% by weight.

Deteriorating lead-based paint (peeling, chipping, chalking,cracking, or damaged) is a hazard and needs immediate attention. It may also be a hazard when found on surfaces that children can chew or that get a lot of wear-and-tear, such as:

◆ Windows and window sills

◆ Doors and door frames.

◆ Stairs, railings, banisters, and porches.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Dust also forms when painted surfaces bump or rub together. Lead chips and dust can get on surfaces and objects that people touch. Settled lead dust can re-enter the air when people vacuum, sweep, or walk through it. The following two federal standards have been set for lead hazards in dust:

◆ 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors.

◆ 250 $\mu g/ft^2$ and higher for interior window sills.

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. The following two federal standards have been set for lead hazards in residential soil:

◆ 400 parts per million (ppm) and higher in play areas of base soil.

◆ 1,200 ppm (average) and higher in bare soil in the remainder of the yard.

The only way to find out if paint, dust and soil lead hazards exist is to test for them. The next page describes the most common methods used.

**Lead from paint chips, which you can see, and lead dust, which you can't always see, can both be serious hazards**

### Checking Your Home for Lead

**Just knowing that a home has lead-based paint may not tell you if there is a hazard.**

You can get your home checked for lead in several different ways:

◆ A **paint inspection** tells you whether your home has lead-based paint and where it is located. It won't tell you whether or not your home currently has lead hazards.

◆ A **risk assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards.

◆ A **combination risk assessment and inspection** tells you if your home has any lead hazards and if your home has any lead-based paint, and where the lead-based paint is located.

Hire a trained and certified testing professional who will use a range of reliable methods when testing your home.



◆ Visual inspection of paint condition and location.

◆ A portable x-ray fluorescence (XRF) machine.

◆ Lab tests of paint, dust, and soil samples.

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency (see bottom of page 11) for more information, or call 1-800-424-LEAD (5323) for a list of contacts in your area.

Home test kits for lead are available, but may not always be accurate. Consumers should not rely on these tests before doing renovations or to assure safety.

5    6

© 2010, National Apartment Association, Inc. - 10/2010

## What You Can Do Now To Protect Your Family

If you suspect that your house has lead hazards, you can take some immediate steps to reduce your family's risk:

◆ If you rent, notify your landlord of peeling or chipping paint.

◆ Clean up paint chips immediately.

◆ Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner or a cleaner made specifically for lead. REMEMBER: NEVER MIX AMMONIA AND BLEACH PRODUCTS TOGETHER SINCE THEY CAN FORM A DANGEROUS GAS.

◆ Thoroughly rinse sponges and mop heads after cleaning dirty or dusty areas.

◆ Wash children's hands often, especially before they eat and before nap time and bed time.

◆ Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

◆ Keep children from chewing window sills or other painted surfaces.

◆ Clean or remove shoes before entering your home to avoid tracking in lead from soil.

◆ Make sure children eat nutritious, low-fat meals high in iron and calcium, such as spinach and dairy products. Children with good diets absorb less lead.







7

## Reducing Lead Hazards In The Home

*Removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.*

*Always use a professional who is trained to remove lead hazards safely.*



In addition to day-to-day cleaning and good nutrition:

◆ You can temporarily reduce lead hazards by taking actions such as repairing damaged painted surfaces and planting grass to cover soil with high lead levels. These actions (called "interim controls") are not permanent solutions and will need ongoing attention.

◆ To permanently remove lead hazards, you should hire a certified lead "abatement" contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent removal.

Always hire a person with special training for correcting lead problems--someone who knows how to do this work safely and has the proper equipment to clean up thoroughly. Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

Once the work is completed, dust cleanup activities must be repeated until testing indicates that dust leaf levels are below the following:

◆ 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors;

◆ 250 $\mu g/ft^2$ for interior window sills; and

◆ 400 $\mu g/ft^2$ for window troughs.

Call your state or local agency (see bottom of page 11) for help with locating certified professionals in your area and to see if financial assistance is available.

8

## Remodeling or Renovating a Home With Lead-Based Paint

Take precautions before your contractor or you begin remodeling or renovating anything that disturbs painted surfaces (such as scraping off paint or tearing out walls):

◆ Have the area tested for lead-based paint.

◆ Do not use a belt-sander, propane torch, high temperature heat gun, dry scraper, or dry sandpaper to remove lead-based paint. These actions create large amounts of lead dust and fumes. Lead dust can remain in your home long after the work is done.

◆ Temporarily move your family (especially children and pregnant women) out of the apartment or house until the work is done and the area is properly cleaned. If you can't move your family, at least completely seal off the work area.

◆ Follow other safety measures to reduce lead hazards. You can find out about other safety measures by calling 1-800-424-LEAD. Ask for the brochure "Reducing Lead Hazards When Remodeling Your Home." This brochure explains what to do before, during, and after renovations.

If you have already completed renovations or remodeling that could have released lead-based paint or dust, get your young children tested and follow the steps outlined on page 7 of this brochure.



*If not conducted properly, certain types of renovations can release lead from paint and dust into the air.*

9

## Other Sources of Lead



*While paint, dust, and soil are the most common sources of lead, other lead sources also exist.*



◆ Drinking water. Your home might have plumbing with lead or lead solder. Call your local health department or water supplier to find out about testing your water. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might have lead in it:

• Use only cold water for drinking and cooking.

• Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

◆ The job. If you work with lead, you could bring it home on your hands or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

◆ Old painted toys and furniture.

◆ Food and liquids stored in lead crystal or lead-glazed pottery or porcelain.

◆ Lead smelters or other industries that release lead into the air.

◆ Hobbies that use lead, such as making pottery or stained glass, or refinishing furniture.

◆ Folk remedies that contain lead, such as "greta" and "azarcon" used to treat an upset stomach.

10

0125201021403md11010550

© 2010, National Apartment Association, Inc. - 10/2010

## For More Information

**The National Lead Information Center**

Call **1-800-424-LEAD (424-5323)** to learn how to protect children from lead poisoning and for other information on lead hazards. To access lead information via the web, visit www.epa.gov/lead and www.hud.gov/offices/lead/.

**EPA's Safe Drinking Water Hotline**

Call **1-800-426-4791** for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**

To request information on lead in consumer products, or to report an unsafe consumer product or a product-related injury call **1-800-638-2772**, or visit CPSC's Web site at: www@cpsc.gov.

**State Health and Environmental Agencies**

Some cities, states, and tribes have their own rules for lead-based paint activities. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your local contacts on the Internet at www.epa.gov/lead or contact the National Lead Information Center at **1-800-424-LEAD**.

For the hearing impaired, call the Federal Information Relay Service at **1-800-877-8339** to access any of the phone numbers in this brochure.

11

### Simple Steps To Protect Your Family from Lead Hazards

**If you think your home has high levels of lead:**

◆ Get your young children tested for lead, even if they seem healthy.

◆ Wash children's hands, bottles, pacifiers, and toys often.

◆ Make sure children eat healthy, low-fat foods.

◆ Get your home checked for lead hazards.

◆ Regularly clean floors, window sills, and other surfaces.

◆ Wipe soil off shoes before entering house.

◆ Talk to your landlord about fixing surfaces with peeling or chipping paint.

◆ Take precautions to avoid exposure to lead dust when remodeling or renovating (call 1-800-424-LEAD for guidelines).

◆ Don't use a belt-sander, propane torch, high temperature heat gun, scraper, or sandpaper on painted surfaces that may contain lead.

◆ Don't try to remove lead-based paint yourself.

12

| | |
|---|---|
| Maryland Department of Health--877/463-3464 | CPSC Main Office *(includes Maryland)*--800/638-2772 |
| EPA Region 3 Office *(includes Maryland)*--215/814-5000 | HUD Lead Office--202/755-1785 |

### FEDERALLY REQUIRED LESSOR DISCLOSURE, AGENT STATEMENT AND LESSEE ACKNOWLEDGMENT OF INFORMATION ON LEAD-BASED PAINT HAZARDS

**LEAD WARNING STATEMENT**  Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors (owners) must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Lessees (residents) must also receive a federally approved pamphlet on lead poisoning prevention.

**LEAD-FREE HOUSING**  If the housing unit has been certified as "lead free" according to 24 C.F.R. Section 35.82 or is not target housing according to 24 C.F.R. Section 35.86, the lead-based paint hazard disclosure requirements do not apply, and therefore, it is not necessary to provide this addendum or a lead-based paint warning pamphlet and lead-based paint disclosure statement to the lessee (resident).

**LESSOR'S DISCLOSURE**

**Presence of lead-based paint and/or lead-based paint hazards** *(check only one box).*

☒ Lessor (owner) has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

☐ Known that lead-based paint and/or lead-based paint hazards are present in the housing *(explain).*

_____

**Records and reports available to lessor** *(check only one box).*

☒ Lessor (owner) has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

☐ Lessor (owner) has reports or records indicating the presence of some lead-based paint and/or lead-based paint hazards in the housing, and has provided the lessees (residents) with all such records and reports that are available to lessor *(list documents).*

**AV** _____ **AGENT'S ACKNOWLEDGMENT** *(Initial)*
If another person or entity is involved in leasing the dwelling as an agent of the lessor (i.e., as a management company, real estate agent or locator service acting for the owner), such agent represents that agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d) and agent is aware of agent's responsibility to ensure that lessor complies with such disclosure laws.

**JHG.** _____ **LESSEE'S ACKNOWLEDGMENT** *(Initial)*
Lessee acknowledges the receipt of a copy of a federally approved pamphlet on lead poisoning prevention and all records or reports listed above.

**ACCURACY CERTIFICATIONS**
The parties named below certify that to the best of their knowledge the above information and statements made or provided by them, respectively, are true and accurate. The person who signs for the LESSOR may be the owner himself or herself, an employee, officer or partner of the owner, or a representative of the owner's management company, real estate agent or locator service if such person is authorized to sign for the lessor. The person who signs for the AGENT may be the agent himself or herself, or an employee, officer or partner of the agent if such person is authorized to sign for the agent.

**Victoria Station,** _____

| | |
|---|---|
| Apartment name & unit number OR street address of dwelling | **Hyattsville**  City |
| _Jesus Hermes Gonzalez._  Lessee (Resident)          Date | Lessee (Resident)          Date |
| **Victoria Station**  Lessee (Resident)          Date | Lessee (Resident)          Date |
| _Franchesca Vargas_  Printed name of LESSOR (owner) of the dwelling | Printed name of any Agent of lessor, i.e., management company, real estate agent or locator service involved in leasing the dwelling |
| _(signature)_  10/30/11  Signature of person signing on behalf of above LESSOR   Date | Signature of person signing on behalf of above AGENT, if any   Date |

Maryland/National Apartment Association Official Form E-10 (Sheets 1 and 2), October 2010

© 2010, National Apartment Association, Inc.          01252011021404md11010550          Page 4 of 4

# A/C Addendum

## Bedford Station\Victoria Station Apartments
## Air Conditioner Addendum

**Residents are required to supply their own A/C unit. The A/C unit cannot exceed 10,000 BTU's and must be 115 volts. Do not purchase 220 volts air conditioning units. The unit needs to be 14" wide and 20" high to fit properly in the window.**
**A/C was used during the month.**

*A/C units can <u>only</u> be plugged into the special A/C sockets in each unit. <u>No</u> other socket can be used.*

*A/C units exceeding the specifications outlined are subject to a violation fee of $25.00 (per occurrence) and subject immediate removal my management.*

*Any A/C units being used in have to be install by our maintenance department to ensure proper installation and must have been registration at the rental office to avoid a penalty fee.*

*Any non –registered A/C units must be removed immediately to avoid penalties.*

*Any A/C unit(s) that has not been removed from widows will be considered in use and charged as stated in this addendum.*

*All charges associated with A/C's are charged on a monthly basis and can not be prorated.*

*A/C charges (and/or) fees are considered as rent and should be paid in accordance with the rental policy.*

**Please register you're A/C unit(s) by completing the form below and Maintenance will install your new air conditioner.**

_____

**You are authorize to install ONE A/C unit, location of the A/C unit is your home: LIVINGROOM only.**

**The resident account will be charged $65.00 PER MONT UNTIL A/C UNIT IS REMOVED.**
**I agree to abide by this addendum agreement and will adhere to it as a part of the Lease agreement.**

It is the policy of the Landlord and their agents to ensure that all fair housing laws are Strictly Followed by all employees of the property. All employees will not discriminate on the basis of race, color, religion, sex, handicap/disability, national origin, familial status, source of income or sexual orientation.

Management has the right to unplug and remove air conditioners and remove those that do not meet the above requirements and/or are installed in an unprofessional manner.

Doc Date 4/13/11



**Federally Required Lead Hazard Information
and Disclosure Addendum**

**IMPORTANT NOTICE TO RESIDENTS:** The following information is taken from a brochure entitled "Protect Your Family from Lead in Your Home" prepared by the U.S. Environmental Protection Agency, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. **While the information must be distributed to residents before they become obligated under the lease for most types of housing built before 1978, it does not mean that the dwelling contains lead-based paint (LBP).** The brochure was written in general terms and applies to both home purchasers and renters. The information outlines action that can be taken to test for, remove or abate LBP in a dwelling. The NAA Lease Contract specifically prohibits a resident from performing this type of work—only the dwelling owner may do so under the Lease Contract. If you have any questions about the presence of LBP in your dwelling, please contact the owner or management company before taking any action to test, abate or remove LBP. NOTE: Page references in the content of this form are to pages in the EPA brochure.



## Are You Planning To Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have lead-based paint? Lead from paint, chips, and dust can pose serious health hazards.

Read this entire brochure to learn:

- How lead gets into the body
- About health effects of lead
- What you can do to protect your family
- Where to go for more information

Before renting or buying a pre-1978 home or apartment, federal law requires:

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:

- Read EPA's pamphlet, The Lead-Safe Certified Guide to Renovate Right, to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



---

## Simple Steps to Protect Your Family from Lead Hazards

If you think your home has lead-based paint:

- Don't try to remove lead-based paint yourself.
- Always keep painted surfaces in good condition to minimize deterioration.
- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.
- Talk to your landlord about fixing surfaces with peeling or chipping paint.
- Regularly clean floors, window sills, and other surfaces.
- Take precautions to avoid exposure to lead dust when remodeling.
- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.
- Before buying, renting, or renovating your home, have it checked for lead-based paint.
- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.
- Wash children's hands, bottles, pacifiers, and toys often.
- Make sure children avoid fatty (or high fat) foods and eat nutritious meals high in iron and calcium.
- Remove shoes or wipe soil off shoes before entering your house.

## Lead Gets into the Body in Many Ways

Adults and children can get lead into their bodies if they:

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).
- Swallow lead dust that has settled on food, food preparation surfaces, and other places.
- Eat paint chips or soil that contains lead.

Lead is especially dangerous to children under the age of 6.

- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.
- Children's growing bodies absorb more lead.
- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.



Women of childbearing age should know that lead is dangerous to a developing fetus.

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.



J.H.G

1          2

© 2013, National Apartment Association, Inc. - 10/2013, Maryland

## Checking Your Home for Lead

You can get your home tested for lead in several different ways:

• A lead-based paint inspection  tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  • Portable x-ray fluorescence (XRF) machine

  • Lab tests of paint samples

• A risk assessment   tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  • Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  • Sample dust near painted surfaces and sample bare soil in the yard

  • Get lab tests of paint, dust, and soil samples

• A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

## Checking Your Home for Lead, continued

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

• Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

• Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

• Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead  or call 1-800-424-LEAD (5323) for a list of contacts in your area.[3]

[3] Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8399.

7        8

## What You Can Do Now to Protect Your Family

If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:

• If you rent, notify your landlord of peeling or chipping paint.

• Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

• Carefully clean up paint chips immediately without creating dust.

• Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

• Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

• Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

• Keep children from chewing window sills or other painted surfaces, or eating soil.

• When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

• Clean or remove shoes before entering your home to avoid tracking in lead from soil.

• Make sure children avoid fatty (or high fat) foods and eat nutritious meals high in iron and calcium. Children with good diets absorb less lead.

## Reducing Lead Hazards

Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.

• In addition to day-to-day cleaning and good nutrition, you can temporarily  reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

• You can minimize exposure to lead when renovating, repairing, or painting by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead-safe work practices in your home.

• To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

Always use a certified contractor who is trained to address lead hazards safely.

• Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

• To correct lead hazards permanently, hire a certified lead abatement professional. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

J.H.G

9        10

© 2013, National Apartment Association, Inc. - 10/2013, Maryland

## Health Effects of Lead

Lead affects the body in many ways.    It is important to know that even exposure to low levels of lead can severely harm children.

In children, exposure to lead can cause:

- Nervous system and kidney damage

- Learning disabilities, attention deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage

While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead  can be dangerous for adults, too.

In adults, exposure to lead can cause:

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

*(Diagram labels: Brain Nerve Damage, Hearing Problems, Slowed Growth, Digestive Problems, Reproductive Problems (Adults))*

## Check Your Family for Lead

Get your children and home tested if you think your home has lead.

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2

- Children or other family members who have been exposed to high levels of lead

- Children who should be tested under your state or local health screening plan

Your doctor can explain what the test results mean and if more testing will be needed.

3    4

## Where Lead-Based Paint is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

Many homes, including private, federally-assisted, federally-owned housing, and childcare facilities built before 1978 have lead-based paint.   In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

Lead can be found:

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at  epa.gov/lead.

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal goverment as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

## Identifying Lead-Based Paint and Lead-Based Paint Hazards

Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)   is a hazard and needs immediate attention. Lead-based paint  may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills

- Doors and door frames

- Stairs, railings, banisters, and porches

Lead-based paint is usually not a hazard if it is in good condition and if it is not on an impact or friction surface like a window.

Lead dust  can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors

- 250 $\mu g/ft^2$ and higher for interior window sills

Lead in soil  can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil

- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.

The only way to find out if paint, dust, or soil lead hazards exist is to test for them.  The next page describes how to do this.

5    6

© 2013, National Apartment Association, Inc. - 10/2013, Maryland

*J + G*

## Reducing Lead Hazards, continued

If your home has had lead abatement work done      or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors
- 250 $\mu g/ft^2$ for interior windows sills
- 400 $\mu g/ft^2$ for window troughs

For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 14 and 15), or visit epa.gov/lead,   or call 1-800-424-LEAD.

## Renovating, Remodeling, or Repairing (RRP) a Home with Lead-Based Paint

If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program
- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination
- Provide a copy of EPA's lead hazard information document, The Lead-Safe Certified Guide to Renovate Right

RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:

- Contain the work area.   The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.
- Avoid renovation methods that generate large amounts of lead-contaminated dust.   Some methods generate so much lead-contaminated dust that their use is prohibited. They are:
  - Open-flame burning or torching
  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment and
  - Using a heat gun at temperatures greater than 1100°F
- Clean up thoroughly.   The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.
- Dispose of waste properly.   Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects visit epa.gov/getleadsafe,   or read The Lead-Safe Certified Guide to Renovate Right.

## Other Sources of Lead

While paint, dust, and soil are the most common sources of lead, other lead sources also exist:

- Drinking water.   Your home might have plumbing with lead or lead solder. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might contain lead:
  - Use only cold water for drinking and cooking.
  - Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.

  Call your local health department or water supplier to find out about testing your water, or visit epa.gov/lead for EPA's lead in drinking water information.

- Lead smelters   or other industries that release lead into the air.
- Your job.  If you work with lead, you could bring it home on your body or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.
- Hobbies  that use lead, such as making pottery or stained glass, or refinishing furniture. Call your local health department for information about hobbies that may use lead.
- Old toys  and furniture  may have been painted with lead-containing paint. Older toys and other children's products may have parts that contain lead. [4]
- Food and liquids cooked or stored in  lead crystal  or lead-glazed pottery or porcelain  may contain lead.
- Folk remedies, such as "greta"  and "azarcon," used to treat an upset stomach.

## For More Information

The National Lead Information Center
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at  epa gov/lead  and hud.gov/lead,   or call 1-800-424-LEAD (5323).

EPA's Safe Drinking Water Hotline
For information about lead in drinking water, call  1-800-426-4791, or visit epa.gov/lead  for information about lead in drinking water.

Consumer Product Safety Commission (CPSC) Hotline
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call 1-800-638-2772, or visit CPSC's website at cpsc.gov  or saferproducts.gov.

State and Local Health and Environmental Agencies
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/lead, or contact the National Lead Information Center at  1-800-424-LEAD.

> Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at 1-800-877-8339.

[4]  In 1978, the federal government banned toys, other children's products, and furniture with lead-containing paint (16 CFR 1303). In 2008, the federal government banned lead in most children's products. The federal government currently bans lead in excess of 100 ppm by weight in most children's products (76 FR 44463).

© 2013, National Apartment Association, Inc. - 10/2013, Maryland

**Consumer Product Safety Commission (CPSC)**

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

CPSC
4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov  or saferproducts.gov

**U. S. Department of Housing and Urban Development (HUD)**

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact HUD's Office of Healthy Homes and Lead Hazard Control for further information regarding the Lead Safe Housing Rule, which protects families in pre-1978 assisted housing, and for the lead hazard control and research grant programs.

HUD
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/offices/lead/

This document is in the public domain. It may be produced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U. S. EPA Washington DC 20460      EPA-747-K-12-001
U. S. CPSC Bethesda MD 20814      September 2013
U. S. HUD Washington DC 20410

16

---

### IMPORTANT!

### Lead From Paint, Dust, and Soil in and Around Your Home Can Be Dangerous if Not Managed Properly

- Children under 6 years old are most at risk for lead poisoning in your home.

- Lead exposure can harm young children and babies even before they are born.

- Homes, schools, and child care facilities built before 1978 are likely to contain lead-based paint.

- Even children who seem healthy may have dangerous levels of lead in their bodies

- Disturbing surfaces with lead-based paint or removing lead-based paint improperly can increase the danger to your family.

- People can get lead into their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

- People have many options for reducing lead hazards. Generally, lead-based paint that is in good condition is not a hazard (see page 10).

17

---

◆ **Maryland Department of Health**–877/463-3464      ◆ **HUD Healthy Homes and Lead Hazard Control**—202/755-1785
◆ **EPA Region 3 Office** *(includes Maryland)*--215/814-2088      ◆ **CPSC**—800/638-2772      ◆ **National Lead Information Center**—800/424-5323

---

## FEDERALLY REQUIRED LESSOR DISCLOSURE, AGENT STATEMENT AND LESSEE ACKNOWLEDGMENT OF INFORMATION ON LEAD-BASED PAINT HAZARDS

**LEAD WARNING STATEMENT**  Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors (owners) must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Lessees (residents) must also receive a federally approved pamphlet on lead poisoning prevention.

**LEAD-FREE HOUSING**  If the housing unit has been certified as "lead free" according to 24 C.F.R. Section 35.82 or is not target housing according to 24 C.F.R. Section 35.86, the lead-based paint hazard disclosure requirements do not apply, and therefore, it is not necessary to provide this addendum or a lead-based paint warning pamphlet and lead-based paint disclosure statement to the lessee (resident).

**LESSOR'S DISCLOSURE**

**Presence of lead-based paint and/or lead-based paint hazards** *(check only one box).*

☒   Lessor (owner) has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

□   Known that lead-based paint and/or lead-based paint hazards are present in the housing *(explain).*

_____

**Records and reports available to lessor** *(check only one box).*

☒   Lessor (owner) has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

□   Lessor (owner) has reports or records indicating the presence of some lead-based paint and/or lead-based paint hazards in the housing, and has provided the lessees (residents) with all such records and reports that are available to lessor *(list documents).*

_____

**PC**   **AGENT'S ACKNOWLEDGMENT** *(Initial)*
If another person or entity is involved in leasing the dwelling as an agent of the lessor (i.e., as a management company, real estate agent or locator service acting for the owner), such agent represents that agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d) and agent is aware of agent's responsibility to ensure that lessor complies with such disclosure laws.

**JHG**   **LESSEE'S ACKNOWLEDGMENT** *(Initial)*
Lessee acknowledges the receipt of a copy of a federally approved pamphlet on lead poisoning prevention and all records or reports listed above.

**ACCURACY CERTIFICATIONS**
The parties named below certify that to the best of their knowledge the above information and statements made or provided by them, respectively, are true and accurate. The person who signs for the LESSOR may be the owner himself or herself, an employee, officer or partner of the owner, or a representative of the owner's management company, real estate agent or locator service if such person is authorized to sign for the lessor. The person who signs for the AGENT may be the agent himself or herself, or an employee, officer or partner of the agent if such person is authorized to sign for the agent.

| | |
|---|---|
| _____ | Hyattsville |
| Apartment name & unit number OR street address of dwelling | City |
| 2 Jesus H Gonzalez    Date 1-78-15 | _____ |
| Lessee (Resident)      Date | Lessee (Resident)      Date |
| _____ | _____ |
| Lessee (Resident)      Date | Lessee (Resident)      Date |
| _____ | _____ |
| Printed name of LESSOR (owner) of the dwelling | Printed name of any AGENT of lessor, i.e., management company, real estate agent or locator service involved in leasing the dwelling |
| _____ | _____ |
| Signature of person signing on behalf of above LESSOR   Date | Signature of person signing on behalf of above AGENT, if any   Date |

Maryland/National Apartment Association Official Form E-13 (Sheets 1 and 2), October 2013

© 2013, National Apartment Association, Inc. - 10/2013, Maryland



## Bedford Station\Victoria Station Apartments
## Air Conditioner Addendum

**Residents are required to supply their own A/C unit. The A/C unit cannot exceed 10,000 BTU's and must be 115 volts. Do not purchase 220 volts air conditioning units. The unit needs to be14" wide and 20" high to fit properly in the window. A/C was used during the month.**

*A/C units can **only** be plugged into the special A/C sockets in each unit. **No** other socket can be used.*

*A/C units exceeding the specifications outlined are subject to a violation fee of $25.00 (per occurrence) and subject immediate removal by management.*

*Any A/C units being used have to be installed by our maintenance department to ensure proper installation and must have been registration at the rental office to avoid a penalty fee.*

*Any non –registered A/C units must be removed immediately to avoid penalties.*

*Any A/C unit(s) that has not been removed from widows will be considered in use and charged as stated in this addendum.*

*All charges associated with A/C's are charged on a monthly basis and can not be prorated.*

*A/C charges (and/or) fees are considered as rent and should be paid in accordance with the rental policy.*

**Please register your A/C unit(s) by completing the form below and Maintenance will install your new air conditioner.**

**Address:**  1405 MARRIMAC DR #201

**Leaseholder:**  20  Jesus H. Gonzalez
<span>(Please .....t)</span>

**You are Authorized to install ONE A\C unit, Location of the A/C units in your home: <u>LIVING ROOM</u>  only.**

**The resident account will be charged $65.00 PER MONTH, UNTIL A\C UNIT IS REMOVED..**
I agree to abide by this addendum agreement and will adhere to it as a part of the Lease agreement.

**Resident Signature:**  Jesus H Gonzalez   Date: 1-28-15

**Management Signature:**  _____   Date: 1-28-15
<span>Agent for Owner</span>

It is the policy of the Landlord and their agents to ensure that all fair housing laws are Strictly Followed by all employees of the property. All employees will not discriminate on the basis of race, color, religion, sex, handicap/disability, national origin, familial status, source of income or sexual orientation.

Management has the right to unplug and remove air conditioners and remove those that do not meet the above requirements and/or are installed in an unprofessional manner.

Doc Date 4/13/11

## ADMINISTRATIVE AND ATTORNEY FEES

In the event Tenant, Tenant's family, agents, employees, guests or invitees violate any term or provision of this Lease, or the rules and regulations thereof, Tenant shall pay to Landlord, Such reasonable attorney fees plus court cost as are incurred by the Landlord in any actions filed for possession against tenant.

Where legal proceedings are instituted by Landlord against Tenant, and said proceedings result in a monetary judgment in favor of Landlord, those reasonable attorney fees for which Tenant shall be liable to Landlord shall not be less than twenty five percent (25%) of said judgment plus cost.

Resident or Residents

*Jesus H Gonzalez*

_____

Owner Representative

_____

Date  *1-28-15*

# TAB 12

SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC

## LEASE AGREEMENT

THIS LEASE, made on **April 20th, 2006**, whereby **SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC** agent for **New Potomac Limited Partnershi** , hereinafter referred to as Landlord, does hereby lease unto **JESUS H GONZALEZ & JOSE A RAMIREZ** hereinafter referred to as Tenant, the premesis known as **1405 Merrimac Drive Apt#201, Hyattsville, MD 20783** , hereinafter referred to as the "Premises", for a period commencing on the later of the day of **April 21st, 2006**, or the date the Landlord tenders possession of the Premises to Tenant, and ending on the **April 30th, 2007** at a rental of **Twelve Thousand Eight Hundred Forty and no/100 dollars ($12,840.00)** ,payable in equal monthly installments of **One Thousand Seventy and no/100 dollars ($1,070.00)** , in advance, without notice, deduction, setoff or demand, on the first day of each month. For the period **April 21st, 2006, to April 30th, 2006** , Tenant shall pay a pro rata monthly rental of **Three Hundred Fifty-Six and 67/100 dollars ($356.67).**

This Lease is on the terms, covenants, rules, and regulations herein contained as well as those contained on Pages 2 - 17 of this Lease which are attached hereto and incorporated herein, which the Landlord and Tenant agree to keep and perform.

**SECURITY DEPOSIT: Three Hundred and no/100 dollars ($300.00)**

**AUTHORIZED OCCUPANTS: JESUS H GONZALEZ & JOSE A RAMIREZ**

**SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC, Agent**

_Jesus H Gonzalez_    4/21/06
**JESUS H GONZALEZ**        Date

                        4/21/06
**JOSE A RAMIREZ**        Date

**By** _____
       **Landlord/Agent**

Victoria Station Apartments

Res Code: vs-1405 201 04

SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC

**LANDLORD AND TENANT AGREE THAT:**

1. SECURITY DEPOSIT: Landlord hereby acknowledges receipt from Tenant of the Security Deposit specified on Page 1 of this Lease Agreement, to be held as security for the faithful performance by the Tenant of the covenants, conditions, rules and regulations contained herein.  The Security Deposit, or any portion thereof, may be withheld for unpaid rent, damage due to breach of this Lease or for damage by Tenant or the Tenant's family, agents, employees, guests or invitees in excess of ordinary wear and tear to the Premises, common areas, major appliances and furnishings owned by the Landlord.  It is understood and agreed, however, that irrespective of said Security Deposit, rent shall be paid when due, in accordance with the terms hereof.  The Tenant shall have the right to be present when the Landlord, or the Landlord's agent, inspects the Premises in order to determine if any damage was done to the Premises, if the Tenant notifies the Landlord by certified mail of the Tenant's intention to move, the date of moving, and the Tenant's new address.  The notice to be furnished by the Tenant shall be mailed to the Landlord at least fifteen (15) days prior to the date of moving.Upon receipt of the notice, the Landlord shall notify the Tenant by certified mail of the time and date when the Premises is to be inspected.  The date of inspection shall occur within five (5) days before or five (5) days after the date of moving as designated in the Tenant's notice.  In the event of the sale or transfer of the Premises by Landlord, the Landlord shall have the right to transfer, in accordance with applicable law, the Security Deposit to the vendee, or other transferee, and Landlord shall be considered released by Tenant for all liability for the return of such Security Deposit and Tenant shall look to Landlord's transferee solely for the return of said Security Deposit.  It is agreed that this shall apply to every transfer or assignment made of the Security Deposit to any such transferee.  The Security Deposit shall not be mortgaged, assigned or encumbered by Tenant without the prior written consent of Landlord and any attempt to do so shall be void.

The Tenant shall have a right to receive, by first class mail, delivered to the last known address of the Tenant, a written list of the charges against the Security Deposit claimed by the Landlord and the actual costs, within forty-five (45) days after the termination of the tenancy.  The Landlord shall be further obligated to return any unused portion of the Security Deposit, by first class mail, addressed to the Tenant's last known address within forty-five (45) days after the termination of the tenancy. Failure of the Landlord to comply with Maryland's Security Deposit Law may result in the Landlord being liable to the Tenant for a penalty of up to three (3) times the Security Deposit withheld, plus reasonable attorney's fees.

Tenant shall be entitled to simple interest, calculated in accordance with applicable law, on the Security Deposit, with interest accruing at six-month intervals from the day the Tenant gives the Landlord the security deposit.

2. NOTICES:  All notices from Tenant to Landlord shall be sent by certified mail, return receipt requested, and addressed to Landlord at 1407 1/2 Merrimac Dr. Hyattsville MD 20783. (If no address inserted, mail to 9658 Baltimore Avenue, Suite 300, College Park, Maryland  20740.)

All notices from Landlord to Tenant shall be delivered personally or to the Premises, or sent by First Class or Certified Mail, addressed to Tenant at the Premises.  If more than one person shall be Tenant hereunder, notice given to or by any one of them shall bind all.

3. UTILITIES:  Charges for utilities used or consumed in the Premises, during the term of this Lease, and any renewal or extension thereof, shall be paid as follows:

SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC

| Utility | Landlord Responsibility | Tenant Responsibility |
|---|---|---|
| Electricity | L | |
| Gas | L | |
| Heat | L | |
| Hot Water | L | |
| Cold Water | L | |
| Sewerage | L | |
| Trash Removal | L | |

For those utilities, the cost of which is the Tenant's responsibility, the Tenant agrees to open an account with the applicable utility company on the earlier of the date of commencement of this Lease or the date of occupancy, and shall promptly pay all charges for their use or consumption in the Premises, together with all taxes, levies, surcharges, or other charges on, or related to, such utilities. If Tenant shall fail to promptly pay, when due, any such charges, taxes, levies or surcharges, the Landlord, at its option, may pay same for Tenant's account, in which event Tenant shall immediately, as additional rent, reimburse Landlord therefore with interest.

4. OCCUPANCY, ASSIGNMENT & SUBLETTING:  Tenant will not assign this Lease, nor permit the Premises to be occupied by anyone other than those individuals specified on Page 1 of this Lease, without the prior written consent of Landlord, which consent may be withheld in the sole and absolute subjective discretion of the Landlord, nor use or permit the Premises to be used for any purpose other than that of a private dwelling.

Tenant further agrees not to subject said Premises, or any part thereof, without the prior written approval of the Landlord, nor permit the Premises to be occupied, except for an occoasional guest, by persons other than those authorized by this Lease Agreement and Tenant's Lease Application.

5. DELIVERY DATE OF PREMISES:  The Landlord has not guaranteed a specific delivery date for the Premises, and that the Tenant will only be charged rent from the later of the commencement date specified at the beginning of this Lease or the date Landlord tenders possession of the Premises to Tenant.

6. POSSESSION PRIOR TO COMMENCEMENT OF LEASE; USE OF TEMPORARY PREMISES: If permission is given to Tenant to enter into possession of the Premises prior to the date specified for the commencement of the term of this Lease, and/or to occupy any apartment of Landlord other than the Premises at any time, Tenant covenants and agrees that such occupancy shall be deemed to be under all of the terms, covenants, rules and regulations of this Lease, with the rent provided for under this Lease to be apportioned for such period of occupancy (as to space on a square foot basis, and as to time, on a daily basis) unless otherwise agreed to between the parties.

SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC
Victoria Station Apartments

JESUS GONZALEZ
1405 Merrimac Drive  Apt#201
Hyattsville MD 20783

Dear JESUS,

Sawyer Realty Holdings LLC **in**vites you to get **in** touch with your Community Management Office online 24 hours a day/7 days a week.

Victoria Station recognizes that diversity needs to be an **in**tegral part of our communities which is why we are excited to **in**troduce a NEW resident hub.  Just a mouse click away and you're **in** touch with the online customer service portal created specifically for YOU, a resident of Victoria Station. Join the **"in"** crowd by taking advantage of setting up your own personal account on http://www.SRH-INtouch.com. The resident hub offers you a secure, password-protected online account that gives you the access to **indulge** yourself with convenient online services such as community news and announcements, local and national weather, world news, and sports.

More importantly, by logging on to http://www.SRH-INtouch.com, you have:

> The option to **check your up-to-date account balance** with your **Personal Access Code:** 306101.  You will need your access code when using this feature for the first time;
> The convenience of **paying your rent online** by electronic check;
> The capability to submit **service requests online** instantly;
> Access to **community news** and resources (i.e. community newsletter, events, announcements, etc.); and
> The opportunity to interact with your **Community Management Office** - an office that never closes.

Get connected today . . . just log on to http://www.SRH-INtouch.com. It is **in**credibly easy and you can log on **in** seconds from home, work, or anywhere else you access the **in**ternet.

When you visit the resident hub for the first time, it will prompt you to set-up your personal profile; enter your personal access code 306101 when checking your account; and then you're **in**. Please don't forget to visit the online "Ask A Manager" section to tell us what you think.

Remember, you're **in** touch with our team at Victoria Station 24/7.  WHY?  Because it pays to be **in** touch while **in** a Sawyer Apartment Home!

SAWYER PROPERTY MANAGEMENT OF MARYLAND LLC

Date of this Addendum: 04/13/2006

_____    _____    
JESUS H GONZALEZ               Date

_____    _____    
JOSE A RAMIREZ                 Date

By _____    
   Landlord/Agent



# Residential Apartment Lease

## Version- SAW- MD- PG COUNTY LEASE AGREEMENT

### (LEASE AGREEMENT DECLARATION PAGE TO BE ATTACHED TO THIS PAGE)

_Jesus H Gonzalez_
Tenant Signature

_[signature]_
Tenant Signature

_____
Tenant Signature

_____
Tenant Signature

1

## LANDLORD AND TENANT AGREE THAT:

7. <u>BANK RETURNED CHECKS</u>: Rent payments made by check which do not clear the bank cost the Landlord additional expenses for bookkeeping and clerical services and that, therefore, Tenant will pay to Landlord THIRTY-FIVE ($35.00) DOLLARS for each such bank returned check.

8. <u>DEFINITION OF RENT</u>: All payments from Tenant to Landlord required under the terms of this Lease, including, but not limited to, Court costs, shall be deemed rent.

9. <u>ADMINISTRATIVE AND ATTORNEY FEES</u>: In the event Tenant, Tenant's family, agents, employees, guests or invitees violate any term or provision of this Lease (other than Section 31), or the rules and regulations thereof, Tenant shall pay to Landlord, in addition to any other damages and expenses incurred by Landlord as a result thereof, an Administrative Fee, in the amount of ten percent (10%) of Tenant's then current monthly rental, to help defray Landlord's costs incurred in connection with having Tenant remedy such Lease violation. Should Landlord employ an attorney because of any such violation, the Tenant shall pay in addition to the aforesaid Administrative Fee, and not in lieu thereof, such reasonable attorney fees as are incurred by the Landlord. Tenant shall be liable for such attorney fees whether or not Landlord institutes legal proceedings. However, where legal proceedings are instituted by Landlord against Tenant, and said proceedings result in a monetary judgment in favor of Landlord, those reasonable attorney fees for which Tenant shall be liable to Landlord shall not be less than fifteen percent (15%) of said judgment.

10. <u>WAIVER</u>: The failure of the Landlord to insist upon a strict compliance with any of the covenants, rules or regulations of this Lease, or to exercise any option herein contained, shall not be construed as a waiver of such covenant, rule, regulation or option, but that all covenants, rules, regulations and options shall remain in full force and effect. Landlord shall not be liable or responsible to Tenant for the violation of any covenant, rule or regulation in any other lease by any other tenant.

11. <u>COMPLIANCE WITH RULES AND REGULATIONS</u>: The Tenant, Tenant's family, employees, agents and guests, will observe and comply with the rules and regulations set forth in this Lease and which are to be considered a part hereof, and with such further rules and regulations as the Landlord may adopt so long as such additional rules and regulations are reasonably necessary for the preservation of the apartment community or the Landlord's personnel or other persons.

12. <u>LEASE VIOLATIONS</u>: If any of the representations made in Tenant's Lease Application are misleading or untrue, or if Tenant, Tenant's family, employees, agents, guests or invitees violate any provision of this Lease or any rule or regulation herein imposed, then Landlord may treat such representation or Lease violation as forfeiture under the terms of this Lease, with Tenant's possession of the Premises terminating on the date specified in Landlord's notice. Under such circumstances, Landlord may re-enter and take possession of the Premises by utilizing applicable law. If Tenant's possession of the Premises should be so terminated, or if the Premises should otherwise become vacant during the term of this Lease, or any renewal or extension thereof, the Tenant will remain liable to the Landlord for the rent through what would have been the expiration date of this Lease, or any renewal or extension thereof, had Tenant's possession not been so terminated; and shall further remain liable for such other damages sustained by the Landlord due to Tenant's breach of Lease and/or Tenant's termination of possession of the Premises so long as

such liability is not expressly prohibited by applicable law. Such other damages shall include, but are not limited to, costs incurred in recovering possession of the Premises, costs incurred in re-letting the Premises (such as rental commissions, administrative expenses and a proportionate share of advertising expenses), utility costs for the Premises for which Tenant, pursuant to this Lease, is responsible while same remains vacant, and costs incurred in redecorating the Premises. Tenant's proportionate share of advertising expenses shall be computed by dividing Landlord's total advertising expenses for the apartment community in which the Premises are located, for the shorter of the period of time in which the Premises remain vacant or the Lease term expires, by the number of vacant units in the apartment community during that same period of time.

Landlord agrees not to commence an eviction proceeding or issue a notice to quit solely as retaliation against Tenant for planning, organizing or joining a tenant organization with the purpose of negotiating collectively with the Landlord.

13.    INTERRUPTION OF SERVICE:  Landlord will provide to Tenant equipment for the provision of heat, water and hot water to the Premises. Landlord will also make the following additional appliances/equipment available to Tenant:    oven, refrigerator, range. The Tenant, however, will receive no rent reduction, nor will Landlord be liable to Tenant, due to repairs or interruption of services to utilities, appliances or equipment in or about the Premises or due to defects in the Premises not caused by Landlord's fault, omission, negligence or other misconduct; or due to the inability of Landlord to obtain proper fuel, utilities, or repair/replacement parts. In case it shall become necessary at any time, from accident or repairs, or to improve the condition or operation of the Premises, or any equipment or utilities appertaining thereto, for Landlord to stop or curtail the operation of said equipment or utilities, Landlord may do so, but in such case due diligence shall be used to complete the work.

14.    RIGHT OF ENTRY:  Except in the event of any emergency affecting the health, safety or welfare of the Landlord or any tenant or any property thereof, the Landlord shall give the Tenant at least 24 hours written or oral notice of the Landlord's intent to enter the Premises and shall enter only during normal business hours or at such other time as is mutually agreed to by the Landlord and the Tenant. Landlord may enter the Premises by master key or, in the event of an emergency, for force. Landlord shall have the right to enter the Premises to inspect the Premises, to make repairs, alterations, decorations or improvements in the Premises or elsewhere on Landlord's property, to enforce any provision of this Lease, to supply services as agreed or to exhibit the Premises to prospective tenants, purchasers or mortgagees without being liable to prosection therefore or damages by reason thereof.

15.    RE-ENTRY OF PREMISES:  In the event Tenant abandons the Premises or is required to vacate the Premises due to Landlord exercising its rights upon Tenant's breach of Lease, then the Landlord shall have the right to enter the Premises for the purpose of making alterations and repairs, and may relet the Premises for a term which may, at Landlord's option, be less than or exceed the period which would otherwise have constituted the balance of the term of this Lease, or any renewal or extension thereof, all without relieving the Tenant of the liabilities imposed by applicable law and this Lease Agreement. Landlord shall further have the right, without further notice, to dispose of any personal property left in or about the Premises or storage area by the Tenant, after the Tenant has vacated.

2

16.   ABANDONMENT:   Abandonment of the Premises shall be deemed to have occurred when the Tenant has removed the bulk of Tenant's furnishings from the Premises.

17.   REPAIRS:   Landlord shall be responsible for repairs to the Premises, its equipment and appliances furnished by Landlord, except that Tenant agrees to pay the cost for all labor and material for repairs or replacement if the damage or malfunction to the Premises, its equipment or appliances or any other part of the apartment community, is due to the Tenant, Tenant's family, employees, agents, guests or invitees.   In the event Tenant fails to give Landlord prompt notice of the need for repairs, Tenant shall be liable to Landlord for any increased cost of repairs arising out of such failure.

18.   DAMAGE TO PREMISES:   In case of damage to the Premises by fire or the elements (not caused by the fault, omission,  negligence or other misconduct of Tenant, Tenant's family, employees, agents, guests or invitees), the Landlord will repair the damage, the rent being suspended only for such time as the Premises, in the sole opinion of Landlord, shall remain untenantable; but if the Premises are so damaged that the Landlord shall decide that it is not advisable to repair the Premises with the Tenant occupying same, this Lease shall terminate and the Tenant shall only be liable for rent to the date of damage.

19.   SECTION HEADINGS AND NUMBERS:   Section Headings and Section Numbers appearing in this Lease are inserted only as a matter of convenience and in no way define, construe or describe the scope or intent of such sections or in any way affect this Lease.

20.   HEIRS AND ASSIGNS:   This Lease, and all covenants, conditions, rules and regulations herein contained, are binding upon and shall inure to the benefit of the successors and assigns of the Landlord and the heirs, administrators and those assigns of the Tenant who shall have been approved in accordance with Section 4 of this Lease.

21.   AGENCY:   If any employee of Landlord's at Tenant's request, moves, handles or stores anything, or drives or parks Tenant's motor vehicle, then and in every case, such employee shall be deemed Tenant's agent, and Landlord shall not be liable for any loss, damage or expense in connection therewith.

22.   SUBORDINATION OF LEASE:   This Lease is subject and subordinate to any mortgage or deed of trust now or hereafter covering the property of which the Premises leased hereby is a part and is subject and subordinate also to any extension, renewal, modification, replacement or consolidation of any such mortgage or deed of trust.  The provisions of this Section shall be self-operative and no further instrument of subordination shall be necessary.  Promptly upon the request of any person succeeding to the interest of the owner of the property of which the Premises hereby leased is a part, whether through the enforcement of any remedy provided for by law or by any such mortgage or deed of trust or as the result of any voluntary or involuntary conveyance or other transfer of such interest in lieu of foreclosure, the Tenant automatically, without the necessity of executing any further document, will become the tenant of such successor in interest.

23.   ENTIRE AGREEMENT:   This Lease contains the entire agreement between Landlord and Tenant, and can only be changed in writing, signed by both parties.

3

24.   SEVERABILITY:  If any provision of this Lease or application thereof to any person or circumstance is held invalid, that invalidity shall not affect other provisions or applications of this Lease which can be given effect without the invalid provision or application; and to this end, the provisions of this Lease are declared to be severable.

LANDLORD AGREES THAT:

25.   CONDITION OF PREMISES:  The Premises will be made available such that it will not contain conditions which constitute, or if not promptly corrected will constitute, a fire hazard or a serious and substantial threat to the life, health or safety of occupants.

At all times during the tenancy, Landlord will comply with all applicable provisions of any Federal, State, County or municipal statute, Code, regulations, or ordinance governing the maintenance, construction, use or appearance of the Premises and the property of which it is a part.

26.   EXISTING DAMAGES:   Upon written request of Tenant (sent in accord with Section 2 of this Lease Agreement) within fifteen (15) days of occupancy, Tenant shall have the right to have the Premises inspected by the Landlord, in the Tenant's presence, for the purpose of making a written list of damages that exist at the commencement of the tenancy.   Within five days after Tenant receives Landlord's list, Tenant shall, if Tenant disagrees with the Landlord's written list of existing damages, serve on the Landlord a statement itemizing those portions of Landlord's list with which Tenant disagrees.

27.   EARLY TERMINATION:  In the event Tenant shall elect to terminate this Lease, or any renewal or extension thereof, prior to its expiration date, Landlord agrees to permit said early termination upon Tenant giving to Landlord one (1) calendar month's prior written notice of Tenant's intent to terminate, with Tenant agreeing, in writing, to pay to Landlord an amount equal to two (2) additional month's rent beyond the end of the month in which Tenant elects to terminate this Lease. This offer is contingent upon Tenant being current in the monthly rental at the time Tenant vacates, and with the two (2) additional month's rent being paid prior to such termination date.

28.   MILITARY:  If at the time Tenant entered into this Lease, Tenant was on active duty with the United States military, and should Tenant subsequently receive permanent change of station orders or temporary duty orders for a period in excess of three months, any liability of Tenant for rent under this Lease may not exceed:

a.     Thirty days' rent after written notice and proof of the assignment is given to  Landlord; and

b.     The cost of repairing damage to the Premises caused by an act or omission of the Tenant.

If at the time Tenant executed this Lease, Tenant was not a member of the United States military, Tenant may terminate this Lease at any time after the Tenant's entry into military service, or the date of the Tenant's military orders for a permanent change of station or to deploy with a military unit for a period of not less than ninety (90) days.  Termination of this Lease

4

under such circumstances shall be made by delivery by the Tenant of written notice of such termination, and a copy of the Tenant's military orders, to Landlord.  Delivery of such notice shall be by hand delivery, by private business carrier or by placing the written notice in an envelope with sufficient postage and with return receipt requested, and addressed to Landlord's notice address as specified in Section 2 of this Lease, and depositing the written notice in the United States mails.  Termination of this Lease will be effective thirty (30) days after the first date on which the next rental payment is due and payable after the date on which the notice specified aforesaid is delivered.

TENANT AGREES THAT:

29A.   VEHICLE PARKING:  Tenant will obey all parking and speed regulations which Landlord may promulgate or post and to park  only properly tagged  and  functioning passenger motor vehicles or trucks (with no commercial lettering) not in excess of 3/4 ton GVW,  whose appearance, in Landlord's sole opinion, does not detract from the apartment community, in designated parking areas and will not permit nor maintain any commercial vehicles or trucks in excess of 3/4 ton GVW, trailers, campers or boats in or about the apartment community. Tenant shall not use any parking area on Landlord's property for the storage or repair of any motor vehicle or other property and will remove any unauthorized vehicles or other property from said parking areas promptly at the request of Landlord.  If Tenant shall fail to do so, Tenant agrees to pay Landlord, at the rate of $10.00 per day, for the use of said parking area and does hereby grant to Landlord a lien on said unauthorized vehicles or other property for the payment of the parking rent, which lien may be enforced by Landlord in the same manner as such liens may be enforced by garage keepers under the applicable laws of the City/County and State in which the parking area is located and/or Landlord, at its option, may have said unauthorized vehicles or other property towed away, or otherwise removed, and stored at Tenant's risk and expense.  Tenant does hereby further irrevocably constitute and appoint Landlord as Tenant's attorney in fact to remove any unauthorized vehicles or other property parked or stored in violation of this Lease, and to store the same at the expense of Tenant in such place or places as Landlord, in its sole discretion, may deem proper.  Any vehicle or other property parked or stored, so as to block or inhibit access to any dumpster or firelane, will be towed, or otherwise removed, at its owner's risk and expense.

_____
Tenant's Initials

OR

29B.   VEHICLE PARKING:  This Lease shall not confer upon Tenant, Tenant's agents, servants, employees, family or guests any right to park any motor vehicle in or on the apartment community's parking facilities.

_____
Tenant's Initials

30.   PAYMENT OF RENT:  Tenant shall pay the rent at the Landlord's office or at such other place as may be designated by the Landlord.  Rent will be accepted by the Landlord Monday through Friday, 9:00 a.m. to 4:30 p.m.  Except as may otherwise be required by law, or by the Landlord, all rental payments made by Tenant to Landlord shall be by check or money order.  No personal checks will be accepted after the fifth day of the month, nor will they be accepted if one (1)

5

such check presented by Tenant in a twelve (12) month period is dishonored by Tenant's bank. Landlord shall provide Tenant with a written receipt for all cash monies received by Landlord from the Tenant.

Should Landlord employ an Agent to institute proceedings for rent and/or repossession of the Premises for non-payment of any installment of rent, and should such rent be due and owing as of the filing of said proceedings, Tenant shall pay to Landlord the reasonable costs incurred by Landlord in utilizing the services of said Agent.

31.    LATE CHARGE:  Tenant will pay, as additional rent, a charge of five (5%) percent of the monthly rental as a late charge in the event that Tenant shall fail to pay, both while occupying the Premises and after vacating same, an installment of the rent after 4:30 p.m. on the fourth day beyond the date on which it became due and payable.  This shall not constitute a waiver of the Landlord's right to institute proceedings for rent, damages and/or repossession of the Premises for non-payment of any installment of rent.

32.    APPLICATION OF PAYMENTS.  All payments from Tenant to Landlord may, at Landlord's option, be applied in the following order to debts owed by Tenant to Landlord: late charges, agent's fees, attorney's fees, court costs, obligations other than rent (if any) due Landlord, other past due rent other than monthly rent, past due monthly rent, current monthly rent.

33.    NOISE and BEHAVIOR:  Tenant will not make, permit or facilitate any unseemly or disturbing noises or conduct by the Tenant, Tenant's family, employees, agents, guests and/or invitees; nor do, permit or facilitate any illegal, improper, objectionable, undesirable or immoral conduct or obstruct or interfere with the rights, comforts or convenience of other tenants or Landlord.  Tenant will not permit to enter the Premises or to remain therein any person of bad or loose character or of improper behavior.  Tenant further agrees not to conduct, give or permit vocal or instrumental instruction or practice.

Tenant shall further prevent any person on the Premises with Tenant's permission to willfully or wantonly destroy, deface, damage, impair or remove any part of the structure or the Premises or the facilities, equipment or appurtenances thereto, nor may the Tenant do any such thing.

34.    ILLEGAL DRUGS:  If Tenant, Tenant's family, employees, agents, guests and/or invitees, engage in, permit or facilitate any drug-related criminal activity on or about the Premises, Tenant will be deemed to have substantially and materially breached this Lease Agreement with such breach being grounds to terminate Tenant's occupancy of the Premises.  The term "drug-related criminal activity" means the illegal manufacture, sale, distribution, dispensing, storage, use or possession of a "controlled substance" as defined under Section 102 of the Comprehensive Drug Abuse Prevention and Control Act (21 USC 802(6), as amended) or of a "controlled dangerous substance" as defined in Article 27, Section 279 of the Annotated Code of Maryland, or to attempt, endeavor or conspire to manufacture, sell, distribute, dispense, store, use or possess a controlled dangerous substance or controlled substance.

35.    ALTERATIONS TO PREMISES:  Tenant will leave the Premises at the end of the Lease term, or any renewal or extension thereof, in as good condition as received, reasonable wear

and tear excepted, and will not, without written permission of the Landlord, make any alterations, additions or improvements (including painting and papering) to the Premises. Notwithstanding the above, any alterations, additions or improvements of a permanent nature which may be made to the Premises shall, at the expiration of the Lease term, or any renewal or extension thereof, be the property of the Landlord and remain with the Premises.

36.     SURRENDER OF PREMISES:  If the Tenant does not surrender the Premises at the end of the Lease term, or any renewal or extension thereof, the Tenant will make good to the Landlord all of the damages which the Landlord suffers as a result thereof, and will further indemnify the Landlord against all claims made by any succeeding tenant against the Landlord founded upon delay by the Landlord in delivering possession of the Premises to said succeeding tenant, so far as such delay is caused by the failure of Tenant to surrender the Premises.

37.     WAIVER OF BREACH:  Receipt by the Landlord of rent with knowledge of the violation of any term or provision of this Lease or the rules or regulations thereof, shall not be deemed a waiver of such breach.

38.     INDEMNIFICATION:  Tenant agrees to indemnify and save harmless the Landlord against all liability, including liability arising from death or injury to person or property, during the term of this Lease, and any renewal or extension thereof, caused by any act or omission of the Tenant, or of the family, employees, agents, guests, or invitees of the Tenant.

39.     LIABILITY OF LANDLORD:  Landlord shall not be liable for any injury, damage or loss to person or property caused by other tenants or other persons, or caused by theft, vandalism, fire, water, smoke, explosions or other causes unless the same is exclusively due to the omission, fault, negligence or other misconduct of the Landlord.  Failure or delay in enforcing Lease covenants of other tenants shall not be deemed an omission, fault, negligence or other misconduct on the part of the Landlord.  Tenant shall defend and indemnify Landlord from any claim or liability from which Landlord is hereby exonerated.

40.     TENANT HOLDING OVER:  If Tenant shall continue to occupy the Premises after the expiration of this Lease Agreement, or any renewal or extension thereof, and if the Landlord shall have consented to such continuation of occupancy, such occupancy shall (unless the parties hereto shall otherwise agree in writing) be deemed to be under a month to month tenancy, at twice the rental payable hereunder just prior to the Tenant holding over, which shall continue until either party shall mail notice to the other (pursuant to Section 2 of this Lease) at least two (2) months prior to the end of any calendar month, that the party giving such notice elects to terminate such tenancy at the end of such calendar month, in which event such tenancy shall so terminate.  As long as the Tenant is in possession of the Premises, all of the obligations of the Tenant and all rights of the Landlord applicable during the term of this Lease shall be equally applicable during such period of subsequent occupancy.

41.     CONDEMNATION:  In the event the Premises, or any part thereof, shall be taken under the power of eminent domain by any public or quasi-public authority, this Lease shall terminate as of the date of such taking and Tenant shall thereupon be released from any further liability hereunder.  Under such circumstances Landlord shall be entitled to receive the entire award in the condemnation proceeding.

42.   <u>INSURANCE</u>:  During the term of this Lease, and any renewal or extension thereof, Tenant shall, at Tenant's sole cost and expense, purchase renter's form homeowner's insurance coverage providing for personal liability (bodily injury and property damage) coverage with a limit of not less than $300,000.00 each occurrence and $5,000.00 in medical payments coverage; and further, providing coverage to keep Tenant's personal property on and in the Premises insured for the benefit of Tenant against loss or damage resulting from broad form named perils on a replacement cost basis.  Tenant acknowledges that Landlord does not carry any insurance on Tenant's personal possessions.

Tenant's Initials

43.   <u>TENANT INDEMNIFICATION</u>:   Tenant shall indemnify and save Landlord harmless from all liability, damage or expense incurred by Landlord as a result of death or injury to persons, or damage to property (including the Premises) where this Lease Agreement required the Tenant to procure insurance for said liability, damage or expense, and Tenant failed to do so.

44.   <u>PREJUDGMENT INTEREST</u>:  If Tenant violates this Lease Agreement and said violation results in a monetary loss to Landlord, then Landlord shall be entitled to prejudgment interest at the highest rate allowed by law, but in no event more than ten percent (10%) per annum, on the amount due Landlord, from the date the Landlord mails its written list of damages to Tenant.

45.   <u>QUIET ENJOYMENT</u>:  The only covenant of quiet enjoyment applicable to this tenancy, express or implied, is that established by Section 8-204 of the Real Property Article of the Annotated Code of Maryland.

46.   <u>SMOKE DETECTOR</u>:  Landlord has installed at least one smoke detector in the Premises and that said detector(s) is in good condition and proper working order as of the beginning of the Lease term.  Tenant agrees not to obstruct or tamper with said detector(s) or otherwise permit the detector(s) to be obstructed or tampered with for any reason whatsoever.  Tenant further agrees to test the detector(s) periodically and to report any malfunction therewith promptly to Landlord.  Tenant assumes all liability to test the detector(s) and hereby waives and exonerates Landlord from any and all liability resulting from any defective detector(s) which Tenant shall not have specifically reported to Landlord in accordance with Section 2 of this Lease.

**This residential dwelling unit contains alternating current (AC) electric service.  In the event of a power outage, an alternating current (AC) powered smoke detector will not provide an alarm.  Therefore, the occupant should obtain a dual powered smoke detector or a battery powered smoke detector.**

If Tenant elects to install a dual powered smoke detector, such installation must be performed by a licensed electrician and written notice of such installation must be mailed to Landlord in accord with Section 2 of this Lease Agreement.  Please note, however, that under no circumstances may Tenant remove or alter any smoke detector previously provided by Landlord.

8

47.   GUEST RESTRICTIONS:   Persons visiting Tenant may not reside at the Premises for more than fourteen (14) days in aggregate during any twelve (12) month period, without the prior written consent of Landlord. At any time during the term of this Lease, or any renewal or extension thereof, Landlord, in Landlord's sole and absolute discretion, shall have the right to designate specific social guests and/or invitees of Tenant or other occupants of the Premises who shall thereafter be prohibited from entering upon Landlord's property, including both the Premises and the common areas within the apartment community.

48.   PACKAGES, PARCELS, ETC.:   In the event that Landlord shall provide a facility for receiving and delivery of packages, parcels and the like, for or on behalf of Tenant, Tenant, at Tenant's sole risk, may utilize the same together with any services that may be supplied in connection with the operation thereof.  No charge is made by Landlord for such accommodations and Landlord assumes no liability for any package, parcel, etc. left therein or in connection with the delivery of any of the same.  If any package, parcel, etc. belonging to Tenant or any occupant of the Premises shall be placed in the hand or custody of any of the employees of Landlord for safekeeping or for delivery to Tenant or any occupant of the Premises, then such employee shall be deemed the agent of Tenant, and Landlord is hereby expressly released from any and all loss, damage or expense in connection therewith.

49.   PEST CONTROL:   If Landlord notifies Tenant of a scheduled extermination of the Premises, and Tenant fails to prepare the Premises for such extermination in accordance with Landlord's instructions, Tenant acknowledges that by Tenant's failure to comply with Landlord's instructions, Tenant will have prevented Landlord's exterminator from properly exterminating the building in which the Premises are located.  Under such circumstances, Tenant acknowledges that Tenant will be liable for any damages or losses sustained by Landlord as a result thereof and that Tenant will have materially and substantially breached this Lease Agreement.

50.   STUDENTS.   If any person who constitutes Tenant hereunder is a college or university student, a violation of the student's college or university student code of conduct, community standards or the like shall be deemed to be a violation of this Lease Agreement.

51.   ADDITIONAL RENT.   Notwithstanding anything herein contained to the contrary, Landlord may, upon mailing two (2) months' prior written notice to Tenant, increase the unpaid balance of the rental due during the term hereof, or any renewal or extension thereof, and each unpaid monthly installment thereof, to reflect Tenant's pro rata share, as reasonably determined by Landlord, of any tax, assessment, levy, fee or surcharge, including any utility or environmental tax, assessment, levy, fee or surcharge (other than any income, excess profits, inheritance or estate tax), assessed to Landlord and relating to the Premises or the rental community in which the Premises is located, by any governmental authority where such tax, assessment, levy, fee or surcharge either did not exist at the commencement of this Lease or the rate of such tax, assessment, levy, fee or surcharge is increased during the term of this Lease or any renewal or extension thereof.

52.   RENT ESCROW.   The parties acknowledge that rent escrow, if utilized in accordance with applicable law, is a lawful tenant remedy.

9



# COMMUNITY RULES AND REGULATIONS

**1. USE AND OCCUPANCY**

The apartment shall be used and occupied as a strictly private dwelling by the resident(s) and those other persons listed in the lease.

**2. TENANT INSURANCE**

Resident (shall be solely responsible for insurance on resident(s) contents and personal property in and about the apartment.

**3. SHOWERS AND BATHROOMS**

Resident(s) shall install and properly use curtains and an absorbent mat; keep bathroom floors, wall and window areas free of water or excessive moisture; and shall request caulking when cracks appear around basins, tubs and shower as needed from the Landlord. Resident(s) must pay the cost incurred by Landlord of repairs caused by Resident(s).

**4. REPORTING PROBLEMS**

Resident(s) shall promptly report any and all problems or malfunctions in or about the premises including but not limited to plumbing leaks, roof leaks, appliance malfunction, fallen trees, storm damage, flooding, fires or other changes on or about the community.

**5. ELECTRICAL STORMS**

Resident(s) shall avoid use of electrical appliances during storms accompanied by lightning, and shall turn off air-conditioning system to avoid damage by electrical surges, which impact on circuit panels.

**6. WASTE DISPOSAL**

Trash receptacles and/or dumpsters will be provided in designated areas outside of the building. All trash is to be placed inside the receptacles and/or dumpsters without scattering about the premises. Individuals should not be giving the responsibility of carrying out trash unless they are capable of handling this task without creating trash problems. Resident(s) shall not pour or place grease, fat, oils, coffee grounds, bones, etc. into any drain, toilet bowls or garbage disposal. Resident(s) must pay the cost incurred by Landlord or repairs to garbage disposal or drains caused by resident(s) disposing of grease, oils, coffee grounds and bones in drains, toilet bowls or garbage disposal.

_____ (Initial)

If the building is equipped with trash chutes, Resident(s) shall abide by the above, but place their trash in the chutes.

_____ (Initial)

**7. ALTERATIONS, WALLPAPER, REQUIRE LANDLORD'S CONSENT**



1



# SAWYER
## REALTY HOLDINGS LLC

Resident(s) shall make no repairs, additions, alterations or improvements, including the installation of wallpaper in the unit without the prior written consent of the Landlord. All alterations and improvements approved by the Landlord and made by the Tenant shall be removed at the end of the term of this Lease at Tenant's expense. Any repairs, additions, alterations or improvements, which remain in the unit after the Tenant vacated will be considered abandoned by the Tenant and, at the election of the Landlord, may either be left in the unit or removed. Tenant shall pay for Landlord's costs incurred in removing abandoned or repairing damage caused by removal of Tenant's installations.

## 8. EQUIPMENT THAT OVERLOADS A SYSTEM

Resident(s) will not install or use, or permit to be installed or used, any equipment of any kind that will require any alterations or additions. This will include any gas, water, heating, electrical, sewer, drainage, or air conditioning systems on the Premises, without advance written consent of the Landlord, and the permission of any governmental agency or public utility company, if required, and compliance with applicable public laws. Under no circumstances may resident(s) install, use, or permit to be installed or used, any equipment of any kind that will create an overload on any such systems.

## 9. CHILDREN

Children are not permitted to play in the hallways, stairways, parking areas, anywhere in, or around the buildings where they may endanger themselves or unnecessarily disturb residents. Organized games or sports are prohibited on the lawns, sidewalks, etc. Designated play areas must be used. Children must be adequately supervised by a parent, guardian or by an adult designated by the parent(s) and be provided with means of access to their apartments at all times. It is of the utmost importance that children be supervised so that they will not present a disciplinary problem for the Management.

_____ (Initials)

## 10. ENTRANCES AND HALLWAYS

Children's toys, bicycles, wagons, or carts are not to be left at the entrances or the hallways. Items left in hallways will be confiscated. Signs of any type are not to be placed in the hallways or on apartment doors. Newspaper deliveries, etc. should be taken in promptly to minimize the possibility of accidents to others. Congregating of tenants in groups at entrances, or sitting on entrance steps, stoops, walks or hallways is prohibited.

## 11. DISTURBANCES, NOISE

No Resident shall make, or permit any disturbing noises by himself, his family or friends. No tenant shall play or operate any musical instruments, radio, or television in a manner that will disturb his neighbors, or permit boisterous conduct or other actions that will disturb the peace and quiet of the premises. Pianos or organs are not permitted above ground floor.

## 12. FLOOR COVERINGS

Residents are responsible to cover not less than 90% of wood floor (excluding the kitchen, and bathroom(s),) with carpet and padding or with area rugs and padding.

_____ (Initial)

In buildings where the apartment is provided with wall-to-wall carpeting, the resident(s) has the responsibility to maintain the carpeting including vacuuming, cleaning, and reporting carpet problems to management.

## 13. LIGHT BULBS



2



# SAWYER
## REALTY HOLDINGS LLC

Landlord shall furnish electric light bulbs of proper wattage in fixtures installed by Landlord at the time resident(s) takes possession of the leased premises, but not thereafter.

## 14. LOCKS AND ACCESS

Resident(s) shall place no additional locks or locking devices upon any door or windows in, on or about the leased premises without Landlord's advance permission in writing.  Landlord's failure to obtain access in case of emergency repairs arising from the Tenant's failure to provide keys or refusal to allow Landlord access will render Resident(s) responsible for all resulting damages.

## 15. DECORATING AND ADDITIONS TO APARTMENT

No personal property, except a reasonable number of picture hangers, shall be attached to the dwelling unit without obtaining written approval from Landlord.  Resident(s) shall not install any exterior wiring or aerial for television or radio on roof or exterior of building.

## 16. PETS

Tenant shall not maintain, or allow a visitor to bring onto any part of the rental facility, any cat, bird or other pet animal whether wild or domestic, without Landlord's prior consent.  Pet Agreement and Deposit will be required to retain a pet in your home.  Failure to report a pet(s) is a lease violation.  Lease violations may lead to evection.

_____ (Initial)

## 17. SMOKE DETECTORS

Resident(s) shall report promptly to Landlord any defective operation of the smoke detector mechanism.  Tenant shall not remove batteries or alter smoke detectors in any way.  The Resident(s) is responsible to check the batteries regularly and replace them if found not to be working.

## 18. LAUNDRY

If Landlord sets apart in the rental facility a laundry room for the convenience of Resident(s), Resident(s) may use such facilities at his own risk.  Landlord is not responsible for any items stolen from these areas.  Residents shall not leave laundry unattended while using the laundry equipment.  Children under the age of fifteen (15) are not permitted in these areas unless accompanied by an adult.  Children are not permitted to use the laundry equipment.  Residents are responsible for cleaning up after use.  Employees of Landlord are prohibited from in any way storing, moving or handling, Resident(s) articles in or from the laundry room and if any such employee at the request of Resident(s) takes part in the storing, handling, anything in or from such laundry room, he shall be doing so as agent of the Resident(s), not Landlord.  Resident(s) shall not install or place in the leased premises any washing machines, home laundry device or similar equipment without written Landlord consent.

## 19. NO COMBUSTIBLES

Resident(s) shall not keep on the premises, such as gasoline, kerosene, naphtha and benzene, or explosives, or any other articles of a dangerous nature.





**SAWYER**
REALTY HOLDINGS LLC

**20. PARKING**

If an automobile parking space is provided by Landlord for convenience of Resident(s), all vehicles owned by resident(s) or other members of resident(s) household, or owned by overnight guests of the resident(s) must be registered with the office. Such space will not be used for the parking or storage of boats, trucks, trailers, commercial or recreational vehicles, or for the storage of automobiles. Resident(s) shall obey all posted signs and space markings. Landlord assume no responsibility or liability whatsoever for loss of damage to any automobile while parked on said space, except as provided by law. Resident(s) shall not wash or make repairs to automobiles at any place on or about the rental facility unless a facility is provided by Landlord, and then only within that area. Parked automobiles shall, at all times, display current tags and be in operating condition; otherwise, be towed at Resident(s) expense without further notice.

**21. SIGNS**

No placard, advertising sign, or work of art, may be placed in windows, or on balconies.

**22. WINDOW COVERING**

Window covering must have off-white backing for shades, draperies or blinds. No bed sheets, signs, work of art or aluminum foil may be used as window covering.

**23. WINDOWS**

Resident(s) shall not shake any rug, mop, broom, or other such items out of windows, or doorways. Windows will not be used for drying clothes or other items of for storage. Residents shall not feed birds or other animals from the windows.

**24. EXTERMINATION**

Residents agree to prepare apartment for extermination. A charge of $50.00 will be assessed each time the apartment home is not prepared properly.

**25. CHANGES**

Landlord's reserves the right to rescind or change any of the foregoing rules and to make such other rules and regulations as may be deemed necessary for the safety, care and cleanliness of said premises, and for the securing of the comfort and convenience of all the Residents.

**26. UTILITY CLOSET**

The utility closet is not a storage closet. Storing items in the Utility closet is a fire hazard.



4

REALTY HOLDINGS LLC

**I agree to abide by these Rules, which form a part of the Lease:**

Date 4/13/06 Tenant J.H.G.

Date 4/13/06 Tenant JAR

Date____________ Tenant________________________

Date____________ Tenant________________________

Date____________ **Landlord:**

By: ______________________________
Agent for Owner

**Fair Housing Policy**

**It is policy of the Landlord and their agents to ensure that all fair housing laws are Strictly followed by all employees of the property. No employees will discriminate On the basis of race, color, religion, sex, handicap/disability, national origin, familial Status, source of income, or sexual orientation.**



## AUTOMATIC RENEWAL OF LEASE

The tenancy created under this Lease shall continue from year to year after its expiration, subject to the same covenants, agreements, rules and regulations as are herein set forth, unless Landlord mails to Tenant or Tenant mails to Landlord written notice (sent in accord with Section No. 2 of this Lease Agreement), at least three months prior to the expiration date of the then existing term, of said Landlord's or Tenant's intention not to renew this Lease. If the Landlord mails a notice to the Tenant of its intention to terminate the then existing Lease term, and in said notice offers the Tenant a new Lease term pursuant to the terms and conditions therein contained, and if the Tenant does not otherwise notify the Landlord (sent in accord with Section 2 of this Lease Agreement) within thirty (30) days of the mailing of the Landlord's notice of the Tenant's intent not to renew the Lease, the Tenant shall be considered as Tenant under the terms and conditions specified in the Landlord's notice. If more than one person shall be Tenant hereunder, notice given to or by any one of them shall bind all.

_____
Tenant's Initials

Emergency Phone Number: 240 - 462 - 9219

F:\BALT\LIS\SLS\SAWYER\2005-0317 Leaseagrmt.Prince George's County.DOC

14

# TAB 13

# REALTY MANAGEMENT SERVICES, INC.

**Apartment Lease Contract Declaration Pages**

Date of Apartment Lease Contract: **December 28, 2019**
THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING

1.   **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Maria Lara Marquez, Mario Osvaldo Rosales Sandoval** and **Realty Management Services, Inc.**, as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (1446 Kanawha St Hyattsville MD 20783). You have agreed to rent 201 (The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2.   **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

| Name | Age | Sex | Relationship to Lessee |
|------|-----|-----|------------------------|
|      |     |     |                        |

No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3.   **LEASE TERM.** The initial term of the Lease begins on the **1st** day of **January, 2020, and ends at midnight on the 31st** day of **December, 2020, ("12- month Lease Term").**

*MORS*
Initia

*MSL MK*

   **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4.   **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$300.00 (PAID)**, due on or before the date this Lease is signed.
The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5.   Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.



6.    **RENT AND CHARGES.** You will pay $1,570.00 for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on **N/A**. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through **N/A**. You will pay the pro-rated sum of $**N/A** due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending **N/A**. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.    **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.    **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your eviction and**

_MDAS_
Initial

_ayslm_



*MCLM*

entitling Management to exercise any and all legal remedies. You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.

*MDRS*
Initia

I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.

*MDRS*
Initia

The Apartment Community is not located in a designated flood plain. Resident has read and understands this acknowledgement.

*MCLM*

---

You are legally bound by this document. Read it carefully before signing. You shall receive an original after it is fully signed. Keep it in a safe place.

---

Resident or Residents (*all sign below*)

Management's Representative
Realty Management Services, Inc.
DBA ROSS Management Services

By: MDelCarmen

(Resident)

Maria Loya
(Resident)

(Resident)

(Resident)

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

Realty Management Services, Inc.
DBA ROSS Management Services
7910 Woodmont Ave, Suite 350
Bethesda, MD 20814

**Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

Lease Renewal (5).docx



**UTILITY ADDENDUM: RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT**
**Bedford Station and Victoria Station**
**1446 Kanawha St Hyattsville MD 20783**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated **January 1st, 2020** between Realty Management Services Inc. Management **Maria Lara Marquez, Mario Osvaldo Rosales Sandoval 201**

| | |
|---|---|
| 1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.<br><br>2. **Water/Sewer service** for Resident's apartment will be paid:<br>[] By Management; or<br>**[X] By Resident - $38.00 per month for a one-bedroom apartment, $43.00 per month for a two-bedroom apartment**<br>If paid by Resident, the water and sewer bill will be based on one of the following methods:<br>[] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;<br>[] Actual occupancy for Resident's unit;<br>[] A ratio occupancy method for Resident's unit;<br>[] Square footage of Resident's unit; or<br>[] A combination of any or all of these factors<br><br>3. **Trash collection** for Resident's apartment will be paid:<br>[X] By Management; or<br>[] By Resident.<br>If paid by Resident, the trash bill will be based on one of the following methods:<br>[] Actual occupancy of Resident's unit;<br>[] A ratio occupancy method for Resident's unit;<br>[] Square footage of Resident's unit;<br>[] A combination of any or all of these factors; or<br>[] A flat monthly rate of N/A.<br><br>4. **Gas service** for Resident's apartment will be paid:<br>[X] By Management; or<br>[] By Resident.<br>If paid by Resident, the gas bill will be based on one of the following methods:<br>[] Submetering of Resident's gas use;<br>[] Allocation based on actual occupancy;<br>[] Allocation based on a ratio occupancy method;<br>[] Allocation based on square footage;<br>[] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;<br>[] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment. | 5. **Electric service** for Resident's apartment will be paid:<br>[X] By Management; or<br>[] By Resident.<br>If paid by Resident, the electric bill will be based on one of the following methods:<br>[] Submetering of Resident's electric use;<br>[] Allocation based on actual occupancy;<br>[] Allocation based on a ratio occupancy method;<br>[] Allocation based on square footage;<br>[] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or<br>[] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.<br><br>6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.<br><br>7. Individual A/C units must not be installed without prior written consent of Landlord. Resident acknowledges that if an individual A/C unit is installed in the apartment, it must be installed in the living room area. Only one A/C unit is permitted. As per Paragraph 9 of your lease agreement, you agree not to alter, damage or remove our property. You will be liable for any damages to the windows, screens, walls, flooring or building exterior.<br><br>Check One:<br>[x] Resident provided and installed A/C unit<br><br>[] Management provided and installed A/C unit<br><br>8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.<br><br>9. Bills for utilities are payable upon receipt. Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease. Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company. |

| | |
|---|---|
| _____ DEC 28 2019<br>Tenant                              Date | _____<br>Tenant                              Date |
| Maria Lara<br>_____<br>Tenant                              Date | _____<br>Tenant                              Date |
| _____<br>Tenant                              Date | _____<br>Tenant                              Date |
| | **Management's Representative**<br>**Realty Management Services, Inc**<br>**DBA ROSS Management Services**<br>By: _____<br>As Agent for Owner                    Date |



**ROSS**
*Management Services*

**Bedford & Victoria Station Apartments**

**1400 University Blvd Suite #102, Hyattsville, MD 20782   Ph.301-439-6611**

## IMPORTANT NOTICE
## ABOUT YOUR REGLAZED BATHTUB

## INSTRUCCIONES PARA LIMPIAR SU BAÑERA

Your bathtub, tub walls and sink has been specially glazed. It will remain new and shiny if you follow these instructions for cleaning.

WHICH CLEANERS TO USE:  **(LIMPIADORES QUE SE DEBEN USAR)**
1. SOFT SCRUB                  5. DOW TUB CLEANER
2. LIQUID COMET             6. IVORY DISHWASHING LIQUID
3. BON AMI                       7. K7 MULTIPURPOSE CLEANER
4. LYSOL TUB CLEANER      8. FIBER CLEAN

**DO NOT** USE ABRASIVE CLEANERS OR: **(NO USAR ESTOS LIMPIADORES)**
1. BLEACH                7. LIME AWAY
2. TILEX                   8. X-14
3. AJAX                    9. SHOWER POWER
4. COMET                 10. SCRUB FREE
5. FANTASTIC           11. TOUGH ACT
6. FORMULA 409       12. ANY ACID BASED CLEANERS

**USE CLEANERS SPARINGLY AND WIPE YOUR BATHTUB DRY AFTER USE. PLEASE DO NOT USE RUBBER MAT, DO NOT USE HAIR DYES OR CLOTHING DYES.** With the above easy care your bathtub will maintain its beautiful shine. We hope you enjoy your new bath tub! Leaseholder (s) agrees to be responsible for the cost of re-refinish tub, walls and sink as result of not following the above instructions.

**UTILICE LIMPIADORES DE LIMPIEZA Y LIMPIE SU BAÑERA DESPUÉS DEL USO.POR FAVOR NO USAR EL ANTI-DESLIZANTE, NO UTILICE TINTAS PARA EL PELO O TINTAS DE ROPA.** Con el cuidado fácil mencionado anteriormente, su bañera mantendrá su hermoso brillo. ¡Esperamos que disfrute de su nueva bañera!

**Los inquilinos entienden que serán responsables del costo de re -pintar su bañera, paredes, o lavamanos si resultan ser dañadas por no seguir las instrucciones mencionadas arriba.**

Address: **1446 Kanawha St 201 Hyattsville, MD 20783**

Maria Lara Marquez, Mario Osvaldo Rosales Sandoval

Tenant: _____     Date: DEC 28 2019
Tenant: Maria Lara _____     Date: _____
EHO

<u>APPLICATION INFORMATION/TIPS</u>

1.      Along with a completed Application for each applicant and guarantor (if applicable), we require three consecutive pay stubs. If you cannot provide pay stubs, then you may submit a letter from your employer, on their letterhead, that states salary information and length of employment, along with your previous year's W-2. If you are self-employed, the previous three year's tax returns are required to verify income.

2.      If child support is being considered as part of the salary requirements, we require a copy of a court document.

3.      We require an original Social Security Card and Driver's License at the time of application, for all applicants and any guarantors (if applicable). If you cannot provide a Social Security Card, then you may use an Individual Taxpayer Identification Number Card (ITIN Card). We will need to verify that the address you listed on the application matches your photo I.D. If you do not drive or have a State issued I.D., you can bring in utility bills or other proof that you live at the address provided. The address that you have listed on your application must match the one listed on your driver's license, valid photo identification, or other proof of address that has been provided. If it does not, you will need to furnish us with a change of address card. If you cannot, your application will not be approved.

4.      If you state that you never lived anywhere other than at home or with relatives, no other address should appear on your credit report.  If you are renting in a private residence, you must bring the last three cancelled checks or money order receipts, showing payment of rent. Any misrepresentations on your application will result in an immediate disapproval.

5.      Failure to abide by the terms of the lease pertaining to the use of the premises, i.e. no subletting, conducting a business or illegal activity (i.e., food or alcohol sales, prostitution, drug sales, etc.) is not permitted and is considered to be a breach of the lease which will result in the loss of your tenancy.  Also, tampering with or removal of smoke detectors inside of the apartment is a breach of lease action.

6.      We comply with Equal Housing Opportunity Regulations.  Equal access to all types of housing is not only a right, but it is the law and policy of this government.  It is illegal for any person to discriminate in housing on the basis of race, color, religion, national origin, sex, handicap, or familial status.

We understand and acknowledge that the information presented at the time of application is true and correct and the apartment is to be used as a residence only.  We will abide by the terms of the lease and failure to do so will result in loss of tenancy.

Community Representative's Signature: _____

**Address: 1446 Kanawha St 201 Hyattsville, MD 20783**

_Maria Lara_ _____
Maria Lara Marquez                          Date

_____            DEC **2 8** 2019
Mario Osvaldo Rosales Sandoval           Date

# TAB 14

## REALTY MANAGEMENT SERVICES, INC.

**Apartment Lease Contract Declaration Pages**

Date of Apartment Lease Contract: **December 28ᵗʰ , 2018**
THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING

1. **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Maria Lara Marquez, Mario Osvaldo Rosales Sandoval** and **Realty Management Services, Inc.**, as agent for the owner of the improved residential real estate known as **1446 Kanawha St** (Bedford Station). You have agreed to rent 201 (The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2. **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

| Name | Age | Sex | Relationship to Lessee |
|------|-----|-----|------------------------|
| None | | | |

*MDRS*

No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3. **LEASE TERM.** The initial term of the Lease begins on the **1ˢᵗ** day of **January, 2019,** and ends at midnight on the **31ˢᵗ** day of **December, 2019, ("12- month Lease Term").**

*MSLM*
Initia

This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.

4. **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$300.00 PAID** , due on or before the date this Lease is signed.
The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5. Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.



6.   **RENT AND CHARGES.** You will pay **$1,495.00** for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on **N/A**. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through **N/A**. You will pay the pro-rated sum of $**N/A** due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending **N/A**

. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

MORS

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.   **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.   **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your**

MSLM
Initial



eviction and entitling Management to exercise any and all legal remedies. You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

*MSLra*
Initia

**I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.**

*mslm*
Initia

The Apartment Community is not located in a designated flood plain. Resident has read and understands this acknowledgement.

*MORS*          *MORS*

---

You are legally bound by this document. Read it carefully before signing. You shall receive an original after it is fully signed. Keep it in a safe place.

---

**Resident or Residents (*all sign below*)**

*maria SanTos lara*
(Resident)
*Maria S*
(Resident)

_____
(Resident)

_____
(Resident)

**Management's Representative**
**Realty Management Services, Inc.**
**DBA ROSS Management Services**

By: _____


Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

**Realty Management Services, Inc.**
**DBA ROSS Management Services**
7910 Woodmont Ave, Suite 350
Bethesda, MD 20814


Lease Agreement Declaration Pages MD – Renter's Ins – July 2012

Maryland Declarations Page - PG -Renter's Ins (New).doc

**UTILITY ADDENDUM: RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT**
**Bedford Station and Victoria Station**

**1446 Kanawha St 201 Hyattsville, MD 20783**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") date **January 1st 2019**.

Between Realty Management Services, Inc.  ("Management") and **Maria Lara Marquez and  Mario Osvaldo Rosales Sandoval** ("Resident(s)") of **1446 Kanawha St 201 Hyattsville, MD 20783**

1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.

2. **Water/Sewer service** for Resident's apartment will be paid:
   [] By Management; or
   **[X] By Resident - $33.00 per month for a one-bedroom apartment, $38.00 per month for a two-bedroom apartment**
   If paid by Resident, the water and sewer bill will be based on <u>one</u> of the following methods:
   [] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
   [] Actual occupancy for Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit; or
   [] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the trash bill will be based on <u>one</u> of the following methods:
   [] Actual occupancy of Resident's unit;
   [] A ratio occupancy method for Resident's unit;
   [] Square footage of Resident's unit;
   [] A combination of any or all of these factors; or
   [] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the gas bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's gas use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
   [] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
   [X] By Management; or
   [] By Resident.
   If paid by Resident, the electric bill will be based on <u>one</u> of the following methods:
   [] Submetering of Resident's electric use;
   [] Allocation based on actual occupancy;
   [] Allocation based on a ratio occupancy method;
   [] Allocation based on square footage;
   [] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
   [] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to Change billing to a new method at the Management's discretion.

7. **Resident acknowledges that if an individual A/C unit is installed in the apartment window(s), there is a $65.00 per month charge for each A/C unit.** A separate lease addendum is required.

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

8. Bills for utilities are payable upon receipt. Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease.  Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

Resident or Residents (*all sign below*)

*Maria Slara*
(Resident)

(Resident)

(Resident)

(Resident)

Management's Representative

Realty Management Services Inc.

By: _____

# TAB 15

# REALTY MANAGEMENT SERVICES, INC.

## Apartment Lease Contract Declaration Pages

Date of Apartment Lease Contract: **Decembre 23ʳᵈ , 2017**
**THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING**

1. **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Maria Lara Marquez and Mario Osvaldo Rosales Sandoval** and **Realty Management Services, Inc.,** as agent for the owner of the improved residential real estate known as **Bedford and Victoria Station** (1446 Kanawha st , Hyattsville MD 20783). You have agreed to rent 201 (The The Bedford and Victoria Station Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2. **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

   Name                                                      Age        Sex        Relationship to Lessee

   No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3. **LEASE TERM.** The initial term of the Lease begins on the **1ˢᵗ** day of **January , 2017, and ends at midnight on the 31ˢᵗ** day of **December , 2018, ("12- month Lease Term").**

   *M ORS*
   Initia
   *MLg L M*

   **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4. **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$300.00(Paid)**, due on or before the date this Lease is signed.
   The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5. Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.

Lease Renewal



6. **RENT AND CHARGES.** You will pay **$1,420.00** for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on **N/A**. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through **N/A**. You will pay the pro-rated sum of **$N/A** due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending **N/A**. Otherwise, you must pay your rent on or before the first (1st) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7. **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8. **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your**

*MORS*
Initial
*m s ᒪ m*

Lease Renewal



eviction and entitling Management to exercise any and all legal remedies. You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

*M S L M*
*MORS*

Initia

**I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.**

*MORS*

Initia

The Apartment Community is not located in a designated flood plain. Resident has read and understands this acknowledgement.

*M S L M*

---

You are legally bound by this document. Read it carefully before signing. You shall receive an original after it is fully signed. Keep it in a safe place.

---

**Resident or Residents (***all sign below***)**

**Management's Representative**
**Realty Management Services, Inc.**
**DBA ROSS Management Services**

_Mario Rosgles_
(Resident)

By: _____

_Maria Lara_
(Resident)

_____
(Resident)

_____
(Resident)

**Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.**

**Realty Management Services, Inc.**
**DBA ROSS Management Services**
**7910 Woodmont Ave, Suite 350**
**Bethesda, MD 20814**

---

**Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

---

Lease Renewal



## UTILITY ADDENDUM:  RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT
### Bedford Station and Victoria Station

---

**1446 Kanawha st Apt 201,  Hyattsville, MD 20783**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") date **January 1st , 2018.**

Between Realty Management Services, Inc.  ("Management") and ("Resident(s **Maria Lara Marquez and Mario Osvaldo Rosales Sandoval** ") of **1446 Kanawha st Apt 201, Hyattsville MD 20783.**

| | |
|---|---|
| 1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked.<br><br>2. **Water/Sewer service** for Resident's apartment will be paid:<br>☐ By Management; or<br>**[X] By Resident - $28.00 per month for a one bedroom apartment, $33.00 per month for a two bedroom apartment**<br>If paid by Resident, the water and sewer bill will be based on one of the following methods:<br>☐ Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;<br>☐ Actual occupancy for Resident's unit;<br>☐ A ratio occupancy method for Resident's unit;<br>☐ Square footage of Resident's unit; or<br>☐ A combination of any or all of these factors.<br><br>3. **Trash collection** for Resident's apartment will be paid:<br>[X] By Management; or<br>☐ By Resident.<br>If paid by Resident, the trash bill will be based on one of the following methods:<br>☐ Actual occupancy of Resident's unit;<br>☐ A ratio occupancy method for Resident's unit;<br>☐ Square footage of Resident's unit;<br>☐ A combination of any or all of these factors; or<br>☐ A flat monthly rate of N/A.<br><br>4. **Gas service** for Resident's apartment will be paid:<br>[X] By Management; or<br>☐ By Resident.<br>If paid by Resident, the gas bill will be based on one of the following methods:<br>☐ Submetering of Resident's gas use;<br>☐ Allocation based on actual occupancy;<br>☐ Allocation based on a ratio occupancy method;<br>☐ Allocation based on square footage;<br>☐ Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;<br>☐ Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment. | 5. **Electric service** for Resident's apartment will be paid:<br>[X] By Management; or<br>☐ By Resident.<br>If paid by Resident, the electric bill will be based on one of the following methods:<br>☐ Submetering of Resident's electric use;<br>☐ Allocation based on actual occupancy;<br>☐ Allocation based on a ratio occupancy method;<br>☐ Allocation based on square footage;<br>☐ Allocation of charges by one of the above described methods for electricity used in a HVAC system; or<br>☐ Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.<br><br>6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to Change billing to a new method at the Management's discretion.<br><br>7. **Resident acknowledges that if an individual A/C unit is installed in the apartment window(s), there is a $65.00 per month charge for each A/C unit.** A separate lease addendum is required.<br><br>8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.<br><br>8. Bills for utilities are payable upon receipt.  Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease.  Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company. |

**Resident or Residents** (*all sign below*)

*Mario Rosales*
_____
(Resident)

*Maria Lara*
_____
(Resident)

_____
(Resident)

_____
(Resident)

**Management's Representative**

**Realty Management Services, Inc.**

By: _____

Utility Addendum 1/2005
RMS

## REALTY MANAGEMENT SERVICES, INC.

**Apartment Lease Contract Declaration Pages**

Date of Apartment Lease Contract: **December 27, 2016**
THIS IS A BINDING DOCUMENT -- READ CAREFULLY BEFORE SIGNING

1. **PARTIES.** This Apartment Lease Contract (the "Lease") is between *you*, the resident(s) **Maria Lara Marquez, Mario Osvaldo Rosales Sandoval** and **Realty Management Services, Inc.,** as agent for the owner of the improved residential real estate known as **Bedford Station** (1446 Kanawha St Hyattsville MD 20783). You have agreed to rent 201 (The Bedford Station Apartments Apartment) for use as a private residence only. The terms "Resident", "you" and "your" refer to all residents listed above. The terms "Management", "we," "us," and "our" refer to the management company listed above. Written notice to or from the managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease, a separate Apartment Lease Contract Guaranty for each guarantor is attached. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2. **OCCUPANTS.** The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease*):

   Name                                            Age      Sex     Relationship to Lessee
   NONE

   No one else may occupy the Apartment. Persons not listed above must not stay in the Apartment for more than eight (8) consecutive nights without our prior written consent, and may stay in the Apartment no more than twice that many days in any one month.

3. **LEASE TERM.** The initial term of the Lease begins on the 1st day of **January, 2017,** and ends at midnight on the 31st day of **December, 2017, ("12- month Lease Term").**

   

   **This Lease will automatically renew month-to-month unless either party gives at least sixty (60) days (the "Advance Notice Deadline") written notice of termination or intent to move out as required by Paragraph 35. Please see Paragraph 35 pertaining to Rent Increases and Lease Contract Changes, which can go into effect for month-to-month renewals at the end of the lease term or renewal periods.**

4. **SECURITY DEPOSIT.** The total security deposit for all residents in the Apartment is **$300.00(Paid),** due on or before the date this Lease is signed.
   The amount of monthly animal rent will be stated, if applicable, in the required Animal Addendum. The total deposit will not exceed the equivalent of two (2) months' rent. This Lease will constitute your receipt for the security deposit. Your security deposit will be deposited and held in an interest bearing account in a federally insured banking institution. See Paragraphs 40 and 41 and the Utility Addendum for security deposit return information.

5. Simultaneously with execution of this Lease, you are signing a Mold Addendum. The Mold Addendum sets forth your obligations with respect to preventing and reporting mold within your Apartment. Please read the Mold Addendum carefully.



6.    **RENT AND CHARGES.** You will pay $**1,355.00** for rent, payable in advance and without demand at the on-site manager's office.

Rent for one (1) full month is due at execution of this Lease. You are taking possession of the Apartment on **1ˢᵗ of January 2017**. Your first payment of one full month's rent will be applied as payment of rent from the date you take possession through **N/A**. You will pay the pro-rated sum of $**N/A** due and payable in advance on the first day of the first month after you take possession, to complete payment of rent for the month ending **N/A**. Otherwise, you must pay your rent on or before the first (1ˢᵗ) day of each month (the "due date") with no grace period. Payment by cash is not accepted. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums by certified or cashier's check, money order, or one monthly check rather than multiple checks. No personal check from a person who is not a Resident or an Occupant will be accepted. Upon your request or in the event we elect to accept cash, we will provide you with a receipt for payment of rent, security deposit, or other fee or charge paid which states the amount received and the amount of time or obligation it covers. If you do not pay all rent on or before the fifth (5th) day of the month, you will pay a late charge of one percent (1%) of the total monthly rental payment per day for each day your rent payment is late, commencing with the sixth (6th) day of the period for which rent is due and being paid, not to exceed a total of five percent (5%) of the total monthly rental payment listed in this paragraph. Late charges are an estimation of our time, inconvenience, and overhead in collecting late rent (but are not for attorneys' fees and litigation costs). You will also pay a charge of fifty dollars ($50.00) for any returned check, plus late charges, in the event your check is returned, if we do not receive acceptable payment prior to the tenth (10th) day of the month. In the event that your check is returned, you will be required to make any and all subsequent payments by certified or cashier's check or money order. If you do not pay rent on time, you will be delinquent and all remedies under the Lease will be authorized. We also retain any and all other remedies available. All sums of money or other charges, including payments for damages and/or repairs, required to be paid by you to us or to any other persons under the terms of this Lease, whether or not the same is designated as "rent" or as "additional rent," will be deemed to be rent and will be collectible as such.

If you are renting a parking space, a separate addendum will be required. The provisions of Paragraphs 3, 6, 16, 19, 24, 35, 36, 37, 40 and 41 of this Lease apply to your parking space.

7.    **UTILITIES.** You will be responsible for payment for utilities as set forth in the Utility Addendum; for each utility for which you are responsible for payment, you will pay related deposits and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected – including disconnection for not paying your bills – until the lease term or renewal period ends. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are sub metered for the Apartment you must pay such billings promptly. If the billing company requests us to pay your bills, we will add the amount of such bills to your rent and treat such amounts as additional rent for all purposes, including seeking possession of your Apartment for nonpayment.

8.    **INSURANCE AND SAFETY.** Management does not and shall not carry insurance to protect against any loss of your personal property. You agree that all personal property kept in the Apartment shall be kept solely at your risk. **You must, at your own expense, during the Lease Term or any renewal or extension thereof, maintain renter's liability insurance in the amount of $100,000.00 to protect you and all Occupants of the Apartment against personal liability for losses incurred by third parties, including but not limited to Management, for property damage, costs related to property damage, and injury or death to third persons.** The insurance is to be carried by one or more insurance companies authorized or admitted to do business in Maryland. The insurance policy(ies) must cover both you and Management (but only as a result of representing the owner of the Apartment Complex) and name both Management and you as insureds. The policy(ies) must provide that any proceeds for loss or damage to buildings, structures or improvements are payable solely to Management. The policy(ies) must also provide that any proceeds for loss or damage to your personal property kept in or about the Premises are payable solely to you. You must furnish Management with certificates of all insurance required by this paragraph. **If you fail to provide the certificates when Management delivers possession of the Apartment to you, or if you allow any insurance required under this paragraph to lapse, or to be suspended or cancelled, such failure, lapse, suspension or cancellation shall constitute a substantial and material breach of your Lease warranting your**


Initial



eviction and entitling Management to exercise any and all legal remedies. You and your insurance company shall immediately notify Management, in writing, of any cancellation, suspension, or lapse of any insurance coverage addressed in this paragraph. **Your right to possession of the Apartment is contingent upon you obtaining and maintaining the insurance provided for in this paragraph, and providing Management certificates of required insurance.**

 **I have reviewed and agree to abide by the terms of Paragraph 42 of the Lease concerning Smoke Detectors.**

 The Apartment Community is not located in a designated flood plain. Resident has read and understands this acknowledgement.

You are legally bound by this document. Read it carefully before signing. You shall receive an original after it is fully signed. Keep it in a safe place.

Resident or Residents (*all sign below*)

Management's Representative
Realty Management Services, Inc.
DBA ROSS Management Services

*Mosia Lora*
(Resident)

By: _____

*McORS*
(Resident)

_____
(Resident)

_____
(Resident)

Below are the name, address, and phone number of Management's managing agent who is authorized to receive notices and services of process.

Realty Management Services, Inc.
DBA ROSS Management Services
7910 Woodmont Ave, Suite 350
Bethesda, MD 20814

**Lease Agreement Declaration Pages MD – Renter's Ins – July 2012**

Lease Renewal



## UTILITY ADDENDUM:  RESIDENT'S FINANCIAL RESPONSIBILITY FOR UTILITIES AT
### Bedford Station and Victoria Station

**1446 Kanawha St Apt 201 Hyattsville MD 20783**

This addendum (the "Utility Addendum") shall become part of the Apartment Lease Contract (the "Lease") dated <u>December 27th 2016</u> between Realty Management Services, Inc.  ("Management") and Maria Lara Marquez, Mario Osvaldo Rosales Sandoval ("Resident(s)") of Apt. No .<u>201</u>

| |
|---|
| 1. Responsibility for payment of utilities will be as indicated in Items 2-5. Unless otherwise stated, Resident will pay for all items checked. |

2. **Water/Sewer service** for Resident's apartment will be paid:
[] By Management; or
**[X] By Resident - $28.00 per month for a one bedroom apartment, $33.00 per month for a two bedroom apartment**
If paid by Resident, the water and sewer bill will be based on <u>one</u> of the following methods:
[] Submetering based on all water measured or a hot/cold water ratio method ratio method to determine corresponding water and sewer use;
[] Actual occupancy for Resident's unit;
[] A ratio occupancy method for Resident's unit;
[] Square footage of Resident's unit; or
[] A combination of any or all of these factors

3. **Trash collection** for Resident's apartment will be paid:
[X] By Management; or
[] By Resident.
If paid by Resident, the trash bill will be based on <u>one</u> of the following methods:
[] Actual occupancy of Resident's unit;
[] A ratio occupancy method for Resident's unit;
[] Square footage of Resident's unit;
[] A combination of any or all of these factors; or
[] A flat monthly rate of N/A.

4. **Gas service** for Resident's apartment will be paid:
[X] By Management; or
[] By Resident.
If paid by Resident, the gas bill will be based on <u>one</u> of the following methods:
[] Submetering of Resident's gas use;
[] Allocation based on actual occupancy;
[] Allocation based on a ratio occupancy method;
[] Allocation based on square footage;
[] Allocation of charges by one of the above methods for the cost of heating hot water in a central boiler system;
[] Allocation of charges for HVAC systems, fireplaces, or other system using a run-time monitoring device or other energy allocation equipment.

5. **Electric service** for Resident's apartment will be paid:
[X] By Management; or
[] By Resident.
If paid by Resident, the electric bill will be based on <u>one</u> of the following methods:
[] Submetering of Resident's electric use;
[] Allocation based on actual occupancy;
[] Allocation based on a ratio occupancy method;
[] Allocation based on square footage;
[] Allocation of charges by one of the above described methods for electricity used in a HVAC system; or
[] Allocation of charges for HVAC systems using a run-time monitoring system or other energy allocation device.

6. Resident acknowledges that Management reserves the right on 60 days written notice to begin billing Resident for utilities not checked above or to change billing to a new method at the Management's discretion.

7. Resident acknowledges that if an individual A/C unit is installed in the apartment window(s), there is a $65.00 per month charge for each A/C unit. A separate lease addendum is required.

8. For each and every utility for which Resident is responsible for payment, Resident agrees to place the utility account for the Apartment in Resident's name within thirty (30) days.

8. Bills for utilities are payable upon receipt.  Resident's failure to pay the utility bill is a material and substantial breach of the Lease and shall entitle Management to exercise all remedies available under the Lease.  Any disputes relating to the computation of the Resident's bill or the accuracy of any submetering device will be between the Resident and Management or the utility billing company.

**Resident or Residents** (*all sign below*)

Maria Lara
(Resident)

Marios
(Resident)

_____
(Resident)

_____
(Resident)

**Management's Representative**

**Realty Management Services, Inc.**

By: _____

**Realty Management Services, Inc**
# NEW RESIDENT SMOKE DETECTOR INSPECTION

---

ADDRESS: 1446 Kanawha St Apt 201 Hyattsville MD 20783
FROM:      Bedford/Victoria Station Apartments
DATE:      December 29th, 2016

SUBJECT:   **Operable Condition of Hardwired Battery Backup Smoke Detector - NEW MOVE-IN**

---

Please be advised that a hardwired battery backup smoke detector has been installed, tested and is in proper working condition as of this date in the apartment listed above.

We would like to take this opportunity to review the extreme importance of regularly checking your apartment SMOKE DETECTOR to make sure it is in operable condition.

### PLEASE FOLLOW THE INSTRUCTIONS LISTED BELOW

- Your apartment is equipped with a hardwired/battery backup smoke detector connected directly to your apartment power supply.

- DO NOT DISCONNECT OR REMOVE THE SMOKE DETECTOR.

- DO NOT REMOVE THE BATTERY. OTHERWISE, IN THE EVENT OF A POWER FAILURE THE SMOKE DETECTOR WILL NOT FUNCTION.

- If your apartment is sub-metered and you are responsible for the electric bill, you must maintain electrical power to your apartment at all times, otherwise the hardwired smoke detector will not function properly.

- Check the operation of your smoke detector each month.

- To test the smoke detector, press the green indicator light on the outside of the smoke detector. If it is in working condition, the smoke detector will sound for 5-7 seconds and then shut off.

- **Report any inoperable smoke detector to the Management or Maintenance Office immediately.**

We encourage everyone to check their smoke detector monthly, maintain a current electric account and to report any problems with your smoke detector to us immediately.  If you have any questions or concerns regarding the maintenance and operation of your smoke detector, please contact the Management Office for assistance.

---

Community Representative's Signature: _____

_____     _____     *Maria Lara*     _____
Witness                      Date          Lessee's Signature      Date

_____     _____     *[signature]*     _____
Witness                      Date          Lessee's Signature      Date

---

## APARTMENT LEASE CONTRACT

### MOLD ADDENDUM

This Addendum is made part of the Lease Agreement between Resident and Management. The Apartment was inspected prior to your move-in date, and *there is no visible mold* in the kitchen, bathroom(s) or other areas of the Apartment. By signing below, Resident hereby agrees to maintain the Apartment in a manner consistent with prevention of an infestation of mold or mildew in the Apartment.

Mold is found both indoors and outdoors and in both new and old structures. Resident is hereby notified that the Apartment is subject to the infestation of mold or mildew if not properly maintained. Molds are naturally occurring microscopic organisms that reproduce by spores. When moldy materials are damaged or disturbed, mold spores are released and spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a structure, mold can grow.

In order to minimize the potential for mold growth in the Apartment, Resident is required to do the following:

- Resident shall take all reasonable measures to control the moisture level of the Apartment by immediately reporting to Management, in writing, any water intrusion, such as plumbing leaks, drips or "sweating" pipes.

- Resident shall keep the Apartment clean, particularly the kitchen and bathroom carpets and floors. All moldy food must be thrown away immediately and removed from the Apartment.

- Resident shall promptly notify Management about any air conditioning or heating problems in the Apartment. Resident shall maintain the temperature in the Apartment within ten degrees (10°) of seventy-two degrees (72°) at all times. Resident agrees not to run air conditioning while windows are open.

- Resident shall use bathroom fans while showering or bathing and immediately report to Management any non-working fans. While showering, resident shall keep the shower curtain inside the bathtub or fully close the shower doors. After showering or bathing, Resident shall leave the bathroom door open until all moisture on the mirrors and walls of the bathroom has dissipated and shall hang up towels and bath mats so that they will dry completely. Resident shall use exhaust fans whenever cooking, dishwashing or cleaning.

- Resident agrees not to wash clothes in the bathroom or hang clothes to dry in the bathroom on a regular or routine basis.

- Resident shall conduct a visual inspection of the Apartment for the presence of mold growth, including but not limited to window frames, carpet, ceiling tiles, wallpaper, and Resident's personal property, at least once every two weeks. Resident shall immediately report to Management any mold growth inside the Apartment.

Resident agrees not to bring any personal property into the unit that may contain mold, especially such items as sofas, mattresses, and pillows.  Resident agrees that he/she may be held responsible for property damage to the Apartment.  Management will not be liable for any resulting health problems caused by Resident's failure to comply with this Addendum.

In the event, after you inspect the Apartment, you believe there is mold in the Apartment, you must advise us in writing within five (5) days of your move-in date.  Resident hereby agrees to hold Management harmless from any causes of action, demands, liabilities, losses, or claims for damages and expenses, including attorneys' fees, to the extent that such claims arise out of, or are based upon, Resident's failure to comply with this Addendum.

**Resident or Residents** (*all sign below*)

_Maria Lara_____
(Resident)

_____
(Resident)

_____
(Resident)

_____
(Resident)

- 2 -

# REALTY MANAGEMENT SERVICES, INC.

# APARTMENT LEASE CONTRACT

### (APARTMENT LEASE CONTRACT DECLARATION PAGES TO BE ATTACHED TO THIS PAGE)

I acknowledge receipt of this
Apartment Lease Contract

*Maria Lara*
Resident

*Nicolas*
Resident

_____
Resident

_____
Resident

**REALTY MANAGEMENT SERVICES, INC.**

**Apartment Lease Contract**

9.     **CONDITION OF THE APARTMENT AND ALTERATIONS.**  You accept the Apartment, fixtures, and furniture as is, except for conditions materially affecting the life, health or safety of ordinary persons.  We disclaim all implied warranties.  You will be given a New Resident Correction List on or before move-in.  Within seven (7) days after move-in, you must note on the New Resident Correction List all defects or damage and return it to our representative.  Otherwise, everything in the Apartment will be considered to be in a clean, safe, and good working condition.  The Apartment will be made available to you in a condition permitting habitation, with reasonable safety.

You must use customary diligence in maintaining the Apartment and not damaging or littering the common areas.  Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property.  No holes or stickers are allowed inside or outside the Apartment.  We do permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise.  No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or re-keying is permitted unless statutorily allowed or we have consented in advance in writing.  You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law.  You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices.  When you move in, we will supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the Apartment.  For as long as you reside in the Apartment, you will replace light bulbs at your expense with bulbs of the same type and wattage.  Your improvements to the Apartment (whether or not we consent) become ours unless we agree otherwise in writing.

10.     **MULTIPLE RESIDENTS OR OCCUPANTS.**  Each Resident is jointly and severally liable for all Lease obligations.  If you or any guest or Occupant violates the Lease or rules, all Residents are considered to have violated the Lease.  Our requests and notices to any Resident constitute notice to all Residents and Occupants.  Notices and requests from any Resident or Occupant (including repair requests and entry permissions) constitute notice from all Residents.  In eviction suits, each Resident is considered the agent of all other Residents in the Apartment for service of process.  Security deposit refunds and deduction itemizations of multiple Residents will comply with Paragraphs 40 and 41.  Your notice to vacate must be signed by all Residents or it will not be considered valid.

11.     **COMMUNITY POLICIES OR RULES.**  You and all guests and Occupants must comply with any written apartment rules and community policies, including instructions for care of our property.  Our rules are considered part of this Lease.  We may make reasonable changes to written rules effective immediately if they are distributed and applicable to all units in the Apartment Community.

12.     **LIMITATIONS ON CONDUCT.**  The Apartment and other areas reserved for your private use must be kept clean.  Trash must be disposed of at least weekly in appropriate

receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with Apartment Community rules and posted signs. Glass containers are prohibited in all common areas. No baby carriages, tricycles, bicycles or other articles of personal property may be deposited, allowed or permitted on the patios or balconies of the building, or passageways, parking areas, garages, courts, sidewalks, lawns or other areas of the apartment project.   You, your Occupants, or guests may not, anywhere in the Apartment Community:   (a) use candles or use kerosene lamps or kerosene heaters without prior written approval; (b) cook on balconies or outside; or (c) solicit business or contributions.  Conducting any kind of business (including child care services) in your Apartment or in the Apartment Community is prohibited – except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your Apartment for business purposes.  We may regulate:  (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas.  You will be liable to us for damage caused by you or any guests or Occupants.

We may exclude from the Apartment Community guests or others who, in our sole judgment, have been violating the law, violating this Lease or any Apartment Community rules, or disturbing other residents, neighbors, visitors, Management representatives or agents.  We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident or as an Occupant or guest of a specific resident in the community.

13.   **PROHIBITED CONDUCT.**  You and your Occupants and/or guests may not engage in the following activities:  (a) behaving in a loud or obnoxious manner; (b) disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the Apartment Community; (c) disrupting our business operations; (d) manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; (e) engaging in or threatening violence; (f) possessing a weapon prohibited by state law;  (g) discharging a firearm in the Apartment Community; (h) displaying or possessing, without proper permit, a gun, knife, or other weapon in the common area in a way that may alarm others; (i) storing anything in closets having gas appliances; (j) tampering with utilities or telecommunications; (k) bringing hazardous materials into the Apartment Community; or (l) injuring our reputation by making bad faith allegations against us to others.

You must not permit or allow any family member, agent, employee, guest or invitee to loiter or play in the elevators, lobby, corridors, landings, stairs, lawns, parking areas, entrances, garage, basement or roof areas.  You must keep all doors leading from and into the Apartment closed at all times, and we reserve the right to close all such doors in the event of a violation of this provision.  You may not make or permit any disturbing noises that unreasonably interfere with the rights, comforts or convenience of other tenants.  You must keep the volume of any radio, television or musical instrument in the Apartment sufficiently low at all times so as not to disturb other tenants in the Apartment Community.   You may not conduct or permit any vocal or instrumental practice or instruction that disturbs other tenants.   In order to prevent noise caused by walking on the floors in your apartment, you must install sufficient carpeting to eliminate noise in contiguous apartments as determined by us.

You will incurably breach this Lease if you are legally required to register as a sex offender and/or if you register as a sex offender at any time prior to or during your tenancy.

14.    **ANIMALS.**   No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the Apartment or Apartment Community unless we have so authorized in writing.   If we allow an animal, you must sign a separate Animal Addendum and pay a non-refundable animal application fee and associated rent.  We will authorize a service animal for a disabled (handicapped) person upon written request and proof of need for accommodation.   We may require a written statement from a qualified professional verifying the need for the service animal.   You must not feed stray or wild animals in the Apartment Community.

15.    **RECREATIONAL FACILITIES.**   All persons using any recreational facilities of the Apartment Community do so at their own risk and sole responsibility.   We do not assume responsibility for any accident or injury in connection with such use unless caused by our gross negligence or the gross negligence of our respective agents or employees acting within the scope of their employment.   We are not liable for failure to operate the swimming pool or any other recreational facility provided, and we reserve the right to close all or any portion of the recreational facilities at any time in our sole discretion, and you will not be entitled to a reduction in rent if your right to use such facilities is interrupted or discontinued.   You agree to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all rules, regulations and procedures adopted by us regarding the access to, and availability, use and operation of, recreational facilities.   Failure to comply with and/or cause your designated Occupant(s) and their respective agents, employees, invitees and guests to comply with all such rules, regulations and procedures shall be a material breach of this Lease.

16.    **PARKING.**   If we have provided unassigned parking for which no charge is made, the unassigned parking may be used only by you on a first come first served, non-exclusive, no-reservation basis.   We reserve the right to make rules for the use of all parking; to place limitations upon use of parking at any time after the beginning of the term of this Lease; to issue parking stickers for identification of valid vehicles; to institute a reasonable charge for such use at any time after the beginning of the Lease Term; and to make changes in the rules, regulations and charges from time to time.   You understand that if we provide you with garage accommodations, such garage accommodations are optional facilities and may not be included in the rent.   Garage accommodations may not be furnished to you unless a separate agreement in writing is made between you and us.  The use of any garage or parking space(s) by you without a written agreement may be discontinued or terminated at any time by us.   No representation is made that sufficient garage or parking space is available for all residents or that the present number of spaces will always be available.   Additionally, we are not liable or responsible for any damage to, or destruction of, your vehicle or any visitor's vehicle while it is parked or present on the Property, whether such damage or destruction is caused by fire, ice, snow (or snow plowing activity), hail, flood, storm, falling tree limbs or overhead lights, explosion, or caused by other residents, guests, vendors (their vehicles or employees) or otherwise.

You and your designated Occupant(s) and/or their respective agents, employees, invitees and guests must observe all parking rules and regulations as posted or indicated by us and/or local authorities.   Parking of vehicles in other than designated parking areas is prohibited. No boats, trailers, trucks, buses, or commercial vehicles will be permitted on the parking lots, driveways or

garages without prior written permission. Motorcycles must be parked in areas designated for motorcycles. Unless otherwise agreed in writing, mini-bikes, motor scooters or go-karts may not be kept, stored or operated on or about any unit(s) or on or about any part of the Apartment Community. Parking and/or driving on grass or the placement of any type of vehicle on a patio or balcony is prohibited. The parking areas are for use only by properly tagged, functioning and authorized motor vehicles. Any vehicle that does not comply with the foregoing provisions will be towed away at the vehicle owner's risk and expense. The repair, maintenance, washing and/or testing of motor vehicles and/or their engines anywhere within the Apartment Community is strictly prohibited unless we designate a specific area for such purpose. You agree to remove or cause to be removed any of your vehicles, or your designated Occupants' vehicles, from the parking areas or garage promptly upon the expiration or termination of this Lease or your right to possession of any Apartment(s). The parking of vehicles in violation of the terms of this Lease, requiring the vehicles to be towed, will constitute a material breach of the terms of this Lease.

We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the Apartment Community if it:

(a) has a flat tire or other condition rendering it inoperable;
(b) is on jacks, blocks or has wheel(s) missing;
(c) has no current license or no current inspection sticker;
(d) belongs to a Resident or Occupant who has surrendered or abandoned the Apartment;
(e) is parked in a marked handicap space without the legally required handicap insignia;
(f) is parked in a space marked for manager, staff, or guest at the office;
(g) blocks another vehicle from exiting;
(h) is parked in a fire lane or designated "no parking" area;
(i) is parked in a space marked for other resident(s) or unit(s), or the vehicle blocks or occupies more than one space;
(j) is parked on the grass, sidewalk, or patio; or
(k) blocks garbage trucks from access to a dumpster.

You hereby irrevocably constitute and appoint us as your attorney in fact to remove any vehicle parked in violation of this Lease, parking rules or regulations and to store the vehicle, at your cost and expense, in such place or places as we, in our sole discretion, may deem proper, or to dispose of the vehicle in the manner provided by applicable law. A lien for the costs and expenses of towing and storing a vehicle may be enforced by us in the manner and to the extent provided under applicable law. You agree to indemnify and hold us harmless from claims and all costs and expenses incurred, including but not limited to reasonable attorney's fees, resulting from the towing of motor vehicles belonging to you, your designated Occupant(s) and/or their respective agents, employees, invitees or guests.

17. **STORAGE SPACES.** In the event that we provide you with a storage space, external to the Apartment, at any time during the Lease Term, you understand that we are providing such storage space gratuitously. Your use of any storage space is subject to the terms of this Lease, the attached Storage Space Addendum and any applicable Apartment Community rules and regulations. Mechanical rooms, equipment rooms, electrical rooms and meter rooms are not designated storage areas and items discovered in these rooms will be removed and disposed of by Management.

18.     **DELAY OF OCCUPANCY.**  If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we are responsible for the delay only to the extent provided by law.  The Lease will remain in force subject to:  (a) abatement of rent on a daily basis during delay; and (b) your right to terminate as set forth below.  Termination notice must be in writing.  After termination, you are entitled only to refund of deposit(s) and any prepaid, unearned rent.  Rent abatement or lease termination does not apply if delay is for cleaning or repairs that do not prevent you from occupying the Apartment, such cleaning or repairs do not materially affect the life, health or safety of ordinary persons, and habitation is possible with reasonable safety.

If there is delay in providing you with possession of the Apartment, you may terminate, cancel, or rescind your Lease up to the date when the Apartment is ready for occupancy (the time at which we are ready to deliver possession to you) but not later.

19.     **PAYMENTS.**  Your agreement to pay all sums due under this Lease Contract or related addenda is an independent covenant.  At our option and without notice, we may apply money received first to any of your unpaid obligations, then to current rent – regardless of notations on checks or money orders and regardless of when the obligations arose.  All sums other than rent are due upon our demand.  After the due date, we do not have to accept the rent or any other payments.

20.     **LOCKS AND LATCHES.**  Keyed lock(s) will be re-keyed after the prior resident moves out. The re-keying will be done either before you move in or, if the Apartment has a keyless deadbolt on each exterior door, within ten (10) days after you move in.

You may at any time ask us to (a) install one keyed deadbolt lock on an exterior door if it does not have one; (b) install a security bar and/or sliding door pinlock on each sliding glass door; (c) install one keyless deadbolt on each exterior door; (d) install one door-viewer on each exterior door; and (e) change or re-key locks or latches during the Lease Term.  We must reasonably comply with those requests within a reasonable time, but you must pay for them in advance.

**Lockouts.**  In the event that you are locked out of the Apartment during Management's normal business hours, Management will, if you personally present yourself to request the use of the "emergency" key, either provide access to the Apartment or will provide a key.  The "emergency" key shall not be given to a person who is not named on the Lease Contract as a Resident or Occupant.  In the event that you are locked out of the Apartment after Management's normal business hours, you should contact a locksmith to gain access to the Apartment.  You will pay, in advance, for all costs associated with any lockout.

**Paying for Re-keying, Repairs, Etc.**  You must pay for all repairs or replacements arising from misuse or damage to security devices by you or your family, Occupants, or guests during your occupancy.  You may be required to pay in advance if: (a) we notify you within a reasonable time after your request that you are more than thirty (30) days delinquent in reimbursing us for repairing or replacing a security device which was misused or damaged by you, your guest or an Occupant or; (b) if you have requested that we repair, install, change or re-key the same security device during the thirty (30) days preceding your request and we have complied with your request.  If you fail to return keys at the termination of your tenancy, you will be responsible for re-keying charges for all locks.

21.    **REIMBURSEMENT.**   You must promptly reimburse us for loss, damage, government fines, or costs of repairs or service in the Apartment Community due to a violation of the Lease or rules, improper use, or negligence by you or your guests or Occupants.  We are not liable for – and you must pay for – repairs, replacement costs, and damage to the following if occurring during the Lease Term or renewal period:  (a) damage to doors, windows, or screens; (b) damage from windows or doors left open; and (c) damage from wastewater stoppages caused by improper objects in lines exclusively serving your Apartment, unless the above-listed damage is due to our negligence.  We may require payment at any time, including advance payment of repairs for which you are liable.  Delay in demanding sums you owe is not a waiver.

22.    **RELEASE OF RESIDENT.**  Unless you are entitled to terminate this Lease under Paragraphs 3, 27, 28 or 29, you will not be released from this Lease for any reason – including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-Residents, loss of employment, bad health or death.

23.    **EARLY MOVE-OUT.**  You will be liable to us for all damages we suffer including rent, late charges and damages to the Apartment if you:

(a)    fail to give written move-out notice as required in Paragraph 3;
(b)    move out without paying rent in full for the entire Lease Term or renewal period;
(c)    move out at our demand because of your default; or
(d)    are judicially evicted.

24.    **DEFAULT BY RESIDENT.**  You will be in default if:

(a)    you do not pay rent or other amounts that you owe;
(b)    you or any guest or Occupant violates this Lease, Apartment Community rules, or fire, safety, health, or criminal laws, regardless of whether arrest or conviction occurs;
(c)    you abandon the Apartment;
(d)    you give incorrect or false information in a rental application;
(e)    you or any Occupant is arrested, convicted, or given deferred adjudication for a criminal offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; and/or
(f)    any illegal drugs or paraphernalia are found in your Apartment or on your person while on the Apartment Community's grounds.

**Eviction.**  If you are in default, we may seek to end your right of occupancy by giving you a written notice to vacate in accordance with Maryland law and local county and city ordinances.  We are not required to provide notice of non-payment of rent, and we may proceed to institute eviction proceedings at any time your rent is overdue.  Notice may be by (a) regular mail; (b) certified mail, return receipt requested; (c) personal delivery to any Resident; (d) personal delivery at the Apartment to any Occupant over sixteen (16) years old; or (e) affixing the notice to the outside of the Apartment's main entry door.  Termination of your possession rights or subsequent re-letting does not release you from liability for future rent or other Lease obligations, subject to your and our duties to mitigate damages as provided by this Lease or by applicable law.  After giving notice to

vacate or filing an eviction suit, we may still accept rent or other sums due if allowed under applicable state or local law; the filing or acceptance does not waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time does not waive our rights to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Holdover.** You or any Occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different date agreed to by the parties in writing). If a holdover occurs, then: (a) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (b) rent for the holdover period will be increased by twenty-five percent (25.0%) over the then-existing rent, without notice; (c) you will be liable to us for all rent for the full term of the previously signed Lease of a new resident who cannot occupy because of the holdover; (d) at our option, we may extend the Lease Term – for up to one month from the date of notice of lease extension – by delivering written notice to you or your Apartment while you continue to hold over; and (e) we may bring an action for eviction and for damages in conformance with the Maryland Real Property Code or applicable county or city ordinances.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated, on any attached Rental Concession Addendum, to be rental discounts or abatements, in addition to other sums due. Such rental discounts, if any, were conditional upon your compliance with all rental obligations under this Lease and with the terms of the Rental Concession Addendum, or as otherwise provided by law. Upon your default, we have all other legal remedies, including lease termination. In the event that we obtain the service of an attorney and take legal action against you in connection with any breach by you of any of the terms or conditions of this Lease, you covenant and agree to pay us reasonable attorney's fees, plus all court costs, the costs of any special process server employed by us, and all other additional costs that may be incurred, as a court or tribunal of competent jurisdiction may award, in the event that legal action is instituted against you. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the prevailing party may recover from the non-prevailing party attorneys' fees and all other litigation costs. All unpaid amounts after termination of your tenancy bear interest at the rate of eighteen percent (18.0%) per annum. You must pay all collection agency fees if you fail to pay all sums due within ten (10) days after we mail you a letter demanding payment and stating that collection agency fees will be added if you do not pay all sums by that deadline.

**Mitigation of Damages.** If you move out early, you will be subject to the damages and amounts due specified in this Lease and all other remedies authorized by law. We will exercise customary diligence to re-let the Apartment and minimize damages. We will credit all subsequent rent that we actually received from subsequent residents against your liability for past-due and future rent and other sums due.

25.    **SURRENDER, AND ABANDONMENT.** You have surrendered the Apartment when: (a) the move-out date has passed and no one is living in the Apartment in our reasonable judgment; or (b) all Apartment keys and access devices have been turned in where rent is paid – whichever date occurs first.

You have abandoned the Apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you have been in default for non-payment of rent for five (5) consecutive days or water, gas, or electric service for the Apartment not connected in our name has been terminated; and (4) you have not responded for two (2) days to our notice left on the inside of the main entry door, stating that we consider the Apartment abandoned. An Apartment is also "abandoned" ten (10) days after the death of the sole Resident.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and re-let the Apartment; determine any security deposit deductions; and remove property left in the Apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the Apartment, but do not affect our mitigation obligations.

26.  **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT.** Once this Lease is terminated by action of the parties or operation of law, and all property therein is abandoned, all property in the Apartment is (unless not permitted or exempt under state law) subject to a contractual lien to secure payment of delinquent rent, and we may seek a court order that the property be sold to offset any rent due.

**Removal After We Exercise Lien for Rent.** If the Lease is terminated by reason of your rent being delinquent, our representative may seek to obtain a judicial order of court, to the extent permitted by law, so that a court officer may peacefully enter the Apartment and remove and/or store all property subject to lien for public sale.

**Removal After Surrender, Abandonment, or Eviction.** To the extent permitted by law, we or law officers may remove and/or store all property remaining in the Apartment or in common areas (including any vehicles you or any Occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the Apartment.

**Storage.** Pending public sale, we may store all property removed. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the Apartment. We are not liable for casualty, loss, damage, or theft except for property removed under a lien. You must pay reasonable charges for our packing, removing, storing, and selling any property. To the greatest extent permitted by Maryland law, we have a lien, or shall seek to obtain a lien, on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we seized and stored property under a contractual lien for rent as authorized by state statute, you may redeem the property by paying all delinquent rent due at the time of seizure. In the event that notice of sale is given before you seek redemption, you may redeem only by paying the delinquent rent and reasonable charges for packing, removing, and storing. If we have removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, re-letting charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the Apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition of Sale.** Except for animals and property removed after the death of a sole Resident, we may, to the extent permitted by law, throw away or give to a charitable organization all items of personal property that are left in the Apartment after surrender or abandonment. Animals properly removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, in compliance with applicable law.

27.   **MILITARY CLAUSE.** Under the following circumstances, you may terminate the Lease by giving us written notice ("Termination Notice") if you:

(a)   become a member of the United States Armed Forces; or

(b)   receive military orders for a permanent change of station or to deploy with a military unit for a period of not less than 90 days.

The Termination Notice is effective 30 days after the first date on which the next rental payment is due and payable after the date on which the notice is delivered. You must furnish us either a copy of the official permanent change-of-station orders or a deployment letter or order. Military permission for base housing does not constitute a permanent change-of-station order. After move-out, you are entitled to return of your security deposit less lawful deductions. The release of a Resident under this military clause will release the Resident receiving the change-of-station or deployment orders and such Resident's spouse or legal dependents, but not any remaining co-Residents.

28.   **DEATH, INCAPACITATION OR LEGAL DISABILITY.** Upon your death (or any one or more persons comprising the residents hereunder), the Lease shall automatically terminate. It is understood and agreed that no interest in the Lease, the leasehold estate created hereby or the apartment will pass to your heirs, administrators or assigns by will, intestacy, gift or grant. If the Lease is terminated by virtue of your death, the termination of the Lease shall not relieve your estate from responsibility for payment of your outstanding obligations under the Lease, nor for the payment for the use and occupancy of the apartment during the administration of the estate until the apartment is actually vacated by all occupants, guests or invitees, including any remaining persons identified as residents herein.

29.   **REPLACEMENTS AND SUBLETTING.** Replacing a Resident, subletting, or assignment is allowed only when we consent in writing. If departing or remaining Residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:

(a)   a re-letting charge will not be due;

(b)   a reasonable administrative (paperwork) fee will be due, and a re-keying fee will be due if re-keying is requested or required; and

(c)   the departing and remaining Residents will remain liable for all Lease obligations for the rest of the original Lease Term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease with or without an increase in the total security deposit; *or* (2) the remaining and replacement residents must sign an entirely new lease. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve the replacement. The departing Resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Term unless we agree otherwise in writing – even if a new lease is signed.

30. **DISCLOSURE RIGHTS.** If someone requests information about you or your rental history for law-enforcement, governmental, or business purposes, we may provide such information if we receive a signed release and/or a commonly recognized subpoena.

31. **REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST – FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS – IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Any of our written notes regarding your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters does not waive the strict requirement for written notices under this Lease. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health or safety. We may change or install utility lines or equipment serving the Apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We will act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part as a result of air conditioning problems.

If we believe that fire or catastrophic damage to the Apartment is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease within a reasonable time by giving you written notice. If the Lease is so terminated, we will refund prorated rent and all deposits, less lawful deductions.

32. **DEFAULT BY MANAGEMENT.** We will act with customary diligence to:

(a)   keep common areas reasonably clean, subject to Paragraph 9;
(b)   maintain fixtures, furniture, hot water, heating and A/C equipment;
(c)   substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
(d)   make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above, you may terminate this Lease and exercise other remedies under state statute only in the event that you comply with the following conditions:

(1)     you must make a written request for repair or remedy of the condition, and all rent must be current at that time;

(2)     after receiving the request, we will have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(3)     if we have not diligently tried to repair within a reasonable time, you then have the right to give us written notice of intent to terminate the Lease unless the repair is made within seven (7) days; and

(4)     if repair has not been made within seven (7) days, you may terminate this Lease and exercise other statutory remedies.   Security deposits and prorated rent may be refunded as required by law.

Your right to terminate the Lease under this paragraph is a contractual remedy that is in addition to any other rights and remedies you may have under local law or your local county or city ordinances. This provision does not limit any other rights you have by law.

33.    **WHEN WE MAY ENTER.**  If you or any guest or Occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (b) below may peacefully enter the Apartment at reasonable times for the purposes listed in (b) below. If nobody is in the Apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(a)     written notice of the entry is left in a conspicuous place in the Apartment immediately after the entry; and

(b)     entry is for:  responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or re-keying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing Apartment to prospective Residents (after move-out or vacate notice has been given); showing Apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; or in connection with inspection, response to, or compliance with any citation for any alleged housing code violation.

(c)     We may enter the Apartment after due notice to you and without reasonable objection during business hours.  If practical under the circumstances, we will attempt to provide at least twenty-four (24) hours advance written notice of our intent to enter for the above purposes.  We may enter the Apartment immediately without notice under the following circumstances:  an emergency situation; when we have good cause to believe you may have damaged the Apartment; if we reasonably

believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards or; to deal with or respond to any situation which is of immediate threat or danger to the health, safety or welfare of our residents or their property, an animal, or our Apartment Community and your Apartment.

(d)   You are deemed to have given us permission to enter your Apartment in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to your Apartment for the same without delay or interference.

34.   **MISCELLANEOUS.** You submitted an application to us to induce us to execute this Lease. In the event that any of the representations in your application are found to be misleading, incorrect or untrue, we shall have the right to treat such misleading, incorrect or untrue representation as a breach of this Lease. Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease, executed addenda, and published and attached rules and regulations are the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease or any part of it unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written notice requirements, rental due dates, acceleration, liens, or other rights is not a wavier under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed. Notices may not be given by email.

Exercising one remedy will not constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease. All notices and documents may be in English and, at our sole option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease is subordinate or superior to existing and future recorded mortgages, at lender's option. All Lease obligations must be performed in the county where the Apartment is located.

35.   **RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease changes are allowed before the initial Lease Term ends, except for changes authorized by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules.

**If, at least five (5) days before the Advance Notice Deadline referred to in Paragraph 3, we give you written notice of rent increases or Lease changes effective when the Lease**

**Term or renewal period ends, this Lease will automatically continue month-to-month (modified by sixty (60) day notice provision) with the increased rent or Lease changes. The modified Lease will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice required by Paragraph 3.**

36A.   **MOVE-OUT NOTICE.**   Before moving out, you must give our representative advance written move-out notice as provided below.   Your move-out notice will not release you from liability for the full term of the Lease or any renewal term.  You will still be liable for the entire Lease Term if you move out early (Paragraph 3), except under the military clause (Paragraph 27). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

(a)   Your move-out notice must be in writing.   Oral move-out notices will not be accepted and will not terminate your Lease.

(b)   Your move-out notice must not terminate the Lease sooner than the end of the Lease Term or renewal period.

(c)   The move-out date in your notice must be either the last day of the month or the exact day designated in your notice, provided such date is at least sixty (60) days after the date your notice is received.

(d)   We must receive advance written notice of your move-out date.   The advance notice must be at least the number of days of notice required in Paragraph 3.   However, if a move-out notice is received on the first, it will suffice for move-out on the last day of the month of intended move-out, provided that all other requirements above are met.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE.  Please use our written move-out form.  You must obtain written acknowledgement from our representative that we received your move-out notice.  If we terminate the Lease, we must give you the same advance notice – unless you are in default.

36B.   **EARLY TERMINATION.**   During the initial term of this Lease, you shall have the option to terminate your remaining responsibility for rent due for the balance of the Lease Term by providing us with written notice of not less than thirty (30) days together with payment of an early termination fee equal to two (2) months rent.  The Lease will be considered terminated upon our receipt of a proper written notice (signed by all Residents), payment of the early termination fee and all rent and other charges due through the date of your vacating the Apartment.  If you fail to timely vacate, pay the early termination fee, or pay any other charges due through date of vacating, the attempted early termination permitted by this provision shall be deemed void, and the other provisions of this Lease with respect to charges associated with a breach of the Lease, and your responsibility for such charges, shall apply.

37.   **MOVE-OUT PROCEDURES.**   The move-out date cannot be changed unless you and we both agree in writing.  You will not move out before the Lease Term or renewal period ends unless all rent for the entire Lease Term or renewal period is paid in full.  Early move-out may result in re-letting charges.  You are prohibited by law from applying any security deposit to rent.  You will not stay beyond the date you are supposed to move out.  All Residents, guests, and Occupants must vacate the Apartment on or before the vacate date specified in the notice to vacate.  You must give us and the U.S. Postal Service, in writing, each Resident's forwarding address.

38.    **CLEANING.**    You must thoroughly clean the Apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms.  You must follow move-out cleaning instructions if they have been provided.  If you do not clean adequately, you will be liable for reasonable cleaning charges – including charges for cleaning carpets, draperies, furniture, walls, etc. that are soiled beyond normal wear (that is, wear or soiling that occurs without negligence, carelessness, accident, or abuse).

39.    **MOVE-OUT INSPECTION.**    If you notify us by certified mail at least fifteen (15) days prior to your specified move-out date of:  your intention to move, the date of the move, and your new address, you have the right to be present during our inspection of the Apartment (unless you have been evicted, ejected, or have abandoned the Apartment).  After receiving your move-out notice, we will inform you by certified mail of the time and date on which the inspection will occur.  The date of the inspection will be within five (5) days before or after the moving date specified in your notice.  Our representative has no authority to bind or limit us regarding deductions for repairs, damages or charges.  Any statements or estimates by our representatives or us are subject to correction, modification, or approval/disapproval before final refunding or accounting.

40.    **SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.**  You will be liable for the following charges, if applicable:  unpaid rent; unpaid utilities; un-reimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the Apartment and is missing; replacing dead or missing smoke detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the Apartment when you or any guest or Occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or re-keying unauthorized security devices or alarm systems; agreed re-letting charges; packing, removing, or storing property removed or stored by us; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security alarm charges unless due to our negligence; animal-related charges; government fees or fines against us for violation (by you, your Occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling or other matters; late payment and returned check charges; a charge (not to exceed $100.00) for Management's time and inconvenience or expenses actually incurred in our lawful removal of an animal or in any valid eviction proceeding against you, plus reasonable attorneys' fees, court costs, and filing fees actually paid; and other sums due under this Lease.

You will be liable for (a) charges for replacing all keys and access devices provided at move-in or during your tenancy if you fail to return them on or before your actual move-out date; and (b) a re-letting fee if you have violated Paragraph 24.

41.    **SECURITY DEPOSIT RETURN.**  We will mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions by first class mail to your last known address no later than forty-five (45) days after termination of your tenancy unless statutes provide otherwise.

**NOTIFICATION OF YOUR RIGHTS REGARDING SECURITY DEPOSITS.**
Under Maryland Code 8-203, you have the following rights:

(a)     The security deposit or any portion of it may be withheld for unpaid rent, damage due to breach of lease or for damage by you or your family, agents, employees, guests or invitees in excess of ordinary wear and tear to the Apartment, common areas, major appliance, and furnishing owned by us.

(b)     You have the right to be present when we or our agent inspects the Apartment in order to determine if any damage was done to the Apartment, if you notify us by certified mail of your intention to move, the date of moving , and your new address.

(c)     Your notice requesting a move-out inspection in our presence must be furnished to us by certified mail at least fifteen (15) days prior to the date you move.

(d)     Upon receipt of your notice to move, we will notify you by mail of the time and date the Apartment are to be inspected.

(e)     The date of inspection will take place within five (5) days before or five (5) days after the date of moving that is designated in your notice.

(f)     Failure by us to comply with this requirement forfeits our right to withhold any part of the security deposit for damages.  You may be entitled to recover a penalty of three (3) times the security deposit plus reasonable attorneys' fees if we fail to comply with the security deposit law (§ 8-203.1).

(g)     The security deposit is not liquidated damages and may not be forfeited to us for breach of the rental agreement, except in the amount that we are actually damaged by your breach.

(h)     In calculating the damages for lost future rents, any amount of rent received by us for the Apartment during the remainder, if any, of your Lease Term will reduce the damages you owe us by a like amount.

42.     **RESIDENT SAFETY AND PROPERTY LOSS.**  You and all Occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices.  You agree to make every effort to follow the Security Guidelines found in this Lease.

**Smoke Detectors.**  We will furnish smoke detectors as required by statute, and we will test them and provide working batteries when you first take possession.  For as long as you reside in the Apartment, you must pay for and replace dead or missing batteries at your expense.  A hard-wired backup has been installed; to the extent you are responsible, electrical service to your Apartment must be maintained at all times.  **You must immediately report smoke detector malfunctions to us.**  Neither you nor others may disable smoke detectors.  If you damage or disable a smoke detector, or if you remove a smoke detector battery without replacing it with a working battery or fail to replace a dead battery or report malfunctions to us, you may be liable to us for all amounts authorized by state statute, plus actual damages, and attorneys' fees for any loss, damage, or fines from fire, smoke, or water.  Such action will be deemed a material, non-remedial default under this Lease entitling us to terminate this Lease and obtain possession of the Apartment.

**Casualty Loss.**  We are not liable to any Resident, guest or Occupant for personal injury or damage or loss of personal property from fire, smoke, rain, flood, water leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, acts of terrorism, theft, or vandalism unless otherwise required by law.  Unless we instruct otherwise, you must, for twenty-four (24) hours a day during freezing weather: (a) keep the Apartment heated to at least fifty (50) degrees Fahrenheit; (b) keep cabinet and closet doors open; and (c) drip hot and cold water faucets.  You

will be liable for damage to our and/or others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives or agents to perform services not contemplated in this Lease, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical, emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You will not treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we are not liable to you or any guests or Occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We are not obligated to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We are not responsible for obtaining criminal-history checks on any Residents, Occupants, guests, or contractors in the Apartment Community. If you are, or any Occupant or guest is, affected by crime, you must make a written report to our representative and to the appropriate law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**Solicitation.** Solicitors are not permitted in the building and/or the apartment project. If you are solicited, you should notify the management office immediately.

43.   **PACKAGES.** If you would like Management to be able to accept packages on your behalf, you must, in writing, authorize us to do so. Your authorization for Management to accept packages on your behalf is at your sole risk, and Management shall not be liable for any package delivered for you. In the event that Management receives and accepts any package on your behalf, whether or not authorized to do so, you agree that Management does not assume any responsibility for loss of or damage to your package.

44.   **SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we would like to advise you of some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other Occupants in your dwelling, including any children you may have, about these guidelines.

### PERSONAL SECURITY – WHILE INSIDE YOUR APARTMENT

1.   Lock your doors and windows – even while you are inside.
2.   Engage the keyless deadbolts on all doors while you are inside.
3.   When answering the door, see who is there by looking through a window or peephole. If you do not know the person, first talk with him or her without opening the door. Do not open the door if you have any doubts.
4.   If children (who are old enough to take care of themselves and are at least the required age as specified by local or state law) are left alone in your Apartment, tell them to use the keyless deadbolt, if applicable, and refuse to let anyone inside while you are gone – regardless of whether the person is a stranger or an apartment maintenance or management employee.
5.   Do not put your name, address, or phone number on your key ring.

6. If you are concerned because you have lost your key or because someone you distrust has a key, ask the management to re-key the locks. You may request this service provided you pay for the re-keying. We cannot refuse to provide a key to an authorized Resident unless a court order exists (and is provided to us) precluding entry to such Resident.

7. Dial 911 for emergencies. If the 911 service does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If any emergency arises, call the appropriate governmental authorities first, then call the management.

8. Check your smoke detector monthly to make sure it is working properly and the batteries have sufficient energy.

9. Check your door locks, window latches, and other security devices regularly to be sure they are working properly.

10. If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.

11. Immediately report to Management – in writing, dated and signed – any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.

12. Immediately report to management – in writing, dated and signed – any malfunction of other safety devices outside your Apartment, such as broken gate locks, burned out lights in stairwells and parking lots, blocked passages, broken railings, etc.

13. Close curtains, blinds, and window shades at night.

14. Mark or engrave your driver's license number or other identification on valuable personal property.

## PERSONAL SECURITY – WHILE OUTSIDE YOUR APARTMENT

15. Lock your doors while you are gone. Lock any door-handle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door security bar that you have.

16. Leave a radio or TV playing softly while you are gone.

17. Close and latch your windows while you are gone, particularly when you are on vacation.

18. Tell your roommate or spouse where you are going and when you will be back.

19. Do not walk alone at night. Do not allow your family to do so.

20. Do not hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.

21. Do not give entry keys, codes or electronic gate cards to anyone.

22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.

23. Let the manager and your friends know if you will be gone for an extended time. Ask your neighbors to watch your Apartment since the management cannot assume that responsibility.

24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.

25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

**PERSONAL SECURITY – WHILE USING YOUR CAR**

26. Lock your car doors while driving.  Lock your car doors and roll up the windows when leaving your car parked.
27. Do not leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.
28. Do not leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car – whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area.  If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.

**PERSONAL SECURITY AWARENESS**

No security system is failsafe.  Even the best system cannot prevent crime.  Always act as if security systems do not exist since they are subject to malfunction, tampering, and human error.  We disclaim any express or implied warranties of security.  The best safety measures are the ones you perform as a matter of common sense and habit.

45. **ORIGINALS AND ATTACHMENTS.**  This Lease has been executed in multiple originals, with original signatures – one for you and one or more for us.  Our rules and Apartment Community policies, if any, will be attached to the Lease and given to you at signing.  When a New Resident Correction List is completed, both you and we should retain a copy.

46. **LOCAL LAWS AND ORDINANCES.**  It is the intent of the parties to comply with the laws of Maryland, including local county and municipal ordinances.  The terms of this Lease may be modified by another addendum which conforms to the laws of the jurisdiction in which this Apartment Community is located.  If there is any conflict in the terms of that addendum and this Lease, the conflicting terms of that other addendum shall control.  In the event no other addendum is attached to this Lease and the local laws or ordinances provide additional rights or remedies not included herein, this Lease is amended by reference to such local laws and ordinances to incorporate the terms, rights, or remedies thereof herein.  It is the intent of the parties to have this Lease construed to include any such rights or remedies herein, and the provision of such laws or ordinances shall supersede and control over the language of this Lease to the extent they are in conflict.  If any of the provisions of this Lease are found to be unenforceable or void, then you and we agree that such unenforceable lease provisions shall be disregarded by the court, and the remaining enforceable provisions of this Lease will remain enforceable and binding on both you and us and will be enforceable to reflect the intent of the parties.