# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |
| | * | |

******

## ORDER

This matter comes before the Court on Defendants' Victoria United, LLC ("Victoria United"), Bedford United, LLC ("Bedford United"), Hyattsville United, LLC ("Hyattsville United"), and Arbor Management Acquisition Company, LLC ("AMAC") (collectively, the "Hyattsville Defendants") Motion to Dismiss First Amended Complaint. Because Plaintiffs have failed to state a claim upon which relief can be granted, it is hereby **ORDERED** that the Hyattsville Defendants' Motion to Dismiss is **GRANTED** and the First Amended Complaint is **DISMISSED WITH PREJUDICE**.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED.**

Date: _____

DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE