IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civil Action No. DKC-21-01778 |

## MOTION BY ARBOR REALTY TRUST, INC., ARBOR REALTY LIMITED PARTNERSHIP, AND ARBOR REALTY SR, INC. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants") respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the Amended Complaint filed by Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran (collectively, "Plaintiffs") for failure to state a claim upon which relief may be granted.

As discussed more fully in the Memorandum of Law filed herewith, the Amended Complaint should be dismissed with prejudice as to the Arbor Defendants because the Arbor Defendants do not currently have and never previously had any ownership interest, direct or indirect, in or control over the two properties at issue in the lawsuit—the Bedford Station and Victoria Station apartment complexes (together, the "BVS Properties")—which is required for liability on each of the claims alleged against the Arbor Defendants.  Moreover, the Amended

Complaint impermissibly groups all eight defendants in the lawsuit together as "Defendants" without a factual showing that each defendant is plausibly liable.

At bottom, Plaintiffs' Amended Complaint is premised on implausible and conclusory statements about the Arbor Defendants' relationship not only to the BVS Properties, but also to the other defendants. And, these deficiencies persist notwithstanding Plaintiffs' amendment from their original complaint. For these reasons, and those stated in the motion to dismiss and memorandum of law filed by Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC, which are incorporated herein by reference, the Amended Complaint should be dismissed in its entirety, with prejudice, as to the Arbor Defendants.

Dated:  February 18, 2022

Respectfully submitted,

By: __/s/ *Ray D. McKenzie*___
Ray D. McKenzie (Bar No. 21069)
WTAII PLLC
1600 Wilson Blvd., Suite 201
Arlington, VA 22209
Telephone (202) 688-3150
ray.mckenzie@wtaii.com

Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone (212) 336-2000
Facsimile (212) 336-2222
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Attorneys for Defendants Arbor Realty Trust, Inc.; Arbor Realty Limited Partnership; and Arbor Realty SR, Inc.*

## INDEX OF EXHIBITS

| EXHIBIT | DOCUMENT(S) |
|---|---|
| 1 | Excerpts from 2020 Form 10-K for Arbor Realty Trust, Inc., filed on February 14, 2020 |
| 2 | Bedford Station Substitute Trustees' Deed, dated April 10, 2013 |
| 3 | Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing between Bedford United, LLC and Susan E. Milne, Esq. for Arbor Realty SR, Inc., dated April 10, 2013 |
| 4 | Assignment of Leases and Rents, Bedford United, LLC to Arbor Realty SR, Inc., dated April 10, 2013 |
| 5 | UCC Financing Statement – Bedford United, LLC in favor of Arbor Realty SR, Inc., recorded on April 12, 2013 |
| 6 | Victoria Station Substitute Trustees' Deed, dated April 10, 2013 |
| 7 | Purchase Money Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing between Victoria United, LLC and Susan E. Milne, Esq. for Arbor Realty SR, Inc., dated April 10, 2013 |
| 8 | Assignment of Leases and Rents, Victoria United, LLC to Arbor Realty SR, Inc., dated April 10, 2013 |
| 9 | UCC Financing Statement – Victoria United, LLC in favor of Arbor Realty SR, Inc., recorded on April 12, 2013 |
| 10 | Deed of Trust, Assignment of Leases and Rents and Security Agreement by Bedford United, LLC and Victoria United, LLC to Terrence M. Sullivan and Thomas D. Gibbons for the benefit of German American Capital Corporation, dated November 13, 2013 |
| 11 | Assignment of Leases and Rents, Bedford United, LLC to German American Capital Corporation, dated November 13, 2013 |
| 12 | UCC Financing Statement – Bedford United, LLC and Victoria United, LLC, in favor of German American Capital Corporation, recorded on November 26, 2013 |

| EXHIBIT | DOCUMENT(S) |
|---|---|
| 13 | Certificate of Satisfaction – Bedford United, LLC, dated November 13, 2013, and Certificate of Satisfaction – Victoria United, LLC, dated September 5, 2014 |
| 14 | Multifamily Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing by Bedford United, LLC and Victoria United, LLC to Brian J. Iwashyna for the benefit of KeyBank National Association, dated September 28, 2018 |
| 15 | Assignment of Security Instrument, dated September 28, 2018 – KeyBank National Association transfers to Fannie Mae the Multifamily Deed of Trust entered into by Bedford United, LLC and Victoria United, LLC |
| 16 | UCC Financing Statement – Bedford United, LLC and Victoria United, LLC, in favor of Fannie Mae, recorded on October 3, 2018 |
| 17 | Multifamily Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing (Maryland) by Bedford United, LLC and Victoria United, LLC to Brian J. Iwashyna for the benefit of KeyBank National Association, dated May 20, 2020 |
| 18 | UCC Financing Statement – Bedford United, LLC and Victoria United, LLC, in favor of Fannie Mae, recorded on June 1, 2020 |
| 19 | Assignment of Security Instrument – KeyBank National Association transfers to Fannie Mae the Multifamily Deed of Trust entered into by Bedford United, LLC and Victoria United, LLC, dated April 23, 2020 |