# Exhibit 2

34604  195

## SUBSTITUTE TRUSTEES' DEED

**THIS SUBSTITUTE TRUSTEES' DEED** is dated as of this 10th day of April, 2013, from ANNE-THÉRÈSE BÉCHAMPS and COURTNEY G. CAPUTE, Substitute Trustees (collectively, the "Grantor"), to BEDFORD UNITED, LLC, a Delaware limited liability company (the "Grantee").

## RECITALS

A. Pursuant to the power of sale contained in that certain Consolidated, Amended and Restated Deed of Trust, Assignment of Rents and Leases, Security Agreement, Fixture Filing and Substitution of Trustee (Maryland) dated as of November 10, 2004 from New Potomac Limited Partnership to Bernice H. Cilley, Trustee for the benefit of GMAC Commercial Mortgage Bank ("Original Beneficiary"), and recorded among the Land Records of Prince George's County, Maryland (the "Land Records") in Liber 20684, Page 32 (the "Deed of Trust"), and pursuant to that certain Deed of Removal of Trustee and Appointment of Substitute Trustees dated March 26, 2010 and recorded among the Land Records in Liber 31360, Page 31, whereby Grantor was appointed as Substitute Trustees, the Grantor sold the property described on Exhibit A attached hereto and made a part hereof at public auction held on Tuesday, August 31, 2010, to 157-4 SP Holdings, LLC, a Maryland limited liability company ("Beneficiary"), the then beneficiary under the Deed of Trust.

B. The sale was reported to the Circuit Court for Prince George's County, Maryland (the "Court") and was ratified and confirmed by a Final Ratification of Sale of the Court dated February 1, 2011 and entered on February 8, 2011, in the case captioned Anne-Thérèse Béchamps and Courtney G. Capute, Substitute Trustees v. New Potomac Limited Partnership, Case No. CAE 10-13512.

C. Pursuant to that certain Order of the Court dated April 10, 2013, the Grantee was substituted as purchaser in the place and stead of Beneficiary with respect to the property described on Exhibit B attached hereto.

**NOW, THEREFORE,** for and in consideration of the Recitals hereinabove set forth which are incorporated into the body of this Substitute Trustee's Deed, the monetary consideration of Twenty-Five Million Eight Hundred One Thousand Seven Hundred Seventy-Six Dollars ($25,801,776), and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Grantor hereby **GRANTS, CONVEYS,** and **ASSIGNS** to the Grantee, its successors and assigns, all of the property located in Prince George's County, Maryland and described on Exhibit B attached hereto and made a part hereof.

**TOGETHER WITH** the buildings and other improvements, fixtures, personal property (other than the personal property of tenants), easements and other rights all as granted in the Deed of Trust.

Tax Id Numbers:
17-1955137
17-1955145
17-1955152

Return To:
First American Title Insurance Co., - NCS
Attn: Mark Stanley
401 E. Pratt Street Suite 323
Baltimore, MD 21202

410-246-6548

PRINCE GEORGE'S COUNTY, MD
APPROVED BY
#09
APR 12 2013

$141911.00 RECORDATION TAX PAID
$361224.92 TRANSFER TAX PAID

34604  196

**TO HAVE AND TO HOLD** the property with its improvements and appurtenances unto the Grantee, its successors and assigns.

**BY ACCEPTING THIS SUBSTITUTE TRUSTEES' DEED**, the Grantee acknowledges that this Substitute Trustees' Deed is made without any warranty or representation of any nature whatsoever by the Substitute Trustees.

**WITNESS** the hands and seals of the Grantor.

WITNESS:

_____       _____ (SEAL)
                                      ANNE-THÉRÈSE BÉCHAMPS,
                                      Substitute Trustee


_____       _____ (SEAL)
                                      COURTNEY G. CAPUTE,
                                      Substitute Trustee


STATE OF MARYLAND

                                      to wit:

COUNTY OF BALTIMORE

I HEREBY CERTIFY that on this 10 day of April, 2013, before me, a Notary Public of the aforesaid State and County, personally appeared ANNE-THÉRÈSE BÉCHAMPS, Substitute Trustee, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing Substitute Trustees' Deed and who acknowledged that she executed the same in the above capacity for the purposes therein contained.

WITNESS my hand and notarial seal.

_____
Notary Public

My Commission Expires: 8/14/2014

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 34604, p. 0196, MSA_CE64_34912. Date available 04/22/2013. Printed 09/13/2021.

34604   197

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 34604, p. 0197, MSA_CE64_34912. Date available 04/22/2013. Printed 09/13/2021.

STATE OF MARYLAND

CITY OF BALTIMORE

to wit:

I HEREBY CERTIFY that on this 10th day of April, 2013, before me, a Notary Public of the aforesaid State and County, personally appeared COURTNEY G. CAPUTE, Substitute Trustee, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing Substitute Trustees' Deed and who acknowledged that she executed the same in the above capacity for the purposes therein contained.

WITNESS my hand and notarial seal.

_Betty J. Harlen_
Notary Public

My Commission Expires: 1-14-2017

### ATTORNEY CERTIFICATION

I hereby certify that I am an attorney admitted before the bar of the Court of Appeals of Maryland and that the foregoing instrument was prepared under my supervision.

_Anne-Thérèse Béchamps_
Anne-Thérèse Béchamps

## EXHIBIT A

**Bedford Station**

Parcels lettered "H", "J" and "K" in the subdivision entitled "Langley Park, Plat No. 3", as per plat thereof recorded in Plat Book WWW 16 at Plat 37 among the Land Records of Prince George's County, Maryland, being in the 17th Election District.

**Eaton Square**

Parcel lettered "B" in Block numbered 5, in the subdivision known as "Section Two-Palmer Park", as per plat thereof recorded in Plat Book WWW 46 at Plat 100 among the Land Records of Prince George's County, Maryland, being in the 13th Election District.

**Edmonton Station**

Parcels lettered "A" and "B" and Outlot "2-A" in the subdivision known as "Ropewalk", Bladensburg, as per plat recorded in Plat Book 12, Plat 33 in the Land Records of Prince George's County, Maryland, being in the 2nd Election District.

**Finchley Square**

All of Blocks "A", "B" and "C" in the subdivision known as "Keenan Tract, Brentwood", as per plat thereof recorded in Plat Book 9, Plat 74 in the Land Records of Prince George's County, Maryland, being Lots 1 through 21, Block A, Lots 1, 2 and 3, Block B and Lots 1 and 20, Block C [*the last lot believed to be more correctly described as Lot 2, Block C*].

**Newbury Square**

Parcels numbered One (1) and Two (2) in the subdivision known as "Riggs Manor", as per plat recorded in Plat Book BB 14, Plat 27, among the Land Records of Prince George's County, Maryland, save and except the property conveyed in fee to the Board of County Commissioners of said County by deed dated June 1, 1949 and recorded June 24, 1949 in Liber 1133, folio 177 among the said land records, and to the State Roads Commission of Maryland by deed dated May, 1962 and recorded January 30, 1963 in Liber 2781, folio 454 among the aforesaid Land Records.

**Victoria Station**

Parcel lettered "F" in the subdivision known as "Langley Park, Plat No. 2", as per plat of said subdivision recorded in Plat Book 16, Plat 36, among the Land Records of Prince George's County, Maryland; being in the 17th Election District.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 34604, p. 0198, MSA_CE64_34912. Date available 04/22/2013. Printed 09/13/2021.

## EXHIBIT B

**Bedford Station**

Parcels lettered "H", "J" and "K" in the subdivision entitled "Langley Park, Plat No. 3", as per plat thereof recorded in Plat Book WWW 16 at Plat 37 among the Land Records of Prince George's County, Maryland, being in the 17th Election District.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 34604, p. 0199, MSA_CE64_34912. Date available 04/22/2013. Printed 09/13/2021.

# State of Maryland Land Instrument Intake Sheet
☐ Baltimore City  ☑ County: Prince George's

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

34604  200

| | | | |
|---|---|---|---|
| **1 Type(s) of Instruments** | (☑ Check Box if addendum Intake Form is Attached.) | | |
| | X Deed / X Deed of Trust | Mortgage / Lease | X Other ___ / X Other ___ |
| **2 Conveyance Type** Check Box | ✔ Improved Sale Arms-Length [1] | ☐ Unimproved Sale Arms-Length [2] | ☐ Multiple Accounts Arms-Length [3] / ☐ Not an Arms-Length Sale [9] |
| **3 Tax Exemptions** (if applicable) Cite or Explain Authority | Recordation: Purchase Money Deed of Trust | | |
| | State Transfer: Purchase Money Deed of Trust | | |
| | County Transfer: Purchase Money Deed of Trust | | |

### 4 Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only – Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 25,801,776.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ 23,080,000.00 | X ( ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

### 5 Fees

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ 75.00 | Agent: |
| Surcharge | $ 40.00 | $ 40.00 | Tax Bill: |
| State Recordation Tax | $ 141,911.00 | $ | |
| State Transfer Tax | $ 129,008.88 | $ | C.B. Credit: |
| County Transfer Tax | $ 361,224.86 | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

### 6 Description of Property
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 17 | 1955137 | 11810/340 | 0032 | H, J, and K | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| Langley Park, Plat No. 3 | | | | A1483 | |

Location/Address of Property Being Conveyed (2)
8005 14th Avenue, 1400 University Blvd., 1401 Kanawha Street, Hyattsville, MD 20783

Other Property Identifiers (if applicable): 17-1955145; 17-1955152        Water Meter Account No.

Residential ☐ or Non-Residential ☑    Fee Simple ☑ or Ground Rent ☐ Amount:
Partial Conveyance? ☐ Yes ☑ No    Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

### 7 Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Anne-Therese BeChamps and Courtney G. Capute, Substitute Trustee | Bedford United, LLC, a Delaware limited liability company |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

### 8 Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Bedford United, LLC, a Delaware limited liability company | Susan E. Milne, Esq., Trustee |

New Owner's (Grantee) Mailing Address: 2607 Nostrand Avenue, Brooklyn, NY 11210

### 9 Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | Arbor Realty Sr., Inc. |

### 10 Contact/Mail Information
Instrument Submitted By or Contact Person
Name: Mark Stanley
Firm: First American National Title Insurance Co., - NCS
Address: 401 E. Pratt Street, Ste 323
Baltimore, MD 21202    Phone: (410) 296-6548

☐ Return to Contact Person
☐ Hold for Pickup
☑ Return Address Provided

### 11 IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

**Assessment Information**
☐ Yes ☑ No  Will the property being conveyed be the grantee's principal residence?
☐ Yes ☑ No  Does transfer include personal property? If yes, identify: ___
☐ Yes ☑ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

### Assessment Use Only – Do Not Write Below This Line

Terminal Verification ___ Agricultural Verification ___ Whole ___ Part ___ Tran. Process Verification
Transfer Number ___ Date Received: ___ Deed Reference: ___ Assigned Property No.: ___

| | Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|---|
| | Land | | | Zoning | Grid | Plat | Lot |
| | Buildings | | | Use | Parcel | Section | Occ. Cd. |
| | Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution: White – Clerk's Office / Pink – Office of Finance / Canary – SDAT / Goldenrod – Preparer     AOC-CC-300 (5/2007)

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 34604, p. 0200, MSA_CE64_34912. Date available 04/22/2013. Printed 09/13/2021.