# Exhibit 15

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) SJH 41362, p. 0035, MSA_CE64_41671. Date available 10/10/2018. Printed 09/13/2021.

```
LR - Assignment
Recording Fee        20.00
Name: BEDFORD UNITED
LLC/VICTORIS UNITED LLC
Ref:
LR - Assignment
Surcharge            40.00
========================
SubTotal:            60.00
========================
Total:              405.00
10/03/2018  01:49
                    CC16-PP
#11075732 CC0703 -
Prince George's
County/CC07.03.01 -
Register 01
```

Prepared by, and after recording, return to:

Jeremy M. McLean, Esquire
Troutman Sanders LLP
Post Office Box 1122
Richmond, Virginia 23218-1122

Bedford Station/Victoria Station Apartments

## ASSIGNMENT OF SECURITY INSTRUMENT

FOR VALUABLE CONSIDERATION, **KEYBANK NATIONAL ASSOCIATION**, a national banking association ("**Assignor**"), having its principal place of business at c/o KeyBank Real Estate Capital - Servicing Department, 11501 Outlook Street, Suite 300, Overland Park, Kansas 66211, Mailcode: KS-01-11-0501, Attn: Servicing Manager, hereby assigns, grants, sells, and transfers to **FANNIE MAE**, the corporation duly organized under the Federal National Mortgage Association Charter Act, as amended, 12 U.S.C. §1716 et seq. and duly organized and existing under the laws of the United States ("**Assignee**"), whose address is c/o KeyBank National Association, c/o KeyBank Real Estate Capital - Servicing Department, 11501 Outlook Street, Suite 300, Overland Park, Kansas 66211, Mailcode: KS-01-11-0501, Attn: Servicing Manager, and Assignee's successors, transferees and assigns forever, all of the right, title, and interest of Assignor in and to the Multifamily Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of September 28, 2018, entered into by **BEDFORD UNITED, LLC**, a Delaware limited liability company and **VICTORIA UNITED, LLC**, a Delaware limited liability company, each as co-borrowers (jointly and severally, "**Borrower**") for the benefit of Assignor, securing an indebtedness of Borrower to Assignor in the principal amount of $52,300,000.00 recorded in the land records of Prince Georges County, Maryland, prior to this Assignment (the "**Instrument**"), which indebtedness is secured by the property described in Exhibit A attached to this Assignment and incorporated into it by this reference.

Together with the Note or other obligation described in the Instrument and all obligations secured by the Instrument now or in the future.

IN WITNESS WHEREOF, Assignor has executed this Assignment as of September 28, 2018, to be effective as of the effective date of the Instrument.

[END OF PAGE – SIGNATURE TO FOLLOW]

ASSIGNOR:

KEYBANK NATIONAL ASSOCIATION, a
national banking association

By: _____ (SEAL)
Paula Riley
Senior Closing Officer

STATE OF __Illinois__, __Cook__ County, ss:

I hereby certify that on this __17th__ day of __September__, __2018__, before me, the subscriber, a Notary Public of the State of __Illinois__ in and for the County of __Cook__, personally appeared Paula Riley, who acknowledged herself to be the Senior Closing Officer of KeyBank National Association, a national banking association, and on behalf of said national banking association did acknowledge that she, as such Senior Closing Officer being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the national banking association by herself as Senior Closing Officer.

As Witness: my hand and notarial seal.

_____
Notary Public

My commission expires: __12-19-18__

OFFICIAL SEAL
JANE E BLOMQUIST
Notary Public - State of Illinois
My Commission Expires Dec 19, 2018

**Assignment of Security Instrument**  Page 2

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) SJH 41362, p. 0036, MSA_CE64_41671. Date available 10/10/2018. Printed 09/13/2021.

# EXHIBIT A

## DESCRIPTION OF THE PROPERTY

Bedford Station/Victoria Station Apartments

Parcel 1 (Bedford Station):

All that certain piece or parcel of land, lying, situate and being in Prince George's County, Maryland, being described as follows:

Parcels lettered "H", "J" and "K" in the subdivision entitled "Langley Park, Plat No. 3", as per plat thereof recorded in Plat Book WWW 16 at Plat 37 among the land records of Prince George's County, Maryland, being in the 17th Election District.

Parcel 2 (Victoria Station):

All that certain piece or parcel of land, lying, situate and being in Prince George's County, Maryland, being described as follows:

Parcel lettered "F" in the subdivision known as "Langley Park, Plat No. 2", as per plat of said subdivision recorded in Plat Book WWW 16 at Plat 36 among the Land Records of Prince George's County, Maryland; being in the 17th Election District.

FOR INFORMATION ONLY:

Parcel ID Nos.: 17-1955137, 17-1955152, 17-1955145 (As to Parcel 1)
Parcel ID No.: 17-1906932 (As to Parcel 2)

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) SJH 41362, p. 0037, MSA_CE64_41671. Date available 10/10/2018. Printed 09/13/2021.