IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al,<br><br>                        Plaintiffs,<br><br>vs.<br><br>ARBOR REALTY TRUST, INC., et al,<br><br>                        Defendants. | Civil Action No. DKC-21-01778 |

**[PROPOSED] ORDER**

This matter comes before the Court on a Motion to Dismiss filed by Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the Amended Complaint filed by Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran (collectively, "Plaintiffs") for failure to state a claim upon which relief may be granted.

Upon due consideration of the Motion, the accompanying Memorandum of Law in support of the Motion, as well as the Motion to Dismiss and Memorandum of Law filed by Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC, which the Arbor Defendants incorporated by reference, it is hereby

**ORDERED** that the Motion is **GRANTED** and is further

**ORDERED** that Plaintiffs' Amended Complaint with regard to the Arbor Defendants is **DISMISSED WITH PREJUDICE**.

Dated: _____

_____
Honorable Deborah K. Chasanow
United States District Judge
District of Maryland