IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 8:21-cv-01778-DKC |
| ) | |
| ARBOR REALTY TRUST, INC. et al. ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## DEFENDANT REALTY MANAGEMENT SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

AND NOW, comes Defendant Realty Management Services, Inc., ("Defendant" or "RMS") by and through its counsel, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., and hereby files its Motion to Dismiss Plaintiffs' First Amended Complaint, as follows:

Pursuant to Fed. R. Civ. P. 12(b)(6), RMS moves this Honorable Court to dismiss all claims against it brought under the Plaintiffs' Complaint, for the failure, as a matter of law, to state a claim upon which relief can be granted. RMS requests this motion be granted with prejudice for these reasons and for the reasons identified in the accompanying Opening Brief in Support.

WHEREFORE, Defendant respectfully requests this Court grant this Motion to Dismiss and dismiss all claims in the Complaint against it with prejudice.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire (Bar #: 16416)
mmantzavinos@moodklaw.com
600 Baltimore Avenue, #305
Towson, Maryland  21204
(410) 339-6880
*Attorney for Defendant, Realty Management Services, Inc.*

DATED:  February 18, 2022

{DE583933.1}

{DE583933.1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of February 2022, a copy of Defendant Realty Management Services, Inc.'s Motion To Dismiss Plaintiffs' First Amended Complaint was electronically filed and served upon all counsel of record via CM/ECF.

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire

{DE583933.1}