**EXHIBIT D**

Wiring Instructions

# EXHIBIT E

## Cash Flow Distribution Protocol

### Excess Cash Reconciliation

**Property Name:**

As Of Date — Enter Date--same as month-end balance sheet

(a) Operating Account Cash Balance on As Of Date — Includes all operating accounts (house banks, manager's accounts, payroll accounts, operating accounts, etc.) Does NOT include security deposits. This number should tie to the balance sheet.

Funds required for property operations:
- (i) Accounts Payable — as of month-end as stated on balance sheet
- (ii) Payroll — one or two periods as appropriate for the property
- (iii) Accrued Expenses — as of month-end as stated on balance sheet. Does not include Taxes and Insurance paid by master servicer.
- (iv) Advance Deposits/Prepaid Rent
- (v) Allowed Minimum Balance Per PM Contract — Amount as stated in PM contract

(b) Total funds required for property operations   $ — sum of (i) through (v)

Additional funds to be distributed:

- (xi) Net cash surplus forecasted for current month

Total Surplus adjustment   $ — For one month following above "as of date" (i.e. if as of date is 2/28, forecast is for March); from forecast for hotel property, generally expected for seasonal properties. Entered as a positive figure to represent cash surplus. (xi)

Additional funds to be held back:

- (xii) Net cash deficit forecasted/budgeted for next 3 months (not including capex) — This figure comes from cash flow forecast for 3 months following the as of date and ONLY for seasonal properties that annually have excess cash flow but expect deficit in short term. Entered as a negative figure to represent cash needs.

- (xiii) Capex approved/budgeted/in process — Capex only to be included to the extent approved, contracted and in process. Entered as a negative figure to represent cash needs.

(d) Total Deficit adjustment   $ — (xii) plus (xiii)

### RECONCILIATION:

Available cash   $ — Operating Account Cash Balance on As Of Date plus Net Cash surplus [(a) plus (xi)]

Funds Required for Property Operation   $ — from (b) above

Additional funds to be held back/Deficit adjustment   $ — from (c) above

(e) Net cash excess/(deficit)   $ — sum of above figures

**Excess Cash to be Wired to Owner**   n/a — from (e) above, formula included to set to "n/a" if (a) minus (d) is <=$1,000 OR if deficit is presented

Prepared by:

_____          _____
Property Manager (signature)              Date prepared

**Instructions to Property Manager:**
1. Blue fields are to be entered by Property Manager; grey and yellow fields are calculated
2. PM is to wire calculated excess cash within 3 business days of submission of this report, but in no event later than 2 business days prior to close of next period.

E-1

**EXHIBIT F**

Reporting Requirements

Manager shall submit Monthly Financial Reporting Packages to Owner no later than the 10th of each month.  Each package shall include:

1.  *Narrative Summary* (Should provide a brief summary of monthly activity issues/concerns related to the property from an operational and marketing standpoint.)

2.  *Balance sheet*

3.  *Monthly, year-to-date and trailing-12 operating statements according*

4.  *Monthly Variance Report* (This report must clearly explain any line item in which the variance from actual to budget exceeds 10% or $500 of budget.)

5.  *Rent Roll* (must include deposits, rental rate, lease term, options and concessions)

6.  *Aging Statement* (Must include a summary of efforts to collect past due rents on each tenant)

7.  *Bank Statements and Reconciliations*

8.  *General Ledger*

9.  *Month-to-Date Trial Balance*

10. *Check Register*

11. *Proof of Cash Schedule*

12. *Property Management Fee Calculation*

13. *Report of any capital expenditures, including tenant improvements*

14. *Leasing Commission Schedule*

15. *Market Update* (Must include survey of competitive properties. Survey must provide number of units or square feet, rental rates, concessions and occupancy. The update should also include any changes in the neighborhood that may affect the property.)

16. *Leasing Activity / Prospect Report*

17. *Move-in / Move-Out Schedule* (multifamily properties only; including 60-day projections)

18. *Recommended marketing strategy* (Must address but not be limited to rental rates, concessions, broker incentives and marketing events.)