IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA de Maryland, Inc., *et al.*  **Plaintiffs,**  v.  Arbor Realty Trust, Inc., *et al*.  **Defendants.** | Civil Action No. 8:21-cv-01778-CBD |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE LOCAL RULE'S 35 PAGE LIMITATION ON RESPONSE IN OPPOSITION AND FILE OMNIBUS RESPONSE**

Plaintiffs CASA de Maryland, Inc., Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), respectfully move for leave to file an omnibus response to three pending motions to dismiss and for an extension of the page limitation to sixty pages for this Omnibus Opposition to Defendants' Motions to Dismiss. In support of this Motion, Plaintiffs state the following:

1. Local Rule 105(3) states:

   Unless otherwise ordered by the Court, memoranda in support of a motion or in opposition thereto and trial briefs shall not exceed thirty five (35) pages, and reply memoranda shall not exceed twenty (20) pages, exclusive of (a) affidavits and exhibits, (b) tables of contents and citations, and (c) addenda containing statutes, rules, regulations and similar material.

2. Defendants are eight (8) separate entities who are alleged, *inter alia*, to have engaged in a conspiracy to violate the civil rights of the Plaintiffs pursuant to the Fair Housing Act. Seven (7) of the entities are wholly owned and/or controlled by Arbor Realty Trust, Inc., three of which are single purpose shell companies. The eighth entity is Realty Management Services, Inc. ("Ross"), the property manager for Bedford and Victoria Station Properties.

3. The seven Arbor entities Plaintiffs have alleged to be operating as one, have filed two briefs totaling 67 pages. With the additional 25 pages of Ross' Motion to Dismiss, Plaintiffs have been required to respond to 93 pages of briefing.

4. Under the local rules, Plaintiffs may file up to three separate thirty-five-page oppositions to each.

5. To streamline its response, Plaintiffs intend to file a single Omnibus Opposition to Defendants' motions.

6. With the filing of a single Omnibus Opposition, Plaintiffs seek leave to file a sixty (60) page opposition, saving the Court forty-five (45) pages of potential briefs.

7. Undersigned has reached out to all counsel for permission and all counsel have consented.

**WHEREFORE**, Plaintiffs move for leave to file an omnibus response to three pending motions to dismiss and for an extension of the page limitation to sixty (60) pages for this Omnibus Opposition to Defendants' Motions to Dismiss.

**The Donahue Law Firm, LLC**

*/s/ P. Joseph Donahue*
P. Joseph Donahue, Esquire
Bar Number: 06245
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023
pjd@thedonahuelawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 24th day of March, 2022 through the court's CM/ECF system, which will send notification of this filing to all counsel of record.

                                        */s/ P. Joseph Donahue*
                                        P. Joseph Donahue, Esquire