# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA de Maryland, Inc., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> Arbor Realty Trust, Inc., *et al*. <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-CBD** |

## ORDER

Upon consideration of Plaintiffs' Motion For Leave to Exceed the Local Rule's 35 Page Limitation on Response in Opposition and File Omnibus Response, it is this _____ day of _____ 2022, hereby

**ORDERED** that Plaintiffs' request to exceed the Local Rule's 35-page limit for their Omnibus Opposition is **GRANTED**.  And it is

**FURTHER ORDERED** that Plaintiffs may file an Omnibus Response to the Pending Motions to Dismiss

_____
The Honorable Deborah K. Chasanow
U.S. District Court
District of Maryland