IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA de Maryland, Inc., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> Arbor Realty Trust, Inc., *et al*. <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-CBD** |

## ORDER

Upon consideration of Defendants' Motions to Dismiss, Plaintiffs' Omnibus Response in Opposition to Defendants' Motions to Dismiss, and Defendants' Replies thereto, it is this _____ day of _____ 2022, hereby

**ORDERED** that Defendants' Motions to Dismiss are **DENIED**.

_____
The Honorable Deborah K. Chasanow
U.S. District Court
District of Maryland