IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, Defendants. | * | |
| | * | |

******

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants"), respectfully request an extension of time of one business day to reply to Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss (ECF No. 53) (the "Omnibus Opposition"). In support of this Motion, Defendants state the following:

1. On January 10, 2022, Plaintiffs filed an eight-count First Amended Complaint (ECF No. 43) in the United States District Court for the District of Maryland, Southern Division asserting the following individual and putative class member claims against all defendants: (1) violations of the federal Fair Housing Act, 42 U.S.C. §§ 3601, 3604(a), 3604(b), and 3617; (2)

breach of contract; (3) breach of the implied warranty of habitability; (4) breach of contract as third-party intended beneficiaries; and (5) civil conspiracy under the Maryland common law.

2. Defendants filed motions to dismiss Plaintiffs' Amended Complaint on February 18, 2022 (ECF Nos. 46-49).

3. In response, Plaintiffs filed the Omnibus Opposition on March 25, 2022 (ECF No. 53). As granted per Court order and with Defendants' consent (ECF Nos. 51-52), the Omnibus Opposition is an oversized brief totaling fifty-nine pages.

4. Defendants' replies to the Omnibus Opposition are currently due on April 22, 2022.

5. Defendants request that they have an extension of time of one business day up to and including April 25, 2022 to reply to the Omnibus Opposition.

6. Defendants submit that good cause exists in support of the extension of time to file replies to the Omnibus Opposition. Counsel for Defendants have been diligent in preparing their responses to the Omnibus Opposition. However, due to the 59-page length of the Omnibus Opposition, the required coordination among the various Defendants, and the various intervening religious holidays, including Orthodox Easter and Passover, counsel for Defendants request that the Court extend their deadline to file reply briefs by one (1) business day, through and including April 25, 2022. Defendants seek this extension in good faith.

7. Pursuant to Local Rule 105.9, counsel for the Arbor Defendants, Ray D. McKenzie, conferred with Plaintiffs' counsel by email on April 21-22, 2022, and they consent to the proposed extension.

8. This request is not sought for delay and no party will be unfairly prejudiced by this request.

Dated: April 22, 2022

Respectfully submitted,

<u>/s/ Benjamin B. Klubes</u>
Benjamin B. Klubes (Bar Number 08085)
Amanda Lawrence (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
bklubes@buckleyfirm.com
alawrence@buckleyfirm.com

*Counsel for Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.*

<u>/s/ Ray D. McKenzie</u> (signed by Benjamin B. Klubes with the permission of Ray McKenzie)
Ray D. McKenzie (Bar Number 21069)
**WTAII PLLC**
P.O. Box 609
Vienna, VA 22183
(202) 868-6369 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

<u>/s/ Peter W. Tomlinson</u> (signed by Benjamin B. Klubes with the permission of Peter W. Tomlinson)
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 6th Ave.
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

<u>*/s/ Megan T. Mantzavinos*</u> (signed by Benjamin B. Klubes with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
dohara@moodklaw.com

*Counsel for Realty Management Services, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 22nd day of April, 2022 through the court's CM/ECF system, which will send notification of this filing to all counsel of record.

                                              */s/ Benjamin B. Klubes*
                                              Benjamin B. Klubes

                                              *Counsel for Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.*