IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |
| | * | |

******

## ORDER

This matter comes before the Court on Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc. (collectively, the "Arbor Defendants"), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, and Hyattsville United, LLC (collectively, the "Hyattsville Defendants"), Defendant Realty Management Services, Inc. ("Realty") (collectively, the Arbor Defendants, Hyattsville Defendants, and Realty as "Defendants") Consent Motion for Extension of Time filed on April 22, 2022. Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendants will have up to and including April 25, 2022 to answer or otherwise respond to Plaintiffs' Omnibus Opposition to Motions to Dismiss.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED**.

Date: April __, 2022

DEBORAH K. CHASANOW,
UNITED STATES DISTRICT JUDGE