**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civil Action No. 8:21-cv-01778-DKC |

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to Local Rule 101(2)(a)(1), it is hereby requested that the appearance of Benjamin B. Klubes be withdrawn as counsel of record for Defendants Bedford United, LLC, Hyattsville United, LLC, Victoria United, LLC, and Arbor Management Acquisition Company, LLC due to a change of employment. John B. Williams III of Buckley LLP will be substituting in as lead local counsel. Bedford United, LLC, Hyattsville United, LLC, Victoria United, LLC, and Arbor Management Acquisition Company, LLC will continue to be represented by Amanda R. Lawrence of Buckley LLP, who was admitted pro hac vice on August 11, 2021.

Dated: May 6, 2022

/s/ *Benjamin B. Klubes*
Benjamin B, Klubes  (Bar No. 08085)
John B. Williams III  (Bar No. 20916)
BUCKLEY LLP
2001 M St NW, Suite 500
Washington, DC 20036
bklubes@buckleyfirm.com
jwilliams@buckleyfirm.com
Tel.: (202) 349-8000
Fax: (202) 349-8080

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I electronically filed and served a copy of the foregoing Motion to Withdraw and Substitute Counsel and Proposed Order via this Court's CM/ECF system to all registered counsel of record for the parties.

/s/ *Benjamin B. Klubes*
Benjamin B. Klubes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA DE MARYLAND, INC., et al,

    Plaintiffs,

v.

ARBOR REALTY TRUST, INC., et al,

    Defendants.

Civil Action No. 8:21-cv-01778-DKC

**ORDER**

Upon consideration of the Motion for Leave to Withdraw the appearance of Benjamin B. Klubes as counsel for Arbor Management Acquisition Company, LLC, Bedford United, LLC, Hyattsville United, LLC, and Victoria United, LLC and substitute in the appearance of John B. Williams III, it is hereby:

ORDERED that the motion is GRANTED

Date:_____      _____
                                                                           Hon. Deborah K. Chasanow
                                                                           U.S. District Judge