IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civil Action No. 8:21-cv-01778-DKC |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

It is hereby requested that the appearance of John B. Williams III be entered as counsel of record for Defendants Bedford United, LLC, Hyattsville United, LLC, Victoria United, LLC, and Arbor Management Acquisition Company, LLC.  I certify that I am admitted to practice in this court.

Dated: May 6, 2022

/s/  *John B. Williams III*
John B. Williams III  (Bar No. 20916)
BUCKLEY LLP
2001 M St NW, Suite 500
jwilliams@buckleyfirm.com
Tel.: (202) 349-8000
Fax: (202) 349-8080

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2022, I electronically filed and served a copy of the foregoing Entry of Appearance via this Court's CM/ECF system to all registered counsel of record for the parties.

/s/ John B. Williams III
John B. Williams III