IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> ARBOR REALTY TRUST, INC., *et al.* <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

## REQUEST FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS

***COME NOW*** Plaintiffs, by and through undersigned counsel, and respectfully request a hearing pursuant to Local Rule of Civil Procedure 105.6 on all issues raised in Defendants' motions to dismiss, Plaintiffs' Omnibus Opposition, and Defendants' replies. *See* Docs 46-50, 53, 58-60.

Respectfully submitted,

**The Donahue Law Firm, LLC**

*/s/ P. Joseph Donahue*
P. Joseph Donahue, Esquire
Bar Number: 06245
18 West Street
Annapolis, Maryland 21401
Telephone: 410-280-2023
pjd@thedonahuelawfirm.com

**Nidel & Nace, P.L.L.C.**

*/s/ Jonathan Nace*
Jonathan Nace, Esquire
Bar Number: 18246
One Church Street
Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of May 2022, I caused a copy of the foregoing to be served upon the Court and all parties via ECF service.

/s/ *Jonathan Nace*
Jonathan Nace, Esquire