IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC.,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **ARBOR REALTY TRUST, INC.,** *et al.* <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

## ORDER

UPON CONSIDERATION OF *Plaintiffs' Motion for Leave to Open Discovery, to Compel a Rule 26(f) Conference and to Set a Scheduling Hearing* and any opposition, Plaintiffs' motion is this _____ day of _____ 2022

**GRANTED**.  And it is

**FURTHER ORDERED** that the parties shall engage in a Rule 26(f) Conference no more than 14 days from the date of this Order.  And it is

**FURTHER ORDERED** that the parties shall submit the Rule 26(f) Discovery Plan no more than 28 days from the date of this Order.  And it is

**FURTHER ORDERED** that an initial scheduling conference shall be held on _____, 2022 at _____ a.m./p.m. via telephonic/zoom/in person conference.

_____
Hon. Deborah K. Chasanow