IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br> Plaintiffs | * |
| v. | * |
| ARBOR REALTY TRUST, INC., et al, <br> Defendants. | Civil Action No. 8:21-cv-01778-DKC <br> * |
| | * |

\*\*\*\*\*\*

## ORDER

This matter comes before the Court on Defendants' Victoria United, LLC ("Victoria United"), Bedford United, LLC ("Bedford United"), Hyattsville United, LLC ("Hyattsville United"), and Arbor Management Acquisition Company, LLC ("AMAC") (collectively, the "Hyattsville Defendants") Motion and Incorporated Memorandum of Law for Leave to File Surreply.  Upon consideration of the Motion, any opposition thereto, and any reply in support thereof, it is hereby **ORDERED** that the Hyattsville Defendants' Motion and Incorporated Memorandum of Law for Leave to File Surreply is **GRANTED** and the Surreply shall be docketed as filed.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED.**

Date: _____

_____
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE