IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> ARBOR REALTY TRUST, INC., *et al.* <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

**SECOND SUPPLEMENT TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

*COME NOW* Plaintiffs, by and through undersigned counsel, file this short supplement and attached Affidavit, and state the following:

1. Plaintiffs have moved to open discovery because Bedford Station and Victoria Station—the relevant apartment complexes to this action—have been sold to a third-party who intends to, properly, begin performing maintenance at BVS.

2. Witnesses at the BVS Properties have noticed new ownership conducting inspections in preparation for maintenance and upgrades at the Properties.

3. One of those witnesses is Jesus Gonzalez who has provided an affidavit attesting to the fact that investigation has begun. Plaintiffs suggest that remediation—and the resulting loss of evidence—is forthcoming.

4. The likelihood of the loss of highly probative information is high.

5. If new ownership of the BVS Properties begins to repair the properties before a thorough site inspection(s) can be performed, critical evidence may be lost.

**WHEREFORE**, Plaintiffs respectfully request that the Court GRANT Plaintiff's Motion and compel discovery before the Court rules on the pending Motions to Dismiss because a stay is not

1

2

warranted as the pending motions to dismiss will not be dispositive as to the claims against Bedford and Victoria, and a land inspection is needed before the properties are returned to habitable condition.

          Respectfully submitted,

          **Nidel & Nace, P.L.L.C.**

          */s/ Jonathan Nace*
          Jonathan Nace, Esquire
          Bar Number: 18246
          One Church Street
          Suite 802
          Rockville, MD 20850
          Telephone: (202) 780-5153
          jon@nidellaw.com

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 30th day of June 2022, I caused a copy of the foregoing to be served upon the Court and all parties via ECF service.

                 */s/ Jonathan Nace*
                 Jonathan Nace, Esquire
                 Bar Number: 18246