IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.* | |
| Plaintiffs, | |
| v. | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., *et al.* | |
| Defendants. | |

## AFFIDAVIT OF JESUS GONZALEZ

1. My name is Jesus Gonzalez and I am a tenant at Victoria Station Apartments. My address is 1405 Merrimac Street, # 201, Hyattsville, MD 20783.

2. I am an adult over the age of eighteen and a resident of the State of Maryland.

3. On Tuesday, June 21, the office management as well as maintenance came to take pictures, videos and ask questions to the conditions of my apartment.

4. Since the sale of the BVS Properties to Jair Lynch I have heard from numerous other neighbors that have said that the office and maintenance is doing the same inspection in their apartments.

*I declare under the penalty of perjury that the forgoing is truthful and accurate to the best of my ability.*

*Jesus H Gonzalez*  06/29/2022
Jesus Gonzalez

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**

*/s/ Jonathan Nace*
Jonathan Nace, Esquire
Bar Number: 18246
One Church Street
Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com