IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC.,** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**ARBOR REALTY TRUST, INC.,** *et al.*<br><br>**Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

### THIRD SUPPLEMENT TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

*COME NOW* Plaintiffs, by and through undersigned counsel and with apologies for ongoing supplements, again file this short supplement and state the following:

1. Plaintiffs have moved to open discovery because Bedford Station and Victoria Station—the relevant apartment complexes to this action—have been sold to a third-party who intends to, properly, begin performing maintenance at BVS.

2. Plaintiffs have been attempting to work out an agreement with the current owners to permit inspection prior to any remediation.

3. On July 5, 2022, Plaintiffs' counsel received a letter from counsel for new ownership which indicated that inspection would by Plaintiffs would be denied at this time, and remediation would not be delayed.  *See* Ex. 1.

4. Plaintiffs' concern about loss of evidence appears tragically close for these reasons.

**WHEREFORE**, Plaintiffs respectfully request that the Court GRANT Plaintiff's Motion and compel discovery before the Court rules on the pending Motions to Dismiss because a stay is not warranted as the pending motions to dismiss will not be dispositive as to the claims against Bedford and Victoria, and a land inspection is needed before the properties are returned to habitable condition.

1

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**


*/s/ Jonathan Nace*
Jonathan Nace, Esquire
Bar Number: 18246
One Church Street
Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 6th day of July 2022, I caused a copy of the foregoing to be served upon the Court and all parties via ECF service.

*/s/ Jonathan Nace*
Jonathan Nace, Esquire
Bar Number: 18246