

Nixon Peabody LLP
799 9th Street NW
Suite 500
Washington, DC  20001-5327
**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Louis E. Dolan, Jr.**
Partner

T / 202.585.8818
F / 866.947.3670
ldolan@nixonpeabody.com

July 5, 2022

<u>**Via E-Mail and U.S. Mail**</u>

Mr. Jonathan B. Nace, Esq.
Nidel & Nace P.L.L.C.
One Church Street
Suite 802
Rockville, MD 20850
jon@nidellaw.com

RE: ***CASA De Maryland et al. v. ARBOR Realty Trust, Inc., et al.***, **Civil Action No. 8:21-cv-01778-DKC, in the United States District Court for the District of Maryland**

Dear Mr. Nace:

    This Firm represents 1400 University Boulevard Owner, LLC, a Delaware limited liability company ("Owner") in connection with its recent purchase of the properties known as Bedford United and Victoria United in Hyattsville, Maryland (the "Property"). We write in response to your June 7, 2022 correspondence regarding the above-styled case, in which you request that Owner (1) preserve certain documents and things including electronically stored information ("ESI") related to the Property and Owner's recent acquisition of them, and (2) grant access to you and several of your experts to perform site inspections of the Property before Owner performs any investment, remediation or maintenance to or on the Property.

    With respect to your first request, Owner does not intend to hold off making necessary tenant improvements and repairs to the Property to accommodate your request. However, Owner will preserve all documents associated with any such improvements and repairs in accordance with its routine policy of document preservation. In addition, Owner will preserve ESI including, for example, any photographs, video recordings, assessments, and tenant complaints, in accordance with its existing document preservation policies and practices. This should not be construed as a representation that Owner has or had any such documents in its possession, custody or control.

    Regarding your second request, we understand that your client had the opportunity during the course of the above-referenced litigation, while the Property was still owned by Bedford United, LLC and Victoria United, LLC (collectively, the "Seller"), to request a physical inspection of the Property. Owner is not a party to the litigation and Owner respectfully declines to submit to the inspections you request without a full

4882-8361-9622.5

Mr. Jonathan B. Nace, Esq.
July 5, 2022
Page 2

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

release. Moreover, as stated above, Owner intends to proceed with all necessary improvements and repairs and, in the interests of the tenants of the Property and community, Owner cannot agree to delay any planned capital projects.

We have also been informed that your client has requested a copy of the transaction document ("Purchase Agreement") between Seller and Owner regarding the acquisition of the Property. We respectfully decline this request, as we do not understand the relevance of the Purchase Agreement for your client's purposes. Additionally, the Purchase Agreement is a negotiated document that is proprietary in nature. If desired, please request it from Arbor Realty Trust, Inc., through your ordinary course of discovery in the litigation. We do not agree that it should be produced there, but that is the more reasonable starting point for this request. Perhaps you have already done so.

Please let us know if you would like to further discuss this matter.

Sincerely,

Louis E. Dolan, Jr.
Partner

4882-8361-9622.5