IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA de MARYLAND, INC., et al.    :

                                        :

   v.                              :   Civil Action No. DKC 21-1778

                                          :

ARBOR REALTY TRUST, INC., et al.    :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of September, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The motions to dismiss filed by Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Arbor Management Acquisition Company, LLC, Hyattsville United, LLC, Bedford United, LLC, Victoria United, LLC, and Realty Management Services, Inc., (ECF Nos. 46, 47, 49) BE, and the same hereby ARE, GRANTED IN PART AND DENIED IN PART;

    a. Counts I, II, III, IV, VII, and VIII BE, and the same hereby ARE, DISMISSED;

    b. Count V BE, and the same hereby IS, DISMISSED as against Defendants Arbor Realty Trust, Arbor Realty Limited Partnership, Arbor Realty SR, Arbor Management Acquisition Company, and Hyattsville United and as to Plaintiffs CASA de Maryland and Anita Ramirez;

        c. Count VI BE, and the hereby IS, DISMISSED as to Plaintiff CASA de Maryland;

    2. The motion to compel the opening of discovery filed by Plaintiffs, (ECF No. 67), BE, and the same hereby IS, DENIED;

    3. The motion for leave to file surreply filed by Defendants Arbor Management Acquisition Company, LLC, Hyattsville United, LLC, Bedford United, LLC, and Victoria United, LLC, (ECF No. 72), BE, and the same hereby IS, DENIED; and

    4. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                    /s/
                            DEBORAH K. CHASANOW
                            United States District Judge