IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, Plaintiffs, | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, Defendants. | * | |
| | * | |

******

**CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER THE AMENDED COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, and Realty Management Services, Inc. (collectively, "Defendants"), respectfully request an extension until October 7, 2022 to answer Plaintiffs' First Amended Complaint (ECF No. 43) ("FAC").  In support of this Motion, Defendants state the following:

1. On January 10, 2022, Plaintiffs filed an eight-count FAC in the United States District Court for the District of Maryland, Southern Division, asserting the following individual and putative class member claims against all Defendants: (1) violations of the federal Fair Housing Act, 42 U.S.C. §§ 3601, 3604(a), 3604(b), and 3617; (2) breach of contract; (3) breach of the implied warranty of habitability; (4) breach of contract as third-party intended beneficiaries; and (5) civil conspiracy under the Maryland common law.

2. Defendants filed motions to dismiss the FAC on February 18, 2022 (ECF Nos. 46–49).

3. The Court issued an Order on September 6, 2022 (ECF No. 77), granting in part and denying in part Defendants' motions to dismiss. That Order also denied the motion to compel the opening of discovery filed by Plaintiffs (ECF No. 67).

4. Defendants' Answers to the FAC are currently due on September 20, 2022.

5. Defendants request that they have an extension of time of seventeen (17) days up to and including October 7, 2022 to answer the FAC.

6. Defendants submit that good cause exists in support of the extension of time to answer the FAC. Counsel for Defendants have been diligent in preparing their responses to the FAC. However, due to the length of the FAC—332 paragraphs spanning 159 pages—counsel for Defendants require additional time to respond.[1] Additionally, counsel playing a significant role in the representation of some of the Defendants is currently engaged in a trial that will last for the next seven or more weeks, which significantly impairs their ability to prepare an answer and confer with their clients accordingly. Further, an extension is warranted because many of the parties and their counsel observe the Jewish holidays occurring in September during the contemplated extension, including the High Holy Days of Rosh Hashanah and Yom Kippur. Defendants seek this extension in good faith and upon stated good cause.

7. Pursuant to Local Rule 105.9, counsel for Defendants conferred with Plaintiffs' counsel by email on September 7-9 and 12, 2022, and Plaintiffs consent to the relief requested in this motion but intend to file a response.

---

[1] While the Court's order on the motions to dismiss dismissed some of the claims and parties, in many cases the allegations that require an answer are intertwined with claims that were dismissed, requiring careful review by the Defendants.

8. This request is not sought for delay and no party will be unfairly prejudiced by this request.

Dated: September 12, 2022

Respectfully submitted,

*/s/ John B. Williams III*
John B. Williams III (Bar Number 20916)
Amanda R. Lawrence (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
jwilliams@buckleyfirm.com
alawrence@buckleyfirm.com

Scott T. Sakiyama (*pro hac vice*)
**BUCKLEY LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleyfirm.com

*Counsel for Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.*

*/s/ Ray McKenzie* (signed by John B. Williams III with the permission of Ray McKenzie)
Ray D. McKenzie (Bar Number 21069)
**WTAII PLLC**
P.O. Box 609
Vienna, VA 22183
(202) 868-6369 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson* (signed by John B. Williams III with the permission of Peter W. Tomlinson)
Peter W. Tomlinson (*pro hac vice*)

Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 6th Ave.
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

<u>*/s/ Megan T. Mantzavinos*</u> (signed by John B. Williams III with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
dohara@moodklaw.com

*Counsel for Realty Management Services, Inc.*