IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, <br> Plaintiffs, | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, <br> Defendants. | * | |
| | * | |

\*\*\*\*\*\*

## [PROPOSED] ORDER

This matter comes before the Court on Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, Realty Management Services, Inc. (collectively, "Defendants") Consent Motion for Extension of Time to Answer the Amended Complaint filed on September 12, 2022. Because the Court finds good cause, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendants will have up to and including October 7, 2022 to answer Plaintiffs' Amended Complaint.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED**.

Date: September __, 2022

_____
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE