IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> ARBOR REALTY TRUST, INC., *et al.* <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

**RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

*COME NOW* Plaintiffs, by and through undersigned counsel and state the following:

1. On September 6, 2022, this Court granted in part and denied in part the motions to dismiss of each Defendant in the above captioned matter, which requires each Defendant to Answer the Complaint by September 20, 2022. *See* Fed. R. Civ. P. 12(a)(4) ("…if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action.").

2. On September 8, in response to a request to discuss this cases progression from Plaintiffs' counsel, counsel for Arbor Realty Trust, Inc. requested an extension until October 7, 2022 related to upcoming Jewish Holidays.

3. Plaintiffs are certainly willing to accommodate religious holidays but asked for an agreement to hold the Rule 26(f) Conference without delay and permit the opening of discovery.

4. Defendants demand an extension for their answer but refuse to engage in discovery.

5. Plaintiffs remain concerned about the potential for the destruction of evidence and feel compelled to continue to preserve a record of their concern. *See e.g.*, Doc. 67.

6. Plaintiffs suggest that any loss of evidence will require an adverse inference against the Defendants, including the granting of a Motion for Class Certification.

7. Discovery is also necessary for Plaintiffs to move for class certification, and Plaintiffs suggest that any perceived "as soon as practicable" date is being delayed by Defendants refusal to engage in discovery in the time required by the Rules. *See* Fed. R. Civ. P. 23.

**WHEREFORE**, Plaintiffs consent to the requested extension of time because it would be discourteous to refuse extensions for religious holidays but respond that Defendants pattern of delay continues to cause prejudice and harm to Plaintiffs' desire to progress the litigation.

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**

*/s/ Jonathan Nace*
Jonathan Nace, Esquire
Bar Number: 18246
One Church Street
Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com

## **CERTIFICATE OF SERVICE**

  This is to certify that on this September 12, 2022, I caused a copy of the foregoing to be served upon the Court and all parties via ECF service.

                 */s/ Jonathan Nace*
                 Jonathan Nace, Esquire
                 Bar Number: 18246