# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CASA de Maryland, Inc. et al          *

    **Plaintiff,**

                                *

    **v.**                                        **Case No.**  8:21-cv-01778-DKC

                                *

Arbor Realty Trust, Inc. et al

    **Defendant.**          *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC.

    I certify that I am admitted to practice in this Court.


October 12, 2022
Date

/s/ Sarah B. Meehan
Signature

Sarah B. Meehan (Bar Number 30428)
Printed name and bar number

2001 M Street NW, Suite 500
Washington D.C. 20036
Address

smeehan@buckleyfirm.com
Email address

(202) 349-8000
Telephone number

(202) 349-8080
Fax number