IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, | |
| Plaintiffs, | |
| v. | Civil Action No. DKC-21-01778 |
| ARBOR REALTY TRUST, INC., et al, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS
## CLASS-RELATED ALLEGATIONS

Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Victoria United, LLC, Bedford United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, and Realty Management Services, Inc. ("Defendants") hereby respectfully move, pursuant to Rules 23(c)(1)(A) and 23(d)(1)(D) of the Federal Rules of Civil Procedure, for an order denying with prejudice class certification, dismissing with prejudice the class-related allegations in the Amended Complaint filed by Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran ("Plaintiffs"), and requiring that the Amended Complaint be amended to eliminate allegations about representation of absent persons.

As discussed more fully in the Memorandum of Law filed herewith, the class allegations in the Amended Complaint should be dismissed, and class certification should be denied, because the Amended Complaint fails to plead a certifiable class under Rule 23.  Plaintiffs' remaining state-law claims will require exclusively individualized determinations regarding the conditions of each tenant's apartment unit and each tenant's individual circumstances and,

therefore, cannot meet Rule 23(a)'s threshold requirement of commonality.  Moreover, even if

Plaintiffs could identify a truly "common" question that satisfies Rule 23(a), any such question

would not come close to predominating over the one-by-one inquiries necessary to adjudicate

both liability and damages, thus precluding class certification under Rule 23(b)(3).  Class

certification under Rule 23(b)(1) or (2) is likewise inappropriate because Plaintiffs do not seek

injunctive or declaratory relief in connection with their remaining claims and prosecution of

separate actions by putative class members would not be dispositive of claims by other members.

For these reasons, and those stated in the Memorandum of Law filed by Defendants, which are

incorporated by reference herein, Defendants respectfully request that this Court issue an Order:

denying with prejudice certification of this matter as a class action pursuant to Rule 23(c)(1);

dismissing with prejudice the breach of contract and implied warranty of habitability claims as to

the putative class; dismissing with prejudice the class-related allegations in the Amended

Complaint; requiring that Plaintiffs amend the Amended Complaint to eliminate allegations

about representation of absent persons pursuant to Rule 23(d)(1)(D); and requiring that the action

proceed as to the named Plaintiffs only.

Dated: November 16, 2022              Respectfully submitted,

*/s/ Ray D. McKenzie*
Ray McKenzie (Bar Number 21069)
**WTAII PLLC**
1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson*
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER
LLP**

1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor
Realty Limited Partnership, Arbor Realty SR, Inc.*

*/s/ Amanda R. Lawrence*
Amanda R. Lawrence (*pro hac vice*)
John B. Williams III (Bar Number 20916)
Sarah B. Meehan (Bar Number 30428)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C.  20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@buckleyfirm.com
alawrence@buckleyfirm.com
jwilliams@buckleyfirm.com

Scott T. Sakiyama (*pro hac vice)*
**BUCKLEY LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleyfirm.com

*Counsel for Bedford United, LLC, Victoria United,
LLC, Hyattsville United, LLC, and Arbor
Management Acquisition Company, LLC*

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY &
KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com

*Counsel for Realty Management Services, Inc.*