**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, | |
| Plaintiffs, | |
| vs. | Civil Action No. DKC-21-01778 |
| ARBOR REALTY TRUST, INC., et al, | |
| Defendants. | |

**[PROPOSED] ORDER**

This matter comes before the Court on a Motion to Dismiss Class-Related Allegations

(the "Motion") filed by Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership,

Arbor Realty SR, Inc., Victoria United, LLC, Bedford United, LLC, Hyattsville United, LLC,

Arbor Management Acquisition Company, LLC, and Realty Management Services, Inc.,

pursuant to Rules 23(c)(1)(A) and 23(d)(1)(D) of the Federal Rules of Civil Procedure (the

"Rules"), to deny with prejudice class certification, to dismiss with prejudice the Amended

Complaint's class-related allegations, and to require that the Amended Complaint be amended to

eliminate allegations about representation of absent persons.

Upon due consideration of the Motion and the accompanying Memorandum of Law in

support of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED** and it is further

**ORDERED** that certification of this matter as a class action pursuant to Rule 23(c)(1) is

hereby **DENIED** with prejudice; that the breach of contract and implied warranty of habitability

claims are hereby **DISMISSED** with prejudice as to the putative class; that the class-related

allegations in the Amended Complaint are hereby **DISMISSED** with prejudice; that, pursuant to

Rule 23(d)(1)(D), Plaintiffs amend the Amended Complaint to eliminate allegations about

representation of absent persons; and that the action proceed as to the named Plaintiffs only.


Dated: _____          _____
                                                    Honorable Deborah K. Chasanow
                                                    United States District Judge
                                                    District of Maryland