# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC.**, *et al.*, | |
| *Plaintiffs* | **Civil Action No. 8:21-cv-01778-DKC** |
| v. | |
| **ARBOR REALTY TRUST, INC.**, *et al.*, | |
| *Defendants* | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Kieran E. Fox, and Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. as counsel for Defendant Realty Management Services, Inc.

> Respectfully submitted,
>
> **MARKS, O'NEILL, O'BRIEN,**
> **DOHERTY & KELLY, P.C.**
>
> */s/ Kieran E. Fox*
> Megan T. Mantzavinos (Bar No. 16416)
> mmantzavinos@moodklaw.com
> Kieran E. Fox (Bar No. 23993)
> kfox@moodklaw.com
> 600 Baltimore Avenue, #305
> Towson, Maryland 21204
> (410) 339-6880
> *Attorneys for Defendant*

{M0324637.1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November 2022, a copy of the foregoing Defendant's Notice of Entry of Appearance was filed electronically and served via CM/ECF system to all parties.

                                              */s/ Kieran E. Fox*
                                                 Kieran E. Fox