IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 8:21-CV-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS CLASS ALLEGATIONS**

Plaintiffs, with consent of all Defendants respectfully move for an extension until December 9, 2022, to respond to Defendants' Motion to Dismiss Class-Related Allegations (ECF No. 89). In support of this Motion, Plaintiffs state the following:

1. This is an action related to Defendants' duty to Plaintiffs under their lease agreements and under the warranty of habitability.

2. The Amended Complaint includes class allegations on behalf of the residents at Bedford and Victoria Station in Prince George's County, Maryland.

3. On November 16, 2022, Defendants moved to dismiss the class claims for breach of contract and breach of the implied warranty of habitability under Fed. R. Civ. P. 23(c)(1) and 23(d)(1)(D).

4. Under U.S. District Court of Maryland Local Rule 105-2, Plaintiffs have until November 30, 2022, to respond to Defendants' Motion to Dismiss Class-Related Allegations.

5. Plaintiffs seek an approximately ten-day extension to file any response or opposition by December 9, 2022.

6. Defendants consent to this request.

**WHEREFORE**, Plaintiffs respectfully request an extension of time until December 9, 2022 to respond to Defendants' Motion to Dismiss Class-Related Allegations.

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**

/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary A. Kelsay, Esquire
Bar Number: 30460
One Church Street Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

P. Joseph Donahue (Bar Number 06245)
**The Donahue Law Firm, LLC**
18 West Street
Annapolis, Maryland 21401
(410) 280-2023 (Telephone)
pjd@thedonahuelawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2022, I served a copy of the foregoing upon all parties and the Court via ECF.

/s/ Jonathan B. Nace
Jonathan B. Nace (Bar No. 18246)