IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC., et al,** | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: 8:21-CV-01778-DKC |
| **ARBOR REALTY TRUST, INC., et al,** | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

UPON CONSIDERATION OF *Plaintiffs' Consent Motion to Extend Time to Respond to Defendant's Motion to Add Affirmative Defenses*, Plaintiffs' motion is hereby

**GRANTED.** AND IT IS

**FURTHER ORDERED** that Plaintiffs' response shall be filed on or before December 9, 2022.

_____
Hon. Deborah K. Chasanow