IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA de MARYLAND, INC., ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ARBOR REALTY TRUST, INC., ET AL.<br><br>Defendant | Civil Case No.: 8:21-cv-01778-CBD |

## WITHDRAWAL OF APPEARANCE

Please WITHDRAW THE APPEARANCE of Thomas J. Pie of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., in this matter on behalf of Defendant, Realty Management Services, Inc. Megan T. Mantzavinos and Kieran E. Fox will remain counsel for Defendant, Realty Management Services, Inc.

    Respectfully submitted,

    **MARKS, O'NEILL, O'BRIEN,**
    **DOHERTY & KELLY, P.C.**

By:   */s/ Megan T. Mantzavinos* _____
      Megan T. Mantzavinos, Esquire (Bar #: 16416)
      mmantzavinos@moodklaw.com
      600 Baltimore Avenue, #305
      Towson, Maryland  21204
      (410) 339-6880
      *Attorney for Defendant, Realty Management Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of November 2022, a copy of Defendant Realty Management Services, Inc., Notice of Withdrawal of Appearance was electronically filed and mailed via first class mail postage prepaid to:

P. Joseph Donahue, Esquire
The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
pjd@thedonahuelawfirm.com

Jonathan Nace, Esquire
Nidel & Nace, P.L.L.C.
One Church Street
Suite 802
Rockville, MD 20850
jon@nidellaw.com

                                              */s/ Megan T. Mantzavinos*
                                              Megan T. Mantzavinos, Esquire

{M0335283.1}