**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

CASA DE MARYLAND, INC., et al,

                Plaintiffs,

    v.

ARBOR REALTY TRUST, INC., et al,

                Defendants.

Civil Action No. DKC-21-01778

**DEFENDANTS' MOTION FOR**
**ENTRY OF PROTECTIVE ORDER**

Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Victoria United, LLC, Bedford United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, and Realty Management Services, Inc. ("Defendants") hereby respectfully move this Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 104.13, to enter Defendants' proposed Protective Order.

As discussed more fully in the Memorandum of Law filed herewith, Defendants request entry of their proposed Protective Order to ensure the confidentiality of their appropriately-designated business and commercially-sensitive information.  Federal courts recognize the importance of utilizing protective orders to accomplish this goal.  Indeed, the proposed Protective Order is based upon this Court's model protective order set forth in Appendix D of the Local Rules ("Model Order").  For these reasons, and those stated in the accompanying Memorandum of Law, which are incorporated by reference herein, Defendants respectfully request that this Court issue an Order entering Defendants' proposed Protective Order pursuant to Rule 26(c) and Local Rule 104.13.

Dated: December 2, 2022                Respectfully submitted,

*/s/ Ray McKenzie*
Ray McKenzie (Bar Number 21069)
**WTAII PLLC**
1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson*
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

*/s/ Amanda R. Lawrence*
Amanda R. Lawrence (*pro hac vice*)
Sarah B. Meehan (Bar Number 30428)
John B. Williams III (Bar Number 20916)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C.  20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@buckleyfirm.com
alawrence@buckleyfirm.com
jwilliams@buckleyfirm.com

Scott T. Sakiyama (*pro hac vice)*
**BUCKLEY LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleyfirm.com

14029537

*Counsel for Defendants Bedford United, LLC,*
*Victoria United, LLC, Hyattsville United, LLC, and*
*Arbor Management Acquisition Company, LLC*

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY &**
**KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com

*Counsel for Realty Management Services, Inc.*

14029537