IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ARBOR REALTY TRUST, INC., et al,<br><br>　　　　　　　　　Defendants. | Civil Action No. DKC-21-01778 |

**DEFENDANTS' CERTIFICATE OF CONFERENCE OF COUNSEL PURSUANT TO LOCAL RULE 104.7**

Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Victoria United, LLC, Bedford United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, and Realty Management Services, Inc. ("Defendants") state as follows:

a. On the morning of Tuesday, November 22, 2022, at approximately 10 a.m. Eastern Time, the parties conducted a discovery conference via telephone regarding the subject discovery dispute. Counsel of record Muhammad Faridi of Patterson Belknap Webb & Tyler LLP participated for Defendants, and counsel of record Jonathan Nace of Nidel & Nace PLLC participated for Plaintiffs. During the conference, the parties conferred in good faith, but agreed that the negotiations surrounding the dispute had reached a standstill and that the dispute would require motion practice.

b. On Friday December 2, 2022, Muhammad Faridi informed Jonathan Nace via email of Defendants' intent to file the accompanying motion, and of Defendants'

understanding that Plaintiffs' would oppose the motion. Also on Friday December 2, 2022, Jonathan Nace acknowledged Muhammad Faridi's email.

c. The issue requiring resolution by the Court is the entry of Defendants' proposed Protective Order, which proposal includes terms ensuring adequate protection to Defendants' confidential material exchanged during discovery. Plaintiffs object to these terms.

Dated: December 2, 2022                     Respectfully submitted,

*/s/ Ray McKenzie*
Ray McKenzie (Bar Number 21069)
**WTAII PLLC**
1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson*
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc.*

*/s/ Amanda R. Lawrence*
Amanda R. Lawrence (*pro hac vice*)
Sarah B. Meehan (Bar Number 30428)
John B. Williams III (Bar Number 20916)

**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@buckleyfirm.com
alawrence@buckleyfirm.com
jwilliams@buckleyfirm.com

Scott T. Sakiyama (*pro hac vice*)
**BUCKLEY LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleyfirm.com

*Counsel for Defendants Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, and Arbor Management Acquisition Company, LLC*

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com

*Counsel for Realty Management Services, Inc.*

14031921