IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CASA DE MARYLAND, INC., et al,** | * | |
|     Plaintiffs | * | |
| v. | * | Civil Action No.: 8:21-CV-01778-DKC |
| **ARBOR REALTY TRUST, INC., et al,** | * | Declaration of Joshua Julius. |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

# DECLARATION OF JOSHUA JULIUS

I, Joshua Julius, solemnly declare that the contents of this document are true and correct and hereby declare as follows:

1. Bedford and Victoria Station is an apartment complex located in Langley Park, Maryland.
2. On July 20 and 21, 2022, I inspected twenty-one apartments within the complex. I understand that the apartments that were inspected had been identified by Casa de Maryland as typical of maintenance practices at Bedford and Victoria Station. The inspection consisted of a visual inspection for health hazards including water damage, microbial growth, rodent infestation, insect infestation, and peeling, flaking or chipping paint. The inspection also included a screening for elevated moisture in accessible building materials using an infrared camera and pinless moisture meter.
3. Of the twenty-one apartments inspected, each apartment was found to have at least one condition associated with poor maintenance practices that would be expected to increase health risks to occupants. Evidence of water damage and/or elevated moisture content were found in all twenty-one apartments. The defects located in these twenty-one apartments made the apartments uninhabitable.
4. The findings of the inspections of the twenty-one apartments suggest a pattern of substandard maintenance resulting in increased health risks for occupants.
5. Inspections of randomly selected apartments within the complex would allow for a more conclusive evaluation of health risks associated with building conditions and maintenance practices.

Signature:_____  __December 8, 2022_____
          Joshua K. Julius                                                                              Date