# Field & Tung Structural Engineers

**1210 18th Street NW, Third Floor, Washington, DC 20036**
**202-760-2270    www.FieldTung.com**

7 December 2022

Jonathan Nace
Nidel & Nace, PLLC



One Church Street
Suite 802
Rockville, MD 20850
202-780-5153
jon@nidellaw.com

RE:     Affidavit of Condition
        Bedford and Victoria Station Multi-Family Housing Complex
        8151 15th Avenue
        Hyattsville, MD 20783
        F&T Project Number: 21249.00

Dear Jonathan Nace,

We are pleased to present this affidavit outlining the building conditions for the above referenced Housing Complex.

Field & Tung Structural Engineers is an engineering firm based in Washington, DC which often performs structural condition assessments and produces reports based on findings. On July 20, 2022 and July 21, 2022 members of Field & Tung visited multiple units in the twelve building belonging to the Bedford and Victoria Station Multi-Family Housing Building Complex.

What Field & Tung saw are conditions which clearly indicate that the buildings and grounds of the Bedford and Victoria Station Multi-Family Housing Complex have not been adequately maintained and the units are not occupiable. There are several areas of deficiencies including but not limited to rodent and insect infestations, signs of structural failure and damage, health hazards due to mold, and inoperable utilities and equipment.

Although there may be disparities on the exact findings between units, all units that were visited are uninhabitable. What Field & Tung employees saw demonstrates a common course of the

**Field & Tung** Structural Engineers

Jonathan Nace
Affidavit of Condition, Bedford and Victoria Station
7 December 2022, Page 2 of 2

defendants as a whole. With more evidence and visits, Field & Tung expects to find similar results in additional units.

Please do not hesitate to contact me with any questions or comments you may have regarding the above.

Sincerely,

**Field & Tung Structural Engineers**

Kim Colette, PE
Project Engineer

Jaw (Jon) Tung, PE
Principal