# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

## **PROPOSED ORDER**

UPON CONSIDERATION OF *Plaintiffs' Opposition to Defendants' Motion to Dismiss Class-Related Allegations*, Defendants' motion is hereby

**DENIED.**

_____
Hon. Deborah K. Chasanow