IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

## REQUEST FOR HEARING

Pursuant to L.R.Civ.P. 105.6, Plaintiffs respectfully request a hearing on all issues raised in Defendants' Motion to Dismiss Class-Related Allegations (ECF 89).

Respectfully submitted,

/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary A. Kelsay, Esquire
Bar Number: 30460
**Nidel & Nace, PLLC**
One Church Street Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

P. Joseph Donahue
Bar Number 06245
**The Donahue Law Firm, LLC**
18 West Street
Annapolis, Maryland 21401
Telephone: (410) 280-2023
pjd@thedonahuelawfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      This shall certify that on this 9th day of December 2022, I served a copy of the foregoing upon all parties and the Court via ECF.

                                        /s/ Jonathan B. Nace
                                        Jonathan B. Nace (Bar No. 18246)