IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al,<br><br>  Plaintiffs,<br><br>v.<br><br>ARBOR REALTY TRUST, INC., et al,<br><br>  Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

**CONSENT MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLASS ALLEGATIONS**

*COME NOW* Plaintiffs, by and through undersigned counsel, and respectfully move for leave to supplement their *Opposition to Defendants' Motion to Dismiss Class Allegations* to be filed on December 9, 2022, with the declaration of Anita Singh, PhD by December 16, 2022. In support of this, Plaintiffs state the following:

1. This is proposed class action that is currently in discovery.

2. Defendants filed their Motion to Dismiss Class allegations on November 16, 2022. ECF No. 89.

3. Plaintiffs filed their consent motion to extend the deadline to file their opposition on November 22, 2022. ECF No. 91.

4. The Court granted Plaintiffs' motion for an extension to file by December 9, 2022. ECF No. 92.

5. Part of Plaintiffs' opposition relies on the declarations of three experts.

6. Of those three experts, Anita Singh, PhD needs additional time to complete her declaration because of an unexpected illness.

7. Dr. Singh is an expert in environmental statistics and her declaration explains to the Court

how representative sampling is a valid and reliable method for assessing environmental impacts without the need for individual testing.

8. The other two experts' declarations will be filed with Plaintiffs' Opposition on December 9, 2022.

9. Plaintiffs, therefore, move for leave to file a supplement their Opposition merely with the declaration of Anita Singh, PhD by December 16, 2022.

10. Defendants consent to the relief requested.

**WHEREFORE**, Plaintiffs move for leave to supplement their Opposition to Defendants' Motion to Dismiss Class Allegations on or before December 16, 2022.

Respectfully submitted,

/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary A. Kelsay, Esquire
Bar Number: 30460
**Nidel & Nace, PLLC**
One Church Street Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

P. Joseph Donahue
Bar Number 06245
**The Donahue Law Firm, LLC**
18 West Street
Annapolis, Maryland 21401
Telephone: (410) 280-2023
pjd@thedonahuelawfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  This shall certify that on this 9th day of December 2022, I served a copy of the foregoing upon all parties and the Court via ECF.

               /s/ Jonathan B. Nace
               Jonathan B. Nace (Bar No. 18246)