# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al,<br><br>    Plaintiffs,<br><br>v.<br><br>ARBOR REALTY TRUST, INC., et al,<br><br>    Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

## PROPOSED ORDER

UPON CONSIDERATION OF *Plaintiffs' Motion for Leave to Supplement Plaintiffs' Opposition to Defendant's Motion to Strike Class Allegations*, Plaintiffs' motion is hereby

**GRANTED.** AND IT IS

**FURTHER ORDERED** that Plaintiffs' may file the declaration of Anita Singh, PhD on or before December 16, 2022.

                                              _____
                                              Hon. Deborah K. Chasanow