IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |

******

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, and Realty Management Services, Inc. (collectively, "Defendants"), respectfully request an extension until January 4, 2023 to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Class-Related Allegations (ECF No. 96).  In support of this Motion, Defendants state the following:

1. On November 16, 2022 Defendants filed a Motion to Dismiss Class-Related Allegations (ECF No. 89).

2. On December 9, 2022 Plaintiffs filed an Opposition to Defendants' Motion to Dismiss Class-Related Allegations (ECF No. 96) ("Opposition").

3. On December 9, 2022 Plaintiffs also filed a Consent Motion for Leave to Supplement their Opposition (ECF No. 98) and the Court granted this motion on December 12, 2022, setting a deadline for the supplement of December 16, 2022 (ECF No. 99).

4. Defendants' reply to the Opposition is currently due December 23, 2022.

1

5.       Defendants request an extension of time of 12 days up to and including January 4, 2023 to file their reply.

6.       Defendants submit that good cause exists due to the upcoming holidays and Plaintiffs' planned supplementation of their Opposition on December 16.

7.       Defendants seek this extension in good faith and upon stated good cause.

8.       Pursuant to Local Rule 105.9, counsel for Defendants conferred with Plaintiffs' counsel by email on December 9, 2022, and Plaintiffs consent to the relief requested in this motion.

9.       This request is not sought for delay and no party will be unfairly prejudiced by this request.

Dated: December 13, 2022                    Respectfully submitted,

*/s/ John B. Williams III*
John B. Williams III (Bar Number 20916)
Sarah B. Meehan (Bar Number 30428)
Amanda R. Lawrence (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C.  20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
jwilliams@buckleyfirm.com
smeehan@buckleyfirm.com
alawrence@buckleyfirm.com

Scott T. Sakiyama (*pro hac vice*)
**BUCKLEY LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleyfirm.com

*Counsel for Defendants,*
*Bedford United, LLC*
*Victoria United, LLC*
*Hyattsville United, LLC*
*Arbor Management Acquisition Company, LLC*

*/s/ Ray McKenzie*     (signed by John B. Williams III with the permission of Ray McKenzie)
Ray McKenzie (Bar Number 21069)
**WTAII PLLC**
1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*/s/ Peter W. Tomlinson*
(signed by John B. Williams III with the permission of Peter W. Tomlinson)
Peter W. Tomlinson (pro hac vice)
Muhammad U. Faridi (pro hac vice)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc.*

*/s/ Megan T. Mantzavinos*
(signed by John B. Williams III with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com

*Counsel for Realty Management Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 13th day of December, 2022 through the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ *John B. Williams III*
John B. Williams III (Bar Number 20916)

*Counsel for Defendants*,
*Bedford United, LLC*
*Victoria United, LLC*
*Hyattsville United, LLC*
*Arbor Management Acquisition Company, LLC*