IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |

******

## PROPOSED ORDER

UPON CONSIDERATION OF Defendants' Consent Motion for Extension of Time to reply to Plaintiffs' Opposition to Motion to Dismiss Class-Related Allegations, Defendants' motion is hereby

**GRANTED.** AND IT IS

**FURTHER ORDERED** that Defendants' reply shall be filed on or before January 4, 2023.

_____
Hon. Deborah K. Chasanow