IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC-TJS |

### SUPPLEMENT TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLASS-RELATED ALLEGATIONS

*COME NOW* Plaintiffs, and pursuant to their previously filed *Consent Motion for Leave to Supplement Plaintiffs' Opposition to Defendants' Motion to Dismiss Class Allegations* (ECF #98), and the Court's Order Granting Leave (ECF #99), attached is the Declaration of Anita Singh, Ph.D., ADI NV INC. Plaintiffs discussed Dr. Singh's declaration in their previously filed *Opposition to Defendants' Motion to Dismiss Class Allegations* and kindly refer the Court to their opposition. *See* ECF #96, pp. 13-14.

Respectfully submitted,

/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary A. Kelsay, Esquire
Bar Number: 30460
**Nidel & Nace, PLLC**
One Church Street Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

P. Joseph Donahue
Bar Number 06245
**The Donahue Law Firm, LLC**
18 West Street

Annapolis, Maryland 21401
Telephone: (410) 280-2023
pjd@thedonahuelawfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      This shall certify that on this 16th day of December 2022, I served a copy of the foregoing upon all parties and the Court via ECF.

      /s/ Jonathan B. Nace
      Jonathan B. Nace (Bar No. 18246)