### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CASA DE MARYLAND, INC., et al,** | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No.: 8:21-CV-01778-DKC |
| **ARBOR REALTY TRUST, INC., et al,** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF ANITA SINGH PH.D., ADI NV INC

I, Anita Singh, solemnly declare that the contents of this document are true and correct and hereby declare as follows:

1. My name is Anita Singh. I have over 40 years of experience as an academician, industrial, applied, and environmental statistician.

2. I received MS and PhD (1978) degrees in statistics from Purdue University, West Lafayette, Indiana.

3. During 1980-1991, I was a professor of statistics at the New Mexico Institute of Mining and Technology, New Mexico.

4. From 1991-2017, I worked for Lockheed Martin as an environmental statistician and researcher.

5. Since 1991, I have been providing statistical expertise and guidance to environmental scientists and researchers of several state and government agencies including USEPA, USDOE, and USACE.

6. I have provided statistical guidance/assistance to USEPA regional program managers (RPMs) and scientists for over two hundred Superfund-Comprehensive Environmental

      Response, Compensation, and Liability Act (CERCLA) sites and Resource Conservation and Recovery (RCRA) sites.

7. For USEPA, I have developed two widely used statistical software packages: Scout 2008 v 1.00.01 (2009) and ProUCL 5.1 (2016) to address data analytic, sampling design, site characterization, background evaluations, exposure and risk management and dose-response modeling needs of environmental site projects.

8. I have taught many short courses and workshops and given numerous technical presentations at professional statistical and environmental meetings. I have reviewed numerous reports and documents prepared by the consultants of the responsible parties and by state and government agencies. For USEPA, I have prepared technical documents for some sites involved in litigation.

9. Statistical science is used on subsets (samples) representing a population (e.g., apartment complexes, batch of drums containing hazardous waste, contaminated sites) under investigation. Due to the limitation of resources including time and funds, it is neither feasible nor necessary to evaluate the entire population (e.g., all individual apartments). In practice, decisions (contaminated or uncontaminated site; accepting or rejecting apartments suitable for living) about a population are derived based upon representative samples drawn from that population. Like most disciplines, the use of representative samples to derive conclusions about an environmental population (e.g., polluted site, community of degraded apartments) is a well-established and accepted practice (e.g., USEPA, DOD and State EPAs). These environmental agencies have been using sampling design theory and methods since at least 5 decades. The use of an appropriate sampling method (e.g., random, stratified, acceptance) depends upon the

> type/medium of the population (e.g., apartment buildings, contaminated soils) and project needs. Numerous journal articles, documents developed by USEPA, and books are available describing various sampling theory and methods used to develop representative sampling designs. Some references are included in this declaration.

10. I understand that there are about 580 individual apartments which were owned and managed by the same entities and pursuant to the same policies that establish a common course of conduct towards the individual properties. All apartments are comparable in their structures, age and living conditions representing a single population.

11. With that common course of conduct towards the individual apartments representing a single population, sampling does permit a statistician to opine to a reasonable degree of certainty/confidence that the 580 apartments suffer the same or similar failures or that they are unsafe without remediation if the sampling supports that.

12. In addition to my experience with developing sampling designs and performing statistical evaluations for CERCLA and RCRA sites, numerous authorities, and literature (see references) support the use of representative sampling to determine if individual apartment suffer from the same or similar failures resulting in unsafe living conditions.

13. As noted earlier, in environmental assessment, decisions about the population are based upon statistically determined representative samples. For the present apartment complexes population involving the determination of the unsafe hazardous living conditions in individual apartments, one should use variable acceptance sampling which is used when the cost of inspecting all items (apartments) is high and time consuming.

14. The idea behind acceptance sampling is simple. Instead of inspecting every apartment, a random sample of apartments obtained using an appropriate sampling design will be inspected. When a pre-determined percentage (5%, 2% etc.) of unsafe apartments (defective units) in the sample is low enough (e.g., <5% etc.), then it can be determined with high confidence that most of the apartments represent apartments with safe living conditions. When the percentage of unsafe apartments is greater than the pre-specified percentage, it is concluded that the population of apartment complexes is unsafe requiring corrective actions.

Signature: _Anita Singh_____  _____

Name                                                                                         Date

**References:**

Cochran, W.G. (1977). *Sampling Techniques*, Third Edition. John Wiley.

Deming, E.D. (2010). *Some Theory of Sampling*. Dover Publications.

Eraldo Banovac and Drazan Kozak (2008). *An Analytic review of the characteristics of the Lot Acceptance Sampling Plans used for acceptance of large lots*. International Review of Electrical Engineering, Vol 3, No. 6.

Gilbert, R.O. (1987). *Statistical Methods for Environmental Pollution Monitoring*. Van Nostrand Reinhold.

Montgomery, D.C. (2009). *Statistical Quality Control, a Modern Introduction.* John Wiley.

Thompson, S. K. (2012). *Sampling*. John Wiley.

U.S. Environmental Protection Agency (USEPA), Environmental Monitoring Systems Laboratory. 1989b. *Soil Sampling Quality Assurance User's Guide*. Washington, DC (EPA/600/8-69/046).

Case 8:21-cv-01778-DKC   Document 102-1   Filed 12/16/22   Page 5 of 5