IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| _____ | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. _____ |
| | * | |
| _____ | | |
| **Defendant.** | * | |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the _____

    I certify that I am admitted to practice in this Court.

_____         *Jonathan Riedel*
Date                               Signature

                                         _____
                                         Printed name and bar number

                                         _____
                                         Address

                                         _____
                                         Email address

                                         _____
                                         Telephone number

                                         _____
                                         Fax number