

# WTAII

## 1101 WILSON BLVD., NO. 968
## ARLINGTON, VA 22209

WARREN T. ALLEN II*†‡
WARREN.ALLEN@WTAII.COM
DIRECT: (202) 869-1738

RAY D. MCKENZIE*°‡
RAY.MCKENZIE@WTAII.COM
DIRECT: (202) 868-6369

GARY A. RUBIN*§
GARY.RUBIN@WTAII.COM
DIRECT: (214) 764-9807

VIRGINIA
DISTRICT OF COLUMBIA
MARYLAND
TEXAS

January 20, 2023

Re: *CASA v. Arbor Realty Trust, Inc. et al*,
21-CV-01778-DKC (D. Md.)

**Via ECF**

Hon. Timothy J. Sullivan
United States District Court
District of Maryland
6500 Cherrywood Lane
Suite 335A
Greenbelt, Maryland 20770

Dear Judge Sullivan:

    Pursuant to your instructions during the telephone conference held before you on Friday, January 13, 2023 (*see* ECF No. 109), the parties jointly submit for your review the enclosed stipulated and proposed order regarding confidentiality of discovery material.

---

* ADMITTED IN THE DISTRICT OF COLUMBIA
† ADMITTED IN MARYLAND
° ADMITTED IN MARYLAND (U.S. DISTRICT COURT ONLY)
‡ ADMITTED IN VIRGINIA
§ ADMITTED IN TEXAS (INACTIVE IN DELAWARE AND MARYLAND)

Hon. Timothy J. Sullivan
January 20, 2023
Page 2

      Separately, the parties jointly submit for your review the enclosed stipulated and proposed order regarding non-waiver of attorney-client privilege and work product protection.

                                Respectfully submitted,

                                /s/  Ray D. McKenzie
                              WTAII PLLC
                              By Ray D. McKenzie