# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |

******

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants, VICTORIA UNITED, LLC, BEDFORD UNITED, LLC, HYATTSVILLE UNITED, LLC, and ARBOR MANAGEMENT ACQUISITION COMPANY, LLC.

I certify that I am admitted to practice in this Court.

January 23, 2023 _____          _____
Date                                         Signature

                                             Gregory S. Emrick (Bar No. 28860)
                                             Printed name and Bar Number

                                             Offit Kurman, PC
                                             Office name

                                             300 E. Lombard Street, Suite 2010
                                             Baltimore, Maryland 21202
                                             Address

                                             Gregory.emrick@offitkurman.com
                                             Email Address

                                             (410) 209-6418
                                             Telephone number

                                             (410) 209-6435
                                             Fax Number