IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |

******

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants, VICTORIA UNITED, LLC, BEDFORD UNITED, LLC, HYATTSVILLE UNITED, LLC, and ARBOR MANAGEMENT ACQUISITION COMPANY, LLC.

I certify that I am admitted to practice in this Court.

January 23, 2023  
Date

/s/ Ian Thomas  
Signature

Ian Thomas (Bar No. 03883)  
Printed name and Bar Number

Offit Kurman, PC  
Office name

1325 G Street, NW, Suite 500  
Washington, DC 20005  
Address

ithomas@offitkurman.com  
Email Address

(202) 900-8592  
Telephone number

(202) 393-2104  
Fax Number

4862-5703-9180, v. 1