IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>　　　Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>　　　Defendants. | * | |

******

# MOTION FOR ADMISSION *PRO HAC VICE*

I, GREGORY EMRICK, ESQ., am a member in good standing of the bar of this Court. I am moving the admission of WARREN KOSHOFER, ESQ. to appear *pro hac vice* in this case as counsel for DEFENDANTS VICTORIA UNITED, LLC, BEDFORD UNITED, LLC, HYATTSVILLE UNITED, LLC, and ARBOR MANAGEMENT ACQUISITION COMPANY, LLC (collectively, the "HYATTSVILLE DEFENDANTS").

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| *State Court & Date of Admission* | *U.S. Court & Date of Admission* |
|---|---|
| New Jersey – 1989 | USDC, DNJ – 1989 |
| New York – 1989 | USDC, SDNY & EDNY – 1990 |
| Pennsylvania – 1999 | USCA, 3rd Circuit – 1990 |
| California – 2001 | USDC, CDCA – 2001 |
| | USDC, SDCA & EDCA -- 2009 |
| | USCA, 9th Circuit -- 2010 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ZERO time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or Ian Thomas, Esq. (Bar Number 03883) or Timothy Willman, Esq., (Bar Number 21088), who are also members of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

8.  **The $100.00 fee for admission *pro hac vice* accompanies this motion.**

9.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| Gregory Emrick (Bar Number 28860) | Warren Koshofer |
| Printed name and bar number | Printed name |
| Offit Kurman, PC | Offit Kurman, PC |
| Office name | Office name |
| 300 E. Lombard Street, Suite 2010 | 1801 Market Street, Suite 2300 |
| Baltimore, MD 21202 | Philadelphia, PA 19103 |
| Address | Address |
| (410) 209-6400 | (267) 338-1300 |
| Telephone number | Telephone number |
| (410) 209-6435 | (267) 338-1335 |
| Fax Number | Fax Number |
| Gregory.Emrick@offitkurman.com | warren.koshofer@offitkurman.com |
| Email Address | Email Address |

2