IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, Defendants. | * | |

******

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants, VICTORIA UNITED, LLC, BEDFORD UNITED, LLC, HYATTSVILLE UNITED, LLC, and ARBOR MANAGEMENT ACQUISITION COMPANY, LLC.

I certify that I am admitted to practice in this Court.

January 23, 2023 _____
Date

_/s/ Timothy R. Willman_
Signature

Timothy Willman (Bar No. 21088)
Printed name and Bar Number

Offit Kurman, PC
Office name

300 E. Lombard Street, Suite 2010
Baltimore, Maryland 21202
Address

Timothy.willman@offitkurman.com
Email Address

(410) 209-6495
Telephone number

(410) 209-6435
Fax Number