## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

CASA DE MARYLAND, INC., et al,
      Plaintiffs          *

             v.           *      Civil Action No. 8:21-cv-01778-DKC

ARBOR REALTY TRUST, INC., et al,
      Defendants.      *

                ******

## CORRECTED ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Enter my appearance as counsel in this case for Defendants, VICTORIA UNITED, LLC, BEDFORD UNITED, LLC, HYATTSVILLE UNITED, LLC, and ARBOR MANAGEMENT ACQUISITION COMPANY, LLC.

      I certify that I am admitted to practice in this Court.


January 24, 2023                 /s/ Ian Thomas
Date                            Signature

                                    Ian Thomas (Bar No. 03883)
                                    Printed name and Bar Number

                                    Offit Kurman, PC
                                    Office name

                                    1325 G Street, NW, Suite 500
                                    Washington, DC 20005
                                    Address

                                    ithomas@offitkurman.com
                                    Email Address

                                    (202) 900-8592
                                    Telephone number

                                    (202) 393-2104
                                    Fax Number

4859-0892-5772, v. 1