IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civil Action No. DKC-21-01778 |

### DEFENDANTS' CERTIFICATE OF CONFERENCE OF COUNSEL PURSUANT TO LOCAL RULE 104.7

Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Victoria United, LLC, Bedford United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, and Realty Management Services, Inc. ("Defendants") state as follows:

a. On the afternoon of Friday, January 20, 2023, at approximately 5 p.m. Eastern Time, the parties conducted a discovery conference via telephone regarding the subject discovery dispute, whereby counsel of record for Plaintiffs Jonathan Paul Riedel of CASA de Maryland, Inc. ("CASA") telephoned counsel of record for Defendants Muhammad Faridi of Patterson Belknap Webb & Tyler LLP.  During the conference, Messrs. Faridi and Riedel conferred in good faith, and reached a preliminary agreement in principle regarding the implementation of an ethical screen that would prevent the legal team at CASA involved with this case (*i.e.*, Mr. Riedel and his two supervisors, and the paralegals assisting Mr. Riedel with this litigation) from sharing

any of Defendants' information with the other departments at CASA, including the advocacy and communications departments.

b. On Tuesday January 24, 2023, at 8:11 a.m. Eastern Time, Mr. Faridi wrote an email to Mr. Riedel stating the following: "Jonathan — just writing to follow up on our discussion from Friday.  We can revise the ethical screen stipulation along the line I proposed on Friday, but we need to know your position.  Can you please let me know as soon as you can.  Best, Muhammad." Mr. Riedel neither acknowledged nor responded to Mr. Faridi's email.

c. Subsequently, on Tuesday January 24, 2023, at 9:52 a.m. Eastern Time, another attorney of record, Jonathan Nace of Nidel & Nae P.L.L.C., wrote an email to all defendants, stating that plaintiffs counsel would refuse to sign any ethical screening order.

d. In light of Mr. Nace's email, negotiations surrounding the dispute have reached a standstill, and Court intervention is needed.

e. The issue requiring resolution by the Court is the implementation of an ethical screening order between Mr. Riedel (and those paralegals working with him on this litigation) and the rest of CASA.  Plaintiffs' counsel refuse to enact such an ethical screen, despite stating their intent to do so during the telephone hearing before this Court held on January 13, 2023.

Dated: January 26, 2023           Respectfully submitted,

                                           /s/ Ray McKenzie
                                           Ray McKenzie (Bar Number 21069)
                                           **WTAII PLLC**

1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

 /s/ Muhammad U. Faridi
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
Gizele Rubeiz (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com
grubeiz@pbwt.com

*Counsel for Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc.*

 /s/ Amanda R. Lawrence
Amanda R. Lawrence (*pro hac vice*)
Sarah B. Meehan (Bar Number 30428)
John B. Williams III (Bar Number 20916)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C.  20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@buckleyfirm.com
alawrence@buckleyfirm.com
jwilliams@buckleyfirm.com

Scott T. Sakiyama (*pro hac vice)*
**BUCKLEY LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleyfirm.com

*Counsel for Defendants Bedford United, LLC,*

*Victoria United, LLC, Hyattsville United, LLC, and Arbor Management Acquisition Company, LLC*

 */s/ Kieran E. Fox*
Megan T. Mantzavinos (Bar Number 16416)
Kieran E. Fox (Bar Number 23993)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
kfox@moodklaw.com

*Counsel for Realty Management Services, Inc.*