IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC., et al,** | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: 8:21-CV-01778-DKC |
| **ARBOR REALTY TRUST, INC., et al,** | * |
| Defendants | * |

\* * * * * * * * * *

Whereas, on July 19, 2021, plaintiffs CASA de Maryland, Inc. ("CASA"), Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran commenced this action via the filing of a Complaint (ECF No. 1);

Whereas, on September 6, 2022, CASA was dismissed as a party to this action by the Court (ECF No. 77);

Whereas, on January 13, 2023, Jonathan Paul Riedel, Esq., who is employed by CASA, filed an entry of appearance on behalf of all remaining Plaintiffs except for CASA in this matter (ECF No. 108); and

Whereas, the Court finds it appropriate to order the terms of an ethical screen that would prevent Mr. Riedel from sharing any documents or information obtained from documents produced by Defendants that are marked "CONFIDENTIAL" under the operative protective order (including information derived from such documents) (hereinafter, "Confidential Information") with anyone else at CASA (except those paralegals employed by CASA who are assisting Mr. Riedel with this litigation and Mr. Riedel's supervisors who are supervising him in connection with this litigation);

Accordingly, IT IS HEREBY ORDERED, that:

1.    CASA and Mr. Riedel shall implement an ethical screen that prohibits Mr. Riedel and those paralegals employed by CASA who are assisting Mr. Riedel with this litigation and Mr. Riedel's

supervisors who are supervising him in connection with this litigation from sharing any Confidential Information with anyone else at CASA, including other supervisors, other lawyers, and anyone engaged in advocacy at CASA.

2. Mr. Riedel and those paralegals employed by CASA who are assisting Mr. Riedel with this litigation and Mr. Riedel's supervisors who are supervising him in connection with this litigation shall not disclose to anyone at CASA any Confidential Information.

3. CASA shall direct or instruct employees, officers, and directors that an ethical wall exists and CASA's employees, officers, and directors shall not solicit, obtain, or attempt to obtain Confidential Information from Mr. Riedel, those paralegals employed by CASA who are assisting Mr. Riedel with this litigation, and/or Mr. Riedel's supervisors who are supervising him in connection with this litigation.

4. No one else from CASA shall have access to any of the files or communications of Mr. Riedel, those paralegals employed by CASA who are assisting Mr. Riedel with this litigation, and/or Mr. Riedel's supervisors who are supervising him in connection with this litigation that contain or may contain Confidential Information.

5. With respect to any discovery material exchanged in this pending litigation, Mr. Riedel and those paralegals employed by CASA who are assisting Mr. Riedel with this litigation and Mr. Riedel's supervisors who are supervising him in connection with this litigation shall take reasonable steps necessary to prevent CASA from accessing any materials that may contain Confidential Information.

_____
HON. TIMOTHY J. SULLIVAN
U.S. MAGISTRATE JUDGE
DISTRICT OF MARYLAND