IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC. et al; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: DKC-21-01778 |
| ) | |
| ARBOR REALTY TRUST, INC. et al, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that the law firm affiliation for John B. Williams, III, Sarah B. Meehan, Amanda R. Lawrence and Scott T. Sakiyama, counsel for Defendants Bedford United, LLC Victoria United, LLC, Hyattsville United, LLC, and Arbor Management Acquisition Company, LLC has changed to ORRICK, HERRINGTON & SUTCLIFFE LLP. Their addresses, phone numbers and fax numbers remain the same, but their new email addresses are listed below.

Dated:  February 1, 2023            Respectfully submitted,

/s/ *John B. Williams, III*
John B. Williams, III (Bar No. 20916)
Sarah B. Meehan (Bar No. 30428)
Amanda R. Lawrence (pro hac vice)
2001 M Street NW, Suite 500
Washington, DC  20036
Phone:  (202) 349-8000
Fax:    (202) 349-8080
jwilliams@orrick.com
smeehan@orrick.com
alawrence@orrick.com

Scott T. Sakiyama (pro hac vice)
353 N. Clark St, Suite 3600
Chicago, IL 60654
Phone: (312) 924-9800
Fax: (312) 924-9899
ssakiyama@orrick.com

*Counsel for Defendants*
*Bedford United, LLC*
*Victoria United, LLC*
*Hyattsville United, LLC*
*Arbor Management Acquisition Company,*
*LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February 2023, I caused a true and correct copy of the foregoing Notice of Change of Firm Affiliation, to be filed with the Clerk of Court using the CM/ECF filing system.

/s/ *John B. Williams, III*
John B. Williams, III (Bar No. 20916)