# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____                *

**Plaintiff,**
                                              *

**v.**                                        Case No. _____

                                              *

_____                *

**Defendant.**

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the _____

    I certify that I am admitted to practice in this Court.

_____      *Nicholas C. Katz*
Date                                            Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number