# AFFIDAVIT OF SERVICE

| Case: 8:21-cv-01778-DKC | Court: United States District Court for the District of Maryland | County: , MD | Job: 8347866 |
|---|---|---|---|
| **Plaintiff / Petitioner:** CASA de Maryland, Inc., et al. | | **Defendant / Respondent:** Arbor realty Trust, Inc., et al. | |
| **Received by:** CPI - Columbia Process and Investigative Services LLC | | **For:** Nidel & Nace, PLLC | |
| **To be served upon:** 1400 University Boulevard Owner, LLC, c/o The Corporation Trust Incorporated | | | |

I, Marquis Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** 1400 University Boulevard Owner, LLC, c/o The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093

**Manner of Service:**

**Documents:** Subpoena Duces Tecum

**Additional Comments:**
On February 07, 2023 at 3:00 PM, I served the Recipient, 1400 University Boulevard Owner, LLC, c/o The Corporation Trust Incorporated, the referenced documents at the referenced address via service upon Intake Specialist, Rebecca Gott, who is authorized to accept service on behalf of the Recipient.

Rebecca Gott is a White Female with brown hair. Ms. Gott is approximately 5'5", 170 pounds, and in her 30's.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____  2/7/23
Marquis Harris                   Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015