IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> ARBOR REALTY TRUST, INC., *et al.* <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

## PLAINTIFFS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 104.7

***COME NOW*** Plaintiffs, by and through undersigned counsel, and state that the Plaintiffs and Defendant RMS conferred on January 9, 2023, at 3:00 p.m. via phone call ("the first call") and on February 13, 2023, at 2:00 p.m. via videoconference ("the second call"). The following individuals were present for the first call: Jonathan B. Nace, Zachary A. Kelsay, Kieran E. Fox. The issue discussed was <u>whether RMS must produce documents generated outside of the statute of limitations period under Federal Rule of Civil Procedure 26(b)(1).</u> The parties were able to partially resolve this issue because RMD agreed to produce some of its documents that were generated outside of the limitations period: from December 1, 2015 (approximately one month before it began managing the property) to June 30, 2022 (approximately one month after the sale of the property). The parties agreed to continue discussing the matter as to whether RMS must produce documents falling outside of this period that would otherwise be responsive to Plaintiffs' discovery requests. The parties discussed the discovery dispute again during the second call where Jonathan Nace, Joseph Donahue, Jonathan Reidel, Zachary Kelsay, and Kieran Fox were present on the call. The parties were unable to resolve the discovery dispute. Plaintiffs accordingly move to compel RMS to produce all responsive, non-privileged documents, regardless of any temporal limitations.

        Respectfully submitted,

<u>/s/ Jonathan Nace</u>
**Nidel & Nace, P.L.L.C.**
Jonathan Nace, Esquire
Bar Number: 18246
Zachary Kelsay
Bar Number: 30460
One Church Street
Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of February 2023, I caused a copy of the foregoing to be served upon the Court and all parties via ECF service.

/s/ *Jonathan Nace*
Jonathan Nace, Esquire
Bar Number: 18246