IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*  **Plaintiffs,**  v.  ARBOR REALTY TRUST, INC., *et al.*  **Defendants.** | Civil Action No. 8:21-cv-01778-DKC |

**ORDER**

UPON CONSIDERATION OF *Plaintiffs' Motion to Compel* and any opposition, Plaintiffs' motion is hereby

**GRANTED**.  And it is

**FURTHER ORDERED** that the RMS shall not limit its responses to discovery to documents or information only from July 19, 2018 or after July 19, 2021.  And it is

**FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 37(a)(5) Defendants shall pay attorneys' fees for the filing of the motion.  Plaintiffs may submit a request for attorneys' fees within fourteen days of the filing of this Order.

_____
Judge

8