IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA de Maryland, Inc. et al.   *

**Plaintiff,**

*

v.                                                    Case No. 8:21-cv-01778-CBD

*

Arbor Realty Trust, Inc., et al.

**Defendant.**   *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Plaintiffs**

I certify that I am admitted to practice in this Court.

2/16/2023
Date

*Ama Frimpong-Houser*
Signature

Ama S. Frimpong-Houser, 30562
Printed name and bar number

c/o CASA Legal Program, PO Box 7277, Hyattsville, MD 20787

Address

afrimpong-houser@wearecasa.org
Email address

240-391-5987
Telephone number

N/A
Fax number