**From:** Jonathan Nace jon@nidellaw.com 
**Subject:** Re: CASA v. Arbor
**Date:** November 9, 2022 at 9:11 AM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Dolan, Louis LDOLAN@nixonpeabody.com, Zach Kelsay zach@nidellaw.com


2022.10.25 Subpo...ner.pdf


2022.10.25 Subpo...ner.pdf


2022.11.02 Subpo...ch.pdf


2022.11.02 JL Inspect...na.pdf

Thanks.  December 2 is fine for responses and objections.  Thanks for accepting service and proposing a date.

Attached are the subpoenas for both non-parties, for both docs and for the inspection.

As to the the inspection, still willing to be reasonable to try to get this done.  Do you want to discuss potential dates or scope of the inspection first?  Just let me know what you want to discuss and some days and times you can and we'll be happy to get on a call with you.

Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153.  Thank you.

> On Nov 8, 2022, at 5:46 PM, Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com> wrote:
>
> Hi Jonathan,
>
> We are authorized to accept service of the subpoenas on behalf of 1400 University Boulevard Owner, LLC and would like to agree on a return/objection date for the subpoenas.  To that end, we propose providing our responses and any objections on or before December 2, 2022.  Subject to, and without waiving any responses and objections, we are happy to discuss inspection dates as well.
>
> Please let us know if December 2nd is acceptable to you.
>
> Thank you,
> Audrey
>
> 
>
> **Audrey Gariepy-Bogui**
> **Associate**
> agariepy@nixonpeabody.com
> T/ 202.585.8182   M/ 202.890.7991   F/ 202.354.5209
> Nixon Peabody LLP
> 799 9th Street NW, Suite 500, Washington, DC 20001-5327
> nixonpeabody.com    @NixonPeabodyLLP
>
> This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.
>
> ---
>
> **From:** Gariepy-Bogui, Audrey
> **Sent:** Tuesday, November 1, 2022 3:44 PM
> **To:** 'Jonathan Nace' <jon@nidellaw.com>
> **Cc:** Dolan, Louis <LDOLAN@nixonpeabody.com>; Joe Donahue <pjd@thedonahuelawfirm.com>
> **Subject:** RE: CASA v. Arbor
>
> Thank you, Jonathan.  We represent Jair Lynch Real Estate Partners ("JLREP") and as such, those subpoenas are not effective on JLREP.
>
> As requested, we will inquire whether we are authorized to accept service on behalf of 1400 University Boulevard Owner, LLC and will let you know as soon as possible.

Best,
Audrey



**Audrey Gariepy-Bogui**
**Associate**
agariepy@nixonpeabody.com
T/ 202.585.8182   M/ 202.890.7991   F/ 202.354.5209
Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Tuesday, November 1, 2022 2:50 PM
**To:** Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>
**Cc:** Dolan, Louis <LDOLAN@nixonpeabody.com>; Joe Donahue <pjd@thedonahuelawfirm.com>
**Subject:** Re: CASA v. Arbor

I'm also not trying to be difficult.  Please let me know if you can accept service for 1400 University Boulevard Owner, LLC.  And please let me know the actual name of the Jair Lynch entity that you represent so that we can issue a document subpoena to it.  Is it "Jair Lynch LLC (Inc.?)"?  I just can't possibly identify it if its not licensed.

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153

<image001.png>


CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Nov 1, 2022, at 2:44 PM, Gariepy-Bogui, Audrey

<agariepy@nixonpeabody.com> wrote:

Hi Jonathan,

I'm not trying to be difficult here, but you asked if we could accept service on behalf of Jair Lynch and we responded affirmatively and offered service options. We did not say anything about Jair Lynch being licensed in Maryland or otherwise.

If you would like to issue a subpoena on Jair Lynch, we can certainly accept service on behalf of that entity. If you would like us to inquire whether we are authorized to accept service on behalf of 1400 University Boulevard Owner, LLC, then we can do that as well. Please let us know how you would like to proceed.

Thank you,
Audrey



**Audrey Gariepy-Bogui**
**Associate**
agariepy@nixonpeabody.com
T/ 202.585.8182   M/ 202.890.7991   F/ 202.354.5209
Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Tuesday, November 1, 2022 1:58 PM
**To:** Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>
**Cc:** Dolan, Louis <LDOLAN@nixonpeabody.com>; Joe Donahue <pjd@thedonahuelawfirm.com>
**Subject:** Re: CASA v. Arbor

Hi Audrey,

Can you identify for me the entity that you represent? And can you confirm they own or operate the BVS properties?

There is no "Jair Lynch" licensed to do business in Maryland, but 1400 University Boulevard Owner, LLC is listed as the owner of the property. Pardon my confusion, but I can get a new subpoena out once I understand the corporate entities. Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153

<image001.png>

CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Nov 1, 2022, at 1:55 PM, Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com> wrote:
>
> Hi Jonathan,
>
> Your earlier email referenced service of subpoenas on our client, Jair Lynch which we requested authorization for and advised that we were authorized to do so without prejudice to Jair Lynch's ability to contest the substance of the subpoenas if necessary.
>
> The two subpoenas you circulated on Friday, however, are directed at 1400 University Boulevard Owner, LLC, and unfortunately, we have not agreed to accept service on behalf of that entity nor have you requested that we do so. Therefore, we are not at this time in position to accept service on that entity.
>
> Please let us know if you plan to issue separate subpoenas to Jair Lynch. Alternatively, if you'd like us to accept service on behalf of any other entity, please let us know so that we can confirm whether this is possible.
>
> Thank you,
> Audrey



**Audrey Gariepy-Bogui**
**Associate**



agariepy@nixonpeabody.com
T/ 202.585.8182  M/ 202.890.7991  F/ 202.354.5209
Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Dolan, Louis <LDOLAN@nixonpeabody.com>
**Sent:** Tuesday, November 1, 2022 1:05 PM
**To:** Jonathan Nace <jon@nidellaw.com>
**Cc:** Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>
**Subject:** RE: CASA v. Arbor

Jonathan – I have been travelling and am just getting to this now.  In the future, please copy my colleague Audrey Gariepy on all communications so we can be sure we don't miss anything when we communicate.  Thank you.



**Louis E. Dolan, Jr.**
**Partner**
ldolan@nixonpeabody.com
T/ 202.585.8818  M/ 202.215.1338  F/ 866.947.3670

Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Friday, October 28, 2022 6:44 PM
**To:** Dolan, Louis <LDOLAN@nixonpeabody.com>
**Subject:** CASA v. Arbor

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

Hi Louis,

Thanks for agreeing to accept service of this subpoena by email. Sorry it took a few more days than I initially indicated, but I wanted to make sure defense had enough time to lodge objections.  I have heard none.

I'm including a document subpoena and also an inspection subpoena. I'm willing to work with you on the scope of both, so please let me know any questions or concerns you may have. And I left the inspection subpoena date as a "TBD," so we can find a mutually agreeable date or dates.

Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153

<image001.png>

CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153.  Thank you.