**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND**

| | |
|---|---|
| **CASA DE MARYLAND, INC.,** *et al.* | |
| **Plaintiffs,** | |
| v. | **Civil Action No. 8:21-cv-01778-DKC** |
| **ARBOR REALTY TRUST, INC.,** *et al.* | |
| **Defendants.** | |

## ORDER

UPON CONSIDERATION OF *Plaintiffs' Motion to Compel* and any opposition, Plaintiffs' motion is hereby

**GRANTED**.  And it is

**FURTHER ORDERED** that Jair Lynch and 1400 University Boulevard Owners are compelled to make the Bedford Station and Victoria Station Apartments available for a site inspection on the dates of March 7, 8 and 9, 2023.  And it is

**FURTHER ORDERED** that Jair Lynch and 1400 University Boulevard Owners shall make individual apartments available and provide notice to all tenants that an inspection may occur.  And it is

**FURTHER ORDERED** that ten days from the date of this Order Plaintiffs' counsel may file a petition for fees for the costs of filing this motion and/or expenses associated with any expert witness fee or expenses who was not permitted access to the Bedford Station and Victoria Station apartments.

_____
Judge