IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC.,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **ARBOR REALTY TRUST, INC.,** *et al.* <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

## PLAINTIFFS' MOTION TO SHORTEN THE TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL INSPECTION OF LAND

***COME NOW*** Plaintiffs, by and through undersigned counsel, to respectfully move this Court to shorten the time for non-party Jair Lynch to respond to the Plaintiffs' Motion to Compel Inspection of Land, pursuant to Local Rule 105.2(a), for the reasons set forth below. Plaintiffs have a deadline to Move for Class Certification on or before March 27, 2023, which necessitates the filing of this motion so that a site inspection can occur on March 7-9, 2023 and allow a reasonable amount of time for experts to formulate their opinions.

While this lawsuit was pending, the Defendants sold the apartments, which are the subject of this lawsuit, to non-party Jair Lynch. Plaintiffs issued subpoenas that set a site inspection for March 7-9, 2023, which is less than a week away. On February 24, 2023, Jair Lynch's counsel notified the parties that they would only give access to the common area, not the individual units. The timing of this notification left the parties with insufficient time to file a Motion to Compel with enough time for the briefing schedule provided under the Local Rules. However, multiple experts have reserved time to appear and inspect apartments on the dates of March 7-9, 2023.

Additionally, Plaintiffs notified Jair Lynch's counsel of plans to conduct in-apartment sampling during March 2023 as early as November 14, 2022. Despite this notice, Jair Lynch has only recently

1

notified the parties that they will not allow access to individual units during the site inspection. Jair Lynch did not move for a protective order related to this lawfully and properly issued subpoena, but apparently seeks to simply not comply with it on the day Plaintiffs and Defendants arrive for the site inspection.

The parties and non-parties need to have this issue resolved no less than twenty-four hours prior to inspection on March 7, 2023 so that notice can be given to each tenant that entry may be gained to their apartments.

The expedited resolution of this Motion to Compel is crucial to both parties' ability to properly prepare for the site inspection and adequately resolve this matter under the current scheduling order. As such, we respectfully request that the Court shorten the time for Jair Lynch to respond to Plaintiff's Motion to Compel to March 2, 2023.

Counsel for all parties and for the non-party Jair Lynch and 1400 University Boulevard Owner, LLC have been informed this motion to shorten time will be filed.

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**

/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary Kelsay
Bar Number: 30460
One Church Street
Suite 802
Rockville, MD 20850
Telephone:(202) 780-5153
jon@nidellaw.com
zach@nidellaw.com