IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> ARBOR REALTY TRUST, INC., *et al.* <br><br> **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

## ORDER

UPON CONSIDERATION OF *Plaintiffs' Motion to Shorten The Time To Respond To Plaintiffs Motion To Compel Inspection Of Land* and any opposition, Plaintiffs' motion is hereby

**GRANTED**. And it is

**FURTHER ORDERED** that any interested entity shall file any opposition to Plaintiffs' Motion by no later than March 2, 2023.

_____

Judge