UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>TIMOTHY J. SULLIVAN<br>UNITED STATES MAGISTRATE JUDGE | 6500 Cherrywood Lane<br>Greenbelt, Maryland 20770<br>Telephone: (301) 344-3593<br>MDD_TJSchambers@mdd.uscourts.gov |

March 1, 2023

LETTER TO COUNSEL:

    Re:    *CASA de Maryland, Inc. v. Arbor Realty Trust, Inc., et al.*
              Civil Case No. DKC-21-1778

Dear Counsel:

    This case was referred to me for all discovery and related scheduling matters. ECF No. 95. Pending before the Court is the Motion to Shorten Time to Respond to Plaintiff's Motion to Compel Inspection of Land (ECF No. 131) filed by Plaintiffs. The Motion to Shorten to Time is **DENIED**.

    Plaintiffs' Motion to Compel (ECF No. 130) is directed to non-parties Jair Lynch and 1400 University Boulevard, LLC. The Court declines to order non-parties to respond to a motion to compel that appears to raise novel issues, the outcome of which may affect other non-parties (the tenants of Bedford and Victoria Station Apartments), on Plaintiffs' timetable. The Court acknowledges that Plaintiffs' deadline to move for class certification is approaching, but this so-called emergency is one of Plaintiffs' own making. Plaintiffs' plan to inspect the properties at issue has been in the works since October 2022. If Plaintiffs had been more diligent, they would have either obtained the consent of the non-parties to comply with their inspection plan and subpoenas sooner, or sought relief from the Court well in advance of when they needed to conduct the inspection. As much as Plaintiffs see the "need to have this issue resolved no less than twenty-four hours prior" to March 7, 2023, the Court sees it differently. Requiring a shortened response time would impose an unreasonable burden on the non-party subpoena recipients, which must be avoided. *See* Fed. R. Civ. P. 45(d)(1) (requiring the parties and the Court to "take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena").

    The Court establishes the following briefing schedule, consistent with Local Rule 105.2:

| | |
|---|---|
| March 14, 2023 | Deadline for responses to Plaintiffs' Motion to Compel. |
| March 28, 2023 | Deadline for reply in support of Motion to Compel. |

2

      Plaintiffs are directed to send a copy of this Order to counsel for non-parties Jair Lynch and 1400 University Boulevard, LLC.

      Despite the informal nature of this letter, it is an Order of Court and will be docketed as such.

Sincerely yours,

_____/s/_____  
Timothy J. Sullivan  
United States Magistrate Judge