## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  v.   )<br>  )<br>ARBOR REALTY TRUST, INC., *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Case No. 8:21-cv-01778-DKC<br>Judge Deborah K. Chasanow<br>Judge Timothy J. Sullivan |

**APPENDIX AND INDEX OF EXHIBITS TO
OPPOSITION OF NONPARTIES JAIR LYNCH REAL ESTATE PARTNERS AND
1400 UNIVERSITY BOULEVARD, LLC TO PLAINTIFFS' MOTION TO COMPEL
<u>INSPECTION OF LAND AND COMPLIANCE WITH SUBPOENA</u>**

Pursuant to Local Rule 105(5), Nonparties Jair Lynch Real Estate Partners and 1400 University Boulevard, LLC hereby furnish their Appendix and Index of Exhibits to the Opposition to Plaintiffs' Motion to Compel Inspection of Land and Compliance With Subpoena.

| Exhibit | Description |
|---|---|
| A | Subpoena dated October 25, 2022 to 1400 University Boulevard, LLC |
| B | Subpoena dated November 2, 2022 to Jair Lynch Real Estate Partners |
| C | Email dated January 30, 2023 from V. Johnson to J. Donahue, with appended Confidential Release of Claims |
| D | Further Email dated January 30, 2023 Between V. Johnson and J. Donahue |
| E | Email dated February 2, 2023 from J. Donahue |
| F | Subpoena dated October 25, 2022 to 1400 University Boulevard, LLC (with Date and Time changed) |
| G | Subpoena dated November 2, 2022 to Jair Lynch Real Estate Partners (with Date and Time changed) |
| H | Further Email dated February 2, 2023 from J. Donahue to V. Johnson |

| | |
|---|---|
| I | Letter dated February 15, 2023 from S. Sakiyama to J. Nace |
| J | Letter and Email dated February 15, 2023 from J. Nace |
| K | Letter dated February 17, 2023 from V. Johnson, with Enclosed Draft Property Inspection Protocol Agreement |
| L | Letter dated February 21, 2023 from J. Nace to V. Johnson |
| M | Letter dated February 24, 2023 from V. Johnson |
| N | Standard Lease Provision, "When We May Enter" |
| O | Email dated March 13, 2023 Between Plaintiffs' Counsel and Defendants' Counsel |

Dated: March 14, 2023                      Respectfully submitted,


                                                   By: /s/ Vernon W. Johnson, III
                                                   Vernon W. Johnson, III (Bar No. 13630)
                                                   NIXON PEABODY LLP
                                                   799 Ninth Street, NW, Suite 500
                                                   Washington, D.C. 20001-4501
                                                   Telephone: (202) 585-8000
                                                   Facsimile: (202) 585-8080
                                                   Email: vjohnson@nixonpeabody.com

*Counsel for Nonparties Jair Lynch Real Estate Partners and 1400 University Boulevard, LLC*