# Exhibit E

## Johnson, Vernon

| | |
|---|---|
| **From:** | Joseph Donahue <pjd@thedonahuelawfirm.com> |
| **Sent:** | Thursday, February 2, 2023 11:58 AM |
| **To:** | Jonathan Nace; Muhammad Faridi; Zach Kelsay; Amanda Lawrence; Megan Mantzavinos; Ray McKenzie; Sarah Meehan; Gizele Rubeiz; Scott Sakiyama; Peter Tomlinson; Dolan, Louis; Gariepy-Bogui, Audrey; Johnson, Vernon; Jonathan Riedel |
| **Subject:** | RE: CASA v. Arbor |
| **Attachments:** | 2022.10.25 Subpoena for Inspection of Prem to 1400 Owner - Updated with Dates.pdf; 2022.11.02 JL Inspection Subpoena - Updated with Dates - FInal.pdf |

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

Counsel,

Again, pursuant to Rule 45, please see attached subpoenas which were served upon counsel for Jair Lynch last fall.  These subpoenas have been updated with the dates for the proposed inspections – March 7, 8, and 9.

Regards,


P. Joseph Donahue
Attorney

The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
t: 410.280.2023

This email and any attachments may contain confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email and the attachments by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the email and any attachments.



**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Wednesday, November 2, 2022 5:54 PM
**To:** Joseph Donahue <pjd@thedonahuelawfirm.com>; Muhammad Faridi <mfaridi@pbwt.com>; Zach Kelsay <zach@nidellaw.com>; Amanda Lawrence <alawrence@buckleyfirm.com>; Megan Mantzavinos <mmantzavinos@moodklaw.com>; Ray McKenzie <ray.mckenzie@wtaii.com>; Sarah Meehan <smeehan@buckleyfirm.com>; Giz     ele Rubeiz <grubeiz@pbwt.com>; Scott Sakiyama <ssakiyama@buckleyfirm.com>; Peter Tomlinson <pwtomlinson@pbwt.com>
**Subject:** CASA v. Arbor

Counsel,

Pursuant to Rule 45, please see the attached subpoenas which will be served upon the non-party by close of business on Friday, November 4.  Thanks,

Jonathan Nace
Nidel & Nace, PLLC

1

One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153.  Thank you.