# Exhibit N

33.     **WHEN WE MAY ENTER.** If you or any guest or Occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (b) below may peacefully enter the Apartment at reasonable times for the purposes listed in (b) below. If nobody is in the Apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(a)     written notice of the entry is left in a conspicuous place in the Apartment immediately after the entry; and

(b)     entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; retrieving unreturned tools, equipment or appliances; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or re-keying unauthorized security devices; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing Apartment to prospective Residents (after move-out or vacate notice has been given); showing Apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents; or in connection with inspection, response to, or compliance with any citation for any alleged housing code violation.

(c)     We may enter the Apartment after due notice to you and without reasonable objection during business hours. If practical under the circumstances, we will attempt to provide at least twenty-four (24) hours advance written notice of our intent to enter for the above purposes. We may enter the Apartment immediately without notice under the following circumstances: an emergency situation; when we have good cause to believe you may have damaged the Apartment; if we reasonably believe you are in violation of federal, state or county laws; to stop excessive or unreasonable noise that is disturbing the quiet enjoyment of other residents; to remove health or safety hazards or; to deal with or respond to any situation which is of immediate threat or danger to the health, safety or welfare of our residents or their property, an animal, or our Apartment Community and your Apartment.

(d)     You are deemed to have given us permission to enter your Apartment in connection with any request for services, maintenance, or repairs or to respond to housing code complaints. You agree to cooperate fully in providing us access to your Apartment for the same without delay or interference.