UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 8:21-cv-01778-DKC |
| ) | Judge Deborah K. Chasanow |
| ARBOR REALTY TRUST, INC., *et al.*, ) | Judge Timothy J. Sullivan |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL
INSPECTION OF LAND AND COMPLIANCE WITH SUBPOENA**

Upon consideration of the Plaintiffs' Motion to Compel Inspection of Land and Compliance with Subpoena, the memoranda filed in support of and in opposition to the Motion, and the entire record herein, it is, this _____ day of _____, 2023, hereby

ORDERED, that the Motion be, and hereby is, denied in its entirety.

                                                                                             _____
                                                                                             Timothy J. Sullivan
                                                                                             United States Magistrate Judge

COPIES TO ALL COUNSEL OF RECORD