# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>  Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>  Defendants. | * | |

******

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL INSPECTION OF LAND AND COMPLIANCE WITH SUBPOENA

Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, and Realty Management Services, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby oppose the Motion to Compel Inspection of Land and Compliance With Subpoena (ECF No. 130) (the "Motion to Compel") filed by Plaintiffs Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran (collectively, "Plaintiffs"). In support of their position, Defendants herein incorporate Defendants' Cross-Motion for Entry of a Protective Order, filed concurrently with this response.

For the reasons set forth in Defendants' Cross-Motion for Entry of a Protective Order, the Court should deny Plaintiffs' Motion to Compel.

Dated: March 14, 2023

Respectfully submitted,

*/s/ Sarah B. Meehan*
Sarah B. Meehan (Bar Number 30428)
Amanda R. Lawrence (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@orrick.com
alawrence@orrick.com

Scott T. Sakiyama (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@orrick.com

Gregory S. Emrick (Bar Number 28860)
Timothy Willman (Bar Number 21088)
**OFFIT KURMAN, PC**
300 E. Lombard St., Suite 2010
Baltimore, MD 21202
(401) 209-6400 (Telephone)
(410) 209-6435 (Facsimile)
gregory.emrick@offitkurman.com
timothy.willman@offitkurman.com

Ian Thomas (Bar Number 03883)
**OFFIT KURMAN, PC**
1325 G St. NW, Suite 500
Washington, DC 20005
(202) 900-8592 (Telephone)
(202) 393-2104 (Fascimile)
ithomas@offitkurman.com

Warren Koshofer (*pro hac vice*)
**OFFIT KURMAN, PC**
1801 Market St., Suite 2300
Philadelphia, PA 19103
(267) 338-1300 (Telephone)
(267) 338-1335 (Facsimile)
warren.koshofer@offitkurman.com

*Counsel for Defendants,*
*Bedford United, LLC*
*Victoria United, LLC*
*Hyattsville United, LLC*
*Arbor Management Acquisition Company, LLC*

*/s/ Megan T. Mantzavinos* (signed by Sarah B. Meehan with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
Kieran Fox (Bar Number 23993)
**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
kfox@moodklaw.com

*Counsel for Realty Management Services, Inc.*

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 14th day of March, 2023 through the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

                */s/ Sarah B. Meehan*
                Sarah B. Meehan (Bar Number 30428)

                *Counsel for Defendants,*
                *Bedford United, LLC*
                *Victoria United, LLC*
                *Hyattsville United, LLC*
                *Arbor Management Acquisition Company, LLC*