IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |

******
**ORDER**

This matter comes before the Court on Plaintiffs' Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran (collectively, "Plaintiffs") Motion to Compel Inspection of Land and Compliance With Subpoena. Upon consideration of the Motion, any opposition thereto, and any reply in support thereof, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel Inspection of Land and Compliance with Subpoena is **DENIED**; and it is further

**ORDERED** that Defendants' Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, and Realty Management Services, Inc. Cross-Motion for Entry of a Protective Order is **GRANTED**.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED.**

Date: _____

_____
TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE