IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, <br>     Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al, <br>     Defendants. | * | |

******

## DEFENDANTS' CROSS-MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, and Realty Management Services, Inc. (collectively, "Defendants"), respectfully move this Court for a Protective Order (the "Cross-Motion") to define the scope of Plaintiffs' third-party subpoenas (the "Subpoenas") to non-parties Jair Lynch Real Estate Partners and 1400 University Boulevard Owner, LLC (collectively, the "Owners") for the inspection of Bedford and Victoria Station ("BVS") and to mandate coordination and cooperation among the Parties with respect to such inspection. The grounds are set forth in the attached memorandum of law incorporated herein by reference.

Dated: March 14, 2023

Respectfully submitted,

*/s/ Sarah B. Meehan*
Sarah B. Meehan (Bar Number 30428)
Amanda R. Lawrence (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@orrick.com
alawrence@orrick.com

Scott T. Sakiyama (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@orrick.com

Gregory S. Emrick (Bar Number 28860)
Timothy Willman (Bar Number 21088)
**OFFIT KURMAN, PC**
300 E. Lombard St., Suite 2010
Baltimore, MD 21202
(401) 209-6400 (Telephone)
(410) 209-6435 (Facsimile)
gregory.emrick@offitkurman.com
timothy.willman@offitkurman.com

Ian Thomas (Bar Number 03883)
**OFFIT KURMAN, PC**
1325 G St. NW, Suite 500
Washington, DC 20005
(202) 900-8592 (Telephone)
(202) 393-2104 (Fascimile)
ithomas@offitkurman.com

Warren Koshofer (*pro hac vice*)
**OFFIT KURMAN, PC**
1801 Market St., Suite 2300
Philadelphia, PA 19103
(267) 338-1300 (Telephone)
(267) 338-1335 (Facsimile)
warren.koshofer@offitkurman.com

*Counsel for Defendants,*
*Bedford United, LLC*
*Victoria United, LLC*
*Hyattsville United, LLC*
*Arbor Management Acquisition Company, LLC*


<u>*/s/ Megan T. Mantzavinos*</u> (signed by Sarah B. Meehan with the permission of Megan T. Mantzavinos)
Megan T. Mantzavinos (Bar Number 16416)
Kieran E. Fox (Bar Number 23993)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
kfox@moodklaw.com

*Counsel for Realty Management Services, Inc.*

**LOCAL RULE 104.7 CERTIFICATION**

Defendants state as follows:

1. On Tuesday, February 28, 2023, at approximately 2:30 p.m. Eastern Time, counsel for all interested parties (as identified below) conducted a discovery conference via Zoom regarding the discovery dispute centered on Plaintiffs' subpoenas to the Owners for the inspection of BVS (the "Subpoena Dispute"). Counsel Sarah Meehan of Orrick, Herrington, and Sutcliffe, LLP, Gregory Emrick of Offit Kurman, PC, Kate Ross of Patterson, Belknap, Webb & Tyler LLP, and Kieran Fox of Marks, O'Neill, O'Brien, Doherty, & Kelly, P.C., participated for the defendants, counsel Jonathan Nace of Nidel & Nace PLLC and Joe Donahue of The Donahue Law Firm participated for Plaintiffs, and counsel Vernon Johnson of Nixon Peabody LLP participated for the Owners. During the conference, the parties conferred in good faith, but agreed that the negotiations surrounding the Subpoena Dispute had reached an impasse and that the Subpoena Dispute would require motion practice.

2. On this February 28 call, Jonathan Nace informed the attendees of Plaintiffs' intent to file a Motion to Compel Inspection of Land and Compliance With Subpoena.

3. The issue requiring resolution by the Court is the entry of Defendants' proposed protective order. The proposed protective order includes terms requiring Plaintiffs to: (a) provide to Defendants and Owners a written statement of the intended scope of the subpoenas for the inspection of BVS, including the factual bases and reasons for the inspection, the areas or deficiencies Plaintiffs' inspectors will be observing and/or testing for, and the tests, if any, that Plaintiffs' inspectors intend to conduct at the BVS property during the inspection; and (b) coordinate with Defendants to ensure a single intrusion onto and inspection of BVS.

4. On March 13, 2023, the undersigned informed Plaintiffs' counsel via email of Defendants' intent to file the Cross-Motion. On March 13, 2023, Jonathan Nace informed the undersigned that Plaintiffs oppose the relief sought in (a) of the preceding paragraph, but that Plaintiffs were willing to agree to coordinate with Defendants so that only one inspection of BVS need take place. When the undersigned sought Plaintiffs' commitment that they would agree to work with Defendants in selecting inspection dates that are mutually agreeable to the Owners and Defendants, Plaintiffs refused to provide such commitment.

        */s/ Sarah B. Meehan*
        Sarah B. Meehan (Bar Number 30428)

        *Counsel for Defendants*,
        *Bedford United, LLC*
        *Victoria United, LLC*
        *Hyattsville United, LLC*
        *Arbor Management Acquisition Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served this 14th day of March, 2023 through the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ Sarah B. Meehan*
Sarah B. Meehan (Bar Number 30428)

*Counsel for Defendants*,
*Bedford United, LLC*
*Victoria United, LLC*
*Hyattsville United, LLC*
*Arbor Management Acquisition Company, LLC*