# Attachment 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al, | | |
| Plaintiffs | * | |
| | | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| | | |
| ARBOR REALTY TRUST, INC., et al, | * | |
| Defendants. | | |

**\*\*\*\*\*\***

## <u>DECLARATION OF SARAH B. MEEHAN</u>

I, Sarah B. Meehan, declare as follows:

1.      I am an attorney licensed to practice before all of the courts of the State of Maryland, New York, and the District of Columbia, as well as the United States District Court for the District of Maryland; the United States District Court for the Northern District of Illinois; and the United States Courts of Appeals for the Fourth, Seventh, and Ninth Circuits.  I am a Managing Associate at the law firm Orrick, Herrington & Sutcliffe, LLP, and am counsel of record for the Hyattsville Defendants[1] in the above-captioned matter.  I have personal knowledge of the facts set forth below and would competently testify to those facts if called upon to do so.  I submit this declaration in support of Defendants' Cross-Motion for Entry of a Protective Order, filed concurrently with this Declaration.

2.      On October 25, 2022, and November 2, 2022, I received notice from Plaintiffs' counsel Jonathan Nace via email that Plaintiffs intended to serve subpoenas on the non-party Owners for an "Inspection of Premises" of BVS.  Attached as Exhibit A is a true and correct copy

---

[1] Defined terms have the same meaning as set forth in the memorandum of law in support of Defendants' Cross-Motion for Entry of a Protective Order.

of Plaintiffs' subpoena directed to 1400 University Boulevard Owner, LLC dated October 25, 2022.  Attached as Exhibit B is a true and correct copy of Plaintiffs' subpoena directed to Jair Lynch Real Estate Partners dated November 2, 2022.

3.      On February 2, 2023, I received notice from Plaintiffs' counsel Joseph Donahue via email that Plaintiffs intended to re-serve revised subpoenas on the non-party Owners for an inspection of BVS.  Attached as Exhibit C is a true and correct copy of Plaintiffs' subpoena directed to 1400 University Boulevard Owner, LLC that was noticed to the undersigned on February 2, 2023.  Attached as Exhibit D is a true and correct copy of Plaintiffs' subpoena directed to Jair Lynch Real Estate Partners that was noticed to the undersigned on February 2, 2023.

4.      Following receipt of the February 2, 2023 notice from Plaintiffs, I contacted Vernon Johnson, counsel for the Owners, to propose that Plaintiffs, Defendants, and the Owners coordinate on a plan for carrying out a single joint property inspection of BVS.  Vernon Johnson stated that the Owners were amenable to pursuing this approach.

5.      Scott Sakiyama, counsel for the Hyattsville Defendants, sent a letter dated February 15, 2023, to Plaintiffs via email, and served the letter on counsel for the Parties and the Owners.  Attached as Exhibit E is a true and correct copy of the letter from Scott Sakiyama to Jonathan Nace, dated February 15, 2023.

6.      Jonathan Nace sent a letter dated February 15, 2023, to Scott Sakiyama via email, and served the letter on counsel for the Parties and the Owners.  Attached as Exhibit F is a true and correct copy of the letter from Jonathan Nace to Scott Sakiyama, dated February 15, 2023.

7.      Vernon Johnson sent a letter dated February 17, 2023, to Jonathan Nace via email, and served the letter on counsel for the Parties.  Attached as Exhibit G is a true and correct copy of the letter from Vernon Johnson to Jonathan Nace, dated February 17, 2023.

8. Jonathan Nace sent a letter dated February 21, 2023, to Vernon Johnson via email, and served the letter on counsel for the Parties and the Owners. Attached as Exhibit H is a true and correct copy of the letter from Jonathan Nace to Vernon Johnson, dated February 21, 2023.

9. Vernon Johnson sent a letter dated February 24, 2023, to Jonathan Nace via email, and served the letter on counsel for the Parties. Attached as Exhibit I is a true and correct copy of the letter from Vernon Johnson to Jonathan Nace, dated February 24, 2023.

10. The undersigned participated in a meet-and-confer via Zoom on February 28, 2023, at 2:30pm ET regarding the issues raised in the letter correspondence. The following people were in attendance: counsel for Plaintiffs, Jonathan Nace and Joseph Donahue; counsel for the Owners, Vernon Johnson; counsel for the Hyattsville Defendants, the undersigned and Gregory Emrick; counsel for Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, and Arbor Realty SR, Inc., Kate Ross; and counsel for Realty Management Services, Inc., Kieran Fox.

11. During this February 28 conference, Jonathan Nace represented that Plaintiffs intended to inspect BVS through visual, non-destructive testing and mold swabs. Jonathan Nace provided the names of two expert witnesses whom Plaintiffs expected to attend the Inspection and stated that Plaintiffs intend to inspect sixty individual units. Counsel for Plaintiffs would not provide any additional information regarding the identities of additional persons who would attend the Inspection, or the scope of Plaintiffs' intended Inspection—beyond referring counsel for Defendants and the Owners to the allegations within the First Amended Complaint—on the basis that such provision of information was not required pursuant to the Local or Federal Rules.

12. Plaintiffs, Defendants, and the Owners were unable to reach an agreement during the February 28 conference.

13.     On March 13, 2023, I contacted Jonathan Nace via email to notify Plaintiffs of Defendants' intent to file the Cross-Motion.  Attached as Exhibit J is a true and correct copy of the email correspondence between Jonathan Nace and the undersigned regarding Defendants' intent to file the Cross-Motion, dated March 13, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 14, 2023              /s/  Sarah B. Meehan
                                        Sarah B. Meehan (Bar Number 30428)