**INDEX OF EXHIBITS**

| EXHIBIT | DOCUMENT |
|---|---|
| EXHIBIT A | Subpoena Noticed on October 25, 2022, to 1400 University Boulevard Owner, LLC |
| EXHIBIT B | Subpoena Noticed on November 2, 2022, to Jair Lynch Real Estate Partners |
| EXHIBIT C | Subpoena Noticed on February 2, 2023, to 1400 University Boulevard Owner, LLC |
| EXHIBIT D | Subpoena Noticed on February 2, 2023, to Jair Lynch Real Estate Partners |
| EXHIBIT E | Letter from Scott Sakiyama to Jonathan Nace Dated February 15, 2023 |
| EXHIBIT F | Letter from Jonathan Nace to Scott Sakiyama Dated February 15, 2023 |
| EXHIBIT G | Letter from Vernon Johnson to Jonathan Nace Dated February 17, 2023 |
| EXHIBIT H | Letter from Jonathan Nace to Vernon Johnson Dated February 21, 2023 |
| EXHIBIT I | Letter from Vernon Johnson to Jonathan Nace Dated February 24, 2023 |
| EXHIBIT J | Email correspondence between Sarah Meehan and Jonathan Nace Dated March 13, 2023 |