# Exhibit J

| | |
|---|---|
| **From:** | Jonathan Nace <jon@nidellaw.com> |
| **Sent:** | Monday, March 13, 2023 4:05 PM |
| **To:** | Meehan, Sarah |
| **Cc:** | Joe Donahue; Zach Kelsay; Jonathan Riedel; nkatz@wearecasa.org; afrimpong-houser@wearecasa.org; Lawrence, Amanda; Sakiyama, Scott; Ray McKenzie; Muhammad Faridi; Peter Tomlinson; Gizele Rubeiz; Megan Mantzavinos; Kieran E. Fox; Gregory.Emrick@offitkurman.com; Ian Thomas; Warren.Koshofer@offitkurman.com; Timothy Willman; Ross, Kate (x2116); Johnson, Vernon |
| **Subject:** | Re: CASA de Maryland, Inc. v. Arbor Realty Trust, Inc, et al |

It was not my understanding that anyone could not appear on that day. The dispute was whether we'd get into certain apartments, and then whether I would give you explicit information of what we intended to do. And I did give you our experts names on that call.

I dont recall anyone saying they could not appear on those days.

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Mar 13, 2023, at 4:02 PM, Meehan, Sarah <smeehan@orrick.com> wrote:
>
> Jonathan,
>
> That was not the Hyattsville Defendants' understanding of Plaintiffs' position from the February 28 meet and confer or from the letter correspondence. To understand your current position, are you committing that if the court grants your motion to compel, you will work with the Hyattsville Defendants to select dates that are mutually agreeable to the owners of the properties and the Hyattsville Defendants?
>
> Thanks,
> Sarah

Sarah Meehan
Managing Associate
Orrick
Washington, DC
T +1 202-349-8082
smeehan@orrick.com
<image001.png>

---

**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Monday, March 13, 2023 3:55 PM
**To:** Meehan, Sarah <smeehan@orrick.com>
**Cc:** Joe Donahue <pjd@thedonahuelawfirm.com>; Zach Kelsay <zach@nidellaw.com>; Jonathan Riedel <jriedel@wearecasa.org>; nkatz@wearecasa.org; afrimpong-houser@wearecasa.org; Lawrence, Amanda <alawrence@orrick.com>; Sakiyama, Scott <ssakiyama@orrick.com>; Ray McKenzie <Ray.McKenzie@wtaii.com>; Muhammad Faridi <mfaridi@pbwt.com>; Peter Tomlinson <pwtomlinson@pbwt.com>; Gizele Rubeiz <grubeiz@pbwt.com>; Megan Mantzavinos <MMantzavinos@moodklaw.com>; Kieran E. Fox <KFox@moodklaw.com>; Gregory.Emrick@offitkurman.com; Ian Thomas <ithomas@offitkurman.com>; Warren.Koshofer@offitkurman.com; Timothy Willman <Timothy.Willman@offitkurman.com>; Ross, Kate (x2116) <kross@pbwt.com>; Johnson, Vernon <vjohnson@nixonpeabody.com>
**Subject:** Re: CASA de Maryland, Inc. v. Arbor Realty Trust, Inc, et al

We do not agree with a). I have always said we will coordinate the inspection with you though. So, we do agree to coordinate the inspection so that there's only one inspection. As far as I know, you have not proposed any other dates, right?

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153

<image002.png>
**CONFIDENTIALITY NOTICE**

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Mar 13, 2023, at 3:21 PM, Meehan, Sarah <smeehan@orrick.com> wrote:
>
> Counsel:
>
> Per Judge Sullivan's order (ECF No. 132), the Hyattsville Defendants and Realty Management Services, Inc. intend to file a response in opposition to Plaintiffs' Motion to Compel Inspection of Land and Compliance with Subpoena and a Cross-Motion for Entry

of a Protective Order. We intend to seek the following relief, requiring Plaintiffs to: (a) provide to Defendants a written statement of the intended scope of the subpoenas for the BVS inspection, including the factual bases and reasons for the inspection, the areas or deficiencies Plaintiffs' inspectors will be observing and/or testing for, and the tests, if any, that Plaintiffs' inspectors intend to conduct during the inspection; and, (b) coordinate with the Defendants to ensure a single intrusion onto and inspection of BVS.

Based on the February 28 meet and confer and your outstanding motion to compel the inspection (ECF No. 130), we understand that Plaintiffs oppose such relief.  Please advise if Plaintiffs have a different position.

Thanks,

**Sarah Meehan**
Managing Associate
Orrick
Washington, DC
T +1 202-349-8082
smeehan@orrick.com
<image001.png>

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by l[aw. If you have] received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immedia[tely of] the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.