IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civil Action No. 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |

******
**ORDER**

This matter comes before the Court on Defendants' Arbor Management Acquisition Company, LLC, Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, and Realty Management Services, Inc. (collectively, "Defendants") Cross-Motion for Entry of a Protective Order (the "Cross-Motion"). Upon consideration of the Cross-Motion, any opposition thereto, and any reply in support therefore, it is hereby

**ORDERED** that the Cross-Motion is **GRANTED**;

**ORDERED** that Plaintiffs provide to Jair Lynch Real Estate Partners and 1400 University Boulevard, LLC (collectively, the "Owners") and Defendants within fourteen (14) days of this Order, a written statement concerning their intended scope of the inspection of Bedford and Victoria Station ("BVS"), including: (i) the identities of the individuals that will be inspecting and conducting testing on the properties; (ii) the specific areas or deficiencies that the inspectors will be observing and/or testing for; and (iii) the specific tests that the inspectors intend to conduct at the properties; and it is further

**ORDERED** that Plaintiffs are required to coordinate and cooperate with Defendants and the Owners with respect to the inspection of BVS, which includes, at a minimum, the following acts of coordination:

(1) Plaintiffs, Defendants (together, the "Parties") and the Owners shall meet and confer regarding a detailed inspection protocol and jointly agree on its terms;

(2) All parties will share all raw unedited photos, videos, or audio footage and any materials obtained from the inspection (including photographs, video footage, any samples or materials taken from or of BVS or test results from such sampling, etc.);

(3) No later than seven (7) days prior to the inspection, the Parties shall identify by name and title the specific contingent of people who will be going to BVS to conduct the inspection;

(4) Defendants' and the Owners' representative(s) and expert(s) shall be allowed to accompany Plaintiffs' representatives and experts during the inspection at all times. The Parties will work together reasonably to accommodate such things as bathroom breaks. Plaintiffs' team members may step off BVS property to confer privately or may do so on the property so long as they stay within view of other party representatives. The Parties and the Owners have the right to photograph or videotape the activities of the Parties' team on the properties;

(5) The Parties shall identify mutually agreed to dates and times to conduct the inspection. If the inspection needs to be cancelled in whole or part due to

unforeseen circumstances, the Parties will cooperate to promptly reschedule the visit;

(6) The Parties shall cooperate during the inspection to accommodate and not to interfere with the ongoing operations at BVS or any of its tenants; and

(7) To the extent any communications are needed with BVS personnel during the inspection for informational or logistical reasons, these shall occur in the presence of representatives of Defendants and the Owners, or with their permission.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED.**

Date: _____
TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE