IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*  **Plaintiffs,**  v.  ARBOR REALTY TRUST, INC., *et al.*  **Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

**PLAINTIFFS' CONSENT MOTION TO EXTEND ALL DEADLINES**

***COME NOW*** Plaintiffs, by and through undersigned counsel, move this Court under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, for an order extending all deadlines in this case by 60 days. Plaintiffs state as follows:

1. This is complex litigation related to the allegations that the conditions at the apartment complexes known as Bedford United and Victoria United (collectively "BVS") are uninhabitable.

2. Discovery began in earnest in late October 2022 after adjudication on Defendants' motions to dismiss was granted in part and denied in part.

3. Document production is still ongoing and is intended to be ongoing for at least another month.

4. There is also a pending motion concerning the scope of discovery. *See Pls.' Mot. to Compel Discovery*, ECF #128-1.

5. Plaintiffs have reviewed a substantial percentage of the documents produced thus far but will need to review forthcoming documents before proceeding with the current scheduling order, especially their Motion for Class Certification.

1

6. There is additionally a motion that is not ripe concerning the scope of a premises inspection that Plaintiffs seek on the property. ECF #130.

7. Plaintiffs are planning to inspect the property for violations of the implied warranty of habitability and evidence of deferred maintenance that occurred during Defendants' operation of the Bedford and Victoria Station Apartments.

8. An extension of all deadlines is necessary to ensure that the parties have sufficient time to complete document production and review, perform any site inspections, as well as to adequately move for class certification.

9. Defendants likewise seek additional information, including discovery from Plaintiffs which is forthcoming as of this filing.

10. The requested extension of all deadlines by 60 days will not unduly prejudice any party. The requested extension is reasonable under the circumstances and will promote the just and efficient conduct of this litigation.

11. All parties consent to the requested extension.

12. Under L.R. 105.9, Plaintiffs contacted the Defendants to obtain their consent to this motion.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an order extending all deadlines by approximately 60 days as follows:

| Event | Old Date | New Date |
|---|---|---|
| Plaintiffs' Motion for Class Certification Due | March 27, 2023 | May 26, 2023 |
| Moving for additional parties and amendment of pleadings | March 27, 2023 | May 26, 2023 |
| Plaintiffs' Rule 26(a)(2) Disclosures | April 12, 2023 | June 9, 2023 |
| Defendants' Rule 26(a)(2) Disclosures | May 10, 2023 | July 7, 2023 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | May 24, 2023 | July 21, 2023 |

| | | |
|---|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | May 31, 2023 | July 28, 2023 |
| Discovery Deadline; submission of status report | June 23, 2023 | August 18, 2023 |
| Requests for admission | June 30, 2023 | August 25, 2023 |
| Dispositive pretrial motions deadline | July 26, 2023 | September 22, 2023 |

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**


/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary Kelsay
Bar Number: 30460
One Church Street
Suite 802
Rockville, MD 20850
Telephone:(202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

## **CERTIFICATE OF SERVICE**

 This is to certify that on this 15th day of March 2023, I caused a copy of the foregoing to be served upon all parties.

                */s/ Jonathan Nace*
                Jonathan Nace, Esquire
                Bar Number: 18246