IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**ARBOR REALTY TRUST, INC.,** *et al.*<br><br>**Defendants.** | **Civil Action No. 8:21-cv-01778-DKC** |

### ORDER

UPON CONSIDERATION OF *Plaintiffs' Consent Motion to Extend All Deadlines*, Plaintiffs' motion is this _____ day of _____, 2023

**GRANTED**. And it is **ORDERED** that the scheduling order is modified as follows:

| Event | Old Date | New Date |
|---|---|---|
| Plaintiffs' Motion for Class Certification Due | March 27, 2023 | May 26, 2023 |
| Moving for additional parties and amendment of pleadings | March 27, 2023 | May 26, 2023 |
| Plaintiffs' Rule 26(a)(2) Disclosures | April 12, 2023 | June 9, 2023 |
| Defendants' Rule 26(a)(2) Disclosures | May 10, 2023 | July 7, 2023 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | May 24, 2023 | July 21, 2023 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 31, 2023 | July 28, 2023 |
| Discovery Deadline; submission of status report | June 23, 2023 | August 18, 2023 |
| Requests for admission | June 30, 2023 | August 25, 2023 |
| Dispositive pretrial motions deadline | July 26, 2023 | September 22, 2023 |

_____
Hon. Timothy J. Sullivan