IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA de MARYLAND, INC., et al.    :
                                               :

   v.                          :   Civil Action No. DKC 21-1778

                                               :

ARBOR REALTY TRUST, INC., et al.    :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of March, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss class allegations filed by Defendants Arbor Realty Trust, Inc., Arbor Realty Limited Partnership, Arbor Realty SR, Inc., Arbor Management Acquisition Company, LLC, Hyattsville United, LLC, Bedford United, LLC, Victoria United, LLC, and Realty Management Services, Inc., (ECF No. 89) BE, and the same hereby IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                     /s/
                                 DEBORAH K. CHASANOW
                                 United States District Judge