# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF MARYLAND**

| | |
|---|---|
| **CASA DE MARYLAND, INC.,** *et al.* | |
| **Plaintiffs,** | |
| v. | **Civil Action No. 8:21-cv-01778-DKC** |
| **ARBOR REALTY TRUST, INC.,** *et al.* | |
| **Defendants.** | |

### DECLARATION OF JONATHAN B. NACE

I, Jonathan B. Nace, declare the following to be truthful and accurate:

1. On October 25, 2022, a subpoena for inspection of the premises was served upon Ownership.

2. On November 14, 2022, a meet and confer was held with counsel for Ownership, who were at that time represented by Louis E. Dolan and Audrey Gariepy-Bogui of Nixon Peabody.

3. On that call, it was disclosed to Ownership Counsel that Plaintiffs were seeking to inspect 50-60 randomly selected apartments for the purpose of class certification.

4. Plaintiffs also disclosed that they would not perform any destructive testing and were doing visual observation only with two experts.

5. Ownership Counsel acknowledged the request, failed to indicate that they could not provide access to any apartment, and stated only that they wanted an agreed upon protocol and potentially a release of liability.

6. Plaintiffs' counsel told Ownership counsel that they would consider a release of liability for harm that occurred due to the inspection but that they would not agree to release claims against Ownership in exchange for access.

7. Plaintiffs also indicated they could likely agree to release Ownership from any damages that arose prior to their purchase of the Property.

8. Ownership Counsel unequivocally understood this and agreed to proceed on March 7, 8 and 9.

9. Ownership Counsel delayed response to Plaintiffs many requests for agreement on inspection thereafter, but Plaintiffs were under the belief that there was general agreement on the scope of the inspection because of these conversations and oral agreements.

*I hereby declare under the penalty of perjury that the foregoing is truthful and accurate to the best of my abilities.*

/s/ Jonathan B. Nace
Jonathan B. Nace