# Exhibit 2

**From:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Subject:** RE: CASA v. Arbor
**Date:** December 2, 2022 at 3:10 PM
**To:** Jonathan Nace jon@nidellaw.com, Joe Donahue pjd@thedonahuelawfirm.com
**Cc:** Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com



Counsel:

We are following up on Plaintiffs' subpoena requests for documents and a physical inspection of the Bedford Station and Victoria Station apartment complexes directed at 1400 University Boulevard Owner, LLC and Jair Lynch Real Estate Partners. I tried each of you today by phone, but have not heard back.

We have provided a recommendation to our clients concerning the subpoenas. Notably, our recommendation is that we proceed with a physical inspection of the property subject to a release of claims by the named Plaintiffs. With regards to the document subpoenas, we are still coordinating with our clients and believe that a follow-up call to discuss narrowing the scope of the requests may prove fruitful.

To that end, we have prepared a proposed release for your review and are awaiting client approval before sending it to you. We recognize that our proposed deadline to respond is today, but in light of our need for further approval, we kindly ask for a two-week extension, until December 16th, to provide our responses and objections to your subpoenas.

We can assure you that our goal is not to cause further delay, but rather, to ensure that we have agreement and a protocol in place for the physical inspection and can cooperate with respect to the document requests. Please let us know whether you agree to the extension and your availability for a call.

Thank you,
Audrey



**Audrey Gariepy-Bogui**
**Associate**
agariepy@nixonpeabody.com
T/ 202.585.8182   M/ 202.890.7991   F/ 202.354.5209
Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Thursday, November 10, 2022 2:28 PM
**To:** Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>
**Cc:** Joe Donahue <pjd@thedonahuelawfirm.com>; Zach Kelsay <zach@nidellaw.com>; Dolan, Louis <LDOLAN@nixonpeabody.com>
**Subject:** Re: CASA v. Arbor

Hi Audrey,

Been in an ongoing deposition today. I can talk monday the 14th around 10 am if that works

**From:** Jonathan Nace jon@nidellaw.com
**Subject:** Re: CASA v. Arbor
**Date:** December 2, 2022 at 3:34 PM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com



Please send your proposed release as soon as possible. But, we are not waiving any rights or remedies we may seek if we can't come to an agreement on a release.

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Dec 2, 2022, at 3:10 PM, Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com> wrote:
>
> Counsel:
>
> We are following up on Plaintiffs' subpoena requests for documents and a physical inspection of the Bedford Station and Victoria Station apartment complexes directed at 1400 University Boulevard Owner, LLC and Jair Lynch Real Estate Partners. I tried each of you today by phone, but have not heard back.
>
> We have provided a recommendation to our clients concerning the subpoenas. Notably, our recommendation is that we proceed with a physical inspection of the property subject to a release of claims by the named Plaintiffs. With regards to the document subpoenas, we are still coordinating with our clients and believe that a follow-up call to discuss narrowing the scope of the requests may prove fruitful.
>
> To that end, we have prepared a proposed release for your review and are awaiting client approval before sending it to you. We recognize that our proposed deadline to respond is today, but in light of our need for further approval, we kindly ask for a two-week extension, until December 16th, to provide our responses and objections to your subpoenas.

**From:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Subject:** RE: CASA v. Arbor
**Date:** December 2, 2022 at 4:04 PM
**To:** Jonathan Nace jon@nidellaw.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com

Understood.  We will send the proposed release as soon as we have approval to do so.  Please confirm whether you consent to the two-week extension until December 16th.

Thank you,
Audrey



**Audrey Gariepy-Bogui**
Associate
agariepy@nixonpeabody.com
T/ 202.585.8182   M/ 202.890.7991   F/ 202.354.5209
Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

---

**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Friday, December 2, 2022 3:35 PM
**To:** Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>
**Cc:** Joe Donahue <pjd@thedonahuelawfirm.com>; Zach Kelsay <zach@nidellaw.com>; Dolan, Louis <LDOLAN@nixonpeabody.com>
**Subject:** Re: CASA v. Arbor

Please send your proposed release as soon as possible.  But, we are not waiving any rights or remedies we may seek if we can't come to an agreement on a release.

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153.  Thank you.

**From:** Jonathan Nace jon@nidellaw.com
**Subject:** Re: CASA v. Arbor
**Date:** December 2, 2022 at 4:09 PM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com

Sure, you can have two more weeks. But this is not an agreement that we **must** sign a release before we get your documents. Hopefully we can agree on the language and its not an issue, but if we can't agree, we reserve the right to move to compel the documents with or without a release.

Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Dec 2, 2022, at 4:04 PM, Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com> wrote:
>
> Understood. We will send the proposed release as soon as we have approval to do so. Please confirm whether you consent to the two-week extension until December 16th.
>
> Thank you,
> Audrey
>
> 
>
> **Audrey Gariepy-Bogui**
> **Associate**
> agariepy@nixonpeabody.com
> T/ 202.585.8182  M/ 202.890.7991  F/ 202.354.5209
> Nixon Peabody LLP
> 799 9th Street NW, Suite 500, Washington, DC 20001-5327
> nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution

**From:** Jonathan Nace jon@nidellaw.com 
**Subject:** Re: CASA v. Arbor
**Date:** December 21, 2022 at 10:04 AM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com



Hi Audrey,

Do you have time today or tomorrow to discuss next steps. We did receive your formal responses, but no production. And yes, email service is all that is necessary moving forward. If this afternoon still works, I can probably make some time. Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Dec 16, 2022, at 6:29 PM, Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com> wrote:
>
> Hi Jonathan,
>
> Attached, please find 1400 University Boulevard Owner, LLC and Jair Lynch Real Estate Partners' responses and objections to Plaintiffs' subpoena requests. Kindly confirm whether you are willing to accept email service. Otherwise, we will mail you hard-copies of the responses.
>
> We would like to set up a call to discuss your proposed plan for the inspection, including the selection of units and liability waivers for the inspectors. Do you have any availability for a call on Tuesday afternoon or Wednesday? Please let us know if there is a time that works best for you.
>
> Thank you,
> Audrey

**From:** Jonathan Nace jon@nidellaw.com 
**Subject:** Re: CASA v. Arbor
**Date:** January 11, 2023 at 8:45 AM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com



Hi Audrey,

I think we didn't connect over the holidays and I'm circling back now. Do you have time today to discuss your production/objections? Also, I thought you all were going to prepare a proposed release so that we could get dates for inspecting the property. I dont believe I've seen such a document yet. Can you please provide that too if you haven't already? Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Dec 21, 2022, at 10:04 AM, Jonathan Nace <jon@nidellaw.com> wrote:
>
> Hi Audrey,
>
> Do you have time today or tomorrow to discuss next steps. We did receive your formal responses, but no production. And yes, email service is all that is necessary moving forward. If this afternoon still works, I can probably make some time. Thanks,
>
> Jonathan Nace
> Nidel & Nace, PLLC
> One Church Street
> Suite 802
> Rockville, MD 20850
> 202-780-5153
>
> <NIDEL & Nace Logo small.png>
> CONFIDENTIALITY NOTICE

**From:** Jonathan Nace jon@nidellaw.com
**Subject:** Re: CASA v. Arbor
**Date:** January 17, 2023 at 4:05 PM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com

Circling back from my email of late last week.  We are still looking for language about a proposed release from you and would like dates for the inspection.  I also am trying to solve any concerns you may have about document production.  Can you please confirm when you will be producing documents, or what final roadblock is in the way?  Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153.  Thank you.

> On Jan 11, 2023, at 8:45 AM, Jonathan Nace <jon@nidellaw.com> wrote:
>
> Hi Audrey,
>
> I think we didn't connect over the holidays and I'm circling back now.  Do you have time today to discuss your production/objections?  Also, I thought you all were going to prepare a proposed release so that we could get dates for inspecting the property.  I dont believe I've seen such a document yet.  Can you please provide that too if you haven't already?  Thanks,
>
> Jonathan Nace
> Nidel & Nace, PLLC
> One Church Street
> Suite 802
> Rockville, MD 20850
> 202-780-5153
>
> <NIDEL & Nace Logo small.png>
> CONFIDENTIALITY NOTICE
>
> The information contained in this e-mail message is legally privileged and confidential,

**From:** Jonathan Nace jon@nidellaw.com
**Subject:** Re: CASA v. Arbor
**Date:** January 23, 2023 at 10:26 AM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Joe Donahue pjd@thedonahuelawfirm.com, Zach Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com



Hi Audrey and Louis,

I've been trying to get in touch with you lately and haven't had much success. We really need dates for an inspection and your clients documents now. I'm hoping we are still progressing to working this out amicably. But we need some movement.

When we last spoke, you were going to send me a release for liability during the inspection itself, and also a proposed release for claims that arose prior to your client's purchase of the property. I haven't seen either to my knowledge.

Can we get those proposed releases, dates for the inspection, and your documents as soon as possible? If not, when can you produce those items? Thanks,

Jonathan Nace
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153



CONFIDENTIALITY NOTICE

The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this e-mail, you should not read, distribute, or otherwise use this e-mail, and you should immediately notify the sender by e-mail reply or by calling 202-780-5153. Thank you.

> On Dec 16, 2022, at 6:29 PM, Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com> wrote:
>
> Hi Jonathan,
>
> Attached, please find 1400 University Boulevard Owner, LLC and Jair Lynch Real Estate Partners' responses and objections to Plaintiffs' subpoena requests. Kindly confirm whether you are willing to accept email service. Otherwise, we will mail you hard-copies of the responses.
>
> We would like to set up a call to discuss your proposed plan for the inspection, including the selection of units and liability waivers for the inspectors. Do you have any availability for a call on Tuesday afternoon or Wednesday? Please let us know if there

**From:** Joseph Donahue pjd@thedonahuelawfirm.com
**Subject:** RE: CASA v. Arbor
**Date:** January 26, 2023 at 2:56 PM
**To:** Gariepy-Bogui, Audrey agariepy@nixonpeabody.com, Dolan, Louis LDOLAN@nixonpeabody.com
**Cc:** Zach Kelsay zach@nidellaw.com, Jonathan Nace jon@nidellaw.com



Audrey and Louis,

Reviewing correspondence over the last two months, it appears you are simply ignoring our requests here. Can you please advise where we are on (1) documents and (2) dates for inspection here. We are happy to issue a new subpoena with a date that works for all parties.

It seems silly to involve the Court on this. With that said, we remain willing to work this out, but at this point we don't even appear to have an ongoing dialogue. Please advise.

Thanks,
Joe


P. Joseph Donahue
Attorney

The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
t: 410.280.2023

This email and any attachments may contain confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email and the attachments by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the email and any attachments.

**From:** Jonathan Nace <jon@nidellaw.com>
**Sent:** Monday, January 23, 2023 10:26 AM
**To:** Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>
**Cc:** Joseph Donahue <pjd@thedonahuelawfirm.com>; Zach Kelsay <zach@nidellaw.com>; Dolan, Louis <LDOLAN@nixonpeabody.com>
**Subject:** Re: CASA v. Arbor

Hi Audrey and Louis,

I've been trying to get in touch with you lately and haven't had much success. We really need dates for an inspection and your clients documents now. I'm hoping we are still progressing to working this out amicably. But we need some movement.

When we last spoke, you were going to send me a release for liability during the inspection itself, and also a proposed release for claims that arose prior to your client's

**From:** Dolan, Louis LDOLAN@nixonpeabody.com
**Subject:** RE: CASA v. Arbor
**Date:** January 26, 2023 at 3:04 PM
**To:** Joseph Donahue pjd@thedonahuelawfirm.com, Gariepy-Bogui, Audrey agariepy@nixonpeabody.com
**Cc:** Zach Kelsay zach@nidellaw.com, Jonathan Nace jon@nidellaw.com, Johnson, Vernon vjohnson@nixonpeabody.com

Joseph: We are not ignoring your requests and have no desire to have you issue new subpoenas. By cc of this email, I am asking my partner Vernon Johnson to take the lead on getting these issues resolved. He and I will coordinate with you. If you have a property inspection protocol that you like, please forward that for our review, otherwise we will prepare one. Thank you. – Le



**Louis E. Dolan, Jr.**
**Partner**
ldolan@nixonpeabody.com
T/ 202.585.8818  M/ 202.215.1338  F/ 866.947.3670

Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Joseph Donahue <pjd@thedonahuelawfirm.com>
**Sent:** Thursday, January 26, 2023 2:54 PM
**To:** Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>; Dolan, Louis <LDOLAN@nixonpeabody.com>
**Cc:** Zach Kelsay <zach@nidellaw.com>; Jonathan Nace <jon@nidellaw.com>
**Subject:** RE: CASA v. Arbor

Audrey and Louis,

Reviewing correspondence over the last two months, it appears you are simply ignoring our requests here. Can you please advise where we are on (1) documents and (2) dates for inspection here. We are happy to issue a new subpoena with a date that works for all parties.

It seems silly to involve the Court on this. With that said, we remain willing to work this out, but at this point we don't even appear to have an ongoing dialogue. Please advise.

Thanks,
Joe


P. Joseph Donahue
Attorney

**From:** Joseph Donahue pjd@thedonahuelawfirm.com
**Subject:** Draft Motion to Compel
**Date:** February 8, 2023 at 4:33 PM
**To:** Johnson, Vernon vjohnson@nixonpeabody.com
**Cc:** Jonathan Nace jon@nidellaw.com, Zachary Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com, Gariepy-Bogui, Audrey agariepy@nixonpeabody.com

Vernon,

Attached please find the draft Motion to Compel and exhibits.  Still hoping we can work through this but have not heard back after my most recent email last week (2/2).

Regards,


P. Joseph Donahue
Attorney

The Donahue Law Firm, LLC
18 West Street
Annapolis, Maryland 21401
t: 410.280.2023

This email and any attachments may contain confidential and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email and the attachments by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the email and any attachments.

   

2023.02.08 Mot to Com...nal.pdf    2022.10.25 Subpo...ner.pdf    2022.11.02 Subpo...ch.pdf    2022.12.02 - Ex. 2.pdf

**From:** Johnson, Vernon vjohnson@nixonpeabody.com
**Subject:** RE: Draft Motion to Compel
**Date:** February 8, 2023 at 5:03 PM
**To:** Joseph Donahue pjd@thedonahuelawfirm.com
**Cc:** Jonathan Nace jon@nidellaw.com, Zachary Kelsay zach@nidellaw.com, Dolan, Louis LDOLAN@nixonpeabody.com



Dear Joe,

I have told you that our clients are working on producing documents.  I have also told you that we have a draft Property Inspection Protocol in process.  We hope to be able to provide that to you soon.

Our goal is to produce documents pursuant to the Subpoenas by February 17.  We are continuing to work on this and will also follow up with you further on the draft Release we had sent before.

(Please remove Audrey Gariepy-Bogui from communications as she is not working on this matter any longer.)

Vernon



**Vernon W. Johnson, III**
**Partner**
vjohnson@nixonpeabody.com
T/ 202.585.8401   M/ 202.279.1980   F/ 866.692.7459

Nixon Peabody LLP
799 9th Street NW, Suite 500, Washington, DC 20001-5327
nixonpeabody.com   @NixonPeabodyLLP

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Joseph Donahue <pjd@thedonahuelawfirm.com>
**Sent:** Wednesday, February 8, 2023 4:33 PM
**To:** Johnson, Vernon <vjohnson@nixonpeabody.com>
**Cc:** Jonathan Nace <jon@nidellaw.com>; Zachary Kelsay <zach@nidellaw.com>; Dolan, Louis <LDOLAN@nixonpeabody.com>; Gariepy-Bogui, Audrey <agariepy@nixonpeabody.com>
**Subject:** Draft Motion to Compel

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

Vernon,

Attached please find the draft Motion to Compel and exhibits.  Still hoping we can work through this but have not heard back after my most recent email last week (2/2).