# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>ARBOR REALTY TRUST, INC., et al,<br><br>Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL INSPECTION OF LAND AND COMPLIANCE WITH SUBPOENA

*COME NOW* Plaintiffs, by and through undersigned counsel, to withdraw their Motion to Compel Inspection of Land and Compliance with Subpoena, ECF No. 130.

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**

/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary A. Kelsay, Esquire
Bar Number: 30460
One Church Street Suite 802
Rockville, MD 20850
Telephone: (202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

P. Joseph Donahue
Bar Number 06245
**The Donahue Law Firm, LLC**
18 West Street
Annapolis, Maryland 21401
Telephone: (410) 280-2023
pjd@thedonahuelawfirm.com

1

**CERTIFICATE OF SERVICE**

  This shall certify that on this 12th day of April 2023, I served a copy of the foregoing upon all parties and the Court via ECF.

               /s/ Jonathan B. Nace
               Jonathan B. Nace (Bar No. 18246)