IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

*COME NOW* all parties, by and through undersigned counsel, and Jointly Move to Stay further proceedings in this matter for a period of forty-five days. The parties have agreed to a settlement in principle and are jointly seeking time to agree on specific terms and produce the appropriate paperwork. There is good cause for the requested stay because such a stay will promote the interests of justice, serve judicial economy, and will not prejudice any party.

**WHEREFORE**, all parties jointly move to stay all proceedings in this case for forty-five days.

Respectfully submitted,

**Nidel & Nace, P.L.L.C.**

/s/ Jonathan Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary Kelsay
Bar Number: 30460
One Church Street
Suite 802
Rockville, MD 20850
Telephone:(202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

*Counsel for Plaintiffs*

1

*/s/ Sarah Meehan*
Sarah B. Meehan (Bar Number 30428)
Amanda R. Lawrence (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2001 M Street NW, Suite 500
Washington, D.C.  20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@orrick.com
alawrence@orrick.com

Scott T. Sakiyama (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@orrick.com

Gregory S. Emrick (Bar Number 28860)
Timothy Willman (Bar Number 21088)
**OFFIT KURMAN, PC**
300 E. Lombard St., Suite 2010
Baltimore, MD 21202
(401) 209-6400 (Telephone)
(410) 209-6435 (Facsimile)
gregory.emrick@offitkurman.com
timothy.willman@offitkurman.com

Ian Thomas (Bar Number 03883)
**OFFIT KURMAN, PC**
1325 G St. NW, Suite 500
Washington, DC 20005
(202) 900-8592 (Telephone)
(202) 393-2104 (Fascimile)
ithomas@offitkurman.com


Warren Koshofer (*pro hac vice*)
**OFFIT KURMAN, PC**
1801 Market St., Suite 2300
Philadelphia, PA 19103
(267) 338-1300 (Telephone)
(267) 338-1335 (Facsimile)
warren.koshofer@offitkurman.com

*Counsel for Defendants*
*Bedford United, LLC,*
*Victoria United, LLC,*
*Hyattsville United, LLC, and*
*Arbor Management Acquisition Company, LLC*

/s/ Peter W. Tomlinson
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
Gizele Rubeiz (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com
grubeiz@pbwt.com

Ray D. McKenzie (Bar Number 21069)
**WTAII PLLC**
1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*Counsel for Defendants*
*Arbor Realty Trust, Inc.,*
*Arbor Realty Limited Partnership, and*
*Arbor Realty SR, Inc.*

/s/ Kieran E. Fox
Megan T. Mantzavinos (Bar Number 16416)
Kieran E. Fox (Bar Number 23993)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
kfox@moodklaw.com

*Counsel for Defendant*
*Realty Management Services, Inc.*

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 5th day of May 2023, I caused a copy of the foregoing to be served upon all parties.

                */s/ Jonathan Nace*
                Jonathan Nace, Esquire
                Bar Number: 18246