# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | | |
|---|---|---|
| CASA DE MARYLAND, INC., et al,<br>Plaintiffs | * | |
| v. | * | Civ. Action No.: 8:21-cv-01778-DKC |
| ARBOR REALTY TRUST, INC., et al,<br>Defendants. | * | |

******

## ORDER

This matter comes before the Court on the Parties' Joint Notice of Settlement and Motion to Stay filed on [date]. Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that the Joint Motion to Stay is **GRANTED**, and this action is stayed for forty-five (45) days from the date of this Order.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED**.


DATE: _____, 2023


_____
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE