IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

### ORDER

This matter comes before the Court on the Parties' Joint Motion for Extension of Stay. Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that the Joint Motion for Extension of Stay is **GRANTED** and this action is stayed for thirty days from the date of this Order.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED.**

Date: _____

_____
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE