IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

## JOINT MOTION FOR EXTENSION OF STAY

Come now, all parties, by and through undersigned counsel, and jointly move the Court for an extension of the stay entered on May 8, 2023, for an additional thirty (30) days, so that the parties may finalize the settlement. As previously reported to the Court, the parties have agreed to a settlement in principle and during the stay the parties have been working diligently to memorialize that agreement in a long-form settlement agreement. The parties have made substantial progress and only request additional time due to the complex nature of the case and the number of parties involved. The parties request an extension of the stay to finalize the long-form settlement agreement. The parties are in agreement that they wish to finalize the matter as quickly as possible. They are hopeful that they may be able to do so in less than 30 days, and, if they are able to, they will notify the Court promptly. There is good cause for the requested continuance of the stay because such a stay will promote the interests of justice, serve judicial economy and will not prejudice any party.

Respectfully submitted July 20, 2023.

/s/ *Jonathan B. Nace*

Jonathan Nace, Esquire
Bar Number: 18246
Zachary Kelsay
Bar Number: 30460
**Nidel & Nace, P.L.L.C.**
One Church Street
Suite 802
Rockville, MD 20850
Telephone:(202) 780-5153
jon@nidellaw.com
zach@nidellaw.com

*Counsel for Plaintiffs*


/s/ Sarah B. Meehan
Sarah B. Meehan (Bar Number 30428)
Amanda R. Lawrence (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2001 M Street NW, Suite 500
Washington, D.C.  20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@orrick.com
alawrence@orrick.com


Scott T. Sakiyama (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@orrick.com

Gregory S. Emrick (Bar Number 28860)
Timothy Willman (Bar Number 21088)
**OFFIT KURMAN, PC**
300 E. Lombard St., Suite 2010
Baltimore, MD 21202
(401) 209-6400 (Telephone)
(410) 209-6435 (Facsimile)
gregory.emrick@offitkurman.com

timothy.willman@offitkurman.com

Ian Thomas (Bar Number 03883)
**OFFIT KURMAN, PC**
1325 G St. NW, Suite 500
Washington, DC 20005
(202) 900-8592 (Telephone)
(202) 393-2104 (Fascimile)
ithomas@offitkurman.com

Warren Koshofer (*pro hac vice*)
**OFFIT KURMAN, PC**
1801 Market St., Suite 2300
Philadelphia, PA 19103
(267) 338-1300 (Telephone)
(267) 338-1335 (Facsimile)
warren.koshofer@offitkurman.com

*Counsel for Defendants*
*Bedford United, LLC,*
*Victoria United, LLC,*
*Hyattsville United, LLC, and*
*Arbor Management Acquisition Company,*
*LLC*

*/s/ Peter W. Tomlinson*
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
Gizele Rubeiz (*pro hac vice*)
**PATTERSON BELKNAP WEBB &
TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com
grubeiz@pbwt.com

Ray D. McKenzie (Bar Number 21069)
**WTAII PLLC**
1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com

*Counsel for Defendants*
*Arbor Realty Trust, Inc.,*
*Arbor Realty Limited Partnership, and*
*Arbor Realty SR, Inc.*

<u>*/s/ Megan T. Mantzavinos*</u>

Megan T. Mantzavinos (Bar Number 16416)
Kieran E. Fox (Bar Number 23993)
**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
kfox@moodklaw.com

*Counsel for Defendant*
*Realty Management Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Jonathan B. Nace*
Jonathan Nace, Esquire
Bar Number: 18246
