IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

CASA DE MARYLAND, INC., et al,

Plaintiffs,

v.

ARBOR REALTY TRUST, INC., et al,

Defendants.

Civ. Action No.: 8:21-CV-01778-DKC

**ORDER**

This matter comes before the Court on the Parties' Joint Motion for Extension of Stay. Because the Parties are in agreement and the Court finds good cause, it is hereby **ORDERED** that the Joint Motion for Extension of Stay is **GRANTED** and this action is stayed for fourteen days from the date of this Order.

The clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is **SO ORDERED.**

Date:

_____
DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE