IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

**CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among all parties that the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendants Arbor Realty Trust, Inc., Arbor Realty SR, Inc., Arbor Realty Limited Partnership, Arbor Management Acquisition Company, LLC, Hyattsville United, LLC, and Realty Management Services, Inc., with prejudice and with each party to bear its own costs.

The action remains pending as to Bedford United, LLC and Victoria United, LLC only.

Respectfully submitted,

/s/ Jonathan B. Nace
Jonathan Nace, Esquire
Bar Number: 18246
Zachary Kelsay
Bar Number: 30460
**Nidel & Nace, P.L.L.C.**
One Church Street
Suite 802
Rockville, MD 20850
Telephone:(202) 780-5153
jon@nidellaw.com
zach@nidellaw.com
*Counsel for Plaintiffs*

/s/ Sarah B. Meehan
Sarah B. Meehan (Bar Number 30428)
Amanda R. Lawrence (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
smeehan@orrick.com
alawrence@orrick.com
***Signed by Jonathan B. Nace with permission of Counsel***

Scott T. Sakiyama (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@orrick.com

Gregory S. Emrick (Bar Number 28860)
Timothy Willman (Bar Number 21088)
**OFFIT KURMAN, PC**
300 E. Lombard St., Suite 2010
Baltimore, MD 21202
(401) 209-6400 (Telephone)
(410) 209-6435 (Facsimile)
gregory.emrick@offitkurman.com
timothy.willman@offitkurman.com

Ian Thomas (Bar Number 03883)
**OFFIT KURMAN, PC**
1325 G St. NW, Suite 500
Washington, DC 20005
(202) 900-8592 (Telephone)
(202) 393-2104 (Fascimile)
ithomas@offitkurman.com

Warren Koshofer (*pro hac vice*)
**OFFIT KURMAN, PC**
1801 Market St., Suite 2300
Philadelphia, PA 19103
(267) 338-1300 (Telephone)
(267) 338-1335 (Facsimile)
warren.koshofer@offitkurman.com
*Counsel for Defendants*
*Bedford United, LLC,*

*Victoria United, LLC,*
*Hyattsville United, LLC, and*
*Arbor Management Acquisition Company, LLC*


*/s/ Peter W. Tomlinson*
Peter W. Tomlinson (*pro hac vice*)
Muhammad U. Faridi (*pro hac vice*)
Gizele Rubeiz (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000 (Telephone)
(212) 336-2222 (Facsimile)
pwtomlinson@pbwt.com
mfaridi@pbwt.com
grubeiz@pbwt.com
***Signed by Jonathan B. Nace with permission of Counsel***

Ray D. McKenzie (Bar Number 21069)
**WTAII PLLC**
1101 Wilson Boulevard, Suite 968
Arlington, VA 22209
(202) 688-3150 (Telephone)
(202) 869-1882 (Facsimile)
ray.mckenzie@wtaii.com
*Counsel for Defendants*
*Arbor Realty Trust, Inc.,*
*Arbor Realty Limited Partnership, and*
*Arbor Realty SR, Inc.*


*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos (Bar Number 16416)
Kieran E. Fox (Bar Number 23993)
**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
600 Baltimore Avenue, #305
Towson, MD 21204
(410) 339-6880 (Telephone)
(410) 339-6881 (Facsimile)
mmantzavinos@moodklaw.com
kfox@moodklaw.com
*Counsel for Defendant*
*Realty Management Services, Inc.*
***Signed by Jonathan B. Nace with permission of Counsel***

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2023, I electronically filed the foregoing document with upon the Court and all parties via ECF service.

                                                    */s/ Jonathan B. Nace*
                                                    Jonathan Nace, Esquire
                                                    Bar Number: 18246