*<u>CASA de Maryland, Inc, et al. v. Arbor Realty Trust, Inc., et al.</u>*

# FORMULARIO DE RECLAMACIÓN Y RENUNCIA

## INSTRUCCIONES

Si usted residía en un apartamento en Bedford Station o Victoria Station cerca de University Blvd. en Langley Park, MD, durante el período del **19 de julio de 2018 al 23 de mayo de 2022**, es posible que sea elegible para recibir un pago de acuerdo en esta demanda contra Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, Arbor Realty Trust, Inc., Arbor Realty SR, Inc., Arbor Realty Limited Partnership y Realty Management Services, Inc., si el acuerdo final es aprobado por el Tribunal. **DEBE COMPLETAR ESTE FORMULARIO DE RECLAMO Y RENUNCIA PARA RECIBIR UN PAGO DE ACUERDO**. El monto exacto de cualquier pago final para los miembros de la clase dependerá de la asignación del Tribunal de honorarios y gastos de abogados, costos de administración y recompensas de incentivo para los representantes de la clase. La cantidad que reciba cualquier inquilino individual se calculará por el Administrador del Acuerdo y se basará en la duración de su residencia en Bedford Station o Victoria Station durante el período del 19 de julio de 2018 al 23 de mayo de 2022.

**Este Formulario de Reclamación y Renuncia, el W-9 adjunto y cualquier documentación adicional requerida deben ser enviados por correo con matasellos o presentados a más tardar el XXX de 2023.**

Por favor, visite **www.bedfordandvictoriastationsettlement.com** para obtener más detalles sobre la documentación que puede respaldar su reclamación y otra información. Si aún tiene preguntas, puede llamar al 1-XXX-XXX-XXXX.

Por favor, visite www.bedfordandvictoriastationsettlement.com para obtener más detalles sobre la documentación que puede respaldar su reclamación y otra información. Si aún tiene preguntas, puede llamar al 1-XXX-XXX-XXXX.

| DATOS |
|---|
| **Nombre:** _____   _____ <br>  *(Primeros)*  *(Apellidos)* |
| **Número de teléfono:** _____ – _____ – _____ |
| **Correo Electrónico:** _____ |
| **Dirección Postal Actual:** _____   _____ <br>  *(Calle).*  *(# de unidad/apartemento)* <br><br> _____   _____   _____ <br>  *(Ciudad)*  *(Estado)*  *(Código Postal)* |
| **No. de Seguro Social (SSN):** _____ – _____ – _____   ~O~ <br><br> **No. de identificación para declaraciones de impuestos (ITIN):** _____ – _____ – _____ |

Por favor, visite www.bedfordandvictoriastationsettlement.com para obtener más detalles sobre la documentación que puede respaldar su reclamación y otra información. Si aún tiene preguntas, puede llamar al <mark>1-XXX-XXX-XXXX.</mark>

## INFORMACION DEL APARTAMENTO

Si Ud. cree que residía en un apartamento elegible durante el período relevante, proporcione la siguiente información, complete el Formulario W-9 adjunto y presente la documentación requerida de prueba de residencia. Si vivió en más de un apartamento en Bedford Station o Victoria Station, por favor imprima copias adicionales de este Formulario de Reclamación y Renuncia, disponibles en www.bedfordandvictoriastationsettlement.com, o comuníquese al 1-XXX-XXX-XXXX para solicitar Formulario de Reclamación y Renuncia adicionales. Un Formulario de Reclamación y Renuncia debe presentarse para cada apartamento en el que haya vivido durante el período relevante.

**Dirección del apartamento elegible:** _____    _____
                                                                        *(Calle)*                        *(# de unidad/apartamento)*

_____    _____    _____
            *(Ciudad)*                *(Estado)*      *(Código Postal)*

Por favor, visite www.bedfordandvictoriastationsettlement.com para obtener más detalles sobre la documentación que puede respaldar su reclamación y otra información. Si aún tiene preguntas, puede llamar al 1-XXX-XXX-XXXX.

**Período de Residencia**

1. ¿Cuándo comenzó su residencia en el apartamento? _____ / _____ (Mes, Año)

2. ¿Cuándo terminó su residencia en el apartamento? _____ / _____ (Mes, Año)

3. ¿Reside usted <u>actualmente</u>, o anteriormente residía, en el apartamento con otra persona (por ejemplo, un cónyuge o un familiar)? ***Apunte solo a las personas mayores de dieciocho años que residían o alquilaban el apartamento con usted.***

   ☐ Sí    ☐ No

4. Si su respuesta a la Pregunta 4 es "Sí", enumere todos los demás copropietarios de la Propiedad.

**Nota: Cada co-inquilino debe completar su propio Formulario de Reclamación y Liberación o firmar el Formulario de Reclamación y Liberación a continuación para recibir su propia compensación.**

(Co-inquilina #1)

(Co-inquilina #2)

(Co-inquilina #3)

## PRUEBA DE RESIDENCIA

Por favor, adjunte una copia de uno de los siguientes tipos de documentos para establecer la prueba de su residencia:

• Contrato de arrendamiento que indique su nombre y la dirección de su apartamento, cubriendo fechas dentro del período relevante.

• Carta de un organismo gubernamental (por ejemplo, el Departamento de Servicios Humanos de Maryland) que indique su nombre y la dirección de su apartamento, con fecha dentro del período relevante.

• Estado de cuenta bancario o factura de servicios públicos que indique su nombre y la dirección de su apartamento, con fecha dentro del período relevante.

• Carta con matasellos de un tercero que indique su nombre y la dirección de su apartamento, con fecha dentro del período relevante.

Por favor, visite www.bedfordandvictoriastationsettlement.com para obtener más detalles sobre la documentación que puede respaldar su reclamación y otra información. Si aún tiene preguntas, puede llamar al 1-XXX-XXX-XXXX.

• Cualquier otro documento similar que muestre su nombre, la dirección de su apartamento y que haya residido en el apartamento durante el período relevante.

Tenga en cuenta que la prueba de residencia estará sujeta a verificación.

### FIRME EL FORMULARIO DE RECLAMACIÓN Y RENUNCIA Y ESCRIBA LA FECHA

**Debe firmar el Formulario de Reclamación y Renuncia bajo pena de perjurio. Por lo tanto, asegúrese de que sea veraz.**

**Certificación:** Por la presente certifico bajo pena de perjurio que (1) lo anterior es verdadero y correcto; y (2) creo, de buena fe, que residía en el apartamento elegible, mencionado anteriormente, durante algún período del 19 de **julio de 2018 al 23 de mayo de 2022.**

**Renuncia de reclamos:** A cambio y luego de recibir el pago del acuerdo por el cual envío este Formulario de Reclamación y Renuncia, por la presente RENUNCIO y se me prohíbe para siempre presentar contra las Entidades Liberadas, como se define en el siguiente párrafo, cualquier y todas las acciones, causas de acciones, reclamos, demandas que hayan sido o podrían haber sido afirmadas de cualquier forma por los Miembros de la clase, incluidas, entre otras, las reclamaciones basadas en violaciones legales o reglamentarias, agravio (excluyendo lesiones personales y muerte por negligencia), contrato, causas de acción de derecho consuetudinario y cualquier reclamo por daños (incluidos daños compensatorios, daños especiales, daños consecuentes, daños punitivos, multas o sanciones legales, honorarios de abogados, costos y cualquier compensación equitativa), directos o indirectos, ya sea que se desconozcan o no actualmente, que surjan de, se basen o estén relacionados de alguna manera con las alegaciones establecidas en la Primera Reclamación Enmendada (el "FAC", ECF No. 43).

A los fines de esta Renuncia completa, las "Entidades Liberadas" significan los Demandados Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, Arbor Realty Trust, Inc., Arbor Realty SR, Inc., Arbor Realty Limited Partnership, Realty Management Services, Inc., y cada uno de sus directores, funcionarios (ya sea que actúen en tal capacidad o individualmente), accionistas, asesores, propietarios, socios, empresas conjuntas pasados, presentes y futuros, mandantes, síndicos, acreedores, firmas de abogados, abogados, representantes, empleados, gerentes, matrices, subsidiarias directas o indirectas, divisiones, subdivisiones, departamentos, entidades de control común, afiliadas, aseguradoras, reaseguradoras, personas de control, antecesores y sucesores o cualquier agente que actúe o pretenda actuar por ellos o en su nombre.

### ENVÍE SU FORMULARIO DE RECLAMACIÓN Y RENUNCIA

Por favor, visite www.bedfordandvictoriastationsettlement.com para obtener más detalles sobre la documentación que puede respaldar su reclamación y otra información. Si aún tiene preguntas, puede llamar al 1-XXX-XXX-XXXX.

Envíe por correo este Formulario de Reclamación y Renuncia completo, y la documentación requerida, con matasellos del **XXX o antes**, a:

**XXX**

**También puede completar este Formulario de Reclamación y Renuncia en línea en:**
**www.bedfordandvictoriastationsettlement.com**

Por favor, visite www.bedfordandvictoriastationsettlement.com para obtener más detalles sobre la documentación que puede respaldar su reclamación y otra información. Si aún tiene preguntas, puede llamar al 1-XXX-XXX-XXXX.