# If you resided in an apartment at Bedford Station Apartments or Victoria Station Apartments near University Blvd. in Langley Park, MD, between July 19, 2018, and May 23, 2022, you may be eligible for a payment from a class action settlement.

### Notice Of Proposed Class Action Settlement And Your Rights

*A federal court authorized this notice.*
*This is not a solicitation from a lawyer.*

- Your legal rights are affected whether you act or don't act. Read this notice carefully.

- The settlement will create a cash settlement fund that equals $3,000,000.00, which will be used to pay (i) cash payments to eligible tenants; (ii) Class Counsel's attorneys' fees and expenses; (iii) Class Representative incentive awards; and (iv) settlement administration.

- The settlement will pay eligible residents of Bedford Station or Victoria Station apartment complexes ("Bedford and Victoria Station Apartment Complexes") to settle claims related to alleged uninhabitable conditions at the apartments. The payments will be made in exchange for a release of claims against Bedford United, LLC, Victoria United, LLC, Realty Management Services, Inc. d/b/a "Ross Management" and other Defendants as more fully described at BedfordandVictoriaStationSettlement.com.

- If you resided in an apartment within the Bedford and Victoria Station Apartment Complexes between July 19, 2018 and May 23, 2022, you are a class member.

- The settlement provides for a monetary payment to the residents of each eligible apartment. The exact amount of any final payment to the residents will depend on the Court's award of attorneys' fees and expenses, the Court's award of class representative incentive awards, the costs of settlement administration, and the number of valid claims submitted. The eligible property payment amount will be calculated by the Settlement Administrator once all of these other costs are known. Individual class member payments will be weighted based on the duration of residence between July 19, 2018, and May 23, 2022 (the "Class Period").

- TO RECEIVE A PAYMENT, YOU MUST FILL OUT A CLAIM FORM and demonstrate that you resided in an apartment covered by the settlement during the Class Period. The claim form is available online at BedfordandVictoriaStationSettlement.com or you can call 1-xxx-xxx-xxxx to request that a form be sent to you. You must return the claim and release form by XXX.

- If you do not wish to participate in or be bound by the settlement, you must exclude yourself by filing an "opt-out" or "exclusion" notice by XXX, or you will be barred from bringing any legal action that this settlement resolves in the future. Details regarding how to opt-out or exclude yourself are available at BedfordandVictoriaStationSettlement.com. If you exclude yourself, you will not receive any payment under the settlement.

- The Court will hold a hearing in this case, *CASA de Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al*; Civil Action No. 8:21-cv-01778-DKC (D. Md.), on XXX at xxx Eastern Time to consider whether to approve the settlement and class counsel's request for fees and expenses. You have the right to appear at this hearing personally or through counsel at your own expense, although you do not have to. For more information, or to request a more detailed notice, go to BedfordandVictoriaStationSettlement.com or call 1-XXX-XXX-XXXX

14396667v.1