```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

CASA de MARYLAND, INC., et al. :

    v.     :   Civil Action No. DKC 21-1778

ARBOR REALTY TRUST, INC., et al. :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of September, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for preliminary approval of a settlement agreement filed by Named Plaintiffs Anita Ramirez, Ramiro Lopez, Ervin Obdulio Rodas, Jesus Gonzalez, Maria Arely Bonilla, Maria Lara, and Norma Guadalupe Beltran (ECF No. 157) BE, and the same hereby IS, DENIED without prejudice; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                        /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge