*CASA de Maryland, Inc., et al. v. Arbor Realty Trust Inc., et al.*;

**Civil Action No. 8:21-cv-01778-DKC; Tribunal de Distrito de los Estados Unidos para el Distrito de Maryland**

**Si Ud. residió en un apartamento en Bedford Station o Victoria Station cerca de University Blvd., en Langley Park, MD, entre el 19 de julio de 2018 y el 23 de mayo de 2022, es posible que tenga derecho a recibir un pago como parte de un acuerdo de demanda colectiva.**

*Un tribunal federal autorizó esta notificación. Esto no es una solicitud de un abogado.*

- Si Ud. es un miembro de esta clase, sus derechos legales se ven afectados, ya sea que actúe o no. Lea este aviso detenidamente.

¿Preguntas? Llame al número gratuito <mark>XXXXXXXXX</mark> o visite
BedfordandVictoriaStationSettlement.com
**POR FAVOR, NO SE COMUNIQUE CON EL TRIBUNAL.**

| TUS DERECHOS LEGALES Y OPCIONES EN ESTE ACUERDO DE CONCILIACIÓN ||
|---|---|
| **Presentar un Formulario de Reclamación y Renuncia**<br><br>**Fecha límite:** [<mark>Fecha</mark>] | La única forma de recibir un pago en efectivo. |
| **Excluirse a sí mismo.**<br><br>**Fecha límite:** [<mark>Fecha</mark>] | No recibir ningún pago. Esta es la única opción que le permite posiblemente participar en futuros litigios relacionados con su residencia en los complejos de apartamentos Bedford Station o Victoria Station, incluidas las reclamaciones contra Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, Arbor Realty Trust, Inc., Arbor Realty SR, Inc., Arbor Realty Limited Partnership, y Realty Management Services, Inc., y los cuales se relacionan a las reclamaciones legales en este caso. Exclúyase a sí mismo enviando una solicitud al Administrador del Acuerdo y a las Partes según se explica a continuación. |
| **Objeto**<br><br>**Fecha límite:** [<mark>Fecha</mark>] | Escriba al Tribunal explicando por qué no está de acuerdo con el Acuerdo, pero aún desea permanecer como miembro de la clase. |
| **Ir a una audiencia**<br><br>**Fecha límite:** [<mark>Fecha</mark>] | Solicite hablar en el Tribunal sobre la equidad del Acuerdo, pero debe permanecer como miembro de la clase para hablar. |
| **No hacer nada.** | No recibir ningún pago. Renunciar a derechos. |

- Estos derechos y opciones, así como las fechas límites para ejercerlos, se explican en este aviso. Información adicional está disponible en **BedfordandVictoriaStationSettlement.com.**

- El tribunal a cargo de este caso aún debe decidir si aprueba el Acuerdo. Los pagos se realizarán si el tribunal aprueba el Acuerdo y después de que se resuelvan las apelaciones. Por favor, tenga paciencia.

1

¿Preguntas? Llame al número gratuito <mark>XXXXXXXX</mark> o visite BedfordandVictoriaStationSettlement.com
**POR FAVOR, NO SE COMUNIQUE CON EL TRIBUNAL.**

**1.    ¿Por qué recibí este paquete de notificación?**

El tribunal le envió esta notificación porque tiene el derecho de conocer sobre un acuerdo propuesto en una demanda colectiva antes de que el tribunal decida si aprueba el acuerdo. Si el tribunal lo aprueba, y después de resolver objeciones y apelaciones, ciertos inquilinos actuales y anteriores de los complejos de apartamentos Bedford Station y Victoria Station, cerca de University Boulevard en Langley Park, Maryland ("Complejos de Apartamentos Bedford y Victoria Station") que hayan presentado un formulario de reclamación y liberación recibirán los beneficios del acuerdo descritos en esta notificación.

El tribunal a cargo del caso es el Tribunal de Distrito de los Estados Unidos para el Distrito de Maryland y el caso se conoce como *Casa de Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al*, Número de Caso Civil 8:21-cv-01778-DKC.

Esta notificación resume el acuerdo propuesto y sus derechos. Para conocer los términos y condiciones precisos del acuerdo, consulte el acuerdo de arreglo disponible en BedfordandVictoriaStationSettlement.com, comuníquese con el Administrador del Acuerdo al [número de teléfono] o contacte al Abogado de la Clase en la dirección que se indica en la Parte 19 a continuación, acceda al expediente del tribunal en este caso, por una tarifa, a través del sistema de Registros Electrónicos de Acceso Público del Tribunal (PACER) en https://ecf.mdd.uscourts.gov, o visite la oficina del Secretario del Tribunal de Distrito de los Estados Unidos para el Distrito de Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770 entre las 9:00 a.m. y las 4:00 p.m., de lunes a viernes, excluyendo días feriados del tribunal. POR FAVOR, NO CONTACTE AL TRIBUNAL DIRECTAMENTE. El Tribunal no puede brindarle asesoramiento legal ni opinión alguna sobre el caso o el acuerdo propuesto.

**2.    ¿De qué se trata esta demanda?**

Esta demanda tiene que ver con las condiciones presuntas en los complejos de apartamentos Bedford y Victoria Station. La demanda afirma que durante el período entre el 19 de julio de 2018 y el 23 de mayo de 2022 (el "Período de la Clase"), los complejos de apartamentos no eran habitables y que los Demandados, incluidos Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, Arbor Realty Trust, Inc., Arbor Realty SR, Inc., Arbor Realty Limited Partnership y Realty Management Services, Inc. (los "Demandados"), incumplieron sus contratos de arrendamiento con los inquilinos al no proporcionar viviendas habitables. Los Demandados niegan haber hecho algo incorrecto.

La Demanda enmendada en esta acción se encuentra publicada en BedfordandVictoriaStationSettlement.com y contiene todas las alegaciones y reclamaciones presentadas contra los Demandados.

**3.    ¿Por qué se trata de una demanda colectiva?**

En una acción colectiva, una o más personas, llamadas Representantes de la Clase, demandan en nombre de personas que tienen reclamaciones similares. Todas estas personas son una "Clase" o "Miembros de la Clase". Un tribunal resuelve los problemas para todos los Miembros de la Clase, excepto aquellos que se excluyen de la Clase.

**4.    ¿Por qué hay un acuerdo?**

El tribunal no decidió a favor de los Demandantes ni de los Demandados. En su lugar, ambas partes llegaron a un acuerdo de conciliación. De esta manera, evitan los costos y riesgos de un juicio, y las personas afectadas recibirán una compensación. Los Representantes de la Clase y los Abogados de la Clase creen que el Acuerdo es lo mejor para los Miembros de la Clase que creen que han sufrido daños.

**5.    ¿Cómo sé si formo parte del Acuerdo?**

Si recibió esta notificación por correo sin haberla solicitado, los registros de arrendamiento indican que puede ser un inquilino actual o anterior de un apartamento incluido en este acuerdo. Sin embargo, debe verificar si es un Miembro de la Clase según la siguiente definición. El tribunal ha decidido que todas las personas que cumplen con la siguiente descripción son Miembros de la Clase:

**Todos los inquilinos actuales y anteriores que residían en los complejos de apartamentos Bedford y Victoria Station entre el 19 de julio de 2018 y el 23 de mayo de 2022.**

**6.     Cuáles compañías están incluidas como "Demandados"?**

Los Demandados son Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC, Arbor Management Acquisition Company, LLC, Arbor Realty Trust, Inc., Arbor Realty SR, Inc., Arbor Realty Limited Partnership y Realty Management Services, Inc. d/b/a Ross Management.

**7.     Si residía en un apartamento en Bedford Station o Victoria Station pero no creo que mi apartamento tenga o haya tenido un problema, ¿estoy incluido?**

Sí, aún está incluido en la Clase y tiene derecho a los beneficios con tal de que haya residido en un apartamento en los Complejos de Apartamentos Bedford y Victoria Station durante el Período de la Clase, incluso si no tenía quejas sobre su apartamento o si no firmó el contrato de arrendamiento.

**8.     Todavía no estoy seguro de si estoy incluido.**

Si aún no está seguro de si está incluido, puede solicitar ayuda gratuita. Puede llamar al **1-XXX-XXX-XXXX** y solicitar asistencia para determinar si es miembro de la Clase, o puede visitar BedfordandVictoriaStationSettlement.com, donde encontrará una lista completa de direcciones dentro de los Complejos de Apartamentos Bedford y Victoria Station. El sitio web también contiene detalles adicionales sobre el Acuerdo.

Si es un miembro de la Clase, el Formulario de Reclamación y Renuncia está adjunto a esta Notificación..

**9.     ¿Qué proporciona el Acuerdo?**

Según lo establecido en el Acuerdo de Conciliación, Bedford United, LLC y Victoria United, LLC deben depositar Tres Millones de Dólares ($3,000,000) en un fondo aprobado por el tribunal para resolver este asunto.

El Acuerdo de Conciliación proporciona un pago monetario a los miembros de la clase. El monto exacto del pago final a la clase dependerá de la asignación del tribunal de honorarios y gastos de abogados, premios de incentivo para los representantes de la clase y los costos de administración del acuerdo. El monto elegible del pago se calculará por el Administrador del Acuerdo una vez que se conozcan todos estos otros costos. Su parte de este pago por apartamento se basará en la duración de su arrendamiento durante el Período de Clase: entre el 19 de julio de 2018 y el 23 de mayo de 2022.

**10.    ¿Qué pasa si hay varias personas que vivían en mi apartamento al mismo tiempo que yo?**

Para ser incluido en el Acuerdo de Conciliación, debe haber residido en un apartamento en los complejos de apartamentos Bedford y Victoria Station en cualquier momento durante el Período de Clase: entre el 19 de julio de 2018 y el 23 de mayo de 2022.

Si vivía en un apartamento en los complejos Bedford y Victoria Station durante este período, pero alguien más también vivía en el mismo apartamento antes o después de Ud. y también durante este período, cada uno recibirá un pago basado en el tiempo que haya vivido en el apartamento dentro del Período de Clase.

Si varias personas vivían en el mismo apartamento al mismo tiempo y cada una de ellas presenta un Formulario de Reclamación y Renuncia válido, el Administrador del Acuerdo emitirá un solo cheque a nombre de todos los co-residentes del apartamento.

**11.    ¿Cómo puedo obtener un pago?**

**Para calificar para un pago, debe enviar un Formulario de Reclamación y Renuncia junto con toda la**

**documentación requerida.** Se adjunta un Formulario de Reclamación y Liberación a esta Notificación. Lea las instrucciones detenidamente, complete el formulario, incluya todos los documentos solicitados, firme y envíe por correo con matasellos a más tardar el XXXXXXX. También puede completar este Formulario de Reclamación y Renuncia en línea en BedfordandVictoriaStationSettlement.com con la información de inicio de sesión proporcionada con su Formulario de Reclamación y Renuncia.

Los pagos se realizarán, a elección del miembro de la clase, mediante un cheque enviado por correo a los miembros de la clase aprobados o mediante un método digital. Los cheques tendrán una validez de 90 días. Los Miembros de la Clase del acuerdo de conciliación pueden solicitar que el Administrador del Acuerdo emita un nuevo cheque por un período adicional de 90 días si se muestra una buena causa.

**12.     ¿Cuándo recibiría un pago?**

El Tribunal llevará a cabo una audiencia llamada "Audiencia de Aprobación Final" el día XXX a las XXX, hora del este, para decidir si aprueba el Acuerdo. Si el Tribunal aprueba el Acuerdo, puede haber apelaciones. Siempre existe incertidumbre sobre si estas apelaciones pueden resolverse y resolverlas puede llevar tiempo, quizás más de un año. Por favor, tenga paciencia.

**13.     ¿A qué estoy renunciando si permanezco en la Clase?**

A menos que se excluya, seguirá siendo miembro de la Clase, lo que significa que no podrá demandar, continuar demandando ni formar parte de ninguna otra demanda contra los Demandados relacionada con los problemas legales de *este* caso. Está renunciando a los Demandados de cualquier acción, causa de acción, reclamo o demanda que haya sido o podría haber sido presentado en cualquier forma por los Miembros de la Clase, incluyendo, entre otros, reclamos basados en violaciones estatutarias o reglamentarias, daños y perjuicios (excluyendo lesiones personales y muerte injusta), contratos, causas de acción comunes y cualquier reclamo por daños (incluyendo daños compensatorios, daños especiales, daños consecuentes, daños punitivos, multas o penalidades estatutarias, honorarios de abogados, costos y cualquier remedio equitativo), directa o indirectamente, ya sea actualmente desconocido o no, que surja de, se base en, o esté relacionado de alguna manera con las alegaciones establecidas en la Primera Reclamación Enmendada, la cual está disponible en BedfordandVictoriaStationSettlement.com.

También significa que todas las órdenes del Tribunal le serán aplicables y le vincularán legalmente.

**14.     ¿Cómo salgo del Acuerdo?**

Si no desea recibir un pago de este acuerdo, pero quiere mantener el derecho de demandar o seguir demandando a los Demandados por su propia cuenta sobre los problemas legales de este caso, *debe* tomar medidas para salir de la Clase. Esto se conoce como excluirse a sí mismo, o a veces se le llama "optar por no participar" en la Clase. Para excluirse del Acuerdo, debe enviar una carta por correo que indique que desea ser excluido de *CASA de Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al*, No. 8:21-cv-01778-DKC (D. Md.). Asegúrese de incluir su nombre, dirección, número de teléfono y su firma. Su solicitud de exclusión debe indicar claramente su deseo de no ser incluido en el Acuerdo. Debe enviar su solicitud de exclusión con sello postal antes del XXX a:

[ingrese la información del administrador de liquidación]

**15.     Si no me excluyo, ¿puedo demandar a los Demandados por lo mismo más adelante?**

No. A menos que se excluya a sí mismo, renuncia al derecho de demandar a los Demandados por las reclamaciones que este acuerdo resuelve. Si tiene una demanda pendiente relacionada con las reclamaciones de este caso, hable de inmediato con su abogado en esa demanda. Debe excluirse de esta Clase para continuar con su propia demanda. Recuerde que la fecha límite para la exclusión es el **XXX.**

**16.     Si me excluyo, ¿puedo obtener dinero de este acuerdo?**

No. Si se excluye a sí mismo, no envíe un Formulario de Reclamación y Renuncia para solicitar dinero, y no recibirá

4

¿Preguntas? Llame al número gratuito XXXXXXXXX o visite BedfordandVictoriaStationSettlement.com
**POR FAVOR, NO SE COMUNIQUE CON EL TRIBUNAL.**

ningún dinero.

**17.     ¿Tengo un abogado en este caso?**

El Tribunal ha designado a Jonathan Nace y Zachary Kelsay de Nidel & Nace PLLC; y P. Joseph Donahue de The Donahue Law Firm, LLC para representarle a Ud. y a otros miembros de la Clase. En conjunto, los abogados son llamados Abogados de la Clase. Si desea ser representado por su propio abogado, puede contratar uno por su cuenta y gasto personal.

**18.     ¿Cómo se les pagará a los abogados?**

Los Abogados de la Clase pueden solicitar al Tribunal honorarios de abogados de hasta $900,000, más los costos y gastos razonables incurridos en el litigio. También solicitarán la aprobación del Tribunal para otorgar Pagos de Servicio a los Representantes de la Clase en la cantidad de $7,500 cada uno. Los Abogados de la Clase presentarán la solicitud, junto con todos los documentos de respaldo, al menos 30 días antes de la fecha límite para excluirse o presentar objeciones al Acuerdo. La Solicitud de Honorarios y Pagos de Servicio y todos los documentos de respaldo estarán disponibles para su revisión en el sitio web del acuerdo en BedfordandVictoriaStationSettlement.com. El Tribunal determinará la cantidad adecuada de los honorarios de abogados y los pagos a otorgar. El Acuerdo no está condicionado a la aprobación de ninguna de las cantidades de honorarios de abogados, costos o pagos de servicio.

**No está obligado a hacer ningún pago a los Abogados de la Clase en esta acción.**

**19.     ¿Cómo le digo al Tribunal que no me gusta el Acuerdo?**

Puede informar al Tribunal que no está de acuerdo con el Acuerdo de Conciliación o con alguna de sus partes. Si es un Miembro de la Clase, puede oponerse al Acuerdo de Conciliación si no le gusta alguna de sus partes. Puede dar razones por las cuales considera que el Tribunal no debería aprobarlo. El Tribunal tomará en cuenta sus opiniones.

No puede pedirle al Tribunal que ordene un acuerdo de conciliación diferente; el Tribunal solo puede aprobar o rechazar el acuerdo actual de conciliación. Si el Tribunal deniega la aprobación, no se realizarán pagos de conciliación y la demanda continuará. Si eso es lo que desea que suceda, debe presentar una objeción.

Para oponerse, debe enviar una carta que indique que se opone a *CASA de Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al.*, No. 8:21-cv-01778-DKC (D. Md.) y debe especificar sus objeciones. Su objeción debe incluir lo siguiente:

- Su nombre, dirección, dirección de correo electrónico (si tiene) y número de teléfono.
- Prueba documental de ser Miembro de la Clase de Conciliación.
- El título del caso, *CASA de Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al*; Caso No. 8:21-cv-01778-DKC (D. Md.).
- Las bases legales y fácticas específicas de su objeción, incluyendo la dirección o apartamento en el que Ud. residía en los Complejos de Apartamentos de Bedford y Victoria Station durante el Período de la Clase.
- Una lista de todos los casos en los que se ha opuesto a un acuerdo de conciliación de acción colectiva, incluyendo el nombre del caso, el tribunal y el número de expediente.
- Si está representado por un abogado, una lista de todos los casos en los que su abogado ha representado a un opositor en objeciones a acuerdos de conciliación de acción colectiva, incluyendo el nombre del caso, el tribunal y el número de expediente.
- Si está representado por un abogado, el nombre, dirección, número de Colegio de Abogados, y número de teléfono de su abogado.
- Una declaración indicando si Ud. y/o su abogado tienen la intención de asistir a la Audiencia Final de Equidad.
- Una lista de testigos, si los hay, que tiene la intención de llamar.
- Si la objeción se refiere solo a Ud., a un subconjunto de la Clase de Conciliación o a toda la Clase de Conciliación.
- Su firma.

Debe enviar su objeción por correo a cada uno de los tres lugares abajo, con matasellos a más tardar el [Fecha límite de respuesta]:

5

¿Preguntas? Llame al número gratuito XXXXXXXX o visite BedfordandVictoriaStationSettlement.com
**POR FAVOR, NO SE COMUNIQUE CON EL TRIBUNAL.**

| Palacio de justicia | Abogados de la Clase | Abogados de los Demandados |
|---|---|---|
| U.S. District Court for the District of Maryland<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | Jonathan B. Nace<br>Zachary Kelsay<br>Nidel & Nace, PLLC<br>One Church Street, Suite 802<br>Rockville, MD 20850<br><br>P. Joseph Donahue<br>The Donahue Law Firm, LLC<br>18 West Street<br>Annapolis, MD 21401 | Amanda R. Lawrence<br>Sarah B. Meehan<br>Orrick Herrington & Sutcliffe LLP<br>2001 M St. NW, Suite 500<br>Washington, DC 20036<br><br>Scott T. Sakiyama<br>Orrick Herrington & Sutcliffe LLP<br>353 N. Clark St., Suite 3600<br>Chicago, IL 60654 |

**20.     ¿Cuál es la diferencia entre objetar y excluirme?**

Objetar simplemente significa informar al Tribunal que no le gusta algo sobre el Acuerdo de Conciliación. Puede objetar solo si permanece en la Clase de Conciliación. Excluirse significa informar al Tribunal que no desea ser parte de la Clase de Conciliación. Si se excluye de la Clase de Conciliación, no tiene base para objetar porque el caso ya no le afecta.

**21.     ¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo?**

El Tribunal llevará a cabo una audiencia para decidir si aprueba el Acuerdo de Conciliación el XXX. Puede asistir y pedir hablar, pero no es obligatorio. En esta audiencia, el Tribunal evaluará si el Acuerdo de Conciliación es justo, razonable y adecuado. Si hay objeciones, el Tribunal las considerará. El Tribunal escuchará a las personas que hayan asistido y hayan pedido hablar en la audiencia. También el Tribunal puede decidir la cantidad a pagar a los Abogados de la Clase. Durante la audiencia, el Tribunal decidirá si aprueba el Acuerdo de Conciliación.

Puede solicitar al Tribunal permiso para hablar y presentar testigos en la Audiencia Final de Aprobación. Para hacerlo, debe enviar una carta indicando que tiene la intención de comparecer y que desea ser escuchado. Su Notificación de Intención de Comparecer debe incluir lo siguiente:

   - Su nombre, dirección y número de teléfono;

   - Una declaración de que esta es su "Notificación de Intención de Comparecer" en la Audiencia Final de Equidad para el Acuerdo de Conciliación en *Casa De Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al*, Número de Caso Civil 8:21-cv-01778-DKC (D. Md.);

   - Las razones por las que desea ser escuchado;

   - Una lista de los testigos que tiene la intención de llamar, incluyendo su dirección y un resumen de su testimonio propuesto;

   - Una descripción detallada de cualquier evidencia que pretenda presentar;

   - Copias de cualquier documento, exposición u otra evidencia o información que se presentará ante el Tribunal en la Audiencia Final de Equidad; y

   - Su firma.

Debe presentar su Notificación de Intención de Comparecer a más tardar el [Fecha límite de respuesta], al Administrador de Conciliación, al Tribunal, a los Abogados de la Clase y a los Abogados de los Demandados

¿Preguntas? Llame al número gratuito XXXXXXXX o visite BedfordandVictoriaStationSettlement.com
**POR FAVOR, NO SE COMUNIQUE CON EL TRIBUNAL.**

utilizando las direcciones indicadas en la Parte 19.

**22.      ¿Tengo que participar en la audiencia?**

No. Los Abogados de la Clase responderán a las preguntas que pueda tener el Tribunal. Pero Ud. es bienvenido a asistir por su cuenta y a su propio costo. Si envía una objeción, no es necesario que venga al Tribunal para hablar sobre ella. Si Ud. envió su objeción por escrito a tiempo, el Tribunal la considerará. También puede contratar a su propio abogado para que asista, pero no es necesario.

Cualquier Miembro de la Clase que no haya presentado una solicitud de exclusión a tiempo puede presentarse en la Audiencia Final de Aprobación en persona o a través de un abogado. Sin embargo, si el miembro de la clase tiene la intención de presentarse a través de un abogado, el miembro de la clase debe haber presentado una objeción por escrito de acuerdo con esta sección. Cualquier abogado que tenga la intención de presentarse en la Audiencia Final de Equidad también debe presentar una Notificación Escrita de Comparecencia del Abogado ante el Secretario del Tribunal a más tardar el fecha límite de respuesta. Cualquier Miembro del Acuerdo de Conciliación que tenga la intención de solicitar al Tribunal que le permita llamar a testigos en la Audiencia Final de Equidad debe hacerlo a través de un escrito que contenga una lista de dichos testigos y un resumen de su testimonio solicitado. Estos requisitos de notificación por escrito pueden ser dispensados con una demostración de buena causa.

**23.      ¿Qué sucede si no hago nada en absoluto?**

Si Ud. no hace nada en absoluto, no recibirá dinero de este acuerdo. Pero si vivía en un apartamento elegible en los complejos de apartamentos Bedford and Victoria Station durante el Período de Clase, a menos que se excluya, no podrá iniciar una demanda, continuar una demanda ni ser parte de ninguna otra demanda contra los Demandados sobre los problemas legales de este caso en el futuro. Si el acuerdo recibe la aprobación final del Tribunal, será legalmente vinculante para todos los miembros de la clase. Los términos completos de la renuncia, que serán vinculantes para todos los miembros de la clase en relación con las reclamaciones en *Casa de Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al*, Civil Action No. 8:21-cv-01778-DKC (D. Md.), contra los Demandados y ciertas filiales y entidades relacionadas, se establecen en el Acuerdo de Conciliación, que se encuentra archivado en el Tribunal y es accesible en el enlace mencionado a continuación. Por favor, consulta la respuesta a la pregunta 11: **¿Cómo puedo obtener el pago?** para obtener más información sobre cómo presentar un Formulario de Reclamación y Renuncia.

**24.      ¿Hay más detalles sobre el acuerdo?**

Este Aviso resume el acuerdo propuesto. Más detalles se encuentran en el Acuerdo de Conciliación. Puede obtener una copia del Acuerdo de Conciliación, así como otra información sobre el Acuerdo, visitando:

**BedfordandVictoriaStationSettlement.com**

7

¿Preguntas? Llame al número gratuito XXXXXXXX o visite BedfordandVictoriaStationSettlement.com
**POR FAVOR, NO SE COMUNIQUE CON EL TRIBUNAL.**