# Si usted residía en un apartamento en Bedford Station Apartments o Victoria Station Apartments cerca de University Blvd. en Langley Park, MD, entre el 19 de julio de 2018 y el 23 de mayo de 2022, puede ser elegible para recibir un pago de un acuerdo de demanda colectiva.

**Aviso de Propuesta de Acuerdo de Demanda Colectiva y Sus Derechos**

*Una corte federal autorizó este aviso.*
*No es una solicitud de un abogado.*

- Sus derechos legales se ven afectados, ya sea que actúe o no. Lea este aviso detenidamente.

- El acuerdo creará un fondo de liquidación en efectivo de $3,000,000.00, que se utilizará para pagar (i) pagos en efectivo a inquilinos elegibles; (ii) honorarios y gastos de los abogados de los Abogados de la Clase; (iii) premios de incentivo a los Representantes de la Clase; y (iv) administración del acuerdo.

- El acuerdo pagará a los residentes elegibles de los complejos de apartamentos Bedford Station o Victoria Station ("Complejos de Apartamentos Bedford y Victoria Station") para resolver reclamaciones relacionadas con presuntas condiciones inhabitables en los apartamentos. Los pagos se realizarán a cambio de una renuncia de reclamaciones contra Bedford United, LLC, Victoria United, LLC, Realty Management Services, Inc. d/b/a "Ross Management" y otros Demandados, como se describe más detalladamente en BedfordandVictoriaStationSettlement.com.

- Si residía en un apartamento en los Complejos de Apartamentos Bedford y Victoria entre el 19 de julio de 2018 y el 23 de mayo de 2022, usted es miembro de la clase.

- El acuerdo proporciona un pago monetario a los residentes de cada apartamento elegible. El monto exacto de cualquier pago final a los residentes dependerá de la asignación del tribunal de los honorarios y gastos de abogados, la asignación del tribunal de los incentivos para los representantes de la clase, los costos de administración del acuerdo y el número de reclamaciones válidas presentadas. El pago por propiedad elegible será calculado por el Administrador del Acuerdo una vez que se conozcan todos estos otros costos. Los pagos individuales a los miembros de la clase serán determinados según la duración de la residencia entre el 19 de julio de 2018 y el 23 de mayo de 2022 (el "Período de la Clase").

- PARA RECIBIR UN PAGO, DEBE COMPLETAR UN FORMULARIO DE RECLAMACIÓN y demostrar que residió en un apartamento cubierto por el acuerdo durante el Período de la Clase. El formulario de reclamación está disponible en línea en BedfordandVictoriaStationSettlement.com o puede llamar al 1-xxx-xxx-xxxx para solicitar que le envíen un formulario. Debe devolver el formulario de reclamación y liberación antes del XXX.

- Si no desea participar ni estar sujeto al acuerdo, debe excluirse presentando un aviso de "optar por no participar" o "exclusión" antes de XXX, de lo contrario, se le prohibirá presentar cualquier acción legal que resuelva este acuerdo en el futuro. Los detalles sobre cómo optar por no participar o excluirse están disponibles en BedfordandVictoriaStationSettlement.com. Si se excluye, no recibirá ningún pago bajo el acuerdo.

- El tribunal llevará a cabo una audiencia en este caso, *CASA de Maryland, Inc., et al. v. Arbor Realty Trust, Inc., et al*; Número de Caso Civil 8:21-cv-01778-DKC (D. Md.), el XXX a las XXX, hora del este, para considerar si aprueba el acuerdo y la solicitud de honorarios y gastos de los Abogados de la Clase. Tiene derecho a comparecer en esta audiencia personalmente o a través de un abogado a su cargo, aunque no está obligado a hacerlo.

- POR FAVOR, NO CONTACTE AL TRIBUNAL DIRECTAMENTE. El Tribunal no puede brindarle asesoramiento legal, ni opinión alguna, sobre el caso o el acuerdo propuesto. Para obtener más información o solicitar un aviso más detallado, visite BedfordandVictoriaStationSettlement.com o llame al 1-XXX-XXX-XXXX.

14396667v.1