**DECLARATION OF BENNY W. DAVIS, JR.**

My name is Benny Davis, Jr. and I attest to the following:

1. I am an adult over the age of eighteen and the Managing Director of American Legal Claims Services, LLC (ALCS).

2. ALCS provides settlement administration services in the context of class action settlements.

3. ALCS was contacted and retained by counsel for Plaintiffs in the matter of *CASA de Maryland, Inc. v. Arbor Realty Trust, Inc.* to perform class action administration services in association with a proposed class settlement.

4. It is my understanding that the Court has asked for supplemental information related to the notice, claims and opt-outs to be expected.

5. ALCS understands there to be 589 units or apartments in the proposed Class Area of the Bedford and Victoria Station apartment complexes and assumed an average of 4 occupant groups during class period per unit for a total of 2,356 individuals to be noticed.

6. ALCS expects based upon historical data, as well as discussions with plaintiff counsel, that between 15% and 40% of the units will file a claim. This is between 88 and 235 units filing a claim. ALCS also expects that an average of 2 occupying groups will file a claim per unit, so the total number of claims is expected to range between 176 on the low end and 470 claims on the higher end. Based upon our experience in claims administration, we reasonably estimate that on average 34% of the units or 200 units will file claims, and that 2 occupant groups per unit will file a claim or 400 claims filed on average.

7. Class members will be able to file a claim on-line or mail in a claim form. We have assumed that 75% of the claims will be on-line and 25% will be by US Mail.

8. ALCS will provide both a claims filing website and an IVR call center. Class members will be able to be paid via paper check or electronic payment, and ALCS has assumed that 60% of the Class will select an electronic payment.

9. ALCS expects that less than 1% or less than 6 units or 24 Class Members will opt out. This is based upon historical rates for cases that ALCS has administered.

10. ALCS estimates that it will cost a total of $27,601 in administrative costs to administer the settlement under the terms set forth in the Settlement Agreement.

11. This is based upon 20 years of class action claims administration and approximately 300 class actions ranging from 100 to 15 million claimants administered by ALCS during that time.

**I hereby state the foregoing to be truthful and accurate to the best of my ability.**

Benny W. Davis, Jr.