## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

GREGORY BENNETT, Individually and on
Behalf of all others similarly situated, *et al.*

Case No.: 459397-V

Plaintiffs,

v.

THE DONALDSON GROUP, LLC, *et al.*

Defendants.

### VERDICT FORM

1. Do you find by a preponderance of the evidence that Defendants breached the implied warranty of habitability?

    __X__                             _____
    Yes                                No

*If yes, continue to question 2. If no, stop, sign the Verdict Form below, and inform the clerk you have reached a verdict.*

2. Do you find by a preponderance of the evidence that Defendants failed to state a material fact that deceived or tended to deceive Mr. Bennett into signing his 2017 lease and caused actual damage to Mr. Bennett?

    _____                             __X__
    Yes                                No

*Continue to Question 3*

3. Do you find by a preponderance of the evidence that Defendants failed to state a material fact that deceived or tended to deceive Mr. Bennett into signing his 2018 lease and caused actual damage to Mr. Bennett?

    _____                             __X__
    Yes                                No

1

*Continue to Question 4.*

4. What amount of damages do you award Mr. Bennett for the following dates:

   September 1, 2016 through September 11, 2017      _____0_____

   September 12, 2017 through September 11, 2018     ____1200____

   September 12, 2018 through November 30, 2018      ____800_____

*Sign the Verdict Form below and alert the clerk you have a verdict.*

_____
Foreperson

2