IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

### ORDER

UPON CONSIDERAITION OF *Plaintiffs' Petition for Plaintiff Awards, Award of Attorneys' Fees and Reimbursement of Expenses* and any opposition, response or objection, the motion is hereby

**GRANTED**.  And it is

**FURTHER ORDERED** that Plaintiffs Anita Ramirez, Ramiro Lopez, Ervin Rodas, Jesus Gonazlez, Maria Bonilla, Maria Lara and Norma Beltran shall be **AWARDED AND PAID** from the approved Class Action Settlement Fund $7,500.00 each.  And it is

**FURTHER ORDERED** that Class Counsel shall be **AWARDED AND PAID** from the approved Class Action Settlement Fund a total of $900,000.00 as taxable attorneys' fees.  And it is

**FURTHER ORDERED** that Class Counsel shall be **AWARDED AND REIMBURSED** from the approved Class Action Settlement Fund for non-taxable expenses the total amount of $78,965.18.

This Order shall be entered and construed consistent with any Order for Final Approval of any Class Action Settlement upon timely motion of such.

_____
Hon. Deborah K. Chasanow