IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CASA DE MARYLAND, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., et al, <br><br> Defendants. | Civ. Action No.: 8:21-CV-01778-DKC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to MD Rules, Rule 2-132(a), notice is hereby given that Offit Kurman, PC attorney Warren A. Koshofer hereby withdraws as one of the attorneys of record for Defendants Bedford United, LLC, Victoria United, LLC, Hyattsville United, LLC (dismissed, CM ECF Doc #154 and 155), and Arbor Management Acquisition Company, LLC (dismissed, CM ECF Doc #154 and 155) in this action.

Attorneys Gregory Emrick, Ian Thomas, and Timothy Willman of Offit Kurman, PC, as well as Scott Sakiyama, Amanda Lawrence, and Sarah Meehan of Orrick, Herrington & Sutcliffe, LLP, continue to represent the aforesaid non-dismissed defendants, Bedford United, LLC and Victoria United, LLC, in this action.

Dated: January 17, 2024.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Warren Koshofer*
　　　　　　　　　　　　　　　　　　　　　　Warren Koshofer (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　**OFFIT KURMAN, PC**
　　　　　　　　　　　　　　　　　　　　　　1801 Market St., Suite 2300
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　(267) 338-1300 (Telephone)
　　　　　　　　　　　　　　　　　　　　　　(267) 338-1335 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　　warren.koshofer@offitkurman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Warren Koshofer*
Warren Koshofer (Admitted *pro hac vice*)