IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASA de MARYLAND, INC., et al.  :

    v.  :  Civil Action No. DKC 21-1778

ARBOR REALTY TRUST, INC., et al.  :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 11th day of March, 2024, by the United States District Court for the District of Maryland, ORDERED that:

    1.  The motion for attorneys' fees, plaintiff incentive awards, and reimbursement of expenses filed by Plaintiffs CASA de Maryland, Inc., et al (ECF No. 163) BE, and the same hereby IS, GRANTED;

    2.  The motion for final approval of class settlement filed by Plaintiffs CASA de Maryland, Inc., et al (ECF No. 165) BE, and the same hereby IS, GRANTED;

    3.  The Settlement Agreement (ECF No. 160-2, at 1-32) BE, and the same hereby IS, APPROVED, as fair, reasonable, and adequate within the meaning of Fed.R.Civ.P. 23(e);

    4.  The following class of individuals BE, and the same hereby IS, FINALLY CERTIFIED as a class action pursuant to Fed.R.Civ.P. 23(a) & 23(b)(3):

> All current and prior Tenants who resided at the Bedford and Victoria Station Apartment Complexes between July 19, 2018, and May 23, 2022.

5. Pursuant to Fed.R.Civ.P. 23(h) and 29 U.S.C. § 216(b), the payment of $900,000, as a reasonable award of attorneys' fees, and $78,965.18, as a reasonable award of litigation expenses, to class counsel BE, and the same hereby IS, APPROVED;

6. The payment of $27,701.00 to the Claims Administrator BE, and the same hereby IS, APPROVED;

7. The payment of $7,500.00 to Named Plaintiffs Norma Guadalupe Beltran, Maria Arely Bonilla, Jesus Gonzalez, Maria Lara, Ramiro Lopez, Anita Ramirez, and Ervin Obdulio Rodas BE, and the same hereby IS, APPROVED as a reasonable service payment in recognition of their efforts on behalf of the class members;

8. This action BE, and the same hereby IS, DISMISSED WITH PREJUDICE, although the court shall retain jurisdiction over the interpretation, enforcement, and implementation of the Settlement Agreement and this Order; and

9. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge